# EXHIBIT B

APPOINTMENTS
LIVING

CAREERS
SOCIAL

MENS
WOMENS

ABOUT US
BLOG

# WGACA + Vintage Chanel trunk show: Interview with Rep. Vlada Drukh on How to tell a Real from a Fake!

NOVEMBER 2, 2012



CHANEL /
TRUNK SHOWS /
WGACA

This weekend we have the very exciting pleasure of housing a fabulous trunk show for What Goes Around Comes Around vintage and a special featured designer: the one and only Chanel! With so many different styles of great bags and one-of-a-kind jewelry, the staff is having a difficult time handing over their paychecks! We sat down with WGACAs representative, Vlada Drukh and asked for her expertise on how to tell what's real from fake.

Before the 1980s, it was hard to distinguish a real designer bag from a good fake. Counterfeiting became a major issue with designer legitimacy. When Karl Lagerfeld was appointed couturier and head designer, he required each bag to be individually certified as a real Chanel bag. He commissioned a discreet sticker hidden within the bag and a card with a matching serial number to separate them from their fake copies. Chanel started using both because the cards soon became sought after and stolen out of the bags.

Chanel jewelry is a different story. It was primarily 18 karat gold up until recently when they introduced silver and other finer materials, making the vintage pieces more unique. On vintage Chanel, you can find small labeled gold ovals indicating that its the real deal. The older pieces if anything, may only state "Chanel CC Made in France," the newer vintage pieces also have numbers and letters stamped into the gold identifying specific time periods and collections. For example, in the 1990's jewelry was tagged with the year and the season. The letter is for the season it was released. A P stands for printemps which is French for spring, an A for autumn or fall. So, for example, you might find an oval with a "P 93," meaning Spring/Summer Collection of 1993.

To sum it up, look for the labeled oval for real Chanel jewels!

As far as overall rarity for vintage Chanel, Vlada mentioned that anything that has color, stones, glass, pearls, or exotic leathers are the most rare. Classics such as the black quilted bags or

entirely gold pieces of jewelry are timeless and will be made time and time again while the colored ones are usually seasonal and will never be remade or updated.

Thanks Vlada for sitting down with us! We hope this little lesson has helped out all you treasure hunters! Dont want to hunt? Weve got a slew of pieces here just waiting to be taken home!

BY A.K. RIKK'S /

Like 0

6303 28th Street SE
Grand Rapids, MI

616.957.3242

© 2018 A.K. Rikk's

Stay up to date on our latest news, events, & promotions.

SUBSCRIBE NOW

| APPOINTMENTS | CAREERS | MENS | ABOUT US |
| LIVING | SOCIAL | WOMENS | BLOG |

# WGACA + Vintage Chanel trunk show: Interview with Rep. Vlada Drukh on How to tell a Real from a Fake!

NOVEMBER 2, 2012



CHANEL /
TRUNK SHOWS /
WGACA

This weekend we have the very exciting pleasure of housing a fabulous trunk show for What Goes Around Comes Around vintage and a special featured designer: the one and only Chanel! With so many different styles of great bags and one-of-a-kind jewelry, the staff is having a difficult time handing over their paychecks! We sat down with WGACAs representative, Vlada Drukh and asked for her expertise on how to tell what's real from fake.

Before the 1980s, it was hard to distinguish a real designer bag from a good fake. Counterfeiting became a major issue with designer legitimacy. When Karl Lagerfeld was appointed couturier and head designer, he required each bag to be individually certified as a real Chanel bag. He commissioned a discreet sticker hidden within the bag and a card with a matching serial number to separate them from their fake copies. Chanel started using both because the cards soon became sought after and stolen out of the bags.

Chanel jewelry is a different story. It was primarily 18 karat gold up until recently when they introduced silver and other finer materials, making the vintage pieces more unique. On vintage Chanel, you can find small labeled gold ovals indicating that its the real deal. The older pieces if anything, may only state "Chanel CC Made in France," the newer vintage pieces also have numbers and letters stamped into the gold identifying specific time periods and collections. For example, in the 1990's jewelry was tagged with the year and the season. The letter is for the season it was released. A P stands for printemps which is French for spring, an A for autumn or fall. So, for example, you might find an oval with a "P 93," meaning Spring/Summer Collection of 1993.

To sum it up, look for the labeled oval for real Chanel jewels!

As far as overall rarity for vintage Chanel, Vlada mentioned that anything that has color, stones, glass, pearls, or exotic leathers are the most rare. Classics such as the black quilted bags or

| APPOINTMENTS | CAREERS | MENS | ABOUT US |
| LIVING | SOCIAL | WOMENS | BLOG |

# WGACA + Vintage Chanel trunk show: Interview with Rep. Vlada Drukh on How to tell a Real from a Fake!

NOVEMBER 2, 2012



CHANEL /
TRUNK SHOWS /
WGACA

This weekend we have the very exciting pleasure of housing a fabulous trunk show for What Goes Around Comes Around vintage and a special featured designer: the one and only Chanel! With so many different styles of great bags and one-of-a-kind jewelry, the staff is having a difficult time handing over their paychecks! We sat down with WGACAs representative, Vlada Drukh and asked for her expertise on how to tell what's real from fake.

Before the 1980s, it was hard to distinguish a real designer bag from a good fake. Counterfeiting became a major issue with designer legitimacy. When Karl Lagerfeld was appointed couturier and head designer, he required each bag to be individually certified as a real Chanel bag. He commissioned a discreet sticker hidden within the bag and a card with a matching serial number to separate them from their fake copies. Chanel started using both because the cards soon became sought after and stolen out of the bags.

Chanel jewelry is a different story. It was primarily 18 karat gold up until recently when they introduced silver and other finer materials, making the vintage pieces more unique. On vintage Chanel, you can find small labeled gold ovals indicating that its the real deal. The older pieces if anything, may only state "Chanel CC Made in France," the newer vintage pieces also have numbers and letters stamped into the gold identifying specific time periods and collections. For example, in the 1990's jewelry was tagged with the year and the season. The letter is for the season it was released. A P stands for printemps which is French for spring, an A for autumn or fall. So, for example, you might find an oval with a "P 93," meaning Spring/Summer Collection of 1993.

To sum it up, look for the labeled oval for real Chanel jewels!

As far as overall rarity for vintage Chanel, Vlada mentioned that anything that has color, stones, glass, pearls, or exotic leathers are the most rare. Classics such as the black quilted bags or

APPOINTMENTS    CAREERS                    MENS        ABOUT US
LIVING          SOCIAL                     WOMENS      BLOG

# WGACA + Vintage Chanel trunk show: Interview with Rep. Vlada Drukh on How to tell a Real from a Fake!

NOVEMBER 2, 2012



CHANEL /
TRUNK SHOWS /
WGACA

This weekend we have the very exciting pleasure of housing a fabulous trunk show for What Goes Around Comes Around vintage and a special featured designer: the one and only Chanel! With so many different styles of great bags and one-of-a-kind jewelry, the staff is having a difficult time handing over their paychecks! We sat down with WGACAs representative, Vlada Drukh and asked for her expertise on how to tell what's real from fake.

Before the 1980s, it was hard to distinguish a real designer bag from a good fake. Counterfeiting became a major issue with designer legitimacy. When Karl Lagerfeld was appointed couturier and head designer, he required each bag to be individually certified as a real Chanel bag. He commissioned a discreet sticker hidden within the bag and a card with a matching serial number to separate them from their fake copies. Chanel started using both because the cards soon became sought after and stolen out of the bags.

Chanel jewelry is a different story. It was primarily 18 karat gold up until recently when they introduced silver and other finer materials, making the vintage pieces more unique. On vintage Chanel, you can find small labeled gold ovals indicating that its the real deal. The older pieces if anything, may only state "Chanel CC Made in France," the newer vintage pieces also have numbers and letters stamped into the gold identifying specific time periods and collections. For example, in the 1990's jewelry was tagged with the year and the season. The letter is for the season it was released. A P stands for printemps which is French for spring, an A for autumn or fall. So, for example, you might find an oval with a "P 93," meaning Spring/Summer Collection of 1993.

To sum it up, look for the labeled oval for real Chanel jewels!

As far as overall rarity for vintage Chanel, Vlada mentioned that anything that has color, stones, glass, pearls, or exotic leathers are the most rare. Classics such as the black quilted bags or