# EXHIBIT C

▮▮▮

| | |
|---|---|
| **From:** | ▮▮▮ <▮▮▮@hotmail.com> |
| **Sent:** | Tuesday, August 15, 2017 2:28 PM |
| **To:** | ▮▮▮ |
| **Subject:** | Fwd: Welcome to What Goes Around Comes Around |

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: What Goes Around Comes Around <wgaca@email.whatgoesaroundnyc.com>
Date: 8/14/17 12:48 PM (GMT-05:00)
To: ▮▮▮@hotmail.com
Subject: Welcome to What Goes Around Comes Around

Welcome to What Goes Around Comes Around.
Can't see this email? Check it out <u>online</u>.

# WHAT GOES AROUND COMES AROUND

## WELCOME!

Welcome to What Goes Around Comes Around
the most trusted purveyors of fine luxury vintage.
Enjoy exclusive access to new arrivals, membership sales,
and private events. Show the world your good side;
update your account and share your wish list!

1



SHOP NOW





This email was sent to paikhj80@hotmail.com. To ensure that our emails reach you (and don't go to your junk or bulk mail folders), please add wgaca@email.whatgoesaroundnyc.com to your address book.

Click here to manage your email preferences or unsubscribe. View Our Privacy Policy.

What Goes Around Comes Around
155 Van Wagenen Ave, 4th Floor, Jersey City, NJ 07306