EXHIBIT E



(milan-fashion-week-picks.html)



(https://www.whatgoesaroundnyc.com/brand/chanel.html)









(https://www.whatgoesaroundnyc.com/brand/hermes.html)

(https://www.whatgoesaroundnyc.com/brand/louis-vuitton.html)

NEW ARRIVALS











(https://www.whatgoesaroundnyc.com/gucci-black-gg-supreme-caleido-continental-wallet-qfaegokckb000.html)

**GUCCI**

BLACK GG SUPREME CALEIDO CONTINENTAL WALLET

(https://www.whatgoesaroundnyc.com/fendi-blue-calfskin-monster-roll-tote-qbbdpd1pbb000.html)

**FENDI**

BLUE VITELLO ELITE MONSTER ROLL TOTE

(https://www.whatgoesaroundnyc.com/louis-vuitton-damier-graphite-rope-pochette-voyage-mm-qjbedu3kwa000.html)

**LOUIS VUITTON**

DAMIER GRAPHITE ROPE POCHETTE VOYAGE MM

(https://...black-s...qtb1f1...)

BLA...

What Goes Around Comes Around has been the leading purveyor of authentic luxury vintage since 1993. Our experienced buying team travels internationally, hand-selecting the rarest and most desirable pieces. Our quality standards are unrivaled and only matched by our dedication to authenticity. Our retail locations are go-to destinations for celebrities and tastemakers from around the world. We look forward to pairing you with the perfect piece.

(sell-now)

**MILAN FASHION WEEK FINDS**

**NYFW FINDS**

**GET SPORTY**

HIBISCUS RED ARABESC CANVAS TOP HANDLE (HTTPS://WWW.WHATG GUCCI-HIBISCUS-RED-A SUPREME-GG-CANVAS-HANDLE.HTML)

GRAND APPARAT ENAMEL STANDARD 65MM (HTTPS://WWW.WHATGOE GRAND-APPARAT-ENAMEL-STANDARD-65MM-QGJ08J12OKJ012.HTML)

TRI-COLOR PERFORATED CHAMELEON (HTTPS://WWW.WHATGOESAROUNDNYC.COM/FENDI-TRI-COLOR-PERFORATED-CHAMELEON-QBB1ON2AMH000.HTML)



**$2,850**



**$540**



**$1,650**

[ADD TO BAG]

[ADD TO BAG]

[ADD TO BAG]

(https://www.whatgoe gucci-hibiscus-red-

(https://www.whatg grand-apparat-enamel-bangle-standard-65mm-qgj0irzokj012.html)

(https://www.whatg tri-color-perforated-chameleon-qbb1on2amh000.ht

arabesque-supreme-
gg-canvas-top-
handle.html)



(https://www.whatgoes
gucci-petunia-leather-
bamboo-
backpack.html)

**PETUNIA LEATHER BAM**
(HTTPS://WWW.WHATGO
GUCCI-PETUNIA-LEATH
BACKPACK.HTML)

**$2,100**

ADD TO BAG

**SO BLACK BOX CALF KELL'**
(HTTPS://WWW.WHATGOE
SO-BLACK-BOX-CALF-KELI
QGBEBB0AKB000.HTML)



**$39,500** 0M-QGBEBB0AKB000-

(https://www.whatgo
so-black-box-calf-
kelly-35cm-
qgbebb0akb000.htr

**RED NYLON SPORTS LINE**
**MESSENGER**
(HTTPS://WWW.WHATGOESAROUNDNYC.COM/CHANEL-
RED-NYLON-SPORTS-LINE-
MESSENGER-60CH-8805G.HTML)

**$1,950**

(https://www.whatg
red-nylon-sports-
line-messenger-
60ch-8805s.html)

ADD TO BAG

---

**HIBISCUS RED ARABES**
**CANVAS BOSTON**
(HTTPS://WWW.WHATG
GUCCI-HIBISCUS-RED-A
SUPREME-GG-CANVAS-I

**$2,250**



(https://www.whatgoes
gucci-hibiscus-red-
arabesque-supreme-
gg-canvas-
boston.html)

ADD TO BAG

**BIRDS ENAMEL BANGLE ST**
**64MM**
(HTTPS://WWW.WHATGOE
BIRDS-ENAMEL-BANGLE-
STANDARD-66MM-
GGJ0JR17RJ090.HTML)

**$540** 0M-7QFBDCHIIRB000-



(https://www.whatgo
birds-enamel-
bangle-standard-
66mm-
ggj0jr17rj090.html)

ADD TO BAG

**WHITE SOFT CALFSKIN BACKPACK**
(HTTPS://WWW.WHATGOESAROUNDNYC.COM/PRADA-
WHITE-SOFT-CALFSKIN-
BACKPACK-
QNB04GFAWB000.HTML)

**$1,450**

(https://www.whatg
white-soft-
calfskin-backpack-
qnb04gfawb000.htr

ADD TO BAG

---

*"Fashions Fade, Style is Eternal."*

- YVES SAINT LAURENT

---

FOLLOW AND EXPLORE THE WORLD OF WGACA







Documents Around Comfortable Guide

















What Goes Around Comes Around





© 2017 What Goes Around Comes Around - All Rights Reserved