# EXHIBIT Q







whatgoesaroundnyc
What Goes Around Co…

Follow

**whatgoesaroundnyc** @claudiaschiffer for Chanel Fall | Winter 1993 photographed by @karllagerfeld #WGACA

**tetyanaveryovkina** I have this Chanel of my sister :) wow now I will take it from her

**mollyghandbags** 🖤💧🖤💧🖤

**atlfinest** 🖤love this!

**devotistyle** 📷💯

**girlwiththebigeyes** Love this

**nyfab** wow

**845 likes**

7 DAYS AGO

Log in to like or comment.







**whatgoesaroundnyc**
What Goes Around Co...

Follow

**whatgoesaroundnyc** Tag your partner in crime. #TGIF @lindaevangelista and @cturlington for Chanel Spring|Summer 1991 photographed by @karllagerfeld

**haley_rabies** @bohemeextreme bish

**bego_castanon** @deborah_am

**bohemeextreme** @haley_rabies we need those outfits

**melanie_ritchie** @chumonjimjam what's up

474 likes
SEPTEMBER 15

Log in to like or comment.