# EXHIBIT R

Sign Up | Email or Phone | Password | Log In
Forgot account?



**What Goes Around Comes Around NYC**
@WhatGoesAroundNYC

- Home
- About
- Photos
- Instagram feed
- Videos
- Events
- Posts
- Community

Create a Page



Like | Share | Suggest Edits | Shop Now | Message

**Photos**

**Retail Company**

**Community**    See All
- 785,301 people like this
- 713,271 people follow this

**About**    See All
- 351 West Broadway, NYC 10013
  New York 10013
- 212-343-1225
- Typically replies within a day
  Contact What Goes Around Comes Around NYC on Messenger
- bit.ly/2jG4Bdt
- Retail Company

**People**
785,301 likes

**People Also Like**


Shout Mag
Magazine


Positive Attitude Quotes
Nonprofit Organization

Bergdorf Goodman
Retail Company

**Pages liked by this Page**


BLUE ONE

See All

**Videos**





Like   Share   Suggest Edits                    Shop Now   Message

Sign up                                          Forgot account?

**What Goes Around Comes Around NYC**
@WhatGoesAroundNYC

Privacy · Terms · Advertising ·
Cookies · More
Facebook © 2017





https://www.facebook.com/pg/



Like | Share | Suggest Edits | Shop Now | Message

**What Goes Around Comes Around NYC**
@WhatGoesAroundNYC



Privacy · Terms · Advertising ·
Cookies · More
Facebook © 2017

Like    Comment

Melissa Ann O'Neill, Jane Owen, Jem Jackson and 2 others like this.

**What Goes Around Comes Around NYC**
Yesterday at 8:22am ·

Accessories speak louder than words. #WGACALV



https://www.facebook.com/pg/

Like | Share | Suggest Edits | Shop Now | Message





Home
About
Photos
Instagram feed
Videos
Events
Posts
Community

Create a Page

Like | Comment

Karen Daniel, Kirsten Carroll and 11 others like this.

**What Goes Around Comes Around NYC**
September 25 at 8:15am ·

This Chanel won't wear itself. Shop our exclusive collection at @ruelala. #WGACACHANEL #repost





Search for posts on this Page

Facebook © 2017

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Ad Choices

Like | Share | Suggest Edits | Shop Now | Message



Privacy · Terms · Advertising · Cookies · More
Facebook © 2017

**What Goes Around Comes Around NYC**
@WhatGoesAroundNYC

Like | Comment

Kerry Toomey, Melissa Ann O'Neill and 2 others like this.

**What Goes Around Comes Around NYC**
September 23 at 6:15pm ·

Simi & Haze in our #TomFord corset and #IsseyMiyake satin trouser #WGACA #repost







What Goes Around Comes Around NYC
@WhatGoesAroundNYC

Sree Anjaneyam, Sukki Kaur and Lucia D'Angelo Schiavone like this.

**What Goes Around Comes Around NYC**
September 22 at 6:15pm

A girl's night out.
A Chique Peek in our #WGACACHANEL suit. #repost





Like　Share　Suggest Edits　　　Shop Now　Message

**What Goes Around Comes Around NYC**
@WhatGoesAroundNYC



Privacy · Terms · Advertising · Cookies · More
Facebook © 2017

Like　Comment

Melissa Ann O'Neill, Julie Crisp, Jo Lanta and 4 others like this.



**What Goes Around Comes Around NYC**
September 22 at 6:01am

#KateMoss Gucci Fall 1996
Photo from Condé Nast Archive #WGACA



Like   Share   Suggest Edits   Shop Now   Message

**What Goes Around Comes Around NYC**
@WhatGoesAroundNYC

**What Goes Around Comes Around NYC**
September 21 at 12:12pm ·

Live la dolce vita! #MFW
#WGACA approved picks.



Privacy · Terms · Advertising ·
Cookies · More
Facebook © 2017

76 Views

 Like    Comment   Share

**What Goes Around Comes Around NYC**
September 20 at 6:15pm ·

Ciao Milan!
Naomi Campbell Versace Fall 1991 #MFW
Photo by Condé Nast Archive #WGACA



Case 1:18-cv-02253-LLS Document 64-18 Filed 10/29/18 Page 12 of 15

Like | Share | Suggest Edits | Shop Now | Message

What Goes Around Comes Around NYC
@WhatGoesAroundNYC



Privacy · Terms · Advertising ·
Cookies · More
Facebook © 2017

Like   Comment

Louise Kizzie Wildman and Melissa Ann O'Neill like this.

See More





