EXHIBIT S

🐦 Home    ⚡ Moments              Search Twitter 🔍       Have an account? **Log in ▾**



Have an account?

Phone, email or username

Password

☑ Remember me · Forgot password?

Log in

New to Twitter?

**Sign up**

|  Tweets | Following | Followers | Likes |     |
| **6,401** | **643** | **4,563** | **723** |  **Follow** |

## WGACA
**@WGACANY**

What Goes Around Comes Around - The
Finest Luxury Vintage

📍 NYC | LA | ROSLYN | EH | MIAMI

🔗 bit.ly/2jG4Bdt

📅 Joined July 2009

🖼

  
  

Case 1:18-cv-02253-LLS    Document 64-19    Filed 10/29/18    Page 3 of 12



Case 1:18-cv-02253-LLS   Document 64-19   Filed 10/29/18   Page 4 of 12





Case 1:18-cv-02253-LLS    Document 64-19    Filed 10/29/18    Page 6 of 12



Case 1:18-cv-02253-LLS   Document 64-19   Filed 10/29/18   Page 7 of 12









Case 1:18-cv-02253-LLS   Document 64-19   Filed 10/29/18   Page 11 of 12



Home Moments

Search Twitter

Have an account? Log in

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

Have an account?

Phone, email or username

Password

Remember me · Forgot password?

Log in

New to Twitter?

Sign up

### You may also like · Refresh

**Kelly Cutro...** @kellycutrone

**Brad Goresk...** @mrbradgores

OPENING CEREMONY Est. 2002 **opening cer...** @openingcere

ELIZABETH AND JAMES **ELIZABETH...** @ElizandJame

**Derek Lam** @DerekLamNY

### Worldwide trends

**#NetflixDefJam**
In the game since '92. Def Comedy Jam 25 now
Promoted by Netflix US

**#PSGFCB**
71.1K Tweets

**#pechinoexpress**
7,989 Tweets

**David Luiz**
8,198 Tweets

**Lolla**
132K Tweets

**#سعوديين_نطالب_بدخولنا_للمولات**
30.1K Tweets

**#chilhavisto**
4,612 Tweets

**#twitter280**
61.6K Tweets

**Benfica**
28.9K Tweets

**Martial**
51.7K Tweets

© 2017 Twitter About
Help Center Terms
Privacy policy Cookies
Ads info

