# EXHIBIT V



Case 1:18-cv-02253-LLS   Document 64-22   Filed 10/29/18   Page 2 of 2