```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHANEL, INC.,

                      Plaintiff,                18 Civ. 2253 (LLS)

      -against-                  **UNSEALING ORDER**

WHAT COMES AROUND GOES AROUND LLC
d/b/a WHAT GOES AROUND COMES AROUND, et al.,

                     Defendants.
------------------------------------------------------------X

       The request, made by Chanel on WGACA and Rago Brothers' behalf, that Chanel's May 12, 2020 letter requesting clarification of the May 5, 2020 Order be permitted to be filed with portions of it and of its exhibit under seal is denied.[1] The May 12 letter (ECF No. 106) and its exhibits shall be unsealed forthwith.

       So Ordered.

Dated: New York, New York
       May 15, 2020

                                                      Louis L. Stanton
                                                   LOUIS L. STANTON
                                                       U.S.D.J.

---

[1] It may have been withdrawn by Chanel's May 15, 2020 letter.