UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

CHANEL, Inc.

    Plaintiff,

v.

WGACA, LLC, et al.

    Defendants.

-------------------------------------------------------x

Case No. 18-cv-2253 (LLC)

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that third-party Rago Brothers Shoe & Leather Repair withdraws its letter motion dated November 20, 2020 seeking cost shifting.

Dated: Bronxville, New York
       November 30, 2020

Michelle Rago, Esq.
47 Merriam Avenue
Bronxville, New York 10708
Tel: (914) 441-887

*Attorney for Rago Brothers*

TO:  Ted Max, Esq.
      Sheppart Mullin
      1901 Avenue of the Starts, Suite 1600
      Los Angeles, California 90067-6017

*Attorneys for Plaintiff*

Thomas S. Kidde, Esq.
Lewis Brisbois
633 West 5th Street, Suite 4000
Los Angeles, CA 90071

*Attorneys for Defendants*

So Ordered
Louis L. Stanton
USDJ
12/2/20