# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC.,<br><br>       Plaintiff,<br><br> v.<br><br>WHAT COMES AROUND GOES AROUND LLC d/b/a WHAT GOES AROUND COMES AROUND, MHW PROPERTIES, INC., PINES VINTAGE, INC., VINTAGE DESIGNS LTD., WCAGA LA, LLC, and individuals SETH WEISSER and GERARD MAIONE,<br><br>       Defendants. | Civil Action No. 18-cv-2253-LLS |

**AMENDED CERTIFICATION OF ROBIN GRUBER PURSUANT TO THE COURT'S AUGUST 21, 2020 DISCOVERY ORDER [DKT. NO. 146]**

I, Robin Gruber, declare as follows:

1. I am Associate General Counsel, Global Head of Anti-Diversion for Plaintiff Chanel, Inc. ("Chanel"). I am also an officer of Chanel. When my deposition was taken on October 1, 2020, I was not sure of my status as an officer given the corporate structure of Chanel, but I have now confirmed my status as an officer, and therefore make this Amended Certification.

2. Pursuant to the Court's August 21, 2020 Order (Dkt. No. 146), and based on my knowledge, I hereby certify that Chanel has admissible evidence that the items sold or offered for sale by Defendant WGACA, LLC ("WGACA") that are listed in the below chart were not made in a factory which made genuine Chanel products, but are so close to copies that they are substantially indistinguishable from the genuine articles.

1

| No. | WGACA SKU No. | Chanel Serial No. | WGACA Item Description | Actual Chanel Item Description | Evidence Of Counterfeit Nature | Date Of Purchase / Sold | Image |
|---|---|---|---|---|---|---|---|
| 1. | Q6B01Z1IR9000 | 17688191 | Chanel Red Lambskin E/W Mini | None / Serial Number voided based on theft of such Serial Number from one of Chanel's authorized factories in Italy | Exhibit 27<br>Exhibit 72<br>Exhibit 1010<br>Exhibit 1013<br>Exhibit 1014<br>Exhibit 1016<br>Exhibit 1063<br>WGACA_00029011_REDACTED | Feb. 4, 2015 | |
| 2. | Q6BAQP0FI4018 | 17688004 | Chanel Beige CVR Newclsc Jumbo | None /Serial Number voided based on theft of such Serial Number from one of Chanel's authorized factories in Italy | Exhibit 27<br>Exhibit 72<br>Exhibit 1010<br>Exhibit 1016<br>Exhibit 1063<br>WGACA_00029011_REDACTED | March 6, 2018 | |
| 3. | Q6B01A3PK5003 | 17688283 | Chanel Blk Clf Boy Bag New Med | None /Serial Number voided based on theft of such Serial Number from one of Chanel's authorized factories in Italy | Exhibit 27<br>Exhibit 72<br>Exhibit 1010<br>Exhibit 1016<br>Exhibit 1063<br>WGACA_00029011_REDACTED | Aug. 5, 2019 | |

| No. | WGACA SKU No. | Chanel Serial No. | WGACA Item Description | Actual Chanel Item Description | Evidence Of Counterfeit Nature | Date Of Purchase / Sold | Image |
|---|---|---|---|---|---|---|---|
| 4. | Q6B01A1IK7008 | 17690211 | Chanel Black Lambskin Boy Med | None /Serial Number voided based on theft of such Serial Number from one of Chanel's authorized factories in Italy | Exhibit 27<br>Exhibit 72<br>Exhibit 1010<br>Exhibit 1016<br>Exhibit 1063<br>Exhibit 1064<br>WGACA_00029011_REDACTED | Dec. 20, 2019 | |
| 5. | Q6B0WW0FKB197 | 17703597 | Chanel Black Caviar Gts | None /Serial Number voided based on theft of such Serial Number from one of Chanel's authorized factories in Italy | Exhibit 27<br>Exhibit 72<br>Exhibit 1010<br>Exhibit 1016<br>Exhibit 1063<br>WGACA_00029011_REDACTED | July 19, 2019 | |
| 6. | Q6BBJY1lM7002 | 17706404 | Chanel Mlti Lamb Graphicflap M | None /Serial Number voided based on theft of such Serial Number from one of Chanel's authorized factories in Italy | Exhibit 27<br>Exhibit 72<br>Exhibit 1010<br>Exhibit 1016<br>Exhibit 1063<br>WGACA_00029011_REDACTED | Jan. 27, 2020 | |

3

| No. | WGACA SKU No. | Chanel Serial No. | WGACA Item Description | Actual Chanel Item Description | Evidence Of Counterfeit Nature | Date Of Purchase / Sold | Image |
|---|---|---|---|---|---|---|---|
| 7. | Q6B0WW0FKB222 | 17710109 | Chanel Black Caviar Gst | None /Serial Number voided based on theft of such Serial Number from one of Chanel's authorized factories in Italy | Exhibit 27<br>Exhibit 72<br>Exhibit 1010<br>Exhibit 1016<br>Exhibit 1063<br>WGACA_00029011_REDACTED | May 26, 2020 | |
| 8. | Q6B0100FK4000 | 17711485 | Chanel Black Caviar 2.55 Jumbo | None /Serial Number voided based on theft of such Serial Number from one of Chanel's authorized factories in Italy | Exhibit 27<br>Exhibit 72<br>Exhibit 1010<br>Exhibit 1016<br>Exhibit 1063<br>WGACA_00029011_REDACTED | Nov. 24, 2014 | |
| 9. | Q6B0100FK4001 | 17714417 | Chanel Blk Caviar 2.55 Jumbo | None /Serial Number voided based on theft of such Serial Number from one of Chanel's authorized factories in Italy | Exhibit 27<br>Exhibit 72<br>Exhibit 1010<br>Exhibit 1016<br>Exhibit 1017<br>Exhibit 1018<br>Exhibit 1019<br>Exhibit 1063<br>WGACA_00029011_REDACTED | Oct. 22, 2015 | |

| No. | WGACA SKU No. | Chanel Serial No. | WGACA Item Description | Actual Chanel Item Description | Evidence Of Counterfeit Nature | Date Of Purchase / Sold | Image |
|---|---|---|---|---|---|---|---|
| 10. | Q6BBJY1IM7000 | 17714847 | Chanel Mlt Lamb Graphic Flap M | None / Serial Number voided based on theft of such Serial Number from one of Chanel's authorized factories in Italy | Exhibit 27<br>Exhibit 72<br>Exhibit 1010<br>Exhibit 1016<br>Exhibit 1063<br>WGACA_00029011_REDACTED | Oct. 14, 2016 | |
| 11. | Q6B0593PR0000 | 17703424 | Chanel Red Calf 2013 Shldr 10" | None / Serial Number voided based on theft of such Serial Number from one of Chanel's authorized factories in Italy | Exhibit 1016<br>Exhibit 72<br>WGACA_00029674<br>WGACA_00029011_REDACTED<br>e catalog -17703424<br>Orli 17703424.PNG | Nov. 23, 2018 | |
| 12. | Q6B01A3EX1001 | 17744200 | Chanel Clear Vinyl Boy 9 | Chanel Red Leather Bowling Bag | CHANEL0012609<br>CHANEL0012610<br>WGACA_00029011_REDACTED | Feb. 5, 2020 | |

5

3. Chanel reserves the right to supplement and amend the list above, as it continues to find counterfeit products being offered for sale or sold by WGACA.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this 4th day of December, 2020 at New York, New York.

DocuSigned by:

*Robin Gruber*

402CC253A09047B...

Robin Gruber