ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
CHANEL, INC.,

        Plaintiff,          18 Civ. 2253 (LLS)

  - against -                  ORDER

WGACA, LLC, et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - -X

    Defendants may take Ms. Gruber's deposition with regard to her knowledge of relevant facts material to this case, without regard to which specific Federal Rule defines that particular area of inquiry, in one continuous examination proceeding from start to completion, for whatever number of hours or days that requires, without abuse of the witness, duplication of unnecessary repetition of questioning, argument with the witness or pursuit of immaterial points. On the other hand, if the witness is unresponsive, it may require the examination to be extended -- but not because it falls under another subdivision of the Federal Rules. The examination shall run from day to day until completed, unless otherwise agreed by counsel. Accordingly, it should be commenced on a day when that is practicable.

    So ordered.

Dated: New York, New York
       December 7, 2020

                                          _Louis L. Stanton_
                                           LOUIS L. STANTON
                                               U.S.D.J.