# **SheppardMullin**

# **MEMO ENDORSED**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.653.8702 direct
tmax@sheppardmullin.com

January 27, 2021

**BY ECF**

The Honorable Louis L. Stanton
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC # |
| DATE FILED: 1/29/21 |

Re: **Chanel, Inc. v. WGACA, LLC, et al., 18-cv-02253 (LLS)**

Dear Judge Stanton:

This law firm represents plaintiff Chanel, Inc. ("Chanel") in the above-referenced matter. Pursuant to Your Honor's Individual Practices in Civil Cases Rule 3.B, we write to respectfully request that Your Honor issue an order permitting Chanel to file under seal a single reference in Chanel's reply letter brief in support of its motion to compel the WGACA Defendants ("Defendants") to produce documents. The reply letter brief is concurrently being filed, with the amount of Defendants' revenues redacted. This amount was obtained from Defendants' documents produced on an ATTORNEYS EYES ONLY basis, and Chanel requests that this portion of its reply letter brief be filed under seal on this ground.

*granted.*
*Louis L.*
*Stanton*
*1/29/21*

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Theodore C. Max*

Theodore C. Max

cc:     All Counsel of Record