ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

    CHANEL, INC.,

               Plaintiff,

      - against -

    WGACA, LLC, et al.,

               Defendants.
- - - - - - - - - - - - - - - - - - - -X

18 Civ. 2253 (LLS)

ORDER

Chanel's March 26 letter for clarification and WGACA's March 29 response are resolved as follows:

1. WGACA must produce its marketing department's internal communications regarding the creation, submission, and approval of the identified advertisements, for whatever they may show of use by WGACA of Chanel's trademark, and whether such use was likely to confuse consumers.

2. Those requests from Chanel's January 15 and February 16 letter motions that the March 18 Order did not discuss were denied.

3. Chanel's request for financial documents is denied with leave, if appropriate, to renew after resolution of the parties' motions for summary judgment.

So ordered.

Dated:  New York, New York
       April 8, 2021

                                 Louis L. Stanton
                                LOUIS L. STANTON
                                  U.S.D.J.