```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
          CHANEL, INC.,

                    Plaintiff,           18 Civ. 2253 (LLS)

               - against -                     ORDER

          WGACA, LLC, et al.,

                    Defendants.
-------------------------------X
```

The issues raised in Chanel's (April 20, 2021) and WGACA's (April 26, 2021) counsels' letters to the Court are resolved as follows:

1. Chanel must make Ms. Gaudet and Mr. Girardi available for deposition by May 28, 2021, without limitation to the subjects covered in their proposed statements of direct testimony.

2. Paragraph 8 of the March 18, 2021 order limited neither the scope of their cross-examination at trial, nor the scope of their pretrial deposition, which may extend beyond their direct testimony to other relevant matters.

So ordered.

Dated: New York, New York
       April 27, 2021

                                    _Louis L. Stanton_
                                    LOUIS L. STANTON
                                        U.S.D.J.