# Exhibit B

**From:** Andrea GAUDET <andrea.gaudet@chanel.com>
**Sent:** Monday, December 30, 2019 10:46 AM
**To:** Alessandra SUNKO; Daniel ROSENBERG
**Subject:** The Plaza hotel advertising 15% discount

Dear all.

A client of the Plaza hotel asking to use his 15% off coupon for all purchases. He shared with me the link below (photo quality not great)

Apparently there is a display case in Plaza Hotel with a Chanel handbag in it and a barcode link to "Chanel on Madison"offering 15% off entire purchase. It takes a few clicks to get you to header link showing store at 21 East 67th "What comes around goes around ", a second hand retailer , who is the one offering discount.

The client was very nice and I was able to explain what type of store was doing the advertising and apologized for the confusion with Chanel's name being utilized to advertise the discount.
 Please forward to appropriate person if there is anything that can be done.

Thank you!

Happy New Year!

Andrea

CHANEL0008305



CHANEL0008306