ORIGINAL

Case 1:18-cv-02253-LLS   Document 274   Filed 10/22/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------X

CHANEL, INC.,

        Plaintiff,        18 Civ. 2253 (LLS)

- against -                  ORDER

WGACA, LLC, et al.,

        Defendants.
-----------------------------X

The materials submitted in support of the redactions in Exhibit R [DKT No. 273] follow the prior pattern of such submissions from Chanel: conclusory, overblown boilerplate characterizations with little relation to the actual material sought to be suppressed, or explanation of its use to a potential competitor or counterfeiter.[1]

Nevertheless, in this particular instance, Chanel's request for redaction is granted because the portions sought to be redacted were not submitted to affect judicial determination,

---

[1] For example, "[l]ikewise, the procedures, measures, and methods employed by Chanel based on or in review of the database records are likewise highly confidential, proprietary, business sensitive material and knowledge, and were they made available to competitors and counterfeiters, including through public disclosure by means of a public court filing, Chanel's brand protection and enforcement capabilities would be severely compromised." [DKT No. 273]. But no specification, detail of how any of the material could be so used, nor how it would facilitate the work of a counterfeiter.
    Exemptions from the requirement of availability of court processes to the public must be based on facts, not generalities and epithets.

-2-

the issue only involves discovery, and Chanel's sensitivity about its process is entitled to some respect.

So ordered.

Dated:  New York, New York
        October 22, 2021

                                                      *Louis L. Stanton*
                                            LOUIS L. STANTON
                                                U.S.D.J.