ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
   CHANEL, INC.,

                    Plaintiff,           18 Civ. 2253 (LLS)

        - against -                      ORDER

   WGACA, LLC, et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - - -X

   The issues raised in Chanel's May 25th letter (Dkt. Nos. 280 and 284) and WGACA's June 1st response (Dkt. No. 281) are resolved as follows:

   1. WGACA must produce those monthly financial statements from 2018 to the present which were relied upon by WGACA's expert to calculate WGACA's profits and will form part of that expert's presentation.

   2. WGACA must update and produce its summary chart of Chanel-branded product sales and costs, and the Google Analytics information, Bitly data, and internal reports relating to WGACA's advertising using Chanel's trademarks.

   3. Chanel is granted leave to complete a Fed.R.Civ.P. 30(b)(6) deposition of WGACA by a person with knowledge concerning the documents discussed above.

   4. Chanel's request for the tax returns of WGACA's members from 2014 to the present is denied as the members are not party

to this litigation and private information pertaining to them is to be sought, if at all, from them directly and not from WGACA.

So ordered.

Dated: New York, New York
June 17, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.