ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
    CHANEL, INC.,

                Plaintiff,                    18 Civ. 2253 (LLS)

        - against -                           ORDER

    WGACA, LLC, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - -X

By January 19, 2023, the parties shall provide the Court with a status update on the progress of the case, and a proposed order scheduling the exchange of pre-trial materials, including the submission of the Joint Pre-Trial Order, Pre-Trial Briefs, and Proposed Voir Dire, Jury Instructions, and Form of Verdict.

Dated:  New York, New York
        January 5, 2023

                                    _Louis L. Stanton_
                                    LOUIS L. STANTON
                                    U.S.D.J.