ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
CHANEL, INC.,

                Plaintiff,

    - against -

WGACA, LLC, WHAT COMES AROUND GOES
AROUND LLC d/b/a WHAT GOES AROUND
COMES AROUND, MHW PROPERTIES, INC.,
WGACA WEB, LLC, PINES VINTAGE,
INC., VINTAGE DESIGNS LTD., and
WCAGA LA, LLC,

                Defendants.
- - - - - - - - - - - - - - - - - - -X

18 Civ. 2253 (LLS)

IN LIMINE ORDER

The Parties' Motions in Limine are resolved as follows:

**Chanel's Motions in Limine:**

- <u>Chanel No. 1 (Dkt. No. 310)</u>: The Motion in Limine is denied because direct proof may not be the only way of persuading a fact-finder that Chanel made the Chanel-branded items.

- <u>Chanel No. 2 (Dkt. No. 312)</u>: The Motion in Limine is denied because evidence of WGACA's own processes is admissible whether or not the fact-finder finds that they have enough documentation.

- <u>Chanel No. 3 (Dkt. No. 314)</u>: The Motion in Limine is denied because Plaintiff's concerns can be adequately handled on cross-examination, and Mr. Weisser has personal knowledge

-1-

-2-

of WGACA's business practices.

- Chanel No. 4 (Dkt. No. 316): The Motion in Limine is granted because the evidence regarding Chanel's motives will provide no help in deciding the trial disputes over claims that WGACA infringed Chanel's trademarks.

- Chanel No. 5 (Dkt. No. 318): The Motion in Limine is denied because the evidence is germane to the issues in the case.

- Chanel No. 6 (Dkt. No. 320): The Motion in Limine is granted under Federal Rule of Evidence 403.

**WGACA's Motions in Limine:**

- WGACA No. 1 (Dkt. No. 297): The Motion in Limine is denied because the Lanham Act is a law act, disgorgement is a law remedy, and counterfeit is a law concept.

- WGACA No. 2 (Dkt. No. 298): The decision is reserved for trial.

- WGACA No. 3 (Dkt. No. 299): The Motion in Limine is denied because Defendants' concerns can be adequately handled on cross-examination. However, there shall be no reference, direct or indirect, by any party, witness, lawyer, or trial participant to Rockwell Automation, Inc. v. Radwell Int'l, Inc., No. 1:15-cv-05246-RBK-JS (D.N.J.).

- WGACA No. 4 (Dkt. No. 300): The decision is reserved for trial.

- <u>WGACA No. 5</u> (Dkt. No. 301): The decision is reserved for trial.

- <u>WGACA No. 6</u> (Dkt. No. 302): The decision is reserved for trial.

Dated:   New York, New York
         September 20 2023

                                    *Louis L. Stanton*
                                    ―――――――――――――――――
                                       LOUIS L. STANTON
                                          U.S.D.J.