ORIGINAL

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
CHANEL, INC.,

           Plaintiff,

  - against -

WGACA, LLC, WHAT COMES AROUND GOES
AROUND LLC d/b/a WHAT GOES AROUND
COMES AROUND, MHW PROPERTIES, INC.,
WGACA WEB, LLC, PINES VINTAGE,
INC., VINTAGE DESIGNS LTD., and
WCAGA LA, LLC,

           Defendants.
- - - - - - - - - - - - - - - - - -X

18 Civ. 2253 (LLS)

ORDER

    Unless altered by unforeseen circumstances, the general outline of the trial of this case will be as follows (and the September 20, 2023 Order, Dkt. No. 361, is amended accordingly).

    The first portion of the trial will be to the jury. The jury will decide on which, if any, of the claims made by Chanel WGACA is liable, to be followed immediately by its award of damages and legal remedies, such as statutory damages. Then the jury may be excused.

    Thereafter the parties will present evidence to the Court (including the opinions of Dr. Andrew Safir and Henry Kahrs) related to equitable remedies, such as disgorgement (which, since there are no lost sales requiring a proxy for measurement, is an equitable claim) and injunctive relief. That will be the

-1-

-2-

only occasion for those experts' testimony.

The jury's determinations regarding liabilities will be binding on the Court.

So ordered.

Dated:   New York, New York
         December 11, 2023

                                    *Louis L. Stanton*
                                      LOUIS L. STANTON
                                           U.S.D.J.