ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED: 12/13/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

CHANEL, INC.,

                Plaintiff,

     - against -

WGACA, LLC, WHAT COMES AROUND GOES
AROUND LLC d/b/a WHAT GOES AROUND
COMES AROUND, MHW PROPERTIES, INC.,
WGACA WEB, LLC, PINES VINTAGE,
INC., VINTAGE DESIGNS LTD., and
WCAGA LA, LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - -X

18 Civ. 2253 (LLS)

IN LIMINE ORDER

WGACA's Motion in Limine No. 6 (Dkt. No. 302) is granted

under Rule 403 to the extent that the jury may not hear evidence

of the Court's prior ruling of infringement on the 779 point-of-

sale items, the eleven handbags with serial numbers stolen from

the Renato Corti factory, and the one handbag with serial number

17744200.


Dated:    New York, New York
          December 13, 2023

                         Louis L. Stanton
                         LOUIS L. STANTON
                         U.S.D.J.