UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC.,<br><br>      Plaintiff,<br><br>   -against-<br><br>WHAT COMES AROUND GOES AROUND LLC d/b/a WHAT GOES AROUND COMES AROUND, et al.,<br><br>      Defendants. | 18-CV-2253 (LLS)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  It is hereby ORDERED that all parties appear for a conference with the Court on January 4, 2024 at 3:00 p.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The parties should be prepared to discuss Chanel, Inc.'s motion for reconsideration. This order is subject to modification by Judge Louis L. Stanton.

Dated: December 26, 2023
    New York, New York

                    SO ORDERED.

                    *Jessica Clarke*

                    JESSICA G. L. CLARKE
                    United States District Judge
                    Part 1 Judge