ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
CHANEL, INC.,

        Plaintiff,

- against -

                                18 Civ. 2253 (LLS)

                                ORDER

WGACA, LLC, WHAT COMES AROUND GOES
AROUND LLC d/b/a WHAT GOES AROUND
COMES AROUND, MHW PROPERTIES, INC.,
WGACA WEB, LLC, PINES VINTAGE,
INC., VINTAGE DESIGNS LTD., and
WCAGA LA, LLC,

        Defendants.
- - - - - - - - - - - - - - - - - -X

    With reference to Chanel's December 22, 2023 Proposed Order to Show Cause (Dkt. No. 373) and my December 13, 2023 In Limine Order (Dkt. No. 370), now scheduled to be discussed on January 5, 2024 at 12:30 P.M., the matter may be less pressing than it appeared. The purpose of that Order was to reserve the issue of informing the jury of the prior infringement rulings for management by the Court, rather than counsel in the case. I will inform the jury of those rulings as needed during trial or in the jury charge. It is not to be mentioned in the openings.

    Of course I would like to discuss with counsel what I should say to the jury. If the January 5th conference is preferable to counsel, we can hold it then, or we can discuss next week at a time that is convenient to all parties. I doubt whether further briefing is worthwhile.

Dated:    New York, New York

         January 3, 2024

                                            *Louis L. Stanton*
                                              LOUIS L. STANTON
                                                  U.S.D.J.