ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
CHANEL, INC.,

                Plaintiff,

    - against -

                              18 Civ. 2253 (LLS)

                                  ORDER

WGACA, LLC, WHAT COMES AROUND GOES
AROUND LLC d/b/a WHAT GOES AROUND
COMES AROUND, MHW PROPERTIES, INC.,
WGACA WEB, LLC, PINES VINTAGE, INC.,
VINTAGE DESIGNS LTD., and WCAGA LA,
LLC,

                Defendants.
- - - - - - - - - - - - - - - - - -X

    The Court has been informed that its Summary Judgment Opinion & Order (Dkt. No. 276), dated March 28, 2022, which held that the bag with serial number 17744200 was non-genuine and counterfeit because its characteristics differed from the product that Chanel authorized for sale under that serial number, rested on an error with a data entry that was discovered very recently. The serial number was mistyped in WGACA's sales records, and the proper ORLI record (Ex. 199) has been produced and is now the subject of evidence and argument at trial.

    In accordance with F.R.Civ.P. 54(b), that holding at pages 46-47 and 55 of the March 28, 2022 Opinion & Order is vacated.

    So ordered.

Dated:    New York, New York
            January 25, 2024

                                              *Louis L. Stanton*
                                              LOUIS L. STANTON
                                                  U.S.D.J.