UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> WHAT COMES AROUND GOES AROUND LLC d/b/a WHAT GOES AROUND COMES AROUND, MHW PROPERTIES, INC., PINES VINTAGE, INC., VINTAGE DESIGNS LTD., WCAGA LA, LLC, and individuals SETH WEISSER and GERARD MAIONE, <br><br> Defendants. | Civil Action No. 18-cv-2253-LLS |

## PLAINTIFF'S NOTICE OF MOTION FOR PERMANENT INJUNCTION AND EQUITABLE RELIEF

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Hyo Jin Paik, dated March 7, 2024, with exhibits, and the accompanying Memorandum of Law in Support of this Motion, Plaintiff Chanel, Inc. ("Chanel"), by and through its undersigned counsel, hereby moves this Court before the Honorable Louis L. Stanton at Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for a judgment granting a permanent injunction and equitable relief as set forth therein pursuant to 15 U.S.C. § 1116.

**PLEASE TAKE FURTHER NOTICE** that, per the Court's direction, opposition papers to this Motion shall be served by April 8, 2024.

Dated: New York, New York
March 7, 2024

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:  */s/ Theodore C. Max*
Theodore C. Max
Jill M. Pietrini (admitted pro hac vice)
Dylan J. Price (admitted pro hac vice)
Bridget J. Russell (admitted pro hac vice)

-2-

>30 Rockefeller Plaza
>New York, New York  10112
>Tel.:  (212) 653-8700
>Fax:  (212) 653-8701
>tmax@sheppardmullin.com
>jpietrini@sheppardmullin.com
>dprice@sheppardmullin.com
>brussell@sheppardmullin.com

*Attorneys for Chanel, Inc.*