# EXHIBIT 1

# Nov. 2017 Invoice

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

Robin Gruber, Esq.                                    SMRH Tax ID 95-1463164
Vice President - Counsel                                November 8, 2017
Chanel USA, Inc.                                       Invoice 340014383
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2017

Current Fees                                   $ 10,266.00

Total Current Activity                                  $ 10,266.00
Total Due for This Invoice                              $ 10,266.00

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
November 8, 2017
Invoice 340014383

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2017

Current Fees                                $ 10,266.00

Total Current Activity                                    $ 10,266.00
Total Due for This Invoice                               $ 10,266.00

Payment Terms:  Balance due upon receipt of this statement.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                              November 8, 2017
Theodore C. Max                                                                    Invoice 340014383
                                                                                   Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 10/31/17

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 10/01/17 | Work on and prepare draft WGACA Complaint; prepare email to Daniel Rosenberg and Robin Gruber re draft  WGACA Complaint. | | |
| | Theodore C. Max | .90 hrs. | $ 648.00 |
| 10/02/17 | Email to R. Gruber regarding comments regarding draft complaint; follow-up regarding same; email to R. Gruber regarding ▇▇▇▇▇▇▇▇; discussion regarding ▇▇▇▇▇▇▇; email to R. Gruber regarding ▇▇▇▇▇▇▇▇; discussion regarding on line sales of Chanel goods; discussion regarding verification of Chanel serial numbers. | | |
| | Theodore C. Max | 1.90 hrs. | $ 1,368.00 |
| 10/02/17 | Conducted factual research re WGACA for draft complaint; discussed client's feedback re draft complaint. | | |
| | Hyo Jin Paik | 1.10 hrs. | $ 330.00 |
| 10/03/17 | Emails and conference call regarding draft WGACA complaint with D. Rosenberg and R. Gruber email to J. Bleys regarding exhibits. | | |
| | Theodore C. Max | 2.80 hrs. | $ 2,016.00 |
| 10/09/17 | Email to D. Rosenberg and R. Gruber re conference call; email and follow up with J. Hananel re exhibits to complaint; conference call with D. Rosenberg, R. Gruber, and H. Paik re draft complaint re WGACA; ▇▇▇▇▇▇▇▇▇▇; discussion re ▇▇▇▇▇▇▇▇▇▇▇▇.. | | |
| | Theodore C. Max | 1.70 hrs. | $ 1,224.00 |
| 10/09/17 | Participated in a telephone conference with the client and T. Max re the draft complaint; prepared draft complaint exhibits to be sent to the client. | | |
| | Hyo Jin Paik | 1.20 hrs. | $ 360.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                              November 8, 2017
Theodore C. Max                                                                   Invoice 340014383
                                                                                  Page 3 of 3

## FEE DETAIL

10/12/17        Review email; email to J. Hananel re █████████████████████████
                ███ .

                    Theodore C. Max                    .50 hrs.              $  360.00

10/13/17        Email to J. Hananel regarding ███████████████████████████████
                █████████████ ; email to D. Rosenberg regarding edits; email with  J. Hananel
                regarding ████████████████████ .

                    Theodore C. Max                    1.60 hrs.            $  1,152.00

10/15/17        Emails with J. Hananel re counterfeit Chanel tissue box; emails re follow up re
                ██████████████████████████████████ .

                    Theodore C. Max                    .50 hrs.              $  360.00

10/24/17        Review ██████████████████████████ regarding WGACA.

                    Theodore C. Max                    .90 hrs.              $  648.00

10/25/17        Review comments from D. Rosenberg and additional information.

                    Theodore C. Max                    .70 hrs.              $  504.00

10/30/17        Work on and revise draft complaint.

                    Theodore C. Max                    .70 hrs.              $  504.00

10/31/17        Work on draft complaint; read and review articles regarding trademark registration for
                hashtags.

                    Theodore C. Max                    1.10 hrs.            $  792.00


**Total Fees for Professional Services**                         **$  10,266.00**

## Dec. 2017 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*__Please return this page with your payment.__*

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
December 29, 2017
Invoice 340015489

| Our Matter No. | 18WZ-264490 |
| --- | --- |
| | Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al. |
| Billing Atty: | Theodore C. Max |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2017

| | |
| --- | --- |
| Current Fees | $ 6,792.00 |
| Total Current Activity | $ 6,792.00 |
| Total Due for This Invoice | $ 6,792.00 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                    SMRH Tax ID 95-1463164
Vice President - Counsel                                December 29, 2017
Chanel USA, Inc.                                      Invoice 340015489
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2017

Current Fees                                    $  6,792.00

Total Current Activity                                      $  6,792.00
Total Due for This Invoice                                  $  6,792.00

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

December 29, 2017
Invoice 340015489
Page 2 of 4

## FOR PROFESSIONAL SERVICES THROUGH 11/30/17

### **FEE DETAIL**

11/01/17     Email to J. Hananel regarding ███████████████████; email regarding ████████████████; work on and revise draft complaint.

Theodore C. Max                    1.10 hrs.                    $ 792.00

11/03/17     Work on and revise draft complaint against WGACA.

Theodore C. Max                    .90 hrs.                    $ 648.00

11/06/17     Review and revise draft Complaint in response to comments form R. Gruber.

Theodore C. Max                    .70 hrs.                    $ 504.00

11/07/17     Composed email to Julie Hananel re ████████████████████████
████████████████████.

Theodore C. Max                    .30 hrs.                    $ 216.00

11/13/17     Work on and revise draft complaint re What Goes Around Comes Around; review evidence re ████████████.

Theodore C. Max                    1.10 hrs.                    $ 792.00

11/15/17     Emails and follow-up with J. Hananel re ████████████████
███████████████████████████; follow up re same re draft complaint.

Theodore C. Max                    .70 hrs.                    $ 504.00

11/16/17     Email with J. Hananel re ████████████████████████
████████████; review and revise draft complaint.

Theodore C. Max                    .90 hrs.                    $ 648.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                December 29, 2017
Theodore C. Max                                                                       Invoice 340015489
                                                                                      Page 3 of 4

## **FEE DETAIL**

11/17/17        Email to J. Hanel re ███████████████████████████████████; prepared
                an email to J.. Hananel re ████████████████████; work on draft complaint re
                same.

                        Theodore C. Max                    .90 hrs.                   $ 648.00

11/20/17        Work on and revise draft complaint adverse to WGACA; review comments from D.
                Rosenberg re draft complaint.

                        Theodore C. Max                    .80 hrs.                   $ 576.00

11/27/17        Work on review revisions from D. Rosenberg and revisions regarding same; review
                and revise draft complaint.

                        Theodore C. Max                    .40 hrs.                   $ 288.00

11/28/17        Work on and prepare final draft of Complaint regarding WGACA; email to D.
                Rosenberg ████████████████████████████████████████████.

                        Theodore C. Max                    1.30 hrs.                  $ 936.00

11/29/17        Conducted factual research re: █████████████████████████████████████
                ███████████████.

                        Hyo Jin Paik                       .80 hrs.                   $ 240.00


        **Total Fees for Professional Services**            | **$  6,792.00** |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    December 29, 2017
Theodore C. Max                                                                          Invoice 340015489
                                                                                         Page 4 of 4

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 11/08/17 | 340014383 | 10,266.00 | 10,266.00 | 0.00 | 0.00 | $ 10,266.00 |
| | | | | Total Outstanding Fees and Disbursements | | $ 10,266.00 |
| | | | | Interest on Outstanding A/R | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | 6,792.00 |
| | | | | **Total Due For This Matter** | | **$ 17,058.00** |

## **Jan. 2018 Invoice**

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Robin Gruber, Esq.                                                SMRH Tax ID 95-1463164
Vice President - Counsel                                              January 18, 2018
Chanel USA, Inc.                                                    Invoice 340015921
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2017

Current Fees                                    $ 2,664.00

Total Current Activity                                       $ 2,664.00
Total Due for This Invoice                                   $ 2,664.00

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                     SMRH Tax ID 95-1463164
Vice President - Counsel                                     January 18, 2018
Chanel USA, Inc.                                          Invoice 340015921
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2017

Current Fees                                        $  2,664.00

Total Current Activity                                       $  2,664.00
Total Due for This Invoice                                   $  2,664.00

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    January 18, 2018
Theodore C. Max                                                          Invoice 340015921
                                                                         Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 12/31/17

## FEE DETAIL

12/01/17        Emails and follow up with J. Hananel re ███████████████████████
                ██████████████.

        Theodore C. Max                    1.00 hrs.                    $ 720.00

12/05/17        Follow up with J. Hanael re █████████████████████████.

        Theodore C. Max                     .50 hrs.                    $ 360.00

12/08/17        Follow up with J. Hananel re ███████████████████████
                ████████████████.

        Theodore C. Max                     .40 hrs.                    $ 288.00

12/11/17        Email to J. Hananel re ██████████████████████████
                ██████; follow up re same.

        Theodore C. Max                     .60 hrs.                    $ 432.00

12/12/17        Email to J. Hananel re ███████████████████; follow up re
                status; work on and prepare email to D, Rosenberg re status of complaint and revisions.

        Theodore C. Max                     .70 hrs.                    $ 504.00

12/18/17        Email to J. Hanael re ████████████████████████████
                ████████████████.

        Theodore C. Max                     .30 hrs.                    $ 216.00

12/19/17        Follow up with J. Hananel re ████████████████████.

        Theodore C. Max                     .20 hrs.                    $ 144.00

**Total Fees for Professional Services**                                 **$ 2,664.00**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 18, 2018
Invoice 340015921
Page 3 of 3

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 12/29/17 | 340015489 | 6,792.00 | 6,792.00 | 0.00 | 0.00 | $ 6,792.00 |
| | | | Total Outstanding Fees and Disbursements | | | $ 6,792.00 |
| | | | Interest on Outstanding A/R | | | 0.00 |
| | | | Fees and Disbursements Due for this Invoice | | | 2,664.00 |
| | | | **Total Due For This Matter** | | | **$ 9,456.00** |

# Feb. 2018 Invoice

# **Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
February 22, 2018
Invoice 340016759

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2018

| | |
|---|---|
| Current Fees | $ 8,911.00 |
| Current Disbursements | $ 7.77 |
| Total Current Activity | $ 8,918.77 |
| Total Due for This Invoice | $ 8,918.77 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                    SMRH Tax ID 95-1463164
Vice President - Counsel                                    February 22, 2018
Chanel USA, Inc.                                          Invoice 340016759
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2018

Current Fees                                    $ 8,911.00
Current Disbursements                           $    7.77

Total Current Activity                                      $ 8,918.77

Total Due for This Invoice                                  $ 8,918.77

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                February 22, 2018
Theodore C. Max                                                       Invoice 340016759
                                                                      Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH 01/31/18

## **FEE DETAIL**

| 01/02/18 | Review and revise draft complaint; incorporate facts received from J. Hananel re ███████████. |

|  | Theodore C. Max | 1.10 hrs. | $ 803.00 |

| 01/04/18 | Work on and revise draft complaint. |

|  | Theodore C. Max | .90 hrs. | $ 657.00 |

| 01/05/18 | Email to J. Hananel; email to R. Gruber with draft complaint and explanation regarding ███████████. |

|  | Theodore C. Max | 2.40 hrs. | $ 1,752.00 |

| 01/09/18 | Read email from Julie Hananel re ████████████ and follow re same. |

|  | Theodore C. Max | .10 hrs. | $ 73.00 |

| 01/10/18 | Read email from J. Hananel regarding ████████████; review WGACA additional photos; prepare response to J. Hananel of Chanel;  read email from R. Gruber (Chanel USA, Inc.). |

|  | Theodore C. Max | .20 hrs. | $ 146.00 |

| 01/11/18 | Read email from J. Hananel from Chanel USA, Inc. re ████████████. |

|  | Theodore C. Max | .10 hrs. | $ 73.00 |

| 01/15/18 | Work on and revise draft complaint adverse to WGACA. |

|  | Theodore C. Max | .50 hrs. | $ 365.00 |

| 01/16/18 | Follow up with J. Hananel re ████████████; review and revise draft complaint adverse to WGACA. |

|  | Theodore C. Max | .80 hrs. | $ 584.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    February 22, 2018
Theodore C. Max                                                            Invoice 340016759
                                                                              Page 3 of 5

## FEE DETAIL

01/17/18    Email with J. Hananel re ███████████████████████; work on and
            revise draft complaint to add new items and additional information.

            Theodore C. Max                    .70 hrs.                $ 511.00

01/18/18    Email to J. Hananel re ████████████████████; review and revise draft
            complaint adverse to WGACA.

            Theodore C. Max                    .60 hrs.                $ 438.00

01/19/18    Email to J. Hananel re ████████████████████ and follow up re same;
            email to R. Gruber and D. Rosenberg re revised draft complaint.

            Theodore C. Max                    .90 hrs.                $ 657.00

01/23/18    Review email from J. Hananel; review and revise draft complaint and inclusion of
            █████████████████; email to T. Monahan regarding same; email to J. Hananel
            regarding same and follow-up regarding ████████████.

            Theodore C. Max                    1.40 hrs.              $ 1,022.00

01/25/18    Review draft edits by T. Monahan; follow-up regarding same.

            Theodore C. Max                    .40 hrs.                $ 292.00

01/26/18    Review comments and suggestions from T. Monahan.

            Theodore C. Max                    .50 hrs.                $ 365.00

**Total Fees for Professional Services**                         **$ 8,911.00**

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 22, 2018
Invoice 340016759
Page 4 of 5

## SUMMARY OF DISBURSEMENTS

Telephone                                                           7.77

**Total Disbursements**                               **$ 7.77**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 22, 2018
Invoice 340016759
Page 5 of 5

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 01/18/18 | 340015921 | 2,664.00 | 2,664.00 | 0.00 | 0.00 | $ 2,664.00 |
| | | | | Total Outstanding Fees and Disbursements | | $ 2,664.00 |
| | | | | Interest on Outstanding A/R | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | 8,918.77 |
| | | | | **Total Due For This Matter** | | **$ 11,582.77** |

# **<u>Mar. 2018 Invoice</u>**

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Robin Gruber, Esq.                                    SMRH Tax ID 95-1463164
Vice President - Counsel                                        March 29, 2018
Chanel USA, Inc.                                          Invoice 340017566
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2018

Current Fees                              $ 6,292.00

Total Current Activity                              $ 6,292.00
Total Due for This Invoice                          $ 6,292.00

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
March 29, 2018
Invoice 340017566

| Our Matter No. | 18WZ-264490 |
| | Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al. |
| Billing Atty: | Theodore C. Max |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2018

| | |
|---|---|
| Current Fees | $ 6,292.00 |
| Total Current Activity | $ 6,292.00 |
| Total Due for This Invoice | $ 6,292.00 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    March 29, 2018
Theodore C. Max                                                         Invoice 340017566
                                                                        Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH 02/28/18

## **FEE DETAIL**

02/05/18     Email to J. Hananel regarding ██████████████████████; follow-up
             regarding same.

                  Theodore C. Max                    .40 hrs.              $  292.00

02/07/18     Emails and revisions re draft compliant re WGACA and emails re follow up re
             ████████████████████; re view and revise draft complaint.

                  Theodore C. Max                    .90 hrs.              $  657.00

02/08/18     Email to R. Gruber regarding draft complaint; email with J. Hananel regarding
             ███████████████████████████.

                  Theodore C. Max                    1.10 hrs.            $  803.00

02/09/18     Emails and follow up re draft complaint and re status of inquiry re ██████████
             ███████████.

                  Theodore C. Max                    .70 hrs.             $  511.00

02/15/18     Review and revise draft Complaint; email to R. Gruber and D. Rosenberg regarding
             same.

                  Theodore C. Max                    .60 hrs.             $  438.00

02/15/18     Reviewed/analyzed exhibits for the complaint.

                  Hyo Jin Paik                       .30 hrs.             $   93.00

02/16/18     Email and follow-up with J. Hananel and J. Bleys regarding ███████████████
             ██████.

                  Theodore C. Max                    .30 hrs.             $  219.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                          March 29, 2018
Theodore C. Max                                                                                 Invoice 340017566
                                                                                               Page 3 of 5

## FEE DETAIL

02/20/18        Teleconference with J. Hananel re ██████████████ and email re same; follow
                up re ██████████████████████████.

                        Theodore C. Max                  .80 hrs.               $ 584.00

02/26/18        Emails with H. Paik regarding ████████████████████; emails with R.
                Gruber regarding same; email regarding ████████████████████████
                ████████████████.

                        Theodore C. Max                  .70 hrs.               $ 511.00

████        ████████████████████████████████████████████
            ████████████

                ██████████              ████████              ████████

02/27/18        Emails with R. Gruber; review WGACA current definition of term "vintage
                collectible" by FTC; review and revise draft WGACA complaint; email to H. Paik re
                same.

                        Theodore C. Max                  .90 hrs.               $ 657.00

02/27/18        Reviewed revised version of the draft complaint.

                        Hyo Jin Paik                     .50 hrs.               $ 155.00

02/28/18        Email to J. Bleys regarding ████████████████████████████
                ████████████████ email regarding █████████████; review
                and revise draft complaint; email to R. Gruber and D. Rosenberg regarding same.

                        Theodore C. Max                  1.20 hrs.              $ 876.00

02/28/18        Discussed draft complaint with T. Max re ████████████████████
                ████.

                        Hyo Jin Paik                     .40 hrs.               $ 124.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                   March 29, 2018
Theodore C. Max                                                         Invoice 340017566
                                                                        Page 4 of 5

**Total Fees for Professional Services**                         **$  6,292.00**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 29, 2018
Invoice 340017566
Page 5 of 5

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 01/18/18 | 340015921 | 2,664.00 | 2,664.00 | 0.00 | 0.00 | $ 2,664.00 |
| 02/22/18 | 340016759 | 8,918.77 | 8,911.00 | 7.77 | 0.00 | 8,918.77 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 11,582.77 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 6,292.00 |
| **Total Due For This Matter** | **$ 17,874.77** |

# Apr. 2018 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Robin Gruber, Esq.                                SMRH Tax ID 95-1463164
Vice President - Counsel                                    April 17, 2018
Chanel USA, Inc.                                      Invoice 340018081
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2018

| | |
|---|---|
| Current Fees | $ 11,479.50 |
| Current Disbursements | $ 513.69 |
| Total Current Activity | $ 11,993.19 |
| Total Due for This Invoice | $ 11,993.19 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                SMRH Tax ID 95-1463164
Vice President - Counsel                                  April 17, 2018
Chanel USA, Inc.                                  Invoice 340018081
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2018

Current Fees                          $ 11,479.50
Current Disbursements                 $  513.69

Total Current Activity                             $ 11,993.19

Total Due for This Invoice                         $ 11,993.19

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 17, 2018
Invoice 340018081
Page 2 of 6

FOR PROFESSIONAL SERVICES THROUGH 03/31/18

### **FEE DETAIL**

03/01/18      Email to J. Bleys regarding ███████████████████████████
█████████

       Theodore C. Max                    3.00 hrs.                    $ 2,190.00

03/02/18      Email to R. Gruber regarding proposed Statement for press release regarding WGACA
matter; email to T. Monahan regarding same.

       Theodore C. Max                    .70 hrs.                    $  511.00

03/05/18      Follow up with R. Gruber re █████████████████████; email with J.
Bleys re ████████████.

       Theodore C. Max                    .90 hrs.                    $  657.00

03/06/18      Email with J. Bleys re ███████████████████████████
██████████████████████

       Theodore C. Max                    1.10 hrs.                    $  803.00

03/07/18      Email to J. Bleys re questions re ██████████████████████
████  and follow up re finalizing WGACA draft complaint.

       Theodore C. Max                    .90 hrs.                    $  657.00

03/08/18      Email to R. Gruber regarding Chanel press statement regarding Chanel Complaint and
explanation regarding action; follow-up email regarding comparison regarding draft
press statement.

       Theodore C. Max                    .50 hrs.                    $  365.00

03/12/18      Emails with B. Rank and follow up re Civil Cover Sheet and review and revise same;
review and revise Rule 7.1 Statement; email and follow up with H. Paik re exhibits and
filling of  Complaint.

       Theodore C. Max                    .40 hrs.                    $  292.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 17, 2018
Invoice 340018081
Page 3 of 6

## **FEE DETAIL**

03/12/18    Prepared summonses and civil cover sheet; emailed with T. Max re same.

Bradley M. Rank                     .80 hrs.                     $ 236.00

03/13/18    Review exhibits for WGACA complaint; review Civil Cover Sheet; review Rule 7.1
Statement; email to R. Gruber re ███████████████████████; email re
██████████████; email re questions re ███████████; follow up with H.
Paik and B. Rank re status and filing.

Theodore C. Max                     1.90 hrs.                     $ 1,387.00

03/13/18    Reiviewed/analyzed and compiled final set of exhibits to be filed with the Complaint.

Hyo Jin Paik                     1.50 hrs.                     $ 465.00

03/13/18    Prepared AO120 Form; prepared exhibits to complaint for e-filing; searched for recent
corporate disclosure statement; drafted corporate disclosure statement.

Bradley M. Rank                     .90 hrs.                     $ 265.50

03/14/18    Prepare letter to WGACA; emails with R. Gruber; work on and finalize complaint;
coordinate filing and follow up; letter to WGACA hand delivery and Fed Ex delivery.

Theodore C. Max                     1.30 hrs.                     $ 949.00

███████    ████████████████████████████████████

███████████████    ████████    ████████

03/14/18    Reviewed email from client re corporate disclosure statement; edited/revised same;
prepared complaint et al. for e-filing and e-filed same.

Bradley M. Rank                     1.80 hrs.                     $ 531.00

03/15/18    Follow up re filing and assignment of District Court judge in matter; email to client re
assignment of Judge Stanton.

Theodore C. Max                     .30 hrs.                     $ 219.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    April 17, 2018
Theodore C. Max                                                          Invoice 340018081
                                                                         Page 4 of 6

## FEE DETAIL

03/15/18     Researched Judge Stanton and Judge Moses's profiles and case analytics; emailed T.
             Monahan re same.  Reviewed notice from court re proposed summonses; edited/revised
             same and re-filed proposed summonses.

                  Bradley M. Rank              .80 hrs.              $  236.00

03/27/18     Emails with counsel for WGACA; email with J. Monahan; telephone conference with
             counsel for WGACA (B. Hughes; S. Rumbaugh).

                  Theodore C. Max              .90 hrs.              $  657.00

█████        ███████████████████████████████████████████████

             ███████████████          ██████████          ██████████

03/29/18     Email to T. Monahan re status of follow up with Cooley.

                  Theodore C. Max              .10 hrs.              $   73.00

03/30/18     Email and teleconference with T. Monahan re response from Cooley re demand letter;
             discuss strategy re same.

                  Theodore C. Max              .50 hrs.              $  365.00

█████        ███████████████████████████████████████████

             ███████████████          ██████████          ██████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 17, 2018
Invoice 340018081
Page 5 of 6

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 12.50 | $ 730.00 | $ 9,125.00 |
| ██████████ | ████ | ████████ | █████████ |
| Hyo Jin Paik | 1.50 | $ 310.00 | $ 465.00 |
| Bradley M. Rank | 4.30 | $ 295.00 | $ 1,268.50 |

**Total Fees for Professional Services**    $ 11,479.50

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 03/14/18 | C. Chapman - 03/14/2018 - Pay.gov - case filing fee  - NY  - Brad Rank | 400.00 |
| 03/14/18 | NPD Logistics Invoice#1472-1177 Invoice Date 03/18/18 Order# 444.031418 by Ted Max To: What Goes Around Comes Around, 54 7th Ave. S. Garden Entrance, NY, NY 10014-4001. | 69.00 |
| 03/16/18 | NPD Logistics Invoice#1472-1177 Invoice Date 03/18/18 Order# 325.031618 by Ted Max To: What Goes Around Comes Around, 351 W. Broadway, NY, NY 10013-3069. | 13.80 |
| 03/14/18 | Federal Express on 03/14/18 | 29.59 |
| 03/13/18 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 03/01/2018-03/15/2018 | 1.30 |

**Total Disbursements**    $ 513.69

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 17, 2018
Invoice 340018081
Page 6 of 6

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 01/18/18 | 340015921 | 2,664.00 | 2,664.00 | 0.00 | 0.00 | $ 2,664.00 |
| 02/22/18 | 340016759 | 8,918.77 | 8,911.00 | 7.77 | 0.00 | 8,918.77 |
| 03/29/18 | 340017566 | 6,292.00 | 6,292.00 | 0.00 | 0.00 | 6,292.00 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 17,874.77 |
| Interest on Outstanding A/R | 53.28 |
| Fees and Disbursements Due for this Invoice | 11,993.19 |
| **Total Due For This Matter** | **$ 29,921.24** |

# May 2018 Invoice

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

**_Remittance Copy_**
***Please return this page with your payment.***

Robin Gruber, Esq.                                   SMRH Tax ID 95-1463164
Vice President - Counsel                                       May 24, 2018
Chanel USA, Inc.                                        Invoice 340019003
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2018

| | | |
|---|---|---|
| Current Fees | $ 12,339.50 | |
| Current Disbursements | $ 1,008.16 | |
| Total Current Activity | | $ 13,347.66 |
| Total Due for This Invoice | | $ 13,347.66 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                              SMRH Tax ID 95-1463164
Vice President - Counsel                                                     May 24, 2018
Chanel USA, Inc.                                                     Invoice 340019003
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2018

| | |
|---|---|
| Current Fees | $ 12,339.50 |
| Current Disbursements | $ 1,008.16 |
| | |
| Total Current Activity | $ 13,347.66 |
| Total Due for This Invoice | $ 13,347.66 |

Payment Terms:  Balance due upon receipt of this statement.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                        May 24, 2018
Theodore C. Max                                                                              Invoice 340019003
                                                                                             Page 2 of 7

FOR PROFESSIONAL SERVICES THROUGH 04/30/18

## **FEE DETAIL**

04/02/18    Follow up with T. Monahan re follow up from Cooley, counsel from WGACA;
            discussion re ██████████████████████████████.

            Theodore C. Max                    .50 hrs.                 $ 365.00

04/03/18    Email to T. Monahan regarding service of process and response for counsel from
            WGACA; follow-up with T. Monahan regarding response; email to J. Bleys regarding
            follow-up; email to D. Rosenberg and R. Gruber regarding synopsis of Cooley letter;
            email to T. Monahan regarding background facts and follow-up.

            Theodore C. Max                    .90 hrs.                 $ 657.00

████████  █████████████████████████████████████████████████████

            ███████████       ███████████        ███████████

04/04/18    Email to D. Rosenberg and R. Gruber regarding Cooley letter regarding settlement
            proposal and synopsis regarding same; email to R. Gruber and R. Rosenberg regarding
            same; discussion with T. Monahan regarding draft response and regarding and revise
            same.

            Theodore C. Max                    1.30 hrs.                $ 949.00

████████  █████████████████████████████████████████████

            ███████████       ███████████        ███████████

04/05/18    Emails and follow up with J. Bleys re ██████████████████; email with T. Monahan re same; email
            ████████████████████; email with T. Monahan re same; email
            to J. Bleys re same and ██████████████; email to G. Mitchell re taking screen prints of
            WGACA website; review and revise draft letter to counsel for WGACA.

            Theodore C. Max                    1.50 hrs.                $ 1,095.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                              May 24, 2018
Theodore C. Max                                                              Invoice 340019003
                                                                                    Page 3 of 7

<u>**FEE DETAIL**</u>

�manual███          ████████████████████████████████████████████

          ████████          ████████          ████████

04/06/18          Follow up with J. Bleyes re WGACA Chanel-branded products; discussion with T.
                  Monahan re revision and amendment of complaint against WGACA and strategy re
                  same.

                  Theodore C. Max                    .50 hrs.                    $  365.00

████          ██████████████████████████████████████████████

          ████████          ████████          ████████

04/09/18          Review and revise draft amended complaint ; review and edit same; teleconference
                  with T. Monahan re same.; review facts re ██████████████████████████
                  ██.

                  Theodore C. Max                    .90 hrs.                    $  657.00

████          ████████████████████████████████████████████████

          ████████          ████████          ████████

04/09/18          Reviewed draft amended complaint; drafted proposed summonses for two new
                  defendants; emailed with T. Monahan re same.

                  Bradley M. Rank                    .40 hrs.                    $  118.00

04/11/18          Review letter for Cooley counsel from WGACA; email to R. Gruber and D. Rosenberg
                  regarding executive summary regarding WGACA response letter.

                  Theodore C. Max                    .50 hrs.                    $  365.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                          May 24, 2018
Theodore C. Max                                                          Invoice 340019003
                                                                              Page 4 of 7

## FEE DETAIL

04/12/18    Email re ███████████████████; email re follow up and questions re
            same.

                    Theodore C. Max                    .30 hrs.              $ 219.00

04/13/18    Emails with J. Bleys and J. Hananel re WGACA matter and various  questions
            regarding status of various items.

                    Theodore C. Max                    .50 hrs.              $ 365.00

04/16/18    Email to J. Bleys regarding ███████████████; email to J. Hananel
            regarding same; email to J. Bleys regarding ███████████.

                    Theodore C. Max                    .70 hrs.              $ 511.00

04/18/18    Emails with T. Monahan regarding Amendment of Complaint and filing regarding
            same.

                    Theodore C. Max                    .50 hrs.              $ 365.00

████        ████████████████████████████████████

                    ███████████              ███████              ███████

04/18/18    Reviewed/revised amended complaint; prepared revised exhibits to the amended
            complaint.

                    Hyo Jin Paik                       1.00 hrs.            $ 310.00

04/18/18    Prepared amended complaint and additional summonses for e-filing and e-filed same.

                    Bradley M. Rank                    .70 hrs.             $ 206.50

04/19/18    Reviewed notice from court re amended complaint and additional summonses; called
            S.D.N.Y. Clerk's Office re same; re-filing same.

                    Bradley M. Rank                    .30 hrs.             $ 88.50

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 24, 2018
Invoice 340019003
Page 5 of 7

## **FEE DETAIL**

04/20/18    Reviewed summonses issued for additional defendants; emailed T. Max et al. re service.

Bradley M. Rank                .10 hrs.                $ 29.50

███████        ████████████████████████████████████████

        ████████████        ████████        ████████

04/23/18    Researched agents for service on defendants; prepared documents for service and emailed process server re same.

Bradley M. Rank                .40 hrs.                $ 118.00

███████        ████████████████████████████████████████

        ████████████        ████████        ████████

04/25/18    Follow up with J. Hananel re ████████████████████████
████████████████████████████████████

Theodore C. Max                .20 hrs.                $ 146.00

04/27/18    Read letter from counsel for WGACA; email and teleconference with T. Monahan re same; email re ████████████████████████.

Theodore C. Max                .70 hrs.                $ 511.00

04/30/18    Email with J. Bleys regarding ████████████████████████████
████████████████; follow-up regarding same.

Theodore C. Max                .60 hrs.                $ 438.00


**Total Fees for Professional Services**                **$ 12,339.50**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 24, 2018
Invoice 340019003
Page 6 of 7

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 02/27/17 | Need It Now Delivers. Invoice # 239507. Invoice Date: 03/05/2017. Order # 3257650 . By: Ryan Dobrin. To: Frank Goldstein, 1430 Broadway Ste 1650, New York, NY. | 10.43 |
| 02/27/17 | Need It Now Delivers. Invoice # 239507. Invoice Date: 03/05/2017. Order # 3257650. By: Tom Monahan. To: Frank Goldstein, 1430 Broadway Ste 1650, New York, NY. | 10.43 |
| 03/02/18 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 03/01/2018-03/15/2018 | 17.30 |
| | Duplication | 970.00 |

**Total Disbursements**

**$ 1,008.16**

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 24, 2018
Invoice 340019003
Page 7 of 7

## **ACCOUNTS RECEIVABLE SUMMARY**

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 01/18/18 | 340015921 | 2,664.00 | 2,664.00 | 0.00 | 0.00 | $ 2,664.00 |
| 02/22/18 | 340016759 | 8,918.77 | 8,911.00 | 7.77 | 0.00 | 8,918.77 |
| 03/29/18 | 340017566 | 6,292.00 | 6,292.00 | 0.00 | 0.00 | 6,292.00 |
| 04/17/18 | 340018081 | 11,993.19 | 11,479.50 | 513.69 | 0.00 | 11,993.19 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 29,867.96 |
| Interest on Outstanding A/R | 241.34 |
| Fees and Disbursements Due for this Invoice | 13,347.66 |
| **Total Due For This Matter** | **$ 43,456.96** |

# July 2018 Invoice

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
July 24, 2018
Invoice 340020539

Our Matter No.        18WZ-264490
                     Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2018

| | |
|---|---|
| Current Fees | $ 39,129.00 |
| Current Disbursements | $ 4,026.50 |
| Total Current Activity | $ 43,155.50 |
| Total Due for This Invoice | $ 43,155.50 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
July 24, 2018
Invoice 340020539

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2018

| | |
|---|---|
| Current Fees | $ 39,129.00 |
| Current Disbursements | $ 4,026.50 |
| Total Current Activity | $ 43,155.50 |
| Total Due for This Invoice | $ 43,155.50 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 24, 2018
Invoice 340020539
Page 2 of 11

FOR PROFESSIONAL SERVICES THROUGH 06/30/18

## **FEE DETAIL**

05/01/18    Emails with T. Monahan regarding letters from Cooley regarding complaint; draft response regarding same.

    Theodore C. Max                    .60 hrs.                    $  438.00

05/02/18    Email to D. Rosenberg and R. Gruber regarding letter for Cooley, counsel from WGCA defendants, and prepare letter to counsel for WGACA in response.

    Theodore C. Max                    1.10 hrs.                    $  803.00

05/02/18    Reviewed affidavits of service via the NY Secretary of State; prepared same for e-filing and e-filed same; emailed with process server re affidavits of service on remaining defendants.

    Bradley M. Rank                    .60 hrs.                    $  177.00

05/03/18    Work on and finalize letter to M. Weisser; work on and revise draft letter to Cooley, counsel for WGACA defendants.

    Theodore C. Max                    .90 hrs.                    $  657.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                July 24, 2018
Theodore C. Max                                                                     Invoice 340020539
                                                                                    Page 3 of 11

## FEE DETAIL

| | | | |
|---|---|---|---|
05/04/18    Email to T. Monahan regarding letter from M. Weisser regarding NHW Properties, Inc.

        Theodore C. Max        .20 hrs.        $ 146.00

05/04/18    Reviewed and e-filed affidavits of service for Weiser and Maione.

        Bradley M. Rank        .40 hrs.        $ 118.00

05/07/18    Email with opposing counsel; follow-up regarding ███████████████
████

        Theodore C. Max        .60 hrs.        $ 438.00

05/08/18    Emails with R. Gruber re Amended Complaint; email and follow up telephone call
with T. Kidde and substitution as lead counsel; email to R. Gruber re same.

        Theodore C. Max        1.10 hrs.        $ 803.00

05/09/18    Reviewed affidavits of service for MHW Properties and WGACA Web LLC; e-filed
same.

        Bradley M. Rank        .30 hrs.        $ 88.50

05/10/18    Emails with T. Kidde re request for an extension of time to answer or otherwise
respond to the Amended Complaint; email with T. Monahan re same; email to R.
Gruber and D. Rosenberg re same and draft response to T. Kidde re same.

        Theodore C. Max        .90 hrs.        $ 657.00

05/11/18    Emails with T. Kidde regarding request for additional time to respond or otherwise
answer to Chanel's Amended Complaint; follow-up with T. Monahan' email to D.
Rosenberg and R. Graham regarding same.

        Theodore C. Max        .70 hrs.        $ 511.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                              July 24, 2018
Theodore C. Max                                                            Invoice 340020539
                                                                              Page 4 of 11

## FEE DETAIL

05/14/18    Emails and follow up with T. Kidde from Lewis Brisbois re request for extension of
            time to answer or otherwise respond to Chanel complaint.

      Theodore C. Max                    .70 hrs.                  $ 511.00

▬▬▬▬          ▬▬▬▬▬▬▬▬

                    ▬▬▬▬▬▬            ▬▬▬▬            ▬▬▬▬

▬▬▬▬          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

                    ▬▬▬▬▬▬            ▬▬▬▬            ▬▬▬▬

05/16/18    Emails and follow up with T. Kidde re request for extension of time by WGACA
            defendants and question of whether Cooley will be co-counsel for WGACA
            defendants; follow up with T. Monahan re same.

      Theodore C. Max                    .50 hrs.                  $ 365.00

05/16/18    Reviewed Stipulation and Proposed Order re Defendants' Response to Complaint.

      Bradley M. Rank                     .10 hrs.                  $ 29.50

05/17/18    Emails and follow up re Stipulation re extension of time to answer or otherwise move
            and time to respond to possible motion to dismiss; email to T. Kidde re same.

      Theodore C. Max                    .60 hrs.                  $ 438.00

05/18/18    Review the draft Stipulation and Order extending time to answer or otherwise respond;
            email to T. Kidde; follow up re same.

      Theodore C. Max                    .60 hrs.                  $ 438.00

05/31/18    Follow up with J. Bleys re ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
            ▬▬▬▬▬▬▬▬; follow up re scheduling.

      Theodore C. Max                    1.10 hrs.                 $ 803.00

Case 1:18-cv-02253-LLS    Document 512-1    Filed 03/12/25    Page 63 of 1229


**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 24, 2018
Invoice 340020539
Page 5 of 11

## FEE DETAIL

| | | | | |
|---|---|---|---|---|
| 06/12/18 | Emails with J. Bleyes re ████████████████████████. | | | |
| | Theodore C. Max | .50 hrs. | $ 365.00 | |
| 06/13/18 | Follow up with H. Paik re research re decisions by Judge Louis B. Stanton re motions to dismiss in trademark, unfair competition and related cases. | | | |
| | Theodore C. Max | .50 hrs. | $ 365.00 | |

████ ██████████████████████████████████████

████      ████      ████

| | | | | |
|---|---|---|---|---|
| 06/15/18 | Meeting and emails with T. Monahan re preparation and scheduling of response to Motion to Dismiss from WGACA. | | | |
| | Theodore C. Max | 1.30 hrs. | $ 949.00 | |
| 06/18/18 | Review Motion to Dismiss filed by WGACA Defendants; discussion with T. Monahan re same; email to R. Gruber, D. Rosenberg and J. Bleys re same. | | | |
| | Theodore C. Max | 2.80 hrs. | $ 2,044.00 | |

████ ██████████████████████████████████████

████      ████      ████

| | | | | |
|---|---|---|---|---|
| 06/18/18 | Reviewed Defendants' Motion to Dismiss; emailed with T. Monahan et al re same; drafted stipulation re briefing schedule. | | | |
| | Bradley M. Rank | .50 hrs. | $ 147.50 | |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                          July 24, 2018
Theodore C. Max                                                     Invoice 340020539
                                                                          Page 6 of 11

## **FEE DETAIL**

06/19/18        Review Motion to Dismiss and supporting papers; discussion with T. Monahan and H.
                Paik re Memorandum of Law in Support of Motion to Dismiss; emails to T. Monahan
                and D. Sims re ███████████████████████████████████████████████
                ███. follow up re same.

                    Theodore C. Max                  2.80 hrs.              $ 2,044.00



06/20/18        Discussion with T. Monahan re outline of Response to Motion to Dismiss Second
                Amended Complaint by WGACA Defendants; follow up re affirmative defenses and
                strategy.

                    Theodore C. Max                  1.10 hrs.              $ 803.00

06/21/18        Follow up with T. Monahan; review false advertising cases; discussion re nominative
                fair use and first sale doctrine; review cases re same.

                    Theodore C. Max                  1.40 hrs.              $ 1,022.00

06/22/18        Email and follow-up with T. Monahan regarding scheduling of motion practice;
                discussion re projects and assignments for response to motion to dismiss; discussion re
                outline re response; email re research files.

                    Theodore C. Max                  1.70 hrs.              $ 1,241.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 24, 2018
Invoice 340020539
Page 7 of 11

## FEE DETAIL



06/25/18      Prepared stipulation re briefing schedule for submission to court and emailed same to
orders and judgments clerk; reviewed so ordered stipulation.

Bradley M. Rank                    .30 hrs.                    $ 88.50

06/26/18      Emails and follow up with T. Monahan and D. Sims re ███████████████
███████ ; emails re prior research; and follow up re response to Motion to Dismiss.

Theodore C. Max                    1.10 hrs.                    $ 803.00

06/27/18      Follow-up with H. Paik and T. Monahan regarding status; review cases regarding
nominative fair use in the Second Circuit.

Theodore C. Max                    .80 hrs.                    $ 584.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 24, 2018
Invoice 340020539
Page 8 of 11

## FEE DETAIL



06/28/18    Follow up with T. Monahan re status; discussion re nominative fair use and first sale doctrine case law.

Theodore C. Max                1.10 hrs.                $ 803.00

06/28/18    Conducted legal research and reviewed and analyzed case law in preparation of opposition to motion to dismiss; discussed and strategized with T.Monahan and D.Sims regarding the opposition brief.

Hyo Jin Paik                1.40 hrs.                $ 434.00

06/29/18    Follow up with T. Monahan re draft Response to Memorandum of Law In Opposition to Motion to Dismiss.

Theodore C. Max                .90 hrs.                $ 657.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 24, 2018
Invoice 340020539
Page 9 of 11

## FEE DETAIL



## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 26.30 | $ 730.00 | $ 19,199.00 |
| ███████ | ███ | ████ | █████ |
| Hyo Jin Paik | 1.40 | $ 310.00 | $ 434.00 |
| ███████ | ███ | ████ | █████ |
| Bradley M. Rank | 2.20 | $ 295.00 | $ 649.00 |
| ███████ | █ | ████ | █████ |

**Total Fees for Professional Services**                      **$ 39,129.00**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                          July 24, 2018
Theodore C. Max                                                          Invoice 340020539
                                                                              Page 10 of 11

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 05/09/18 | Preemptive Process Servers - Inv#42418-86 - Service upon WGACA Web, LLC | 407.55 |
| 05/09/18 | Preemptive Process Servers - Inv#42418-85A - Service upon MHW Properties | 60.00 |
| 05/09/18 | Preemptive Process Servers - Inv#42418-80 - Service of Summons and Complaint with Exhibits | 154.00 |
| 05/09/18 | Preemptive Process Servers - Inv#42418-85 - Service attempted on MHW Properties, Inc | 446.55 |
| 05/09/18 | Preemptive Process Servers - Inv#42418-84 - Service of summons and complaints with exhibits | 154.00 |
| 05/09/18 | Preemptive Process Servers - Inv#42418-82 - Service of summons and complaint with exhibits | 154.00 |
| 05/09/18 | Preemptive Process Servers - Inv#42418-3 - Service upon Gerard Maione | 178.00 |
| 05/09/18 | Preemptive Process Servers - Inv#42418-83 - Service of Summons and complaint with exhibits | 154.00 |
| 05/09/18 | Preemptive Process Servers - Inv#42418-4 - Service upon Seth Weisser | 233.00 |
| 05/09/18 | Preemptive Process Servers - Inv#42418-81 - Service of Summons and Complaint with Exhibits | 154.00 |
| 06/21/18 | Westlaw research by Sims, Damani, on 6/21/2018. | 245.70 |
| 06/22/18 | Westlaw research by Sims, Damani, on 6/22/2018. | 491.40 |
| 06/26/18 | Westlaw research by Sims, Damani, on 6/26/2018. | 107.10 |
| 06/27/18 | Westlaw research by Sims, Damani, on 6/27/2018. | 447.30 |
| 06/28/18 | Westlaw research by Paik, Hyo Jin, on 6/28/2018. | 532.80 |
| 06/28/18 | Westlaw research by Sims, Damani, on 6/28/2018. | 107.10 |

**Total Disbursements**                                             $ 4,026.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 24, 2018
Invoice 340020539
Page 11 of 11

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 03/29/18 | 340017566 | 6,292.00 | 6,292.00 | 0.00 | 0.00 | $ 6,292.00 |
| 04/17/18 | 340018081 | 11,993.19 | 11,479.50 | 513.69 | 0.00 | 11,993.19 |
| 05/24/18 | 340019003 | 13,347.66 | 12,339.50 | 1,008.16 | 0.00 | 13,347.66 |
| | | | Total Outstanding Fees and Disbursements | | | $ 31,632.85 |
| | | | Interest on Outstanding A/R | | | 649.83 |
| | | | Fees and Disbursements Due for this Invoice | | | 43,155.50 |
| | | | **Total Due For This Matter** | | | **$ 75,438.18** |

# Aug. 2018 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
August 20, 2018
Invoice 340021024

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2018

| | | |
|---|---|---|
| Current Fees | $ 47,399.00 | |
| Current Disbursements | $ 6,290.77 | |
| Total Current Activity | | $ 53,689.77 |
| Total Due for This Invoice | | $ 53,689.77 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                    SMRH Tax ID 95-1463164
Vice President - Counsel                                      August 20, 2018
Chanel USA, Inc.                                          Invoice 340021024
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2018

Current Fees                                $  47,399.00
Current Disbursements                        $  6,290.77

Total Current Activity                                    $  53,689.77
Total Due for This Invoice                                $  53,689.77

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    August 20, 2018
Theodore C. Max                                                                           Invoice 340021024
                                                                                          Page 2 of 10

FOR PROFESSIONAL SERVICES THROUGH 07/31/18

## **FEE DETAIL**

07/01/18      Reviewed analyzed case law; drafted legal argument section of the brief in opposition
              of Defendants' motion to dismiss.

              Hyo Jin Paik                          2.10 hrs.                    $ 651.00

07/02/18      Reviewed analyzed case law; drafted legal argument section of the brief in opposition
              of Defendants' motion to dismiss.

              Hyo Jin Paik                          2.80 hrs.                    $ 868.00

07/05/18      Email to T. Monahan re status of draft Response to Motion to Dismiss; discussion re
              strategy and focus of response.

              Theodore C. Max                       .40 hrs.                     $ 292.00

07/06/18      Email to T. Monahan regarding draft Memorandum of Law in Opposition to Motion to
              dismiss; review draft Memorandum of Law in Support of Motion to Dismiss.

              Theodore C. Max                       .90 hrs.                     $ 657.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 20, 2018
Invoice 340021024
Page 3 of 10

### **FEE DETAIL**



| | | |
|---|---|---|

07/09/18    Work on and revise draft Memorandum in Opposition to Motion to Dismiss; review and revise draft and reviewed and revise same.

Theodore C. Max                    1.80 hrs.                    $ 1,314.00

07/10/18    Work on draft Memorandum in Opposition to Motion to Dismiss; review and revise draft and review Amended Complaint; review and revise factual exposition.

Theodore C. Max                    1.30 hrs.                    $ 949.00

07/11/18    Work on and review and revise draft Memorandum in Opposition to Motion to Dismiss; follow-up with H. Paik and T. Monahan regarding same.

Theodore C. Max                    .90 hrs.                    $ 657.00

07/12/18    Work on and revise draft Memorandum of Law in Opposition to Motion to Dismiss; work on and revise draft factual summary and trademark infringement portion re hashtag #WGACACHANEL; review and revise same.

Theodore C. Max                    1.90 hrs.                    $ 1,387.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 20, 2018
Invoice 340021024
Page 4 of 10

## FEE DETAIL

| | | | |
|---|---|---|---|
| 07/13/18 | Work on and revise draft Memorandum of Law in Opposition to Motion to Dismiss; review and revise same; follow-up regarding nominative fair use analysis. | | |
| | Theodore C. Max | 1.90 hrs. | $ 1,387.00 |

| | | | |
|---|---|---|---|
| 07/15/18 | Work on and revise draft Statement of Facts and Preliminary Statement for Memorandum of Law in Opposition to Motion to Dismiss; review an revise same. | | |
| | Theodore C. Max | .60 hrs. | $ 438.00 |

| | | | |
|---|---|---|---|
| 07/16/18 | Work on and revise draft Memorandum of Law in Opposition to Motion to Dismiss. | | |
| | Theodore C. Max | 1.90 hrs. | $ 1,387.00 |

| | | | |
|---|---|---|---|
| 07/17/18 | Review Memorandum in Support of Motion to Dismiss; read cases from Judge Stanton re trademark and unfair competition issues. | | |
| | Theodore C. Max | 1.80 hrs. | $ 1,314.00 |

| | | | |
|---|---|---|---|
| 07/19/18 | Work on and review and revise draft Memorandum of Law in Opposition to Motion to Dismiss. | | |
| | Theodore C. Max | 1.80 hrs. | $ 1,314.00 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    August 20, 2018
Theodore C. Max                                                                          Invoice 340021024
                                                                                         Page 5 of 10

## **FEE DETAIL**

07/20/18      Email to J. Bleys regarding ███████████████████████████████████████;
              work on and revise analysis of unfair competition, false advertising and false
              endorsement sections; follow-up regarding factual analysis regarding same.

                      Theodore C. Max                    2.50 hrs.                    $  1,825.00

███████      ████████████████████████████████████████████████████████
             ████████████████████████████████████████

             ████████████████        ████████        ████████

07/22/18      Work on and edit draft Memorandum of Law in Opposition to Motion to Dismiss;
              work on and revise draft statement of facts and argument re likelihood of confusion.

                      Theodore C. Max                    1.40 hrs.                    $  1,022.00

07/23/18      Work on and review and revise draft Memorandum of Law in Opposition to Motion to
              Dismiss; emails with H. Paik and T. Monahan regarding first sale doctrine and
              nominative first use; follow-up regarding research; email to J. Bleys regarding
              ████████████████████████; emails with M. Garafola regarding same;
              email to D. Rosenberg, R. Gruber and J. Bleys regarding draft Memorandum in
              Opposition to Motion to Dismiss.

                      Theodore C. Max                    1.90 hrs.                    $  1,387.00

███████      ████████████████████████████████████████████████████████
             ████████████████████████████████████████

             ████████████████        ████████        ████████

███████      ████████████████████████████████████████████████
             ████████████

             ████████████████        ████████        ████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                            August 20, 2018
Theodore C. Max                                                                 Invoice 340021024
                                                                                 Page 6 of 10

## FEE DETAIL

07/24/18       Follow-up regarding draft Memorandum of Law and revisions regarding same; work
               on and review draft Declaration  in Opposition to Motion to Dismiss; email to J. Bleys
               regarding ███████████████████████████████████████.

               Theodore C. Max                1.70 hrs.              $ 1,241.00



07/25/18       Email to T. Monahan and D. Sims regarding draft Declaration in Support of Motion to
               Oppose Motion to Dismiss; email to D. Rosenberg, R. Gruber and J. Bleys regarding
               draft Declaration In Support of Motion to Oppose Motion to Dismiss; work on and
               review draft Memorandum of Law in Opposition to Motion to Dismiss.

               Theodore C. Max                1.70 hrs.              $ 1,241.00



# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                          August 20, 2018
Theodore C. Max                                                               Invoice 340021024
                                                                               Page 7 of 10

## **FEE DETAIL**

07/25/18      Conferred with T. Max regarding revised brief; reviewed/analyzed revised brief and
              the Bleys Declaration; conducted research regarding information needed for the Bleys
              Declaration.

              Hyo Jin Paik                    1.40 hrs.                      $  434.00

07/25/18      Reviewed Judge Stanton's rules re motions; discussed same with T. Monahan.

              Bradley M. Rank                 .10 hrs.                       $   29.50

07/26/18      Emails with J. Bleys regarding background facts regarding Declaration in Opposition
              of Motion to Dismiss follow-up with H. Paik regarding facts in opposition of Motion to
              Dismiss; work on in and revise draft Declaration in Opposition of Motion to Dismiss;
              work on and revise draft Memorandum of Law in Opposition of Motion to Dismiss;
              email to D. Rosenberg and R. Gruber.

              Theodore C. Max                 3.10 hrs.                      $  2,263.00



07/26/18      Conducted follow-up legal and factual research; conferred with T. Max regarding
              revisions to the brief; cite-checked the brief.

              Hyo Jin Paik                    3.80 hrs.                      $  1,178.00

07/26/18      Drafted letter to Judge requesting oral argument and enclosing courtesy copies of
              opposition to motion to dismiss.

              Bradley M. Rank                 .30 hrs.                       $   88.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                   August 20, 2018
Theodore C. Max                                                                         Invoice 340021024
                                                                                        Page 8 of 10

## FEE DETAIL

07/27/18        Work on and revise draft Declaration in Opposition of Motion to Dismiss; emails and
                telephone conference with A. Hahn and J. Bleys regarding same; work on and review
                and revise draft A. Hahn draft Declaration in Opposition of Motion to Dismiss; work
                on and review and revise draft Memorandum of Law; review Stanton cases regarding
                nominative fair use and first sale doctrine; work on and review and revise draft letter to
                Judge Stanton regarding oral argument.

                Theodore C. Max                 3.80 hrs.                $ 2,774.00



07/27/18        Reviewed/revised factual cites to the brief; conferred with T. Max and T. Monahan
                regarding the same.

                Hyo Jin Paik                    .70 hrs.                 $ 217.00

07/27/18        Prepared opposition to motion to dismiss for e-filing and e-filed same.

                Bradley M. Rank                 .80 hrs.                 $ 236.00

07/30/18        Email to D. Rosenberg, R. Gruber and J. Bleys re Memorandum of Law in Opposition
                to Motion to Dismiss and Declarations of T. Monahan and A. Hahn in Opposition to
                Motion to Dismiss.

                Theodore C. Max                 .50 hrs.                 $ 365.00

07/30/18        Prepared courtesy copies of opposition to motion to dismiss for judge.

                Bradley M. Rank                 .30 hrs.                 $ 88.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 20, 2018
Invoice 340021024
Page 9 of 10

## FEE DETAIL

07/31/18          Email to D. Rosenberg, R. Gruber and J. Bleys re ██████████████████
█████████████████████

Theodore C. Max                    .20 hrs.                    $ 146.00

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 32.00 | $ 730.00 | $ 23,360.00 |
| ███████████ | ████ | ██████ | ███████ |
| Hyo Jin Paik | 10.80 | $ 310.00 | $ 3,348.00 |
| Bradley M. Rank | 1.50 | $ 295.00 | $ 442.50 |

**Total Fees for Professional Services**                    **$ 47,399.00**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 04/16/18 | Preemptive Process Servers - Inv#40418-83 - Service upon Matthew Mandell - T. Max MISC | 199.00 |
| 04/16/18 | Preemptive Process Servers - Inv#40418-32 - Service upon Zanekee Pow - T. Max MISC | 201.27 |
| | WestLaw Research | 5,890.50 |

**Total Disbursements**                    **$ 6,290.77**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 20, 2018
Invoice 340021024
Page 10 of 10

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 07/24/18 | 340020539 | 43,155.50 | 39,129.00 | 4,026.50 | 0.00 | $ 43,155.50 |
| | | | Total Outstanding Fees and Disbursements | | | $ 43,155.50 |
| | | | Interest on Outstanding A/R | | | 1,057.46 |
| | | | Fees and Disbursements Due for this Invoice | | | 53,689.77 |
| | | | **Total Due For This Matter** | | | **$ 97,902.73** |

# <u>Sept. 2018 Invoice</u>

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

_**Remittance Copy**_
_**Please return this page with your payment.**_

Robin Gruber, Esq.                                    SMRH Tax ID 95-1463164
Vice President - Counsel                                September 18, 2018
Chanel USA, Inc.                                         Invoice 340022167
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2018

Current Fees                              $ 4,992.50
Current Disbursements                     $  214.20

Total Current Activity                                 $ 5,206.70

Total Due for This Invoice                             $ 5,206.70

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                            SMRH Tax ID 95-1463164
Vice President - Counsel                                      September 18, 2018
Chanel USA, Inc.                                              Invoice 340022167
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2018

Current Fees                                    $ 4,992.50
Current Disbursements                           $  214.20

Total Current Activity                                          $ 5,206.70

Total Due for This Invoice                                      $ 5,206.70

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                September 18, 2018
Theodore C. Max                                                                      Invoice 340022167
                                                                                     Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH 08/31/18

## **FEE DETAIL**

08/01/18    Email to Chanel/WGACA team re planning for next steps and review of Response to
            Motion to Dismiss.

            Theodore C. Max                  .20 hrs.                  $  146.00

08/02/18    Meeting with Chanel team re next steps, including discovery and pretrial conference
            before Judge Stanton; discussion re Response to Motion to Dismiss.

            Theodore C. Max                  .50 hrs.                  $  365.00

██████     ███████████████████████████████████████████
           ██████████

                    ████████████        ████████        ████████

██████     ███████████████████████████████████████████
           ██████████

                    ████████████        ████████        ████████

08/02/18    Conferred with T. Max, T.Monahan and D. Sims regarding preparing for the next stage
            of litigation, including discovery matters.

            Hyo Jin Paik                    .50 hrs.                   $  155.00

08/10/18    Email to T. Monahan re receipt of reply brief and follow up re same; review reply
            brief.

            Theodore C. Max                  .60 hrs.                  $  438.00

██████     ███████████████████████████████████████████
           ███████████

                    ████████████        ████████        ████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    September 18, 2018
Theodore C. Max                                                          Invoice 340022167
                                                                         Page 3 of 5

## FEE DETAIL



08/23/18    Communicated with ███████████████████████████████; reviewed
            ██████████████████████████████.

            Hyo Jin Paik                    .70 hrs.                    $ 217.00

08/27/18    Work on and review draft letter to Judge Louis L. Stanton re discovery conference;
            review draft letters and memorandum re litigation hold for client; review and revise
            same.

            Theodore C. Max                 .50 hrs.                    $ 365.00

08/28/18    Review and revise draft letter re  preservation of discovery and Litigation Hold Notice.

            Theodore C. Max                 .40 hrs.                    $ 292.00

08/29/18    Email to D. Rosenberg, R. Gruber, J. Bleyes re ███████████████████████
            ████████████

            Theodore C. Max                 .50 hrs.                    $ 365.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    September 18, 2018
Theodore C. Max                                                          Invoice 340022167
                                                                         Page 4 of 5

## FEE DETAIL

08/31/18      Email to R. Gruber, D. Rosenberg and J. Bleys regarding ███████████████
              █████████████████████████████████████████████████████ .

              Theodore C. Max                      .50 hrs.                $ 365.00

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 3.50 | $ 730.00 | $ 2,555.00 |
| ████████ | ██ | ██████ | ████ |
| Hyo Jin Paik | 1.20 | $ 310.00 | $ 372.00 |

**Total Fees for Professional Services**                                **$ 4,992.50**

## SUMMARY OF DISBURSEMENTS

08/21/18      Westlaw research by Sims, Damani, on 8/21/2018.                214.20

**Total Disbursements**                                                 **$ 214.20**

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 18, 2018
Invoice 340022167
Page 5 of 5

## **ACCOUNTS RECEIVABLE SUMMARY**

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 07/24/18 | 340020539 | 43,155.50 | 39,129.00 | 4,026.50 | 0.00 | $ 43,155.50 |
| 08/20/18 | 340021024 | 53,689.77 | 47,399.00 | 6,290.77 | 0.00 | 53,689.77 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 96,845.27 |
| Interest on Outstanding A/R | 1,057.46 |
| Fees and Disbursements Due for this Invoice | 5,206.70 |
| **Total Due For This Matter** | **$ 103,109.43** |

# Oct. 2018 Invoice

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
October 12, 2018
Invoice 340022711

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2018

Current Fees                          $ 4,845.00
Current Disbursements                 $  144.90

Total Current Activity                            $ 4,989.90

Total Due for This Invoice                        $ 4,989.90

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                  SMRH Tax ID 95-1463164
Vice President - Counsel                                    October 12, 2018
Chanel USA, Inc.                                        Invoice 340022711
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2018

Current Fees                                    $ 4,845.00
Current Disbursements                           $  144.90

Total Current Activity                                    $ 4,989.90

Total Due for This Invoice                               $ 4,989.90

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

October 12, 2018
Invoice 340022711
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 09/30/18

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 09/04/18 | Reviewed exhibits/evidence; drafted exhibits chart. | | |
| | Hyo Jin Paik | 1.00 hrs. | $ 310.00 |
| 09/06/18 | Reviewed additional ███████████ exhibits and updated the WGACA exhibits chart. | | |
| | Hyo Jin Paik | .70 hrs. | $ 217.00 |
| 09/17/18 | Receive decision of U.S. District Court for S.D.N.Y.; email to D. Rosenberg, R. Gruber and J. Bleys regarding decision and analysis; email to D. Rosenberg, R. Gruber and J. Bleys regarding ███████████████; email regarding ███████████. | | |
| | Theodore C. Max | 1.80 hrs. | $ 1,314.00 |
| 09/17/18 | Reviewed/analyzed order regarding Motion to Dismiss; ████████████ ███████████████████████████. | | |
| | Hyo Jin Paik | 2.20 hrs. | $ 682.00 |
| 09/17/18 | Reviewed Order re Motion to Dismiss. | | |
| | Bradley M. Rank | .20 hrs. | $ 59.00 |
| 09/21/18 | Emails and follow up with D. Rosenberg, R. Gruber and J. Bleyes re New York Law Journal article re Judge Stanton's decision denying motion to dismiss; email to D. Rosenberg, R. Gruber and J. Bleyes re ████████████████, | | |
| | Theodore C. Max | .90 hrs. | $ 657.00 |
| 09/25/18 | Work on and follow-up regarding litigation hold letter and letter to Judge Stanton regarding discovery; follow-up regarding next steps matter. | | |
| | Theodore C. Max | .80 hrs. | $ 584.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                      October 12, 2018
Theodore C. Max                                                                          Invoice 340022711
                                                                                          Page 3 of 4

## FEE DETAIL

09/26/18        Discussion with D. Rosenberg, J. Bleyes and R. Gruber regarding WGACA matter,
                next steps and ████████████████████ email to D. Rosenberg regarding
                litigation hold memorandum an draft letter to Judge Stanton regarding discovery.

                Theodore C. Max                        1.40 hrs.                    $ 1,022.00

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 4.90 | $ 730.00 | $ 3,577.00 |
| Hyo Jin Paik | 3.90 | $ 310.00 | $ 1,209.00 |
| Bradley M. Rank | .20 | $ 295.00 | $ 59.00 |

**Total Fees for Professional Services**                              **$ 4,845.00**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/30/18 | NPD Logistics. Invoice# 1472-1292.  Invoice Date: 07/31/2018. Order# 404.073018.  To: United States Southern District, 500 Pearl St., New York, NY. | 13.80 |
| 08/21/18 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date:08/16/1018-08/31/2018 | 24.00 |
| 09/17/18 | Westlaw research by Paik, Hyo Jin, on 9/17/2018. | 107.10 |

**Total Disbursements**                                               **$ 144.90**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

October 12, 2018
Invoice 340022711
Page 4 of 4

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 07/24/18 | 340020539 | 43,155.50 | 39,129.00 | 4,026.50 | 0.00 | $  43,155.50 |
| 08/20/18 | 340021024 | 53,689.77 | 47,399.00 | 6,290.77 | 0.00 | 53,689.77 |
| 09/18/18 | 340022167 | 5,206.70 | 4,992.50 | 214.20 | 0.00 | 5,206.70 |
| Total Outstanding Fees and Disbursements | | | | | | $  102,051.97 |
| Interest on Outstanding A/R | | | | | | 1,873.28 |
| Fees and Disbursements Due for this Invoice | | | | | | 4,989.90 |
| **Total Due For This Matter** | | | | | | **$  108,915.15** |

**<u>Nov. 2018 Invoice</u>**

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
November 19, 2018
Invoice 340023669

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2018

| | |
|---|---|
| Current Fees | $ 10,439.00 |
| Current Disbursements | $ 51.25 |
| Total Current Activity | $ 10,490.25 |
| Total Due for This Invoice | $ 10,490.25 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                    SMRH Tax ID 95-1463164
Vice President - Counsel                               November 19, 2018
Chanel USA, Inc.                                      Invoice 340023669
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2018

| | |
|---|---|
| Current Fees | $ 10,439.00 |
| Current Disbursements | $ 51.25 |
| Total Current Activity | $ 10,490.25 |
| Total Due for This Invoice | $ 10,490.25 |

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    November 19, 2018
Theodore C. Max                                                          Invoice 340023669
                                                                         Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH 10/31/18

## FEE DETAIL

10/02/18        Email to and follow up call with J. Bleys regarding "litigation hold" question.

                Theodore C. Max                .50 hrs.                    $ 365.00

10/03/18        Email to H. Paik regarding ████████████████████ regarding same;
                emails to D. Rosenberg, R. Gruber and J. Bleys regarding decision in MOMA v.
                MOMACHA regarding injunctive relief awarded by Judge Louis L. Stanton.

                Theodore C. Max                1.10 hrs.                   $ 803.00

10/05/18        Updated factual investigation regarding ████████████; reviewed and analyzed
                search results.

                Hyo Jin Paik                   1.10 hrs.                   $ 341.00

10/11/18        Email to R. Gruber, D. Rosenberg and J. Bleyes regarding World Trademark Review
                and the Fashion Blog.

                Theodore C. Max                .20 hrs.                    $ 146.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I          November 19, 2018
Theodore C. Max                                                 Invoice 340023669
                                                                Page 3 of 5

## FEE DETAIL

████          █████████████████████████████████████████████

              █████████████        ████████        ████████████

10/23/18      Work on and review draft Second Amended Complaint; discussion with D. Sims
              regarding same; work on and revise draft agreement.

              Theodore C. Max                    1.10 hrs.              $ 803.00

████          █████████████████████████████████

              █████████████        ████████        ████████████

10/24/18      Follow-up with D. Sims regarding revisions to Second Amended Complaint.

              Theodore C. Max                    .20 hrs.               $ 146.00

10/25/18      Review draft Second Amended complaint; discussion with D. Sims regarding same;
              email regarding damages provisions of New York General Business Law Sections 349
              and 350.

              Theodore C. Max                    .70 hrs.               $ 511.00

10/26/18      Meet with D. Sims regarding revisions to Second Amended Complaint; email to D.
              Rosenberg, R. Gruber and J. Bleys regarding same.

              Theodore C. Max                    .50 hrs.               $ 365.00

████          ████████████████████████████████████████████████

              █████████████        ████████        ████████████

10/29/18      Emails regarding Second Amended Complaint; discussion regarding exhibits regarding
              Second Amended Complaint and revisions to Second Amended Complaint.

              Theodore C. Max                    .90 hrs.               $ 657.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

November 19, 2018
Invoice 340023669
Page 4 of 5

## FEE DETAIL

██████        ███████████████████████████████████████

            ███████████            ████████            ████████

| 10/29/18 | Reviewed and compiled exhibits to the Second Amended Complaint; assisted with filing of the SAC. |
|---|---|

| | Hyo Jin Paik | 1.50 hrs. | $ 465.00 |
|---|---|---|---|

| 10/29/18 | Discussed filing of second amended complaint with H. Paik; reviewed exhibits for same; prepared Second Amended Complaint and exhibits for e-filing and e-filed same. |
|---|---|

| | Bradley M. Rank | 1.00 hrs. | $ 295.00 |
|---|---|---|---|

| 10/30/18 | Reviewed defendants' deadline to respond to Second Amended Complaint. |
|---|---|

| | Bradley M. Rank | .10 hrs. | $ 29.50 |
|---|---|---|---|

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 5.20 | $ 730.00 | $ 3,796.00 |
| ████████ | ████ | ████████ | ████████ |
| Hyo Jin Paik | 2.60 | $ 310.00 | $ 806.00 |
| Bradley M. Rank | 1.10 | $ 295.00 | $ 324.50 |

**Total Fees for Professional Services**            $ 10,439.00

## SUMMARY OF DISBURSEMENTS

| 07/27/18 | T. Monahan - 07/27/2018 - Taxi - work late - New York | 51.25 |
|---|---|---|

**Total Disbursements**            $ 51.25

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                November 19, 2018
Theodore C. Max                                                                        Invoice 340023669
                                                                                              Page 5 of 5

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 10/12/18 | 340022711 | 4,989.90 | 4,845.00 | 144.90 | 0.00 | $ 4,989.90 |
| | | | Total Outstanding Fees and Disbursements | | | $ 4,989.90 |
| | | | Interest on Outstanding A/R | | | 3,313.61 |
| | | | Fees and Disbursements Due for this Invoice | | | 10,490.25 |
| | | | **Total Due For This Matter** | | | **$ 18,793.76** |

# Dec. 2018 Invoice

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
December 7, 2018
Invoice 340024220

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2018

Current Fees                                    $ 11,540.00

Total Current Activity                              $ 11,540.00
Total Due for This Invoice                          $ 11,540.00

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                      SMRH Tax ID 95-1463164
Vice President - Counsel                                   December 7, 2018
Chanel USA, Inc.                                        Invoice 340024220
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2018

Current Fees                              $ 11,540.00

Total Current Activity                                    $ 11,540.00
Total Due for This Invoice                               $ 11,540.00

Payment Terms:  Balance due upon receipt of this statement.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                           December 7, 2018
Theodore C. Max                                                                 Invoice 340024220
                                                                                Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH 11/30/18

## **FEE DETAIL**

11/09/18        Review  WGACA's Answer to Second Amended Complaint filed by WGACA
                Defendants.

                        Theodore C. Max              .50 hrs.                    $ 365.00

11/12/18        Email to D. Rosenberg,  R. Gruber and Bleys regarding Answer to Second Amended
                Complaint and affirmative defenses.

                        Theodore C. Max              .30 hrs.                    $ 219.00

11/12/18        Reviewed Answer to the SAC; circulate the same to the team.

                        Hyo Jin Paik                 .30 hrs.                    $  93.00

11/14/18        Email to D. Rosenberg, R. Gruber and J. Bleys regarding pretrial conference, Rule
                26(a)(1) disclosures and Civil Case Management Plan and Order; email to J. Bleys
                regarding same.

                        Theodore C. Max              1.80 hrs.                   $ 1,314.00

████            ████████████████████████████████████████
                █████████████████████████████████████

                ██████████████          █████            ████████

11/19/18        Follow up with T. Monahan re WGACA Scheduling Order and deadlines; discussion re
                initial Rule 16 conference with opposing counsel and scheduling re same.

                        Theodore C. Max              .90 hrs.                    $ 657.00

████            ████████████████████████████████████████████████████
                ████████████████████████████████████████

                ██████████████          .60 hrs.                                $ 414.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                         December 7, 2018
Theodore C. Max                                                                                Invoice 340024220
                                                                                               Page 3 of 5

## FEE DETAIL

11/19/18      Reviewed Order Scheduling Initial Conference.

                 Bradley M. Rank                    .10 hrs.                    $ 29.50

11/20/18      Email with J. Bleys  re Rule 26(a)(1) Initial Disclosures and template for same;
              discussion with T. Monahan re preparation for conference call pursuant to FRCP 26(f);
              conference call with counsel for WGACA Defendants from Lewis Brisbois.

                 Theodore C. Max                    1.60 hrs.                   $  1,168.00

11/20/18      Emailed with T. Monahan re sample Civil Case Management Plan for Judge Stanton.

                 Bradley M. Rank                    .10 hrs.                    $ 29.50

11/26/18      Email to J. Bleys and M. Garafola regarding ███████████████████
              ████████████████; emails regarding witness subject matter news and timing of
              possible depositions.

                 Theodore C. Max                    .90 hrs.                    $ 657.00

11/28/18      Follow up with T. Monahan re Rule 26(f) and Initial FRCP 26(a)(1) Disclosures.

                 Theodore C. Max                    .30 hrs.                    $ 219.00

11/29/18      Email to T. Monahan re draft Joint Report of Rule 26(f) Conference and [Proposed]
              Scheduling Order; review and revise draft  Joint Report of Rule 26(f) Conference and
              [Proposed] Scheduling Order.

                 Theodore C. Max                    .60 hrs.                    $ 438.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

December 7, 2018
Invoice 340024220
Page 4 of 5

### FEE DETAIL

███████      ████████████████████████████████████████████

        ██████████████      ████████      ██████████

11/30/18      Email to T. Monahan re draft Rule 26(f) Civil Case Management Plan;  emails re Rule 26(a)!(1) Disclosures.; follow up re same

        Theodore C. Max                    1.80 hrs.                    $  1,314.00

███████      ████████████████████████████████████████████

        ██████████████      ████████      ██████████

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 8.70 | $ 730.00 | $ 6,351.00 |
| ███████████ | ███ | $ ███████ | $ ██████ |
| Hyo Jin Paik | .30 | $ 310.00 | $ 93.00 |
| Bradley M. Rank | .20 | $ 295.00 | $ 59.00 |

**Total Fees for Professional Services**          | **$  11,540.00** |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    December 7, 2018
Theodore C. Max                                                         Invoice 340024220
                                                                        Page 5 of 5

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 11/19/18 | 340023669 | 10,490.25 | 10,439.00 | 51.25 | 0.00 | $ 10,490.25 |
| | | | Total Outstanding Fees and Disbursements | | | $ 10,490.25 |
| | | | Interest on Outstanding A/R | | | 3,313.61 |
| | | | Fees and Disbursements Due for this Invoice | | | 11,540.00 |
| | | | **Total Due For This Matter** | | | **$ 25,343.86** |

## Jan. 4, 2019 Invoice

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
January 4, 2019
Invoice 340024982

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2018

Current Fees                                    $ 19,139.50

Total Current Activity                              $ 19,139.50
Total Due for This Invoice                          $ 19,139.50

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                        SMRH Tax ID 95-1463164
Vice President - Counsel                                       January 4, 2019
Chanel USA, Inc.                                        Invoice 340024982
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2018

Current Fees                              $  19,139.50

Total Current Activity                                 $  19,139.50
Total Due for This Invoice                             $  19,139.50

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 4, 2019
Invoice 340024982
Page 2 of 7

FOR PROFESSIONAL SERVICES THROUGH 12/31/18

## FEE DETAIL

12/03/18    Email to D. Rosenberg, R. Gruber and J. Bleys redraft Rule 26(a)(1) Initial Disclosures
and email to D. Rosenberg, R. Gruber and J. Bleys re draft Joint report of Rule 26(f)
Conference.

   Theodore C. Max                  2.60 hrs.                 $ 1,898.00

12/04/18    Emails re WGACA Initial Disclosures and review same; emails re Chanel Initial
Disclosures; emails re Civil Case Management Plan and Order; follow up re
preparation for conference to Judge Louis L. Stanton.

   Theodore C. Max                  1.60 hrs.                 $ 1,168.00

12/05/18    Email and teleconference with T. Monahan re Order for Initial Pretrial Conference;
follow  up re revisions and changes; discussion re Chanel Initial Disclosures.

   Theodore C. Max                  1.60 hrs.                 $ 1,168.00

12/05/18    Reviewed/analyzed documents and drafted discovery requests; conferred with
T.Monahan regarding the same.

   Hyo Jin Paik                     .50 hrs.                  $ 155.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 4, 2019
Invoice 340024982
Page 3 of 7

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 12/06/18 | Follow up re draft discovery requests with H. Paik and T. Monahan. | | |
| | Theodore C. Max | .50 hrs. | $ 365.00 |



| | | | |
|---|---|---|---|
| 12/06/18 | Prepared letter to Judge Stanton and Rule 26(f) report for e-filing and e-filed same. | | |
| | Bradley M. Rank | .30 hrs. | $ 88.50 |
| 12/07/18 | Prepare for conference before Judge Louis L. Stanton; travel to US District Court for the SDNY for conference before Judge Stanton; attend conference and return to New York office; prepare email to D. Rosenberg, R. Gruber and J. Bleys re conference before Judge Stanton; email and follow up with H.J. Paik and status of matter. | | |
| | Theodore C. Max | 1.60 hrs. | $ 1,168.00 |



| | | | |
|---|---|---|---|
| 12/07/18 | Reviewed/analyzed documents and drafted discovery requests. | | |
| | Hyo Jin Paik | 2.50 hrs. | $ 775.00 |
| 12/07/18 | Discussed interrogatory response and re-filing exhibit A to second amended complaint with H. Paik. | | |
| | Bradley M. Rank | .20 hrs. | $ 59.00 |
| 12/10/18 | Reviewed/analyzed documents and drafted discovery requests. | | |
| | Hyo Jin Paik | 1.80 hrs. | $ 558.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    January 4, 2019
Theodore C. Max                                                    Invoice 340024982
                                                                        Page 4 of 7

## FEE DETAIL

12/11/18      Follow up with T. Monahan re draft First Requests for Production and First Set of
              Interrogatories.

                    Theodore C. Max                    .30 hrs.              $ 219.00

12/11/18      Reviewed Civil Case Management Plan and Scheduling Order.

                    Bradley M. Rank                    .30 hrs.              $ 88.50

12/12/18      Review and revise draft First Set of Requests for Production and First Set of
              Interrogatories; discussion with T. Monahan re comments and suggestions re discovery
              requests.

                    Theodore C. Max                    1.80 hrs.            $ 1,314.00

████         ████████████████████████████████████████████████████

                    ████████████          ████████          ████████

12/12/18      Reviewed/revised draft discovery requests.

                    Hyo Jin Paik                      .30 hrs.              $ 93.00

████         ████████████████████████████████████████████████████

                    ████████████          ████████          ████████

████         ████████████████████████████████████

                    ████████████          ████████          ████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                              January 4, 2019
Theodore C. Max                                                                    Invoice 340024982
                                                                                   Page 5 of 7

## FEE DETAIL

12/14/18     Emails and work on First Set of Requests for Production and First Set of
             Interrogatories to WGACA Defendants; emails with J. Bleys, R. Gruber and D.
             Rosenberg re drafts; emails to T. Monahan re same; review First Set of Requests for
             Production of WGACA and email received from T. Kidde.

             Theodore C. Max                    1.10 hrs.                    $ 803.00

12/17/18     Emails to J. Bleys, R, Gruber and D, Rosenberg re WGACA Defendants First Set of
             Requests for Production and First Set of Interrogatories and emails re response timing
             and scope of responses.

             Theodore C. Max                    1.90 hrs.                    $ 1,387.00

12/17/18     Reviewed Plaintiff's First Set of Requests for Production to Defendants and Plaintiff's
             First Set of Interrogatories to Defendants.

             Bradley M. Rank                    .10 hrs.                     $ 29.50

12/18/18     Emails and follow up re timing and preparation of responses to First Request for
             Production and First Set of Interrogatories.

             Theodore C. Max                    .70 hrs.                     $ 511.00

12/21/18     Email to D. Rosenberg, R. Gruber and J. Bleys re WGACA First Set of Requests for
             Production and First Set of Interrogatories; email re Business of fashion article re
             Second Hand Market.

             Theodore C. Max                    .90 hrs.                     $ 657.00

12/31/18     Review discovery requests from WGACA defendants; First Set of Interrogatories and
             First Set of Requests for Production.

             Theodore C. Max                    .80 hrs.                     $ 584.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 4, 2019
Invoice 340024982
Page 6 of 7

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 16.60 | $ 730.00 | $ 12,118.00 |
| ███████████ | ████ | $ ██████ | ████████ |
| Hyo Jin Paik | 5.10 | $ 310.00 | $ 1,581.00 |
| Bradley M. Rank | .90 | $ 295.00 | $ 265.50 |

**Total Fees for Professional Services**          **$ 19,139.50**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 4, 2019
Invoice 340024982
Page 7 of 7

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 11/19/18 | 340023669 | 10,490.25 | 10,439.00 | 51.25 | 0.00 | $ 10,490.25 |
| 12/07/18 | 340024220 | 11,540.00 | 11,540.00 | 0.00 | 0.00 | 11,540.00 |
| | | | Total Outstanding Fees and Disbursements | | | $ 22,030.25 |
| | | | Interest on Outstanding A/R | | | 3,313.61 |
| | | | Fees and Disbursements Due for this Invoice | | | 19,139.50 |
| | | | **Total Due For This Matter** | | | **$ 44,483.36** |

# **Mar. 2019 Invoice**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*__Please return this page with your payment.__*

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
March 25, 2019
Invoice 340027340

| | |
|---|---|
| Our Matter No. | 18WZ-264490 |
| | Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al. |
| Billing Atty: | Theodore C. Max |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2019

Current Fees                                        $ 42,811.50

Total Current Activity                              $ 42,811.50
Total Due for This Invoice                          $ 42,811.50

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

Robin Gruber, Esq.                                    SMRH Tax ID 95-1463164
Vice President - Counsel                                      March 25, 2019
Chanel USA, Inc.                                         Invoice 340027340
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2019

Current Fees                                    $ 42,811.50

Total Current Activity                               $ 42,811.50
Total Due for This Invoice                           $ 42,811.50

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                      March 25, 2019
Theodore C. Max                                                                                         Invoice 340027340
                                                                                                                    Page 2 of 10

FOR PROFESSIONAL SERVICES THROUGH 02/28/19

## FEE DETAIL

01/03/19          Emails regarding discovery requests served by WGACA Defendants with T. Monahan
                        and emails to D. Rosenberg, R. Gruber, J. Bleys and M. Garafalo regarding WGACA
                        Defendants Second Set of Interrogatories.

                        Theodore C. Max                        .50 hrs.                        $ 337.50

01/04/19          Email to D. Rosenberg, R. Gruber, J. Bleys and M. Garafola regarding Second Set of
                        Interrogatories; follow-up regarding Prepare of Responses to First Set of
                        Interrogatories and Responses to First Set of Requests for Production.

                        Theodore C. Max                        .90 hrs.                        $ 607.50

01/06/19          Email to D. Rosenberg, R. Gruber, J. Bleys and M. Garafalo re First Set of
                        Interrogatories and Chanel responses re same.

                        Theodore C. Max                        .70 hrs.                        $ 472.50

01/07/19          Follow up re Response to First Set of Requests for Production of WGACA Defendants;
                        email re conference call re same; prepare outline re issues re objections and scope;
                        review First Set of Interrogatories of WGACA Defendants and prepare objections re
                        same.

                        Theodore C. Max                        2.10 hrs.                      $ 1,417.50

01/08/19          Email and follow up re WGACA Defendants First Request for Production and First Set
                        of Interrogatories; conference call with R. Gruber, J. Bleys, and M. Garafalo; follow up
                        re same.

                        Theodore C. Max                        1.40 hrs.                      $ 945.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 25, 2019
Invoice 340027340
Page 3 of 10

## FEE DETAIL

01/08/19    Reviewed/analyzed Defendants' discovery requests; prepared for and participated in a conference call with T.Max, R.Gruber, J.Bleys and M.Garafola regarding discovery responses.

|  | Hyo Jin Paik | 2.10 hrs. | $ 682.50 |

01/09/19    Follow up with H.J. Paik re response to discovery and Responses to First Set of Interrogatories and Response to First Set of  Requests for Production; follow up re same.

|  | Theodore C. Max | .70 hrs. | $ 472.50 |

01/10/19    Work on responses to discovery with H.J. Paik regarding WGACA; follow-up regarding Response to Interrogatories and Requests for Production; review draft Responses to Interrogatories and email from M. Garafola.

|  | Theodore C. Max | 1.30 hrs. | $ 877.50 |

01/10/19    Reviewed/analyzed Defendants' discovery requests; drafted responses to Defendants' discovery requests.

|  | Hyo Jin Paik | 2.70 hrs. | $ 877.50 |

01/11/19    Work on and edit draft responses to First Set of Interrogatories; review and revise same; email to S. Gaffigan regarding Fashion Phile matter; follow-up with H.J. Paik and T. Monahan regarding same; discussion with T. Monahan regarding follow-up and extension.

|  | Theodore C. Max | 1.60 hrs. | $ 1,080.00 |

01/14/19    Work on and revise draft Response to WGACA's First Set of Interrogatories; review draft Response to WGACA's First Set of Requests for Document Production.

|  | Theodore C. Max | .90 hrs. | $ 607.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 25, 2019
Invoice 340027340
Page 4 of 10

## **FEE DETAIL**

01/14/19     Reviewed Defendants' Second Set of Interrogatories to Plaintiff; reviewed stipulation extending deadline for Responses to First Sets of Interrogatories and document demands.

Bradley M. Rank                   .20 hrs.              $ 62.00

01/15/19     Work on and revise draft Responses to WGACA Defendants Requests for Production.

Theodore C. Max                   1.30 hrs.             $ 877.50

01/16/19     Work on draft Responses to First Set of Requests for Production and First Set of Interrogatories.

Theodore C. Max                   1.70 hrs.             $ 1,147.50

01/17/19     Work on and prepare Responses to WGACA Defendants First Requests for Production and First Set of Interrogatories; email and follow up with H. Paik re same; conference call with J. Bleys re production of documents and burdens of production.

Theodore C. Max                   2.80 hrs.             $ 1,890.00



01/17/19     Reviewed/analyzed and drafted Responses to Requests for Production and Interrogatories.

Hyo Jin Paik                      1.10 hrs.             $ 357.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                      March 25, 2019
Theodore C. Max                                                                              Invoice 340027340
                                                                                            Page 5 of 10

## **FEE DETAIL**

01/18/19      Emails and follow up re draft Response to First Set of WGACA Interrogatories and
              draft Responses to First Set of Interrogatories.

                    Theodore C. Max                          1.80 hrs.                $ 1,215.00

01/18/19      Reviewed/analyzed and drafted discovery-related documents; conferred with L.
              Rodriguez regarding preparing binders and compiled case documents to be made into a
              binder for L. Rodriguez.

                    Hyo Jin Paik                             1.70 hrs.                $ 552.50

01/18/19      Organized and assembled Pleadings and case binders.

                    Lisa S. Rodriguez                        1.50 hrs.                $ 457.50

01/20/19      Follow up re Responses to Second Set of Interrogatories and Requests for Production;
              emails to J. Bleys re same.

                    Theodore C. Max                          .30 hrs.                 $ 202.50

01/22/19      Work on and finalize Chanel's Response to WGACA Defendants' First Set of
              Interrogatories and First Set of Requests for Production; conference call with R.
              Gruber, J. Bleys and M. Garafola; follow up with J. Bleys and T. Monahan.

                    Theodore C. Max                          1.70 hrs.                $ 1,147.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 25, 2019
Invoice 340027340
Page 6 of 10

## FEE DETAIL

01/23/19        Receive and review WGACA Defendants' Responses to Chanel's First Set of
                Interrogatories and Requests for Production; email to D. Rosenberg, R. Gruber, J.
                Bleyes and M. Garafalo re same; emails with J. Bleys re witness preparation and
                timing of depositions.

                        Theodore C. Max                    1.20 hrs.                    $ 810.00

01/23/19        Reviewed/analyzed Defendants' discovery responses for deficiencies.

                        Hyo Jin Paik                        .50 hrs.                    $ 162.50

01/24/19        Emails with J. Bleys re deposition scheduling; follow up re discovery.

                        Theodore C. Max                     .60 hrs.                    $ 405.00

01/25/19        Emails in advance of conference call and conference call with R. Gruber, J. Bleys and
                M. Garafolo of Chanel with T. Monahan re discovery response sand strategy and
                identification of witnesses; discussion re follow up on discovery.

                        Theodore C. Max                    1.60 hrs.                    $ 1,080.00

01/29/19        Follow up re discovery and ███████████████████; review draft key
                words re Chanel discovery search.

                        Theodore C. Max                     .50 hrs.                    $ 337.50

01/31/19        Reviewed/analyzed Defendants' discovery responses; compiled summary of
                deficiencies in Defendants' discovery responses and drafted a letter regarding the same.

                        Hyo Jin Paik                       2.80 hrs.                    $ 910.00

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 25, 2019
Invoice 340027340
Page 7 of 10

## **FEE DETAIL**

02/01/19     Reviewed/analyzed Defendants' discovery responses; compiled summary of deficiencies in Defendants' discovery responses and drafted a letter regarding the same.

    Hyo Jin Paik                                4.40 hrs.                          $ 1,430.00

▌▌▌▌ ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

    ▌▌▌▌▌▌▌▌▌▌                    ▌▌▌▌▌                     ▌▌▌▌▌▌

02/04/19     Reviewed/analyzed Defendants' discovery requests; drafted Chanel's responses to Defendant's second set of interrogatories.

    Hyo Jin Paik                                .90 hrs.                           $ 292.50

02/05/19     Review and revise draft letter regarding deficiencies in WGACA Response to Requests for Production.

    Theodore C. Max                            1.10 hrs.                          $ 742.50

▌▌▌▌ ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
▌▌▌▌▌▌▌

    ▌▌▌▌▌▌▌▌▌▌                    ▌▌▌▌▌                     ▌▌▌▌▌▌

02/05/19     Reviewed Email Stipulation re Responses to Second Set of Interrogatories.

    Bradley M. Rank                            .10 hrs.                           $ 31.00

02/06/19     Work on and prepare email and draft letter to WGACA counsel and email to R. Gruber, J. Bleys, M. Garafolo regarding draft response to Second Set of Interrogatories; email regarding questions regarding witnesses; email to H. Paik regarding Fischer v Forrest; email regarding letter regarding discovery deficiencies; email to L. Moffat regarding background meeting.

    Theodore C. Max                            3.10 hrs.                          $ 2,092.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 25, 2019
Invoice 340027340
Page 8 of 10

## FEE DETAIL

| | | | |
|---|---|---|---|
| 02/06/19 | Reviewed/revised Plaintiff's letter to Defendants for discovery request response deficiencies. | | |
| | Hyo Jin Paik | 1.00 hrs. | $ 325.00 |
| 02/07/19 | Work on draft letter to counsel for Defendants WGACA re deficiencies re Response to Requests for Production; emails to L. Miffat and R. Gruber re same; finalize letter to T. Kidde re same. | | |
| | Theodore C. Max | 1.10 hrs. | $ 742.50 |
| 02/07/19 | Reviewed/revised Plaintiff's letter to Defendants for discovery request response deficiencies; discussed re: the same with T. Max. | | |
| | Hyo Jin Paik | 3.30 hrs. | $ 1,072.50 |
| 02/08/19 | Email to H. Paik re T. Kidde Letter attachment; send letter re deficiencies to T. Kidde. | | |
| | Theodore C. Max | .40 hrs. | $ 270.00 |
| 02/08/19 | Reviewed/revised and finalized Chanel's letter to Defendants' re: discovery request response deficiencies. | | |
| | Hyo Jin Paik | .60 hrs. | $ 195.00 |
| 02/11/19 | Emails regarding response to Second Set of Interrogations and review and revise same; Email to T. Kidde regarding response and status of disclosure. | | |
| | Theodore C. Max | .90 hrs. | $ 607.50 |
| 02/12/19 | Follow up with J. Bleys re Chanel's Responses to WGACA Defendants' Second Set of Interrogatories.; discussion re responses. | | |
| | Theodore C. Max | 1.10 hrs. | $ 742.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    March 25, 2019
Theodore C. Max                                                                          Invoice 340027340
                                                                                         Page 9 of 10

## **FEE DETAIL**

02/13/19        Email and follow up with J. Bleys re Response to Second Set of Interrogatories;
                teleconference with J. Bleys and R. Gruber re strategy and privilege issues; prepare and
                send Response to Second Set of Interrogatories; email to T. Kidde re same; email to L.
                Moffatt re background re case and related documents.

                        Theodore C. Max                    1.10 hrs.              $ 742.50

02/14/19        Email to M. Garafola regarding Chanel's Response to Defendants Second Set of
                inIterrogations.

                        Theodore C. Max                    .30 hrs.              $ 202.50

                ███        ████████████████████████████████████████████

                        ██████████            █████        ████████

02/20/19        Travel to Chanel, Inc. offices with T. Monahan to meet with R. Gruber, L. Moffat, J.
                Bleyes and M. Garafola re status of WGACA matter; discussion re strategy and tactics.

                        Theodore C. Max                    .80 hrs.              $ 540.00

                ████        ████████████████████████████████████████████
                        ████████████████████████████████████████

                        ██████████            █████        ████████

02/21/19        Reviewed/analyzed Defendants' interrogatory responses; drafted deficiency letter
                regarding the same.

                        Hyo Jin Paik                       4.70 hrs.             $ 1,527.50

02/25/19        Email and follow-up with H. Paik Regarding letter regarding responses  to
                interrogatories; email to R. Gruber regarding same.

                        Theodore C. Max                    1.50 hrs.             $ 1,012.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 25, 2019
Invoice 340027340
Page 10 of 10

## FEE DETAIL

02/25/19     Review/analyzed revisions to discovery deficiency letter to opposing counsel.

Hyo Jin Paik                          .30 hrs.                $ 97.50

02/28/19     Email to T.  Monahan regarding letter regarding deficiencies to WGACA Defendants
Responses to Interrogatories.

Theodore C. Max                      .50 hrs.                $ 337.50

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 35.50 | $ 675.00 | $ 23,962.50 |
| ███████████ | ████ | ███████ | ███████ |
| Hyo Jin Paik | 26.10 | $ 325.00 | $ 8,482.50 |
| Lisa S. Rodriguez | 1.50 | $ 305.00 | $ 457.50 |
| Bradley M. Rank | .30 | $ 310.00 | $ 93.00 |

**Total Fees for Professional Services**                     $ 42,811.50

**<u>Apr. 2019 Invoice</u>**

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Robin Gruber, Esq.                                          SMRH Tax ID 95-1463164
Vice President - Counsel                                        April 11, 2019
Chanel USA, Inc.                                            Invoice 340028058
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## **<u>INVOICE SUMMARY</u>**

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2019

Current Fees                                    $  9,122.50
Current Disbursements                           $  27.50

Total Current Activity                                    $  9,150.00

Total Due for This Invoice                                $  9,150.00

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                    SMRH Tax ID 95-1463164
Vice President - Counsel                                        April 11, 2019
Chanel USA, Inc.                                        Invoice 340028058
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2019

| | |
|---|---|
| Current Fees | $ 9,122.50 |
| Current Disbursements | $ 27.50 |
| Total Current Activity | $ 9,150.00 |
| Total Due for This Invoice | $ 9,150.00 |

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                          April 11, 2019
Theodore C. Max                                                                Invoice 340028058
                                                                               Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH 03/31/19

## **FEE DETAIL**

03/01/19          Work on lletter re discovery discrepancies, email to client regarding same.

                          Theodore C. Max                    .70 hrs.                    $ 472.50

03/07/19          Review correspondence for Defendants counsel in response to letter regarding
                          document deficiencies and letter regarding Chanel.

                          Theodore C. Max                    .50 hrs.                    $ 337.50

03/08/19          Email to R. Gruber, L. Moffatt, J. Bleys regarding draft protective order with
                          WGACA; email regarding draft follow-up letter regarding deficiencies in Responses to
                          Chanel's Interrogatories; prepare and send letter to J. Kidde.

                          Theodore C. Max                    1.10 hrs.                   $ 742.50

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 11, 2019
Invoice 340028058
Page 3 of 5

## FEE DETAIL

██████        ███████████████████████████████████████
              ██████████████████████████████

                  ███████████████        ████████        █████████

03/22/19      Emails and follow up with T. Monahan re Stipulation and Order of Confidentiality;
              discussion with T. Monahan re meet and confer and follow up re same; discussion re
              issues raised by WGACA defendants' definition of "Vintage".

              Theodore C. Max                  .50 hrs.                  $ 337.50

03/25/19      Email to T. Monahan regarding comments and revisions to draft letter responding to
              WGACA's letter regarding Chanel's discovery responses; conference call regarding
              meet and confer with T. Kidde, counsel for WGACA; sent letter to T. Kidde.

              Theodore C. Max                  2.90 hrs.                 $ 1,957.50

██████        ███████████████████████████████████████████
              ███████████████████████████████████████████
              ████████████████████

                  ███████████████        ████████        █████████

██████        ████████████████████████████████████

                  ███████████████        ████████        █████████

03/29/19      Emails and follow up with T. Monahan re Stipulation and Order of Confidentiality and
              follow up on meet and confer re Chanel discovery responses.

              Theodore C. Max                  .40 hrs.                  $ 270.00

██████        █████████████████████████████████████
              █████████

                  ███████████████        ████████        █████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 11, 2019
Invoice 340028058
Page 4 of 5

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 6.10 | $ 675.00 | $ 4,117.50 |
| ███████ | ███ | █████ | ██████ |

**Total Fees for Professional Services** — **$ 9,122.50**

## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Duplication | 27.50 |

**Total Disbursements** — **$ 27.50**

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 11, 2019
Invoice 340028058
Page 5 of 5

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 03/25/19 | 340027340 | 42,811.50 | 42,811.50 | 0.00 | 0.00 | $ 42,811.50 |
| | | | Total Outstanding Fees and Disbursements | | | $ 42,811.50 |
| | | | Interest on Outstanding A/R | | | 0.00 |
| | | | Fees and Disbursements Due for this Invoice | | | 9,150.00 |
| | | | **Total Due For This Matter** | | | **$ 51,961.50** |

## May 2019 Invoice

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*<u>Remittance Copy</u>*
*Please return this page with your payment.*

Robin Gruber, Esq.                                       SMRH Tax ID 95-1463164
Vice President - Counsel                                         May 31, 2019
Chanel USA, Inc.                                         Invoice 340029335
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2019

Current Fees                                    $ 13,753.00
Current Disbursements                           $ 1.75

Total Current Activity                                          $ 13,754.75

Total Due for This Invoice                                      $ 13,754.75

Payment Terms:  Balance due upon receipt of this statement.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
May 31, 2019
Invoice 340029335

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2019

| | |
|---|---|
| Current Fees | $ 13,753.00 |
| Current Disbursements | $ 1.75 |
| Total Current Activity | $ 13,754.75 |
| Total Due for This Invoice | $ 13,754.75 |

Payment Terms: Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 31, 2019
Invoice 340029335
Page 2 of 6

FOR PROFESSIONAL SERVICES THROUGH 04/30/19

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 04/01/19 | Emails and follow up with T. Monahan re meet and confer re discovery requests and follow up. | | |
| | Theodore C. Max | .10 hrs. | $ 67.50 |
| 04/02/19 | Follow up re discovery meet and confer and follow up. | | |
| | Theodore C. Max | .20 hrs. | $ 135.00 |
| 04/05/19 | E-filed Confidentiality Agreement and Proposed Protective Order. | | |
| | Bradley M. Rank | .30 hrs. | $ 93.00 |
| 04/08/19 | Follow-up with T. Monahan regarding follow-up regarding "Meet and Confer"; email regarding scheduling. | | |
| | Theodore C. Max | .60 hrs. | $ 405.00 |
| 04/09/19 | Follow-up with T. Monahan regarding "Meet and Confer" with T. Kidde; follow up re same. | | |
| | Theodore C. Max | .40 hrs. | $ 270.00 |
| 04/10/19 | Follow-up with T. Monahan regarding meet and confer with T. Kidde scheduling regarding same; discussion with T. Monahan regarding open issues. | | |
| | Theodore C. Max | .70 hrs. | $ 472.50 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    May 31, 2019
Theodore C. Max                                                                          Invoice 340029335
                                                                                         Page 3 of 6

## FEE DETAIL

04/12/19    Email and follow-up with T. Monahan regarding conference call with T. Kidde
            regarding meet and confer regarding WGACA defendants production and questions
            regarding Chanel  production; emails and telephone conference with J. Bleys regarding
            documents production and settlement discusses; emails and telephone conference with
            R. Gruber regarding settlement negotiations.

            Theodore C. Max                      3.10 hrs.                  $ 2,092.50

04/16/19    Emails with T. Kidde re follow up re discovery issues; follow up with T. Monahan re
            same; emails  with M. Garafalo and J. Bleys re document production.

            Theodore C. Max                      .90 hrs.                   $  607.50

04/17/19    Email to T. Kidde re WGACA defendants' response to document production and
            interrogatories; email re possible settlement discussions.

            Theodore C. Max                      .90 hrs.                   $  607.50

04/18/19    Email to T. Monahan re discovery responses; draft email to T. Kidde; email to T.
            Kidde re WGACA Defendants discovery deficiencies.

            Theodore C. Max                      1.70 hrs.                  $ 1,147.50

04/22/19    Review and revise draft email to T. Kidde regarding discovery deficiencies and follow-
            up regarding same; emails regarding scheduling of settlement meetings.

            Theodore C. Max                      1.20 hrs.                  $  810.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 31, 2019
Invoice 340029335
Page 4 of 6

## FEE DETAIL

████████        ████████████████████

        ████████████        ██████        ████████

04/23/19    Emails to R. Gruber regarding settlement meetings; emails to P. Shapiro and T. Kidde
            regarding same; follow up regarding discovery with T. Monahan

                    Theodore C. Max                    1.10 hrs.            $ 742.50

04/24/19    Emails regarding settlement scheduling; email to counsel for WGACA defendants
            regarding same.

                    Theodore C. Max                    .80 hrs.            $ 540.00

04/26/19    Work on and revise draft letter to WGACA Defendants re discovery deficiencies;
            review prior emails and correspondence and discovery responses and objections.

                    Theodore C. Max                    1.10 hrs.            $ 742.50

04/29/19    Work on and revise draft letter to T. Kidde re discovery deficiencies; review prior
            correspondence in support of letter; review SDNY Local Civil Rule 37.2.

                    Theodore C. Max                    2.50 hrs.            $ 1,687.50

04/30/19    Follow up re draft revised letter to Judge Stanton re WGACA Defendants discovery
            deficiencies.

                    Theodore C. Max                    .70 hrs.            $ 472.50

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 16.00 | $ 675.00 | $ 10,800.00 |
| Bradley M. Rank | .30 | $ 310.00 | $ 93.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 31, 2019
Invoice 340029335
Page 5 of 6

**Total Fees for Professional Services**       **$ 13,753.00**

## SUMMARY OF DISBURSEMENTS

Postage                                               1.75

**Total Disbursements**                          **$ 1.75**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                          May 31, 2019
Theodore C. Max                                                          Invoice 340029335
                                                                              Page 6 of 6

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 03/25/19 | 340027340 | 42,811.50 | 42,811.50 | 0.00 | 0.00 | $ 42,811.50 |
| 04/11/19 | 340028058 | 9,150.00 | 9,122.50 | 27.50 | 0.00 | 9,150.00 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 51,961.50 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 13,754.75 |
| **Total Due For This Matter** | **$ 65,716.25** |

# June 2019 Invoice

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

***Remittance Copy***
***Please return this page with your payment.***

Robin Gruber, Esq.                                       SMRH Tax ID 95-1463164
Vice President - Counsel                                        June 11, 2019
Chanel USA, Inc.                                          Invoice 340029850
9 W. 57th Street
New York, NY 10019

Our Matter No.       18WZ-264490
                     Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:        Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2019

Current Fees                                $ 32,919.00
Current Disbursements                        $  73.77

Total Current Activity                                 $ 32,992.77
Total Due for This Invoice                             $ 32,992.77

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                          SMRH Tax ID 95-1463164
Vice President - Counsel                            June 11, 2019
Chanel USA, Inc.                              Invoice 340029850
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2019

Current Fees                            $ 32,919.00
Current Disbursements                   $  73.77

Total Current Activity                              $ 32,992.77

Total Due for This Invoice                          $ 32,992.77

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 11, 2019
Invoice 340029850
Page 2 of 8

FOR PROFESSIONAL SERVICES THROUGH 05/31/19

## **FEE DETAIL**

05/01/19      Email to R. Gruber regarding complaints and pleadings in Chanel matters; email to P. Shapiro regarding scheduling of possible settlement meeting.

Theodore C. Max                    .60 hrs.              $  405.00

▬▬▬      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬      ▬▬▬      ▬▬▬

05/06/19      Work on and draft letter to Judge Stanton re deficiencies of WGACA Defendants re discovery and Requests for Production; re view and revise same; research SDNY case law re same; emails to P. Shapiro re scheduling of settlement meeting; email to J. Bleys re prodution of documents.

Theodore C. Max                   3.20 hrs.            $ 2,160.00

▬▬▬      ▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬      ▬▬▬      ▬▬▬

05/07/19      Work on and prepare letter to Judge Stanton re motion to compel discovery regarding WGACA Defendants Request for Production; email to J. Bleys re discovery; emails with P. Shapiro re settlement meeting scheduling and planning re same.

Theodore C. Max                   1.30 hrs.              $  877.50

05/08/19      Emails with P. Shapiro re settlement conference; work on and revise draft letter to Judge Stanton; email to T. Monahan re same.

Theodore C. Max                   1.20 hrs.              $  810.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                          June 11, 2019
Theodore C. Max                                                          Invoice 340029850
                                                                              Page 3 of 8

## FEE DETAIL

05/09/19     Emails to P. Shapiro re settlement conference scheduling  and strategy; email to R.
             Gruber re background and preparation for meeting; email re scheduling of meeting
             with counsel for WGACA Defendants; emails re attendees; work on and revise draft
             letter to Judge Stanton re discovery issues.

                  Theodore C. Max                    1.60 hrs.                $ 1,080.00

05/10/19     Work on and revise draft letter to Judge Stanton; research case law re Federal Rule of
             Civil Procedure 34; re view and revise letter; email to T. Monahan re follow up re
             letter; emails to M. Garafola re document production.

                  Theodore C. Max                    2.70 hrs.                $ 1,822.50

             ████████  ████████████████████████████████████████████
             ████████████████████████████████

                           ████████████        ████████        ████████

05/10/19     Prepared letter to Judge Stanton re discovery dispute for e-filing and e-filed same;
             prepared courtesy copy for Judge Stanton.

                  Bradley M. Rank                    .50 hrs.                 $  155.00

05/13/19     Email to M. Garafalo re document production; review emails re ████████████████
             ████████████████████; email to R. Gruber and L. Moffit re settlement issues; meeting
             with R. Gruber and L. Moffit; meet with R. Gruber, L. Moffit, P. Shapiro, S. Weissner
             and F. Broder with T. Monahan; follow up discussion with L. Moffit and R. Gruber re
             settlement terms and next steps.

                  Theodore C. Max                    5.40 hrs.                $ 3,645.00

             ████████  ██████████████████████████████████████████

                           ████████████        ████████        ████████

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    June 11, 2019
Theodore C. Max                                                                     Invoice 340029850
                                                                                         Page 4 of 8

## FEE DETAIL

05/13/19    Prepared courtesy copy of letter for Judge Stanton.

                Bradley M. Rank                      .30 hrs.                     $ 93.00

05/14/19    Email to R. Gruber re Amended Complaint and Order of Judge Stanton; discussion
            with T. Monahan re settlement issues re WGACA settlement negotiations.

                Theodore C. Max                      1.20 hrs.                    $ 810.00

██████    ███████████████████████████████

                ████████          ████████          ████████

05/15/19    Follow up with Hyo Jin Paik re response to discovery and search terms re electronic
            discovery; follow up re document requests of WGACA Defendants.

                Theodore C. Max                      .90 hrs.                     $ 607.50

05/16/19    Read email from D. DeCarlo re settlement proposal following meeting with counsel
            and principals from Defendants WGACA; discussion with T. Monahan re same;
            prepare review comments and notes re settlement negotiations; prepare email to
            counsel for WGACA Defendants and L. Moffit and R. Gruber from Chanel, Inc.

                Theodore C. Max                      2.90 hrs.                    $ 1,957.50

05/17/19    Work on and draft email to Chanel in-house counsel re settlement proposal email from
            counsel for WGACA defendants; email with T. Monahan re same; read and review
            letter from counsel for WGACA defendants to Judge Stanton re discovery disputes.

                Theodore C. Max                      1.90 hrs.                    $ 1,282.50

05/20/19    Follow up with Chanel in-house counsel re proposed settlement response.

                Theodore C. Max                      .40 hrs.                     $ 270.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 11, 2019
Invoice 340029850
Page 5 of 8

### FEE DETAIL

██████        ████████████████████████████████████████
              ████████████████████████

                    ██████████████        ████████        ████████

05/21/19       Email with R. Gruber re Defendants WGACA response letter to Judge Stanton.

                    Theodore C. Max                .30 hrs.              $  202.50

05/22/19       Emails with Chanel in-house counsel re Chanel's Responses to Defendants Second Set
               of Requests for Production; emails re comments on email re response to WGACA
               Defendants settlement proposal; █████████████████████████.

                    Theodore C. Max                1.70 hrs.              $  1,147.50

05/23/19       Email to Chanel regarding Response to WGACA Defendants Second Set of Request
               for Production; discussion with Hyo Jin Paik re discovery and follow up re same.

                    Theodore C. Max                .50 hrs.              $  337.50

05/24/19       Follow up with Hyo Jin Paik re Chanel document production and preparation of
               documents; prepare email to T. Kidde and counsel for WGACA Defendants re
               settlement; email to R. Gruber and L. Moffat re Response to Defendants' Second Set of
               Requests for Production.

                    Theodore C. Max                2.40 hrs.              $  1,620.00

05/29/19       Discussion with T. Monahan regarding Response to WGACA Defendants Second
               Requests for Production; review and revise same and send to client for approval;
               teleconference with Chambers of Judge Stanton; work on and prepare draft reply letter
               to Judge Stanton; work on and edit draft Second Set of Requests for Production to
               WGACA Defendants; email to T. Monahan regarding same.

                    Theodore C. Max                5.90 hrs.              $  3,982.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 11, 2019
Invoice 340029850
Page 6 of 8

## FEE DETAIL

█████████        ██████████████████████████████████████████████
                 ████████████████████████████████████████████████
                 ██████████████████

          ██████████████████          ██████████          ██████████

05/30/19    Work on and draft and revise letter of reply to Judge Stanton re motion to compel;
            correspondence and email to T. Monahan re same; email to H. Paik re Chanel
            production.

              Theodore C. Max                    4.10 hrs.              $ 2,767.50

05/31/19    Email to T. Monahan re draft letter; review and revise draft letter to Judge Stanton re
            discovery issues; review SDNY cases re burden of demonstrating proportionality;
            follow up with T. Monahan re same; discussion with B. Rank re filing of same.

              Theodore C. Max                    3.90 hrs.              $ 2,632.50

██████████        ████████████████████████████████

          ██████████████████          ██████████          ██████████

05/31/19    Reviewed draft letter and assisted with filing discovery dispute letter with the court.

              Hyo Jin Paik                       .50 hrs.              $  162.50

05/31/19    Prepared letter reply re discovery dispute for e-filing and e-filed same.

              Bradley M. Rank                    .50 hrs.              $  155.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 11, 2019
Invoice 340029850
Page 7 of 8

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 42.10 | $ 675.00 | $ 28,417.50 |
| ███████████ | ████ | ██████ | ██████████ |
| Hyo Jin Paik | .50 | $ 325.00 | $ 162.50 |
| ███████████ | ████ | ██████ | ██████████ |
| Bradley M. Rank | 1.30 | $ 310.00 | $ 403.00 |

**Total Fees for Professional Services**        **$ 32,919.00**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 05/31/19 | Westlaw research by Monahan, Tom, on 5/31/2019. | 68.40 |
| | Telephone | 5.37 |

**Total Disbursements**        **$ 73.77**

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 11, 2019
Invoice 340029850
Page 8 of 8

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 04/11/19 | 340028058 | 9,150.00 | 9,122.50 | 27.50 | 0.00 | $ 9,150.00 |
| 05/31/19 | 340029335 | 13,754.75 | 13,753.00 | 1.75 | 0.00 | 13,754.75 |
| | | | | Total Outstanding Fees and Disbursements | | $ 22,904.75 |
| | | | | Interest on Outstanding A/R | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | 32,992.77 |
| | | | | **Total Due For This Matter** | | **$ 55,897.52** |

# July 2019 Invoice

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
July 19, 2019
Invoice 340030855

Our Matter No.     18WZ-264490
                        Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:          Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2019

| | |
|---|---|
| Current Fees | $ 35,658.00 |
| Current Disbursements | $ 104.40 |

| | |
|---|---|
| Total Current Activity | $ 35,762.40 |
| Total Due for This Invoice | $ 35,762.40 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                                SMRH Tax ID 95-1463164
Vice President - Counsel                                                    July 19, 2019
Chanel USA, Inc.                                                    Invoice 340030855
9 W. 57th Street
New York, NY 10019

Our Matter No.       18WZ-264490
                     Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:        Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2019

Current Fees                                    $ 35,658.00
Current Disbursements                           $  104.40

Total Current Activity                                          $ 35,762.40

Total Due for This Invoice                                      $ 35,762.40

Payment Terms:  Balance due upon receipt of this statement.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                July 19, 2019
Theodore C. Max                                                                       Invoice 340030855
                                                                                      Page 2 of 9

FOR PROFESSIONAL SERVICES THROUGH 06/30/19

## **FEE DETAIL**

06/03/19        Follow up re letter to Judge Stanton and deliver of same; email to L. Moffatt re status
                of discovery and settlement; email re settlement counter proposal from WGACA
                Defendants.

                Theodore C. Max                    2.30 hrs.                    $ 1,552.50

06/04/19        Telephone call with Judge Stanton's Chambers re conference; emails with opposing
                counsel re same; emails with client reporting on status.

                Theodore C. Max                    1.20 hrs.                    $ 810.00

06/04/19        Reviewed/analyzed Defendant's third set of interogatories and requests for protection;
                drafted responses thereto.

                Hyo Jin Paik                       1.90 hrs.                    $ 617.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 19, 2019
Invoice 340030855
Page 3 of 9

## **FEE DETAIL**

06/05/19     Emails and follow-up with counsel for WGACA regarding conference before Judge Stanton regarding discovery issues; emails to T. Kidde, P. Shapiro D. DeCarlo and J. Kim regarding scheduling of discussing conference and possible further meet and confer; emails to R. Gruber, L. Moffatt, J. Bleys and M. Garafola regarding follow-up regarding draft Responses to WGACA's Third Set of Interrogatories and Request for Production.

Theodore C. Max                    1.90 hrs.              $ 1,282.50

06/05/19     Reviewed/analyzed both parties discovery requests; drafted deposition notices re same.

Hyo Jin Paik                       .90 hrs.              $ 292.50

06/06/19     Emails and follow-up with H. Paik regarding preparation for conference before Judge Stanton; conference call with T. Kidde and P. Shapiro and T. Monahan regarding discovery meet and confer and open points; email to J. Bleys and L. Moffat regarding response to Third Set of Requests for Production and Interrogatories.

Theodore C. Max                    2.20 hrs.              $ 1,485.00

06/06/19     Reviewed/analyzed both parties discovery requests; reviewed and compiled documents for June 7, 2019 discovery hearing.

Hyo Jin Paik                       2.90 hrs.              $ 942.50

06/07/19     Research regarding discovery in counterfeiting and gray market cases, including Bare Escential Beauty, Inc. v. Costco Wholesale Corporation.; travel to S.D.N.Y. for conference before Judge Stanton; telephone conference with R. Gruber regarding conference and discovery status; follow-up email to P. Shapiro regarding issues regarding WGACA's Requests for Production regarding Amazon take-down; emails with J. Bleys and L. Moffat regarding same.

Theodore C. Max                    4.40 hrs.              $ 2,970.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 19, 2019
Invoice 340030855
Page 4 of 9

## FEE DETAIL



| 06/07/19 | Reviewed/analyzed both parties discovery requests discovery hearing preparation documents; reviewed/analyzed case law for discovery dispute hearing;travel to S.D.N.Y. for conference re discovery dispute hearing; participated in discovery dispute hearing. | | |
| --- | --- | --- | --- |
| | Hyo Jin Paik | 4.20 hrs. | $ 1,365.00 |
| 06/10/19 | Work on and prepare Chanel's Third Set of Requests for Production; email and follow up with J. Bleys re Defendants' Third Set of Interrogatories and Requests for Production. | | |
| | Theodore C. Max | 3.90 hrs. | $ 2,632.50 |

| 06/11/19 | Work on and revise and draft Chanel's Third Set of Requests for Production; review and revise same. | | |
| --- | --- | --- | --- |
| | Theodore C. Max | 4.10 hrs. | $ 2,767.50 |
| 06/11/19 | Re-filed notice of appearance for H. Paik; requested transcript of Friday's conference. | | |
| | Bradley M. Rank | .40 hrs. | $ 124.00 |
| 06/12/19 | Emails with T. Kidde of Lewis Brisbois re Amazon takedown and background information; emails and conference call with J. Bleys, L. Moffat and R. Gruber re █████; work on and follow up re revised Third Request for Production. | | |
| | Theodore C. Max | 3.80 hrs. | $ 2,565.00 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                July 19, 2019
Theodore C. Max                                                                   Invoice 340030855
                                                                                      Page 5 of 9

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 06/13/19 | Emails to J. Bleys re response from T. Kidde; conference call with R. Gruber, L. Moffatt and J. Bleys re response to Third Request for Production and Interrogatories and response re Amazon take down; work on and revise draft Third Set of Requests for Production; discussion re email from consumer re Louis Vuitton purchase; email re repair company in New Jersey and possible first sale issues re repairs. | | |
| | Theodore C. Max | 4.20 hrs. | $ 2,835.00 |
| 06/14/19 | Work on and correspond with J. Bleys re Chanel's Responses to Defendants' Third Set of Requests for Production and interrogatories; work on and prepare Plaintiff's Third Set of Requests for Production ; discussions with J. Bleys and third party vendor re online anti-counterfeiting; email to T. Monhan re same. | | |
| | Theodore C. Max | 3.80 hrs. | $ 2,565.00 |

▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮         ▮▮▮▮▮         ▮▮▮▮▮

| | | | |
|---|---|---|---|
| 06/17/19 | Emails and follow up with J. Bleys re Chanel's Responses to Defendants' Third Set of Interrogatories and Requests for Production; send Chanel's Responses to Defendants' Third Set of Interrogatories and Requests for Production to T. Kidde. | | |
| | Theodore C. Max | 1.40 hrs. | $ 945.00 |
| 06/17/19 | Reviewed Order Amending Scheduling Order. | | |
| | Bradley M. Rank | .30 hrs. | $ 93.00 |
| 06/18/19 | Email to H. Paik re Chanel's Responses to Third Set of Interrogatories and Requests for Production; email re Chanel's Third Set of Requests for Production. | | |
| | Theodore C. Max | .70 hrs. | $ 472.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 19, 2019
Invoice 340030855
Page 6 of 9

## FEE DETAIL

██████        ████████████████████████████████████████
              ████████████████████

              ██████████████        ████████        ████████

06/18/19    Reviewed/analyzed hearing transcript from the June 7, 2019 hearing; reviewed/revised amended set of discovery requests to Defendants.

Hyo Jin Paik              1.50 hrs.              $ 487.50

06/19/19    Email to J. Bleys re Rago Brothers repair and refurbishment and affirmative defense of first sale doctrine; discussion re WGACA strategy; follow up with T. Monahan re discovery issues.

Theodore C. Max              2.10 hrs.              $ 1,417.50

06/21/19    Emails and follow up with J. Bleys re discovery questions re refurbishment and repair of Chanel handbags; follow up regarding same.

Theodore C. Max              .90 hrs.              $ 607.50

06/24/19    Work on and follow up re revised discovery requests to WGACA Defendants; emails with J. Bleys re third party discovery and refurbishment and repair of second hand Chanel designs.

Theodore C. Max              1.50 hrs.              $ 1,012.50

06/26/19    Follow-up with T. Monahan and T. Kidde; discussion regarding extension to respond to Chanel's Second Set of Requests for Production.

Theodore C. Max              .70 hrs.              $ 472.50

██████        ████████████████████████████████████
              ██████████████        ████████        ████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I          July 19, 2019
Theodore C. Max                                               Invoice 340030855
                                                              Page 7 of 9

## FEE DETAIL

06/27/19       Review materials re Rago Brothers and ████████████████
               ████████████████; email to T Monahan re same; email with
               H. Paik re TaylorMade Golf case and its progeny.

               Theodore C. Max              2.10 hrs.              $ 1,417.50

06/27/19       Conducted factual and legal research re: additional discovery requests and third-party
               subpoena.

               Hyo Jin Paik                 1.30 hrs.              $ 422.50

06/28/19       Follow up re research re the first sale doctrine and implications regarding refurbished
               and repaired trademarked goods.

               Theodore C. Max              .60 hrs.               $ 405.00

06/28/19       Conducted legal research and reviewed/analyzed case law re first sale doctrine and
               affect of refurbishment and repair of trademarked goods.

               Hyo Jin Paik                 .60 hrs.               $ 195.00

06/30/19       Email to J. Bleys re follow up re ██████████████ and email to H. Paik
               re same.

               Theodore C. Max              .30 hrs.               $ 202.50

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 42.10 | $ 675.00 | $ 28,417.50 |
| ████████████ | ████ | ████ | ████ |
| Hyo Jin Paik | 13.30 | $ 325.00 | $ 4,322.50 |
| ████████████ | ████ | ████ | ████ |
| Bradley M. Rank | .70 | $ 310.00 | $ 217.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                July 19, 2019
Theodore C. Max                                                                     Invoice 340030855
                                                                                        Page 8 of 9

**Total Fees for Professional Services**                                    **$ 35,658.00**

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 06/03/19 | NPD Logistics.  Invoice# 1472-1582. Order# 378.060319 By: Elba Robinson  To: Lewis Brisbois, 77 Water St New York, NY | 16.95 |
| 06/03/19 | NPD Logistics.  Invoice# 1472-1582. Order# 395.060319 By: Elba Robinson  To: United States District Court, 500 Pearl St New York, NY | 16.95 |
| | Duplication | 70.50 |

**Total Disbursements**                                                      **$ 104.40**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 19, 2019
Invoice 340030855
Page 9 of 9

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 04/11/19 | 340028058 | 9,150.00 | 9,122.50 | 27.50 | 0.00 | $ 9,150.00 |
| 05/31/19 | 340029335 | 13,754.75 | 13,753.00 | 1.75 | 0.00 | 13,754.75 |
| 06/11/19 | 340029850 | 32,992.77 | 32,919.00 | 73.77 | 0.00 | 32,992.77 |
| | | | Total Outstanding Fees and Disbursements | | | $ 55,897.52 |
| | | | Interest on Outstanding A/R | | | 203.05 |
| | | | Fees and Disbursements Due for this Invoice | | | 35,762.40 |
| | | | **Total Due For This Matter** | | | **$ 91,862.97** |

**Aug. 2019 Invoice**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Robin Gruber, Esq.
Vice President - Counsel
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
August 13, 2019
Invoice 340031711

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2019

| | |
|---|---|
| Current Fees | $ 6,955.50 |
| Current Disbursements | $ 5.00 |
| Total Current Activity | $ 6,960.50 |
| Total Due for This Invoice | $ 6,960.50 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Robin Gruber, Esq.                                    SMRH Tax ID 95-1463164
Vice President - Counsel                                      August 13, 2019
Chanel USA, Inc.                                        Invoice 340031711
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2019

Current Fees                                 $ 6,955.50
Current Disbursements                        $ 5.00

Total Current Activity                                      $ 6,960.50
Total Due for This Invoice                                  $ 6,960.50

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                   August 13, 2019
Theodore C. Max                                                                          Invoice 340031711
                                                                                         Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH 07/31/19

## **FEE DETAIL**

07/01/19      Emails and follow up with possible subpoena for New Jersey repair and restore firm
              and discovery re same.

              Theodore C. Max                    .40 hrs.                    $ 270.00

07/01/19      Conducted legal research and reviewed/analyzed case law; drafted summary of search
              results in preparation of third-party subpoena for T. Max and T. Monahan.

              Hyo Jin Paik                       2.30 hrs.                   $ 747.50

07/03/19      Reviewed email from court reporter re court's correction to transcript; emailed T. Max
              et al. re same.

              Bradley M. Rank                    .10 hrs.                    $ 31.00

07/08/19      Review WGACA Defendants Response to Interrogatories and Document Requests;
              follow up re discovery status.

              Theodore C. Max                    .80 hrs.                    $ 540.00

07/09/19      Review email from D. DeCarlo re settlement; email to T. Monahan re same; follow up
              re discovery.

              Theodore C. Max                    1.10 hrs.                   $ 742.50

07/17/19      Email with R. Gruber re WGACA email; follow up with T. Monahan re same.

              Theodore C. Max                    .40 hrs.                    $ 270.00

07/22/19      Work with IT department to download client documents in preparation of document
              production.

              Hyo Jin Paik                       .40 hrs.                    $ 130.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    August 13, 2019
Theodore C. Max                                                                          Invoice 340031711
                                                                                         Page 3 of 5

## **FEE DETAIL**

07/23/19      Conference call and emails with H. Paik re discovery in WGACA matter; follow up
              with document production and next steps.

            Theodore C. Max                    1.10 hrs.                $ 742.50

07/24/19      Emails and work with H. Paik re discovery and organization of discovery in Relativity.

            Theodore C. Max                    1.30 hrs.                $ 877.50

07/24/19      Work with IT department re preparation for discovery documents for document
              production.

            Hyo Jin Paik                       1.10 hrs.                $ 357.50

07/26/19      Emails and work with H. Paik and R. Singh re creation of Relativity database; follow
              up re same.

            Theodore C. Max                    1.10 hrs.                $ 742.50

███         ████████████████████████

          ████            ████         ████

07/29/19      Review key words regarding searches for WGACA matter; discuss with H. Paik
              regarding same.

            Theodore C. Max                    .60 hrs.                 $ 405.00

07/31/19      Discussion with H. Paik regarding WGACA Defendants service of Defendants Fourth
              Set of Request for Documents; discussion regarding discovery and Relativity
              documents and review.

            Theodore C. Max                    .90 hrs.                 $ 607.50

07/31/19      Reviewed  Defendants' additional discovery requests and categories of production;
              drafted email to client re: the same.

            Hyo Jin Paik                       .60 hrs.                 $ 195.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 13, 2019
Invoice 340031711
Page 4 of 5

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 7.70 | $ 675.00 | $ 5,197.50 |
| Hyo Jin Paik | 4.40 | $ 325.00 | $ 1,430.00 |
| Bradley M. Rank | .10 | $ 310.00 | $ 31.00 |
| ███████ | ███ | ███ | ███ |

**Total Fees for Professional Services** $ 6,955.50

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 06/06/19 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 06/01/2019-06/15/2019 | 5.00 |

**Total Disbursements** $ 5.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 13, 2019
Invoice 340031711
Page 5 of 5

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 07/19/19 | 340030855 | 35,762.40 | 35,658.00 | 104.40 | 0.00 | $ 35,762.40 |
| | | | | Total Outstanding Fees and Disbursements | | $ 35,762.40 |
| | | | | Interest on Outstanding A/R | | 514.40 |
| | | | | Fees and Disbursements Due for this Invoice | | 6,960.50 |
| | | | | **Total Due For This Matter** | | **$ 43,237.30** |

# **<u>Sept. 2019 Invoice</u>**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Lora Moffatt
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
September 23, 2019
Invoice 340032789

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2019

| | |
|---|---|
| Current Fees | $ 21,777.00 |
| Current Disbursements | $ 99.16 |
| Total Current Activity | $ 21,876.16 |
| Total Due for This Invoice | $ 21,876.16 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
September 23, 2019
Invoice 340032789

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2019

Current Fees                               $ 21,777.00
Current Disbursements                      $  99.16

Total Current Activity                              $ 21,876.16

Total Due for This Invoice                          $ 21,876.16

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    September 23, 2019
Theodore C. Max                                                          Invoice 340032789
                                                                         Page 2 of 7

FOR PROFESSIONAL SERVICES THROUGH 08/31/19

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 08/01/19 | Email to H. Paik; review Defendants Responses to Third Set of Requests for Production; discussion with H. Paik regarding client regarding discovery. | | |
| | Theodore C. Max | 1.30 hrs. | $ 877.50 |
| 08/02/19 | Reviewed/analyzed documents in preparation of discovery/document production. | | |
| | Hyo Jin Paik | .50 hrs. | $ 162.50 |
| 08/02/19 | Reviewed Fourth Set of Requests for Production of Documents to Chanel. | | |
| | Bradley M. Rank | .10 hrs. | $ 31.00 |
| 08/05/19 | Email to R. Gruber, L. Moffit, J. Bleys  re WGACA Defendants' Four Set of Requests for Production and follow up re same; review Defendants' Responses to Plaintiff's Third Set of Requests for Production of Documents; email to T. Monahan and H. Paik re same. | | |
| | Theodore C. Max | 1.70 hrs. | $ 1,147.50 |
| 08/05/19 | Reviewed/analyzed documents and drafted/revised chart and analysis of evidence in preparation of discovery. | | |
| | Hyo Jin Paik | 1.40 hrs. | $ 455.00 |
| 08/06/19 | Follow up with H. Paik re discovery issues; follow up re discovery production; and email re follow up re e-discovery production. | | |
| | Theodore C. Max | .80 hrs. | $ 540.00 |
| 08/06/19 | Reviewed/analyzed discovery documents; drafted deposition notices. | | |
| | Hyo Jin Paik | 3.90 hrs. | $ 1,267.50 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                          September 23, 2019
Theodore C. Max                                                                Invoice 340032789
                                                                               Page 3 of 7

## FEE DETAIL

08/07/19          Email to B. Rank re discovery deadlines; email re WGACA deadlines re discovery;
                  review draft discovery requests.

                          Theodore C. Max                    .90 hrs.                    $ 607.50

08/07/19          Reviewed/analyzed client documents for production and review discovery requests.

                          Hyo Jin Paik                       1.10 hrs.                   $ 357.50

08/07/19          Reviewed Defendants' Fifth Set of Document Requests to Plaintiff.

                          Bradley M. Rank                    .10 hrs.                    $ 31.00

08/08/19          Organized and assembled documents per H.J. Paik's request

                          Lisa S. Rodriguez                  .90 hrs.                    $ 274.50

08/09/19          Follow up with H. Paik re WGACA Defendant Responses to Chanel's Third Set of
                  Requests for Production; discuss other outstanding discovery tasks.

                          Theodore C. Max                    2.60 hrs.                   $ 1,755.00

08/12/19          Review Response of WGACA Defendants and prior correspondence re  discovery
                  differences; follow up with H. Paik re same.

                          Theodore C. Max                    .80 hrs.                    $ 540.00

08/13/19          Meet with T. Monahan and H. Paik regarding discovery; discussion of outstanding
                  production, open issues and categories and response by WGACA Defendants; follow
                  up tasks and projects.

                          Theodore C. Max                    1.40 hrs.                   $ 945.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 23, 2019
Invoice 340032789
Page 4 of 7

## **FEE DETAIL**

08/14/19      Review email from H. Paik re Defendant WGACA requests and responses; review draft Rule 30(b)(6) Deposition Notice; review email review email re discovery follow up.

    Theodore C. Max            1.40 hrs.            $ 945.00

08/14/19      Reviewed/analyzed defendants' discovery responses; reviewed June 7, 2019 Court Hearing Transcript; drafted discovery deficiency letter to defendants.

    Hyo Jin Paik            5.80 hrs.            $ 1,885.00

08/19/19      Reviewed/analyzed documents for production to WGACM Defendants.

    Hyo Jin Paik            1.10 hrs.            $ 357.50

08/26/19      Review draft discovery Response to WGACA Defendants Fifth Set of Discovery Responses; email to R. Gruber, L. Moffatt, J. Bleys and M. Garafola re draft Response to WGACA Defendants Fifth Set of Discovery Response; follow up re draft discovery requests to WGACA Defendants.

    Theodore C. Max            1.90 hrs.            $ 1,282.50

08/27/19      Email to R. Gruber, L. Moffatt, J. Bleys and M. Garafola regarding draft responses to WGACA Defendants Fourth Set of Requests for Production; review and revise draft document; emails to Chanel regarding discovery; review draft Rule 30(b)(6) Notice of Deposition and Subpoena to New Jersey refurbishment company.

    Theodore C. Max            2.30 hrs.            $ 1,552.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 23, 2019
Invoice 340032789
Page 5 of 7

## FEE DETAIL

08/28/19    Meeting with L. Moffatt, R. Gruber,  J. Bleys and M. Garrufalo regarding status of discovery in WGACA matter; discussion regarding responses to WGACA Fourth Set of Requests for Production; emails regarding discovery subjects and open topics; emails to L. Moffat regarding subpoena and Rule 30(b)(6) Deposition Notice; emails regarding same.

Theodore C. Max                 2.90 hrs.                $ 1,957.50

08/29/19    Email to L. Moffatt re discovery response and production of documents by Chanel; follow up with Chanel's Response to WGACA Defendants' Fourth Set of Requests for Production; review draft letter to T. DeBeisse re outstanding discovery and WGACA Defendants' discovery responses.

Theodore C. Max                 3.20 hrs.                $ 2,160.00

08/30/19    Review and revise draft letter to T. Kidde re discovery deficiencies; follow up re discovery issues.

Theodore C. Max                 3.10 hrs.                $ 2,092.50

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 24.30 | $ 675.00 | $ 16,402.50 |
| Hyo Jin Paik | 13.80 | $ 325.00 | $ 4,485.00 |
| Lisa S. Rodriguez | .90 | $ 305.00 | $ 274.50 |
| Bradley M. Rank | .20 | $ 310.00 | $ 62.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 23, 2019
Invoice 340032789
Page 6 of 7

| | |
|---|---|
| **Total Fees for Professional Services** | **$ 21,777.00** |

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 06/18/19 | Southern District Reporters PC - Inv#0515445-IN - Work Order No. 202764 - Original - 67/19 | 91.78 |
| | Telephone | 7.38 |
| | **Total Disbursements** | **$ 99.16** |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 23, 2019
Invoice 340032789
Page 7 of 7

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 08/13/19 | 340031711 | 6,960.50 | 6,955.50 | 5.00 | 0.00 | $ 6,960.50 |
| | | | Total Outstanding Fees and Disbursements | | | $ 6,960.50 |
| | | | Interest on Outstanding A/R | | | 0.00 |
| | | | Fees and Disbursements Due for this Invoice | | | 21,876.16 |
| | | | **Total Due For This Matter** | | | **$ 28,836.66** |

# Oct. 2019 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

***Remittance Copy***
***Please return this page with your payment.***

Lora Moffatt, Esq.                                          SMRH Tax ID 95-1463164
Head of Intellectual Property                                      October 17, 2019
Chanel USA, Inc.                                              Invoice 340033411
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2019

| | |
|---|---|
| Current Fees | $ 80,749.50 |
| Current Disbursements | $ 3,060.80 |
| Total Current Activity | $ 83,810.30 |
| Total Due for This Invoice | $ 83,810.30 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
October 17, 2019
Invoice 340033411

Our Matter No.    18WZ-264490
                  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2019

| | |
|---|---|
| Current Fees | $ 80,749.50 |
| Current Disbursements | $ 3,060.80 |
| | |
| Total Current Activity | $ 83,810.30 |
| Total Due for This Invoice | $ 83,810.30 |

Payment Terms:  Balance due upon receipt of this statement.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

October 17, 2019
Invoice 340033411
Page 2 of 12

FOR PROFESSIONAL SERVICES THROUGH 09/30/19

## FEE DETAIL

09/03/19    Review email from J. Bleys regarding documents production; review outstanding discovery requests re Fifth Set of Requests for Production.

Theodore C. Max                .90 hrs.                $ 607.50

09/04/19    Work with H. Paik regarding Chanel's Responses to WGACA's Fifth  Set of Requests for Production; email to J. Bleys regarding document production questions re Fifth Set of Requests for Production; ████████████; review and revise draft Responses to Fifth Set of Requests for Production; review and discuss draft Response to WGACA Defendants Fifth Set of Requests for Production; work on and revise draft letter to T. Kidde regarding deficiencies; review cases regarding first sale doctrine for letter to T. Kidde re "meet and confer".

Theodore C. Max                2.90 hrs.                $ 1,957.50



09/04/19    Drafted Plaintiff's Responses to Defendants' Fifth Set of Requests for Production.

Hyo Jin Paik                1.60 hrs.                $ 520.00

09/05/19    Work on and revise draft Chanel's Responses to Defendants' Fifth Set of Requests for Production; emails with J. Bleys re discovery and production; email to H. Paik re same; email to H. Paik re same; email to J. Bleys re follow up questions re discovery; email to L. Moffat, J. Bleys, M. Garafola and R. Gruber re deficiency letter to WAGACA Defendants; work on and review and revise Chanel's Responses to WGACA Defendants' Fifth Set of Requests for Production.

Theodore C. Max                3.20 hrs.                $ 2,160.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

October 17, 2019
Invoice 340033411
Page 3 of 12

## **FEE DETAIL**

09/05/19    Reviewed and revised deficiency letter to opposing counsel; conducted legal research re: first sale doctrine for the deficiency letter.

Hyo Jin Paik                    .90 hrs.              $ 292.50

09/06/19    Work on, review and revise draft letter to T. Kidde (counsel for WGACA Defendants); work on and revise draft Responses to WGACA Defendants' Fifth Set of Response to Request for Production; review and revise and prepare email to L. Moffatt re deposition notices.

Theodore C. Max                3.20 hrs.              $ 2,160.00

09/06/19    Reviewed and revised deficiency letter to opposing counsel; conducted legal research re first sale doctrine for the deficiency letter.

Hyo Jin Paik                    .90 hrs.              $ 292.50

09/09/19    Emails and follow up with L. Moffatt re ██████████████; email re questions on responses and production in response to WGACA Defendants ' Requests for Production.

Theodore C. Max                1.90 hrs.              $ 1,282.50

██████   ████████████████████

          ██████████          ██████        ██████

09/10/19    Review and revise draft Responses to Defendants' Fifth Set of Requests for Production; work with H. Paik re responses and differences between different Requests for Production; email to T. Monahan re same.

Theodore C. Max                3.10 hrs.              $ 2,092.50

09/10/19    Reviewed and revised Chanel's Responses to Defendants' Fifth Set of Requests for Production.

Hyo Jin Paik                    1.30 hrs.              $ 422.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

October 17, 2019
Invoice 340033411
Page 4 of 12

## **FEE DETAIL**

| 09/11/19 | Emails to H. Paik and T. Monahan re discovery and production issues re Chanel document production. |
|---|---|

|  | Theodore C. Max | .90 hrs. | $ 607.50 |
|---|---|---|---|

| 09/12/19 | Review and revise draft ESI Stipulation; email re meet and confer with counsel for WGACA Defendants; follow up re draft Rule 30(b)(6) Discovery Notice and Subpoena re Rago Brothers. |
|---|---|

|  | Theodore C. Max | 2.40 hrs. | $ 1,620.00 |
|---|---|---|---|

| 09/13/19 | Work on and prepare draft ESI Agreement for sending to opposing party; emails and follow up with opposing counsel re meet and confer regarding failure to produce documents responsive to requests for production concerning first sale doctrine; conference call with D. DeCarlo and J. Kim; follow up with H. Paik re same; email re ESI Stipulation; review email from D. DeCarlo; follow up re draft discovery requests. |
|---|---|

|  | Theodore C. Max | 4.40 hrs. | $ 2,970.00 |
|---|---|---|---|

| 09/13/19 | Drafted ESI protocol to be sent to opposing counsel; participated in meet and confer re: discovery deficiencies with T. Max and opposing counsel. |
|---|---|

|  | Hyo Jin Paik | 2.10 hrs. | $ 682.50 |
|---|---|---|---|

| 09/14/19 | Conducted legal research in preparation of letter submission to Court re first sale doctrine; drafted summary of case law. |
|---|---|

|  | Hyo Jin Paik | 2.20 hrs. | $ 715.00 |
|---|---|---|---|

| 09/16/19 | Email to T Monahan re key words for search terms; draft response to email re meet and confer re first sale doctrine defense and discovery re same; review and revise draft ESI Stipulation; Rago Brothers subpoena and Notices of Depositions. |
|---|---|

|  | Theodore C. Max | 2.30 hrs. | $ 1,552.50 |
|---|---|---|---|

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

### FEE DETAIL

09/16/19    Reviewed case law research re first sale doctrine in preparation of letter to opposing counsel.

           Hyo Jin Paik           .40 hrs.         $ 130.00

09/17/19    Emails with T. Monahan re discovery issues and dispute re first sale doctrine issues; discussion with T. Monahan and H. Paik re discovery issues and tasks; follow up with key search words and discovery follow up.

           Theodore C. Max           2.90 hrs.         $ 1,957.50

09/18/19    Email to L. Moffatt re Responses to WGACA Document Requests and additional steps to move forward with discovery; follow up with H. Paik re same.

           Theodore C. Max           2.90 hrs.         $ 1,957.50

09/18/19    Conferred with T. Max on case strategy and discovery issues.  Conferred with H. Paik on discovery.  Reviewed documents in connection with same.

           Tyler E. Baker           1.90 hrs.         $ 1,187.50

09/18/19    Reviewed and analyzed discovery materials for production; conferred with T. Baker re letter to opposing counsel re: Sept. 13, 2019 meet and confer.

           Hyo Jin Paik           1.70 hrs.         $ 552.50

09/19/19    Work on discovery issues; emails and teleconference with H. Paik re key word search terms; work on and prepare response to WGACA meet and confer email re first sale doctrine defense and discovery issues re same.

           Theodore C. Max           4.60 hrs.         $ 3,105.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

October 17, 2019
Invoice 340033411
Page 6 of 12

## FEE DETAIL

09/19/19     Conferred with T. Max on discovery issues.  Performed legal research on first sale doctrine and other discovery issues.  Began written response to opposing counsel on discovery points.

>     Tyler E. Baker              5.80 hrs.              $ 3,625.00

09/19/19     Reviewed and analyzed documents for production to WGACA Defendants; drafted proposed search terms and communicated with client re the same.

>     Hyo Jin Paik              2.70 hrs.              $  877.50

09/20/19     Work on and revise draft email re meet and confer re first sale doctrine and refusal to produce background information re WGACA's basis for first sale defense; email re revisions to Rago Brothers subpoena; emails and follow up re search terms; prepare email to T. Kidde, D. DeCarlo and J. Kim re search terms; email re WWD WGACA article; work on and revise draft ESI Stipulation.

>     Theodore C. Max              5.10 hrs.              $ 3,442.50

09/20/19     Revised response to opposing counsel on discovery points and conferred with T. Max regarding same.  Performed additional legal research and conferred with T. Max on case law.

>     Tyler E. Baker              2.60 hrs.              $ 1,625.00

09/20/19     Reviewed and analyzed documents for production; reviewed/analyzed discovery materials for letter to opposing counsel re: September 13, 2019 meet and confer; revised deposition notices.

>     Hyo Jin Paik              4.30 hrs.              $ 1,397.50

09/21/19     Reviewed prior correspondence and transcript of prior discovery conference in connection with draft letter to court and new discovery requests.

>     Tyler E. Baker              2.40 hrs.              $ 1,500.00

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

October 17, 2019
Invoice 340033411
Page 7 of 12

## **FEE DETAIL**

09/22/19     Work on and review Rago Brothers Subpoena; work on and review and revise draft Rule 30(b0(6) Deposition Notice; review draft letter to Judge Stanton re issue of first sale doctrine defense.

          Theodore C. Max          3.10 hrs.        $ 2,092.50

09/22/19     Drafted and revised draft letter to Judge Stanton on discovery issues.  Performed legal research and reviewed documents in connection with same.  Emailed with T. Max regarding same.

          Tyler E. Baker          2.50 hrs.        $ 1,562.50

09/23/19     Work on and prepare a response to emails re meet and confer re first sale defense; work on discovery responses and requests; review Rule 30(b)(6) Notice of Deposition; work on and discuss discovery requests with T. Baker.

          Theodore C. Max          2.80 hrs.         $ 1,890.00

██████  ████████████████████████████

        ██████████████       ████████       ████████

09/23/19     Revised draft letter to Judge Stanton. Conferred with T. Max regarding same. Conferred with H. Paik on discovery items. Conferred with T. Max on discovery items. Reviewed case materials.  Reviewed correspondence from opposing counsel.

          Tyler E. Baker          2.10 hrs.        $ 1,312.50

09/23/19     Reviewed and analyzed documents for production by Chanel; revised discovery documents.

          Hyo Jin Paik          2.40 hrs.        $ 780.00

██████  ████████████████████████████████████
        ████████████

        ██████████████       ████████       ████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

October 17, 2019
Invoice 340033411
Page 8 of 12

## **FEE DETAIL**

09/24/19    Work on and revise Rule 30(b)(6) Notice; email to T. Monahan regarding damages questions; email to H. Paik regarding follow-up with counsel for WGACA regarding ESI Stipulation and discovery search terms; read and review email from D. DeCarlo regarding first sale doctrine defense and meet and confer; email to T. Baker regarding same.

| | | |
|---|---|---|
| Theodore C. Max | 4.80 hrs. | $ 3,240.00 |

09/24/19    Drafted and revised deposition notices to WGACA witnesses identified in Rule 26 (f) Disclosures.  Reviewed and revised 30(b)(6) notice.  Conferred with T. Max on responses from opposing counsel. and depositions.  Began drafting requests for admission.  Reviewed case materials in connection with same.

| | | |
|---|---|---|
| Tyler E. Baker | 2.70 hrs. | $ 1,687.50 |

09/24/19    Reviewed email and corresponded with opposing counsel re outstanding discovery matters and "meet and confer" issues.

| | | |
|---|---|---|
| Hyo Jin Paik | .20 hrs. | $ 65.00 |

09/25/19    Work on and revise draft email response to D. DeCarlo regarding discovery; work with H. Paik and T. Baker regarding Notices of Deposition; Rule 30(b)(6) Deposition Notice and Subpoena for Rago Brothers; work on and prepare a form copyright license.

| | | |
|---|---|---|
| Theodore C. Max | 5.60 hrs. | $ 3,780.00 |

09/25/19    Conferred with B. Rank and H. Paik on discovery items.  Reviewed and revised responsive correspondence to opposing counsel.  Conferred with T. Max regarding same.   Continued drafting of requests for admission.  Reviewed case materials in connection with same.

| | | |
|---|---|---|
| Tyler E. Baker | 1.40 hrs. | $ 875.00 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    October 17, 2019
Theodore C. Max                                                         Invoice 340033411
                                                                         Page 9 of 12

## **FEE DETAIL**

09/25/19    Emailed with T. Baker re deadline to serve non-party subpoenas.

        Bradley M. Rank                       .10 hrs.                $ 31.00

09/26/19    Work on and prepare discovery requests, including subpoena for Rago Brothers and
            deposition notices for S. Weisser, G. Maioni, F. Bober, A. Mische, P. Rubin and M.
            Meng; work with T. Baker and H. Paik re same; review and read email from D.
            Decarlo; discussion with T. Baker re same; emails and follow up with J. Bleys re
            ███████████████████████████.

        Theodore C. Max                      6.30 hrs.               $ 4,252.50

09/26/19    Revised deposition notices to WGACA witnesses.  Conferred with T. Max on
            deposition scheduling and other discovery matters.  Further revised deposition notices
            and drafted additional deposition notices.  Performed research on WGACA executives.
            Reviewed and revised Rago Bros. subpoena.  Conferred with H. Paik on subpoenas and
            discovery items.  Continued drafting of requests for admission and reviewed case
            materials.  Conferred with T. Max on correspondence from opposing counsel and
            response strategy.

        Tyler E. Baker                       3.50 hrs.               $ 2,187.50

09/26/19    Reviewed/analyzed documents for outbound production; prepared discovery
            documents to opposing counsel.

        Hyo Jin Paik                         1.90 hrs.               $ 617.50

09/27/19    Emails with J. Bleys regarding ███████████████████████████
            ██████████████; email to B. Rank regarding subpoena for Rago Brothers; work on
            Notices of Depositions of 30(b)(6), S. Weisser, G. Maione, F. Bober, P. Rubin, A.
            Mische; work on and revise draft Requests for Admission and Requests for Production;
            review and revise draft Requests for Admission and Requests for Production; review
            and revise same; follow-up with H. Paik regarding document production and status of
            issues; read and review email from D. Decarlo regarding discovery.

        Theodore C. Max                      6.80 hrs.               $ 4,590.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                  October 17, 2019
Theodore C. Max                                                                        Invoice 340033411
                                                                                       Page 10 of 12

## FEE DETAIL

███████         ██████████████████████████████████████████
                ████

                     ██████████████        █████████            ████████

09/27/19        Drafted and revised requests for admission.  Reviewed case materials in connection
                with same.  Conferred with T. Max on discovery items and issues.  Conferred with H.
                Paik and T. Monahan on document collection and procedural items.  Reviewed
                correspondence and new discovery requests from opposing counsel.  Revised new
                document production requests.  Reviewed past filings.  Prepared discovery requests for
                service.

                     Tyler E. Baker                    4.90 hrs.              $ 3,062.50

09/27/19        Reviewed and analyzed documents for outbound production by Chanel; prepared
                discovery documents to serve on opposing counsel and third-parties re WGACA
                witness and Rago Brothers.

                     Hyo Jin Paik                      7.30 hrs.              $ 2,372.50

09/27/19        Reviewed subpoena to Rago Brothers; emailed with T. Max re same; finalized
                subpoena and emailed process server re same.

                     Bradley M. Rank                   .50 hrs.              $  155.00

09/30/19        Follow up with T. Baker re meet and confer correspondence and  follow up re
                discovery and deposition scheduling.

                     Theodore C. Max                   4.30 hrs.              $ 2,902.50

09/30/19        Conferred with H. Paik on discovery issues.  Conferred with T. Max on discovery
                issues.  Researched potential expert witnesses.

                     Tyler E. Baker                    .80 hrs.              $  500.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

October 17, 2019
Invoice 340033411
Page 11 of 12

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 74.40 | $ 675.00 | $ 50,220.00 |
| ▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮▮ | |
| Tyler E. Baker | 30.60 | $ 625.00 | $ 19,125.00 |
| Hyo Jin Paik | 29.90 | $ 325.00 | $ 9,717.50 |
| Bradley M. Rank | .60 | $ 310.00 | $ 186.00 |
| ▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

**Total Fees for Professional Services**            **$ 80,749.50**

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 09/17/19 | T. Baker - 09/17/2019 - Taxi expense for T. Baker re: travel home from late night in office - NY | 18.35 |
| 09/19/19 | T. Baker - 09/19/2019 - Taxi expense for T. Baker re: travel home from late night in office - NY | 18.50 |
| 09/25/19 | T. Baker - 09/25/2019 - Taxi expense for T. Baker re: travel home from late night in office - NY | 27.85 |
| 09/06/19 | Westlaw research by Paik, Hyo Jin, on 9/6/2019. | 386.10 |
| 09/14/19 | Westlaw research by Paik, Hyo Jin, on 9/14/2019. | 864.00 |
| 09/19/19 | Westlaw research by Baker, Tyler, on 9/19/2019. | 477.90 |
| 09/20/19 | Westlaw research by Baker, Tyler, on 9/20/2019. | 1,268.10 |

**Total Disbursements**            **$ 3,060.80**

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

October 17, 2019
Invoice 340033411
Page 12 of 12

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 09/23/19 | 340032789 | 21,876.16 | 21,777.00 | 99.16 | 0.00 | $ 21,876.16 |
| | | | Total Outstanding Fees and Disbursements | | | $ 21,876.16 |
| | | | Interest on Outstanding A/R | | | 0.00 |
| | | | Fees and Disbursements Due for this Invoice | | | 83,810.30 |
| | | | **Total Due For This Matter** | | | **$  105,686.46** |

# Nov. 2019 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Lora Moffatt, Esq.                                            SMRH Tax ID 95-1463164
Head of Intellectual Property                                      November 25, 2019
Chanel USA, Inc.                                                  Invoice 340034573
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2019

Current Fees                                $ 74,644.50
Current Disbursements                        $   629.55

Total Current Activity                                       $ 75,274.05

Total Due for This Invoice                                   $ 75,274.05

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                            November 25, 2019
Chanel USA, Inc.                                                        Invoice 340034573
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2019

Current Fees                                    $ 74,644.50
Current Disbursements                           $   629.55

Total Current Activity                                              $ 75,274.05
Total Due for This Invoice                                         $ 75,274.05

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

November 25, 2019
Invoice 340034573
Page 2 of 13

FOR PROFESSIONAL SERVICES THROUGH 10/31/19

## **FEE DETAIL**

10/01/19      Email to J. Bleys re ███████████████████████████; email to T. Baker re same; emails and follow up re ESI Stipulation; read T. Kidde email re discovery and search terms and document production; follow up re same.

|  | Theodore C. Max | 1.90 hrs. | $ 1,282.50 |

10/02/19      Draft email to T. Kidde re draft joint stipulation re discovery; email and follow up with T. Monahan, H. Paik and T. Baker re discovery correspondence and  deadlines; discussion re Chanel document collection and search terms; draft email to D. DeCarlo re First Sale Doctrine and production of documents of WGACA Defendants re same; email to D. DeCarlo re Meet and Confer" re discovery,

|  | Theodore C. Max | 2.70 hrs. | $ 1,822.50 |

10/02/19      Reviewed and revised correspondence to opposing counsel on discovery issues. Conferred with T. Max on arguments and legal points.

|  | Tyler E. Baker | 1.10 hrs. | $ 687.50 |

10/03/19      Email and follow up with T. Baker re response to email from WGACA counsel re first sale doctrine; email re Defendants' Second Supplemental Initial Disclosures; discussion with J. Bleys re ████████████████████████.

|  | Theodore C. Max | 1.50 hrs. | $ 1,012.50 |

10/03/19      Email and follow up with T. Baker and J. Bleys re response to email from counsel for WGACA Defendants re first sale doctrine; email re WGACA Defendants' Second Supplemental Initial Disclosures; discuss ███████████████████ ███████████ with J. Bleys.

|  | Theodore C. Max | 2.50 hrs. | $ 1,687.50 |

10/03/19      Revised draft correspondence to opposing counsel on discovery issues.  Conferred with T. Max regarding same.

|  | Tyler E. Baker | .50 hrs. | $ 312.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    November 25, 2019
Theodore C. Max                                                          Invoice 340034573
                                                                         Page 3 of 13

## FEE DETAIL

10/04/19        Review email from J. Bleys re ███████████████████████████
                ████████████; emails and teleconference re same; work on email to counsel for
                WGACA in response to email re first sale doctrine; work on and review and revise
                draft letter to Judge Stanton and Stipulation and Order re discovery; follow up with T.
                Baker re same.

                        Theodore C. Max              2.90 hrs.              $ 1,957.50

10/04/19        Reviewed and revised draft correspondence to opposing counsel on discovery issues.
                Conferred with T. Max regarding same.  Performed additional case law research in
                connection with same.  Conferred with H. Paik on discovery items.

                        Tyler E. Baker               1.90 hrs.              $ 1,187.50

10/04/19        Reviewed/analyzed defendant's RFP Set 6 and drafted responses thereto; reviewed
                draft stipulation re: extending discovery.

                        Hyo Jin Paik                 .80 hrs.               $  260.00

10/06/19        Work on and prepare draft Stipulation and Order and draft letter to Judge Stanton re
                extensions of discovery schedule.

                        Theodore C. Max              1.70 hrs.              $ 1,147.50

10/07/19        Work on and review and revise draft letter to Judge Stanton and draft Stipulation and
                Order re discovery deadlines; emails to T. Baker and H. Paik re Rago Brothers
                subpoena and follow up re same; email to J. Bleys re conference call re discovery
                issues and electronic discovery follow-up; emails re draft search terms re electronic
                discovery; prepare response to counsel for Rago Brothers re document and testimony
                subpoena; email to T. Kidde re draft letter to Judge Stanton and revisions to proposed
                Stipulation and Order; email to T. Baker re Champion case.

                        Theodore C. Max              5.10 hrs.              $ 3,442.50

10/07/19        Conferred with T. Max on deposition scheduling and discovery items.

                        Tyler E. Baker               1.10 hrs.              $  687.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

November 25, 2019
Invoice 340034573
Page 4 of 13

## FEE DETAIL

10/07/19    Reviewed/analyzed correspondence from Rago Brothers' counsel; drafted and revised response thereto.

      Hyo Jin Paik                2.40 hrs.            $ 780.00

10/07/19    Reviewed Defendants' Sixth Set of Document Requests to Plaintiff, Chanel's Notice of 30(b)(6) Deposition of Defendants, Notice of Deposition of S. Weisser, Notice of Deposition of M. Meng, Notice of Deposition of A. Mische, Notice of Deposition of P. Rubin, Notice of Deposition of F. Bober, and Notice of Deposition of G. Maione.

      Bradley M. Rank          .30 hrs.            $ 93.00

10/07/19    Reviewed docket and prior scheduling orders re next court conference date; emailed T. Baker et al. re same.

      Bradley M. Rank          .20 hrs.            $ 62.00

10/08/19    Teleconference with T. Kidde regarding discovery schedule; work on email to D. Carlo re first sale defense; prepare email to Chanel regarding meeting and confer issues; email to Chanel team regarding conference with T. Kidde; follow up re discovery status and planning.

      Theodore C. Max          3.90 hrs.         $ 2,632.50

10/08/19    Conferred with T. Max on responsive arguments to opposing counsel.  Performed legal research in connection with same.  Revised draft response.

      Tyler E. Baker            1.10 hrs.         $ 687.50

10/08/19    Researched Federal Rules of Civil Procedure re: subpoena and motion to quash; conferred with T. Max, T. Baker and B. Rank re: responding to Rago Brothers' subpoena; communicated with opposing counsel.

      Hyo Jin Paik                .70 hrs.            $ 227.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

November 25, 2019
Invoice 340034573
Page 5 of 13

## FEE DETAIL

10/08/19   Emailed with H. Paik re Rago Brothers' deadline to serve objections and/or move to quash subpoena.

　　　　Bradley M. Rank　　　　　　　.20 hrs.　　　　　$ 62.00

10/09/19   Emails with J. Bleys regarding conference call; read Rago Declaration regarding repairs and restoration of bags; emails to T. Baker and T. Monahan regarding same; review Rago website and photographs regarding Chanel repairs; email to T. Kidde regarding proposed Stipulation and Order; review draft letter and stipulation; email to L. Moffatt regarding ███████████; email to L. Moffatt et al. regarding meet and confer letter with WGACA; email to L. Moffatt regarding WGACA's Second Set Supplemental Initial Disclosures.

　　　　Theodore C. Max　　　　　　　6.10 hrs.　　　　　$ 4,117.50

10/09/19   Reviewed Rago declaration and conferred with T. Max regarding same.  Conferred with T. Max on discovery stipulation and revised same.  Conferred with T. Monahan on case strategy.

　　　　Tyler E. Baker　　　　　　　1.10 hrs.　　　　　$ 687.50

10/09/19   Reviewed/analyzed correspondence from Defendants' counsel re: discovery deficiencies; reviewed/analyzed RFP Set 6 and drafted discovery responses thereto.

　　　　Hyo Jin Paik　　　　　　　1.30 hrs.　　　　　$ 422.50

10/10/19   Conference call with T. Baker and L. Moffatt, R. Gruber, J. Bleys and M. Garafalo regarding discovery and status of case; email to Chanel team regarding status and follow-up; review Chanel notice regarding auction sale; email regarding search terms; email to T. Kidde regarding Stipulation and letter to Judge Stanton.

　　　　Theodore C. Max　　　　　　　3.90 hrs.　　　　　$ 2,632.50

10/10/19   Reviewed/analyzed correspondence from Defendants' counsel re: discovery matters; communicated with opposing counsel re: discovery meet and confer.

　　　　Hyo Jin Paik　　　　　　　.40 hrs.　　　　　$ 130.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                   November 25, 2019
Theodore C. Max                                                        Invoice 340034573
                                                                       Page 6 of 13

## FEE DETAIL

10/11/19      Review email and draft letter to Judge Stanton and proposed Stipulation and Order;
              discussion with T. Monahan and T. Baker re same; email to Kidde re same;  sign and
              send executed  Stipulation and Order to P. Shapiro; prepare draft letter to M. Rago re
              Rago Brothers; emails with J. Bleys re discovery and search terms; emails to T. Baker
              and T. Monahan.

                     Theodore C. Max              3.30 hrs.              $ 2,227.50

10/11/19      Reviewed/analyzed correspondences from Defendants' counsel re: discovery issues;
              reviewed/analyzed discovery documents exchanged by the parties.

                     Hyo Jin Paik                 .60 hrs.              $ 195.00

10/14/19      Meet with T. Baker and H. Paik re outstanding discovery issues and follow up and
              correspondence with T. Kidde re EDI search terms; conference call with R. Gruber, L.
              Moffatt, J. Bleys re status of collection and assembling of documents and email boxes;
              discussion concerning October 10, 2019 T. Kidde letter re EDI search terms provided
              by WGACA Defendants; follow up re draft letter to Rago Brothers; follow up re T.
              Kidde letter.

                     Theodore C. Max              3.10 hrs.              $ 2,092.50

10/14/19      Prepared for and participated in conference call with client on discovery matters.
              Conferred with T. Max and H. Paik on discovery matters and case strategy.  Revised
              correspondence to opposing counsel.  Performed legal research in connection with
              same.  Conferred with T. Max regarding same.

                     Tyler E. Baker               2.60 hrs.              $ 1,625.00

10/14/19      Reviewed/analyzed correspondences from Defendants' counsel re: discovery issues;
              reviewed/analyzed correspondence to Defendant's counsel and third-party re: discovery
              issues; reviewed/analyzed discovery parties' documents; participated in a telephone
              conference with the client and T. Max and T. Baker re: discovery.

                     Hyo Jin Paik                 3.90 hrs.              $ 1,267.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

November 25, 2019
Invoice 340034573
Page 7 of 13

## FEE DETAIL

10/15/19     Emails and follow up with J. Bleys re ███████████████; emails re draft letter to T. Kidde and response to M. Rago; follow up re website review by M. Garafola; work with H. Paik and T. Baker re same.

|  |  |  |
|---|---|---|
| Theodore C. Max | 3.80 hrs. | $ 2,565.00 |

10/15/19     Reviewed and revised correspondence to Rago Bros.  Reviewed and revised correspondence to opposing counsel.  Conferred with T. Max regarding same.

|  |  |  |
|---|---|---|
| Tyler E. Baker | .90 hrs. | $ 562.50 |

10/16/19     Emails and discussion with T. Baker re draft response to Letter of T. Kidde re search terms and e-discovery and "meet and confer"; work on and revise draft letter to counsel for Rago Bros.

|  |  |  |
|---|---|---|
| Theodore C. Max | 3.80 hrs. | $ 2,565.00 |

10/16/19     Drafted and revised correspondence to opposing counsel on discovery issues.  Performed legal research in connection with same.  Conferred with T. Max in connection with same.  Revised and sent correspondence to Rago Bros.

|  |  |  |
|---|---|---|
| Tyler E. Baker | 1.40 hrs. | $ 875.00 |

10/16/19     Reviewed/analyzed parties' discovery documents and drafted response to Defendants' RFP Set 6.

|  |  |  |
|---|---|---|
| Hyo Jin Paik | 2.40 hrs. | $ 780.00 |

10/16/19     Reviewed amended discovery order.

|  |  |  |
|---|---|---|
| Bradley M. Rank | .30 hrs. | $ 93.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    November 25, 2019
Theodore C. Max                                                          Invoice 340034573
                                                                         Page 8 of 13

## FEE DETAIL

10/17/19     Work on and finalize draft letter to T. Kidde; finalize letter re discovery; prepare email
             to D. DeCarlo re discovery issues; review and insert language re decision of Judge
             Stanton; follow up re same.; emails re ███████████████████████████████████
             █████████

             Theodore C. Max                    3.80 hrs.                 $ 2,565.00

10/17/19     Reviewed and revised correspondence to opposing counsel.  Conferred with T. Max
             regarding same.  Performed legal research in connection with same.

             Tyler E. Baker                     1.70 hrs.                 $ 1,062.50

10/18/19     Emails and follow up with T. Baker re draft emails and letters to D. DeCarlo and T.
             Kidde; emails re responses re discovery; email to D. DeCarlo re discovery.

             Theodore C. Max                    1.20 hrs.                 $ 810.00

10/21/19     Emails with T. Baker re discovery issues; follow up re response to emails and letters
             from WGACA Defendants' counsel; email to H. Paik re "meet and confer."

             Theodore C. Max                    1.10 hrs.                 $ 742.50

10/21/19     Conferred with T. Max on discovery issues.

             Tyler E. Baker                     .20 hrs.                  $ 125.00

10/22/19     Emails to J. Bleys re status of production; work with T. Baker re  responses to
             discovery correspondence received from counsel for WGACA Defendants; prepare
             letter response to counsel for Rago Brothers, prepare letter response re meet and confer
             regarding Interrogatories 8 and 12 and Request for Production 41; read email re
             questions re production and prepare and revise response; emails to D. DeCarlo re same.

             Theodore C. Max                    4.50 hrs.                 $ 3,037.50

10/22/19     Drafted correspondence to opposing counsel and conferred with T. Max regarding
             same.  Revised correspondence to Rago Bros.

             Tyler E. Baker                     .70 hrs.                  $ 437.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

November 25, 2019
Invoice 340034573
Page 9 of 13

## FEE DETAIL

10/23/19      Work on and revise draft letter to D. DeCarlo in reply to WGACA Defendant Meet and
confer on First Sale Doctrine; work on and prepare reply to letter from M. Rago;
emails and follow up to J. Bleys re status of Chanel document production; review and
revise draft Chanel Responses to Requests for Production Set 6;  emails to T. Baker
and T. Monahan re same.

               Theodore C. Max                      6.70 hrs.              $  4,522.50

██████    ████████████████████████████████████████████████████
         █████████████████████████████████████████████████

               ███████████████         ████████         ███████████

10/23/19      Revised correspondence to opposing counsel.  Conferred with T. Max regarding same.

               Tyler E. Baker                       1.10 hrs.              $   687.50

10/24/19      Work with T. Baker re Responses to WGACA Defendants' Requests for Production;
work on and draft letter response to DeDecarlo re discovery issues and "meet and
confer";  follow up with J. Bleys re status of electronic discovery.

               Theodore C. Max                      3.30 hrs.              $  2,227.50

10/24/19      Drafted and revised correspondence to opposing counsel on discovery matters.
Performed legal research in connection with same.  Conferred with T. Max regarding
same.  Further revised correspondence.

               Tyler E. Baker                       2.30 hrs.              $  1,437.50

10/25/19      Work on and review draft Chanel responses to WGACA's Requests for Production;
emails to T. Baker re same; emails and teleconference to T. Baker re draft letter to D.
DeCarlo and email to D. DeCarlo; email to J. Bleys re ████████████████████
████████; email and teleconference with J. Bleys re electronic discovery; read and
review WGACA Defendants Responses to Requests for Admission.

               Theodore C. Max                      3.30 hrs.              $  2,227.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

November 25, 2019
Invoice 340034573
Page 10 of 13

## FEE DETAIL

| | | | |
|---|---|---|---|
| 10/25/19 | Revised Chanel's Response to Defendants' Sixth Set of RFPs.  Conferred with T. Max regarding same.  Emailed with client regarding same.  Revised correspondence to opposing counsel. | | |
| | Tyler E. Baker | .50 hrs. | $ 312.50 |
| 10/27/19 | Review WGACA Defendants Responses to Chanel's First Set of Requests for Admission; prepare email to L. Moffatt and other Chanel attorneys re same. | | |
| | Theodore C. Max | .70 hrs. | $ 472.50 |
| 10/28/19 | Email and follow up with J. Bleys re e-discovery status and follow up; follow up with G. Mitchell re IT assistance; work on email to D. DeCarlo; email to L. Moffatt and others re Responses to Requests for Production. Email to T. Baker re Letter to M. Rago re Rago Bros. | | |
| | Theodore C. Max | 3.40 hrs. | $ 2,295.00 |
| 10/28/19 | Reviewed correspondence from opposing counsel.  Conferred with T. Max on discovery disputes. | | |
| | Tyler E. Baker | .40 hrs. | $ 250.00 |
| 10/28/19 | Revised and finalized response to Defendant's Sixth Set of RFPs; reviewed correspondence re: discovery from opposing counsel. | | |
| | Hyo Jin Paik | .90 hrs. | $ 292.50 |
| 10/29/19 | Work on and prepare letter to M. Rago; emails and follow up with G. Mitchell re document production; follow up with T. Baker re discovery issues and "meet and confers"; discussion re responses to  Chanel Requests for Admission and Responses to Requests for Production. | | |
| | Theodore C. Max | 3.90 hrs. | $ 2,632.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    November 25, 2019
Theodore C. Max                                                         Invoice 340034573
                                                                        Page 11 of 13

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 10/29/19 | Conferred with T. Max on discovery items regarding WGACA and Rago Bros. Reviewed correspondence from Rago Bros.  Drafted and revised responsive correspondence to Rago Bros. and performed legal research in connection with same. Conferred with T. Max regarding same.  Further revised correspondence to Rago Bros. | | |

       Tyler E. Baker                           1.40 hrs.                    $ 875.00

10/29/19    Reviewed/analyzed Chanel documents for production.

       Hyo Jin Paik                             .80 hrs.                     $ 260.00

██████        ████████████████████████████████████████

       ████████████              ████████              ████████

10/30/19    Email to M. Rago re discovery and "meet and confer"; follow up with H. Paik re
            discovery issues; email and teleconference with G. Mitchell re electronic discovery
            from Chanel.

       Theodore C. Max                          1.70 hrs.                    $ 1,147.50

██████    ████████████████████████████████████████████████
          █████████████

       ████████████              ████████              ████████

10/31/19    Emails and teleconference with L. Moffatt and J. Bleys re ████████████████
            ████████████████████  and WGACA; discussion and follow up with G. Mitchell
            re production of electronic discovery and transfer of same.

       Theodore C. Max                          3.90 hrs.                    $ 2,632.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

November 25, 2019
Invoice 340034573
Page 12 of 13

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 83.70 | $ 675.00 | $ 56,497.50 |
| ███ | 20.00 | ███ | ███ |
| Tyler E. Baker | 20.00 | $ 625.00 | $ 12,500.00 |
| Hyo Jin Paik | 14.20 | $ 325.00 | $ 4,615.00 |
| Bradley M. Rank | 1.00 | $ 310.00 | $ 310.00 |
| ███ | ███ | ███ | ███ |

| **Total Fees for Professional Services** | **$ 74,644.50** |
|---|---|

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 09/26/19 | T. Baker - 09/26/2019 - Taxi expense for T. Baker re: travel home from late night in office - NY | 19.75 |
| 09/27/19 | ULD LA - United Litigation - Inv.# 1454 - Native Processing | 95.00 |
| 10/02/19 | Westlaw research by Baker, Tyler, on 10/2/2019. | 128.70 |
| 10/15/19 | Westlaw research by Baker, Tyler, on 10/15/2019. | 257.40 |
| 10/29/19 | Westlaw research by Baker, Tyler, on 10/29/2019. | 128.70 |

| **Total Disbursements** | **$ 629.55** |
|---|---|

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

November 25, 2019
Invoice 340034573
Page 13 of 13

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 10/17/19 | 340033411 | 83,810.30 | 80,749.50 | 3,060.80 | 0.00 | $ 83,810.30 |
| | | | Total Outstanding Fees and Disbursements | | | $ 83,810.30 |
| | | | Interest on Outstanding A/R | | | 0.00 |
| | | | Fees and Disbursements Due for this Invoice | | | 75,274.05 |
| | | | **Total Due For This Matter** | | | **$ 159,084.35** |

# **<u>Dec. 2019 Invoice</u>**

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*__Please return this page with your payment.__*

Lora Moffatt, Esq.                                                        SMRH Tax ID 95-1463164
Head of Intellectual Property                                          December 11, 2019
Chanel USA, Inc.                                                          Invoice 340035102
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## __INVOICE SUMMARY__

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2019

| | | |
|---|---|---|
| Current Fees | $ 22,054.00 | |
| Current Disbursements | $ 6,506.30 | |
| Total Current Activity | | $ 28,560.30 |
| Total Due for This Invoice | | $ 28,560.30 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

Lora Moffatt, Esq.                                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                            December 11, 2019
Chanel USA, Inc.                                                       Invoice 340035102
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2019

| | |
|---|---|
| Current Fees | $ 22,054.00 |
| Current Disbursements | $ 6,506.30 |
| Total Current Activity | $ 28,560.30 |
| Total Due for This Invoice | $ 28,560.30 |

Payment Terms:  Balance due upon receipt of this statement.

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

December 11, 2019
Invoice 340035102
Page 2 of 9

## FOR PROFESSIONAL SERVICES THROUGH 11/30/19

### **FEE DETAIL**

11/04/19     Meet with H. Paik re discovery issues and discussion with G. Mitchell re e-discovery and draft letter response to T. Kidde Letter dated October 30, 2019; email and follow up with M. Rago.

                    Theodore C. Max                    3.30 hrs.                    $ 2,227.50

11/04/19     Reviewed/analyzed Chanel documents for outbound production.

                    Hyo Jin Paik                    3.00 hrs.                    $ 975.00

██████         ████████████████████████████████████████████

                    ███████████                 ██████                    ███████

11/05/19     Preparation with T. Monahan re conference call with M. Rago; conference call with M. Rago; follow up re same.

                    Theodore C. Max                    2.10 hrs.                    $ 1,417.50

11/05/19     Reviewed/analyzed Chanel documents for outbound production.

                    Hyo Jin Paik                    2.20 hrs.                    $ 715.00

11/06/19     Discussion with T. Monahan regarding discovery and status of production; follow-up with G. Mitchell regarding production of electronic discovery; conference cal with M. Rago regarding subpoena served on Rago Brothers; emails to team regarding status of discovery.

                    Theodore C. Max                    1.90 hrs.                    $ 1,282.50

██████         ████████████████████████████████████████████
                    ████████████████████████████████████████████
                    ████

                    ██████████████               ██████                    ███████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

December 11, 2019
Invoice 340035102
Page 3 of 9

## FEE DETAIL

████ ███████████████████████████████
███████████████████████

████████ ████████ ████████

11/07/19     Emails and follow up with G. Mitchell re production of electronic discovery and follow
up re same; discussion with T. Monhan, T. Baker anf H.J. Paik re discovery issues and
follow up re response to letter from T. Kidde.

Theodore C. Max                .90 hrs.              $ 607.50

11/08/19     Follow up with G. Mitchell re electronic discovery follow up and vendor progress;
review email from T. Kidde; follow up re discovery status.

Theodore C. Max                1.10 hrs.             $ 742.50

████ ███████████████████████████████

████████ ████████ ████████

11/11/19     Email and follow up with G. Mitchell re electronic discovery; email and follow up with
T. Monahan re discovery issues and follow up regarding response to letter to T. Kidde.

Theodore C. Max                1.10 hrs.             $ 742.50

11/11/19     Conferred with T. Max on discovery issues re production.

Tyler E. Baker                .40 hrs.              $ 250.00

11/11/19     Reviewed/analyzed factual record; strategized with T. Max and T. Baker re: discovery
issues.

Hyo Jin Paik                .70 hrs.              $ 227.50

████ █████████████████████████

████████ ████████ ████████

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

December 11, 2019
Invoice 340035102
Page 4 of 9

## FEE DETAIL

11/12/19    Emails and follow up with G. Mitchell re ediscovery; follow up with T. Baker and H.J. Paik re discovery issues and preparation of response to T. Kidde.

Theodore C. Max                     .90 hrs.                    $ 607.50

11/12/19    Reviewed/analyzed Defendant's WGACA letters re: discovery.

Hyo Jin Paik                        .40 hrs.                    $ 130.00

███████      ████████████████████████████████████████████████

            ███████████              ██████████        █████████

11/15/19    Email to and conference with H. Paik and G. Mitchell regarding Chanel electronic discovery; follow-up with T. Baker regarding discovery; follow-up with T. Baker regarding discovery; discussion with H. Paik regarding "meet and confer" letter.

Theodore C. Max                     1.20 hrs.                   $ 810.00

11/15/19    Conferred with T. Max on discovery issues and draft correspondence to opposing counsel.

Tyler E. Baker                      .30 hrs.                    $ 187.50

11/15/19    Reviewed/analyzed parties' correspondences re: discovery dispute; drafted response to Defendant's letter re: discovery meet and confer; strategized with T. Max and T. Baker re: discovery issues.

Hyo Jin Paik                        4.80 hrs.                   $ 1,560.00

███████      ████████████████████████████████████████████████
            ██████████████

            ███████████              ██████████        █████████

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                        December 11, 2019
Theodore C. Max                                                                              Invoice 340035102
                                                                                             Page 5 of 9

## FEE DETAIL

11/16/19     Revised correspondence to opposing counsel and emailed with T. Max in connection
             with same.  Reviewed correspondence from opposing counsel and related case law in
             connection with same.

        Tyler E. Baker                          1.30 hrs.                    $ 812.50

11/17/19     Work on and revise draft letter to T. Kidde re meet and confer letter dated October 30,
             2019 re discovery issues.

        Theodore C. Max                        1.60 hrs.                    $ 1,080.00

11/17/19     Work on and revise correspondence to opposing counsel for WGACA Defendants.

        Tyler E. Baker                           .20 hrs.                    $ 125.00

11/18/19     Communicated with vendor and Litigation Support team re: processing of Chanel data
             for document production.

        Hyo Jin Paik                             .20 hrs.                    $ 65.00

11/19/19     Follow up with G. Mitchell and T. Baker and H. Park re Chanel electronic discovery;
             follow up re repsonse to T. Kidde.

        Theodore C. Max                         .90 hrs.                    $ 607.50

██████        ██████████████████████████████████

              ████████████             ████████              ██████████

11/22/19     Follow up with G. Mitchell and H. Paik re electronic discovery; email and discussion
             re response to "meet and confer" letter re electronic discovery.

        Theodore C. Max                         .50 hrs.                    $ 337.50

11/22/19     Corresponded via email with the Chanel's ████████████████████████████
             ████████████████████████

        Lauren E. Doucette                      .10 hrs.                    $ 33.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

December 11, 2019
Invoice 340035102
Page 6 of 9

## FEE DETAIL

11/22/19    Corresponded via email with the ESI processing vendor to discuss processing specifications to be used on Joyce Green's email data in preparation for attorney review.

| | | |
|---|---|---|
| Lauren E. Doucette | .10 hrs. | $ 33.00 |

11/24/19    Work on and review and revise draft letter to T. Kidde; emails to T. Baker and H. Paik re same.

| | | |
|---|---|---|
| Theodore C. Max | .70 hrs. | $ 472.50 |

11/25/19    Work on and finalize draft letter to T. Kidde re meet and confer; teleconference with H. Paik re status of electronic discovery; follow up re same.

| | | |
|---|---|---|
| Theodore C. Max | 1.80 hrs. | $ 1,215.00 |

11/25/19    Conferred with T. Max and H. Paik on discovery items and document collection and review.  Revised correspondence to opposing counsel.

| | | |
|---|---|---|
| Tyler E. Baker | 1.50 hrs. | $ 937.50 |

11/25/19    Reviewed correspondence regarding first sale doctrine; revised and finalized meet and confer letter.

| | | |
|---|---|---|
| Hyo Jin Paik | 1.70 hrs. | $ 552.50 |

11/25/19    Corresponded via email with the case team and the ESI processing vendor to discuss next steps for processing the email data received from the client as well as applying search terms in order to obtain hit counts for negotiating search terms with opposing counsel.

| | | |
|---|---|---|
| Lauren E. Doucette | .30 hrs. | $ 99.00 |

11/25/19    Corresponded via email with the Chanel's ███████████████████████████████████████████████████████████████ ██████

| | | |
|---|---|---|
| Lauren E. Doucette | .10 hrs. | $ 33.00 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

December 11, 2019
Invoice 340035102
Page 7 of 9

## FEE DETAIL

| | | | |
|---|---|---|---|
| 11/25/19 | Corresponded via email with the case team regarding processing J. Green's mailbox in anticipation of applying search terms to the data. | | |
| | Lauren E. Doucette | .20 hrs. | $ 66.00 |
| 11/26/19 | Follow up regarding electronic discovery; email to L. Moffatt re meeting regarding WGACA matter and strategy; discussion with T. Monahan and email to T. Kidde re follow up on "meet and confer." | | |
| | Theodore C. Max | 1.30 hrs. | $ 877.50 |
| 11/26/19 | Conferred with vendor and internal litigation support team re: data processing. | | |
| | Hyo Jin Paik | .20 hrs. | $ 65.00 |
| 11/27/19 | Reviewed/analyzed search term results for discovery; conferred with Litigation Support re: search term results. | | |
| | Hyo Jin Paik | .60 hrs. | $ 195.00 |
| 11/27/19 | Reviewed the WGACA search term hit report and discussed the results with the case team. | | |
| | Lauren E. Doucette | .20 hrs. | $ 66.00 |
| 11/27/19 | Reviewed WGACA search term report with the case team to discuss the false positive hits and negotiating revisions to some of the proposed terms. | | |
| | Lauren E. Doucette | .40 hrs. | $ 132.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

December 11, 2019
Invoice 340035102
Page 8 of 9

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 19.30 | $ 675.00 | $ 13,027.50 |
| ████████ | ████ | ████ | ████ |
| Tyler E. Baker | 3.70 | $ 625.00 | $ 2,312.50 |
| Hyo Jin Paik | 13.80 | $ 325.00 | $ 4,485.00 |
| ████████ | ████ | ████ | ████ |
| Lauren E. Doucette | 1.40 | $ 330.00 | $ 462.00 |

**Total Fees for Professional Services**          **$ 22,054.00**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 11/01/19 | Callahan Lawyers Services, Inc. - Inv#199030 - Printing Services | 193.80 |
| 11/27/19 | ULD LA - Inv#1707 - ECA Ingestion - Project Management | 6,312.50 |

**Total Disbursements**          **$ 6,506.30**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    December 11, 2019
Theodore C. Max                                                          Invoice 340035102
                                                                         Page 9 of 9

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 11/25/19 | 340034573 | 75,274.05 | 74,644.50 | 629.55 | 0.00 | $ 75,274.05 |
| | | | Total Outstanding Fees and Disbursements | | | $ 75,274.05 |
| | | | Interest on Outstanding A/R | | | 0.00 |
| | | | Fees and Disbursements Due for this Invoice | | | 28,560.30 |
| | | | **Total Due For This Matter** | | | **$  103,834.35** |

## Jan. 9, 2020 Invoice

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Lora Moffatt, Esq.                                      SMRH Tax ID 95-1463164
Head of Intellectual Property                                  January 9, 2020
Chanel USA, Inc.                                        Invoice 340035512
9 W. 57th Street
New York, NY 10019

Our Matter No.       18WZ-264490
                     Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:        Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2019

| | |
|---|---:|
| Current Fees | $ 37,257.00 |
| Current Disbursements | $ 45,292.79 |
| | |
| Total Current Activity | $ 82,549.79 |
| Closing Costs | $ 6,312.50 |
| Total Due for This Invoice | $ 88,862.29 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                              SMRH Tax ID 95-1463164
Head of Intellectual Property                                         January 9, 2020
Chanel USA, Inc.                                              Invoice 340035512
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2019

Current Fees                                  $ 37,257.00
Current Disbursements                         $ 45,292.79

Total Current Activity                                      $ 82,549.79
Closing Costs                                              $ 6,312.50
Total Due for This Invoice                                 $ 88,862.29

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 9, 2020
Invoice 340035512
Page 2 of 12

FOR PROFESSIONAL SERVICES THROUGH 01/06/20

## **FEE DETAIL**

12/02/19     Follow up re EDI production and meet and confer re same.

   Theodore C. Max                     .40 hrs.                $ 270.00

12/03/19     Follow up with T. Monahan re EDI and search results re WGACA search terms;
            discussion with T. Monahan re meet and confer and follow up with L. Doucette.

   Theodore C. Max                     .90 hrs.                $ 607.50

█████        ██████████████████████████████████████████████████████████

             ███████████████            ████████         ████████

12/03/19     Converted the STR summary from PDF to a word document for use in negotiating
            modifications to proposed search terms with opposing counsel.

   Lauren E. Doucette                  .10 hrs.                $ 33.00

12/04/19     Emails with T. Baker re third party vendor and review of Chanel documents;; work
            with T. Baker re preparation for "Meet and Confer"; meeting at Chanel office with R.
            Gruber, L. Moffatt, J. Bleys and M. Garafola re WGACA matter and next steps; emails
            re same.

   Theodore C. Max                    3.20 hrs.               $ 2,160.00

12/04/19     Coordinated with Consilio on document review items.  Conferred with T. Max
            regarding same.

   Tyler E. Baker                      .50 hrs.                $ 312.50

12/05/19     Emails to T. Kidde re meet and confer re discovery and search terms for EDI, follow
            up with T. Baker and T Monahan re same; follow up with L. Moffatt re strategy.

   Theodore C. Max                    1.80 hrs.               $ 1,215.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 9, 2020
Invoice 340035512
Page 3 of 12

## FEE DETAIL

| | | | |
|---|---|---|---|
| 12/05/19 | Drafted summary of issues for meet and confer with opposing counsel.  Reviewed search term hit results in connection with same.  Conferred with T. Max concerning same. | | |
| | Tyler E. Baker | .90 hrs. | $ 562.50 |
| 12/06/19 | Emails and follow up re meet and confer regarding electronic discovery; follow up with T. Baker re same; discussion re next steps and meet and confer strategy; email to T. Kidde re follow up. | | |
| | Theodore C. Max | 1.10 hrs. | $ 742.50 |
| 12/06/19 | Conferred with T. Max on document review and production issues. | | |
| | Tyler E. Baker | .30 hrs. | $ 187.50 |
| 12/07/19 | Reviewed correspondence from opposing counsel and conferred with Consilio litigation support on new search terms. | | |
| | Tyler E. Baker | .70 hrs. | $ 437.50 |
| 12/07/19 | Reviewed/analyzed correspondence from opposing counsel for WGACA Defendants re: discovery issues; reviewed search term hit analysis. | | |
| | Hyo Jin Paik | .50 hrs. | $ 162.50 |
| 12/08/19 | Email to T. Baker re EDI and response to email from counsel for WGACA; follow up re same. | | |
| | Theodore C. Max | .60 hrs. | $ 405.00 |
| 12/08/19 | Conferred with Consilio litigation support re: running search terms; reviewed updated search term hit analysis. | | |
| | Hyo Jin Paik | .30 hrs. | $ 97.50 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 9, 2020
Invoice 340035512
Page 4 of 12

## FEE DETAIL

12/09/19     Email to T. Baker re letter to T. Kidde re follow up and search terms; review and revise draft letter re same; discussion re follow up with EDI vendor.

|  | Theodore C. Max | .90 hrs. | $ 607.50 |
|---|---|---|---|

12/09/19     Drafted and revised correspondence to opposing counsel on discovery issues. Conferred with T. Max regarding same.  Coordinated with S. Crocker on running of search terms.

|  | Tyler E. Baker | 2.20 hrs. | $ 1,375.00 |
|---|---|---|---|

12/09/19     Reviewed and revised opposing counsel's search terms.

|  | Stacey Crocker | .80 hrs. | $ 264.00 |
|---|---|---|---|

12/12/19     Email to T. Monahan re scheduling of call with counsel for WGACA Defendants; email to T. Kidde re further meet and confer call.

|  | Theodore C. Max | .30 hrs. | $ 202.50 |
|---|---|---|---|

12/13/19     Meeting with Chanel team re status and next steps; meet with T. Monahan, T. Baker and H. Paik re status and search terms and electronic document review.

|  | Theodore C. Max | 1.50 hrs. | $ 1,012.50 |
|---|---|---|---|

12/13/19     Conferred with T. Max, T. Monahan, and H. Paik on case strategy items and discovery items.

|  | Tyler E. Baker | 1.50 hrs. | $ 937.50 |
|---|---|---|---|

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 9, 2020
Invoice 340035512
Page 5 of 12

## FEE DETAIL

12/13/19    Reviewed and analyzed discovery materials; conferred with T. Max, T. Monahan and T. Baker re: discovery meet and confer with opposing counsel and document production issues.

Hyo Jin Paik                    1.60 hrs.                    $  520.00

12/16/19    Conference call and meet and confer with T. Kidde and D. DeCarlo and J. Kim with T. Monahan re "meet and confer" regarding EDI search terms for Chanel and WGACA Defendants; discussion with BlackCube re WGACA matter.

Theodore C. Max                1.60 hrs.                    $ 1,080.00

12/16/19    Reviewed/analyzed discovery requests and responses; drafted document review protocol memo.

Hyo Jin Paik                    3.80 hrs.                    $ 1,235.00

12/17/19    Follow up re search terms and further revision of search terms; work with T. Monahan and H. Paik re same.

Theodore C. Max                1.40 hrs.                    $  945.00

12/17/19    Drafted document review protocol memo for Chanel production; reviewed/analyzed search term report.

Hyo Jin Paik                    4.00 hrs.                    $ 1,300.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 9, 2020
Invoice 340035512
Page 6 of 12

## **FEE DETAIL**

12/17/19    Drafted changes to the Search Term Report to incorporate opposing counsel's proposed modifications to identify revised hit counts for each term/phrase.

Lauren E. Doucette                        .40 hrs.                    $ 132.00

▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮        ▮▮▮▮        ▮▮▮▮

▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮        ▮▮▮▮        ▮▮▮▮

12/18/19    Reviewed/analyzed discovery background materials; drafted and revised document review protocol memo; participated in a telephone conference with document review vendor.

Hyo Jin Paik                        3.80 hrs.                    $ 1,235.00

12/19/19    Emails and follow up with T. Kidde re search terms; email with T. Monahan re same.

Theodore C. Max                        .90 hrs.                    $ 607.50

12/19/19    Reviewed/analyzed discovery background materials; communicated with the vendor and Lit Support re: upcoming document review project.

Hyo Jin Paik                        1.30 hrs.                    $ 422.50

12/19/19    Strategize with the WGACA case team regarding kicking off the review process with Consilio contract attorneys, inclusive Consilio only review options, review batches, and conflicts checks for Consilio contract attorneys.

Lauren E. Doucette                        .30 hrs.                    $ 99.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 9, 2020
Invoice 340035512
Page 7 of 12

## FEE DETAIL

12/19/19     Imported newly processed client documents received from the ESI vendor into the Firm's document review platform and updated the search index in preparation for attorney review and searches.

          Lauren E. Doucette       .30 hrs.       $ 99.00

12/19/19     Created permission groups for the contract attorney reviewers to begin document review work within Relativity.

          Lauren E. Doucette       .10 hrs.       $ 33.00

12/20/19     Emails and follow up with T. Monahan re Electronic Discovery and search terms; follow up re same; email re discovery production.

          Theodore C. Max       .90 hrs.       $ 607.50

12/20/19     Continued importing newly processed client documents received from the ESI vendor Consilio into the Firm's document review platform and updated the search index in preparation for attorney review and searches.

          Lauren E. Doucette       1.20 hrs.       $ 396.00

12/20/19     Drafted customizations to Consilio coding panel in preparation for contract attorneys to begin review.

          Lauren E. Doucette       .20 hrs.       $ 66.00

12/20/19     Consulted the case team on the review protocol and review workflow in preparation for Monday's review kick-off meeting with the Consilio contract attorneys.

          Lauren E. Doucette       .20 hrs.       $ 66.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 9, 2020
Invoice 340035512
Page 8 of 12

## FEE DETAIL

12/20/19    Created new user licenses for all Consilio contract attorneys to begin the document review process using Relativity.

           Lauren E. Doucette                    1.00 hrs.                    $ 330.00

12/23/19    Participated in a conference call with vendor re: Chanel document review project; reviewed/analyzed documents.

           Hyo Jin Paik                    1.50 hrs.                    $ 487.50

12/23/19    Participated in the review kick-off meeting with the Consilio review team to discuss the coding protocol, background information on the litigation matter, and strategy for ████████████████████████.

           Lauren E. Doucette                    .60 hrs.                    $ 198.00

12/26/19    Reviewed/analyzed documents for outbound production; conferred with Consilio re: document review project.

           Hyo Jin Paik                    5.50 hrs.                    $ 1,787.50

12/26/19    Set-up persistent highlighting for all Chanel attorney and law firm names identified by the case team to be highlighted in each document they appear in for ease of privilege identification.

           Lauren E. Doucette                    .20 hrs.                    $ 66.00

12/26/19    Created new quality control coding layout and fields to be used to facilitate the QC process.

           Lauren E. Doucette                    .20 hrs.                    $ 66.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 9, 2020
Invoice 340035512
Page 9 of 12

## **FEE DETAIL**

12/26/19     Imported documents produced by Defendants WCAGA into the Firm's document review platform and updated the search index in preparation for attorney review and searches.

Lauren E. Doucette          1.00 hrs.          $  330.00

████████          ███████████████████████████████
             ███████████████████

          ███████████          ████████          ████████

12/27/19     Reviewed/analyzed documents for outbound production; conferred with Consilio re: document review project.

Hyo Jin Paik          3.80 hrs.          $ 1,235.00

12/27/19     Began preparing a document production on behalf of Chanel including creating images of all responsive, non-privileged records, in preparation for bates stamping.

Lauren E. Doucette          .50 hrs.          $  165.00

████████          ███████████████████████████████
             █████████████

          ███████████          ████████          ████████

12/30/19     Reviewed/analyzed reviewed documents and quality control for outbound production.

Hyo Jin Paik          4.50 hrs.          $ 1,462.50

12/30/19     Prepared a document production on behalf of Chanel including creating images of all responsive, non-privileged records, Bates stamping all records, segregating documents to be produced natively, and exporting load files in compliance with the production specifications.

Lauren E. Doucette          1.60 hrs.          $  528.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 9, 2020
Invoice 340035512
Page 10 of 12

## FEE DETAIL

12/30/19    Drafted a Personally Identifiable Information filter to segregate any records with potential confidential information that may require redaction prior to producing to opposing counsel.

Lauren E. Doucette                .60 hrs.                $ 198.00

12/30/19    Consulted the case team on redaction workflow for all records containing confidential, PII, and/or privileged content within them.

Lauren E. Doucette                .30 hrs.                $ 99.00

12/30/19    Reviewed the Chanel protective order to determine the proper production format for confidentially designated documents, including the placement of the stamp and the naming of native files.

Lauren E. Doucette                .20 hrs.                $ 66.00

12/31/19    Reviewed/analyzed and quality-checked documents for outbound production; reviewed/analyzed hot documents and summarized the same.

Hyo Jin Paik                2.10 hrs.                $ 682.50

12/31/19    Prepare and create attorney comments text box for Consilio's contract attorneys to use in order to provide comments on relevant documents during the review process.

Lauren E. Doucette                .10 hrs.                $ 33.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 9, 2020
Invoice 340035512
Page 11 of 12

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 17.60 | $ 675.00 | $ 11,880.00 |
| ███████████ | ████ | █████████ | ███████████ |
| Tyler E. Baker | 6.10 | $ 625.00 | $ 3,812.50 |
| Hyo Jin Paik | 32.70 | $ 325.00 | $ 10,627.50 |
| Stacey Crocker | .80 | $ 330.00 | $ 264.00 |
| Lauren E. Doucette | 9.10 | $ 330.00 | $ 3,003.00 |

**Total Fees for Professional Services** $ 37,257.00

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 12/18/19 | H. Paik - 12/18/2019 - Uber home from office - NY | 97.24 |
| 12/31/19 | Consilio, LLC - Inv# INV116381 - All included Managed Doc Review for Chanel Inc. Doc Review. | 44,976.40 |
| 11/20/19 | E-Discovery Monthly Data Hosting Fees, 7.13 Gigabytes. | 213.90 |
| | Duplication | 5.25 |

**Total Disbursements** $ 45,292.79

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

January 9, 2020
Invoice 340035512
Page 12 of 12

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 11/25/19 | 340034573 | 75,274.05 | 74,644.50 | 629.55 | 0.00 | $ 75,274.05 |
| 12/11/19 | 340035102 | 28,560.30 | 22,054.00 | 6,506.30 | 0.00 | 28,560.30 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 103,834.35 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 88,862.29 |
| **Total Due For This Matter** | **$ 192,696.64** |

# Feb. 2020 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
February 28, 2020
Invoice 340036797

| Our Matter No. | 18WZ-264490 |
| --- | --- |
| | Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al. |
| Billing Atty: | Theodore C. Max |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2020

| | |
| --- | --- |
| Current Fees | $ 46,409.50 |
| Current Disbursements | $ 4,015.00 |
| Total Current Activity | $ 50,424.50 |
| Total Due for This Invoice | $ 50,424.50 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
February 28, 2020
Invoice 340036797

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2020

| | |
|---|---|
| Current Fees | $ 46,409.50 |
| Current Disbursements | $ 4,015.00 |
| | |
| Total Current Activity | $ 50,424.50 |
| Total Due for This Invoice | $ 50,424.50 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 28, 2020
Invoice 340036797
Page 2 of 14

FOR PROFESSIONAL SERVICES THROUGH 01/31/20

## **FEE DETAIL**

01/02/20    Reviewed/analyzed WGACA's production; reviewed/analyzed discovery materials;
            conferred with T. Max re: hot documents from Chanel's production.

| | | |
|---|---|---|
| Hyo Jin Paik | 1.50 hrs. | $ 442.50 |

01/02/20    Revise search index and begin building searches for key social media hashtags.

| | | |
|---|---|---|
| Lauren E. Doucette | .10 hrs. | $ 30.00 |

01/02/20    Drafted searches to identify key records within WGACA's document production for
            attorney review.

| | | |
|---|---|---|
| Lauren E. Doucette | .20 hrs. | $ 60.00 |

01/02/20    Continued creating images for additional documents coded as responsive in preparation
            for redaction work and Bates stamping.

| | | |
|---|---|---|
| Lauren E. Doucette | .10 hrs. | $ 30.00 |

01/03/20    Email and follow up with H.J. Paik re privilege logs and document review; read and
            review email from T. Kidde; review draft email to T. Kidde by T. Monahan.

| | | |
|---|---|---|
| Theodore C. Max | 1.10 hrs. | $ 742.50 |

█████    ████████████████████████

          ██████████          ████████          ████████

01/03/20    Reviewed/analyzed and reviewed documents for quality control for outbound
            production to WGACA counsel.

| | | |
|---|---|---|
| Hyo Jin Paik | 1.40 hrs. | $ 413.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 28, 2020
Invoice 340036797
Page 3 of 14

## FEE DETAIL

01/03/20    Drafted additional quality control searches to identify any potentially privileged communications within the documents coded as responsive that contain privilege search term hits within them for further analysis.

|  | Lauren E. Doucette | .30 hrs. | $ 90.00 |

01/03/20    Created a custom coding panel for witness preparation and law and motion work within Relativity.

|  | Lauren E. Doucette | .20 hrs. | $ 60.00 |

01/05/20    Work on and prepare draft T. Monahan email response to T. Kidde email re EDI search terms.

|  | Theodore C. Max | .90 hrs. | $ 607.50 |

01/06/20    Emails and follow up with L. Moffatt re ███████████████████████████ ████████████; email and teleconference with T. Monahan re response to T. Kidde re EDI search terms.

|  | Theodore C. Max | 1.10 hrs. | $ 742.50 |

███████  ██████████████████████████████████████
          ████████████████████
              ███████████        ██████        ████████

01/06/20    Reviewed/analyzed WGACA's production of advertising documents.

|  | Hyo Jin Paik | .50 hrs. | $ 147.50 |

01/06/20    Created images for excel spreadsheets to begin redaction documents.

|  | Lauren E. Doucette | .30 hrs. | $ 90.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 28, 2020
Invoice 340036797
Page 4 of 14

## **FEE DETAIL**

01/06/20     Reviewed large spreadsheets that were coded by the Consilio team has responsive, but contain business sensitive/proprietary information within them that either need to be redacted and r produced designated as Confidential Attorneys Eyes Only.

| | | |
|---|---|---|
| Lauren E. Doucette | .40 hrs. | $ 120.00 |

01/06/20     Reviewed original TIF images produced by opposing counsel to confirm that a meet and confer letter is required to be sent to counsel in order to remedy the poor image quality of the records produced by WGACA.

| | | |
|---|---|---|
| Lauren E. Doucette | .20 hrs. | $ 60.00 |

01/07/20     Emails and follow up with L. Moffatt and J. Bleys re WGACA advertising and follow up questions and requests for additional information; follow up with H.J. Paik and T. Monahan re electronic discovery, search terms, and follow up re same; email and follow up with N. Szlarb re WGACA matter and discovery work.

| | | |
|---|---|---|
| Theodore C. Max | 1.70 hrs. | $ 1,147.50 |

01/07/20     Reviewed/analyzed WGACA's production and review of advertising documents.

| | | |
|---|---|---|
| Hyo Jin Paik | 1.00 hrs. | $ 295.00 |

01/07/20     Drafted additional privilege quality control searches for all communications marked as responsive and not privileged by the Consilio team ███████████████ ████████████████████████ within the record for further analysis.

| | | |
|---|---|---|
| Lauren E. Doucette | .20 hrs. | $ 60.00 |

01/07/20     Drafted searches to identify additional email communications that may be privileged ███████████████████████████.

| | | |
|---|---|---|
| Lauren E. Doucette | .20 hrs. | $ 60.00 |

01/08/20     Follow up with H.J. Paik re privilege log and Chanel attorney list; emails and follow up re  WGACA search terms; emails and follow up with N. Szlarb.

| | | |
|---|---|---|
| Theodore C. Max | 1.70 hrs. | $ 1,147.50 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 28, 2020
Invoice 340036797
Page 5 of 14

## **FEE DETAIL**

01/08/20        Coordinated with H. Paik on discovery items and search terms.

                        Tyler E. Baker                                    1.00 hrs.                          $  625.00

01/08/20        Reviewed/analyzed WGACA's production; reviewed/analyzed and  reviewed
                        documents for quality control outbound production.

                        Hyo Jin Paik                                      1.00 hrs.                          $  295.00

01/08/20        Drafted revisions to the privilege search terms ██████████████████████
                        ██████ for Chanel and update the review team regarding the additions.

                        Lauren E. Doucette                            .20 hrs.                          $  60.00

01/09/20        Created images for new documents coded as responsive and not privileged in
                        anticipation of producing more records on behalf of Chanel.

                        Lauren E. Doucette                            .10 hrs.                          $  30.00

01/10/20        Discussion with H.J. Paik and T. Monahan re discovery issues and follow up;
                        discussion with T. Baker re letter to Judge Stanton.

                        Theodore C. Max                              .90 hrs.                          $  607.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 28, 2020
Invoice 340036797
Page 6 of 14

## **FEE DETAIL**

█████    ████████████████████████████████████████
         ████████████

         ████████████        ████████        ████████

01/10/20    Reviewed/analyzed WGACA's production; conferred with N. Szlarb and L. Doucette
            re: deficiencies in WGACA's production.

            Hyo Jin Paik                    2.70 hrs.              $ 796.50

01/10/20    Performed OCR and review of OCR results on WGACA's production to compare the
            OCR text with the text files provided by opposing counsel in order to determine which
            files were deficiently produced without text.

            Lauren E. Doucette              .40 hrs.               $ 120.00

01/10/20    Strategize with the case team regarding next steps for concluding the document review
            process, including redaction work and privilege analysis, and developing a meet and
            confer letter to opposing counsel regarding the poor quality of the photos produced.

            Lauren E. Doucette              .30 hrs.               $ 90.00

01/10/20    Drafted searches ████████████████████████████████
            ████████████████████████████████████████████
            ████████████████████████.

            Lauren E. Doucette              .10 hrs.               $ 30.00

01/10/20    Drafted searches ████████████████████████████
            ████████████████████.

            Lauren E. Doucette              .30 hrs.               $ 90.00

01/10/20    Participated in a telephone conference with the team to discuss review of WGACA's
            document production as well as strategy ████████████████████.

            Lauren E. Doucette              .40 hrs.               $ 120.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 28, 2020
Invoice 340036797
Page 7 of 14

## **FEE DETAIL**

01/13/20    Follow up with H. Paik re discovery; emails with J. Bleys re conference call re WGACA and The Plaza advertising issues.

Theodore C. Max                    .80 hrs.              $ 540.00

███████      ████████████████████████████████████████
              ████████████

                      ████████████        ████████        ████████

01/13/20    Reviewed/analyzed and reviewed outbound production for quality control.

Hyo Jin Paik                       3.90 hrs.             $ 1,150.50

01/13/20    Drafted additional searches to identify and segregate potential privileged communications ████████████████████████.

Lauren E. Doucette                 .20 hrs.              $ 60.00

01/13/20    Reviewed the documents redacted by the Consilio team to ensure all records look proper prior to producing them.

Lauren E. Doucette                 .10 hrs.              $ 30.00

01/14/20    Email with H.J. Paik re discovery questions and issues re privilege log.

Theodore C. Max                    .40 hrs.              $ 270.00

01/14/20    Conferred with H. Paik on production items.

Tyler E. Baker                     .30 hrs.              $ 187.50

███████      ████████████████████████████████████████
              ████████████

                      ████████████        ████████        ████████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                         February 28, 2020
Theodore C. Max                                                                                            Invoice 340036797
                                                                                                                       Page 8 of 14

## **FEE DETAIL**

01/14/20        Analyzed and reviewed outbound production for quality control; reviewed/analyzed
                      WGACA's production; drafted summary of issues in WGACA's production and
                      compiled exhibits.

                             Hyo Jin Paik                          2.90 hrs.                    $  855.50

01/15/20        Email and follow up with H.J. Paik re Chanel in-house attorneys; work on search terms
                      re WGACA Electronic Discovery.

                             Theodore C. Max                    .60 hrs.                       $  405.00

01/15/20        Analyzed and reviewed outbound production for quality control.

                             Hyo Jin Paik                          2.10 hrs.                    $  619.50

01/16/20        Follow up with T. Monhan and H.J. Paik re discovery; follow up with T. Monahan re
                      search terms.

                             Theodore C. Max                    .70 hrs.                       $  472.50

01/16/20        Reviewed and anlayzed outbound production for quality control.

                             Hyo Jin Paik                          1.00 hrs.                    $  295.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 28, 2020
Invoice 340036797
Page 9 of 14

## **FEE DETAIL**

01/16/20    Drafted additional production quality control searches to identify potential privileged communications within the documents coded as responsive and not privileged for further analysis.

      Lauren E. Doucette    .40 hrs.    $ 120.00

01/17/20    Follow up and work on draft letter to Judge Stanton; follow up with T. Baker re same.

      Theodore C. Max    .40 hrs.    $ 270.00

[REDACTED]

01/17/20    Reviewed/analyzed and reviewed outbound production for quality control.

      Hyo Jin Paik    .60 hrs.    $ 177.00

01/20/20    Email to T. Monahan re search terms and edits on draft email to T. Kidde; email to T. Baker re  draft letter to Judge Stanton; review and read draft Letter to Judge Stanton; email to H.J. Paik re discovery deficiencies.

      Theodore C. Max    1.90 hrs.    $ 1,282.50

01/20/20    Revised letter to Judge Stanton on first sale doctrine/supplier discovery issues. Emailed with T. Max regarding same.

      Tyler E. Baker    .90 hrs.    $ 562.50

01/21/20    Review and revise email to T. Kidde re search terms and follow up re same; review and revise draft email re deficiency issues with WGACA Defendants production; follow up and revise draft letter to Judge Stanton.

      Theodore C. Max    2.70 hrs.    $ 1,822.50

01/21/20    Conferred with T. Max on first sale doctrine letter to court.

      Tyler E. Baker    .30 hrs.    $ 187.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 28, 2020
Invoice 340036797
Page 10 of 14

## FEE DETAIL

| 01/21/20 | Reviewed/analyzed and for quality control of documents for production. | | |
|---|---|---|---|
| | Hyo Jin Paik | 5.90 hrs. | $ 1,740.50 |

01/21/20    Drafted charts summarizing findings for records produced by WGACA that were produced without text and/or produced with poor image quality for use in supporting Chanel's meet and confer letter to opposing counsel.

|  | Lauren E. Doucette | .30 hrs. | $ 90.00 |
|---|---|---|---|

01/21/20    Drafted searches identifying documents within WGACA's production that have not yet been identified by an issue tag for further attorney analysis.

|  | Lauren E. Doucette | .20 hrs. | $ 60.00 |
|---|---|---|---|

01/22/20    Follow up with H.J. Paik re document production; work on and review and revise draft letter to Judge Stanton.

|  | Theodore C. Max | .90 hrs. | $ 607.50 |
|---|---|---|---|

01/22/20    Conferred with T. Max on letter to Court and revised letter.

|  | Tyler E. Baker | 1.20 hrs. | $ 750.00 |
|---|---|---|---|

██████      ████████████████████████████████████████
            ████████████████████████

            ██████████████        ████████        ████████████

01/22/20    Reviewed/analyzed documents for quality control and production; Reviewed/analyzed WGACA's production for deficiencies.

|  | Hyo Jin Paik | 7.10 hrs. | $ 2,094.50 |
|---|---|---|---|

01/23/20    Follow up and work on draft letter to Judge Stanton; email to T. Baker, T. Monahan and H. Paik; follow up with T. Monahan re discovery production and search terms.

|  | Theodore C. Max | 1.90 hrs. | $ 1,282.50 |
|---|---|---|---|

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 28, 2020
Invoice 340036797
Page 11 of 14

## **FEE DETAIL**

01/23/20     Conferred with H. Paik on production issues.

Tyler E. Baker                    .40 hrs.              $ 250.00

██████      ████████████████████

████████████      █████      █████████

01/23/20     Reviewed/analyzed WGACA's production for deficiencies.

Hyo Jin Paik                    1.90 hrs.              $ 560.50

01/23/20     Drafted an additional summary chart depicting all documents produced by WGACA
containing deficiencies for use in supporting Chanel's meet and confer to opposing
counsel.

Lauren E. Doucette                    .20 hrs.              $ 60.00

01/24/20     Follow up with T. Monahan re email to T. Kidde; discussion re follow up discovery re
damages and witness lists; follow up with T. Baker re letter to Judge Stanton;
discussion with H.J. Paik re discovery production.

Theodore C. Max                    .90 hrs.              $ 607.50

01/24/20     Revised letter to court on discovery issues.

Tyler E. Baker                    .90 hrs.              $ 562.50

01/24/20     Prepared additional document productions on behalf of Chanel including creating
images of all responsive, non-privileged records, bates stamping all records,
segregating documents to be produced natively, and exporting load files in compliance
with the production specifications.

Lauren E. Doucette                    1.10 hrs.              $ 330.00

01/27/20     Discussion with T. Monahan re projects and discovery production.

Theodore C. Max                    .30 hrs.              $ 202.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 28, 2020
Invoice 340036797
Page 12 of 14

## FEE DETAIL

███████        ████████████████████████████████████

                ███████████        ██████████        ██████████

01/28/20    Discussion with T. Monahan regarding discovery issues; discussion re email from
            counsel for WGACA Defendants; prepare draft email to T. Kidde re discovery search
            terms.

            Theodore C. Max              .90 hrs.              $ 607.50

01/28/20    Review documents for quality control and outbound production; finalized Chanel's
            Production Set 2.

            Hyo Jin Paik                2.60 hrs.             $ 767.00

01/28/20    Prepared additional document productions on behalf of Chanel including creating
            images of all responsive, non-privileged records, bates stamping all records,
            segregating documents to be produced natively, and exporting load files in compliance
            with the production specifications.

            Lauren E. Doucette          1.70 hrs.             $ 510.00

01/29/20    Follow up with H.J. Paik and T. Monahan re discovery issues; email to T. Monahan re
            letter to T. Kidde re search terms; email to T. Monahan re letter to WGACA counsel re
            discovery deficiencies; email to T. Monahan re discovery issues and follow up re
            supplemental production.

            Theodore C. Max             1.20 hrs.             $ 810.00

01/29/20    Reviewed and prepared correspondences and exhibits to be sent to opposing counsel
            re: discovery issues.

            Hyo Jin Paik                .40 hrs.              $ 118.00

01/29/20    Edited/revised draft letter to Judge Stanton.

            Bradley M. Rank             .80 hrs.              $ 224.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

February 28, 2020
Invoice 340036797
Page 13 of 14

## FEE DETAIL

01/30/20     Teleconference with L. Moffatt; J. Bleys and M. Garafalo re WGACA email; follow up with T. Monahan re discovery issues.

      Theodore C. Max       .70 hrs.       $ 472.50

01/31/20     Review documents for quality control and outbound production; drafted/revised subpoena to Christie's.

      Hyo Jin Paik       1.40 hrs.       $ 413.00

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 23.60 | $ 675.00 | $ 15,930.00 |
| Tyler E. Baker | 5.00 | $ 625.00 | $ 3,125.00 |
| Hyo Jin Paik | 37.90 | $ 295.00 | $ 11,180.50 |
| Bradley M. Rank | .80 | $ 280.00 | $ 224.00 |
| Lauren E. Doucette | 8.20 | $ 300.00 | $ 2,460.00 |

**Total Fees for Professional Services**       **$ 46,409.50**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                        February 28, 2020
Theodore C. Max                                                            Invoice 340036797
                                                                              Page 14 of 14

## <u>SUMMARY OF DISBURSEMENTS</u>

| | | |
|---|---|---:|
| 12/18/19 | ULD LA - United Litigation - Inv#1776 - Project Management Time | 262.50 |
| 12/23/19 | ULD LA-United Discovery - Inv#1805 - ECA Promotion | 3,752.50 |

**Total Disbursements**                                                    $ 4,015.00

**Cumulative Totals (Including This Invoice):**

| | |
|---|---:|
| Year-To-Date Fees | $ 83,666.50 |
| Year-to-Date Disbursements | $ 49,307.79 |
| Year-to-Date Totals | $ 132,974.29 |

## **Mar. 2020 Invoice**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                          March 23, 2020
Chanel USA, Inc.                                    Invoice 340037711
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 29, 2020

| | |
|---|---|
| Current Fees | $ 142,675.20 |
| Current Disbursements | $ 4,776.48 |
| Total Current Activity | $ 147,451.68 |
| Total Due for This Invoice | $ 147,451.68 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                              March 23, 2020
Chanel USA, Inc.                                                       Invoice 340037711
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 29, 2020

Current Fees                                       $ 142,675.20
Current Disbursements                              $  4,776.48

Total Current Activity                                      $ 147,451.68

Total Due for This Invoice                                  $ 147,451.68

Payment Terms:  Balance due upon receipt of this statement.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 2 of 21

FOR PROFESSIONAL SERVICES THROUGH 02/29/20

## **FEE DETAIL**

| 02/03/20 | Follow up with T. Monahan re discovery; follow up with H.Y. Paik re Christie's subpoena duces tecum. | | |
|---|---|---|---|
| | Theodore C. Max | 1.10 hrs. | $ 742.50 |

| 02/03/20 | Reviewed documents for quality control and outbound production. | | |
|---|---|---|---|
| | Hyo Jin Paik | .50 hrs. | $ 147.50 |

| 02/03/20 | Drafted searches to identify and segregate potentially privileged communications within the proposed production set for Chanel for further attorney analysis. | | |
|---|---|---|---|
| | Lauren E. Doucette | .20 hrs. | $ 60.00 |

| 02/04/20 | Teleconference with Ted Max re status of case, and facts, and legal issues; meet with Bridget Russell re same; review What Comes Around Goes Around website. | | |
|---|---|---|---|
| | Jill M. Pietrini | .80 hrs. | $ 540.00 |

| 02/04/20 | Review J. Kim email re search terms; follow up with T. Monahan re same; follow up and work with H.J. Paik re subpoena for Christies; follow up re same. | | |
|---|---|---|---|
| | Theodore C. Max | 1.90 hrs. | $ 1,282.50 |

| 02/04/20 | Review Amended Complaint and responses to document requests; strategize re same with J. Pietrini. | | |
|---|---|---|---|
| | Bridget J. Russell | .40 hrs. | $ 232.20 |

| 02/04/20 | Reviewed privileged documents for outbound production to WGACA counsel. | | |
|---|---|---|---|
| | Hyo Jin Paik | 1.00 hrs. | $ 295.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 3 of 21

## FEE DETAIL

02/04/20     Drafted searches to identify all correspondence with Sheppard Mullin and two other outside counsel law firms for further attorney analysis for privilege.

Lauren E. Doucette                .10 hrs.                $  30.00

02/05/20     Follow up with H.J. Paik re draft subpoena re Christies; follow up with T. Monahan re Requests for Production relating to damages; review and revise drafts; discussion with T. Monahan and H.J. Paik re production issues.

Theodore C. Max                2.70 hrs.                $  1,822.50

02/05/20     Conferred with T. Max on discovery points.

Tyler E. Baker                .40 hrs.                $  250.00

██████        ████████████████████████████████████████

      ████████████        ████████        ████████

02/05/20     Reviewed documents for quality control and privilege outbound production; revised subpoena to Christie's.

Hyo Jin Paik                2.40 hrs.                $  708.00

02/05/20     Reviewed rules re designation of topics for corporate deposition; emailed with H. Paik re same.

Bradley M. Rank                .30 hrs.                $  84.00

02/06/20     Work on and review draft Requests for Production regarding damages claims; review and revise draft letter to Judge Stanton and prepare letter to L. Moffatt re same; work on and finalize draft subpoena to Christies auction house.

Theodore C. Max                3.90 hrs.                $  2,632.50

██████        ████████████████████████████████████████

      ████████████        ████████        ████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 4 of 21

## FEE DETAIL

02/06/20    Reviewed Plaintiff's Fifth Set of RFPs to Defendants.

Tyler E. Baker                      .20 hrs.              $  125.00

02/06/20    Call with T. Max re case status and discovery disputes and deadlines.

Bridget J. Russell                  .60 hrs.              $  348.30

█████    ████████████████████████████████

████████        ████████        ████████

02/06/20    Reviewed documents for quality control and privilege and outbound production;
revised subpoena to Christie's.

Hyo Jin Paik                        5.60 hrs.            $  1,652.00

02/06/20    Reviewed draft subpoena to Christie's; emailed with H. Paik re same.

Bradley M. Rank                     .30 hrs.              $  84.00

02/07/20    Follow up and execution and service of Christie's subpoena; follow up with J. Bleys re

███████ ; follow up re discovery tasks and follow up with T. Monahan.

Theodore C. Max                     3.30 hrs.            $  2,227.50

██████    ████████████████████████████████

████████        ████████        ████████

02/07/20    Reviewed documents for outbound production; finalized subpoena to Christie's for
service.

Hyo Jin Paik                        4.90 hrs.            $  1,445.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 5 of 21

## **FEE DETAIL**

02/07/20    Prepared an additional document production on behalf of Chanel including creating images of all responsive, non-privileged records, bates stamping all records, segregating documents to be produced natively, and exporting load files in compliance with the production specifications.

Lauren E. Doucette                1.10 hrs.                $ 330.00

02/10/20    Emails and follow up with H.J. Paik re discovery; follow up re same; discussion with T. Monahan re discovery issues and follow up.

Theodore C. Max                1.10 hrs.                $ 742.50

02/10/20    Reviewed/analyzed and reviewed documents for production.

Hyo Jin Paik                2.00 hrs.                $ 590.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 6 of 21

## FEE DETAIL

02/11/20    Follow up with H.J. Paik re Christie's service; discussion with H.J. Paik re follow up re discovery requests re Requests for Admission and Subpoenas and Notices of Deposition; address questions re privilege and Chanel documents.

   Theodore C. Max             3.50 hrs.             $ 2,362.50

02/11/20    Reviewed Second Amended Complaint and exhibits and related documents in WGACA lawsuit.

   Dylan J. Price              1.10 hrs.             $ 715.00

02/11/20    Receive and review emails from T. Max re discovery issues.

   Bridget J. Russell          .30 hrs.             $ 174.15

02/11/20    Work on and drafted additional discovery requests (Sixth Set of Requests for Production).

   Hyo Jin Paik                .90 hrs.             $ 265.50

02/12/20    Follow up with T. Monahan re Chanel matter and status of discovery and tasks; conference call with D. Price re case and action list; discussion re case strategy and themes; emails re background documents; follow up re service and filing of additional Requests for Production regarding Response to Requests for Admission and WGACA promotions including  "End of Decade" discount; conference call with Christie's in-house people re subpoena.

   Theodore C. Max             3.60 hrs.             $ 2,430.00

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 7 of 21

## **FEE DETAIL**

02/12/20    Telephone call with Ted Max re discovery strategy and timeline; Reviewed case documents and discovery served by WGACA; Reviewed deposition notices and subpoenas served by Chanel; Reviewed and revised Chanel's Sixth Set of Requests for Production to WGACA; Reviewed WGACA advertisementsand uses of Chanel trademarks; Prepared pro hac vice application, supporting declaration and proposed order.

Dylan J. Price                    3.60 hrs.                    $ 2,340.00

02/12/20    Prepared for and participated in conference call with Christie's regarding subpoena and document production.  Conferred with T. Max in connection with same.

Tyler E. Baker                    1.10 hrs.                    $ 687.50

02/12/20    Review discovery emails and document production; call with lit support; draft email re discovery; call with T. Max; call with IT; review wayback machine pulls of website.

Bridget J. Russell                    2.40 hrs.                    $ 1,393.20

02/12/20    Reviewed/analyzed and reviewed documents for production re Quality Control; drafted and finalized additional discovery requests.

Hyo Jin Paik                    4.10 hrs.                    $ 1,209.50

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                     March 23, 2020
Theodore C. Max                                                           Invoice 340037711
                                                                          Page 8 of 21

## FEE DETAIL



02/13/20    Email T. Max re discovery document production issues; call re outstanding discovery
            issues; review emails.

            Bridget J. Russell                    1.40 hrs.              $ 812.70

02/13/20    Reviewed/analyzed and review documents for production for quality control.

            Hyo Jin Paik                          .90 hrs.              $ 265.50

02/13/20    Updated letter to Judge Stanton re discovery dispute; discussed same/strategy with T.
            Max.

            Bradley M. Rank                       .30 hrs.              $ 84.00

02/13/20    Reviewed Defendant WGACA's Subpoena to Neiman Marcus Group.

            Bradley M. Rank                       .10 hrs.              $ 28.00

02/13/20    Reviewed draft correspondence to be sent to opposing counsel and analyzed statistics
            provided in the correspondence to verify accuracy, including information about
            potentially privileged records, documents produced, and documents left to Quality
            Control.

            Lauren E. Doucette                    .40 hrs.              $ 120.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

## **FEE DETAIL**

02/14/20      Conference call with D. Price and B. Russell re discovery issues; follow up with H.J. Paik re discovery; discussion with J. Pietrini re status and follow up; email and follow up with J. Bleys re ███████████████████████████.

Theodore C. Max                          2.50 hrs.                $ 1,687.50

02/14/20      Reviewed Fashionfile subpoena; reviewed and analyzed WGACA Defendants' Responses to Chanel's Requests for production identify issues for potential motion to compel.

Dylan J. Price                          1.20 hrs.                $ 780.00

02/14/20      Review WGACA discovery responses.

Bridget J. Russell                      1.60 hrs.                $ 928.80

███████   ████████████████████████████████████
          ██████████████████████████

          █████████████         █████████         █████████

███████   ████████████████████████████████████
          █████████         █████████         █████████

02/16/20      Prepared case outline.

Dylan J. Price                          .70 hrs.                $ 455.00

███████   ████████████████████████████████████
          ██████████████████████████

          █████████         █████████         █████████

02/17/20      Emails and follow up with D. Price and follow up re same; follow up with T. Kidde re conference call; follow up re discovery follow up.

Theodore C. Max                          1.40 hrs.                $ 945.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I        March 23, 2020
Theodore C. Max        Invoice 340037711
       Page 10 of 21

## **FEE DETAIL**

02/17/20      Reviewed Plaintiff's discovery and Chanel's responses thereto. Prepare re potential expert witness.

       Dylan J. Price        3.50 hrs.        $ 2,275.00

02/18/20      Email to T. Kidde re conference call re status; teleconference with D. Price re experts and discovery status; follow up re same; review draft letter to M. Rago; review and revise same; email to WGACA Team re scheduling of conference call with T. Kidde.

       Theodore C. Max        3.10 hrs.        $ 2,092.50

02/18/20      Reviewed and analyzed meet and confer correspondence re Rago Brother's subpoena; drafted letter to Rago Brothers' counsel demanding compliance with subpoena; Reviewed and analyzed outstanding discovery issues with WAGACA.

       Dylan J. Price        4.20 hrs.        $ 2,730.00

02/18/20      Reviewed D. Price pro hac vice motion; prepared same for e-filing and e-filed same.

       Bradley M. Rank        .40 hrs.        $ 112.00

02/19/20      Teleconference with Ted Max re potential experts for case.

       Jill M. Pietrini        .20 hrs.        $ 135.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 11 of 21

## FEE DETAIL

02/19/20    Follow up with D. Price re letter to M. Rago re Rago Bros. subpoena; follow up re conference call with T. Kidde; email to T. Kidde re follow conference call and conference call with T. Kidde re discovery schedule and production of ESI; follow up with H.J. Paik re questions re document review.

Theodore C. Max                2.10 hrs.                $ 1,417.50

02/19/20    Reviewed and analyzed Defendants' responses to Chanel's document requests in anticipation of potential motion to compel; prepared for call with opposing counsel re status of document production, depositions and pre-trial schedule deadlines.

Dylan J. Price                2.30 hrs.                $ 1,495.00

02/19/20    Prepared for and participated in team call on discovery items and case strategy.

Tyler E. Baker                1.20 hrs.                $ 750.00

02/19/20    Strategize with D. Price re discovery review; receive and begin review of additional documentation re status of discovery disputes.

Bridget J. Russell                1.10 hrs.                $ 638.55

██████          ████████████████████████████████████████████
                ███████████████████████

                ████████████          ████████          ████████

02/19/20    Reviewed/analyzed and reviewed Chanel documents for privilege and confidentiality.

Hyo Jin Paik                2.90 hrs.                $ 855.50

02/20/20    Emails and follow up with Chanel team re status call and assignments; emails and conference call with D. Price re same; emails and call to M. Rago re follow up re subpoena to Rago Bros.; follow up with H.J. Paik re status of production; follow up with D. Price re objections to Fashionphile subpoena.

Theodore C. Max                3.90 hrs.                $ 2,632.50

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 12 of 21

## FEE DETAIL

02/20/20    Reviewed status of document collection and production with Hyo Jin Paik; strategy call with litigation team re completion of document production, subpoena and meet and confer issues; reviewed documents flagged as privilege and second look review.

Dylan J. Price              4.40 hrs.              $ 2,860.00

02/20/20    Conferred with T. Max on discovery issues.

Tyler E. Baker              .50 hrs.              $ 312.50

02/20/20    Review additional emails re discovery disputes; review documents produced by WGACA to date; create list of production categories and response categories; review outstanding discovery issues with D. Price.

Bridget J. Russell              3.10 hrs.              $ 1,799.55



02/20/20    Conferred and strategized with D. Price re: discovery; participated in a Chanel team call re: case progress and updates; reviewed/analyzed documents.

Hyo Jin Paik              2.80 hrs.              $ 826.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 13 of 21

## FEE DETAIL

02/21/20    Draft email to T. Kidde re use of categorical privilege log; draft letter to Judge Stanton re discovery extension; email and follow up with D. Price re Rago Brothers subpoena; email to L. Moffatt re follow up; email with H.J. Paik re discovery production update.

        Theodore C. Max        3.10 hrs.        $ 2,092.50

02/21/20    Telephone call with Michelle Rago re Rago Brothers' subpoena; drafted email to Ms. Rago confirming Rago Brothers' agreement to produce responsive documents and provide dates for deposition; worked on strategy for resolving issues with Defendants' deficient responses to Plaintiff's discovery.

        Dylan J. Price        3.80 hrs.        $ 2,470.00

02/21/20    Continue review of discovery materials and documents produced by WGACA; finalize chart of information produced and outstanding; strategize with D. Price re same.

        Bridget J. Russell        4.40 hrs.        $ 2,554.20



02/21/20    Reviewed/analyzed and Chanel documents for privilege and confidentiality.

        Hyo Jin Paik        1.20 hrs.        $ 354.00

02/21/20    Drafted changes to the Chanel team's review coding panel to allow for additional privilege choices when coding for privilege.

        Lauren E. Doucette        .20 hrs.        $ 60.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 14 of 21

## FEE DETAIL

02/23/20    Review second Amended Complaint; review What Comes Around advertisement; review order denying in part, and granting in part, confer with Ted Max re same.

Jill M. Pietrini             1.90 hrs.             $ 1,282.50

02/23/20    Emails and follow up with H.J. Paik re questions re discovery and privilege; review edits to the letter to Judge Stanton and follow up with D. Price re same.

Theodore C. Max             .90 hrs.             $ 607.50

02/23/20    Reviewed and revised letter to Judge Stanton re extension of pre-trial deadlines.

Dylan J. Price             1.30 hrs.             $ 845.00

02/24/20    Email and call with D. Price re draft letter to Judge Stanton re extension of discovery deadlines; discussion with H.J. Paik re discovery deadlines; email draft letter to T. Kidde re same; review and revise draft Objections to Subpoena to Neiman Marcus Group; follow up with D. Price re same; discussion with J. Pietrini re background and status of discovery.

Theodore C. Max             3.30 hrs.             $ 2,227.50

02/24/20    Prepared objections to Defendants' subpoena on Neiman Marcus Group; telephone call with T. Max re letter to Judge Stanton re extension of pre-trial deadlines.

Dylan J. Price             2.50 hrs.             $ 1,625.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 15 of 21

## FEE DETAIL

| | | | |
|---|---|---|---|
| 02/24/20 | Reviewed/analyzed and Chanel documents for production and privilege. | | |
| | Hyo Jin Paik | 4.00 hrs. | $ 1,180.00 |
| 02/25/20 | Conference call with D. Price re status of case; conference call with H.J. Paik re status of discovery; follow up re letter to Judge Stanton re extension of deadlines. | | |
| | Theodore C. Max | 3.10 hrs. | $ 2,092.50 |
| 02/25/20 | Reviewed second look documents for responsiveness and privilege issues; Reviewed research re common interest privilege and work product doctrine. | | |
| | Dylan J. Price | 4.40 hrs. | $ 2,860.00 |
| 02/25/20 | Reviewed/analyzed and Chanel documents for production and privilege. | | |
| | Hyo Jin Paik | 4.30 hrs. | $ 1,268.50 |
| 02/26/20 | Review answer to complaint and requests for admission responses of Defendants; and confer with Dylan Price re case. | | |
| | Jill M. Pietrini | .80 hrs. | $ 540.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    March 23, 2020
Theodore C. Max                                                          Invoice 340037711
                                                                         Page 16 of 21

## FEE DETAIL

02/26/20    Follow up with D. Price re letter to Judge Stanton and comments from T. Kidde; email
            and follow up re M. Rago and response; email to J. Bleys re WGACA requests for
            repairs; email to L. Moffatt re meeting for Monday; follow up with D. Price re
            questions re production and responsiveness and strategy; ███████████████
            ██████████████████████████████████

            Theodore C. Max                    3.80 hrs.                  $ 2,565.00

02/26/20    Reviewed second look documents; conferred with T. Max re second look documents;
            further revised letter to Judge Stanton based on opposing counsel's revisions;
            performed research re obligation to reimburse third party expenses in responding to
            subpoena; reviewed and responded to email from Michelle Rago re Rago Brothers'
            forthcoming document production.

            Dylan J. Price                     4.50 hrs.                  $ 2,925.00

02/26/20    Reviewed/analyzed and reviewed Chanel documents for production and privilege.

            Hyo Jin Paik                       5.50 hrs.                  $ 1,622.50

02/26/20    Edited/revised draft pro hac vice motion for J. Pietrini.

            Bradley M. Rank                    .10 hrs.                   $ 28.00

02/27/20    Teleconference with Dylan Price and Ted Max re experts for the case; telephone
            conference with Dylan Price re survey outline; correspondence re extension in case.

            Jill M. Pietrini                   1.30 hrs.                  $ 877.50

02/27/20    Conference call with J. Pietrini and D. Price re expert witnesses and possible options;
            discovery status and follow up; issues re subpoenas; review and revise objections to
            WGACA Defendants subpoena to Fashionphile; review email and discovery from M.
            Rago; discussion with D. Price re same and production re same;  follow up re letter to
            Judge Stanton re extension of time re discovery; follow up re scheduling of call with
            Chanel team.

            Theodore C. Max                    3.90 hrs.                  $ 2,632.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                      March 23, 2020
Theodore C. Max                                                            Invoice 340037711
                                                                           Page 17 of 21

## FEE DETAIL

02/27/20        Conference call to discuss strategy re expert witness; Worked on objections to
                Fashionphile subpoena; prepared joint stipulation and order extending pre-trial
                deadlines; corresponded with opposing counsel re letter to Judge Stanton and joint
                stipulation; finalized letter to Judge Stanton; performed initial review of Rago Brothers'
                document production.

        Dylan J. Price                    3.90 hrs.                    $ 2,535.00

02/27/20        Reviewed/analyzed and reviewed  Chanel documents for production and privilege.

        Hyo Jin Paik                      4.80 hrs.                    $ 1,416.00

02/27/20        Prepared pro hac vice motion for J. Pietrini for e-filing.

        Bradley M. Rank                   .20 hrs.                     $  56.00

02/27/20        Drafted a search to identify all documents coded by N. Szlarb and their corresponding
                family members to determine which families can be produced in full.

        Lauren E. Doucette                .50 hrs.                     $ 150.00

02/27/20        Strategize with the team regarding supplementally producing all remaining responsive
                documents on behalf of Chanel in accordance with the discovery cut-off deadline.

        Lauren E. Doucette                .10 hrs.                     $  30.00

02/28/20        Finalize letter to Judge Stanton and Stipulation re Discovery Schedule; emails and
                follow up with D. Price re "second look" document and Chanel document production;
                follow up with H.J. Paik re status and questions re production; email to Chanel
                attorneys re conference call; follow up with Chanel team re new discovery schedule;
                follow up with T. Baker re Christie's subpoena duces tecum.

        Theodore C. Max                   3.90 hrs.                    $ 2,632.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                     March 23, 2020
Theodore C. Max                                                    Invoice 340037711
                                                                    Page 18 of 21

## FEE DETAIL

02/28/20       Reviewed Chanel second look documents; Prepared summary of second look
               documents for review with T. Max; telephone call with T. Max re document production
               and prior settlement discussions; worked on memo re issues to test in expert surveys.

               Dylan J. Price                    4.20 hrs.              $ 2,730.00

02/28/20       Conferred with T. Max and H. Paik on discovery.  Emailed with Christie's regarding
               subpoena.

               Tyler E. Baker                     .30 hrs.              $  187.50

02/28/20       Reviewed/analyzed and reviewed Chanel documents for production and privilege.

               Hyo Jin Paik                      4.10 hrs.              $ 1,209.50

02/28/20       Transfered data, updated load files to link to production documents, then upload
               production to Relativity for Attorney review.

               Steven Molina                      .70 hrs.              $  154.35

02/28/20       E-filed letter motion and stipulation re extension of discovery.

               Bradley M. Rank                    .30 hrs.              $   84.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 19 of 21

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 5.00 | $ 675.00 | $ 3,375.00 |
| Theodore C. Max | 59.00 | $ 675.00 | $ 39,825.00 |
| Dylan J. Price | 45.60 | $ 650.00 | $ 29,640.00 |
| ████████ | | ████████ | ████████ |
| Tyler E. Baker | 3.70 | $ 625.00 | $ 2,312.50 |
| Bridget J. Russell | 15.30 | $ 580.50 | $ 8,881.65 |
| ████████ | ████ | ████████ | ████████ |
| Hyo Jin Paik | 51.90 | $ 295.00 | $ 15,310.50 |
| Steven Molina | .70 | $ 220.50 | $ 154.35 |
| Bradley M. Rank | 2.00 | $ 280.00 | $ 560.00 |
| ████████ | ████ | ████████ | ████████ |
| Lauren E. Doucette | 2.60 | $ 300.00 | $ 780.00 |
| ████████ | ████ | ████████ | ████████ |

**Total Fees for Professional Services**        **$ 142,675.20**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                           March 23, 2020
Theodore C. Max                                                          Invoice 340037711
                                                                            Page 20 of 21

## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 01/22/20 | N. Szlarb - 01/22/2020 - Afterhours transportation - Uber | 21.41 |
| 02/18/20 | C. Chapman - 02/18/2020 - Pay.gov - NY Southern District Court - Pro Hac Vice Motion fee, D. Price  - NY | 200.00 |
| 02/20/20 | Clerk of the Supreme Court - Certificate of Good Standing For Jill M. Pietrini | 1.00 |
| 02/20/20 | Commonwealth of Massachusetts - Certificate of Good Standing For Bradley Rank | 15.00 |
| 02/26/20 | H. Paik - 02/26/2020 - Uber from office to Home - NY | 65.02 |
| 02/28/20 | H. Paik - 02/28/2020 - Uber from office to Home - NY | 58.64 |
| 12/20/19 | E-Discovery Monthly Data Hosting Fees, 7.13  Gigabytes. | 71.34 |
| 01/20/20 | E-Discovery Monthly Data Hosting Fees, 179.51 Gigabytes. | 1,795.12 |
| 01/20/20 | E-Discovery Monthly External User Fees, 32 Users. | 2,208.00 |
| 02/12/20 | Federal Express on 02/12/20 | 16.49 |
| 02/13/20 | Federal Express on 02/13/20 | 17.54 |
| 02/20/20 | Federal Express on 02/20/20 | 20.61 |
| 02/20/20 | Federal Express on 02/20/20 | 16.42 |
| 02/24/20 | Federal Express on 02/24/20 | 10.71 |
| 02/24/20 | Federal Express on 02/24/20 | 17.96 |
| 02/27/20 | Federal Express on 02/27/20 | 10.71 |
| 02/27/20 | Federal Express on 02/27/20 | 10.71 |
| 12/13/19 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 12/31/19 | 0.20 |
| 02/18/20 | Westlaw research by Price, Dylan, on 2/18/2020. | 219.60 |

**Total Disbursements**                                          **$ 4,776.48**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

March 23, 2020
Invoice 340037711
Page 21 of 21

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 02/28/20 | 340036797 | 50,424.50 | 46,409.50 | 4,015.00 | 0.00 | $ 50,424.50 |
| | | | Total Outstanding Fees and Disbursements | | | $ 50,424.50 |
| | | | Interest on Outstanding A/R | | | 0.00 |
| | | | Fees and Disbursements Due for this Invoice | | | 147,451.68 |
| | | | **Total Due For This Matter** | | | **$ 197,876.18** |

### 2020 Billing History for Chanel vs Pines Vintage

| Date | Bill # | Matter Name | Month of Services Rendered | Total Billed | Status |
|---|---|---|---|---|---|
| 1/9/2020 | 340035512 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | December '19 | $82,549.79 | Settled |
| 2/28/2020 | 340036797 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | January '20 | $50,424.50 | Outstanding |
| 3/23/2020 | 340037711 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | February '20 | $147,451.68 | Outstanding |
| | | **GRAND TOTAL** | | **$280,425.97** | |

# **Apr. 2020 Invoice**

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Lora Moffatt, Esq.                                         SMRH Tax ID 95-1463164
Head of Intellectual Property                                      April 30, 2020
Chanel USA, Inc.                                           Invoice 340038587
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2020

Current Fees                          $ 125,879.75
Current Disbursements                 $   4,077.58

Total Current Activity                                     $ 129,957.33

Total Due for This Invoice                                 $ 129,957.33

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*ALL PAYMENTS SHOULD BE REMITTED TO THE WELLS FARGO ACCOUNT DETAILED BELOW*

**Wire (Teleremittance) Instructions**

Wiring Instructions for Sheppard Mullin Richter & Hampton, LLP

For the **GENERAL ACCOUNT** funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

ABA Routing Number 121000248

Swift Address:  WFBIUS6S

For the Benefit of Sheppard Mullin Richter & Hampton, LLP
Account Number:  496-8375493

If available, please indicate client name, matter number or invoice in the payment detail field.

Payment Terms:  Balance due upon receipt of this statement.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
April 30, 2020
Invoice 340038587

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2020

| | |
|---|---|
| Current Fees | $ 125,879.75 |
| Current Disbursements | $ 4,077.58 |
| Total Current Activity | $ 129,957.33 |
| Total Due for This Invoice | $ 129,957.33 |

Payment Terms:  Balance due upon receipt of this statement.

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 2 of 21

FOR PROFESSIONAL SERVICES THROUGH 03/31/20

## **FEE DETAIL**

03/02/20      Review Defendants' interrogatory answers; confer with Ted Max and Dylan Price re
             same; review Chanel's responses to first, second, and third set of interrogatories;
             review Chanel's responses to first, second, third, fourth, fifth, and sixth requests for
             production of documents; prepare deposition chart for all witnesses.

             Jill M. Pietrini                      1.30 hrs.                      $ 877.50

03/02/20      Review production from Rago Brothers; prepare outline for conference call with
             Chanel Team; email and teleconference with D. Price and J. Pietrini re meet and confer
             re WGACA Defendants discovery and experts; follow up with H.J. Paik and D. Price
             re privilege questions re Chanel production.

             Theodore C. Max                       1.60 hrs.                      $ 1,080.00

03/02/20      Worked on deposition scheduling chart; Corresponded with opposing counsel re
             telephone call to discuss privilege log categories; Reviewed client documents flagged
             for second-level review.

             Dylan J. Price                        2.80 hrs.                      $ 1,820.00

03/02/20      Conferred with T. Max and H. Paik on discovery issues.  Reviewed and revised
             correspondence to opposing counsel on discovery issues.

             Tyler E. Baker                        .80 hrs.                       $ 500.00

03/02/20      Email from D. Price re omnibus meet and confer letter; review Defendants responses to
             interrogatories; review Responses to document requests; compare and contrast to
             Chanel responses for continuity; draft omnibus meet and confer letter.

             Bridget J. Russell                    2.20 hrs.                      $ 1,277.10

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 3 of 21

## **FEE DETAIL**

03/02/20     Reviewed/analyzed documents for Chanel production.

Hyo Jin Paik                        6.10 hrs.                $ 1,799.50

03/02/20     Prepared additional document productions on behalf of Chanel including creating images of all responsive, non-privileged records, bates stamping all records, segregating documents to be produced natively, and exporting load files in compliance with the production specifications.

Lauren E. Doucette                  1.90 hrs.                $ 570.00

03/02/20     Draft searches to identify and segregate any ESI coding discrepancies among family members on the Responsiveness Field.

Lauren E. Doucette                  .20 hrs.                 $ 60.00

03/02/20     Review the initial production served by Rago Brothers to determine unitization needs prior to attorney review.

Lauren E. Doucette                  .10 hrs.                 $ 30.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 4 of 21

## FEE DETAIL

03/03/20    Draft omnibus discovery meet and confer; review Defendants' production to confirm categories produced in relation to compliance statements.

      Bridget J. Russell                    2.10 hrs.                    $ 1,219.05

03/03/20    Reviewed/analyzed and quality checked documents for production.

      Hyo Jin Paik                    8.20 hrs.                    $ 2,419.00

03/03/20    Drafted additional searches to identify privilege coding discrepancies among family members in preparation for Chanel's final document production.

      Lauren E. Doucette                    .70 hrs.                    $ 210.00

03/03/20    Draft additional Chanel production searches for quality control to further identify discrepancies among family members for redaction work and privilege analysis.

      Lauren E. Doucette                    .40 hrs.                    $ 120.00

03/03/20    Identify all records containing redactions in order to determine if any redactions require modification to allow for To/From/CC/BCC fields to be displayed to opposing counsel.

      Lauren E. Doucette                    .10 hrs.                    $ 30.00

03/03/20    Imported documents produced by Rago Brothers into the Firm's document review platform and updated the search index in preparation for attorney review and searches.

      Lauren E. Doucette                    .40 hrs.                    $ 120.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 5 of 21

## FEE DETAIL

03/04/20      Confer with Dylan Price and Ted Max re depositions requested by Defendants;
correspondence with opposing counsel re same.

Jill M. Pietrini                              .10 hrs.                    $ 67.50

03/04/20      Emails and conference call with D. Price re status of production, status or Rago
Brothers and Christies production in response to subpoena; email to Chanel team re
agenda for conference call,; conference call with Chanel team and J. Pietrini and D.
Price; follow up with D. Price re privilege categories and Christies response to
subpoena and initial production; emails with L. Doucette and H.J. Paik re status and
completion of document  review; conference call with T. Kidde and J. Kim re status of
discovery and privilege log and privilege categories.

Theodore C. Max                           3.20 hrs.                   $ 2,160.00

03/04/20      Worked on proposed categories to include on categorical privilege log in anticipation
of meet and confer call with counsel for WGACA; Conference call with opposing
counsel re privilege log categories; Reviewed documents produced by Christie's in
response to Chanel's subpoena.

Dylan J. Price                            2.80 hrs.                   $ 1,820.00

03/04/20      Finish drafting omnibus meet and confer letter re outstanding discovery issues with
responses to requests for production, interrogatories, and the actual production by
defendants.

Bridget J. Russell                        3.60 hrs.                   $ 2,089.80

03/04/20      Perform bates stamping of Rago Brothers' document production to enable use of these
records as deposition exhibits.

Lauren E. Doucette                         .20 hrs.                     $ 60.00

03/05/20      Emails and follow up re deposition scheduling and designations; review draft letter to
T. Kidde re discovery deficiencies; review and discuss request for extension from
WGACA counsel;  follow up re status of WGACA production.

Theodore C. Max                           3.40 hrs.                   $ 2,295.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                     April 30, 2020
Theodore C. Max                                                          Invoice 340038587
                                                                          Page 6 of 21

## FEE DETAIL

| | | | |
|---|---|---|---|
| 03/05/20 | Prepared email to counsel for WGACA re privilege categories and status of document production; Reviewed and revised omnibus meet and confer letter; reviewed WGACA document production. | | |
| | Dylan J. Price | 3.70 hrs. | $ 2,405.00 |
| 03/05/20 | Conferred with T. Max on discovery issues.  Conferred with H. Paik on privilege log issues. | | |
| | Tyler E. Baker | .90 hrs. | $ 562.50 |
| 03/05/20 | Revise omnibus meet and confer letter; email D. Price re same; review revisions and respond re same; review production image issue for inclusion. | | |
| | Bridget J. Russell | 1.60 hrs. | $ 928.80 |
| 03/06/20 | Conference call with D. Price re deficiency letter and meet and confer; discussion re deficiencies; conference call with H.J. Paik re status of Chanel production. | | |
| | Theodore C. Max | 1.80 hrs. | $ 1,215.00 |
| 03/06/20 | Responded to email from opposing counsel re document productions;conferred with Ms. Paik re status of document review and production; worked on meet and confer letter. | | |
| | Dylan J. Price | 1.20 hrs. | $ 780.00 |
| 03/06/20 | Email re meet and confer and production image issue. | | |
| | Bridget J. Russell | .40 hrs. | $ 232.20 |
| 03/06/20 | Reviewed/analyzed and checked  documents for quality control production; finalized Production No. 4; conferred with D. Price re: document production issues. | | |
| | Hyo Jin Paik | 2.80 hrs. | $ 826.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    April 30, 2020
Theodore C. Max                                                        Invoice 340038587
                                                                         Page 7 of 21

## FEE DETAIL

03/06/20      Prepared additional documents for production on behalf of Chanel including creating
              images of all responsive, non-privileged records, bates stamping all records,
              segregating documents to be produced natively, and exporting load files in compliance
              with the production specifications.

              Lauren E. Doucette                    .40 hrs.                    $  120.00

03/06/20      Imported WGACA's document production, Set 3 into the Firm's document review
              platform and updated the search index in preparation for attorney review and searches.

              Lauren E. Doucette                    .30 hrs.                    $   90.00

03/08/20      Review draft letter to T. Kidde re WGACA discovery deficiencies; email to D. Price
              and B. Russell re WGACA discovery deficiencies.

              Theodore C. Max                      1.20 hrs.                    $  810.00

03/08/20      Worked on omnibus meet and confer letter to WGACA; reviewed WGACA's
              document production for hot documents and to identify potential additional witnesses
              to depose.

              Dylan J. Price                       1.50 hrs.                    $  975.00

03/09/20      Emails and teleconference with T. Kidde re discovery deficiencies; discussion with D.
              Price re discovery status and strategy re letter; follow up with H.J. Paik re production
              and privilege issues; email to J. Kim re extension of time to answer Fifth Set of
              Requests for Production; email to L. Moffatt and R. Gruber re ███████████
              ████████████████████████.

              Theodore C. Max                      2.60 hrs.                    $ 1,755.00

03/09/20      Completed review of WGACA's second document production; Prepared email
              summarizing WGACA's second production and hot documents contained therein.

              Dylan J. Price                       1.80 hrs.                    $ 1,170.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 8 of 21

## FEE DETAIL

03/09/20    Review revisions to meet and confer letter; revise according to comments; review responses and production for congruity; emails re same; facilitate gathering of exhibits and service thereof; begin review of WGACA production.

| Bridget J. Russell | 2.20 hrs. | $ 1,277.10 |

03/09/20    Reviewed/analyzed documents for quality control production; reviewed/revised letter to WGACA counsel.

| Hyo Jin Paik | 2.30 hrs. | $ 678.50 |

03/09/20    Imported documents produced by Christie's pursuant to third party subpoena into SMRH's document review platform and updated the search index in preparation for attorney review and searches.

| Lauren E. Doucette | .30 hrs. | $ 90.00 |

03/10/20    Follow up with D. Price re M. Rago email and follow up with client; review items from WGACA production and teleconference with J. Pietrini re same; review emails re WGACA production.

| Theodore C. Max | 2.90 hrs. | $ 1,957.50 |

03/10/20    Reviewed correspondence from Michelle Rago re compliance with subpoena and demand for reimbursement; Reviewed S.D.N.Y case law on cost shifting; Conferred with Mr. Max re response to Ms. Rago; Analyzed protective order requirements and conferred with Mr. Max re the same; Reviewed second look documents.

| Dylan J. Price | 2.90 hrs. | $ 1,885.00 |

03/10/20    Research re standard for fee shifting of third-party subpoenas; email D. Price re same; begin drafting response to M. Raggo re same.

| Bridget J. Russell | 1.60 hrs. | $ 928.80 |

03/10/20    Reviewed/analyzed discovery materials for D. Price.

| Hyo Jin Paik | .30 hrs. | $ 88.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 9 of 21

## FEE DETAIL

03/11/20     Email and follow up with D. Price re meet and confer letter from D. DeCarlo; follow up re Rago Brothers production and deficiencies; follow up with H.J. Paik and B. Russell re ESI document production.

| | | |
|---|---|---|
| Theodore C. Max | 3.10 hrs. | $ 2,092.50 |

03/11/20     Reviewed WGACA meet and confer letter and performed investigator of issues raised therein; drafted email re analysis of meet and confer letter; reviewed WGACA second look documents; clean-up review on Chanel document database.

| | | |
|---|---|---|
| Dylan J. Price | 6.90 hrs. | $ 4,485.00 |

03/11/20     Finish drafting letter to M. Raggo re deposition; email D. Price re same; review meet and confer from opposing counsel; strategize re same; continue review of WGACA production.

| | | |
|---|---|---|
| Bridget J. Russell | 4.40 hrs. | $ 2,554.20 |

03/11/20     Reviewed/analyzed discovery materials for D. Price and B. Russell; reviewed/analyzed meet and confer correspondences.

| | | |
|---|---|---|
| Hyo Jin Paik | 1.80 hrs. | $ 531.00 |

03/12/20     Email to D. Price re D. DeCarlo email; conference call with D. Price and H.J. Paik; review draft email to D. DeCarlo; follow up with D. Price re discovery issues;  follow up re Chanel production and questions re various retailers including Dillards, Banana Republic and others; read and review letter from M. Rago.

| | | |
|---|---|---|
| Theodore C. Max | 2.40 hrs. | $ 1,620.00 |

03/12/20     Conference call to discuss WGACA's meet and confer letter; prepared email to opposing counsel re discovery issues; prepared email to client re WGACA's meet and confer letter and questions re existence of certain documents; reviewed WGACA second look documents.

| | | |
|---|---|---|
| Dylan J. Price | 5.80 hrs. | $ 3,770.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 10 of 21

## **FEE DETAIL**

03/12/20     Call re meet and confer letter; review response and reply to same; email re letter
             motion; review privilege second look documents; email re same.

| | | |
|---|---|---|
| Bridget J. Russell | 2.40 hrs. | $  1,393.20 |

03/12/20     Conferred with T. Max, D. Price and B. Russell re: discovery issues;
             reviewed/analyzed documents re: production deficiencies.

| | | |
|---|---|---|
| Hyo Jin Paik | 3.20 hrs. | $  944.00 |

03/12/20     Prepared documents for processing by the ESI vendor in anticipation of importing into
             the Firm's document review platform for attorney analysis.

| | | |
|---|---|---|
| Lauren E. Doucette | .20 hrs. | $  60.00 |

03/12/20     Draft searches to identify any and all email communications from key retailers, such as
             Banana Republic, Gap, Neiman Marcus and others for attorney review.

| | | |
|---|---|---|
| Lauren E. Doucette | .50 hrs. | $  150.00 |

03/13/20     Emails with Chanel team re Chanel ESI document production; work on and revise draft
             letter to Judge Stanton; emails and confer with D. Price re letter from D. DeCarlo re
             alleged deficiencies; discussion and email to R. Gruber re
             ████████████████; follow up with H.J. Paik and T. Baker re status of discovery;
             email to D. Price re search terms and results re ESI; review and revise draft email to D.
             DeCarlo; email re "ShopBop" and Dillards.

| | | |
|---|---|---|
| Theodore C. Max | 3.90 hrs. | $  2,632.50 |

03/13/20     Investigated database issues; prepared response to email from opposing counsel
             concerning meet and confer issues; prepared meet and confer correspondence in
             connection with WGACA's responses to Chanel's Sixth Set of Requests for Production.

| | | |
|---|---|---|
| Dylan J. Price | 3.80 hrs. | $  2,470.00 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 11 of 21

## **FEE DETAIL**

03/13/20     Receive and review sixth set of document request responses from plaintiffs; receive
             and review emails re meet and confer re same.

   Bridget J. Russell                    .60 hrs.                $ 348.30

03/13/20     Reviewed/anlalyzed documents re: production deficiencies; conferred with litigation
             support staff re: the same; reviewed/analyzed factual record in preparation of discovery
             meet and confer.

   Hyo Jin Paik                          1.30 hrs.              $ 383.50

03/13/20     Transfered data, updated load files to link to production documents, then upload
             production to Relativity for Attorney review.

   Steven Molina                         .60 hrs.               $ 132.30

03/13/20     Draft searches to identify ███████ email communications and their full thread
             groups to determine if any records require further analysis and production to opposing
             counsel.

   Lauren E. Doucette                    .80 hrs.               $ 240.00

03/15/20     Email to D. Price re D. DeCarlo meet and confer letter and follow up questions re
             discovery; prepare email to L. Moffat, R. Gruber, J. Bleys and M. Garafola re open
             discovery questions.

   Theodore C. Max                       1.60 hrs.              $ 1,080.00

03/16/20     Emails to J. Bleys re Customs Guide and records of repairs; emails to D. Price and H.
             Paik re production and follow thought; email with J. Bleys re follow up regarding
             repair records.

   Theodore C. Max                       2.40 hrs.              $ 1,620.00

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 12 of 21

## FEE DETAIL

03/17/20     Emails  re Chanel documents and designation; follow up regarding document
production; discussion with D. Price re correspondence with opposing counsel and
deficiencies of WGACA Defendants; follow up re same; email with D. Price re Chanel
team call.

Theodore C. Max                    2.80 hrs.                    $ 1,890.00

03/17/20     Conferred with Ms. Russell re status of document review; Reviewed additional
documents provided by client; Prepared outline of response to WGACA's meet and
confer letter; Worked on privilege log issues.

Dylan J. Price                    1.80 hrs.                    $ 1,170.00

03/17/20     Continue document production review and privilege and second look quality control
review; receive and review emails re same; reply re various discovery issues with
productions.

Bridget J. Russell                4.10 hrs.                    $ 2,380.05

03/17/20     Reviewed/analyzed factual record re: discovery issues; conferred with D. Price re:
document production and case status.

Hyo Jin Paik                      1.30 hrs.                    $ 383.50

03/17/20     Transfered data, updated load files to link to production documents, then upload
production to Relativity for Attorney review.

Steven Molina                     .70 hrs.                     $ 154.35

03/17/20     Draft a preliminary privilege log on behalf of Chanel for all records currently coded as
responsive and privileged for attorney review.

Lauren E. Doucette                .50 hrs.                     $ 150.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 13 of 21

## FEE DETAIL

03/18/20    Email to D. Price re draft letter to Judge Stanton; email and follow up with D. Price re WGACA production and Rago production and issues re repair and refurbishment; conference call with Chanel team re conclusion of document production and privilege issues; follow up re other discovery tasks and work projects going forward; discussion re WGACA deficiencies.

        Theodore C. Max        3.90 hrs.        $ 2,632.50

03/18/20    Team conference call; Further investigated issues raised in WGACA's meet and confer letter; Reviewed client documents to identify responsive, but privileged documents; Worked on response to WGACA's meet and confer letter.

        Dylan J. Price        3.80 hrs.        $ 2,470.00

03/18/20    Prepared for and participated in team call on discovery issues and case strategy; reviewed production documents.

        Tyler E. Baker        1.50 hrs.        $ 937.50

03/18/20    Reviewed/analyzed WGACA's production; compiled evidence re; repairs/refurbishments and drafted summary of the search results; reviewed WGACA's production for technical issues and conferred with litigation support re: the same; compiled documents with technical issues for D. Price and drafted summary of the same; participated in a team status meeting with T. Max, D. Price, T. Baker and B. Russell.

        Hyo Jin Paik        7.60 hrs.        $ 2,242.00

03/18/20    Reviewed the identified deficiencies within WGACA's document production to determine the root of the cause of poorly imaged embedded objects within emails and missing attachments to parent emails.

        Lauren E. Doucette        .30 hrs.        $ 90.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 14 of 21

## **FEE DETAIL**

03/19/20    Review draft email to D. DeCarlo re meet and confer and responses re same;  review Rago documents re repair, refurbishment and re finishing of handbags and hot documents; follow up with D.Price re same; email to H.J. Paik and T. Baker re WGACA document production and deficiencies; follow up re Chanel production.

    Theodore C. Max        3.10 hrs.        $ 2,092.50

03/19/20    Reviewed and analyzed documents from WGACA's latest production flagged by Ms. Paik as hot; Reviewed and compiled ███████████████████████ materials; Worked on response to WGACA's meet and confer letter.

    Dylan J. Price        3.80 hrs.        $ 2,470.00

████████   ███████████████████████████

    █████████        ████████        ████████

03/19/20    Reviewed privilege documents in connection with privilege log.

    Tyler E. Baker        1.90 hrs.        $ 1,187.50

03/19/20    Reviewed/analyzed WGACA's production; compiled hot documents and documents for deposition preparations; conferred with T. Max re: hot documents in WGACA's production.

    Hyo Jin Paik        7.50 hrs.        $ 2,212.50

03/19/20    Draft searches ████████████████████████████ ████████████████████████████.

    Lauren E. Doucette        .30 hrs.        $ 90.00

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 15 of 21

## FEE DETAIL

03/20/20    Emails and follow up with D. Price and H. Paik re response to meet and confer and
            follow up on Chanel production; review emails from H.J. Paik re recent WGACA
            production; review and revise draft letter to Judge Stanton re first sale doctrine and
            source of WGACA Chanel-branded products; email and follow up with D. Price re
            comments on emails to D. DeCarlo re meet and confer re alleged Chanel deficiencies
            and WGACA deficiencies.

      Theodore C. Max        3.90 hrs.        $ 2,632.50

03/20/20    Reviewed documents flagged as second look by Ms. Russell; Worked on letter to
            WGACA following up on meet and confer letter and raising specific issues with
            WGACA's failure to produce documents and technical issues with the documents
            produced to date.

      Dylan J. Price        3.20 hrs.        $ 2,080.00

03/20/20    Reviewed WGACA production documents.  Revised correspondence to court and
            performed legal research in connection with same.  Conferred with T. Max regarding
            same.  Conferred with D. Price and H. Paik on WGACA production documents.

      Tyler E. Baker        2.50 hrs.        $ 1,562.50

03/20/20    Reviewed/analyzed WGACA's productions; reviewed/analyzed redacted documents in
            WGACA's production; conferred with T. Max, D. Price and L. Doucette re: WGACA's
            production issues.

      Hyo Jin Paik        2.90 hrs.        $ 855.50

03/20/20    Emailed with T. Max et al. re filing letter to Judge Stanton.

      Bradley M. Rank        .10 hrs.        $ 28.00

03/20/20    Draft final production for quality control searches in order to identify documents to be
            produced today on behalf of Chanel.

      Lauren E. Doucette        .70 hrs.        $ 210.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 03/20/20 | Draft searches identifying all records within WGACA's document production, set three that reference an attachment, but do not have one included in the production. | | |
| | Lauren E. Doucette | .50 hrs. | $ 150.00 |
| 03/20/20 | Reviewed WGACA's document productions, Volumes 2 and 3 to identify which email records were produced without attachments, either when an attachment was referenced under the subject line in the email image or just in the extracted text. | | |
| | Lauren E. Doucette | 2.20 hrs. | $ 660.00 |
| 03/20/20 | Reviewed WGACA's document productions and draft summary detailing the number of records produced, the number of pages, dates of production, and information regarding deficiencies for use in support of Chanel's meet and confer letter. | | |
| | Lauren E. Doucette | .50 hrs. | $ 150.00 |
| 03/23/20 | Following up with D. Price re status of Chanel document production; emails regarding deficiencies with WGACA Defendants' production and meet and confer issues with D. DeCarlo. | | |
| | Theodore C. Max | 2.60 hrs. | $ 1,755.00 |
| 03/23/20 | Reviewed and analyzed WGACA documents regarding attachments; Reviewed instances of possible evidence-tampering by WGACA; Reviewed email from opposing counsel re meet and confer call. | | |
| | Dylan J. Price | 1.20 hrs. | $ 780.00 |
| 03/23/20 | Reviewed production documents in connection with privilege log issues. | | |
| | Tyler E. Baker | 2.10 hrs. | $ 1,312.50 |
| 03/23/20 | Reviewed/analyzed documents in WGACA's production. | | |
| | Hyo Jin Paik | 1.20 hrs. | $ 354.00 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 17 of 21

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 03/23/20 | Conferred with T. Max re court status and filing of letter re discovery dispute. | | |
| | Bradley M. Rank | .40 hrs. | $ 112.00 |
| 03/24/20 | Follow up with B. Rank re letter to Judge Stanton re source of WGACA products; email and follow up with D. Price re Chanel production status and meet and confer with WGACA counsel; review emails from D. DeCarlo. | | |
| | Theodore C. Max | 3.90 hrs. | $ 2,632.50 |
| 03/24/20 | Reviewed/analyzed documents in WGACA's production in preparation of meet and confer letter re: discovery issues. | | |
| | Hyo Jin Paik | .30 hrs. | $ 88.50 |
| 03/24/20 | Drafted additional statistical summary reports to be used in support of Chanel's motion to compel due to poor image quality, cut-off images, missing attachments, and embedded object issues. | | |
| | Lauren E. Doucette | .30 hrs. | $ 90.00 |
| 03/25/20 | Emails and teleconference with D. Price re agenda; Chanel litigation team conference call; follow up with H.J. Paik and T. Baker re review of documents for privilege and review of WGACA Defendants documents; follow up re revision of letter to Judge Stanton. | | |
| | Theodore C. Max | 3.80 hrs. | $ 2,565.00 |
| 03/25/20 | Weekly team status call; corresponded with library re WGACA research for use in deposition preparation. | | |
| | Dylan J. Price | .80 hrs. | $ 520.00 |
| 03/25/20 | Participated in weekly team call with T. Max, D. Price and B. Russell; reviewed/analyzed hot documents and compiled evidence. | | |
| | Hyo Jin Paik | 1.80 hrs. | $ 531.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    April 30, 2020
Theodore C. Max                                                                        Invoice 340038587
                                                                                         Page 18 of 21

## **FEE DETAIL**

| | | |
|---|---|---|
| 03/26/20 | Work on and revise draft letter to Judge Stanton; email and teleconference with D. Price re document production and status; email and teleconference with T. Baker re privilege log and letter to Judge Stanton; discussion with D. Price re meet and confer and correspondence with D. DeMarco. | |

|  Theodore C. Max | 2.90 hrs. | $ 1,957.50 |
|---|---|---|

| 03/26/20 | Telephone call with Ted Max re letter to Judge Stanton and second look documents; reviewed letter to Judge Stanton re source documents; reviewed draft subpoena to GAP/Banana Republic. |
|---|---|

|  Dylan J. Price | 1.10 hrs. | $ 715.00 |
|---|---|---|

| 03/26/20 | Conferred with T. Max on discovery items.  Conferred with H. Paik on privilege log items and other discovery items; reviewed privilege documents in connection with preparation of privilege log; revised discovery letter to court and emailed with T. Max regarding same. |
|---|---|

|  Tyler E. Baker | 2.80 hrs. | $ 1,750.00 |
|---|---|---|

| 03/26/20 | Reviewed/analyzed factual record and compiled evidence and deposition preparation materials; conferred with T. Baker re: privilege log issues. |
|---|---|

|  Hyo Jin Paik | 1.80 hrs. | $ 531.00 |
|---|---|---|

| 03/27/20 | Work on and revise draft email to D. DeCarlo; email and call with D. Price re same; finalize letter to Judge Stanton; email to T. Baker and B. Rank re same; follow up with H. Paik re discovery questions and document review. |
|---|---|

|  Theodore C. Max | 2.20 hrs. | $ 1,485.00 |
|---|---|---|

| 03/27/20 | Reviewed/analyzed deposition preparation materials and updated witness list. |
|---|---|

|  Hyo Jin Paik | .30 hrs. | $ 88.50 |
|---|---|---|

| 03/27/20 | Prepared letter re discovery dispute for e-filing an e-filed same. |
|---|---|

|  Bradley M. Rank | .50 hrs. | $ 140.00 |
|---|---|---|

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 19 of 21

## FEE DETAIL

03/27/20    Draft additions to the letter prepared for Judge Stanton to include statistical information for the document deficiencies and issues within WGACA's various document productions.

Lauren E. Doucette                .80 hrs.                $ 240.00

03/29/20    Work on and edit draft letter to Judge Stanton re WGACA discovery deficiencies; email to D. Price re same.

Theodore C. Max                1.30 hrs.                $ 877.50

03/30/20    Email to D. Price re follow up on meet and confer letter and response to D. DeMarco; email to H. Paik re follow up re privilege and hot documents list; follow up re same.

Theodore C. Max                1.10 hrs.                $ 742.50

03/31/20    Follow up with H.J. Paik and T. Baker re privilege questions and categories; follow up re hot document designations; print out and review "Second Look" documents.

Theodore C. Max                1.60 hrs.                $ 1,080.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 20 of 21

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 3.70 | $ 675.00 | $ 2,497.50 |
| Theodore C. Max | 67.40 | $ 675.00 | $ 45,495.00 |
| Dylan J. Price | 52.60 | $ 650.00 | $ 34,190.00 |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| Tyler E. Baker | 12.50 | $ 625.00 | $ 7,812.50 |
| Bridget J. Russell | 25.20 | $ 580.50 | $ 14,628.60 |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| Hyo Jin Paik | 50.70 | $ 295.00 | $ 14,956.50 |
| Steven Molina | 1.30 | $ 220.50 | $ 286.65 |
| Bradley M. Rank | 1.00 | $ 280.00 | $ 280.00 |
| Lauren E. Doucette | 12.60 | $ 300.00 | $ 3,780.00 |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |

**Total Fees for Professional Services**      **$ 125,879.75**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 02/27/20 | J. Pietrini - 02/27/2020 - Pro Hac Vice fee for Pietrini in New York Federal Court - New york | 200.00 |
| 03/02/20 | H. Paik - 03/02/2020 - Uber from office to Home - NY | 59.42 |
| 03/05/20 | Preemptive Process Servers - Inv#020720-83A- Service upon Christie's Inc on 2/7/20 | 246.00 |
| 02/20/20 | E-Discovery Monthly Data Hosting Fees, 124.35 Gigabytes. | 1,243.46 |
| 02/20/20 | E-Discovery Monthly External User Fees, Users 16 | 1,104.00 |
| 03/02/20 | Westlaw research by Price, Dylan, on 3/2/2020. | 549.00 |
| 03/03/20 | Westlaw research by Price, Dylan, on 3/3/2020. | 219.60 |
| 03/10/20 | Westlaw research by Price, Dylan, on 3/10/2020. | 386.10 |
| | Document Production | 70.00 |

**Total Disbursements**      **$ 4,077.58**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

April 30, 2020
Invoice 340038587
Page 21 of 21

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 02/28/20 | 340036797 | 50,424.50 | 46,409.50 | 4,015.00 | 0.00 | $  50,424.50 |
| 03/23/20 | 340037711 | 147,451.68 | 142,675.20 | 4,776.48 | 0.00 | 147,451.68 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $  197,876.18 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 129,957.33 |
| **Total Due For This Matter** | **$  327,833.51** |

## May 2020 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                                  SMRH Tax ID 95-1463164
Head of Intellectual Property                                              May 29, 2020
Chanel USA, Inc.                                                       Invoice 340039434
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2020

| | | |
|---|---|---|
| Current Fees | $ 60,100.55 | |
| Current Disbursements | $ 2,993.24 | |
| Total Current Activity | | $ 63,093.79 |
| Total Due for This Invoice | | $ 63,093.79 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:        Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                                SMRH Tax ID 95-1463164
Head of Intellectual Property                                              May 29, 2020
Chanel USA, Inc.                                                      Invoice 340039434
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2020

| | |
|---|---|
| Current Fees | $ 60,100.55 |
| Current Disbursements | $ 2,993.24 |
| Total Current Activity | $ 63,093.79 |
| Total Due for This Invoice | $ 63,093.79 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298          Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 29, 2020
Invoice 340039434
Page 2 of 15

FOR PROFESSIONAL SERVICES THROUGH 04/30/20

## **FEE DETAIL**

04/01/20      Prepare email to H.J. Paik re discovery and status; teleconference with D. Price in advance of Chanel team conference call; emails re meeting and preparation; attend Chanel team conference call and follow up re document production; email to L. Doucette re same.

|  | Theodore C. Max | 2.20 hrs. | $ 1,485.00 |
|--|--|--|--|

04/01/20      Conference call to discuss outstanding meet and confer issues, collection of WGACA's prior websites and other status items; Reviewed further meet and confer corresponding from WGACA and corrsponded with opposing counsel relating thereto; Performed initial review of documents re-prodcued by WGACA.

|  | Dylan J. Price | 1.60 hrs. | $ 1,040.00 |
|--|--|--|--|

04/01/20      Prepared for and participated in team call on discovery items and case strategy.

|  | Tyler E. Baker | .60 hrs. | $ 375.00 |
|--|--|--|--|

04/01/20      Participated in weekly team call with T. Max, D. Price, T. Baker and B. Russell re: case updates and discovery matters; reviewed/analyzed WGACA's revised production.

|  | Hyo Jin Paik | 1.10 hrs. | $ 324.50 |
|--|--|--|--|

04/01/20      Imported the revised production images received from WGACA for the documents previously produced in Volumes 2 and 3 without color or having imaging error issues into Relativity for attorney review.

|  | Lauren E. Doucette | .70 hrs. | $ 210.00 |
|--|--|--|--|

04/02/20      Email and teleconference with D. Price re discovery issues and follow up re meet and confer letter from counsel for WGACA Defendants (D. DeCarlo); review and follow up regarding response to DeCarlo letter.

|  | Theodore C. Max | 1.40 hrs. | $ 945.00 |
|--|--|--|--|

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 29, 2020
Invoice 340039434
Page 3 of 15

## FEE DETAIL

04/02/20    Prepared response to WGACA's further meet and confer correspondence; reviewed WGACA's responses to Chanel's fifth set of requests for production; reviewed prior meet and confer correspondence between the parties concerning document custodians and search terms in preparation for meet and confer call with opposing counsel; analyzed document production issues flagged by Hyo Jin Paik.

|  | Dylan J. Price | 2.80 hrs. | $ 1,820.00 |

04/02/20    Reviewed/analyzed Chanel's factual record in preparation of April 4, 2020 meet and confer meeting;  conferred with D. Price re: the same; conferred with lit support re: review of documents not reviewed by Consilio.

|  | Hyo Jin Paik | 2.20 hrs. | $ 649.00 |

04/02/20    Consult the case team regarding reviewing the non-inclusive emails not previously reviewed containing search term hits within them.

|  | Lauren E. Doucette | .40 hrs. | $ 120.00 |

04/03/20    Review emails re negotiation and agreement re ESI search terms and custodians for discovery; review and revise draft email response to D. DeMarco in advance of meet and confer; conference call with WGACA Defendants counsel re meet and confer re discovery issues and production; follow up with D. Price and H.J. Paik re same.

|  | Theodore C. Max | 3.60 hrs. | $ 2,430.00 |

04/03/20    Reviewed documents relating to custodian and search term negotiations; Prepared for and participated in meet and confer call with counsel for WGACA; Reviewed list of additional custodian and search terms; Worked on outline of motion to compel production of Rago Brothers documents.

|  | Dylan J. Price | 2.50 hrs. | $ 1,625.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 29, 2020
Invoice 340039434
Page 4 of 15

## FEE DETAIL

04/03/20    Reviewed/analyzed correspondences re: discovery dispute in prepration of meet and
confer; participated in discovery meet and confer with T. Max, D. Price and WGACA's
counsels; conferred with D. Price and litigation support re: discovery, including
privilege log and new searches proposed by WGACA.

Hyo Jin Paik                              2.90 hrs.                    $ 855.50

04/03/20    Draft additional searches using WGACA's revised search term list and list of
custodians to determine if any additional records need to be reviewed per the continued
meet and confer efforts.

Lauren E. Doucette                        .30 hrs.                     $ 90.00

04/03/20    Draft a revised privilege log search ███████████████████████
████████████████████████████████████████████.

Lauren E. Doucette                        .20 hrs.                     $ 60.00

04/03/20    Draft additional searches to identify non-inclusive emails within email threads that
were coded as responsive for further attorney analysis.

Lauren E. Doucette                        .50 hrs.                     $ 150.00

04/06/20    Follow up with D. Price re discovery issues and follow up; discussion re second look
documents and privilege questions.

Theodore C. Max                           1.10 hrs.                    $ 742.50

04/06/20    Conferred with H. Paik on discovery items.

Tyler E. Baker                            .20 hrs.                     $ 125.00

04/06/20    Reviewed/analyzed factual record; compiled hot documents and summarized the same;
reviewed/analyzed privilege documents; reviewed/analyzed search results re:
WGACA's new search terms.

Hyo Jin Paik                              3.90 hrs.                    $ 1,150.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    May 29, 2020
Theodore C. Max                                                Invoice 340039434
                                                                  Page 5 of 15

## FEE DETAIL

04/06/20     Drafted additional revisions to searches within Relativity to segregate records not previously reviewed that contain attachments for further attorney analysis.

| | | |
|---|---|---|
| Lauren E. Doucette | .20 hrs. | $ 60.00 |

04/07/20     Follow up with D. Price and H.J. Paik re discovery and preparation for meet and confer; discussion with R. Gruber re second look documents and issues re possible attorney client and work product privileges.

| | | |
|---|---|---|
| Theodore C. Max | 2.30 hrs. | $ 1,552.50 |

04/07/20     Reviewed/analyzed factual record; compiled hot documents from WGACA's production and summarized the same; conferred with T. Max re: privileged documents in WGACA's production.

| | | |
|---|---|---|
| Hyo Jin Paik | 3.90 hrs. | $ 1,150.50 |

04/08/20     Read email from B. Russell re Rago Brothers production; conference call with D. Price, B. Russell, T. Baker and H.J. Paik re status of discover and follow up re discovery; meet and confer with counsel for WGACA.

| | | |
|---|---|---|
| Theodore C. Max | 2.30 hrs. | $ 1,552.50 |

04/08/20     Weekly team call to discuss status of meet and confer discussions with opposing counsel and strategy for discovery moving forward; Reviewed correspondence from Michele Rago re Rago Brothers' document production; Reviewed Rago Brothers' supplemental production.

| | | |
|---|---|---|
| Dylan J. Price | .90 hrs. | $ 585.00 |

04/08/20     Prepared for and participated in team call on discovery issues and case strategy. Revised correspondence to opposing counsel.  Reviewed documents in connection with same.  Conferred with H. Paik on privilege documents issues.

| | | |
|---|---|---|
| Tyler E. Baker | 1.70 hrs. | $ 1,062.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 29, 2020
Invoice 340039434
Page 6 of 15

## FEE DETAIL

04/08/20     Call with litigation support re ability and cost of gathering websites; team call re status and overview of same; review Raggo brothers new production; email re same; review websites and follow-up with lit support re same; receive and review emails re Raggo brothers.

      Bridget J. Russell                    2.20 hrs.                    $ 1,277.10

04/08/20     Participated in weekly team call with T. Max, D. Price, T. Baker and B. Russell; drafted summary re: WGACA's additional search terms and custodians and circulated to the team; prepared documents re: repairs and refurbishment for draft letter to court re: Rago Brothers.

      Hyo Jin Paik                    1.20 hrs.                    $ 354.00

04/09/20     Follow up re WGACA Defendants production and questions re meet and confer with WGACA Defendants counsel; follow up with H.J. Paik re production; review email from Rago Brothers.

      Theodore C. Max                    1.20 hrs.                    $ 810.00

04/09/20     Conference call re privilege log issues.

      Dylan J. Price                    .20 hrs.                    $ 130.00

04/09/20     Conferred with H. Paik on discovery items and privilege issues.  Reviewed privilege documents in connection with same.

      Tyler E. Baker                    1.20 hrs.                    $ 750.00

04/09/20     Strategized with T. Baker re: privilege log; reviewed/analyzed privileged documents and correspondences with WGACA re: discovery disputes; drafted draft privilege log.

      Hyo Jin Paik                    3.70 hrs.                    $ 1,091.50

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 29, 2020
Invoice 340039434
Page 7 of 15

## FEE DETAIL

| | | | |
|---|---|---|---|
| 04/10/20 | Email and follow up re discovery issues; follow up with D. Price re same. | | |
| | Theodore C. Max | .50 hrs. | $ 337.50 |
| 04/10/20 | Draft revisions to the privilege log search ██████████ ████████████████████████████████ ███████████████ | | |
| | Lauren E. Doucette | .30 hrs. | $ 90.00 |
| 04/13/20 | Work on and review WGACA document production; emails to H.J. Paik and L. Doucette re WGACA production; review documents re influencer contracts; follow up re responsiveness of WGACA production. | | |
| | Theodore C. Max | 1.70 hrs. | $ 1,147.50 |
| 04/13/20 | Reviewed/analyzed documents in WGACA Production Set 4 and compiled hot documents. | | |
| | Hyo Jin Paik | 1.70 hrs. | $ 501.50 |
| 04/14/20 | Reviewed/analyzed documents in WGACA Production Set 4 and Chanel hot documents; compiled hot documents list. | | |
| | Hyo Jin Paik | 1.30 hrs. | $ 383.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 29, 2020
Invoice 340039434
Page 8 of 15

## FEE DETAIL

████    ████████████████████████████████████████

        ████████          ████████          ████████

████    ████████████████████████████████████████

        ████████          ████████          ████████

04/15/20    Attend Chanel team meeting; discussion re status of discovery and preparation of
            privilege log; follow up with T. Baker and H.J. Paik re same.

            Theodore C. Max                1.70 hrs.                $ 1,147.50

04/15/20    Analyzed spreadsheet produced by WGACA identifying Chanel-branded products it
            has sold; Prepared correspondence to opposing counsel re search term issues and
            deficiencies in Plaintiff's latest document production.

            Dylan J. Price                 1.40 hrs.                $ 910.00

04/15/20    Prepared for an participated in team call on case strategy and discovery items.
            Conferred with H. Paik on response to WGACA counsel on spreadsheet issues.
            Reviewed spreadsheet and revised draft response.  Reviewed privilege documents.

            Tyler E. Baker                 1.40 hrs.                $ 875.00

04/15/20    Participated in weekly team call re: case status update and assignments;
            reviewed/analyzed WGACA spreadsheet re: Chanel items for discovery deficiency
            letter.

            Hyo Jin Paik                   1.90 hrs.                $ 560.50

████    ████████████████████████████████████████████

        ████████          ████████          ████████

████    ████████████████████████████████████████████

        ████████          ████████          ████████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    May 29, 2020
Theodore C. Max                                                                          Invoice 340039434
                                                                                        Page 9 of 15

## FEE DETAIL

| | | | |
|---|---|---|---|
| 04/16/20 | Work on and prepare for meet and confer with WGACA defendants counsel; review and revise email to D. DeCarlo; review search terms previously searched and custodians searched; prepare email to L. Moffatt and R. Gruber re status of discovery and case. | | |
| | Theodore C. Max | 2.60 hrs. | $ 1,755.00 |
| 04/16/20 | Reviewed second look documents with Ted Max; Worked on meet and confer email to opposing counsel re request for additional custodians and WGACA's latest document production. | | |
| | Dylan J. Price | 2.90 hrs. | $ 1,885.00 |
| 04/16/20 | Reviewed/analyzed WGACA spreadsheet re: Chanel items for deficiencies; drafted and edited discovery deficiency letter to WGACA; reviewed/analyzed documents for additional WGACA custodians. | | |
| | Hyo Jin Paik | 4.20 hrs. | $ 1,239.00 |
| 04/17/20 | Emails re proposed revisions to Stipulation and Order of Confidentiality and insurer's request for access to Confidential Documents. | | |
| | Theodore C. Max | .40 hrs. | $ 270.00 |
| 04/17/20 | Reviewed documents in connection with privilege review. | | |
| | Tyler E. Baker | .90 hrs. | $ 562.50 |
| 04/20/20 | Email and conference call with D. Price re WGACA production and deficiencies; discussion with H.J. Paik re privilege issues. | | |
| | Theodore C. Max | .70 hrs. | $ 472.50 |
| 04/21/20 | Conferred with H. Paik on privilege documents.  Reviewed documents in connection with same. | | |
| | Tyler E. Baker | 1.30 hrs. | $ 812.50 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    May 29, 2020
Theodore C. Max                                                          Invoice 340039434
                                                                         Page 10 of 15

## **FEE DETAIL**

04/22/20    Chanel follow up regarding discovery; conference call with Chanel team; emails and follow up with L. Moffatt.

        Theodore C. Max                    .50 hrs.                    $ 337.50

04/22/20    Prepared for and participated in weekly team call to discuss status items, including discussion of privilege log issues and privilege determinations.

        Dylan J. Price                      .50 hrs.                    $ 325.00

04/22/20    Participated in team call on discovery and litigation issues.  Reviewed privilege documents.

        Tyler E. Baker                     1.90 hrs.                    $ 1,187.50

04/22/20    Conferred with T. Baker re: priv log issues; reviewed/analyzed documents for the priv log; participated in the weekly team call w/T. Max, T. Baker, D. Price and B. Russell.

        Hyo Jin Paik                       2.70 hrs.                    $ 796.50

04/23/20    Conferred with H. Paik on discovery issues and reviewed discovery responses in connection with same.

        Tyler E. Baker                      .50 hrs.                    $ 312.50

04/24/20    Follow up with D. Price and H.J. Paik re documents proposed as exhibits to Chanel documents cited by WGACA Defendants in opposition to Chanel motion to compel; email to T. Kidde re follow up re meet and confer and questions re amendment to Stipulation and Order of Confidentiality.

        Theodore C. Max                    1.50 hrs.                    $ 1,012.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 29, 2020
Invoice 340039434
Page 11 of 15

## FEE DETAIL

04/24/20    Reviewed email from opposing counsel re request to waive confidentiality designations and reviewed documents at issue; prepared response to opposing counsel re the same; telephone call with Ted Max re privilege issues; performed research re inadvertent disclosure procedures under federal rules and protective order.

Dylan J. Price    1.80 hrs.    $ 1,170.00

04/24/20    Reviewed/analyzed and compiled documents re: WGACA's letter re: protective order; reviewed/analyzed potential clawback documents.

Hyo Jin Paik    1.70 hrs.    $ 501.50

04/24/20    Built complex saved searches; prepared requested documents for attorney review in PDF format.

Dmitry . Iofe    .60 hrs.    $ 186.30

04/27/20    Follow up re discovery issues with counsel for WGACA defendants.

Theodore C. Max    .80 hrs.    $ 540.00

04/27/20    Corresponded with opposing counsel re call to discuss protective order; reviewed A. Hahn documents subject to potential claw back.

Dylan J. Price    .80 hrs.    $ 520.00

04/28/20    Emails and follow up with H.J. Paik and D. Price re WGACA document production and deficiencies; discussion re preparation for conference call with Chanel in-house team and discussion re documents; email to A. Maroon re Plaza Hotel and example of consumer confusion; email to L. Moffatt, R. Gruber and J. Bleys re conference call.

Theodore C. Max    2.80 hrs.    $ 1,890.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 29, 2020
Invoice 340039434
Page 12 of 15

## FEE DETAIL

04/28/20     Reviewed documents flagged for potential clawback re privilege; corresponded with opposing counsel re protective order issues and confidentiality designations on exhibits to letter brief; reviewed hot documents and prepared analysis of hot documents for use during client presentation; cross referenced products in hot documents with WGACA's spreadsheet; corresponded with counsel for Rago Brothers re offer to cover costs and production of missing spreadsheet information.

Dylan J. Price                          3.80 hrs.                          $ 2,470.00

04/28/20     Reviewed/analyzed WGACA hot documents; reviewed/analyzed Chanel documents in preparation of the privilege log.

Hyo Jin Paik                          .50 hrs.                          $ 147.50

04/29/20     Conference call with L. Moffatt, R. Gruber and J. Bleys re status of case and document production; discussion re status of discovery;  conference call with Chanel team (D. Price, H.J. Paik. T. Baker and B. Russell); discussion with D. Price re meet and confer conference with T. Kidde and postponement; email and teleconference with T. Baker re letter from WGACA Defendants' counsel to Judge Stanton.

Theodore C. Max                          3.60 hrs.                          $ 2,430.00

04/29/20     Prepared for and participated in conference call with client to discuss  status of discovery and hot documents produced by WGACA; prepared for and participated in call with opposing counsel re status of WGACA production;prepared follow-up email to opposing counsel re WGACA's document production; Reviewed WGACA's opposition to Chanel's motion re source materials.

Dylan J. Price                          3.60 hrs.                          $ 2,340.00

04/29/20     Prepared for an participated in team call on discovery issues and case strategy; reviewed submission by WGACA on source documents issue and reviewed case law and documents cited therein; conferred with T. Max regarding same; reviewed prior filings in connection with same.

Tyler E. Baker                          1.70 hrs.                          $ 1,062.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    May 29, 2020
Theodore C. Max                                                         Invoice 340039434
                                                                        Page 13 of 15

## **FEE DETAIL**

04/29/20        Reviewed/analyzed WGACA hot documents in preparation of call with client;
                participated in conference call with the client and T. Max and D. Price re: case status
                update and WGACA's production; participated in weekly team meeting with T. Max,
                D. Price, T. Baker and B. Russell; reviewed/analyzed privilege documents for Chanel's
                privilege log; reviewed/analyzed WGACA's letter to court re: discovery issues.

        Hyo Jin Paik                          3.70 hrs.                    $ 1,091.50

04/30/20        Follow up and prepare letter to Judge Stanton re request for opportunity to reply to
                letter of response by WGACA Defendants; review letter from WGACA Defendants;
                conference call with Judge Stanton's clerk re WGACA submission.

        Theodore C. Max                       1.80 hrs.                    $ 1,215.00

04/30/20        Conferred with T. Max and B. Rank on reply.  Drafted and revised letter to court on
                reply.  Reviewed WGACA submission on source discovery and drafted responsive
                arguments.  Reviewed production documents in connection with same and conferred
                with H. Paik.

        Tyler E. Baker                        2.20 hrs.                    $ 1,375.00

04/30/20        Reviewed/analyzed WGACA's letter to Court re: WGACA's suppliers;
                reviewed/analyzed factual record in preparation of Chanel's reply letter to Court re:
                WGACA's suppliers.

        Hyo Jin Paik                          1.80 hrs.                    $ 531.00

04/30/20        Emailed with T. Max and T. Baker re reply to defendants' letter; prepared same for e-
                filing and e-filed same.

        Bradley M. Rank                       .40 hrs.                     $ 112.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

May 29, 2020
Invoice 340039434
Page 14 of 15

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 32.70 | $ 675.00 | $ 22,072.50 |
| Dylan J. Price | 22.80 | $ 650.00 | $ 14,820.00 |
| Tyler E. Baker | 13.60 | $ 625.00 | $ 8,500.00 |
| Bridget J. Russell | 2.20 | $ 580.50 | $ 1,277.10 |
| Hyo Jin Paik | 38.40 | $ 295.00 | $ 11,328.00 |
| Bradley M. Rank | .40 | $ 280.00 | $ 112.00 |
| ███████ | ███ | ███ | ███ |
| Lauren E. Doucette | 2.60 | $ 300.00 | $ 780.00 |

**Total Fees for Professional Services**            **$ 60,100.55**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 03/20/20 | E-Discovery Monthly Data Hosting Fees, 130.44 Gigabytes. | 1,304.44 |
| 03/20/20 | E-Discovery Monthly External User Fees, 16 Users. | 1,104.00 |
| 04/02/20 | Westlaw research by Price, Dylan, on 4/2/2020. | 386.10 |
| 04/22/20 | Westlaw research by Russell, Bridget, on 4/22/2020. | 128.70 |
| | Document Production | 70.00 |

**Total Disbursements**            **$ 2,993.24**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                      May 29, 2020
Theodore C. Max                                                            Invoice 340039434
                                                                           Page 15 of 15

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 02/28/20 | 340036797 | 50,424.50 | 46,409.50 | 4,015.00 | 0.00 | $ 50,424.50 |
| 03/23/20 | 340037711 | 147,451.68 | 142,675.20 | 4,776.48 | 0.00 | 147,451.68 |
| 04/30/20 | 340038587 | 129,957.33 | 125,879.75 | 4,077.58 | 0.00 | 129,957.33 |
| | | | Total Outstanding Fees and Disbursements | | | $ 327,833.51 |
| | | | Interest on Outstanding A/R | | | 870.34 |
| | | | Fees and Disbursements Due for this Invoice | | | 63,093.79 |
| | | | **Total Due For This Matter** | | | **$ 391,797.64** |

## 2020 Billing History for Chanel vs Pines Vintage

| Date | Bill # | Matter Name | Month of Services Rendered | Total Billed | Status |
|---|---|---|---|---|---|
| 1/9/2020 | 340035512 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | December '19 | $82,549.79 | Settled |
| 2/28/2020 | 340036797 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | January '20 | $50,424.50 | Outstanding |
| 3/23/2020 | 340037711 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | February '20 | $147,451.68 | Outstanding |
| 4/28/2020 | 340038587 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | March '20 | $129,957.33 | Outstanding |
| 5/29/2020 | 340039434 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | April '20 | $63,093.79 | Outstanding |
| **GRAND TOTAL** | | | | **$473,477.09** | |

# June 2020 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                June 24, 2020
Chanel USA, Inc.                                       Invoice 340040154
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2020

| | | |
|---|---|---|
| Current Fees | $ 110,750.20 | |
| Current Disbursements | $ 8,322.59 | |
| Total Current Activity | | $ 119,072.79 |
| Total Due for This Invoice | | $ 119,072.79 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                        SMRH Tax ID 95-1463164
Head of Intellectual Property                                    June 24, 2020
Chanel USA, Inc.                                         Invoice 340040154
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2020

| | | |
|---|---|---|
| Current Fees | $ 110,750.20 | |
| Current Disbursements | $ 8,322.59 | |
| | | |
| Total Current Activity | | $ 119,072.79 |
| Total Due for This Invoice | | $ 119,072.79 |

## DUE IMMEDIATELY UPON RECEIPT
### Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    June 24, 2020
Theodore C. Max                                                                          Invoice 340040154
                                                                                         Page 2 of 19

FOR PROFESSIONAL SERVICES THROUGH 05/31/20

## **FEE DETAIL**

05/01/20    Prepare email to L. Moffatt, R. Gruber, J. Bleys and M. Garafalo re letters to Judge
            Stanton and replies; follow up with discovery issues.

            Theodore C. Max                          1.90 hrs.                    $ 1,282.50

05/01/20    Reviewed WGACA correspondence to court and conferred with H. Paik and T. Max
            regarding same.

            Tyler E. Baker                           .30 hrs.                     $ 187.50

05/01/20    Reviewed/analyzed factual record in preparation of Chanel's reply letter to Court re:
            WGACA's suppliers.

            Hyo Jin Paik                             .70 hrs.                     $ 206.50

05/04/20    Work on letter to Judge Stanton re clarification; follow up with T. Baker re same;
            review discovery and Court's order.

            Theodore C. Max                          1.10 hrs.                    $ 742.50

05/04/20    Reviewed documents produced by WGACA re The Plaza Hotel promotion and Ms.
            Paik's email summarizing the same.

            Dylan J. Price                           .30 hrs.                     $ 195.00

05/04/20    Reviewed Rago Brothers documents in connection with response to WGACA letter.

            Tyler E. Baker                           .50 hrs.                     $ 312.50

05/04/20    Reviewed/analyzed WGACA's new production; summarized key documents from the
            production for deposition preparations.

            Hyo Jin Paik                             1.40 hrs.                    $ 413.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 24, 2020
Invoice 340040154
Page 3 of 19

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 05/04/20 | Imported WGACA's production volume 5 into the Firm's document review platform and updated the search index in preparation for attorney review and searches. | | |
| | Lauren E. Doucette | .40 hrs. | $ 120.00 |
| 05/05/20 | Follow up with H.J. Paik re discovery produced by WGACA defendants; work on letter to Judge Stanton re clarification. | | |
| | Theodore C. Max | 1.30 hrs. | $ 877.50 |
| 05/05/20 | Reviewed and analyzed Court's order on letter motion re source materials and conferred with Mr. Max re the same. | | |
| | Dylan J. Price | .30 hrs. | $ 195.00 |
| 05/05/20 | Reviewed new court order on source documents.  Conferred with T. Max regarding same.  Began drafting new correspondence to court.  Reviewed production documents in connection with same.  Conferred with H. Paik regarding same. | | |
| | Tyler E. Baker | 2.40 hrs. | $ 1,500.00 |
| 05/05/20 | Conferred with T. Max and T. Baker re: discovery issues; reviewed/analyzed parties submissions, court order and factual record in preparation of motion for clarification and prepared potential exhibits. | | |
| | Hyo Jin Paik | 5.10 hrs. | $ 1,504.50 |
| 05/06/20 | Conference call with Chanel Team re strategy; conference call with T. Baker re Judge Stanton's order re first sale doctrine and discovery re source of  WGACA Chanel-branded products; follow up with D. Price re discovery deficiencies of WGACA Defendants. | | |
| | Theodore C. Max | 3.70 hrs. | $ 2,497.50 |
| 05/06/20 | Conference call to discuss Judge's ruling on motion re source information; Prepared email to opposing counsel re  ongoing meet and confer issues. | | |
| | Dylan J. Price | 1.20 hrs. | $ 780.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                   June 24, 2020
Theodore C. Max                                                                         Invoice 340040154
                                                                                        Page 4 of 19

## FEE DETAIL

05/06/20     Drafted new letter to court on discovery issues and performed legal research in
             connection with same.  Reviewed production documents and past correspondence
             between parties in connection with same.  Conferred with T. Max in connection with
             same.  Participated in team meeting on case issues and strategy.

                 Tyler E. Baker                    3.90 hrs.                    $ 2,437.50

05/06/20     Participated in weekly team status call w/T. Max, D. Price, T. Baker and B. Russell;
             reviewed/analyzed draft letter to court re: request for clarification; reviewed
             correspondence from WGACA re: discovery issues.

                 Hyo Jin Paik                      1.20 hrs.                    $ 354.00

05/07/20     Work on and follow up re Rago Brothers discovery and emails re Judge Stanton re
             discovery; emails re discovery requests to WGACA Defendants.

                 Theodore C. Max                   2.90 hrs.                    $ 1,957.50

05/07/20     Conferred with Mr. Max re strategy re seeking clarification from the Court on order re
             source documentation; Worked on response to letter from WGACA re status of
             WGACA's production and meet and confer issues raised by Chanel.

                 Dylan J. Price                    .90 hrs.                     $ 585.00

05/07/20     Conferred with T. Max on arguments for new letter to court.  Performed legal research
             on cases distinguishing Champion and conferred with T. Max regarding same.
             Conferred with H. Paik on exhibits for letter.   Revised letter to court and emailed with
             T. Max and D. Price on revisions.

                 Tyler E. Baker                    2.30 hrs.                    $ 1,437.50

05/07/20     Reviewed/analyzed draft letter to court re: request for clarification; reviewed
             correspondence from WGACA re: discovery issues; compiled exhibits re: letter to
             court; reviewed/analyzed factual record re: repairs.

                 Hyo Jin Paik                      2.40 hrs.                    $ 708.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 24, 2020
Invoice 340040154
Page 5 of 19

## **FEE DETAIL**

05/08/20     Review draft response to T. Kidde; discussion with D. Price re same; follow up with draft letter to Judge Stanton re clarification of Court's Order.

Theodore C. Max                   2.30 hrs.                  $ 1,552.50

05/08/20     Worked on Chanel's response to WGACA's meet and confer correspondence re outstanding discovery issues and the Court's order on Chanel's letter motion; Reviewed research re applicability of attorney client privilege and work product doctrine to paralegals; Analzyed Adrienne Hahn privilege issues.

Dylan J. Price                    3.60 hrs.                  $ 2,340.00

05/08/20     Revised letter to court and conferred with T. Max regarding same.

Tyler E. Baker                    .90 hrs.                   $ 562.50

████████        █████████████████████████████████████████
                ██████████████████████████

                  ███████████        █████████        █████████

05/10/20     Email to D. Price re draft email to T. Kidde re search terms and custodians and privilege logs; follow up with D. Price re same.

Theodore C. Max                   .60 hrs.                   $ 405.00

05/10/20     Revised letter to court on discovery order.

Tyler E. Baker                    .50 hrs.                   $ 312.50

05/11/20     Work on and review letter to Court re Order and request for clarification; review and revise Motion for Sealing Order; review and discuss response to T. Kidde on discovery issues.

Theodore C. Max                   3.30 hrs.                  $ 2,227.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                June 24, 2020
Theodore C. Max                                                     Invoice 340040154
                                                                   Page 6 of 19

## FEE DETAIL

05/11/20        Worked on response to ongoing meet and confer issues; Worked on letter to the Court
                seeking clarification of Court's May 5, 2020 discovery order; Prepared email to
                opposing counsel re Rago Brothers communications.

                Dylan J. Price                4.10 hrs.              $ 2,665.00

05/11/20        Conferred with T. Max on discovery points.  Reviewed production docs in connection
                with same.

                Tyler E. Baker                1.10 hrs.              $ 687.50

05/11/20        Reviewed/analyzed draft letter to court re: request for clarification; drafted motion to
                seal; reviewed/analyzed WGACA's Production No. 6.

                Hyo Jin Paik                  5.70 hrs.              $ 1,681.50

05/11/20        Reviewed Judge Stanton's rules re sealing motions; emailed with H. Paik re same.

                Bradley M. Rank               .30 hrs.              $ 84.00

█████         ████████████████████████

             ██████████        ████████        █████████

05/12/20        Emails and work with D. Price and H.J. Paik re preparation of letter to Judge Stanton re
                clarification of order; emails and prepare comments regarding email to T. Kidde and D.
                DeCarlo re discovery deficiencies; follow up regarding filing of letter to Judge Stanton.

                Theodore C. Max               3.60 hrs.              $ 2,430.00

05/12/20        Telephone call with Ted Max re letter seeking clarification; Reviewed and prepared
                response to email from opposing counsel re Rago Brothers' document production;
                Reviewed and revised letter to Judge Stanton seeking clarification.

                Dylan J. Price                5.30 hrs.              $ 3,445.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                     June 24, 2020
Theodore C. Max                                                                           Invoice 340040154
                                                                                          Page 7 of 19

## FEE DETAIL

05/12/20    Conferred with T. Max on issues regarding letter to Court.  Reviewed correspondence
            from opposing counsel.  Conferred with H. Paik on document confidentiality issues
            and Rago documents.  Finalized letter to court.

            Tyler E. Baker                        .60 hrs.                    $  375.00

05/12/20    Reviewed/analyzed and finalized letter to court re: request for clarification and
            exhibits; reviewed/revised and finalized motion to seal; reviewed/analyzed WGACA's
            response re: discovery disputes.

            Hyo Jin Paik                          6.00 hrs.                   $  1,770.00

05/12/20    Prepared and endorsed exhibits for filing.

            Steven Molina                         2.70 hrs.                   $  595.35

05/12/20    Reviewed Order re WGACA suppliers; discussed same with T. Max; reviewed draft
            letter re same; conferred with H. Paik re filing letter under seal/redacting same;
            prepared letters and exhibits for filing and e-filed same.

            Bradley M. Rank                       1.70 hrs.                   $  476.00

05/13/20    Emails and follow up with D. Price re response to emails from D. DeCarlo re Chanel
            production and additional requests for production; conference call re Chanel team;
            discussion with T. Baker re supplemental discovery in form of Requests for Production
            and Requests for Admission.

            Theodore C. Max                       2.60 hrs.                   $  1,755.00

05/13/20    Responded to meet and confer email from opposing counsel; discuss review of
            WGACA's latest document production and additional discovery to serve on WGACA;
            Reviewed letter from Court responding to Chanel's request for clarification.

            Dylan J. Price                        2.40 hrs.                   $  1,560.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 24, 2020
Invoice 340040154
Page 8 of 19

## FEE DETAIL

05/13/20    Participated in team weekly status call with T. Max, D. Price, T. Baker and B. Russell; reviewed/analyzed and annotated WGACA's marketing materials; prepared Rago Brothers production to send to WGACA.

Hyo Jin Paik                     3.90 hrs.                     $ 1,150.50

05/13/20    Reviewed letter order from Judge Stanton re sealing motion.

Bradley M. Rank                  .20 hrs.                      $ 56.00

05/14/20    Email to J. Bleys re WGACA chart and serial numbers; follow up with D. Price re chart and confidentiality; discussion and emails with D. Price re same and correspondence with D. DeCarlo; follow up re letter to Judge Stanton; conference call with D. Price re additional discovery.

Theodore C. Max                  2.10 hrs.                     $ 1,417.50

05/14/20    Strategized re response to WGACA re additional custodian searches; corresponded with opposing counsel re objection to attorneys' eyes only designations.

Dylan J. Price                   .60 hrs.                      $ 390.00

05/14/20    Reviewed/analyzed documents produced by WGACA re: supporting materials for on-going discovery dispute.

Hyo Jin Paik                     .70 hrs.                      $ 206.50

05/15/20    Work on and finalize letters to Judge Stanton regarding request for clarification and sealing of documents claimed as "Attorney's Eyes Only" by counsel for WGACA; work on and review supplemental Requests for Production and Requests for Admission; emails and telephone calls with T. Baker, B. Rank and H.J. Paik re same.

Theodore C. Max                  4.90 hrs.                     $ 3,307.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                          June 24, 2020
Theodore C. Max                                                           Invoice 340040154
                                                                              Page 9 of 19

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 05/15/20 | Reviewed and revised letter to Judge Stanton re confidentiality designations; worked on Chanel's Seventh Set of Document Requests to WGACA relating to Sun Li's "retouched items" email and WGACA's email advertisements. | | |
| | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |
| 05/15/20 | Reviewed and revised draft document requests.  Reviewed and revised draft requests for admission.  Reviewed previous discovery requests and responses in connection with same.  Conferred with T. Max and H. Paik regarding same.  Reviewed correspondence from opposing counsel and discussed case strategy with T. Max and D. Price. | | |
| | Tyler E. Baker | 3.10 hrs. | $ 1,937.50 |
| 05/15/20 | Reviewed/analyzed factual record and discovery requests; drafted additional discovery requests; conferred with T. Max and T. Baker re: discovery requests. | | |
| | Hyo Jin Paik | 3.30 hrs. | $ 973.50 |
| 05/15/20 | E-filed letter to judge re sealing motion. | | |
| | Bradley M. Rank | .30 hrs. | $ 84.00 |
| 05/18/20 | Follow up with D. Price and T. Baker re letter to Court re motion for clarification; follow up re discovery deficiencies of WGACA Defendants. | | |
| | Theodore C. Max | 1.30 hrs. | $ 877.50 |
| 05/18/20 | Reviewed documents in connection with privilege log. | | |
| | Tyler E. Baker | .50 hrs. | $ 312.50 |
| 05/19/20 | Email and follow up with D. Price re response to WGACA discovery demands; follow up with T. Baker re discovery and privilege log. | | |
| | Theodore C. Max | 2.20 hrs. | $ 1,485.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490　Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 24, 2020
Invoice 340040154
Page 10 of 19

## FEE DETAIL

05/19/20　　　Telephone call with Ted Max re letter brief re repair documents and advertisements; Strategized with Ms. Russell re letter brief; Worked on response to WGACA's further meet and confer correspondence re privilege logs and additional custodian searches

　　　　　　　Dylan J. Price　　　　　　　2.20 hrs.　　　　　　　$ 1,430.00

05/19/20　　　Conferred with H. Paik on discovery items.

　　　　　　　Tyler E. Baker　　　　　　　.50 hrs.　　　　　　　$ 312.50

05/20/20　　　Conference call with D. Price, T. Baker and H.J. Paik re status of project and privilege log; discussion re response to D. DeCarlo letter and motion to compel re WGACA deficiencies; conference call with T. Baker re response to D. DeCarlo letter motion re discovery.

　　　　　　　Theodore C. Max　　　　　　　3.10 hrs.　　　　　　　$ 2,092.50

05/20/20　　　Team call to discuss status of letter motion re further discovery and response to WGACA's latest meet and confer correspondence; Revised response to WGACA's further meet and confer correspondence; Reviewed Adrienne Hahn privilege log and hit count.

　　　　　　　Dylan J. Price　　　　　　　1.90 hrs.　　　　　　　$ 1,235.00

05/20/20　　　Prepared for and participated in team call on litigation issues and strategy. Reviewed articles and web links on Banana Republic sales of Chanel goods. Revised draft email to opposing counsel on discovery issues.

　　　　　　　Tyler E. Baker　　　　　　　.90 hrs.　　　　　　　$ 562.50

05/20/20　　　Strategize with team regarding ongoing discovery issues; email PageVault regarding collection of websites; review prior meet and confer correspondence and orders related to discovery; research New York case law related to discovery and false advertising.

　　　　　　　Bridget J. Russell　　　　　　　4.10 hrs.　　　　　　　$ 2,380.05

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 24, 2020
Invoice 340040154
Page 11 of 19

## FEE DETAIL

05/20/20     Participated in a weekly team status call with T. Max, D. Price, T. Baker and B. Russell; reviewed/analyzed privileged documents and compiled privilege log; reviewed/revised discovery dispute correspondence to WGACA.

Hyo Jin Paik                    2.90 hrs.              $  855.50

█████████    ████████████████

                  ██████████        ██████        ████████

05/20/20     Draft a revised privilege log on behalf of Chanel including all records coded as responsive and privileged that contain Ms. Hahn's email address within the To/From/CC/BCC fields.

Lauren E. Doucette              .40 hrs.              $  120.00

███████    █████████████████████████████████████

               ██████████        ██████        █████████

05/21/20     Review letter from D. DeCarlo to Court re discovery deficiencies; emails and teleconference with T. Baker and D. Price re response; email to B. Russell re letter re deficiencies re discovery; emails with D. Price re D. DeCarlo email re search terms and privilege logs and follow up.

Theodore C. Max                3.80 hrs.              $  2,565.00

05/21/20     Reviewed and analyzed WGACA's letter to the Court and strategized with team re Chanel's response to the same; reviewed and responded to further meet and confer emails from opposing counsel; Corresponded with opposing counsel re confidentiality designations.

Dylan J. Price                  2.70 hrs.              $  1,755.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 24, 2020
Invoice 340040154
Page 12 of 19

## FEE DETAIL

| 05/21/20 | Reviewed WGACA correspondence. Conferred with T. Max on response arguments. Conferred with D. Price and H. Paik on responsive arguments. Reviewed past RFAs in connection with response arguments. Drafted argument points. |

|  | Tyler E. Baker | 1.60 hrs. | $ 1,000.00 |

| 05/21/20 | Strategize re latest letter motion filed by defendants; review related correspondence and draft response; research caselaw re discovery scope and declarations; email re same. |

|  | Bridget J. Russell | 6.90 hrs. | $ 4,005.45 |

| 05/21/20 | Reviewed/analyzed WGACA's 5/21/20 letter to court; conferred with T. Max, T. Baker, D. Price and B. Russell re: responding to WGACA's 5/21 letter to court; reviewed/analyzed and summarized evidence needed for response to WGACA's 5/21 letter. |

|  | Hyo Jin Paik | 2.50 hrs. | $ 737.50 |

| 05/22/20 | Work on and review draft letter to Court in response to WGACA letter; discussion re Court response and next steps; follow up re no need for response and follow up re WGACA discovery deficiencies. |

|  | Theodore C. Max | 3.40 hrs. | $ 2,295.00 |

| 05/22/20 | Reviewed and revised draft letter to the Court; Revised further meet and confer email to opposing counsel; Reviewed Court's order on WGACA's sanctions request and conferred with Mr. Max re the same. |

|  | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |

| 05/22/20 | Conferred with team on issues for draft letter to court. Revised letter and reviewed documents in connection with same. Conferred with D. Price and T. Max on strategy and arguments. Reviewed order from court. Conferred with H. Paik on discovery. |

|  | Tyler E. Baker | 3.50 hrs. | $ 2,187.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 24, 2020
Invoice 340040154
Page 13 of 19

## FEE DETAIL

05/22/20     Continue drafting response to latest letter motion filed by defendants and letter motion to court re separate discovery issues; strategize re same with team; gather relevant exhibits for filing; research law re scope of trademark infringement discovery; email re same.

          Bridget J. Russell                    4.40 hrs.                    $ 2,554.20

05/22/20     Reviewed/revised letter and exhibits to Court in response to WGACA's 5/21/2020 letter re: discovery dispute and sanctions; conferred and strategized with T. Baker, D. Price and B.Russell re: the same.

          Hyo Jin Paik                          2.10 hrs.                    $  619.50

05/26/20     Work on and revise draft letter to Judge Stanton; conference call with T. Baker and D. Price re letter; call with H. Paik re questions re exhibits and revisions to letter.

          Theodore C. Max                       2.70 hrs.                    $ 1,822.50

05/26/20     Reviewed and revised letter motion re advertisements and repair documents.

          Dylan J. Price                        1.20 hrs.                    $  780.00

05/26/20     Revised motion to compel letter to court.  Conferred with T. Max and H. Paik regarding same.  Performed legal research in connection with same.  Further revised draft letter.

          Tyler E. Baker                        2.80 hrs.                    $ 1,750.00

05/26/20     Reviewed/analyzed WGACA's 5/21/20 letter to court; reviewed/analyzed and summarized evidence needed for response to WGACA's 5/21 letter; reviewed/analyzed privileged documents and updated privilege log.

          Hyo Jin Paik                          6.40 hrs.                    $ 1,888.00

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                     June 24, 2020
Theodore C. Max                                                                          Invoice 340040154
                                                                                          Page 14 of 19

## **FEE DETAIL**

▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮          ▮▮▮▮          ▮▮▮▮

05/27/20    Reviewed and revised letter to the Court re repair and advertising documents;
            Conferred with Messrs. Max and Baker re confidentiality issues.

            Dylan J. Price                    1.80 hrs.              $ 1,170.00

05/27/20    Conferred with H. Paik on exhibits for correspondence to court.  Reviewed same and
            conferred on confidentiality issues.  Conferred with T. Max on revisions to letter.
            Revised letter and performed additional legal research in connection with same.

            Tyler E. Baker                    3.70 hrs.              $ 2,312.50

05/27/20    Reviewed/revised Chanel's letter brief for motion to compel; reviewed and compiled
            exhibits to the letter brief; conferred with T. Baker and D. Price re: the letter brief.

            Hyo Jin Paik                      6.40 hrs.              $ 1,888.00

05/28/20    Work on and revise draft of letter to Judge Stanton re discovery deficiencies;
            conference call re WGACA status issues.

            Theodore C. Max                   4.10 hrs.              $ 2,767.50

05/28/20    Weekly team call to discuss action items; Reviewed and revised letter brief and
            corresponded with Mr. Max we the same.

            Dylan J. Price                    .90 hrs.              $ 585.00

▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
            ▮▮▮▮▮▮          ▮▮▮▮          ▮▮▮▮

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 24, 2020
Invoice 340040154
Page 15 of 19

## FEE DETAIL

| 05/28/20 | Revised letter to court.  Conferred with team on discovery issues.  Conferred with T. Max on new edits.  Further revised and proofed letter.  Reviewed exhibits. |
|---|---|

|  | Tyler E. Baker | 1.90 hrs. | $ 1,187.50 |
|---|---|---|---|

| 05/28/20 | Revise letter to Judge Stanton re outstanding discovery; email re same; strategize re outstanding discovery items and upcoming deadlines; review final letter; emails re same. |
|---|---|

|  | Bridget J. Russell | 1.30 hrs. | $ 754.65 |
|---|---|---|---|

| 05/28/20 | Reviewed/analyzed privileged documents for updating the privilege log. |
|---|---|

|  | Hyo Jin Paik | .40 hrs. | $ 118.00 |
|---|---|---|---|

| 05/28/20 | Prepared discovery letter for e-filing and e-filed same; coordinated delivery of courtesy copy. |
|---|---|

|  | Bradley M. Rank | .70 hrs. | $ 196.00 |
|---|---|---|---|

| 05/29/20 | Review T. Kidde email; follow up with D. Price re discovery and follow up with WGACA defendants re discovery and scheduling. |
|---|---|

|  | Theodore C. Max | 2.90 hrs. | $ 1,957.50 |
|---|---|---|---|

| 05/31/20 | Read and review email from T. Kidde re discovery and search terms for mail boxes and privilege log. |
|---|---|

|  | Theodore C. Max | .50 hrs. | $ 337.50 |
|---|---|---|---|

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 24, 2020
Invoice 340040154
Page 16 of 19

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 57.50 | $ 675.00 | $ 38,812.50 |
| Dylan J. Price | 33.00 | $ 650.00 | $ 21,450.00 |
| ███████████ | ████ | ███████ | ███████████ |
| Tyler E. Baker | 31.00 | $ 625.00 | $ 19,375.00 |
| Bridget J. Russell | 16.70 | $ 580.50 | $ 9,694.35 |
| ███████████ | ████ | ███████ | ███████████ |
| Hyo Jin Paik | 51.10 | $ 295.00 | $ 15,074.50 |
| Steven Molina | 2.70 | $ 220.50 | $ 595.35 |
| ███████████ | ████ | ███████ | ███████████ |
| Bradley M. Rank | 3.20 | $ 280.00 | $ 896.00 |
| ███████████ | ████ | ███████ | ███████████ |
| Lauren E. Doucette | .80 | $ 300.00 | $ 240.00 |

**Total Fees for Professional Services**              $ 110,750.20

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    June 24, 2020
Theodore C. Max                                                   Invoice 340040154
                                                                    Page 17 of 19

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 05/28/20 | Federal Express on 05/28/20 | 18.79 |
| 01/31/20 | Consilio, LLC - Inv. # INV122470 - Managed Document Review Services - Redactions | 20.00 |
| 02/29/20 | Consilio, LLC - INV126824- Managed Document Review Services- Redactions- February (Chanel Inc) | 105.00 |
| 05/06/20 | Westlaw research by Russell, Bridget, on 5/6/2020. | 128.70 |
| 05/07/20 | Westlaw research by Baker, Tyler, on 5/7/2020. | 257.40 |
| 05/07/20 | Westlaw research by Russell, Bridget, on 5/7/2020. | 1,158.30 |
| 05/08/20 | Westlaw research by Price, Dylan, on 5/8/2020. | 128.70 |
| 05/08/20 | Westlaw research by Russell, Bridget, on 5/8/2020. | 1,029.60 |
| 05/09/20 | Westlaw research by Russell, Bridget, on 5/9/2020. | 257.40 |
| 05/11/20 | Westlaw research by Russell, Bridget, on 5/11/2020. | 2,516.40 |
| 05/12/20 | Westlaw research by Russell, Bridget, on 5/12/2020. | 514.80 |
| 05/20/20 | Westlaw research by Russell, Bridget, on 5/20/2020. | 386.10 |
| 05/21/20 | Westlaw research by Russell, Bridget, on 5/21/2020. | 1,158.30 |
| 05/22/20 | Westlaw research by Russell, Bridget, on 5/22/2020. | 128.70 |
| 05/27/20 | Westlaw research by Baker, Tyler, on 5/27/2020. | 495.90 |
| | Duplication | 18.50 |

**Total Disbursements**                                          **$ 8,322.59**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 24, 2020
Invoice 340040154
Page 18 of 19

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 02/28/20 | 340036797 | 50,424.50 | 46,409.50 | 4,015.00 | 0.00 | $ 50,424.50 |
| 03/23/20 | 340037711 | 147,451.68 | 142,675.20 | 4,776.48 | 0.00 | 147,451.68 |
| 04/30/20 | 340038587 | 129,957.33 | 125,879.75 | 4,077.58 | 0.00 | 129,957.33 |
| 05/29/20 | 340039434 | 63,093.79 | 60,100.55 | 2,993.24 | 0.00 | 63,093.79 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 390,927.30 |
| Interest on Outstanding A/R | 4,126.44 |
| Fees and Disbursements Due for this Invoice | 119,072.79 |
| **Total Due For This Matter** | **$ 514,126.53** |

## 2020 Billing History for Chanel vs Pines Vintage

| Date | Bill # | Matter Name | Month of Services Rendered | Total Billed | Status |
|---|---|---|---|---|---|
| 1/9/2020 | 340035512 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | December '19 | $82,549.79 | Settled |
| 2/28/2020 | 340036797 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | January '20 | $50,424.50 | Outstanding |
| 3/23/2020 | 340037711 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | February '20 | $147,451.68 | Outstanding |
| 4/28/2020 | 340038587 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | March '20 | $129,957.33 | Outstanding |
| 5/29/2020 | 340039434 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | April '20 | $63,093.79 | Outstanding |
| 6/4/2020 | 340040154 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | May '20 | $119,072.79 | Outstanding |
| **GRAND TOTAL** | | | | **$592,549.88** | |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

June 24, 2020
Invoice 340040154
Page 19 of 19

# July 2020 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
July 15, 2020
Invoice 340040803

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2020

| | | |
|---|---|---|
| Current Fees | $ 127,904.85 | |
| Current Disbursements | $ 4,348.12 | |
| Total Current Activity | | $ 132,252.97 |
| Total Due for This Invoice | | $ 132,252.97 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                       SMRH Tax ID 95-1463164
Head of Intellectual Property                                     July 15, 2020
Chanel USA, Inc.                                            Invoice 340040803
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2020

| | | |
|---|---|---|
| Current Fees | $ 127,904.85 | |
| Current Disbursements | $ 4,348.12 | |
| Total Current Activity | | $ 132,252.97 |
| Total Due for This Invoice | | $ 132,252.97 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298          Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 2 of 21

FOR PROFESSIONAL SERVICES THROUGH 06/30/20

## **FEE DETAIL**

06/01/20     Emails and conference call with D. Price re WGACA  new request for  search terms and privilege log discussions; discussion re discovery schedule and follow up.

Theodore C. Max              1.60 hrs.              $ 1,080.00

06/01/20     Worked on Chanel's response to WGACA's further meet and confer email re document custodians and privilege log issues.,

Dylan J. Price              1.70 hrs.              $ 1,105.00

06/02/20     Follow up with D. Price re discovery issues and deficiencies of WGACA production; discussion re follow up regarding discovery and follow up re WGACA requests; email with H.J. Paik re discovery and questions re 2015 letter from B. Solomon to WGACA.

Theodore C. Max              2.10 hrs.              $ 1,417.50

06/02/20     Conferred with T. Max and revised correspondence to opposing counsel.

Tyler E. Baker              .50 hrs.              $ 312.50

06/02/20     Conferred with T. Baker re: privilege log issues in preparation of weekly Chanel status meeting.

Hyo Jin Paik              .30 hrs.              $ 88.50

06/03/20     ██████████████████████████████████████
            ████████████████████████████████████████████
            ██████████████████████████████████████
            ████████████████████████████████████████████
            ████████████████████████████████████████████
            ████████████

            ██████████████        ████████        █ ████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 3 of 21

## **FEE DETAIL**

06/03/20      Conferred call re litigation and status; Reviewed Chanel's privilege log and conferred with team re the same;

         Dylan J. Price          1.20 hrs.          $ 780.00

06/03/20      Prepared for and participated in Chanel conference call re litigation and discovery issues.

         Tyler E. Baker          1.70 hrs.          $ 1,062.50

06/03/20      Participated on weekly team status call with T. Max, T. Baker, D. Price and B. Russell; reviewed/analyzed documents in preparation of the updated privilege log.

         Hyo Jin Paik          2.70 hrs.          $ 796.50

06/04/20      ███████████████████████████████

         ████████      ██████      ██████

06/04/20      Reviewed email from opposing counsel concerning Chanel's position re fake tissue box holder offered for sale by WGACA and conferred with M. Max re the same; worked on letter to opposing counsel re discovery issues.

         Dylan J. Price          1.70 hrs.          $ 1,105.00

06/04/20      Revised correspondence to opposing counsel.  Conferred with T. Max and D. Price regarding same.  Email to Christie's regarding subpoena demands.  Reviewed correspondence from opposing counsel and conferred with T. Max and D. Price concerning same.  Drafted response to opposing counsel.

         Tyler E. Baker          1.40 hrs.          $ 875.00

06/04/20      Reviewed/analyzed and redacted privileged documents; revised privilege log; reviewed correspondence from WGACA re: their reply to Court re: Chanel 5/28 letter.

         Hyo Jin Paik          6.50 hrs.          $ 1,917.50

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    July 15, 2020
Theodore C. Max                                                          Invoice 340040803
                                                                         Page 4 of 21

## FEE DETAIL



06/05/20        Conferred with T. Max and D. Price on reply letter issues;  reviewed draft in
                connection with same.

                Tyler E. Baker                  .80 hrs.                  $  500.00

06/05/20        Reviewed/analyzed WGACA's letter to court re: Chanel's motion to compel;
                reviewed/analyzed and redacted privileged documents.

                Hyo Jin Paik                    3.70 hrs.                 $  1,091.50

06/07/20        Email and follow up re draft letter to Judge Stanton re WGACA discovery and
                distinction between counterfeit, fake and refurbished, repaired, and refinished Chanel
                handbags.

                Theodore C. Max                 1.60 hrs.                 $  1,080.00

06/07/20        Worked on reply letter to Judge Stanton re motion to compel repair documents and
                website listings.

                Dylan J. Price                  2.50 hrs.                 $  1,625.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 5 of 21

## FEE DETAIL

06/07/20    Revised correspondence to court on discovery issues; emailed with T. Max and D. Price regarding same.

   Tyler E. Baker      1.10 hrs.    $ 687.50

06/08/20    Work on and edit draft letter to Judge Stanton and discussion with H.J. Paik and D. Price re exhibits; report on status of case to Chanel attorneys on conference call; follow up with D. Price and T. Baker re draft letter to Judge Stanton re factual inaccuracies in WGACA letter to the Court; follow up with J. Bleys re counterfeit Chanel bags and stolen authenticity cards in 2015.

   Theodore C. Max     1.90 hrs.    $ 1,282.50

06/08/20    

06/08/20    Revised reply correspondence to court on discovery issues.  Performed legal research in connection with same.  Conferred with T. Max and D. Price regarding same; further revised correspondence to court and prepared for filing.

   Tyler E. Baker      2.80 hrs.    $ 1,750.00

06/08/20    Reviewed/analyzed WGACA's Production No. 7; reviewed/analyzed Chanel's additional production; reviewed/revised Chanel's motion to compel reply and cite-checked the same; drafted joint letter and proposed order to Court re: discovery extension.

   Hyo Jin Paik      4.00 hrs.    $ 1,180.00

06/08/20

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 6 of 21

## FEE DETAIL

06/09/20    Review documents re B. Solomon cease and desist letter to WGACA from 2015; work on and revise draft email to D. DeCarlo re counterfeit Chanel handbags referenced in letter to Judge Stanton; emails re filing of letter to Judge Stanton; discussion with D. Price re follow up on extension of time for completion of discovery; discussion re follow up with T. Kidde and T. Kidde emails.

Theodore C. Max              1.10 hrs.              $ 742.50

06/09/20    Reviewed and analyzed counterfeit listings on WGACA's spreadsheet; reviewed prior cease and desist correspondence with WGACA concerning allegedly counterfeit products; reviewed and revised email to opposing counsel re counterfeit bags.

Dylan J. Price              1.70 hrs.              $ 1,105.00

06/09/20    Reviewed/analyzed Chanel's additional production re: WGACA's additional search terms; reviewed/analyzed and redacted privileged documents and updated the privilege log.

Hyo Jin Paik              5.20 hrs.              $ 1,534.00

06/10/20    Prepare draft email to D. DeCarlo in response to request re counterfeit Chanel handbags; email to H.J. Paik re same; email to J. Bleys, L. Moffatt, R. Gruber and M. Garafalo re same; review WGACA Responses to Requests for Admission; email and follow up with D. Price re same; conference call with Chanel team.

Theodore C. Max              2.60 hrs.              $ 1,755.00

06/10/20    Team call to discuss recent developments in WGACA re counterfeit bags and scheduling order extension; revised letter to Judge Stanton and related joint stipulation to extend scheduling order deadlines; reviewed WGACA's Seventh Set of Requests for Production to Chanel; reviewed further meet and confer correspondence from opposing counsel.

Dylan J. Price              2.60 hrs.              $ 1,690.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                         July 15, 2020
Theodore C. Max                                                      Invoice 340040803
                                                                        Page 7 of 21

## **FEE DETAIL**

06/10/20        Conferred with T. Max on Joint Letter and Case Management Order.  Prepared for and
                participated in call with opposing counsel on joint letter and civil Case Management
                Order and case issues.

                        Tyler E. Baker                 1.20 hrs.              $  750.00

06/10/20        Reviewed/analyzed Chanel's additional production re: WGACA's additional search
                terms; reviewed/analyzed and redacted privileged documents and updated the privilege
                log.

                        Hyo Jin Paik                   3.90 hrs.              $  1,150.50

06/11/20        Email and follow up with J. Bleys re ███████████████████████████████; follow up
                re same; email and follow up with D. Price re draft proposal re Stipulation and Order to
                extend discovery deadlines and draft letter to Judge Stanton.

                        Theodore C. Max                1.30 hrs.              $  877.50

06/11/20        Reviewed/analyzed Chanel's additional production re: WGACA's additional search
                terms; redacted privileged documents; reviewed/analyzed WGACA's Production Set 7
                and RFA Set 2 response; drafted deficiency letter to WGACA re: their Production Set
                7.

                        Hyo Jin Paik                   8.20 hrs.              $  2,419.00

06/11/20        ████████████████████████████████████████████████████████
                ██████████████████

                        ███████████████        ████████████        ████████████

06/12/20        Follow up with D. Price re draft letter to Judge Stanton re scheduling and draft
                Stipulation and Order; emails and follow up with D. Price re same.

                        Theodore C. Max                2.30 hrs.              $  1,552.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 8 of 21

## FEE DETAIL

06/12/20    Corresponded with opposing counsel re stipulation and joint letter to Judge Stanton; Reviewed and revised joint stipulation based on comments from opposing counsel.

Dylan J. Price                              .90 hrs.                    $ 585.00

06/12/20    Reviewed/analyzed Chanel's additional production re: WGACA's additional search terms; redacted privileged documents; conferred with Lit Support re: production preparations; reviewed joint letter re: further extension of pre-trial dates and assisted with filing the same.

Hyo Jin Paik                               5.20 hrs.                  $ 1,534.00

06/12/20    Prepared letter motion and stipulation to extend discovery deadlines for e-filing and e-filed same.

Bradley M. Rank                            .40 hrs.                    $ 112.00

06/12/20    ███████████████████████████████████████
            ██████████████████████████
            ██████████          ████████          ████████

06/12/20    Identify duplicative email communications within the production set of documents to review that contain the new search terms agreed upon by the parties and update the searches to identify the most inclusive email for attorney review and analysis.

Lauren E. Doucette                         .30 hrs.                    $ 90.00

06/15/20    Emails re Response to Discovery Requests; draft email to D. DeCarlo and responses to discovery;  email to L. Moffatt, R. Gruber, J. Bleys and M. Garafalo re ████████████ ████████████████; follow up with J. Bleys re ████████████████.

Theodore C. Max                            4.30 hrs.                  $ 2,902.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 9 of 21

## FEE DETAIL

06/15/20      Reviewed email from D. DeCarlo re Chanel's identification of counterfeit bags sold by
WGACA;  telephone call with Ted Max re DeCarlo emaill; reviewed WGACA's
responses to Chanel's Seventh Set Document Requests.

            Dylan J. Price                        .70 hrs.                    $  455.00

06/16/20      Email to J. Bleys re status of review of WGACA spreadsheet ; conference call with D.
Price re Judge Stanton's Order; follow up and work on email to D. DeCarlo re
counterfeits.

            Theodore C. Max                    3.40 hrs.                    $ 2,295.00

06/16/20      Reviewed correspondence with client re counterfeit bags and stolen identification
cards; Reviewed and analyzed Court's order denying Chanel's motion to compel and
conferred with Mr. Max re the same.

            Dylan J. Price                        .70 hrs.                    $  455.00

06/16/20      Reviewed/analyzed Chanel's additional production re: WGACA's additional search
terms; redacted privileged documents; conferred with T. Max re: privilege log updates
and privileged documents; reviewed/analyzed the Court's June 16th order re: Chanel's
motion to compel.

            Hyo Jin Paik                        3.20 hrs.                    $  944.00

06/16/20      Emailed with team re status of request for extension of discovery deadlines.

            Bradley M. Rank                      .10 hrs.                    $   28.00

06/17/20      Teleconference with Ted Max re status of case, discovery, and motion for leave to
amend.

            Jill M. Pietrini                      .70 hrs.                    $  472.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 10 of 21

## FEE DETAIL

06/17/20    Conference call with D. Price and T. Baker re response to D. DeCarlo email re
counterfeits and review of Judge Stanton's Order re Discovery and discussion of
possible motion for reconsideration; email to J. Bleys re ███████████
████████████████████████████████████.

    Theodore C. Max           4.90 hrs.         $ 3,307.50

06/17/20    Telephone call with team to discuss Court's denying Chanel's motion to compel and
strategy in response thereto; reviewed Court's order granting stipulation to extend
discovery schedule; reviewed research re motion for reconsideration.

    Dylan J. Price           1.70 hrs.         $ 1,105.00

06/17/20    Participated in team call on litigation strategy and discovery issues.  Performed legal
research in connection with motion for reconsideration.

    Tyler E. Baker           1.70 hrs.         $ 1,062.50

06/17/20    Reviewed/analyzed documents for Chanel's Responses for Requests for Production Set
5; reviewed/analyzed and compiled WGACA's advertising materials; participated in
weekly team call with T. Max, D. Price, T. Baker and B. Russell re: Court's motion to
compel order and other upcoming motions and discovery matters.

    Hyo Jin Paik           3.70 hrs.         $ 1,091.50

06/17/20    Emailed with T. Baker re deadline to file motion for reargument.

    Bradley M. Rank           .10 hrs.         $ 28.00

06/18/20    Work on and draft email to D. DeCarlo; follow up with discovery issues and response
to DeCarlo regarding Farfetch production issues and counterfeiting issues; follow up
with J. Bleys re counterfeiting.

    Theodore C. Max           4.30 hrs.         $ 2,902.50

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 11 of 21

## **FEE DETAIL**

06/18/20       Reviewed and analyzed and checked for quality control Chanel's Production Set 5; conferred with T. Max re: privilege log updates and privileged documents; reviewed/analyzed case background materials and drafted discovery deficiency letter to WGACA.

        Hyo Jin Paik                                     5.30 hrs.                              $ 1,563.50

06/18/20       Reviewed Judge's rules and local rules re motion for reargument; emailed with T. Baker re same.

        Bradley M. Rank                                 .30 hrs.                                $ 84.00

06/18/20       ███████████████████████████████████████████
                ██████████████████████████████████████████
                █████████████████████████
                ████████████         ████████         █████████

06/19/20       Emails with J. Bleys re counterfeits; review ██████████████████
                ████████; read and review D. DeCarlo emails; work on and draft response to D. DeCarlo email.

        Theodore C. Max                                4.20 hrs.                              $ 2,835.00

06/19/20       Reviewed and analyzed ███████████████████████; performed research re serial number 10218184; reviewed email from WGACA re additional document searches and Far Fetched discovery; reviewed client documents for FarFetched related materials; arranged for translation of police report from authentication card thefts; reviewed and analyzed WGACA privilege log.

        Dylan J. Price                                   1.90 hrs.                              $ 1,235.00

06/19/20       Reviewed and revised correspondence to opposing counsel;  conferred with T. Max regarding same and on litigation strategy points.  performed research on counterfeit damages law.

        Tyler E. Baker                                   1.10 hrs.                              $ 687.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 12 of 21

## FEE DETAIL



06/19/20

06/19/20    Reviewed WGACA's correspondence re: discovery meet and confer; reviewed and compiled documents in the factual record and additional evidence received from Chanel in preparation of Chanel's response to WGACA's discovery meet and confer.

Hyo Jin Paik                   1.70 hrs.                   $ 501.50

06/19/20    Reviewed "So Ordered" Stipulation Extending Discovery Deadlines.

Bradley M. Rank                .40 hrs.                    $ 112.00

06/19/20    Reviewed Defendants' Eighth Set of Document Requests to Plaintiff.

Bradley M. Rank                .10 hrs.                    $ 28.00

06/19/20

06/22/20    Review multiple correspondence with opposing counsel re discovery disputes; review order on counterfeit products and identification of same; review correspondence with client re discovery issues and discovery disputes; review order continuing pre-trial dates.

Jill M. Pietrini               2.00 hrs.                   $ 1,350.00

06/22/20    Review Chanel chart re WGACA sales and review re counterfeits; follow up with B. Russell re refurbishment, repair and refinishing; teleconference with D. Price re strategy ad follow up;  discussion with H.J. Paik re review of privilege log questions; review discovery issues with D. Price re D. DeCarlo correspondence.

Theodore C. Max               4.30 hrs.                   $ 2,902.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 13 of 21

## FEE DETAIL

06/22/20    Telephone call with Ted Max re strategy for client's settlement discussions with
WGACA and responses to outstanding meet and confer issues; reviewed client
documents relating to FarFetch and relationship between FarFetch and Chanel;
prepared response to meet and confer email from opposing counsel re production of
FarFetch documents and expanded search terms.

Dylan J. Price                 6.50 hrs.                 $ 4,225.00

06/22/20    Conferred with T. Max on discovery strategy points;  began drafting motion and
performed legal research in connection with same.

Tyler E. Baker                 1.70 hrs.                 $ 1,062.50

06/22/20    Conducted additional searches per WGACA's request; reviewed/analyzed documents
re: Farfetch.

Hyo Jin Paik                   1.70 hrs.                 $ 501.50

06/22/20    Reviewed Judge Stanton's order denying Chanel's motion to compel; docketed
deadlines pursuant to same.

Leigh A. Tencza                .40 hrs.                  $ 108.00

06/23/20    Review motion to compel Defendant's advertisements, repair documents, and policies
concerning authentication and all briefing; review order thereon; review local rules re
motion for reconsideration; telephone conference with Ted Max re same.

Jill M. Pietrini               1.90 hrs.                 $ 1,282.50

06/23/20    Review Rago Brothers information; review and revise draft email to D. DeCarlo re
counterfeits; follow up re same; discussion with H.J. Paik re discovery and privilege
log; discussion with T. Baker re Christies; email to D. Price re review of Chanel
mailboxes and new custodians.

Theodore C. Max                3.20 hrs.                 $ 2,160.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    July 15, 2020
Theodore C. Max                                                                    Invoice 340040803
                                                                                       Page 14 of 21

## **FEE DETAIL**

06/23/20     Prepared spreadsheets identifying counterfeit and repaired items to send to WGACA;
             Telephone calls with Ted Max re counterfeit products identified to date; Reviewed FF
             documents previously produced and conferred with Hyo Jin Paik re the same.

             Dylan J. Price                          2.80 hrs.                    $ 1,820.00

06/23/20     Reviewed Christie's production documents and notes from prior call.  Conferred with
             H. Paik on document production items.  Prepared for and conducted call with Christie's
             regarding subpoena items.  Conferred with T. Max regarding same.  Revised
             correspondence to opposing counsel.

             Tyler E. Baker                          2.30 hrs.                    $ 1,437.50

06/23/20     Conducted additional searches per WGACA's request; reviewed/analyzed documents
             re: Farfetch; conferred with T. Baker re: Christie's subpoena; reviewed case materials
             and drafted discovery deficiency meet and confer to WGACA.

             Hyo Jin Paik                            4.70 hrs.                    $ 1,386.50

06/23/20     Review and analysis of spreadsheet and acquire data re various item categories and
             corresponding item serial numbers.

             William Z. Gutman                       2.30 hrs.                    $ 838.35

06/23/20     ██████████████████████████████████████████████████
             ████

                          ████████████        ████████        ████████

06/23/20     ██████████████████████████████████████

                          ████████████        ████████        ████████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                              July 15, 2020
Theodore C. Max                                                            Invoice 340040803
                                                                            Page 15 of 21

## FEE DETAIL

06/24/20    Emails and conference call with H.J. Paik re privilege log and documents re same;
            emails and calls with D. Price re email to D. DeCarlo re discovery and additional
            searches and sea4rch terms; read email from T. Baker re damages; conference call and
            emails with J. Bleys re ▮▮▮▮▮▮▮ and follow up re same.

            Theodore C. Max                       4.40 hrs.                    $ 2,970.00

06/24/20    Team call to discuss recent discovery served by WGACA; counterfeit identification
            issues and strategy for settlement discussions; Reviewed Farfetch SEC filings for
            information concerning its relationship with Chanel; Reviewed and revised response to
            Dan DeCarlo re far fetch and additional search terms.

            Dylan J. Price                        2.70 hrs.                    $ 1,755.00

06/24/20    Participated in team call regarding litigation issues;  reviewed production documents;
            drafted new legal arguments in connection with new correspondence to opposing
            counsel and performed legal research in connection with same;  conferred with t; max
            on upcoming submissions and related arguments;  reviewed materials from client
            relating to counterfeit/stolen goods.

            Tyler E. Baker                        3.50 hrs.                    $ 2,187.50

06/24/20    Reviewed case materials and drafted discovery deficiency meet and confer to
            WGACA; participated in weekly team call.

            Hyo Jin Paik                          4.80 hrs.                    $ 1,416.00

06/24/20    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
            ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

                      ▮▮▮▮▮▮▮           ▮▮▮▮▮          ▮▮▮▮▮

06/25/20    Emails to Chanel team re stolen Chanel items; follow up re draft email to D. DeCarlo
            re counterfeits; email and follow up with J. Bleys re same re ▮▮▮▮▮▮▮▮▮▮
            ▮▮▮▮▮▮

            Theodore C. Max                       2.20 hrs.                    $ 1,485.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 16 of 21

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 06/25/20 | Reviewed stolen product chart; telephone call with Ted Max re strategy for settlement discussion. | | |
| | Dylan J. Price | .60 hrs. | $ 390.00 |
| 06/25/20 | Conferred with T. Max on discovery issues. | | |
| | Tyler E. Baker | .40 hrs. | $ 250.00 |
| 06/25/20 | Reviewed case materials and drafted discovery deficiency meet and confer to WGACA; reviewed and checked on finalized Chanel's Production Set 5. | | |
| | Hyo Jin Paik | 4.80 hrs. | $ 1,416.00 |
| 06/25/20 | Follow-up re review of spreadsheet concerning various item categories and corresponding item serial numbers. | | |
| | William Z. Gutman | .50 hrs. | $ 182.25 |
| 06/25/20 | ███████████████████████ ███████████      ██████      ███████ | | |
| 06/25/20 | Prepared additional document productions on behalf of Chanel including creating images of all responsive, non-privileged records, Bates stamping all records, segregating documents to be produced natively, and exporting load files in compliance with the production specifications. | | |
| | Lauren E. Doucette | 2.30 hrs. | $ 690.00 |
| 06/26/20 | Conference call with J. Bleys re ████████████████████ ████████████; email and conference call with D. Price re response to D. DeCarlo email re Farfetch and discussion re background facts and review of documents re same; discussion with R. Gruber re same; work on and revise draft response to D. DeCarlo re counterfeits and refurbished, repaired and refinished CHANEL-branded items; follow up with B. Russell re stolen items and draft motion for reconsideration. | | |
| | Theodore C. Max | 4.30 hrs. | $ 2,902.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 17 of 21

## FEE DETAIL

| | | | |
|---|---|---|---|
| 06/26/20 | Conferred with Ted Max re FarFetch and production. | | |
| | Dylan J. Price | 1.50 hrs. | $ 975.00 |
| 06/26/20 | Conferred with H. Paik and B. Russell on motion for reconsideration; reviewed order in connection with same and performed related legal research. | | |
| | Tyler E. Baker | 1.00 hrs. | $ 625.00 |
| 06/26/20 | Reviewed case materials and drafted discovery deficiency meet and confer to WGACA; conferred with T. Baker and B. Russell re: motion for reconsideration; reviewed/analyzed case law in preparation of motion to dismiss. | | |
| | Hyo Jin Paik | 7.20 hrs. | $ 2,124.00 |
| 06/26/20 | Docketed deadline to respond to defendants Ninth Request for Production of Documents. | | |
| | Leigh A. Tencza | .20 hrs. | $ 54.00 |
| 06/27/20 | Work on and revise draft email to D. DeCarlo; emails to L. Moffatt, R. Gruber and J. Bleys re same; emails with J. Bleys and D. Price re follow up. | | |
| | Theodore C. Max | 1.10 hrs. | $ 742.50 |
| 06/27/20 | Reviewed case materials and drafted discovery deficiency meet and confer to WGACA; reviewed/analyzed case law in preparation of motion for reconsideration. | | |
| | Hyo Jin Paik | 2.30 hrs. | $ 678.50 |
| 06/28/20 | Emails and follow up re draft email to D. DeCarlo; follow up with D. Price; revised email to L. Moffatt, R. Gruber and J. Bleys. | | |
| | Theodore C. Max | 1.80 hrs. | $ 1,215.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 18 of 21

## FEE DETAIL

06/28/20    Reviewed and revised letter to WGACA re counterfeit Chanel-branded products identified by Chanel.

   Dylan J. Price      1.80 hrs.     $ 1,170.00

06/29/20    Review documents produced by Christie's auction house; review hot documents produced by WGACA; review internal Chanel repair documents; review Chanel presentation to U.S. Customs re counterfeits; correspondence with opposing counsel re counterfeit products and amendment to complaint; review settlement terms for call with in-house counsel; confer with Ted Max and Dylan Price re same.

   Jill M. Pietrini      3.60 hrs.     $ 2,430.00

06/29/20    Work on and finalize draft email to T. Kidde and D. DeCarlo re WGACA counterfeiting and repair, refurbishing and refinishing; prepare package for R. Gruber settlement meeting, including counterfeits, refurbishment, repair and refinishing; prepare articles re Chanel counterfeits and settlement positions; discussion with H. Paik regarding letter re meet and confer re discovery issues; email and follow up with D. Price re same.

   Theodore C. Max     5.20 hrs.     $ 3,510.00

06/29/20    Worked on settlement strategy; Reviewed correspondence from opposing counsel re counterfeits and Chanel's request for leave to amend; Telephone call with Ted Max re settlement strategy.

   Dylan J. Price      .60 hrs.     $ 390.00

06/29/20    Reviewed/revised letter to WGACA re: counterfeits; reviewed/analyzed factual record for supporting evidence re: letter to WGACA re: counterfeits and for settlement negotiation; reviewed/analyzed WGACA's Request For Production Set 7 and drafted response thereto; revised discovery meet and confer letter to WGACA.

   Hyo Jin Paik      5.00 hrs.     $ 1,475.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 19 of 21

## **FEE DETAIL**

06/30/20    Teleconference with Ted Max re settlement strategy for case and ▮▮▮▮▮▮ ▮▮▮▮▮▮ .

        Jill M. Pietrini                                    .40 hrs.                    $ 270.00

06/30/20    Prepare emails with background documents for settlement meeting between R. Gruber and F. Bober; emails and follow up with R. Gruber; discussion re motion for reconsideration of discovery decision; follow up with R. Gruber re settlement issues and bullet points; follow up with J. Pietrini and D. Price re next steps and strategy; follow up and research re insurance coverage of counterfeiting claims.

        Theodore C. Max                                4.70 hrs.                    $ 3,172.50

06/30/20    Telephone call with Ted Max re settlement meeting and strategy for proposed second settlement meeting and potential mediation.

        Dylan J. Price                                    .40 hrs.                    $ 260.00

06/30/20    Conferred with T. Max and H. Paik on motion for reconsideration, discovery items, and settlement issues.

        Tyler E. Baker                                    .70 hrs.                    $ 437.50

06/30/20    Reviewed case factual background and drafted discovery responses to WGACA's RFP Sets 7-9.

        Hyo Jin Paik                                    3.10 hrs.                    $ 914.50

06/30/20    Complete review and analysis of spreadsheet concerning various item categories and corresponding item serial numbers.

        William Z. Gutman                                .40 hrs.                    $ 145.80

06/30/20    Conferred with T. Max re motion to amend and motion for reconsideration.

        Bradley M. Rank                                    .30 hrs.                    $ 84.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 20 of 21

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 8.60 | $ 675.00 | $ 5,805.00 |
| Theodore C. Max | 76.20 | $ 675.00 | $ 51,435.00 |
| Dylan J. Price | 40.00 | $ 650.00 | $ 26,000.00 |
| Tyler E. Baker | 21.90 | $ 625.00 | $ 13,687.50 |
| ██████████ | ████ | ████ | ████ |
| Hyo Jin Paik | 87.20 | $ 295.00 | $ 25,724.00 |
| William Z. Gutman | 3.20 | $ 364.50 | $ 1,166.40 |
| ██████████ | | | |
| Leigh A. Tencza | .60 | $ 270.00 | $ 162.00 |
| Bradley M. Rank | 1.70 | $ 280.00 | $ 476.00 |
| ██████████ | ████ | ████ | ████ |
| Lauren E. Doucette | 2.60 | $ 300.00 | $ 780.00 |

**Total Fees for Professional Services**                                    **$ 127,904.85**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 04/20/20 | E-Discovery Monthly Data Hosting Fees, 129.64 Gigabytes. | 1,296.39 |
| 04/20/20 | E-Discovery Monthly External User Fees, 16 Users. | 1,104.00 |
| 06/24/20 | Federal Express on 06/24/20 | 44.38 |
| 06/29/20 | Federal Express on 06/29/20 | 66.65 |
| 06/22/20 | ULD LA - United Litigation Discovery Inc - Inv32477 - Native Processing | 70.00 |
| 06/07/20 | Westlaw research by Baker, Tyler, on 6/7/2020. | 517.50 |
| 06/08/20 | Westlaw research by Baker, Tyler, on 6/8/2020. | 128.70 |
| 06/19/20 | Westlaw research by Baker, Tyler, on 6/19/2020. | 128.70 |
| 06/22/20 | Westlaw research by Price, Dylan, on 6/22/2020. | 367.20 |
| 06/24/20 | Westlaw research by Baker, Tyler, on 6/24/2020. | 109.80 |
| 06/29/20 | Westlaw research by Russell, Bridget, on 6/29/2020. | 514.80 |

**Total Disbursements**                                    **$ 4,348.12**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

July 15, 2020
Invoice 340040803
Page 21 of 21

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/24/20 | 340040154 | 119,072.79 | 110,750.20 | 8,322.59 | 0.00 | $ 119,072.79 |
| | | | Total Outstanding Fees and Disbursements | | | $ 119,072.79 |
| | | | Interest on Outstanding A/R | | | 7,089.97 |
| | | | Fees and Disbursements Due for this Invoice | | | 132,252.97 |
| | | | **Total Due For This Matter** | | | **$ 258,415.73** |

## 2020 Billing History for Chanel vs Pines Vintage

| Date | Bill # | Matter Name | Month of Services Rendered | Total Billed | Status |
|---|---|---|---|---|---|
| 1/9/2020 | 340035512 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | December '19 | $82,549.79 | Settled |
| 2/28/2020 | 340036797 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | January '20 | $50,424.50 | Settled |
| 3/23/2020 | 340037711 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | February '20 | $147,451.68 | Settled |
| 4/28/2020 | 340038587 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | March '20 | $129,957.33 | Settled |
| 5/29/2020 | 340039434 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | April '20 | $63,093.79 | Settled |
| 6/4/2020 | 340040154 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | May '20 | $119,072.79 | Outstanding |
| 7/15/2020 | 340040803 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | June ' 20 | $132,252.97 | Outstanding |
| | | **GRAND TOTAL** | | **$724,802.85** | |

**<u>Aug. 2020 Invoice</u>**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*__Please return this page with your payment.__*

Lora Moffatt, Esq.                                        SMRH Tax ID 95-1463164
Head of Intellectual Property                                   August 27, 2020
Chanel USA, Inc.                                          Invoice 340041867
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2020

| | | |
|---|---|---|
| Current Fees | $ 126,730.35 | |
| Current Disbursements | $ 8,569.06 | |
| Total Current Activity | | $ 135,299.41 |
| Total Due for This Invoice | | $ 135,299.41 |

## DUE IMMEDIATELY UPON RECEIPT

### Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:        Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA   ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St   Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

Lora Moffatt, Esq.                                         SMRH Tax ID 95-1463164
Head of Intellectual Property                                     August 27, 2020
Chanel USA, Inc.                                             Invoice 340041867
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2020

| | | |
|---|---|---|
| Current Fees | $ 126,730.35 | |
| Current Disbursements | $ 8,569.06 | |
| Total Current Activity | | $ 135,299.41 |
| Total Due for This Invoice | | $ 135,299.41 |

---

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:      Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St      Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298      Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 2 of 18

FOR PROFESSIONAL SERVICES THROUGH 07/31/20

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 07/01/20 | Work on and prepare email to T. Kidde and D. DeCarlo re discovery deficiencies; emails re Rule 26(a) disclosures and failure to produce insurance policies. | | |
| | Theodore C. Max | 3.60 hrs. | $ 2,430.00 |
| 07/01/20 | Conference call with Chanel Team; reviewed omnibus spreadsheet of WGACA sales and repair data; Reviewed case law on production of insurance policies. | | |
| | Dylan J. Price | 1.30 hrs. | $ 845.00 |
| 07/01/20 | Prepared for and participated in team call on case strategy and discovery issues. Performed legal research in connection with insurance agreements issue. | | |
| | Tyler E. Baker | 1.20 hrs. | $ 750.00 |
| 07/01/20 | Participated on a weekly team call with T. Max, D. Price and T. Baker; reviewed case factual background and drafted discovery responses to WGACA's RFP Sets 7-9. | | |
| | Hyo Jin Paik | 1.10 hrs. | $ 324.50 |
| 07/02/20 | Email and conference call with R. Gruber re settlement and settlement meeting and follow up re same; draft email to D. DeCarlo; follow up re WGACA insurance agreements; review and revise draft Chanel Second Amended Complaint. | | |
| | Theodore C. Max | 2.90 hrs. | $ 1,957.50 |
| 07/02/20 | Reviewed and compiled case background materials in preparation of Third Amended Complaint. | | |
| | Hyo Jin Paik | .40 hrs. | $ 118.00 |
| 07/03/20 | Work on and draft email to D. DeCarlo re counterfeits and to T. Kidde re insurance policies; review and revise draft WGACA Amended Complaint. | | |
| | Theodore C. Max | 1.40 hrs. | $ 945.00 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 3 of 18

## **FEE DETAIL**

07/03/20       Conferred with T. Max on draft amended complaint.

                   Tyler E. Baker                          .40 hrs.              $ 250.00

07/06/20       Work on and revise draft email to D. DeCarlo and email to R. Gruber re same; email to
                   J. Bleys and L. Moffatt re outstanding discovery and follow up re same; discussion
                   with R. Gruber re ███████████████.

                   Theodore C. Max                      3.10 hrs.           $ 2,092.50

07/06/20       Reviewed case factual background and drafted discovery responses to WGACA's RFP
                   Sets 7-9.

                   Hyo Jin Paik                          1.00 hrs.            $ 295.00

07/07/20       Email to L. Moffatt re follow up discovery and mailbox searches; email and follow up
                   with J. Bleys re ████████████████; follow up with R. Gruber re
                   ██████████████████; work on and revise draft emaiil to D. DeCarlo.

                   Theodore C. Max                      5.20 hrs.           $ 3,510.00

07/07/20       Revised draft settlement proposal points.

                   Tyler E. Baker                          .20 hrs.              $ 125.00

07/07/20       Drafted discovery responses to WGACA's RFP Set 8; reviewed/analyzed case law re:
                   refurbished goods and disclosures.

                   Hyo Jin Paik                          1.50 hrs.            $ 442.50

07/08/20       Conference call with Chanel team re █████████████████; draft email
                   to R. Gruber re ██████████████; emails to D. DecCarlo re
                   insurance policies; follow up with J. Bleys re █████████████.

                   Theodore C. Max                      5.60 hrs.           $ 3,780.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 4 of 18

## FEE DETAIL

| | | | |
|---|---|---|---|
| 07/08/20 | Reviewed/analyzed factual record and drafted discovery responses to WGACA's RFPs; reviewed Chanel's production re: WGACA's additional custodians and search terms. | | |
| | Hyo Jin Paik | 4.00 hrs. | $ 1,180.00 |
| 07/09/20 | Work on letter regarding WGACA discovery deficiencies; follow-up regarding WGACA Insurance Policies; email to D. DeCarlo Initial Disclosure of Insurance Policies; email to J. Bleys regarding ███████████████. | | |
| | Theodore C. Max | 3.90 hrs. | $ 2,632.50 |
| 07/09/20 | Prepared response to email from opposing counsel re Chanel's production of documents; telephone call with Ted Max re additional counterfeit Chanel bags and recent correspondence form opposing counsel. | | |
| | Dylan J. Price | .50 hrs. | $ 325.00 |
| 07/09/20 | Revised correspondence to opposing counsel.  Conferred with team on discovery issues. | | |
| | Tyler E. Baker | .60 hrs. | $ 375.00 |
| 07/09/20 | Reviewed/revised and cite checked discovery meet and confer letter to WGACA; reviewed Chanel's production re: WGACA's additional custodians and search terms. | | |
| | Hyo Jin Paik | 1.50 hrs. | $ 442.50 |
| 07/10/20 | Work on and finalize draft letter re WGACA discovery deficiencies; email to L. Moffatt re supplemental discovery and search terms; emails and follow up re D. DeCarlo email re counterfeit items; teleconference with H.J. Paik and D. Price re same.; emails and follow up with J. Bleys re additional counterfeits sold by WGACA; work on and review Response to Requests for Production; email to H.J. Paik re same; email to A. Akhavan re translation of Italian new article re Bianchi and Nardi matter. | | |
| | Theodore C. Max | 4.10 hrs. | $ 2,767.50 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 5 of 18

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 07/10/20 | Reviewed and revised Chanel's meet and confer letter to WGACA; telephone call with Ted Max re client's further investigation into items sold by WGACA; reviewed and revised Chanel's response to WGACA's requests for production. | | |
| | Dylan J. Price | 1.60 hrs. | $ 1,040.00 |
| 07/10/20 | ███████████████████ | | |
| | ██████████ | ██████ | ████████ |
| 07/10/20 | Reviewed/revised and finalized discovery responses to WGACA and discovery deficiency letter to WGACA; reviewed/analyzed client report and WGACA production re: counterfeit items sold by WGACA. | | |
| | Hyo Jin Paik | 3.50 hrs. | $ 1,032.50 |
| 07/10/20 | █████████████████████████████ | | |
| | ██████████ | ██████ | █████0 |
| 07/13/20 | Received WGACA email and review regarding counterfeiting claims; email to D. Price, T. Baker  and J. Pietrini regarding translation of news article regarding Bianchi Nardi factory; email to R. Gruber regarding Bianchi Nardi case; review WGACA documents regarding Japanese repairs; email to J. Bleys regarding ███████████; emails and conference call with H. Paik regarding research of "counterfeit" and theft of trademark goods. | | |
| | Theodore C. Max | 3.30 hrs. | $ 2,227.50 |
| 07/13/20 | Reviewed/analyzed case law re: counterfeiting in preparation of response to WGACA correspondence; reviewed/analyzed factual record re: WGACA's counterfeiting activities; revised RFP responses to serve on WGACA. | | |
| | Hyo Jin Paik | 2.60 hrs. | $ 767.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 6 of 18

## FEE DETAIL

07/14/20      Emails and follow up with J. Bleys re counterfeit items on WGACA list; email to M. Garafalo re same; follow up re Corti stolen authenticity cards; read and review emails from D. DeCarlo re same.; emails re Farfetch discovery issues; follow up re 11 counterfeits and backup.

         Theodore C. Max          3.10 hrs.          $ 2,092.50

07/14/20      Revised correspondence to opposing counsel;  emailed with T. Max re research and strategy.

         Tyler E. Baker          .40 hrs.          $ 250.00

07/14/20      Reviewed/analyzed case law re: counterfeiting; reviewed/analyzed factual record re: WGACA's sale of counterfeit items; reviewed and revised discovery response draft to WGACA.

         Hyo Jin Paik          2.40 hrs.          $ 708.00

07/15/20      Email to D. DeCarlo re photograph of cosmetic bag in Chanel possession; email and follow up with L. Moffatt re case overview and settlement; follow up with Farfetch discovery requests and discovery issues; discussion re further mailbox searches and discovery.

         Theodore C. Max          2.80 hrs.          $ 1,890.00

07/15/20      Team call to discuss counterfeit and ongoing meet and confer discussions with WGACA; worked on response to DeCarlo email re counterfeit and repaired Chanel items.

         Dylan J. Price          2.40 hrs.          $ 1,560.00

07/15/20      Conferred with Chanel Team on case strategy and discovery issues;  revised correspondence on discovery issues.

         Tyler E. Baker          1.50 hrs.          $ 937.50

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 7 of 18

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 07/15/20 | Reviewed/analyzed case law re: counterfeiting; reviewed/analyzed factual record re: WGACA's sale of counterfeit items; drafted and revised discovery response draft for WGACA's RFP Sets 8 and 9; participated in weekly team status call with T. Max, D. Price and T. Baker. | | |
| | Hyo Jin Paik | 5.50 hrs. | $ 1,622.50 |
| 07/16/20 | Follow up re WGACA discovery and WGACA's additional ESI search requests; email and discussion with D. Price re same; conference call with L. Moffatt re same and status of case. | | |
| | Theodore C. Max | 4.10 hrs. | $ 2,767.50 |
| 07/16/20 | Insurance policy review and analysis; telephone call with Ted Max re discovery requests and follow up. | | |
| | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |
| 07/16/20 | Reviewed/analyzed case law re: counterfeiting; drafted and revised discovery response draft for WGACA's RFP Sets 8 and 9. | | |
| | Hyo Jin Paik | 2.10 hrs. | $ 619.50 |
| 07/17/20 | Follow up re WGACA discovery deficiencies; emails with D. Price and H. Paik re same; email with M. Garafalo re questions re authenticity. | | |
| | Theodore C. Max | 2.10 hrs. | $ 1,417.50 |
| 07/17/20 | Corresponded with opposing counsel re Chanel's meet and confer letter and telephone call to discuss the issues raised therein; reviewed further correspondence from opposing counsel re Chanel's identification of counterfeit bags under the Court's discovery protocol and analyzed the same. | | |
| | Dylan J. Price | 1.20 hrs. | $ 780.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 8 of 18

## FEE DETAIL

| | | | |
|---|---|---|---|
| 07/17/20 | Reviewed/analyzed WGACA's RFP Set 9; reviewed/analyzed WGACA's additional discovery requests; reviewed/revised privilege log. | | |
| | Hyo Jin Paik | 1.00 hrs. | $ 295.00 |
| 07/19/20 | Reviewed/analyzed WGACA's RFP Set 9 and drafted responses thereto. | | |
| | Hyo Jin Paik | 1.20 hrs. | $ 354.00 |
| 07/20/20 | Emails and follow up with J. Bleys re ███████████; work on and review Responses to WGACA's Eighth Set of Requests for Production; email to L. Moffatt and R. Gruber re counterfeit bags and language re same; emails re WGACA authentication; emails to A. Hahn re ██████████. | | |
| | Theodore C. Max | 3.50 hrs. | $ 2,362.50 |
| 07/20/20 | Reviewed and revised draft responses to WGACA's eighth set of document demands; Corresponded with counsel for WGACA re meet and confer call and privilege log; Reviewed and revised email to opposing counsel re counterfeit bags identified by Chanel. | | |
| | Dylan J. Price | 1.40 hrs. | $ 910.00 |
| 07/20/20 | Revised and finalized response to WGACA's RFP Set 8; reviewed/analyzed factual record re: WGACA's authentication procedure. | | |
| | Hyo Jin Paik | 1.50 hrs. | $ 442.50 |
| 07/21/20 | Teleconference with Ted Max re additional counterfeits sold by Defendant. | | |
| | Jill M. Pietrini | .30 hrs. | $ 202.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 9 of 18

## **FEE DETAIL**

07/21/20        Emails with J. Bleys and R. Gruber re ███████████████████████████
                ████████████████; email to WGACA counsel re meet and confer; review and revise
                WGACA Ninth Set of Requests for Production;review L. Moffatt email re ████████████
                ██████████████; emails with R. Gruber re ████████████████████; conference call with
                Chanel representatives re ████████████.

        Theodore C. Max                          3.20 hrs.                    $ 2,160.00

07/21/20        Telephone call with Ted Max re Far Fetch discovery; reviewed meet and confer email
                from opposing counsel re Chanel's responses to WGACA's eighth set of document
                requests; reviewed and analyzed privilege log documents.

        Dylan J. Price                              3.20 hrs.                    $ 2,080.00

07/21/20        Conferred with Litigation Support re: finalizing privilege log; reviewed/revised the
                privilege log; reviewed/analyzed factual record and parties' correspondences in
                preparation of discovery meet and confer meeting.

        Hyo Jin Paik                                1.50 hrs.                    $ 442.50

07/21/20        Docketed deadline to respond to Defendants' Fifth Set of Amended Interrogatories to
                Plaintiff.

        Leigh A. Tencza                             .30 hrs.                     $ 81.00

07/21/20        ████████████████████████████████████████████

                █████████████████            ████████            ████████████

07/22/20        Review email from L. Moffatt re email re counterfeiting; review emails for privilege
                and discussions re same;emails re Bianchi Nardi and new article re same; review and
                revise draft Responses to Requests for Production.

        Theodore C. Max                          4.30 hrs.                    $ 2,902.50

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 10 of 18

## **FEE DETAIL**

07/22/20    Conference call with Chanel Team re outstanding projects and assignments; reviewed and responded to email from Tom Kidde re meet and confer call; reviewed documents flagged for privilege review; corresponded with opposing counsel re meet and confer conference; prepared responses to further meet and confer emails from opposing counsel; reviewed WGACA's third set of interrogatories.

| | | |
|---|---|---|
| Dylan J. Price | 3.60 hrs. | $ 2,340.00 |

07/22/20    Prepared for and participated in team call regarding case strategy and discovery issues.

| | | |
|---|---|---|
| Tyler E. Baker | 1.20 hrs. | $ 750.00 |

07/22/20    Conferred with Lit Support re: finalizing privilege log; reviewed/revised the privilege log; reviewed and prepared documents for Chanel's next production; participated in weekly team status call with T. Max, D. Price, T. Baker and B. Russell.

| | | |
|---|---|---|
| Hyo Jin Paik | 4.90 hrs. | $ 1,445.50 |

07/22/20    Review the serial numbers and identify the associated SKU numbers; double checked completed assignment

| | | |
|---|---|---|
| Lisa S. Rodriguez | 2.70 hrs. | $ 777.60 |

07/22/20    ██████████████████████████████████
            ██████████████████

            ████████       ████████       ████████

07/23/20    Emails and preparation for meet and confer call with WGACA counsel;  meet and confer call with WGACA counsel; email to T. Kidde and D. DeCarlo; follow up re Farfetch issues; call with D. Price re discovery issues and strategy re WGACA Requests for Production; work on email re counterfeits.

| | | |
|---|---|---|
| Theodore C. Max | 5.30 hrs. | $ 3,577.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 11 of 18

## FEE DETAIL

07/23/20    Prepared for and participated in meet and confer call with opposing counsel; reviewed and revised Chanel's responses to WGACA's ninth set of requests for production; reviewed Chanel's internal chart for WGACA sales to determine whether stolen serial numbers were associated with any Chanel products; reviewed and revised email to WGACA based on meet and confer call; reviewed FarFetch documents for production.

Dylan J. Price                      6.90 hrs.                   $ 4,485.00

07/23/20    Conferred with Litigation Support re: finalizing the privilege log; reviewed/revised the privilege log; reviewed discovery meet and confer correspondences with WGACA in preparation of the meet and confer; conferred and strategized with T. Max and D. Price re: the discovery meet and confer; participated in discovery meet and confer with T. Max, D. Price and WGACA's counsels; summarized discovery meet and confer meeting call for the team; reviewed/compiled documents to send to WGACA per meet and confer.

Hyo Jin Paik                        8.00 hrs.                   $ 2,360.00

07/23/20    ███████████████████████████████████████

         ████████████        ████████        ████████

07/23/20    Docketed deadline to respond to Defendants' Sixth Set of Interrogatories to Plaintiff.

Leigh A. Tencza                     .20 hrs.                    $ 54.00

07/24/20    Emails and follow up re Supplemental Discovery; email re Farfetch and discovery issues; conference calls with D. Price and H.J. Paik re discovery; follow up re questions re counterfeiting and email to WGACA re counterfeit items; emails re privilege issues.

Theodore C. Max                     3.90 hrs.                   $ 2,632.50

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 12 of 18

## **FEE DETAIL**

07/24/20     Call with Ted Max and Hyo Jin Paik re privilege log issues; Reviewed and revised
Chanel's privilege log; Reviewed WGACA's meet and confer letter concerning
Chanel's responses to WGACA's discovery re Farfetch; Reviewed prior meet and
confer correspondence re Alain Werthheimer and John Galantic emails.

Dylan J. Price                         3.30 hrs.                   $ 2,145.00

07/24/20     Revised privilege log per instructions from D. Price; conferred with Lit Support re:
edits to the privilege log; finalized the privilege log; reviewed/analyzed discovery meet
and confer correspondences from opposing counsel in preparation of upcoming 7/28
discovery meet and confer.

Hyo Jin Paik                         8.90 hrs.                   $ 2,625.50

07/24/20     Reviewed and formatted Chanel Privilege Log for filing.

Steven Molina                         .30 hrs.                   $ 66.15

07/24/20     ██████████████████████

           ████████              ███              ███████

07/26/20     Worked on response to WGACA's meet and confer correspondence; Reviewed
Farfetch documents.

Dylan J. Price                         3.60 hrs.                   $ 2,340.00

07/27/20     Conference call with R. Gruber, L. Moffatt, J. Bleys and M. Garafalo re ████████
           ████████████  and scheduling re depositions; prepare email to WGACA counsel re
counterfeits; discussion with D. Price and H.J. Paik re supplemental discovery
responses; email to L. Moffatt and R. Gruber re ████████████████████████
           ████████████.

Theodore C. Max                         4.70 hrs.                   $ 3,172.50

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    August 27, 2020
Theodore C. Max                                                                          Invoice 340041867
                                                                                         Page 13 of 18

## **FEE DETAIL**

07/27/20    Telephone call with Ted Max re counterfeit and Farfetch meet and confer issues;
            reviewed documentation regarding Italian factory litigation; reviewed 11th Circuit
            decision re counterfeiting; performed research re apex depositions and obligation to
            produce documents in the possession, custody or control of foreign affiliates; reviewed
            Farfetch related documents.

            Dylan J. Price                          5.80 hrs.                    $ 3,770.00

07/27/20    Participated in a call with client, T. Max and D. Price re: discovery issues;
            reviewed/analyzed correspondences and factual record in preparation of 7/28 discovery
            meet and confer with WGACA.

            Hyo Jin Paik                            2.40 hrs.                    $  708.00

07/27/20    Updated saved searches to match Cahnel Privilege log.

            Dmitry B. Iofe                          .60 hrs.                     $  186.30

07/28/20    Emails to R. Gruber re Farfetch issues and follow up re same; prepare email to D.
            DeCarlo and T. Kidde re counterfeit bags and issues re same; conference call with D.
            DeCarlo, T. Kidde and J. Kim re meet and confer issues; follow up re same; read case
            re counterfeiting issues of proof and questions re "plausibility" standard.

            Theodore C. Max                         5.60 hrs.                    $ 3,780.00

07/28/20    Telephone call with Ted Max re email from WGACA refusing to comply with the
            Court's discovery protocol; Prepared outline of issues for meet and confer call with
            opposing counsel; Reviewed and analyzed Farfetch agreement and correspondence
            relating thereto; Prepared for and participated in meet and confer call with WGACA;
            Worked on Chanel's supplemental responses to Defendants Interrogatory No. 12 and
            Requests for Production, Set 8.

            Dylan J. Price                          6.80 hrs.                    $ 4,420.00

07/28/20    Participated in discovery meet and confer with WGACA and T. Max and D. Price;
            reviewed/analyzed documents .

            Hyo Jin Paik                            4.60 hrs.                    $ 1,357.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 14 of 18

## **FEE DETAIL**

07/29/20    Email re ▇▇▇▇▇▇▇ L. Moffat and R. Gruber and meet and confer issues; draft
follow up email to D. DeCarlo and T. Kidde re Farfetch issues; email with R. Gruber,
L. Moffatt, J. Bleys and M. Garafalo re ▇▇▇▇▇▇ and follow up; review and
revise draft Supplemental Responses WGACA's Eighth Set of Requests for Production;
discussion with H. Paik re motion to compel re counterfeits; review Supplemental
Interrogatory Responses re OpSec.

    Theodore C. Max          4.10 hrs.          $ 2,767.50

07/29/20    Chanel Team conference call regarding outstanding tasks and assignments; Worked on
subpoena to Banana Republic; Prepared for and attended call with client to discuss
▇▇▇▇▇▇▇▇; Prepared spreadsheets re counterfeit items
for production; Reviewed John Galantic privilege emails.

    Dylan J. Price          5.30 hrs.          $ 3,445.00

07/29/20    Conferred with team on litigation strategy and discovery issues.  Conferred with T.
Max on discovery responses.  Revised draft discovery response.

    Tyler E. Baker          1.60 hrs.          $ 1,000.00

07/29/20    Reviewed/analyzed documents in response to WGACA's additional discovery requests;
participated in a telephone conference with client and T. Max and D. Price re:
discovery issues; participated in team weekly status update call with T. Max, D. Price
and T. Baker; reviewed/analyzed case law re: plausibility in preparation of Chanel's
motion to compel; drafted motion to compel.

    Hyo Jin Paik          7.60 hrs.          $ 2,242.00

07/29/20    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇

    ▇▇▇▇▇▇          ▇▇▇▇          ▇▇▇▇

07/29/20    Drafted additional privilege searches to segregate documents in question by opposing
counsel for further attorney review.

    Lauren E. Doucette          .20 hrs.          $ 60.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                            August 27, 2020
Theodore C. Max                                                                  Invoice 340041867
                                                                                 Page 15 of 18

## FEE DETAIL

07/30/20    Work on and prepare response to email re  "Meet and Confer"; work on and review
            Supplemental Response to Eighth Set of Requests for Production; email and follow up
            with R. Gruber re ███████████████████████████████████████.

            Theodore C. Max                     5.90 hrs.              $ 3,982.50

07/30/20    Telephone call with Ted Max re response to WGACA's summary of meet and confer
            call; prepared response to opposing counsel's summary of meet and confer call.

            Dylan J. Price                       2.70 hrs.              $ 1,755.00

07/30/20    Drafted motion to compel documents re: counterfeits; reviewed/analyzed documents in
            response to WGACA's additional discovery requests.

            Hyo Jin Paik                         7.50 hrs.              $ 2,212.50

07/30/20    ███████████████████████████████████

            ███████████          █████          █████

07/31/20    Read and review WGACA motion for a protective order and Bober Declaration;
            conference call with H. J. Paik and D. Price regarding same; email to Chanel in-house
            counsel regarding motion for a protective order.

            Theodore C. Max                     2.90 hrs.              $ 1,957.50

07/31/20    Reviewed and revised Chanel's supplemental responses to WGACA's eight set of
            document requests and third set of interrogatories; reviewed and analyzed WGACA's
            motion for protective order and prepared outline of Chanel's response.

            Dylan J. Price                       2.70 hrs.              $ 1,755.00

07/31/20    Reviewed/revised and finalized Chanel's supplemental discovery requests to WGACA;
            reviewed/analyzed WGACA's letter to Court re: counterfeiting allegations;
            reviewed/analyzed case law in preparation of opposition to WGACA's letter to court
            re: counterfeiting allegations.

            Hyo Jin Paik                         2.00 hrs.              $ 590.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 16 of 18

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | .30 | $ 675.00 | $ 202.50 |
| Theodore C. Max | 88.60 | $ 675.00 | $ 59,805.00 |
| Dylan J. Price | 54.10 | $ 650.00 | $ 35,165.00 |
| Tyler E. Baker | 7.10 | $ 625.00 | $ 4,437.50 |
| ███████ | ████ | ████ | |
| Hyo Jin Paik | 76.70 | $ 295.00 | $ 22,626.50 |
| Steven Molina | .30 | $ 220.50 | $ 66.15 |
| Lisa S. Rodriguez | 2.70 | $ 288.00 | $ 777.60 |
| Leigh A. Tencza | .50 | $ 270.00 | $ 135.00 |
| ███████ | ████ | ████ | ████ |
| Lauren E. Doucette | .20 | $ 300.00 | $ 60.00 |

**Total Fees for Professional Services**          **$ 126,730.35**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                    August 27, 2020
Theodore C. Max                                                          Invoice 340041867
                                                                         Page 17 of 18

## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 06/25/20 | NPD Logistics. Invoice# 1472-2070. Order# 237.062520. By: Tom Parisi. To: 172 East 4th Street, Apt 12D, New York, NY | 51.13 |
| 05/20/20 | E-Discovery Monthly Data Hosting Fees, 130.85 Gigabytes | 1,308.48 |
| 05/20/20 | E-Discovery Monthly External User Fees, 16 Users. | 1,104.00 |
| 06/30/20 | E-Discovery Monthly Data Hosting Fees, 132.94 Gigabytes. | 1,329.45 |
| 06/30/20 | E-Discovery Monthly External User Fees, 16 Users. | 1,104.00 |
| 07/01/20 | Westlaw research by Price, Dylan, on 7/1/2020. | 128.70 |
| 07/01/20 | Westlaw research by Baker, Tyler, on 7/1/2020. | 128.70 |
| 07/13/20 | Westlaw research by Paik, Hyo Jin, on 7/13/2020. | 329.40 |
| 07/14/20 | Westlaw research by Paik, Hyo Jin, on 7/14/2020. | 128.70 |
| 07/15/20 | Westlaw research by Paik, Hyo Jin, on 7/15/2020. | 257.40 |
| 07/16/20 | Westlaw research by Paik, Hyo Jin, on 7/16/2020. | 128.70 |
| 07/27/20 | Westlaw research by Price, Dylan, on 7/27/2020. | 734.40 |
| 07/28/20 | Westlaw research by Paik, Hyo Jin, on 7/28/2020. | 128.70 |
| 07/29/20 | Westlaw research by Price, Dylan, on 7/29/2020. | 128.70 |
| 07/30/20 | Westlaw research by Price, Dylan, on 7/30/2020. | 1,321.20 |
| 07/30/20 | Westlaw research by Paik, Hyo Jin, on 7/30/2020. | 128.70 |
| 07/31/20 | Westlaw research by Paik, Hyo Jin, on 7/31/2020. | 128.70 |

**Total Disbursements**                                                  **$ 8,569.06**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

August 27, 2020
Invoice 340041867
Page 18 of 18

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 07/15/20 | 340040803 | 132,252.97 | 127,904.85 | 4,348.12 | 0.00 | $ 132,252.97 |
| | | | Total Outstanding Fees and Disbursements | | | $ 132,252.97 |
| | | | Interest on Outstanding A/R | | | 7,089.97 |
| | | | Fees and Disbursements Due for this Invoice | | | 135,299.41 |
| | | | **Total Due For This Matter** | | | **$ 274,642.35** |

## 2020 Billing History for Chanel vs Pines Vintage

| Date | Bill # | Matter Name | Month of Services Rendered | Total Billed | Status |
|---|---|---|---|---|---|
| 1/9/2020 | 340035512 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | December '19 | $82,549.79 | Settled |
| 2/28/2020 | 340036797 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | January '20 | $50,424.50 | Settled |
| 3/23/2020 | 340037711 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | February '20 | $147,451.68 | Settled |
| 4/28/2020 | 340038587 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | March '20 | $129,957.33 | Settled |
| 5/29/2020 | 340039434 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | April '20 | $63,093.79 | Settled |
| 6/4/2020 | 340040154 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | May '20 | $119,072.79 | Settled |
| 7/15/2020 | 340040803 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | June ' 20 | $132,252.97 | Outstanding |
| 8/27/2020 | 340041867 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | July '20 | $135,299.41 | Outstanding |
| **GRAND TOTAL** | | | | **$860,102.26** | |

# Sept. 2020 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Lora Moffatt, Esq.                                                  SMRH Tax ID 95-1463164
Head of Intellectual Property                                       September 17, 2020
Chanel USA, Inc.                                                    Invoice 340042535
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2020

| | | |
|---|---|---|
| Current Fees | $ 187,265.30 | |
| Current Disbursements | $ 4,913.99 | |
| Total Current Activity | | $ 192,179.29 |
| Total Due for This Invoice | | $ 192,179.29 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **<u>Electronic Payments</u>** | **<u>Payment by Check</u>** | **<u>Overnight Mail Delivery</u>** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>            Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                      SMRH Tax ID 95-1463164
Head of Intellectual Property                              September 17, 2020
Chanel USA, Inc.                                           Invoice 340042535
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2020

| | | |
|---|---|---|
| Current Fees | $ 187,265.30 | |
| Current Disbursements | $ 4,913.99 | |
| Total Current Activity | | $ 192,179.29 |
| Total Due for This Invoice | | $ 192,179.29 |

## DUE IMMEDIATELY UPON RECEIPT

### Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298     Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 2 of 24

FOR PROFESSIONAL SERVICES THROUGH 08/31/20

## **FEE DETAIL**

07/31/20    Research and retrieve book re counterfeiting from Matthew Bender & Company.

Liliana Nunez                    .20 hrs.                $  16.20

08/02/20    Worked on Chanel's opposition to WGACA's motion for protective order.

Dylan J. Price                   .80 hrs.                $  520.00

08/02/20    Reviewed/analyzed case law in preparation of opposition to WGACA's letter to court
re: counterfeiting allegations.

Hyo Jin Paik                     .60 hrs.                $  177.00

08/03/20    Email to J. Bleys re ███████████████████████; email to J.
Zerbo; read and revise cases re sale of unauthorized and counterfeit goods; work on
and revise Supplemental Responses to Interrogatories; follow up re draft J. Bleys
Declaration in Opposition to Motion for Protective Order; read and review WGACA
motion papers.

Theodore C. Max                  6.10 hrs.               $  4,117.50

08/03/20    Worked on Chanel's opposition to WGACA's request for protective order.

Dylan J. Price                   7.80 hrs.               $  5,070.00

08/03/20    Reviewed/analyzed case law and factual record in preparation of opposition to
WGACA's letter to court re: counterfeiting allegations.

Hyo Jin Paik                     3.80 hrs.               $  1,121.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 3 of 24

## FEE DETAIL

08/04/20     Work on and revise draft Letter in Opposition to Protective Order and in Support of
Cross-Motion to Compel;  work on and revise and review Supplemental Responses to
WGACA's Third Set of Interrogatories; work on and revise draft Declaration of J.
Bleys in opposition to Motion for Protective Order and in Support of Cross-Motion;
emails and follow up with J. Bleys, L. Moffatt and R. Gruber re same; work on and
follow up re redaction of J. Bleys Declaration; emails and follow up with D. Price re
same; work on and follow up re recirculation of draft Letter in Opposition and J. Bleys
Declaration.

Theodore C. Max                  6.90 hrs.                    $  4,657.50

08/04/20     Telephone call with Ted Max re opposition to WGACA's motion for protective order;
worked on Chanel's oppositon to WGACA's motion and Chanel's cross-motion to
compel; worked on declaration in support of Chanel's opposition and cross-motion.

Dylan J. Price                   5.30 hrs.                    $  3,445.00

08/04/20     Reviewed correspondence from opposing counsel and emailed with H. Paik regarding
same.

Tyler E. Baker                   .30 hrs.                     $  187.50

08/04/20     Researched and analyzed case law and factual record in support of opposition to
WGACA's letter to court re: counterfeiting allegations.

Hyo Jin Paik                     3.70 hrs.                    $  1,091.50

08/04/20     ███████████████████████████████████████

███████████           ██████           ██████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 4 of 24

## FEE DETAIL

| | | | |
|---|---|---|---|
| 08/05/20 | Conference call re Declaration of Jennifer Bleys in Opposition to WGACA Motion for Protective Order and in Support of Cross-Motion to Compel; review and revise draft Letter in Opposition to WGACA Motion for Protective Order and in Support of Cross-Motion to Compel; review and incorporate comments from A. Hahn, L. Moffatt, and J. Bleys; emails and follow up with D. Price re same; conference call with L. Moffatt, J. Bleys and R. Gruber re J. Bleys Declaration and redactions; email to D. Price re correspondence re issues re counterfeiting. | | |
| | Theodore C. Max | 5.30 hrs. | $ 3,577.50 |
| 08/05/20 | Reviewed and revised opposition to WGACA's motion for protective order and supporting declaration; Telephone call with client re opposition and supporting declaration. | | |
| | Dylan J. Price | 3.90 hrs. | $ 2,535.00 |
| 08/05/20 | Reviewed/analyzed factual record in preparation of opposition to WGACA's letter to court re: counterfeiting allegations; reviewed/analyzed draft declarations and the brief. | | |
| | Hyo Jin Paik | .70 hrs. | $ 206.50 |
| 08/06/20 | Work on re view and revise draft letter in opposition to Motion for Protective Order and Cross Motion to Compel; work on and revise sealing motions and supporting Declarations; work on and revise Bleys declaration; email to J. Bleys re ██████████ ██████ | | |
| | Theodore C. Max | 6.70 hrs. | $ 4,522.50 |
| 08/06/20 | Worked on opposition to WGACA's motion for protective order and supporting declarations; Call with client to discuss redaction and sealing issues; Worked on exhibits for Chanel's opposition; Reviewed WGACA's motion to compel re Farfetch. | | |
| | Dylan J. Price | 5.80 hrs. | $ 3,770.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 5 of 24

## FEE DETAIL

08/06/20    Revised documents in opposition to discovery motion.  Conferred with D. Price, T. Max, and H. Paik regarding same.  Prepared for and participated in call with client on declaration points.  Revised opposition draft.  Drafted and revised sealing papers.  Reviewed exhibits in connection with same.  Reviewed PACER documents in prior Chanel litigations.

Tyler E. Baker                    5.90 hrs.                    $ 3,687.50

08/06/20    Reviewed and calculated data re  missing serial numbers for  inclusion in filing in opposition to order to show cause.

Steven Molina                    1.20 hrs.                    $ 264.60

08/06/20    ████████████████████████████████████████

████████████          ██████          ██████

08/07/20    Work on and revise draft Bleys Declaration; calls and follow up re portions to be filed under seal; work on Letter Brief in Opposition to Protective Order and in Support of Cross Motion to Compel; emails and follow up with L. Moffatt and J. Bleys; calls and emails with D. Price, T. Baker, L. Moffatt, J. Bleys and R. Gruber.

Theodore C. Max                    6.60 hrs.                    $ 4,455.00

08/07/20    Further revised Chanel's opposition and cross-motion to compel; reviewed proposed redactions to J. Bleys' declaration; further revised attorney declaration in support of Chanel's Opposition and cross-motion; finalized exhibits to attorney declaration; reviewed prior declarations filed by J. Bleys in Chanel cases.

Dylan J. Price                    5.40 hrs.                    $ 3,510.00

08/07/20    Conferred with T. Max, H. Paik, and D. Price on re documents in support of discovery opposition motion re Farfetch;  revised opposition draft;  revised sealing material and declaration.  Coordinated with client on finalization of documents.

Tyler E. Baker                    3.80 hrs.                    $ 2,375.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 6 of 24

## FEE DETAIL

| | | | |
|---|---|---|---|
| 08/07/20 | Draft opposition re motion to compel documents and witnesses related to Farfetch. | | |
| | Bridget J. Russell | 1.60 hrs. | $ 928.80 |
| 08/07/20 | Reviewed/analyzed draft declarations and the brief re: Chanel's opposition to WGACA's motion for relief and Chanel's cross-motion to compel discovery; assisted with filing the same. | | |
| | Hyo Jin Paik | 8.80 hrs. | $ 2,596.00 |
| 08/07/20 | Prepared exhibits to Tyler Declaration for filing. | | |
| | Steven Molina | .60 hrs. | $ 132.30 |
| 08/07/20 | Prepared opposition to letter motion to compel for e-filing and e-filed same. | | |
| | Bradley M. Rank | 1.80 hrs. | $ 504.00 |
| 08/07/20 | ███████████████████ | | |
| 08/10/20 | Work on and follow up re draft letter in Opposition to Motion to Compel re Farfetch; follow up regarding declarations in opposition; follow up with D. Price re discovery; review Rago discovery from WGACA. | | |
| | Theodore C. Max | 6.10 hrs. | $ 4,117.50 |
| 08/10/20 | Receive and review email from T. Max re Farfetch opposition; call with T. Max re same; research various legal arguments in support of Farfetch opposition; receive and review email re Christie's production; email Hyo Jin Paik re Farfetch document production; draft declarations in support of Farfetch opposition; draft legal argument in support of Farfetch opposition and revise remainder accordingly; email T. Max re same. | | |
| | Bridget J. Russell | 6.20 hrs. | $ 3,599.10 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 7 of 24

## FEE DETAIL

| | | | |
|---|---|---|---|
| 08/10/20 | Reviewed/analyzed WGACA's next set of discovery requests. | | |
| | Hyo Jin Paik | .60 hrs. | $ 177.00 |
| 08/10/20 | Reviewed Judge Stanton's rules re courtesy copies; emailed NY-Support services re courtesy copies of motion papers for judge; emailed with T. Max re courtesy copy of documents filed under seal for opposing counsel. | | |
| | Bradley M. Rank | .30 hrs. | $ 84.00 |
| 08/10/20 | Docketed deadline to respond to Defendants' 13th Request for Production of Documents. | | |
| | Leigh A. Tencza | .20 hrs. | $ 54.00 |
| 08/11/20 | Review Defendant's advertisements for Chanel product and correspondence with Robin Gruber re settlement terms; review Order to Show Cause issued by Judge. | | |
| | Jill M. Pietrini | .50 hrs. | $ 337.50 |
| 08/11/20 | Emails and follow-up regarding R. Gruber and M. Nitsch Declaration in Opposition to Motion to Compel; work on draft response to Motion to Compel; emails and teleconference with D. Price and B. Russell regarding same; email to L. Moffatt and R. Gruber regarding same; conference call regarding Order to Show Cause issued by Judge Stanton; follow-up regarding same and conference calls regarding same. | | |
| | Theodore C. Max | 7.90 hrs. | $ 5,332.50 |
| 08/11/20 | Reviewed and revised declarations in support of Chanel's opposition to motion to compel Farfetch discovery; reviewed WGACA's reply in support of its motion for protective order; reviewed and analyzed Court's order on WGACA's motion for protective order; telephone calls with Ted Max re Farfetch opposition and Court's order on motion for protective order. | | |
| | Dylan J. Price | 4.80 hrs. | $ 3,120.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 8 of 24

## FEE DETAIL

08/11/20  Coordinated with Christie's regarding document production; reviewed documents in connection with same.

Tyler E. Baker                 1.30 hrs.              $ 812.50

08/11/20  Strategize with T. Max and D. Price re Farfetch opposition; begin drafting responses to four sets of discovery; email Hyo Jin re same; review emails related to document and interrogatory requests to date; receive and review emails re Farfetch opposition and declarations and brief; review correspondence related to Farfetch and revise opposition re same; receive and review Order to Show Cause; receive and review email from L. Moffatt re Farfetch opposition.

Bridget J. Russell             4.70 hrs.            $ 2,728.35

08/11/20  Reviewed and analyzed documents in preparation of Chanel's next production; reviewed and analyzed factual record for supporting materials re: Motion for protective order re: Farfetch; conferred with T. Max and D. Price re: the same.

Hyo Jin Paik                   2.70 hrs.              $ 796.50

08/11/20  ███████████████████████████████████████
████████████████████████████████████

████████         ██████         ██████

08/12/20  Teleconference with Ted Max re strategy for response to Order to Show Cause and discovery in case; confer with Paul Bost re counterfeit research needed.

Jill M. Pietrini               1.30 hrs.              $ 877.50

08/12/20  Emails and follow-up with L. Moffatt regarding letter from WGACA counsel regarding Bleys declaration; work on and revise R. Gruber and M. Nitsch Declarations; work on and revise draft opposition regarding Farfetch discovery; conference call with L. Moffatt, R. Gruber and J. Bleys regarding response to Order to Show Cause; emails to P. Bost and J. Pietrini regarding definition of "counterfeit."

Theodore C. Max                7.10 hrs.            $ 4,792.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 9 of 24

## FEE DETAIL

08/12/20     Conference call with Chanel team re assignments; worked on Chanel's opposition to WGACA's motion to compel; call with client to discuss declarations in support of Farfetch opposition and submission re order to show cause; revised declarations concerning Farfetch based on call with client; reviewed further meet and confer correspondence from opposing counsel.

Dylan J. Price                          7.80 hrs.                          $ 5,070.00

08/12/20     ███████████████████████████████
███████████████████████████████████
██████████

████████             ████████             ████████

08/12/20     Conferred with B. Rank on procedural issues for motion for reconsideration.

Tyler E. Baker                          .80 hrs.                          $ 500.00

08/12/20     Work on and draft discovery responses; receive and review emails re Order to Show Cause and Supplemental Declaration; receive and review emails re declarations in support of Farfetch opposition; review and revise Farfetch opposition; email T. Max re attorney declaration in support.

Bridget J. Russell                          2.60 hrs.                          $ 1,509.30

08/12/20     Participated in a conference call  re Chanel Team assignments with T.Max, D. Price, T. Baker and B. Russell; reviewed and analyzed factual record for supporting materials for Chanel's opposition to WGACA's Farfetch motion and WGACA's meet and confer requests; reviewed and analyzed WGACA's discovery requests and outline responses.

Hyo Jin Paik                          3.10 hrs.                          $ 914.50

08/12/20     Reviewed Court's Order to Show Cause to Strike Plaintiffs' Dkt. Nos. 121-126; emailed with T. Baker and T. Max re interlocutory appeals; discussed same with T. Max.

Bradley M. Rank                          .60 hrs.                          $ 168.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 10 of 24

## FEE DETAIL

08/13/20    Work on and revise draft Declaration of Jennifer Bleys; work on and prepare and revise Mariana  Nitsch Declaration; work on and prepare letter re sealing motion; work on and prepare L. Moffatt Declaration; work on and review and revise draft Letter in Opposition to Motion to Compel re Farfetch; follow up with D. Price and H.J. Paik re discovery issues; multiple calls and follow up emails; follow up with P. Bost re research re definition of counterfeiting and case law research.

Theodore C. Max                6.90 hrs.                $  4,657.50

08/13/20    Conference call with client re brief and declarations in support of Chanel's opposition to WGACA's motion to compel; reviewed and revised opposition based on client comments; worked on attorney declaration in support of Chanel's opposition brief; finalized Chanel's brief and supporting papers; worked on Jennifer Bleys declaration re Order to Show Cause submission.

Dylan J. Price                6.80 hrs.                $  4,420.00

08/13/20    ███████████████████████████████████████
            ███████████████████████████

            ████████            █████            █████████

08/13/20    Draft sealing motion and declaration in support thereof; email with D. Price re same; email from T. Max; revise motion and declaration; emails re opposition and motion for leave to file under seal filings; review correspondence re authentication cards and Bianchi Nordi related to discovery responses and finalize four sets for review.

Bridget J. Russell                3.80 hrs.                $  2,205.90

08/13/20    Reviewed and analyzed case factual record, the brief and declarations to Chanel's opposition to WGACA's motion re: Farfetch; assisted with filing the same.

Hyo Jin Paik                1.10 hrs.                $  324.50

08/13/20    Prepared opposition to letter motion for Farfetch discovery for e-filing and e-filed same.

Bradley M. Rank                1.20 hrs.                $  336.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                                    September 17, 2020
Theodore C. Max                                                                          Invoice 340042535
                                                                                          Page 11 of 24

## FEE DETAIL

08/13/20      Review audit data within Relativity to determine ██████████████████████████
              ████████████████████████████████████████████████ for further
              analysis and consideration for Chanel's supplemental production.

              Lauren E. Doucette              .80 hrs.                    $  240.00

08/13/20      Prepared previously produced documents for attorney review in the review database.

              Dmitry B. Iofe                 1.90 hrs.                    $  589.95

08/14/20      Emails and follow up re draft Supplemental Declaration of Jennifer Bleys; email and
              telephone call with P. Bost re research in support of opposition to Order to Show Cause
              and definition of counterfeiting; follow up with preparation of courtesy copies of
              opposition papers to Motion to Compel to Judge Stanton.

              Theodore C. Max                2.30 hrs.                    $ 1,552.50

08/14/20      Conference call with client re bleys declaration edits; revised bleys declaration per
              client comments; reviewed wgaca's reply brief in support of motion to compel;
              telephone call with ted max re reply brief and bleys declaration; corresponded with
              opposing counsel re meet and confer call; reviewed court order on motion to seal and
              conferred with ted max re the same.

              Dylan J. Price                 4.70 hrs.                    $ 3,055.00

08/14/20      ████████████████████████████████████████████████████████████████
              ████████████████

                           ████████████            ████████████            ████████████

08/14/20      Email T. Max re subpoenas; email Hyo Jin re new Rago Brothers production; review
              documents re same; email with D. Price re meet and confer responses; email T. Max
              and D. Price re discovery responses; receive and review WGACA reply brief in
              support of Farfetch motion to compel; receive and review order re sealing motion.

              Bridget J. Russell             1.90 hrs.                    $ 1,102.95

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 12 of 24

## FEE DETAIL



| 08/14/20 | | | |

| 08/14/20 | Emailed M. Carnegie re preparation of courtesy copies of opposition to letter motion for Judge Stanton. | | |
| | Bradley M. Rank | .10 hrs. | $ 28.00 |

| 08/16/20 | Worked on reviewed and revised Chanel's Response to the Court's Order to Show Cause. | | |
| | Dylan J. Price | 5.50 hrs. | $ 3,575.00 |

| 08/17/20 | Review discovery responses with L. Moffatt; conference call with J. Bleys re draft Supplemental Declaration of J. Bleys; follow up with L. Moffatt re same; read and review cases re Lanham Act and definition of counterfeiting; work on and review draft letter to Judge Stanton in opposition to Order to Show Cause; follow up with L. Moffatt re Responses to Requests for Production and Interrogatories; reviewed application to strike J. Bleys Declaration. | | |
| | Theodore C. Max | 6.50 hrs. | $ 4,387.50 |

| 08/17/20 | Worked on chanel's response to order to show cause; conference call with opposing counsel re meet and confer issues; reviewed and responded to email from opposing counsel summarizing meet and confer call; telephone call with Mr. Max re meet and confer issues and Chanel's responses to WGACA'S latest discovery. | | |
| | Dylan J. Price | 6.80 hrs. | $ 4,420.00 |

| 08/17/20 | | | |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 13 of 24

## FEE DETAIL

08/17/20    Receive and review meet and confer emails from D. DeCarlo; call with D. Price re same; review internal correspondence re same; review repair-related documentation and begin drafting meet and confer letter re same; receive and review emails re counterfeit bag and repair history and evidence related to same; receive and review revised J. Bleys declaration; meet and confer call with D. Price and D. DeCarlo re outstanding items; receive and review email response re D. DeCarlo summary of call; respond re same; receive and review Court order re Farfetch.

        Bridget J. Russell        3.20 hrs.        $ 1,857.60

08/17/20    Reviewed draft RFP and Interrogatory Responses to WGACA's RFP Sets 10 and 11 and Interrogatory Sets 4 and 5; conferred with T. Max and L. Moffatt re: the same; reviewed/analyzed factual record and compiled list of WGACA witnesses to be deposed.

        Hyo Jin Paik        3.30 hrs.        $ 973.50

08/17/20    ███████████████████████████████

08/18/20    Conference call re Bleys Declaration and issues of confidentiality; call with L. Moffatt re Responses to Interrogatories and Requests for Production; work on and revise draft letter to Judge Stanton in opposition to Order to Show Cause.; read cases re Rule 12(f) and striking of motion papers; telephone calls with Chanel team and D. Price.

        Theodore C. Max        4.80 hrs.        $ 3,240.00

08/18/20    Worked on response to order to show cause and supporting declaration; telephone call wit Ted Max; corresponded with opposing counsel re meet and confer issues.

        Dylan J. Price        5.80 hrs.        $ 3,770.00

08/18/20    ███████████████████████████████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 14 of 24

## FEE DETAIL

08/18/20   Review outstanding D. DeCarlo meet and confer emails; summarize responses and outstanding items; draft email to T. Max re repair related information deficiencies and proposed meet and confer; call with D. Price and T. Max re same; draft letter to Judge Stanton in response to OTSC re sealing motion; revise and finalize same; continue drafting repair related meet and confer and compiling additional discovery.

|  | Bridget J. Russell | 2.40 hrs. | $ 1,393.20 |

08/18/20   Conferred with T. Max, L. Moffatt and R. Gruber re: Chanel's discovery responses to WGACA; revised RFP and Interrogatory Responses.

|  | Hyo Jin Paik | 1.30 hrs. | $ 383.50 |

08/18/20   ███████████████████████████████████████

         ████████████       ████████       ████████

08/18/20   Drafted additional searches identifying records coded as "Responsive, not Privileged" by B. Russell ██████████████████████████████ for inclusion in the supplemental document production today.

|  | Lauren E. Doucette | .30 hrs. | $ 90.00 |

08/18/20   Electronically filed letter to Judge Stanton regarding Chanel's motion to file under seal.

|  | Leigh A. Tencza | .20 hrs. | $ 54.00 |

08/19/20   Work on and revise draft Responses to WGACA Requests for Production and Interrogatories; attend to filing of Chanel Response to Order to Show Cause and Bleys Supplemental Declaration; emails and follow up re sealing letter; emails and conference call with L. Moffatt and D. Price; emails re deposition scheduling and responses to WGACA emails re meet and confer.

|  | Theodore C. Max | 6.20 hrs. | $ 4,185.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                        September 17, 2020
Theodore C. Max                                                              Invoice 340042535
                                                                             Page 15 of 24

## FEE DETAIL

08/19/20      Prepared agenda for call re Chanel work in progress; prepared summary of action
              items; coordinate and participate on call; worked on meet and confer issues; analyzed
              WGACA's demand that Chanel withdraw its confidentiality designations on certain
              documents and prepared draft response; onference call with the client re WGACA's
              request to withdraw confidentiality designations; worked on Chanel's responses to
              WGACA document requests.

              Dylan J. Price                        6.70 hrs.                $  4,355.00

08/19/20      ███████████████████████████████████████████████████████
              █████████████████████████████

              ██████████        ██████████        ██████████

08/19/20      Participated in Chanel team call on discovery issues and case strategy.  Reviewed
              WGACA correspondence; conferred with T. Max regarding same and response
              strategy.

              Tyler E. Baker                        1.40 hrs.                $  875.00

08/19/20      Conducted legal research and reviewed and analyzed case law re: motion to strike for
              Chanel's Order to Show Cause brief; assisted with filing the Order to Show Cause;
              reviewed and revised Chanel's discovery responses to WGACA; reviewed/analyzed
              factual record for supporting materials to discovery meet and confer responses to D.
              DeCarlo; participated in weekly internal team status update call with T. Max, D. Price,
              T. Baker and B. Russell.

              Hyo Jin Paik                          6.50 hrs.                $  1,917.50

08/19/20      ████████████████████████████████████

              ██████████        ██████████        ██████████

08/19/20      ██████████████████████████████████████

              ██████████        ██████████        ██████████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 16 of 24

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 08/19/20 | Assisted in electronically filing response to Order to Show Cause with Southern District of New York Court; email communications with T. Max regarding same; conferred with D. Sweat regarding same. | | |
| | Leigh A. Tencza | 1.40 hrs. | $ 378.00 |
| 08/20/20 | Teleconference with Dylan Price re status of case; telephone conference with Ted Max and Dylan Price re deposition schedule, experts needed, and strategy; revise deposition chart; prepare expert chart. | | |
| | Jill M. Pietrini | 1.60 hrs. | $ 1,080.00 |
| 08/20/20 | Emails and follow up with L. Moffatt re ▮▮▮▮▮▮▮▮▮▮▮▮; emails re "recap summary"; emails re Farfetch discovery and motion re Farfetch; emails and follow up with L. Moffatt re deposition scheduling; follow up with R. Gruber and J. Bleys; work on and finalize Responses to WGACA Requests for Production and Interrogatories. | | |
| | Theodore C. Max | 5.30 hrs. | $ 3,577.50 |
| 08/20/20 | Conferred with Jill Pietrini re deposition scheduling and expert issues.; Reviewed FLC related documents; Conferred with Jill Pietrini re deposition scheduling and expert issues; reviewed FLC related documents; reviewed ORLI screen shots and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; responded to email from opposing counsel re documents concerning Corti serial numbers; corresponded with opposing counsel re meet and confer issues; conference call with Mr. Max and Ms. Pietrini re expert witnesses and deposition scheduling issues. | | |
| | Dylan J. Price | 4.90 hrs. | $ 3,185.00 |
| 08/20/20 | Reviewed/analyzed Chanel's factual record in preparation of supplemental production and in response to discovery meet and confer letter response to WGACA. | | |
| | Hyo Jin Paik | .50 hrs. | $ 147.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 17 of 24

### FEE DETAIL

08/20/20      Draft additional searches to █████████████████████
███████████████████████████████████████████████
████████

      Lauren E. Doucette         .50 hrs.        $  150.00

08/21/20      Review motions to compel, oppositions thereto, and declarations in support thereof; review various court orders re same; telephone conferences with Ted Max re same.

      Jill M. Pietrini         3.20 hrs.        $  2,160.00

08/21/20      Work on and revise draft Response to WGACA Interrogatory Number 6; emails and follow up with M. Garafalo re screenshots re Orli database; email and follow up re Farfetch discovery and conference call with D. Price re same; review Court order and follow up with D. Price re same; email to Chanel team re same; follow up re Farfetch issues.

      Theodore C. Max         3.20 hrs.        $  2,160.00

08/21/20      Reviewed and analyzed Court's order on Chanel's Cross-Motion to Compel; worked on strategy for responding to Court's Order.

      Dylan J. Price         .80 hrs.        $  520.00

08/21/20      Reviewed and analyzed privilege documents for the Supplemental Privilege Log and conferred with D.Iofe re: privilege log documents set; reviewed/analyzed draft response to WGACA's Interrogatory Set 6.

      Hyo Jin Paik         2.70 hrs.        $  796.50

08/21/20      ███████████████████████████████████████

      ████████         ████        ████

08/21/20      ████████████████████████████

      ████████         ████        ████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 18 of 24

## FEE DETAIL

08/24/20    Emails with L. Moffatt and R. Gruber re discovery follow up, Farfetch discovery, deposition scheduling and other issues; emails to D. Price and J. Pietrini re same; follow up emails re "recap" document; email re Farfetch document production.

| | | |
|---|---|---|
| Theodore C. Max | 3.10 hrs. | $ 2,092.50 |

08/24/20    Corresponded with Mr. Max re deposition scheduling; reviewed and revised response to meet and confer email from opposing counsel re Chanel's responses to WGACA Interrogatory No. 19 and deposition scheduling.

| | | |
|---|---|---|
| Dylan J. Price | .70 hrs. | $ 455.00 |

08/24/20    Draft meet and confer email responses to D. DeCarlo emails; email T. Max and D. Price re depositions; call with D. Price re same; begin compiling topics for additional written discovery; review prior court orders related to potential meet and confer re WGACA's Rago Brothers production.

| | | |
|---|---|---|
| Bridget J. Russell | 2.30 hrs. | $ 1,335.15 |

08/24/20    ███████████████████████████

███████          ███████          ███████

08/25/20    Prepare email to L. Moffatt and R. Gruber re Farfetch questions and re discovery scheduling; email to L. Moffatt and R. Gruber re email "recap" documentation.; conference call with L. Moffatt, R. Gruber, J. Bleys and M. Garafola re Farfetch discovery, deposition scheduling; email to D. Price and J. Pietrini re deposition scheduling; follow up re same.

| | | |
|---|---|---|
| Theodore C. Max | 3.90 hrs. | $ 2,632.50 |

08/25/20    Reviewed additional Farfetch related documents provided by the client; telephone call with Ted Max re deposition scheduling issues; telephone call with client to discuss deposition scheduling and discovery issues.

| | | |
|---|---|---|
| Dylan J. Price | 2.10 hrs. | $ 1,365.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I            September 17, 2020
Theodore C. Max                                                  Invoice 340042535
                                                                 Page 19 of 24

## FEE DETAIL

08/25/20     Reviewed/analyzed WGACA's Document Production Set 9; reviewed/analyzed
             WGACA's discovery requests and drafted responses and objections thereto.

             Hyo Jin Paik                    2.60 hrs.              $ 767.00

08/25/20     ███████████████████████████████████████

             ████████████        ███████           ████████

08/25/20     Reviewed and docketed order denying WGACA application for discovery.

             Leigh A. Tencza                 .20 hrs.               $ 54.00

08/26/20     Email to L. Moffett, R. Gruber, J. Bleys and M. Garafola re Farfetch discovery and re
             deposition scheduling; email to D. Price and L. Moffatt re deposition scheduling and
             Farfetch discovery.

             Theodore C. Max                 1.70 hrs.              $ 1,147.50

08/26/20     Finalized email to WGACA re Farfetch discovery and deposition scheduling.

             Dylan J. Price                  .30 hrs.               $ 195.00

08/26/20     Reviewed/analyzed WGACA's discovery requests and drafted responses and objections
             thereto.

             Hyo Jin Paik                    3.70 hrs.              $ 1,091.50

08/27/20     Conference call with L. Moffatt and N. Martinez regarding Corti factory theft and
             Bianchi Nardi matter; discussion regarding ███████████████; email to D. Price
             regarding deposition scheduling; follow-up regarding same.

             Theodore C. Max                 2.30 hrs.              $ 1,552.50

08/27/20     Telephone call with Ted Max re WGACA's motion to compel Farfetch interrogatory
             response; worked on outline of Chanel's response to WGACA's motion to compel.

             Dylan J. Price                  .60 hrs.               $ 390.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 20 of 24

## FEE DETAIL

08/27/20    Reviewed/analyzed WGACA's motion to compel and additional discovery requests.

   Hyo Jin Paik      .40 hrs.     $ 118.00

08/27/20    Conferred with H. Paik re deadline for reconsideration of Order re Letters. Reviewed Defs' 8.27.20 Letter Motion to Compel Response to Interrogatory #19.

   Bradley M. Rank     .30 hrs.     $ 84.00

08/28/20    Review addition motion practice and remainder of Farfetch motion practice; review multiple correspondence with opposing counsel and Chanel team re Rago repairs, depositions, and extension of discovery period, and motion practice; initial review of case law re refurbishment; confer with Ted Max, Dylan Price, and Bridget Russell re foregoing and strategy.

   Jill M. Pietrini      3.50 hrs.    $ 2,362.50

08/28/20    Email to G. Lazzeretti regarding Bianchi & Nardi documentation; follow-up email regarding same.

   Theodore C. Max    1.10 hrs.    $ 742.50

08/28/20    Reviewed Court's order denying WGACA's motion to compel; reviewed WGACA's deposition notices; arranged for the production of additional Farfetch documents; revised deposition scheduling chart.

   Dylan J. Price     1.60 hrs.    $ 1,040.00

08/28/20    Reviewed/analyzed WGACA's Production Set 9; compiled hot documents and summarized the same.

   Hyo Jin Paik      2.70 hrs.    $ 796.50

08/28/20    Prepared documents for processing by the ESI vendor in anticipation of importing into the Firm's document review platform for attorney analysis.

   Lauren E. Doucette   .40 hrs.    $ 120.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 21 of 24

## **FEE DETAIL**

08/28/20



08/31/20    Email to R. Gruber and L. Moffatt re Farfetch subpoena; conference call with S. Eichner re same; email to H.J. Paik re Responses to Request for Production No. 12; email to T. Kidde re same.; conference call with D. Price re same.

Theodore C. Max                 1.60 hrs.                 $ 1,080.00

08/31/20

08/31/20    Reviewed/analyzed WGACA's discovery requests and drafted objections and responses thereto.

Hyo Jin Paik                 .90 hrs.                 $ 265.50

08/31/20    Identify translation service company in New York for translation of Italian police report with certification and admissibility in federal court.

Adelle L. Jones                 .20 hrs.                 $ 60.30

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 22 of 24

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 10.10 | $ 675.00 | $ 6,817.50 |
| Theodore C. Max | 101.60 | $ 675.00 | $ 68,580.00 |
| Dylan J. Price | 88.90 | $ 650.00 | $ 57,785.00 |
| ██████████ | ███ | █████ | ███████ |
| Tyler E. Baker | 13.50 | $ 625.00 | $ 8,437.50 |
| Bridget J. Russell | 28.70 | $ 580.50 | $ 16,660.35 |
| ███████████ | ███ | █████ | ███████ |
| Hyo Jin Paik | 49.70 | $ 295.00 | $ 14,661.50 |
| ██████████ | ███ | █████ | ███████ |
| Adelle L. Jones | .20 | $ 301.50 | $ 60.30 |
| Steven Molina | 1.80 | $ 220.50 | $ 396.90 |
| ██████████ | ███ | █████ | ███████ |
| Leigh A. Tencza | 2.00 | $ 270.00 | $ 540.00 |
| Bradley M. Rank | 4.30 | $ 280.00 | $ 1,204.00 |
| ██████████ | ███ | █████ | ███████ |
| ██████████ | ███ | █████ | ███████ |
| Lauren E. Doucette | 2.00 | $ 300.00 | $ 600.00 |

**Total Fees for Professional Services**          $ 187,265.30

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I                September 17, 2020
Theodore C. Max                                                      Invoice 340042535
                                                                     Page 23 of 24

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 07/31/20 | T. Max - 07/31/2020 - NYC Taxi - NY | 17.00 |
| 08/03/20 | T. Max - 08/03/2020 - NYC Taxi - NY | 17.00 |
| 08/04/20 | T. Max - 08/04/2020 - NYC Taxi - NY | 19.00 |
| 08/06/20 | T. Max - 08/06/2020 - NYC Taxi - NY | 17.00 |
| 08/16/20 | NPD Logistics - Inv# 1472-2144 -  Services Rendered 08/14/20 | 39.85 |
| 08/23/20 | NPD Logistics - Inv#1472-2155- Messenger Service on 8/19/20- SMRH NY to Daniel Patrick Moynihan, US, Co | 53.48 |
| 07/31/20 | E-Discovery Monthly Data Hosting Fees, 133.01 Gigabytes. | 1,330.06 |
| 07/31/20 | E-Discovery Monthly External User Fees, 16 Users. | 1,104.00 |
| 08/10/20 | Westlaw research by Russell, Bridget, on 8/10/2020. | 1,415.70 |
| 08/11/20 | Westlaw research by Russell, Bridget, on 8/11/2020. | 514.80 |
| 08/14/20 | Westlaw research by Bost, Paul, on 8/14/2020. | 128.70 |
| 08/19/20 | Westlaw research by Paik, Hyo Jin, on 8/19/2020. | 128.70 |
| 08/27/20 | Westlaw research by Russell, Bridget, on 8/27/2020. | 128.70 |

**Total Disbursements**                                              **$  4,913.99**

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, I
Theodore C. Max

September 17, 2020
Invoice 340042535
Page 24 of 24

## **ACCOUNTS RECEIVABLE SUMMARY**

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 08/27/20 | 340041867 | 135,299.41 | 126,730.35 | 8,569.06 | 0.00 | $ 135,299.41 |
| | | | Total Outstanding Fees and Disbursements | | | $ 135,299.41 |
| | | | Interest on Outstanding A/R | | | 5,948.95 |
| | | | Fees and Disbursements Due for this Invoice | | | 192,179.29 |
| | | | **Total Due For This Matter** | | | **$ 333,427.65** |

| **2020 Billing History for Chanel vs Pines Vintage** | | | | | |
|---|---|---|---|---|---|
| **Date** | **Bill #** | **Matter Name** | **Month of Services Rendered** | **Total Billed** | **Status** |
| 1/9/2020 | 340035512 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | December '19 | $82,549.79 | Settled |
| 2/28/2020 | 340036797 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | January '20 | $50,424.50 | Settled |
| 3/23/2020 | 340037711 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | February '20 | $147,451.68 | Settled |
| 4/28/2020 | 340038587 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | March '20 | $129,957.33 | Settled |
| 5/29/2020 | 340039434 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | April '20 | $63,093.79 | Settled |
| 6/4/2020 | 340040154 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | May '20 | $119,072.79 | Settled |
| 7/15/2020 | 340040803 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | June ' 20 | $132,252.97 | Settled |
| 8/27/2020 | 340041867 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | July '20 | $135,299.41 | Outstanding |
| 9/17/2020 | 340042535 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | August '20 | $192,179.29 | Outstanding |
| **GRAND TOTAL** | | | | **$1,052,281.55** | |

## Oct. 2020 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*__Please return this page with your payment.__*

Lora Moffatt, Esq.                                      SMRH Tax ID 95-1463164
Head of Intellectual Property                                  October 22, 2020
Chanel USA, Inc.                                          Invoice 340043547
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2020

| | | |
|---|---|---|
| Current Fees | $ 203,329.63 | |
| Current Disbursements | $ 16,891.94 | |
| | | |
| Total Current Activity | | $ 220,221.57 |
| Total Due for This Invoice | | $ 220,221.57 |

## DUE IMMEDIATELY UPON RECEIPT
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>              Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                              SMRH Tax ID 95-1463164
Head of Intellectual Property                                        October 22, 2020
Chanel USA, Inc.                                                  Invoice 340043547
9 W. 57th Street
New York, NY 10019

Our Matter No.    18WZ-264490
                  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2020

Current Fees                               $ 203,329.63
Current Disbursements                       $  16,891.94

Total Current Activity                                       $ 220,221.57

Total Due for This Invoice                                   $ 220,221.57

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>        Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 2 of 32

FOR PROFESSIONAL SERVICES THROUGH 09/30/20

## **FEE DETAIL**

09/01/20     Emails with M. Garafalo and J. Bleys re Orli screen shots; follow up and questions re Responses to WGACA's 12th Set of Requests for Production; email and follow up re search for "recap" document; emails re discovery follow up.

Theodore C. Max                3.80 hrs.                $ 2,565.00

09/01/20     Telephone call with Ted Max; reviewed and revised Chanel's responses to WGACA's 12th set of document demands; conference call to finalize Chanel's discovery responses.

Dylan J. Price                2.40 hrs.                $ 1,560.00

09/01/20     Reviewed/revised responses to WGACA's RFP Set 12 and conferred with T. Max re: the same; reviewed/analyzed WGACA's additional discovery responses and drafted responses thereto.

Hyo Jin Paik                5.10 hrs.                $ 1,504.50

09/01/20     Research to identify translation service for certified translation of Police Report from Italian to English that is acceptable in the New York Courts.

Adelle L. Jones                .70 hrs.                $ 211.05

09/01/20     ███████████████████████████████████████
███████

███████        ███████        ███████

09/02/20     Emails with Chanel team re deposition scheduling; emails re draft responses to WGACA's 7th Set of Interrogatories and 8th Set of Interrogatories; emails re Farfetch documents and email and conference call with counsel for Farfetch, Sam Eichner; review and email re Response to 13th Set of Requests for Production; emails to WGACA counsel re deposition scheduling.

Theodore C. Max                6.90 hrs.                $ 4,657.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

October 22, 2020
Invoice 340043547
Page 3 of 32

## FEE DETAIL

09/02/20        Reviewed and revised Chanel's responses to WGACA's RFP Set 12; follow up with
                Chanel team re status of projects.

        Dylan J. Price                    1.20 hrs.                    $ 780.00

09/02/20        Prepared for and participated in conference call on discovery action items and case
                strategy; follow up with Chanel re status of projects.

        Tyler E. Baker                    1.30 hrs.                    $ 812.50

09/02/20        Draft additional discovery responses; review protective order and email re same;
                review time line for moving for protective order.

        Bridget J. Russell                1.60 hrs.                    $ 928.80

09/02/20        Participated in a weekly status call with T. Max, D. Price, T. Baker and B. Russell re:
                case status updates; reviewed/analyzed WGACA's discovery responses and drafted
                responses and objections thereto.

        Hyo Jin Paik                      3.50 hrs.                    $ 1,032.50

09/03/20        Teleconference with Ted Max re deposition dates and scheduling, counterfeiting claim,
                and strategy for discovery.

        Jill M. Pietrini                  .50 hrs.                     $ 337.50

09/03/20        Emails and follow up re WGACA discovery and subpoenas; email to B. Russell re
                witness address information; emails re J. Bleys deposition document retrieval and
                preparation; emails re supplementing of Responses to Interrogatory Set Number 7 and
                Requests for Production.

        Theodore C. Max                   3.20 hrs.                    $ 2,160.00

09/03/20        Telephone call with Ted Max; corresponded with opposing counsel; performed
                research re requirements for taking depositions in Japan; worked on deposition
                scheduling issues.

        Dylan J. Price                    1.30 hrs.                    $ 845.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 4 of 32

## FEE DETAIL

09/03/20          Review linkedin profiles of former employees; draft additional RFPs to defendants.

                Bridget J. Russell                    1.80 hrs.                    $ 1,044.90

09/03/20          Reviewed/analyzed WGACA's discovery requests and drafted responses and objections
                thereto; finalized and served responses to WGACA's Interrogatory Set 7;
                reviewed/analyzed and compiled documents in preparation of depositions.

                Hyo Jin Paik                    4.80 hrs.                    $ 1,416.00

09/03/20          Gathered and organized documents for Jennifer Bleys deposition prep binder.

                Steven Molina                    1.10 hrs.                    $ 242.55

09/03/20          Updated and edited Chanel's Response to WGACA 10th Set RFPs for filing.

                Steven Molina                    .40 hrs.                    $ 88.20

09/03/20          ████████████████████████████████████████
                ████████

                ████████          ████████          ████████

09/04/20          Emails and follow-up with D. Price and H. Paik regarding Farfetch documents;
                conference call with D. Price and client regarding deposition scheduling and Farfetch
                discovery; discussion regarding searches of mailboxes; emails regarding preparation
                for J. Bleys deposition; work in Chanel's Eighth Set of Requests for production; email
                to B. Russell regarding same.

                Theodore C. Max                    5.50 hrs.                    $ 3,712.50

09/04/20          Telephone call with Ted Max re WGACA meet and confer call to discuss serial
                number procedure issues; Finalize Chanel's supplemental production of Farfetch
                related docs; Prepared for and pariticpated in telephone call with opposing counsel re
                discovery responses and deposition scheduling; Prepared email to opposing counsel re
                deposition scheduling; Prepared proposed deposition schedule.

                Dylan J. Price                    3.80 hrs.                    $ 2,470.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    October 22, 2020
Theodore C. Max                                                                                          Invoice 340043547
                                                                                                          Page 5 of 32

## **FEE DETAIL**

09/04/20        Conferred with T. Max on discovery argument points.

           Tyler E. Baker                          .40 hrs.                      $  250.00

09/04/20        Receive and review and respond to email about 30(b)(6) deposition; review prior
                deposition notices and circulate; email D. Price re extension and outstanding discovery
                items; draft messages for LinkedIn  contacts; email re stipulated protective order and
                propose alternative; receive and review additional discovery responses; revise new
                discovery requests;  receive and review further emails re deposition schedule.

           Bridget J. Russell                      1.30 hrs.                     $  754.65

09/04/20        Reviewed/analyzed documents for deposition preparations and compiled the same;
                revised Chanel's discovery responses; participated in a discovery meet and confer call
                with T. Max, D. Price and WGACA's counsels.

           Hyo Jin Paik                            2.20 hrs.                     $  649.00

09/04/20        Prepare documents for production to opposing counsel.

           William Z. Gutman                        .70 hrs.                      $  255.15

09/04/20        ██████████████████████████████████████████████████████████
                ████████████████

                        ████████████              ████████████              ████████████

09/04/20        ██████████████████████████████████████████████

                        ████████████              ████████████              ████████████

09/07/20        Review documents from Jennifer Bleys database document search.

           Theodore C. Max                         1.90 hrs.                     $  1,282.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    October 22, 2020
Theodore C. Max    Invoice 340043547
Page 6 of 32

## FEE DETAIL

| | | | |
|---|---|---|---|
| 09/08/20 | Correspondence with opposing counsel re depositions; research re survey experts; correspondence with potential survey experts; research re financial experts; correspondence with Chanel team re deposition dates and interrogatory answers; review notices of deposition served by Defendants; revise deposition chart; confer with Ted Max and Dylan Price re same. | | |
| | Jill M. Pietrini | 2.80 hrs. | $ 1,890.00 |
| 09/08/20 | Email to L. Mofatt and R. Gruber regarding open issues and follow-up questions; email regarding Farfetch production discovery; email to L. Moffatt and R. Gruber regarding draft responses to WGACA RFP Set 13 and Interrogatories; emails to S. Eichner regarding Farfetch email to L. Moffatt and R. Gruber regarding deposition scheduling; follow-up with D. Price and J. Pietrini regarding same. | | |
| | Theodore C. Max | 6.50 hrs. | $ 4,387.50 |
| 09/08/20 | Telephone call with Ted Max re deposition; revised email to opposing counsel re deposition scheduling. | | |
| | Dylan J. Price | .60 hrs. | $ 390.00 |
| 09/08/20 | ███████████████████████ | | |
| | ██████████ | ████████ | ████████ |
| 09/08/20 | Receive and review emails re responses to discovery; finalize new discovery requests and finalize service thereof; | | |
| | Bridget J. Russell | .90 hrs. | $ 522.45 |
| 09/08/20 | Reviewed/analyzed documents for deposition preparations of Chanel Witnesses; revised and finalized Chanel's responses to WGACA's RFP Set 13. | | |
| | Hyo Jin Paik | 4.70 hrs. | $ 1,386.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          October 22, 2020
Theodore C. Max                                                                                                          Invoice 340043547
                                                                                                                                 Page 7 of 32

## FEE DETAIL

09/08/20    ████████████████████████████████████████████████
            ████████████████████████████████████
            █████████████

            ████████████          ████████          ███████

09/09/20    Conference  call with Chanel team re projects; work on and review and revise draft
            Responses to Ninth Set of Requests for Production and Seventh Set of Interrogatories;
            emails re Farfetch discovery follow up; emails re deposition procedures and
            scheduling;  email and teleconference with J. Pietrini re deposition scheduling;
            discussions re translations; email re J. Gommichon Letter to W. Dillard; email with J.
            Pietirini and D. Price re WGACA's Response to Order to Show Cause; work on draft of
            Chanel's Ninth Set of Requests for Production; email re Dallas, Texas invoice.

                Theodore C. Max                    5.10 hrs.                    $ 3,442.50

09/09/20    Revised meet and confer letter to opposing counsel; performed research re
            requirements for taking depositions of French citizens under the Hague convention;
            reviewed revised protective order and corresponded with Ms. Russell re the same;
            reviewed draft letter to the Court stipulating to 60-day extension of discovery period;
            prepared email to opposing counsel re deposition scheduling issues and logistics.

                Dylan J. Price                     3.80 hrs.                    $ 2,470.00

09/09/20    Participated in Chanel conference call on discovery items and case strategy; and
            performed legal research in connection with deposition issues.

                Tyler E. Baker                     1.40 hrs.                    $ 875.00

09/09/20    Review materials produced by defendants under May  5 Order and email from T. Max
            re same; receive and review email re stipulated protective order.

                Bridget J. Russell                  .80 hrs.                    $ 464.40

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    October 22, 2020
Theodore C. Max                                                                                            Invoice 340043547
                                                                                                          Page 8 of 32

## FEE DETAIL

09/09/20     Reviewed/analyzed factual record for deposition preparations; revised and Chanel's
             responses to WGACA's additional discovery requests; participated in a Chanel team
             call w/T. Max, D. Price, T. Baker and B. Russell re discovery projects.

                Hyo Jin Paik                        4.20 hrs.              $ 1,239.00

09/09/20     ████████████████████████████████████████████████████████████████
             ████████████████████████████████████████████████████

                ████████████             ████████████            ████████████

09/10/20     Correspondence with opposing counsel re deposition scheduling; correspondence with
             Chanel employees; telephone conference with Ted Max re same; telephone conference
             with Dylan Price re same.

                Jill M. Pietrini                     1.50 hrs.              $ 1,012.50

09/10/20     Emails and follow up re Chanel Responses to WGACA's Ninth Set of Requests for
             Production and Eighth Set of Interrogatories; conference call with client re status of
             discovery and follow up re mailbox searches and Farfetch discovery; discussion re
             discovery responses and deposition procedures; conference call with D. Price; follow
             up re B. Russell email re Stipulation and Order re Confidentiality.

                Theodore C. Max                      3.90 hrs.              $ 2,632.50

09/10/20     Telephone call with client to discuss discovery responses and ongoing discovery and
             deposition issues; researched deposition issues; Revised email to opposing counsel re
             depo issues.

                Dylan J. Price                       1.80 hrs.              $ 1,170.00

09/10/20     Reviewed correspondence from WGACA and drafted summary of issues pertaining to
             depositions; conferred with T. Max and H. Paik on remote deposition issues.

                Tyler E. Baker                       .70 hrs.              $  437.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 9 of 32

## FEE DETAIL

09/10/20    Review protective order and email T. Max re same; call with T. Max re depositions; draft email to opposing counsel re depositions; email T. Max re Dillards documents; email T. Max re depositions; receive and review emails re Dillards discovery.

Bridget J. Russell         1.20 hrs.         $ 696.60

09/10/20    Reviewed/analyzed factual record for deposition preparations; reviewed/analyzed and prepared Chanel's Production Set 9; conferred with Chanel and T. Max and D. Price re: Chanel's discovery responses; revised and finalized Chanel's responses to WGACA's RFP Set 14 and Interrogatory Set 8.

Hyo Jin Paik         6.30 hrs.         $ 1,858.50

09/10/20    Correspondence exchange with TransPerfect regarding certified translation of 2012 Police Report from Italian to English.

Adelle L. Jones         .30 hrs.         $ 90.45

09/10/20    [redacted]

09/11/20    Conference call with J. Bleys re [redacted]; email and call to H.J. Paik re supplemental production; emails and follow up with D. Price and J. Pietrini re discovery and deposition procedure; email re same; B. Russell re meet and confer email re WGACA Response to Chanel's Satisfaction of Discovery Protocol;  follow up and review re preparation for J. Bleys deposition; email to R. Gruber re J. Bravo conference call.

Theodore C. Max         4.60 hrs.         $ 3,105.00

09/11/20    Corresponded with opposing counsel re deposition logistics; Telephone call with Ted Max re topics for Jennifer Bleys' deposition preparation session.

Dylan J. Price         .90 hrs.         $ 585.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 10 of 32

## FEE DETAIL

| | | | |
|---|---|---|---|
| 09/11/20 | Revise discovery requests; revise meet and confer re conduct of depositions; draft meet and confer re May 5 Order and email same to T. Max; receive and review T. Max revisions. | | |
| | Bridget J. Russell | 1.30 hrs. | $ 754.65 |
| 09/11/20 | Reviewed/analyzed factual record for deposition preparations; reviewed/analyzed and finalized Chanel's Production Set 9. | | |
| | Hyo Jin Paik | 2.70 hrs. | $ 796.50 |
| 09/11/20 | Reviewed so ordered stipulation extending discovery deadlines. | | |
| | Bradley M. Rank | .30 hrs. | $ 84.00 |
| 09/11/20 | ████████████████████████ | | |
| 09/12/20 | Email to J. Bleys re preparation for deposition and preparation materials; email to B. Russell re meet and confer issues. | | |
| | Theodore C. Max | .50 hrs. | $ 337.50 |
| 09/12/20 | Review prior discovery responses; email T. Max re same; revise meet and confer re infringing item discovery and May 5 Order; email T. Max re same. | | |
| | Bridget J. Russell | .35 hrs. | $ 203.18 |
| 09/12/20 | Reviewed pleadings in preparation of J. Bleys deposition and compiled the same. | | |
| | Hyo Jin Paik | .40 hrs. | $ 118.00 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    October 22, 2020
Theodore C. Max                                                                                            Invoice 340043547
                                                                                                         Page 11 of 32

## **FEE DETAIL**

09/13/20      Work on and follow up re preparation of J. Bleys identify and designate  emails for
              copying copies for binders; work on and review J. Bleys correspondence; email to J.
              Bleys and Chanel team re ████████████████████████████████████████████.

                     Theodore C. Max                   1.40 hrs.                    $  945.00

09/13/20      Revise draft meet and confer email.

                     Bridget J. Russell                .40 hrs.                     $  232.20

09/14/20      Work on and prepare for defense of deposition of J. Bleys; assemble preparation
              books; email re Japanese translation; email re Bleys Exhibits; email re deposition of R.
              Gruber; conference call with B. Russell re discovery requests and meet and confer
              email.

                     Theodore C. Max                   4.80 hrs.                    $  3,240.00

09/14/20      Gather information re third parties for subpoenas; draft motion for protective order;
              email and call T. Max re outstanding items; receive and review emails re repairs in
              Japan; review meet and confer response and related discovery; strategize with T. Max
              re same.

                     Bridget J. Russell                2.70 hrs.                    $  1,567.35

09/14/20      Conferred with Lit Support and IT re: replacement files for Chanel's Production Set 9;
              reviewed/analyzed factual record for preparation.

                     Hyo Jin Paik                      2.10 hrs.                    $  619.50

09/14/20      Prepared documents for depositions review and organization; prepare translations of
              Italian documents for production.

                     Steven Molina                     3.10 hrs.                    $  683.55

09/14/20      ████████████████████████████████████████████████
              ████████████████████████████

                     ████████████            ████████            ████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                October 22, 2020
Theodore C. Max                                                                                         Invoice 340043547
                                                                                                        Page 12 of 32

## FEE DETAIL

| | | | |
|---|---|---|---|
| 09/15/20 | Emails to J. Pietrini re deposition scheduling; email re Japanese translation; email to J. Bleys re preparation for deposition; review WGACA exhibits; emails and follow up to B. Russell re J. Galantic and B. Pavlovsky depositions; work on and prepare discovery responses. | | |
| | Theodore C. Max | 5.30 hrs. | $ 3,577.50 |
| 09/15/20 | Telephone call with Ted Max re depositions issues. | | |
| | Dylan J. Price | .30 hrs. | $ 195.00 |
| 09/15/20 | Finalize and serve RFP responses; email T. Max re meet and confer email; receive, review and reply to email re expert documents. | | |
| | Bridget J. Russell | .60 hrs. | $ 348.30 |
| 09/15/20 | Reviewed/analyzed factual record and pleadings for deposition preparation and compiled relevant documents. | | |
| | Hyo Jin Paik | 2.40 hrs. | $ 708.00 |
| 09/15/20 | Translated French documents for production and Jennifer Bley's deposition preparation. | | |
| | Steven Molina | 4.60 hrs. | $ 1,014.30 |
| 09/16/20 | Emails re Responses to Requests for Production; email re meet and confer re J. Galantic and B. Pavlovsky; review Responses to Requests for Admission; follow up with B. Russell re discovery responses. | | |
| | Theodore C. Max | 4.90 hrs. | $ 3,307.50 |
| 09/16/20 | Created action item list for deposition preparation and telephone conference re same. | | |
| | Dylan J. Price | .80 hrs. | $ 520.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 13 of 32

## **FEE DETAIL**

09/16/20        Follow up call regarding discovery issues and related strategy.

                Tyler E. Baker                          .60 hrs.                $ 375.00

09/16/20        Conference call regarding Chanel discovery and draft strategy email T. Max re meet
                and confer emails; draft motion for protective order; receive and review emails re RFA
                responses and other outstanding discovery requests; email B. Gutman re telephone
                phone numbers of former WGACA employees; contact third parties on LinkedIn.

                Bridget J. Russell                      1.60 hrs.               $ 928.80

09/16/20        Reviewed/analyzed factual record, discovery responses and pleadings for deposition
                preparations; organized potential clawback documents; participated in weekly team
                status call with T. Max, D. Price, T. Baker and B. Russell.

                Hyo Jin Paik                            5.70 hrs.               $ 1,681.50

09/16/20        Prepared and organized documents for deposition prep binders.

                Steven Molina                           .90 hrs.                $ 198.45

09/16/20        Compiled document review searches re Seth Weisser and Frank Bober
                communications in furtherance of attorney review for deposition preparation.

                Stacey Crocker                          .60 hrs.                $ 186.30

09/16/20        ████████████████████████████████████████████████████
                ██████████████████████████████████████████
                ████████████████████████████████████████████████████
                ██████████████████████████████████

                     ████████████           ██████████          ████████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.　　　　　October 22, 2020
Theodore C. Max　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice 340043547
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 14 of 32

## FEE DETAIL

09/17/20　　　Correspondence with J. Bleys re deposition postponement; correspondence with
　　　　　　　opposing counsel re same; correspondence with expert re potential survey work;
　　　　　　　correspondence with financial expert re damages expert work needed; review
　　　　　　　Defendants' response re items identified by Chanel as infringing and counterfeit; confer
　　　　　　　with Ted Max and Dylan Price re same; multiple correspondence with opposing
　　　　　　　counsel re deposition scheduling and pre-trial extension dates; confer with Dylan Price,
　　　　　　　Ted Max, and Bridgett Russell re same.

　　　　　　　　　Jill M. Pietrini　　　　　　　　　2.40 hrs.　　　　　　　$ 1,620.00

09/17/20　　　Emails and work on Chanel motion to quash J. Galantic subpoena; work on and
　　　　　　　prepare meet and confer email to T. Kidde re Response to Chanel Proof re Non-
　　　　　　　Genuine Goods.

　　　　　　　　　Theodore C. Max　　　　　　　　3.70 hrs.　　　　　　　$ 2,497.50

09/17/20　　　Worked on motion for protective orders and meet and confer issues re Sun Li
　　　　　　　deposition.

　　　　　　　　　Dylan J. Price　　　　　　　　　.50 hrs.　　　　　　　$ 325.00

09/17/20　　　Finish drafting and research related to motions for protective order; email T. Max re
　　　　　　　same; draft meet and confer email re motion for protective order; call T. Max and D.
　　　　　　　Price re upcoming depositions; finalize amended deposition notices and serve same;
　　　　　　　email opposing counsel re P. Rubin address; email T. Max re Hague Convention
　　　　　　　issues.

　　　　　　　　　Bridget J. Russell　　　　　　　2.80 hrs.　　　　　　　$ 1,625.40

09/17/20　　　Reviewed/analyzed factual record and pleadings and compiled documents for
　　　　　　　deposition preparations; reviewed/analyzed Chanel's foreign language documents for
　　　　　　　responsiveness.

　　　　　　　　　Hyo Jin Paik　　　　　　　　　2.90 hrs.　　　　　　　$ 855.50

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

09/17/20    Gathered and prepared four sets of discovery binders of Hot Documents for attorney review; gather documents for S. weisser and F. Bober depositions.

Steven Molina                    4.70 hrs.                    $ 1,036.35

09/17/20    Draft searches to identify and segregate potentially Hot Documents to be used as deposition exhibits for attorney review.

Lauren E. Doucette               .40 hrs.                     $ 120.00

09/18/20    Email and discussion with B. Russell re meet and confer re B. Pavlovsky and J. Galantic; email with client re ███████████████████; work on Motion to Quash re J. Galantic; emails and follow up re Adrienne Hahn clawbacks; emails and follow up re response to Meet and Confer; email re J. Bleys deposition and rescheduling.

Theodore C. Max                  6.80 hrs.                    $ 4,590.00

09/18/20    ████████████████████████████████████████████

09/18/20    Telephone call with Ted Max re deposition scheduling.

Dylan J. Price                   .50 hrs.                     $ 325.00

09/18/20    Reviewed prior briefing materials on apex doctrine and motions for protective order precluding deposition of senior executives; prepared materials for B. Russell.

Tyler E. Baker                   .50 hrs.                     $ 312.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 16 of 32

## FEE DETAIL

09/18/20    Call with T. Max re protective orders; review draft J. Galantic protective order; review additional research; draft J. Galantic declaration; review emails re Farfetch arguments; email opposing counsel re deposition; call with opposing counsel re deposition; email with opposing counsel re deposition; call with T. Max re strategy for F. Bober deposition and response re May 5 Order; strategize with D. Price re motions for protective order.

Bridget J. Russell                3.80 hrs.                $ 2,205.90

09/18/20    Reviewed/analyzed factual record and pleadings for deposition preparations and compiled relevant WGACA Hot documents; summarized Chanel's foreign language documents for internal team review; reviewed/analyzed WGACA's RFP Set 15.

Hyo Jin Paik                4.90 hrs.                $ 1,445.50

09/18/20    Discussed motions moving for protective orders re depositions with T. Max.

Bradley M. Rank                .20 hrs.                $ 56.00

09/18/20    ███████████████████████████████████████
            █████████████████████████

            ███████        ███████        ███████

09/20/20    Reviewed/analyzed factual record and pleadings for deposition preparations.

Hyo Jin Paik                .40 hrs.                $ 118.00

09/21/20    Review order granting motion to extend pre-trial dates; correspondence with experts re operative pleadings and court schedule; teleconference with Ted Max re depositions.

Jill M. Pietrini                .80 hrs.                $ 540.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 17 of 32

## FEE DETAIL



09/21/20     Email to L. Moffatt and R. Gruber re ████████████████████; email to
             J. Bleys re ██████████████████████████; work on and revise J.
             Galantic Motion to Quash and Declaration; review documents re Adrienne Hahn
             clawback.

             Theodore C. Max                4.10 hrs.                $ 2,767.50

09/21/20     ████████████████████████████

             ████████████          ████████          ████████

09/21/20     Receive and review and reply to emails from J. Pietrini and H. Paik re depositions and
             experts; revise motion for protective order for B. Pavlovsky; email T. Max re same;
             email and call with D. Price and T. Max re depositions and outstanding discovery
             issues.

             Bridget J. Russell              2.20 hrs.                $ 1,277.10

09/21/20     Reviewed/analyzed factual record and pleadings for deposition preparation and
             compiled relevant documents.

             Hyo Jin Paik                    3.80 hrs.                $ 1,121.00

09/21/20     ████████████████████████████████████████

             ████████████          ████████          ████████

09/22/20     Teleconference with Ted Max re discovery issues and depositions; correspondence
             with survey experts; correspondence with financial expert.

             Jill M. Pietrini                .70 hrs.                 $ 472.50

09/22/20     Emails and follow up re J. Galantic and B. Pavlovsky depositions and issues re
             Farfetch discovery; follow up with M. Nitsch discovery; follow up re preparation of A.
             Hahn and rescheduling of J. Bleys; prepare email response re DeCarlo Meet and
             Confer email; follow up re email searches.

             Theodore C. Max                3.70 hrs.                $ 2,497.50

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 18 of 32

## FEE DETAIL

| 09/22/20 | Receive and review and reply to emails re discovery and depositions; call with T. Max re same; revise motion for protective order as to Pavlovsky; email T. Max re same; draft response to meet an confer request from opposing counsel; begin drafting subpoenas to former employees of defendants. |

Bridget J. Russell          3.40 hrs.          $ 1,973.70

| 09/22/20 | Reviewed/analyzed factual record and pleadings for deposition preparations and compiled relevant documents; reviewed/analyzed clawback documents; reviewed/analyzed WGACA's RFP Set 15 and drafted responses thereto. |

Hyo Jin Paik          5.80 hrs.          $ 1,711.00

| 09/22/20 | Organized and prepared documents for deposition prep binder  for Robin Gruber. |

Steven Molina          2.90 hrs.          $ 639.45

| 09/22/20 | ████████████████████████████████████
████████████████████████

████████████          ████████          ████████ |

| 09/23/20 | Correspondence with survey and financial experts; confer with Hyo Jin Paik re deposition preparation. |

Jill M. Pietrini          .60 hrs.          $ 405.00

| 09/23/20 | Email to M. Garafola re Orli evidence and screen prints; emails and follow up re B. Pavlovsky Motion to Quash; work on and revise draft meet and confer responses; email and follow up re discovery; conference call with J. Bravo and S. Bichant re █████████ and follow up; email and call with A. Hahn re deposition preparation; email re A. Hahn clawback; email re O. Combemorel clawback. |

Theodore C. Max          4.10 hrs.          $ 2,767.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                          October 22, 2020
Theodore C. Max                                                                                                  Invoice 340043547
                                                                                                                 Page 19 of 32

## FEE DETAIL

09/23/20        Telephone call with Ted Max; Reviewed and analyzed Adrienne Hahn clawback
                documents.

                Dylan J. Price                      1.80 hrs.                     $ 1,170.00

09/23/20        Revised Motion for Protective Order of B. Pavlovsky and conferred with T. Max
                concerning same.

                Tyler E. Baker                       .80 hrs.                     $ 500.00

09/23/20        Call T. Max re status of motion for protective order; email  draft J. Pietrini re
                protective order and discovery materials; revise draft B. Pavlovsky motion for
                protective order; draft declaration in support of B. Pavlovsky motion for protective
                order; email with T. Max and call re motion for protective order and meet and confer;
                email with opposing counsel re threatened motion; review meet and confer response
                and revise and send same.

                Bridget J. Russell                  3.30 hrs.                     $ 1,915.65

09/23/20        Reviewed/analyzed factual record and pleadings for deposition preparation and
                compiled relevant documents; reviewed/analyzed clawback documents; reviewed and
                compiled documents for financial expert; participated in conference call with T. Max
                and Chanel re: discovery issues and collection of additional materials;
                reviewed/analyzed WGACA's RFP Set 15 and drafted responses thereto.

                Hyo Jin Paik                        8.10 hrs.                     $ 2,389.50

09/23/20        Research re background information concerning potential witnesses adn former
                employees of WGACA.

                William Z. Gutman                   1.80 hrs.                     $ 656.10

09/23/20        Prepared and organized documents for Gruber deposition prep binder for attorney
                review.

                Steven Molina                       3.90 hrs.                     $ 859.95

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

October 22, 2020
Invoice 340043547
Page 20 of 32

Theodore C. Max

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 09/23/20 | Prepared and organized documents for Robin Gruber deposition prep binder for attorney review. | | |
| | Steven Molina | 3.50 hrs. | $ 771.75 |
| 09/23/20 | Reviewed draft letter and declaration re protective order; emailed with team re same. | | |
| | Bradley M. Rank | .30 hrs. | $ 84.00 |

09/23/20 ███████████████████████████████████████
███████████████████
████████████          ████████          ████████

09/23/20 ████████████████████████████████
████████████          ████████          ████████

09/24/20 ██████████████████████████████████████████████
███████
████████████          ████████          ████████

| | | | |
|---|---|---|---|
| 09/24/20 | Review summary of issues for survey issues in case; telephone conference with Steven Nowlis re survey; review Defendants' website; prepare notes to file; review Nowlis CV; begin due diligence on Nowlis; review protective order; correspondence with opposing counsel re inspection of '184 bag; telephone conference with Ted Max re foregoing. | | |
| | Jill M. Pietrini | 2.20 hrs. | $ 1,485.00 |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 21 of 32

## FEE DETAIL

09/24/20    Emails to L. Moffatt and R. Gruber re meet and confer issues re discovery; email and follow up re B. Pavlovsky documents; email with J. Pietrini re deposition scheduling and preparation; email to WGACA counsel re handbag review; emails and follow up re Farfetch supplemental production; assemble and prepare Adrienne Hahn documents; email to L. Moffatt and R. Gruber re ███████████████████████; emails re clawback issues re ████████.

    Theodore C. Max             4.80 hrs.          $ 3,240.00

09/24/20    Reviewed email from opposition counsel re authentification of bags in WGACA's possession and strategized with Mr. Max re the same.

    Dylan J. Price            .50 hrs.          $ 325.00

09/24/20    Receive and review and reply emails regarding meet and confer response to opposing counsel; receive and review and reply to emails related to outstanding discovery issues; email T. Max and D. Price re same; email opposing counsel re meet and confer issues for following day's call; call with T. Max re same; receive and review emails re counterfeit bag discovery; receive and review and strategize re responsive email from opposing counsel.

    Bridget J. Russell          2.40 hrs.        $ 1,393.20

09/24/20    Reviewed/analyzed factual record and pleadings for deposition preparations and compiled relevant documents; reviewed/analyzed clawback documents; reviewed and compiled documents for the expert; reviewed/analyzed WGACA's RFP Set 15 and drafted responses thereto.

    Hyo Jin Paik            5.90 hrs.       $ 1,740.50

09/24/20    Prepared Adrienne Hahn witness preparation documents for witness and attorney review.

    Steven Molina           6.20 hrs.       $ 1,367.10

09/24/20    ████████████████████████████████

    ████████████         ████████       ████████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                October 22, 2020
Theodore C. Max                                                                                          Invoice 340043547
                                                                                                         Page 22 of 32

## FEE DETAIL

09/24/20     ████████████████████████████████████████████████████████
             ███████████

                    █████████████        █████████         ███████████

09/25/20     Teleconference with David Franklyn and Mike Alley re survey work; prepare notes to
             file re same; review summary of initial research on Stephen Nowlis; set up deposition
             room at W Hotel (no charge); telephone conference with financial expert; prepare notes
             to file; review financials produced to date; confer with Ted Max and team re same.

                    Jill M. Pietrini                    2.10 hrs.              $ 1,417.50

09/25/20     Work on and revise draft Responses to Requests for Production; review and email A.
             Hahn re deposition preparation; conference call with A. Hahn and L. Moffit re
             preparation; meet and confer call with WGACA counsel;; emails and follow up with L.
             Moffatt and A. Hahn re ████████████████████████████.

                    Theodore C. Max                     6.10 hrs.              $ 4,117.50

09/25/20     Prepared for and attended meet and confer conference call to discuss document
             production, inspection and deposition issues.

                    Dylan J. Price                      1.70 hrs.              $ 1,105.00

09/25/20     Assemble documents for expert selection and preparation; email J. Pietrini and H. Paik
             re same; meet and confer with opposing counsel re depositions of B. Pavlovsky and J.
             Galantic and other issues; call with T. Max re same; email T. Max re notes from call
             and proposed follow-up; receive and reply to further emails re depositions and
             preparation.

                    Bridget J. Russell                  1.50 hrs.              $ 870.75

09/25/20     Reviewed/analyzed factual record and pleadings for deposition preparations and
             compiled relevant documents; reviewed/analyzed clawback documents; reviewed and
             compiled documents for the expert; revised drafted responses to WGACA's RFP Set
             15.

                    Hyo Jin Paik                        6.20 hrs.              $ 1,829.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 23 of 32

## FEE DETAIL

09/25/20        Organized and placed WGACA hot documents in chronological order..

        Steven Molina                              .90 hrs.                    $  198.45

09/25/20        Organized and prepared A. Hahn, and L. Moffatt witness binders.

        Steven Molina                              3.60 hrs.                   $  793.80

09/25/20        Worked on and assembled documents regarding 63 items Chart Project for attorney
                review.

        Steven Molina                              1.80 hrs.                   $  396.90

09/25/20        ████████████████████████████████████████████████████

        ████████          ████████          ████████

09/25/20        ████████████████████████████████████████████████████
                ██████████████████████████████████

        ████████          ████████          ████████

09/25/20        ████████████████████████████████████████████████████
                ████████

        ████████          ████████          ████████

09/27/20        Review deposition preparation binders and documents for Robin Gruber; review
                deposition notice of Robin Gruber; review Defendants' summary of authentication
                process; confer with Ted Max re same; travel to New York for depositions (4.3 hrs -
                comp); review list of key individuals in case.

        Jill M. Pietrini                           6.40 hrs.                   $  4,320.00

09/27/20        Reviewed/analyzed factual record and pleadings for deposition preparation and
                compiled relevant documents for WGACA witnesses.

        Hyo Jin Paik                              2.70 hrs.                   $  796.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

October 22, 2020
Invoice 340043547
Page 24 of 32

## FEE DETAIL

09/27/20    Organized and integrated natives files of WGACA hot documents in date order WGACA prepare documents for deposition preparation.

   Steven Molina                  7.40 hrs.                  $ 1,631.70

09/28/20    Review exhibit binders for Defendants in depositions; ███████████
   ███████████████; review Chanel's responses to 23 interrogatories and 210 document requests served by Defendants; confer with Ted Max re time line with Defendants, deposition strategy, facts of case, and deposition exhibits; review translation of Corti factory police report; confer with Adelle Jones re revisions thereto.

   Jill M. Pietrini               7.10 hrs.                  $ 4,792.50

09/28/20    Work on and prepare outline re Adrienne Hahn deposition; emails with L. Moffatt and A. Hahn re preparation; review and revise draft Responses to WGACA's 15th Set of Requests for Production; meet with J. Pietrini re chronology of case and discussion re various issues and themes of case; review and email to H.J. Paik re discovery responses to WGACA's 15th Set of Requests for Production.

   Theodore C. Max                6.10 hrs.                  $ 4,117.50

09/28/20    Receive and reply to emails from J. Pietrini re evidence related to depositions; review S. Weisser documents in preparation for deposition.

   Bridget J. Russell             .70 hrs.                   $ 406.35

09/28/20    Reviewed/analyzed factual record and pleadings for deposition preparations and compiled relevant documents; reviewed and analyzed WGACA hot documents binder; conducted legal research for deposition preparations; finalized clawback production; finalized Chanel's Production Set 10; revised and finalized Responses to WGACA's RFP Set 15; drafted Chanel's Supplemental Initial Disclosures.

   Hyo Jin Paik                   8.50 hrs.                  $ 2,507.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 25 of 32

## FEE DETAIL



09/28/20

09/28/20    Prepared  and organized Frank Bober deposition material for attorney review.

Steven Molina                2.40 hrs.                $ 529.20

09/28/20    Edited  and reorganized WGACA Hot Documents Master set per attorney instructions.

Steven Molina                3.20 hrs.                $ 705.60

09/28/20

09/28/20

09/29/20    Review additional designated Defendants, exhibits for preparation for depositions,;
review remainder of Jennifer Bleys exhibits; review Defendants' responses to
interrogatories and requests for admissions; begin review of Defendants' responses to
documents requests; confer with Ted Max re foregoing; confer with Hyo Jin Paik and
Bridget Russell re documents for Defendants' founder Seth Waisser correspondence
with Robin Gruber re deposition preparation; confer with Adelle Jones re certified
Italian translation of Corti theft.

Jill M. Pietrini                6.30 hrs.                $  4,252.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                October 22, 2020
Theodore C. Max                                                                                         Invoice 340043547
Page 26 of 32

## FEE DETAIL

09/29/20        Email to M. Bossius re mailbox productions; conference call with A. Hahn re
                deposition preparation with L. Moffatt; emails and follow up re same; meet with J.
                Pietrini re preparation of R. Gruber; emails and follow up re production issues; follow
                up with A. Hahn re ZOOM link and attire; follow up re documents re preparation for
                Weisser and Bober depositions.

                Theodore C. Max                        5.70 hrs.                        $ 3,847.50

09/29/20        Receive and review and reply to emails relating to outstanding discovery issues and
                deposition preparation; review instagram account of WGACA for recent issues; email
                relevant documents for S. Weisser deposition; email with J. Pietrini re conduct of S.
                Weisser deposition; email with H. Paik related to hot documents related to S. Weisser
                deposition.

                Bridget J. Russell                     1.40 hrs.                        $ 812.70

09/29/20        Reviewed/analyzed factual record and pleadings for deposition preparations and
                compiled relevant documents; prepared hot documents for Chanel and WGACA
                deponents; conferred with litigation support re: Chanel's Production Vol. 10;
                corresponded with Veritext and opposing counsel re: deposition preparation.

                Hyo Jin Paik                           7.30 hrs.                        $ 2,153.50

09/29/20        Review and respond to multiple queries re certified English translation of 2012 Italian
                Police Report; telephone conference with translation service re same.

                Adelle L. Jones                        .60 hrs.                         $ 180.90

09/29/20        Organized and prepared deposition preparation binders for attorney review.

                Steven Molina                          2.90 hrs.                        $ 639.45

09/29/20        Translated foreign language documents for attorney review.

                Steven Molina                          .50 hrs.                         $ 110.25

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    October 22, 2020
Theodore C. Max                                                                                                                     Invoice 340043547
                                                                                                                                              Page 27 of 32

## FEE DETAIL

09/29/20    ████████████████████████████████████████
                 ███████████████████████████████████████
                 ███████████████████████████

                     ████████████              ███████              ███████

09/30/20    Prepare outline for Robin Gruber deposition; travel to and from Robin Gruber's home
                 for deposition preparation; meeting with Robin Gruber for deposition preparation;
                 teleconferences with Ted Max re same; review El Greco case, and repair product case;
                 ██████████████████████; telephone conference with Bridget
                 Russell re deposition exhibits for Robin Gruber, deposition of Seth Wessier, and
                 documents to use as exhibits for Seth Weisser.

                     Jill M. Pietrini                          9.90 hrs.                    $ 6,682.50

09/30/20    Defend deposition of Adrienne Hahn; discussions with J. Pietrini and R. Gruber re
                 preparation for R. Gruber depositions and issues of focus of opposing counsel;
                 discussions with L. Moffatt re status.

                     Theodore C. Max                       8.30 hrs.                    $ 5,602.50

09/30/20    Call with J. Pietrini re R. Gruber deposition and preparation for S. Weisser deposition;
                 attempt to contact potential WGACA witnesses; draft individual subpoenas for former
                 employees; receive and review and respond re various production and deposition
                 related emails.

                     Bridget J. Russell                      3.10 hrs.                    $ 1,799.55

09/30/20    Reviewed/analyzed factual record and pleadings for deposition preparations and
                 compiled relevant documents; reviewed/analyzed documents and prepared Chanel's
                 Production Set 11.

                     Hyo Jin Paik                             3.20 hrs.                    $ 944.00

09/30/20    Multiple correspondence and activities re amended translation and certification for
                 2012 Italian Police Report.

                     Adelle L. Jones                         .30 hrs.                      $ 90.45

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    October 22, 2020
Theodore C. Max                                                                                              Invoice 340043547
                                                                                                            Page 28 of 32

## FEE DETAIL

09/30/20        Add certified translation documents to document repository.

                Steven Molina                          .70 hrs.                        $ 154.35

09/30/20        Prepared responsive, not privileged document production of Italian translated files for
                deposition review.

                Stacey Crocker                         1.60 hrs.                       $ 496.80

09/30/20        ███████████████████████

                          ████████████████        ██████████          ████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 29 of 32

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 43.30 | $ 675.00 | $ 29,227.50 |
| Theodore C. Max | 113.60 | $ 675.00 | $ 76,680.00 |
| Dylan J. Price | 21.90 | $ 650.00 | $ 14,235.00 |
| ██████████ | ██ | ███████ | ████████ |
| Tyler E. Baker | 5.70 | $ 625.00 | $ 3,562.50 |
| Bridget J. Russell | 39.15 | $ 580.50 | $ 22,726.58 |
| Hyo Jin Paik | 103.80 | $ 295.00 | $ 30,621.00 |
| William Z. Gutman | 2.50 | $ 364.50 | $ 911.25 |
| Adelle L. Jones | 1.90 | $ 301.50 | $ 572.85 |
| ██████████ | ██ | ███████ | ████████ |
| Steven Molina | 54.70 | $ 220.50 | $ 12,061.35 |
| ██████████ | ██ | ███████ | ████████ |
| Bradley M. Rank | .80 | $ 280.00 | $ 224.00 |
| ██████████ | ██ | ███████ | ████████ |
| ██████████ | ██ | ███████ | ████████ |
| Stacey Crocker | 2.20 | $ 310.50 | $ 683.10 |
| Lauren E. Doucette | .40 | $ 300.00 | $ 120.00 |
| ██████████ | ██ | ███████ | ████████ |
| ██████████ | ██ | ███████ | ████████ |

**Total Fees for Professional Services**          **$ 203,329.63**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                October 22, 2020
Theodore C. Max                                                                                        Invoice 340043547
                                                                                                       Page 30 of 32

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 08/31/20 | ULD LA - United Litigation Discovery Inc - Inv#2716 - Native processing | 70.00 |
| 08/31/20 | E-Discovery Monthly Data Hosting Fees, 138.04 Gigabytes. | 1,380.39 |
| 08/31/20 | E-Discovery Monthly External User Fees, 16 Users. | 1,104.00 |
| 09/17/20 | Federal Express on 09/17/20 | 59.88 |
| 09/25/20 | Federal Express on 09/25/20 | 96.15 |
| 09/25/20 | Federal Express on 09/25/20 | 111.40 |
| 09/25/20 | Federal Express on 09/25/20 | 63.92 |
| 09/25/20 | Federal Express on 09/25/20 | 111.40 |
| 09/28/20 | Federal Express on 09/28/20 | 51.42 |
| 09/28/20 | Federal Express on 09/28/20 | 27.71 |
| 09/28/20 | Federal Express on 09/28/20 | 15.67 |
| 09/29/20 | Federal Express on 09/29/20 | 28.21 |
| 09/30/20 | Federal Express on 09/30/20 | 30.79 |
| 09/04/20 | Lexis research by Liebman, Bruce on 9/4/2020. | 359.10 |
| 09/24/20 | Lexis research by Tan, Evelyn on 9/24/2020. | 1,108.80 |
| 09/10/20 | ULD LA - United Litigation Discovery Inc - Inv#2768 - Native processing | 70.00 |
| 09/21/20 | ULD LA - United Litigation Discovery Inc - Inv#2797 - Native processing | 449.25 |
| 09/14/20 | Transperfect Translations - Inv#19497756 - Document translation with certification | 275.00 |
| 09/30/20 | Transperfect Translations - Inv#1963191 - Translation from Japanese to English | 2,792.00 |
| 09/04/20 | Westlaw research by Russell, Bridget, on 9/4/2020. | 257.40 |
| 09/17/20 | Westlaw research by Russell, Bridget, on 9/17/2020. | 194.40 |
| 09/25/20 | Westlaw research by Russell, Bridget, on 9/25/2020. | 863.10 |
| 09/27/20 | Westlaw research by Russell, Bridget, on 9/27/2020. | 495.90 |
| 09/28/20 | Westlaw research by Russell, Bridget, on 9/28/2020. | 605.70 |
| 09/28/20 | Westlaw research by Paik, Hyo Jin, on 9/28/2020. | 128.70 |
| 09/29/20 | Westlaw research by Russell, Bridget, on 9/29/2020. | 495.90 |
| | Color Copies | 4,924.50 |
| | Duplication | 721.25 |

**Total Disbursements**                                                                               $ 16,891.94

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.  
Theodore C. Max

October 22, 2020  
Invoice 340043547  
Page 31 of 32

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 09/17/20 | 340042535 | 192,179.29 | 187,265.30 | 4,913.99 | 0.00 | $ 192,179.29 |
| | | | | Total Outstanding Fees and Disbursements | | $ 192,179.29 |
| | | | | Interest on Outstanding A/R | | 5,948.95 |
| | | | | Fees and Disbursements Due for this Invoice | | 220,221.57 |
| | | | | **Total Due For This Matter** | | **$ 418,349.81** |

## 2020 Billing History for Chanel vs Pines Vintage

| Date | Bill # | Matter Name | Month of Services Rendered | Total Billed | Status |
|---|---|---|---|---|---|
| 1/9/2020 | 340035512 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | December '19 | $82,549.79 | Settled |
| 2/28/2020 | 340036797 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | January '20 | $50,424.50 | Settled |
| 3/23/2020 | 340037711 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | February '20 | $147,451.68 | Settled |
| 4/28/2020 | 340038587 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | March '20 | $129,957.33 | Settled |
| 5/29/2020 | 340039434 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | April '20 | $63,093.79 | Settled |
| 6/4/2020 | 340040154 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | May '20 | $119,072.79 | Settled |
| 7/15/2020 | 340040803 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | June ' 20 | $132,252.97 | Settled |
| 8/27/2020 | 340041867 | Chanel USA, Inc. - | July '20 | $135,299.41 | Settled |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 22, 2020
Invoice 340043547
Page 32 of 32

| | | | | | |
|---|---|---|---|---|---|
| | | vs - Pines Vintage, Inc., | | | |
| 9/17/2020 | 340042535 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | August '20 | $192,179.29 | Settled |
| 10/22/2020 | 340043547 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | September '20 | $220,221.57 | Outstanding |
| **GRAND TOTAL** | | | | **$1,272,503.12** | |

## <u>Nov. 2020 Invoice</u>

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                           SMRH Tax ID 95-1463164
Head of Intellectual Property                                  November 2, 2020
Chanel USA, Inc.                                              Invoice 340044485
9 W. 57th Street
New York, NY 10019

Our Matter No.    18WZ-264490
                  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2020

| | | |
|---|---|---|
| Current Fees | $ 221,745.20 | |
| Current Disbursements | $ 27,664.74 | |
| Total Current Activity | | $ 249,409.94 |
| Total Due for This Invoice | | $ 249,409.94 |

### DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 2 of 2

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 61.20 | $ 675.00 | $ 41,310.00 |
| Theodore C. Max | 107.20 | $ 675.00 | $ 72,360.00 |
| Dylan J. Price | 74.60 | $ 650.00 | $ 48,490.00 |
| ███████████ | ████ | █████████ | ██████████ |
| Tyler E. Baker | 5.80 | $ 625.00 | $ 3,625.00 |
| Bridget J. Russell | 31.80 | $ 580.50 | $ 18,459.90 |
| Hyo Jin Paik | 29.40 | $ 295.00 | $ 8,673.00 |
| William Z. Gutman | 12.30 | $ 364.50 | $ 4,483.35 |
| ███████████ | ████ | █████████ | ██████████ |
| ███████████ | ███ | █████████ | ██████████ |
| ███████████ | ████ | █████████ | ██████████ |
| Adelle L. Jones | 7.40 | $ 301.50 | $ 2,231.10 |
| Steven Molina | 61.30 | $ 220.50 | $ 13,516.65 |
| Leigh A. Tencza | 1.50 | $ 270.00 | $ 405.00 |
| ███████████ | ████ | █████████ | ██████████ |
| Stacey Crocker | 19.80 | $ 310.50 | $ 6,147.90 |
| Lauren E. Doucette | 1.00 | $ 300.00 | $ 300.00 |
| ███████████ | ████ | █████████ | ██████████ |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                         November 2, 2020
Chanel USA, Inc.                                      Invoice 340044485
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

### <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2020

Current Fees                          $ 221,745.20
Current Disbursements                 $  27,664.74

Total Current Activity                              $ 249,409.94

Total Due for This Invoice                          $ 249,409.94

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298          Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 2 of 30

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 61.20 | $ 675.00 | $ 41,310.00 |
| Theodore C. Max | 107.20 | $ 675.00 | $ 72,360.00 |
| Dylan J. Price | 74.60 | $ 650.00 | $ 48,490.00 |
| ███████████ | ████ | ██████ | ██████████ |
| Tyler E. Baker | 5.80 | $ 625.00 | $ 3,625.00 |
| Bridget J. Russell | 31.80 | $ 580.50 | $ 18,459.90 |
| Hyo Jin Paik | 29.40 | $ 295.00 | $ 8,673.00 |
| William Z. Gutman | 12.30 | $ 364.50 | $ 4,483.35 |
| ███████████ | ████ | ██████ | ██████████ |
| ███████████ | ███ | ██████ | ██████████ |
| ███████████ | ████ | ██████ | ██████████ |
| Adelle L. Jones | 7.40 | $ 301.50 | $ 2,231.10 |
| Steven Molina | 61.30 | $ 220.50 | $ 13,516.65 |
| Leigh A. Tencza | 1.50 | $ 270.00 | $ 405.00 |
| ███████████ | ████ | ██████ | ██████████ |
| Stacey Crocker | 19.80 | $ 310.50 | $ 6,147.90 |
| Lauren E. Doucette | 1.00 | $ 300.00 | $ 300.00 |
| ███████████ | ████ | ██████ | ██████████ |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 3 of 30

FOR PROFESSIONAL SERVICES THROUGH 10/31/20

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 10/01/20 | Defend deposition of Robin Gruber; meetings with Robin Gruber re same; telephone conference with Ted Max re same; confer with Bridget Russell re deposition preparation for Seth Wessier; correspondence with court reporter re transcripts and information requested; correspondence with opposing counsel re clawback of privileged email inadvertently produced. | | |
| | Jill M. Pietrini | 11.70 hrs. | $ 7,897.50 |
| 10/01/20 | Emails and teleconference with J. Pietrini re R. Gruber deposition; work with L. Moffatt and preparation for deposition on October 2, 2020; emails with L. Doucette re mailbox searches and follow up re same; email to T. Baker re Christie's discovery and deposition preparation; email and teleconference with B.. Russell re discovery clawback of document; review Supplemental Response; email to J. Bravo and S. DiChant re WGACA's Supplemental Response and ███████████████ ████████████████. | | |
| | Theodore C. Max | 5.10 hrs. | $ 3,442.50 |
| 10/01/20 | Conferred with S. Molina re: deposition preparations. | | |
| | Hyo Jin Paik | .20 hrs. | $ 59.00 |
| 10/01/20 | Prepared and redacted documents for revised production. | | |
| | Steven Molina | .70 hrs. | $ 154.35 |
| 10/01/20 | Processed production claw back of Exhibit 68. Prepared additional custodian .nsf collection for search term processing. | | |
| | Stacey Crocker | 2.30 hrs. | $ 714.15 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    November 2, 2020
Theodore C. Max                                                                                                             Invoice 340044485
                                                                                                                            Page 4 of 30

## **FEE DETAIL**

10/02/20      Review binder of hot documents; review binder of documents relating Seth Weisser;
              select documents to use as exhibits for Weisser documents; review Defendants'
              supplemental initial disclosures; review Answer to Second Amended Complaint;
              confer with Bridget Russell re documents to use at Weisser deposition; teleconferences
              with Ted Max re Lora Moffatt deposition; correspondence with opposing counsel re
              rescheduling Weisser deposition; confer with Bridget Russell and Ted Max re same.

              Jill M. Pietrini                        8.20 hrs.                    $ 5,535.00

10/02/20      Attend and defend deposition of L. Moffatt; email and follow up re Corti documents
              and follow up re same.

              Theodore C. Max                         7.40 hrs.                    $ 4,995.00

10/02/20      Reviewed Christie's production documents in connection with depositions.  Prepared
              summary of relevant documents and associated issues for T. Max and J. Pietrini.
              Coordinated with LitSupport in connection with same.

              Tyler E. Baker                          3.40 hrs.                    $ 2,125.00

10/02/20      Reviewed/analyzed Christie's documents for Seth Weisser deposition preparations;
              conferred with S. Molina re: deposition preparations.

              Hyo Jin Paik                            1.40 hrs.                    $ 413.00

10/02/20      ██████████████████████████████████████████████████

              ████████████            ████████            ████████

10/02/20      Reviewed and gathered Italian language documents for attorney review.

              Steven Molina                           1.20 hrs.                    $ 264.60

10/02/20      Exported select Christie's production documents for attorney review.

              Steven Molina                           .60 hrs.                     $ 132.30

10/02/20      Conferred with Lit Support team re corrupeted .nsf files.

              Stacey Crocker                          .40 hrs.                     $ 124.20

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 5 of 30

## FEE DETAIL

10/03/20        Reviewed/analyzed WGACA's Responses to Requests for Production.

        Hyo Jin Paik                              .40 hrs.                    $  118.00

10/04/20        Review WGACA hot documents and responses to discovery; work on and prepare
outline for deposition of F. Bober from WGACA.

        Theodore C. Max                        3.50 hrs.                   $  2,362.50

10/05/20        Read and review of Second Circuit  case; meeting with Ted Max re preparation for F.
Bober deposition and strategy therefor.

        Jill M. Pietrini                          1.30 hrs.                   $  877.50

10/05/20        Work on preparation for F. Bober deposition; emails with R. Gruber and L. Moffatt re
outstanding discovery requests and follow up; emails and work with S. Molina and J.
Paik re deposition preparation; email to M. Grignard re ███████████████
███████████; emails and follow up re Bianchi & Nardi translations and production;
emails and discussion with J. Pietrini re case and strategy.

        Theodore C. Max                        6.10 hrs.                   $  4,117.50

10/05/20        Reviewed/analzyed documents and compiled exhibit set for Frank Bober deposition.

        Hyo Jin Paik                             2.50 hrs.                   $  737.50

10/05/20        Prepared and organized pleadings files for attorney binder.

        Steven Molina                            2.90 hrs.                   $  639.45

10/05/20        Gathered and organized exhibits for Frank Bober deposition.

        Steven Molina                            3.70 hrs.                   $  815.85

10/05/20        ████████████████████████████████████████████

        ████████████          ██████          ██████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 6 of 30

## FEE DETAIL

10/06/20    Review relevant deposition exhibits of Defendants to use for Seth Weisser deposition; review Defendants' discovery responses to use in Weisser deposition; review Defendants ads to use in Weisser deposition; correspondence with opposing counsel re deposition exhibits; confer with Ted Max and Bridget Russell re same; revise supplemental initial disclosures of Chanel; meet with Ted Max re deposition preparation for Frank Bober; confer with Bridget Russell re deposition of Rago Brothers and discovery issues.

Jill M. Pietrini             4.60 hrs.             $ 3,105.00

10/06/20    Work on and prepare for deposition of WGACA Vice Chair Frank Bober; work with S, Molina re exhibits and organization; review and organize deposition and outline of F. Bober.

Theodore C. Max             6.10 hrs.             $ 4,117.50

10/06/20    Reviewed correspondence re deposition exhibits and scheduling.

Dylan J. Price             .50 hrs.             $ 325.00

10/06/20    Compiled and finazlied exhibit set for Frank Bober.

Hyo Jin Paik             6.90 hrs.             $ 2,035.50

10/06/20    ███████████████████████████████

███████        ███████        ███████

10/06/20    ████████████████████████████████████

███████        ███████        ███████

10/06/20    Organized and updated Frank Bober deposition exhibits for use at S. Weisser deposition.

Steven Molina             4.00 hrs.             $ 882.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    November 2, 2020
Theodore C. Max                                                                                           Invoice 340044485
                                                                                                          Page 7 of 30

## FEE DETAIL

| 10/06/20 | Reviewed and marked previously marked exhibits numbers to be used in Frank Bober collection. | | |

| | Steven Molina | 3.10 hrs. | $ 683.55 |

| 10/06/20 | Prepared and processed CHANEL012 document production volume export. | | |

| | Stacey Crocker | 2.10 hrs. | $ 652.05 |

| 10/07/20 | Review documents to use in Seth Weisser deposition; review Defendants' response and supplemental response to discovery orders; review declaration of Ambria Mische re Rago Bros. repairs; teleconferences with Ted Max re Frank Bober deposition. | | |

| | Jill M. Pietrini | 6.10 hrs. | $ 4,117.50 |

| 10/07/20 | Prepare for deposition of Frank Bober of WGACA; take deposition of F. Bober and emails and teleconferences with S. Molina regarding same; emails and teleconferences with J. Pietrini and D. Price re same; follow-up regarding deposition of F. Bober of WGACA. | | |

| | Theodore C. Max | 7.70 hrs. | $ 5,197.50 |

| 10/07/20 | Participated in Frank Bober deposition introducing exhibits for attorney T. Max. | | |

| | Steven Molina | 7.00 hrs. | $ 1,543.50 |

| 10/08/20 | Teleconferences with Ted Max re strategy for depositions and meet and confer; meeting with Bridget Russell re same and additional discovery required. | | |

| | Jill M. Pietrini | .60 hrs. | $ 405.00 |

| 10/08/20 | Work on draft response to meet and confer email; emails to B. Russell regarding same; file regarding discovery issues and production; review F. Bober rough transcript; email with D. Price and J. Pietrini regarding F. Bober deposition and email regarding same; email to S. Molina regarding deposition transcript of F. Bober. | | |

| | Theodore C. Max | 3.60 hrs. | $ 2,430.00 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          November 2, 2020
Theodore C. Max                                                                                  Invoice 340044485
                                                                                                 Page 8 of 30

## FEE DETAIL

10/08/20    Conferred with Bridget Russell re outstanding documents and information that
            WGACA agreed to provide; corresponded with Ted Max re case staffing; Reviewed
            draft Rago Brothers meet and confer letter.

            Dylan J. Price                          1.40 hrs.              $ 910.00

10/08/20    ███████████████████████████████████████████

            ████████████        █████████        ████████

10/08/20    Updated deposition exhibits chart and collection with Frank Bober deposition exhibits.

            Steven Molina                           .80 hrs.              $ 176.40

10/09/20    Teleconference with financial expert re discovery requests served and information and
            documents needed.

            Jill M. Pietrini                        .30 hrs.              $ 202.50

10/09/20    Work on and revise draft email to counsel for WGACA; work with B. Russell
            regarding same; emails with J. Pietrini and D. Price regarding discovery and
            depositions; email to L. Moffatt and R. Gruber regarding discovery issues and status of
            questions; email to M. Garafola regarding Fashion Catalog screen shots; follow-up
            regarding discovery issues; Chanel conference call regarding status of open issues and
            tasks.

            Theodore C. Max                         4.90 hrs.             $ 3,307.50

10/09/20    Team call to discuss depositions and document production issues; reviewed Frank
            Bober deposition transcript; reviewed draft email to WGACA re ongoing discovery
            issues; corresponded with Mr. Max re foreign depositions and WGACA's proposal to
            waive Hague convention procedures; Reviewed WGACA click rate spreadsheet.

            Dylan J. Price                          3.60 hrs.             $ 2,340.00

10/09/20    Conferred with H. Paik on data collection and ESI issues.

            Tyler E. Baker                          .60 hrs.              $ 375.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 9 of 30

## FEE DETAIL

10/09/20    Participated in weekly team status call with T. Max, D. Price and T. Baker; compiled and organized assignments for paralegals and lit support.

           Hyo Jin Paik           1.30 hrs.           $ 383.50

10/09/20    Prepared revised search term results across additional Chanel custodians for attorney review.

           Stacey Crocker           .50 hrs.           $ 155.25

10/11/20    Prepared revised search term results across additional Chanel custodians for attorney review.

           Stacey Crocker           .70 hrs.           $ 217.35

10/12/20    Teleconference with Ted Max re discovery issues; review multiple correspondence with opposing counsel re same; revise response to meet and confer requested by opposing counsel.

           Jill M. Pietrini           1.30 hrs.           $ 877.50

10/12/20    Work on and revise draft meet and confer email in response to DeCarlo; emails with B. Russell re same;  email to D. Price and J. Pietrini re Requests for Admission; emails  to J. Bravo regarding authentication and Orli process;  review F. Bober draft transcript; conference; follow with L. Moffatt and R. Gruber re outstanding discovery issues.

           Theodore C. Max           4.40 hrs.           $ 2,970.00

10/12/20    ███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████

           ████████████           ███████           ███████████

10/12/20    Reviewed and analyzed WGACA's Supplemental Submission in Response to the Court's May 5, 2020 discovery protocol; Reviewed and analyzed email from Joseph Bravos' team critiquing WGACA authentication analysis.

           Dylan J. Price           1.80 hrs.           $ 1,170.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                November 2, 2020
Theodore C. Max                                                                                        Invoice 340044485

### <u>FEE DETAIL</u>

10/12/20        Participated in a conference call with Chanel and T. Max re: discovery issues and case
                updates; conferred with S. Crocker, L. Doucette and S. Molina re: case status re:
                Chanel's production; summarized outstanding issues re: discovery for team's internal
                review.

                        Hyo Jin Paik                        3.20 hrs.                        $  944.00

10/12/20        Prepared compilation of WGACA hot documents and discovery binder for attorney
                review.

                        Steven Molina                       1.10 hrs.                        $  242.55

10/12/20        Stage data, generate load files to link documents, then upload documents to Relativity
                for Attorney review.

                        Steven Molina                        .60 hrs.                        $  132.30

10/12/20         Attended Hyo Jin Paik's Zoom meeting regarding outstanding  projects in Chanel.

                        Steven Molina                        .90 hrs.                        $  198.45

10/12/20        Conferred with Chanel case team re database and additional custodian collections.

                        Stacey Crocker                       .70 hrs.                        $  217.35

10/12/20        Finalized document  batch for review of Kohli and Oka responsive term hits.

                        Stacey Crocker                      1.40 hrs.                        $  434.70

10/12/20        Conference call to discuss the outstanding Chanel action items to prepare the
                supplemental privilege log on behalf of Chanel.

                        Lauren E. Doucette                   .50 hrs.                        $  150.00

10/13/20        Email to J. Pietrini re S. Weisser deposition preparation and articles re same; review
                Farfetch documents; email to S. Eichner re Farfetch discovery; follow up re discovery
                follow through and outstanding production issues.

                        Theodore C. Max                     3.60 hrs.                        $  2,430.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

10/13/20    Reviewed FarFetch article refuting WGACA's theory of relationship; Reviewed WGACA's responses to Chanel's Eighth Set of RFPs and identified deficient responses for further meet and confer; reviewed Robin Gruber deposition transcript.

Dylan J. Price                          2.20 hrs.                 $ 1,430.00

10/13/20    ██████████████████████████

██████████████         ██████████         ██████████

10/13/20    Summarized outstanding issues re: discovery for team's internal review; reviewed/analyzed WGACA's responses to Chanel's RFP Set 8.

Hyo Jin Paik                            .90 hrs.                  $ 265.50

10/14/20    Follow up with Chanel Team re discovery re Bianchi & Nardi and Chanel Orli system; emails with S. Molina re WGAGAC Chanel Serial numbers; email and call with S. Eichner re Farfetch discovery; emails with S. Molina and H.J. Paik re discovery follow up.

Theodore C. Max                         3.10 hrs.                 $ 2,092.50

10/14/20    Conference call to discuss ongoing discovery and deposition issues; call with Hyo-Jin Paik to discuss status of document production, remaining documents to be produced and structure of relativity database; reviewed foreign language documents; reviewed WGACA witness document counts to identify second round of WGACA witnesses to depose.

Dylan J. Price                          2.70 hrs.                 $ 1,755.00

10/14/20    Conference call with Chanel team re discovery and litigation strategy issues.

Tyler E. Baker                          1.30 hrs.                 $ 812.50

10/14/20    Participated in status call with T. Max, D. Price, T. Baker and B. Russell re Chanel discovery issues; reviewed/analyzed outstanding documents for production; reviewed/analyzed documents and prepared additional searches for deposition preparations.

Hyo Jin Paik                            6.40 hrs.                 $ 1,888.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    November 2, 2020
Theodore C. Max    Invoice 340044485
Page 12 of 30

## FEE DETAIL

10/14/20    Review Chanel database and confer with attorney and liti support manager re preparing deposition witness binders.

| | | |
|---|---|---|
| William Z. Gutman | 1.20 hrs. | $ 437.40 |

10/14/20    Reviewed Excel data and filtered and separated data of WGACA bags without serial numbers or with serial number issues.

| | | |
|---|---|---|
| Steven Molina | 3.10 hrs. | $ 683.55 |

10/14/20    Updated Chanel v. WGACA pleading and motions.

| | | |
|---|---|---|
| Steven Molina | .70 hrs. | $ 154.35 |

10/14/20    Compiled set of responsive email communication in preparation for upcoming deposition review.

| | | |
|---|---|---|
| Stacey Crocker | 1.10 hrs. | $ 341.55 |

10/15/20    Emails with B. Russell re WGACA discovery deficiencies and follow up re same; email with M. Garafola and S. Molina re ███████████████████; email with L. Moffatt re deposition transcript; emails re WGACA discovery deficiencies; email re cases re "counterfeit"; email to B. Russell re review and revisions to subpoenas for Plaza Hotel and Leather Spa.

| | | |
|---|---|---|
| Theodore C. Max | 3.70 hrs. | $ 2,497.50 |

10/15/20    Reviewed and analyzed report and supplemental report of WGACA per Court's May 5, 2020 discovery protocol; reviewed WGACA and Chanel database information for products identified by Chanel; reviewed e catalog records provided by M. Garafola for 11 Corti Bags and 51 additional non-genuine bags; reviewed Lora Moffatt deposition transcript; Reviewed deposition schedule and identified witnesses; reviewed WGACA's amended responses to Chanel's RFA's; conferred with team re inspection of bags in WGACA's possession.

| | | |
|---|---|---|
| Dylan J. Price | 5.50 hrs. | $ 3,575.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    November 2, 2020
Theodore C. Max                                                                                          Invoice 340044485
                                                                                                         Page 13 of 30

## FEE DETAIL

10/15/20        Reviewed/analyzed outstanding documents for production; reviewed/analyzed
                WGACA's response to Chanel's RFP Set 9.

                Hyo Jin Paik                    1.00 hrs.                $ 295.00

10/15/20        Review Chanel and WGACA databases and confer with attorney and litigation support
                manager re preparing deposition witness binders.

                William Z. Gutman               2.60 hrs.                $ 947.70

10/15/20        Reviewed and edited Excel data to data request by attorney.

                Steven Molina                   2.10 hrs.                $ 463.05

10/15/20        Created and loaded deposition transcript collection of Lora Moffatt deposition.

                Steven Molina                   .30 hrs.                 $ 66.15

10/15/20        Compiled responsive document and page hit counts in preparation for deposition
                review.

                Stacey Crocker                  1.80 hrs.                $ 558.90

10/15/20        Electronically filed joint letter motion to Judge Gorenstein regarding extension of
                discovery, with Southern District of New York Court.

                Leigh A. Tencza                 .80 hrs.                 $ 216.00

10/16/20        Email and follow up with L. Moffatt re discovery; emails with B. Moffatt re subpoenas
                for The Plaza Hotel and Leather Spa; email and follow up with M. Garafola re
                ██████████████████; email to G. Lazzeretti re Bianchi & Nardi and Italian
                proceedings.

                Theodore C. Max                 3.90 hrs.                $ 2,632.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.        November 2, 2020
Theodore C. Max                                                                                Invoice 340044485
                                                                                              Page 14 of 30

## FEE DETAIL

10/16/20    Corresponded with Hyo Jin Paik re database and production issues; prepared summary
            of document production tasks; reviewed case law relating to summary judgment and
            burden of proof on claims for counterfeiting and defenses based on goods being made
            in authorized factories; Continued review of foreign language documents and
            remaining documents to be produced; continued review of L. Moffatt deposition;
            corresponded with team re deposition scheduling issues; reviewed hot documents for
            WGACA's witnesses to identify remaining deponents; corresponded with counsel for
            Rago Brother's re deposition dates; reviewed WGACA's 17th Set of RFPs.

                    Dylan J. Price                    5.50 hrs.            $ 3,575.00

10/16/20    Reviewed/analyzed outstanding documents for production and conferred with D. Price
            regarding same; reviewed/analyzed documents and prepared additional searches for
            deposition preparations; reviewed and compiled translations of foreign language
            documents.

                    Hyo Jin Paik                      5.20 hrs.            $ 1,534.00

10/16/20    Work on compiling deposition witness binders for S. Weisser.

                    William Z. Gutman                 1.50 hrs.            $ 546.75

10/16/20    ███████████████████████████████████████████████████████████
            ████████████████████████████████████████

                    ████████████████        ████████████        ████████████

10/16/20    Updated Chanel team with translated copies of documents.

                    Steven Molina                     .30 hrs.            $ 66.15

10/16/20    Exported text data from Chanel database to run through Google translate to get
            translation.

                    Steven Molina                     1.90 hrs.           $ 418.95

10/19/20    Begin review of Frank Bober's deposition transcript; telephone conference with Ted
            Max re same.

                    Jill M. Pietrini                  1.50 hrs.           $ 1,012.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          November 2, 2020
Theodore C. Max                                                                                   Invoice 340044485
                                                                                                  Page 15 of 30

## FEE DETAIL

10/19/20     Emails and follow-up with M. Garafola regarding ███████████; email to D.
             Price regarding same; email to M. Boussiors regarding ESI discovery; email to S.
             Molina regarding supplemental productions; email to S. Crocker regarding ESI
             discovery; emails regarding M. Nitsch discovery and follow-up.

             Theodore C. Max                      3.90 hrs.                      $ 2,632.50

10/19/20     Corresponded with S. Molina re document translations; reviewed and analyzed
             WGACA's discovery responses; prepared meet and confer letter to WGACA; reviewed
             and analyzed WGACA repair documents, including documents relating to Leather Spa
             documents;  reviewed email from M. Garafola re ████████████████
             ██████████████; corresponded with S. Crocker re document production issues;
             reviewed further meet and confer emails from WGACA.

             Dylan J. Price                       5.80 hrs.                      $ 3,770.00

10/19/20     Organize WGACA witness binders for use in connection with deposition preparation.

             William Z. Gutman                    1.30 hrs.                      $ 473.85

10/19/20     Prepared  CHANEL production by applying Bates numbers, new images and text, then
             finalize by exporting and applying quality control to same.

             Steven Molina                        .70 hrs.                       $ 154.35

10/19/20     Reviewed WGACA document production for documents that mention Leather Spa.

             Steven Molina                        .70 hrs.                       $ 154.35

10/19/20     Processed responsive document production export; Bates range: CHANEL0012378 -
             CHANEL0012500.

             Stacey Crocker                       1.90 hrs.                      $ 589.95

10/19/20     Email communications with D. Sweat regarding service of subpoena to D. Samuels.

             Leigh A. Tencza                      .20 hrs.                       $ 54.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     November 2, 2020
Theodore C. Max                                                                                              Invoice 340044485
                                                                                                            Page 16 of 30

## FEE DETAIL

10/20/20     Continue reviewing deposition of Frank Bober; confer with Bridget Russell re
             deposition exhibits for Seth Weisser and discovery issues; review and organize
             deposition exhibits for Seth Weisser; review Federal Rules of Evidence re
             authentication of Italian Police Report.

             Jill M. Pietrini                        4.90 hrs.                    $ 3,307.50

10/20/20     Email M. Garafola regarding additional counterfeits; emails with S. Molina regarding
             discovery; email to Chanel team regarding counterfeiting cases; email to M. Boussios
             regarding discovery; follow-up email to G. Lazzeretti regarding Chanel complaints;
             email to A. Hahn regarding inspection of WGACA bags.

             Theodore C. Max                         4.10 hrs.                    $ 2,767.50

10/20/20     Corresponded with Bridget Russell re new date for Devyn Shaughnessy's depositions;
             worked on meet and confer letter re WGACA's amended responses to Chanel's requests
             for admission; corresponded with Michelle Rago re Rago Brothers deposition dates;
             performed research re Second Circuit case law involving trademark counterfeiting and
             defenses based on goods being "authorized"; analyzed information concerning new
             Corti theft bag identified by WGACA in its supplemental response and corresponded
             with Mr. Max re the same; reviewed Frank Bober deposition transcript.

             Dylan J. Price                          5.50 hrs.                    $ 3,575.00

10/20/20     Organize witness binders for use in connection with deposition preparation; confer
             with attorneys re same.

             William Z. Gutman                       1.90 hrs.                    $ 692.55

10/20/20     Reviewed and logged Bianchi Nardi serial numbers.

             Steven Molina                           .70 hrs.                     $ 154.35

10/20/20     Prepared L. Moffat responsive term hits for attorney review.

             Stacey Crocker                          .90 hrs.                     $ 279.45

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 17 of 30

## FEE DETAIL

10/20/20    Electronically filed letter motion to Judge Gorenstein, with Southern District of New York Court; email communications with T. Baker regarding same.

Leigh A. Tencza                     .50 hrs.                        $  135.00

10/21/20    Prepare deposition outline for Seth Weisser; confer with Bridget Russell re deposition exhibits; confer with Ted Max re cease and desist letter sent by Fross Zelnick; complete review of Frank Bober transcript.

Jill M. Pietrini                    9.40 hrs.                       $  6,345.00

10/21/20    Email to D. Price regarding email to D. Price regarding draft meet and confer email to WGACA counsel; email to S. Moline regarding supplemental production; email to B. Russell regarding meet and confer email with WGACA counsel regarding discovery deficiencies; email and call with T. Baker regarding ESI protocol; email to G. Lazzeratti of Spherion regarding confidentiality and filings in Italian Courts; email to L. Moffatt regarding depositions; email to J. Pietrini regarding ███████████ ██████████████████████████████████████; email to M. Garafola regarding Orli screen prints; email to M. Griguard regarding ████████████.

Theodore C. Max                     4.70 hrs.                       $  3,172.50

10/21/20    Reviewed Second Circuit case law on burden of proof re claims for counterfeiting and trademark infringement; reviewed ████████████████████████████ ████████████████████████████████; continued review of Frank Bober deposition transcript.

Dylan J. Price                      5.20 hrs.                       $  3,380.00

10/21/20    Communications re obtaining original  Italian Police Report from Renato Corti theft at Milan Italy in 2012 with seal and legalization.

Adelle L. Jones                     .20 hrs.                        $  60.30

10/21/20    Internet searches for articles, blog posts and other information on how to identify fake Chanel products, including those bearing Serial Number 10218184; forwarded findings to requesting attorney.  Review findings, prepare list of findings that sell Chanel products in addition to providing information on how to identify fake products.

Adelle L. Jones                     5.00 hrs.                       $  1,507.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 18 of 30

## FEE DETAIL

10/21/20    Updated Bianchi Nardi Serial number chart.

        Steven Molina                    4.00 hrs.              $ 882.00

10/21/20    Processed WGACA supplemental document production import for attorney review.

        Stacey Crocker                    .80 hrs.              $ 248.40

10/22/20    Revise Weisser deposition outline; meeting with Bridget Russell re deposition exhibits; take deposition of Seth Weisser; telephone conference with Ted Max and Bridget Russell re same; teleconferences with Ted Max re deposition preparation; correspondence with Italian associate re legalization needed for Corti Renato theft.

        Jill M. Pietrini                    9.90 hrs.              $ 6,682.50

10/22/20    Emails and follow up with Chanel re discovery questions re Corti and Bianchi & Nardi questions; emails to D. Price re same and correspondence with G. Lazerretti; emails to B. Russell re discovery and deposition of S. Weisser; read email from D. DeCarlo re discovery issues; emails and follow up with S. Crocker re custodian email searches; review emails and documents of L. Moffatt re responsiveness and privilege; emails and call with J. Pietrini and B. Russell re deposition of S. Weisser and questions re same.

        Theodore C. Max                    4.80 hrs.              $ 3,240.00

10/22/20    Continued review of Frank Bober deposition transcript; reviewed additional foreign language documents provided by Chanel's Italian counsel; reviewed email from M. Garafola re Orli database information.

        Dylan J. Price                    3.80 hrs.              $ 2,470.00

10/22/20    Prepare for and assist with deposition of S. Weisser.

        Bridget J. Russell                    8.90 hrs.              $ 5,166.45

10/22/20    Internet search for Milan litigator and contact information for assistance obtaining certified copy of 2012 police report; correspondence exchange with same.

        Adelle L. Jones                    1.80 hrs.              $ 542.70

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 19 of 30

## FEE DETAIL

10/22/20      Updated Bianchi and Nardichart re Serial Number and documents.

             Steven Molina                    5.60 hrs.              $ 1,234.80

10/22/20      Prepared AW email collection for data processing. Confered w/T. Max re document
             review of L. Moffat email collection.

             Stacey Crocker                   1.90 hrs.              $ 589.95

10/22/20      Prepare searches to identify related emails and corresponding attachments referred to in
             the body of key emails produced by WGACA to determine if the attachments exist and
             were produced by WGACA for attorney review.

             Lauren E. Doucette               .50 hrs.               $ 150.00

10/23/20      Emails and call with J. Pietrini re status and follow up on S. Weisser deposition; emails
             with S. Crocker re A. Werthheimer box; email and follow up re M. Nitsch deposition
             request and follow up; email with A. Hahn re inspection of WGACA items; email and
             follow up with L. Moffatt and R. Gruber re ████████████████████
             ████████████████████████████████████;  prepare email
             to D. DeCarlo re inspection of WGACA items; deposition of M. Nitsch; deposition of
             J. Bleys; certification by Chanel; and overseas depositions; and discussion with D.
             Price re same.

             Theodore C. Max                   4.80 hrs.              $ 3,240.00

10/23/20      Telephone call with Ted Max re inspection and deposition issues; Reviewed and
             revised meet and confer email; worked on Chanel's certification re evidence of
             counterfeit products; worked on Corti declaration; reviewed deposition exhibits for use
             in Devyn Shaughnessy deposition.

             Dylan J. Price                   3.80 hrs.              $ 2,470.00

10/23/20      ████████████████████████████████

             ██████████         ███████         ███████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 20 of 30

## FEE DETAIL

| | | | |
|---|---|---|---|
| 10/23/20 | Follow-up with Litigation Support Manager, S. Crocker, work on compiling and organizing documents in connection with preparing witness binders for depositions. | | |
| | William Z. Gutman | .90 hrs. | $  328.05 |
| 10/23/20 | Correspondence exchanges with litigator in Milan regarding obtaining official copy of 2012 police report. | | |
| | Adelle L. Jones | .20 hrs. | $  60.30 |
| 10/23/20 | Updated Italian documents re Bianchi and Nardi Serial no chart. | | |
| | Steven Molina | 5.20 hrs. | $  1,146.60 |
| 10/23/20 | Corresponded w/processing vendor and M. Boussios re encrypted AW emails. | | |
| | Stacey Crocker | .90 hrs. | $  279.45 |
| 10/26/20 | Emails and follow up with B. Russell re review of R. Gruber transcript; follow up with D. Price re deposition scheduling and discovery issues; work on and draft Requests for Admission; follow up with S. Crocker re discovery; email with S. Molina re discovery; email and follow up with G. Lazerretti re Italian filings. email with M. Garafola re documents and screen prints; email with M. Grignard re questions re ▮▮▮▮▮▮. | | |
| | Theodore C. Max | 4.90 hrs. | $  3,307.50 |
| 10/26/20 | Reviewed Seth Weisser deposition transcript. | | |
| | Dylan J. Price | 3.10 hrs. | $  2,015.00 |
| 10/26/20 | Telephone call with Mr. Max re Certification and related discovery issues. | | |
| | Dylan J. Price | .80 hrs. | $  520.00 |
| 10/26/20 | Review new documents for production; receive and review and respond to emails re discovery; strategize re depositions; draft discovery requests. | | |
| | Bridget J. Russell | 4.40 hrs. | $  2,554.20 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 21 of 30

## FEE DETAIL

| | | | |
|---|---|---|---|
| 10/26/20 | Review instructions to proceed with obtaining original copy of 2012 police report in Milan; correspondence to local counsel re same. | | |
| | Adelle L. Jones | .20 hrs. | $ 60.30 |
| 10/26/20 | Reviewed and entered last of Bianchi Nardi serial numbers into chart. | | |
| | Steven Molina | 1.30 hrs. | $ 286.65 |
| 10/26/20 | Updated Orli screen shots and E-catalog collections with new client documents. | | |
| | Steven Molina | .50 hrs. | $ 110.25 |
| 10/26/20 | Processed WGACA supplemental production import for attorney review. | | |
| | Stacey Crocker | .70 hrs. | $ 217.35 |
| 10/27/20 | Review and revise draft Requests for Admission; review R. Gruber deposition re designations and follow up with B. Russell re same; follow up with M. Grignard and J. Bravo re ████████████; email and follow re depositions of J. Bravo and M. Nitsch; emails with S. Molina re follow up email re J. Bravo and M. Grignard; emails with M. Garafola re screen shots. | | |
| | Theodore C. Max | 4.40 hrs. | $ 2,970.00 |
| 10/27/20 | Reviewed and revised meet and confer email to WGACA; reviewed Seth Weisser deposition transcript; reviewed deposition exhibits for use in upcoming depositions; telephone call with Ted Max re outstanding discovery issues. | | |
| | Dylan J. Price | 5.80 hrs. | $ 3,770.00 |
| 10/27/20 | Strategize with T. Max and D. Price re various discovery issues; finalize review of R. Gruber deposition; review claw back of emails from R. Gruber deposition; receive and review emails re A. Hahn; begin drafting discovery responses; draft deposition notices; schedule depositions. | | |
| | Bridget J. Russell | 5.10 hrs. | $ 2,960.55 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 22 of 30

## FEE DETAIL

10/27/20    Reviewed and gathered Farfetch documents for attorney review.

Steven Molina                      .70 hrs.                    $  154.35

10/27/20    Reviewed and gathered Joyce Green documents for deposition preparation.

Steven Molina                      1.60 hrs.                   $  352.80

10/27/20    Prepared AW responsive documents from 2016 - 2019 for attorney review.

Stacey Crocker                     .90 hrs.                    $  279.45

10/28/20    Teleconference with Andy Safir, financial expert, re documents received so far; review CV of Andy Safir; review and revise retainer agreement; correspondence with Andy Safir re same, financial documents produced, financial documents requested, and deposition transcripts; confer with Bridget Russell re meet and confer re financial documents requested.

Jill M. Pietrini                   1.40 hrs.                   $  945.00

10/28/20    Work on and revise draft Requests for Admission; emails with J. Pietrini re experts; email and follow up with J. Pietrini re financial expert; email with D. Price re draft certification; follow up re same; emails and follow up re WGACA discovery and issues re review and inspection of WGACA handbags by A. Hahn at WGACA location at Jersey City, New Jersey.

Theodore C. Max                    3.70 hrs.                   $  2,497.50

10/28/20    Reviewed Devyn Shaughnessy documents in preparation for deposition; conference call with Chanel team re outstanding discovery issues.

Dylan J. Price                     2.20 hrs.                   $  1,430.00

10/28/20    Reviewed  L. Moffatt transcript; interview P. Rubin; team call re status; strategize re P. Rubin deposition; draft subpoenas and notice to defendants; summarize outstanding financial requests; email with team re same.

Bridget J. Russell                 9.40 hrs.                   $  5,456.70

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.        November 2, 2020
Theodore C. Max                                                                                                    Invoice 340044485
                                                                                                                         Page 23 of 30

## **FEE DETAIL**

10/28/20        Complete background research re potential WGACA witnesses; prepare witness
                binders for use at deposition.

          William Z. Gutman                    2.10 hrs.                    $  765.45

10/28/20        Organized and prepared WGACA deposition exhibits for attorney binders.

          Steven Molina                          1.10 hrs.                    $  242.55

10/28/20        Searched database for financial information produced by WGACA.

          Steven Molina                          1.00 hrs.                    $  220.50

10/28/20        Created RFP chart regarding financial requests served upon WGACA.

          Steven Molina                           .80 hrs.                    $  176.40

10/28/20        Performed searched in database for Leather Surgeons emails re: or authentication.

          Steven Molina                          1.80 hrs.                    $  396.90

10/28/20        Updated Request for production chart with attorney edits,

          Steven Molina                           .60 hrs.                    $  132.30

10/28/20        ███████████████████████████████████

          ████████████        ████████        ████████

10/29/20        Emails and follow up re conference call re A. Hahn inspection of WGACA handbags
                and call with J. Bravo and team re inspection and Chanel quality control and follow up
                re handbags and documentation re quality control procedures; discussion re follow up
                and points of review for inspection; discussion with J. Bravo and S. Dichant and team
                re ███████████████████████████; email to B. Russell re
                Requests for Production re Mr. Lee; discussion re inspection of bag bearing Serial
                Number 1028184; email to S. Dichant re ████████████████████
                ██████ review designations re confidentiality for L. Moffatt deposition.

          Theodore C. Max                        3.80 hrs.                    $  2,565.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.            November 2, 2020
Theodore C. Max                                                                                    Invoice 340044485
                                                                                                  Page 24 of 30

## **FEE DETAIL**

10/29/20     Reviewed and revised testimony categories contained in subpoena to Rago Brothers; reviewed Devyn Shaughnessy documents and worked on deposition outline.

             Dylan J. Price                        4.80 hrs.                      $ 3,120.00

10/29/20     Conferred with S. Crocker on documents collection and ESI points and reviewed information in connection with same.  Emailed with T. Max regarding same.

             Tyler E. Baker                        .50 hrs.                       $ 312.50

10/29/20     Review L. Moffat deposition transcript; call with T. Max re depositions and strategy; review subpoenas and draft discovery requests.

             Bridget J. Russell                    3.40 hrs.                      $ 1,973.70

10/29/20     Complete preparing background research re potential witness.

             William Z. Gutman                     .30 hrs.                       $ 109.35

10/30/20     Conference call with J. Bravo and his team with R. Gruber and D. Price re Corti theft numbers and questions re same;  email and teleconference with A. Hahn from WGACA Jersey City location; follow up re same; work on email to D. DeCarlo.

             Theodore C. Max                        2.70 hrs.                     $ 1,822.50

10/30/20     Prepared for and participated in conference call with Joseph Bravo's team to discuss Corti and factory issues; reviewed Devyn Shaughnessy documents and performed research re handbags and jewelry items discussed in authentication related emails.

             Dylan J. Price                        5.80 hrs.                      $ 3,770.00

10/30/20     ███████████████████████████████████████████████████████████████████

             ████████████            ████████            ████████

10/30/20     Calls and emails re outstanding discovery and upcoming WGACA depositions and related issues.

             Bridget J. Russell                    .60 hrs.                       $ 348.30

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 2, 2020
Invoice 340044485
Page 25 of 30

## <u>FEE DETAIL</u>

10/30/20    Follow-up background research re potential WGACA witnesses.

William Z. Gutman                     .50 hrs.                     $  182.25

10/30/20    Processed WGACA Supplement Production Volumes 14 and 15.

Stacey Crocker                        .80 hrs.                     $  248.40

10/31/20    Reviewed and analyzed Devyn Shaughnessy documents in anticipation of deposition;
            Reviewed and analyzed WGACA Document Production Nos. 9-15.

Dylan J. Price                        4.80 hrs.                    $  3,120.00


**Total Fees for Professional Services**                          **$  221,745.20**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                November 2, 2020
Theodore C. Max                                                                                          Invoice 340044485
                                                                                                         Page 26 of 30

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 09/27/20 | J. Pietrini - 09/27/2020 - 10/06/2020 - Airfare to New York for deposition prep, depositions and meetings with Ted Max - New York | 1,566.20 |
| 09/27/20 | J. Pietrini - 09/27/2020 - 10/06/2020 - Fee for change of airfare ticket to New York for deposition prep, depositions and meetings with Ted Max - New York | 290.20 |
| 09/27/20 | J. Pietrini - 09/27/2020 - 10/06/2020 - Hotel - New York for deposition prep, depositions and meetings with Ted Max (including change fee) - New York | 3,741.75 |
| 09/27/20 | J. Pietrini - 09/27/2020 - Cab from JFK to Hotel - Hoboken, NJ | 144.30 |
| 09/28/20 | J. Pietrini - 09/28/2020 - Cab from hotel to ferry - Hoboken, NJ | 9.00 |
| 09/28/20 | J. Pietrini - 09/28/2020 - 10-trip ferry pass - Hoboken, NJ | 83.00 |
| 09/28/20 | J. Pietrini - 09/28/2020 - Cab - Ferry to Office - Hoboken, NJ | 14.76 |
| 09/28/20 | J. Pietrini - 09/28/2020 - Cab - Office to ferry - Hoboken, NJ | 15.96 |
| 09/28/20 | J. Pietrini - 09/28/2020 - Cab - Ferry to hotel - Hoboken, NJ | 12.00 |
| 09/28/20 | J. Pietrini - 09/28/2020 - Coffee - New Jersey | 3.47 |
| 09/28/20 | J. Pietrini - 09/28/2020 - Lunch - New Jersey | 10.61 |
| 09/28/20 | J. Pietrini - 09/28/2020 - Dinner - New Jersey | 88.70 |
| 09/29/20 | J. Pietrini - 09/29/2020 - Uber - Hotel to ferry - Hoboken, NJ | 9.30 |
| 09/29/20 | J. Pietrini - 09/29/2020 - Cab - Ferry to hotel - Hoboken, NJ | 11.00 |
| 09/29/20 | J. Pietrini - 09/29/2020 - Dinner - New Jersey | 76.04 |
| 09/29/20 | J. Pietrini - 09/29/2020 - Coffee - New Jersey | 3.50 |
| 09/30/20 | J. Pietrini - 09/30/2020 - Uber - Hotel to ferry - Hoboken, NJ | 10.30 |
| 09/30/20 | J. Pietrini - 09/30/2020 - Uber - Office to Robin Gruber's home - Hoboken, NJ | 27.36 |
| 09/30/20 | J. Pietrini - 09/30/2020 - Uber - Robin Gruber's home to hotel - Hoboken, NJ | 61.98 |
| 09/30/20 | J. Pietrini - 09/30/2020 - Coffee - New Jersey | 3.50 |
| 10/01/20 | J. Pietrini - 10/01/2020 - Dinner - New Jersey | 83.30 |
| 10/02/20 | J. Pietrini - 10/02/2020 - Uber - Hotel to office - Hoboken, NJ | 44.35 |
| 10/02/20 | J. Pietrini - 10/02/2020 - Uber - Office to ferry - Hoboken, NJ | 22.86 |
| 10/02/20 | J. Pietrini - 10/02/2020 - Uber - Ferry to hotel - Hoboken, NJ | 20.22 |
| 10/02/20 | J. Pietrini - 10/02/2020 - Uber - Hotel to dinner - Verona, NJ | 83.84 |
| 10/02/20 | J. Pietrini - 10/02/2020 - Coffee - New Jersey | 3.50 |
| 10/03/20 | J. Pietrini - 10/03/2020 - Cab to dinner - New Jersey | 27.00 |
| 10/04/20 | J. Pietrini - 10/04/2020 - Lunch - New Jersey | 15.24 |
| 10/04/20 | J. Pietrini - 10/04/2020 - Dinner - New Jersey | 80.17 |
| 10/05/20 | J. Pietrini - 10/05/2020 - Uber - Hotel to ferry - Hoboken, NJ | 10.30 |
| 10/05/20 | J. Pietrini - 10/05/2020 - Uber - Office to ferry - Hoboken, NJ | 20.43 |
| 10/05/20 | J. Pietrini - 10/05/2020 - Uber - Ferry to hotel - Hoboken, NJ | 10.30 |
| 10/05/20 | J. Pietrini - 10/05/2020 - Dinner - New Jersey | 92.90 |
| 10/05/20 | J. Pietrini - 10/05/2020 - Coffee - New Jersey | 3.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.       November 2, 2020
Theodore C. Max       Invoice 340044485
       Page 27 of 30

| Date | Description | Amount |
|---|---|---|
| 10/06/20 | J. Pietrini - 10/06/2020 - Uber - Ferry to hotel - Hoboken, NJ | 20.50 |
| 10/06/20 | J. Pietrini - 10/06/2020 - Uber - Hotel to ferry - Hoboken, NJ | 9.80 |
| 10/06/20 | J. Pietrini - 10/06/2020 - Uber - Ferry to hotel - Hoboken, NJ | 8.30 |
| 10/06/20 | J. Pietrini - 10/06/2020 - Dinner - Los Angeles | 60.00 |
| 10/06/20 | J. Pietrini - 10/06/2020 - Coffee - New Jersey | 3.50 |
| 10/06/20 | J. Pietrini - 10/06/2020 - Lunch - New Jersey | 17.00 |
| 10/07/20 | J. Pietrini - 10/07/2020 - Uber - Hotel to JFK Airport - Hoboken, NJ | 101.63 |
| 10/07/20 | J. Pietrini - 10/07/2020 - Cab - LAX to home - Los Angeles | 45.00 |
| 09/30/20 | ULD LA - United Litigation Discovery Inc - Inv#2812- Native Processing- Vol: CTRL-E13 | 70.00 |
| 09/30/20 | E-Discovery Monthly External User Fees, 16 Users. | 1,104.00 |
| 09/30/20 | E-Discovery Monthly Data Hosting Fees, 139.26 Gigabytes. | 1,392.57 |
| 10/22/20 | Veritext - Inv#4598832 - 10/07/20 Deposition of Frank Bober (with Exhibits) | 3,072.35 |
| 10/23/20 | TransPerfect Document Management - Inv#1982382 - French into English | 1,169.30 |
| 10/06/20 | Federal Express on 10/06/20 | 112.45 |
| 10/06/20 | Federal Express on 10/06/20 | 112.45 |
| 10/06/20 | Federal Express on 10/06/20 | 84.76 |
| 10/06/20 | Federal Express on 10/06/20 | 84.09 |
| 10/06/20 | Federal Express on 10/06/20 | 43.88 |
| 10/26/20 | Federal Express on 10/26/20 | 31.55 |
| 10/29/20 | Federal Express on 10/29/20 | 84.36 |
| 10/29/20 | Federal Express on 10/29/20 | 17.56 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Person Search - Advanced | 5.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Locate Report | 10.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Person Search - Advanced | 5.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Person Search - Advanced | 5.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Locate Report | 10.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Person Search - Advanced | 5.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - | 5.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.  
Theodore C. Max

| | | |
|---|---|---|
| | 9/30/2020. User: Michael Timpani. Transaction Type: Person Search - Advanced | |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Person Search - Advanced | 5.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Locate Report | 10.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Person Search - Advanced | 5.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Locate Report | 10.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Person Search - Advanced | 5.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Person Search - Advanced | 5.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Person Search - Advanced | 5.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Person Search - Advanced | 5.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Locate Report | 10.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: US Business Search - Advanced | 5.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: US Business Search - Advanced | 5.00 |
| 09/23/20 | TransUnion. Invoice Date: 10/1/2020. Billing Period: 9/1/2020 - 9/30/2020. User: Michael Timpani. Transaction Type: Locate Report | 10.00 |
| 10/05/20 | Lexis research by Russell, Bridget on 10/5/2020. | 89.10 |
| 10/06/20 | Lexis research by Russell, Bridget on 10/6/2020. | 504.90 |
| 10/24/20 | Executive Attorney Service Inc - Inv#58992- Process Service- Notice of Subpoena to Leather Spa John Street Inc- Served: Stephanie Espinosa | 115.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                     November 2, 2020
Theodore C. Max                                                                                              Invoice 340044485
                                                                                                            Page 29 of 30

| | | |
|---|---|---:|
| 10/13/20 | Ben Hyatt Certified Deposition Reporters - Inv#1160632 - Certified Transcript of Robin Gruber | 2,225.80 |
| 10/20/20 | Ben Hyatt Certified Deposition Reporters - One Certified Transcript of Adrienne Hahn | 1,481.50 |
| 10/04/20 | Westlaw research by Russell, Bridget, on 10/4/2020. | 323.10 |
| 10/06/20 | Westlaw research by Price, Dylan, on 10/6/2020. | 323.10 |
| 10/08/20 | Westlaw research by Price, Dylan, on 10/8/2020. | 367.20 |
| 10/20/20 | Westlaw research by Price, Dylan, on 10/20/2020. | 772.20 |
| 10/20/20 | Westlaw research by Russell, Bridget, on 10/20/2020. | 514.80 |
| 10/21/20 | Westlaw research by Price, Dylan, on 10/21/2020. | 772.20 |
| 10/22/20 | Westlaw research by Price, Dylan, on 10/22/2020. | 991.80 |
| 10/27/20 | Westlaw research by Price, Dylan, on 10/27/2020. | 257.40 |
| | Color Copies | 3,880.50 |
| | Duplication | 575.25 |

**Total Disbursements**                                                                                     **$ 27,664.74**

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    November 2, 2020
Theodore C. Max                                                                                            Invoice 340044485
                                                                                                         Page 30 of 30

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 10/22/20 | 340043547 | 220,221.57 | 203,329.63 | 16,891.94 | 0.00 | $ 220,221.57 |
| | | | | Total Outstanding Fees and Disbursements | | $ 220,221.57 |
| | | | | Interest on Outstanding A/R | | 5,948.95 |
| | | | | Fees and Disbursements Due for this Invoice | | 249,409.94 |
| | | | | **Total Due For This Matter** | | **$ 475,580.46** |

## 2020 Billing History for Chanel vs Pines Vintage

| Date | Bill # | Matter Name | Month of Services Rendered | Total Billed | Status |
|---|---|---|---|---|---|
| 1/9/2020 | 340035512 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | December '19 | $82,549.79 | Settled |
| 2/28/2020 | 340036797 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | January '20 | $50,424.50 | Settled |
| 3/23/2020 | 340037711 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | February '20 | $147,451.68 | Settled |
| 4/28/2020 | 340038587 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | March '20 | $129,957.33 | Settled |
| 5/29/2020 | 340039434 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | April '20 | $63,093.79 | Settled |
| 6/4/2020 | 340040154 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | May '20 | $119,072.79 | Settled |
| 7/15/2020 | 340040803 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | June ' 20 | $132,252.97 | Settled |
| 8/27/2020 | 340041867 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | July '20 | $135,299.41 | Settled |
| 9/17/2020 | 340042535 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | August '20 | $192,179.29 | Settled |
| 10/22/2020 | 340043547 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | September '20 | $220,221.57 | Outstanding |
| 11/30/2020 | 340044485 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | October '20 | $249,409.94 | Outstanding |
| | | **GRAND TOTAL** | | **$1,521,913.06** | |

# Dec. 2020 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

*Remittance Copy*
*Please return this page with your payment.*

Lora Moffatt, Esq.                                      SMRH Tax ID 95-1463164
Head of Intellectual Property                                December 18, 2020
Chanel USA, Inc.                                          Invoice 340045135
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2020

| | | |
|---|---|---|
| Current Fees | $ 202,523.20 | |
| Current Disbursements | $ 26,986.40 | |
| Total Current Activity | | $ 229,509.60 |
| Total Due for This Invoice | | $ 229,509.60 |

---

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:      Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St      Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
December 18, 2020
Invoice 340045135

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2020

| | |
|---|---|
| Current Fees | $ 202,523.20 |
| Current Disbursements | $ 26,986.40 |

| | |
|---|---|
| Total Current Activity | $ 229,509.60 |
| Total Due for This Invoice | $ 229,509.60 |

---

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    December 18, 2020
Theodore C. Max                                                                                            Invoice 340045135
                                                                                                         Page 2 of 28

## FOR PROFESSIONAL SERVICES THROUGH 11/30/20

## **FEE DETAIL**

11/02/20    Emails and follow up re deposition review for Errata Sheets for R. Gruber, A. Hahn and L. Moffatt; emails and follow up with L. Moffatt and R. Gruber re deposition scheduling; emails and follow up re ▉▉▉▉▉▉▉ and preparation of draft Declaration for Renato Corti; email to D. Price and J. Pietrini re Certification and language; follow up with J. Pietrini and D. Price  re WGACA motion to compel; email to D. DiCarlo re Farfetch discovery issues.

        Theodore C. Max                    4.40 hrs.                    $ 2,970.00

11/02/20    Worked on D. Shaughnessy deposition outline; Prepared for D. Shaughnessy deposition; Reviewed additional WGACA in preparation of depositions.

        Dylan J. Price                    8.80 hrs.                    $ 5,720.00

11/02/20    Reviewed and translated documents for attorney review.

        Steven Molina                    .80 hrs.                    $ 176.40

11/02/20    Reviewed and configured WCAGA Bag sale data for attorney review.

        Steven Molina                    4.30 hrs.                    $ 948.15

11/02/20    Reviewed and gathered documents to be used as  Devyn Shaughnessy Deposition exhibits.

        Steven Molina                    2.00 hrs.                    $ 441.00

11/02/20    Processed responsive J. Bravo document production export; bate range: CHANEL0012501 - CHANEL0012526.

        Stacey Crocker                    .90 hrs.                    $ 279.45

11/02/20    Processed translated documents in preparation for production.

        Stacey Crocker                    .30 hrs.                    $ 93.15

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

### FEE DETAIL

| | | | |
|---|---|---|---|
| 11/03/20 | Prepare emails to D. DeCarlo re discovery issues and questions re meet and confer and discovery scheduling; email and call with D. Price and G. Lazzeretti re Bianchi and Nardi and Corti issues; emails to L. Moffatt and r. Gruber re status; emails re R. Gruber Certification; emails with D. DeCarlo re Certification; review email from D. DeCarlo and Rule 37 Motion re Sanctions; email to L. Moffatt and R. Gruber re same. | | |
| | Theodore C. Max | 5.20 hrs. | $ 3,510.00 |
| 11/03/20 | Telephone calls with T. Max and B. Russell re depositions and ongoing meet and confer issues; Worked on D. Shaughnessy deposition outline and prepared for deposition; performed research re fake Chanel sunglasses referenced in D. Shaughnessy emails. | | |
| | Dylan J. Price | 8.80 hrs. | $ 5,720.00 |
| 11/03/20 | Compile and organize documents for attorney review for deposition prepartion. | | |
| | William Z. Gutman | .50 hrs. | $ 182.25 |
| 11/03/20 | ██████████████████████████████████████████████ | | |
| | ██████████████      ██████████      ██████████ | | |
| 11/03/20 | Review and respond re documents requested for production, forwarding same. | | |
| | Adelle L. Jones | .80 hrs. | $ 241.20 |
| 11/03/20 | Gathered ██████████████ from WGACA excel file for attorney review; assist with deposition prepartion; organized exhibits for Shaughnessy deposition; gathered ██████████████ WGACA excel file for attorney review. | | |
| | Steven Molina | 5.40 hrs. | $ 1,190.70 |
| 11/03/20 | Finalized data translation import of English translations forr production. | | |
| | Stacey Crocker | .30 hrs. | $ 93.15 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 18, 2020
Invoice 340045135
Page 4 of 28

## FEE DETAIL

| | | | |
|---|---|---|---|
| 11/04/20 | Review Defendants' 16th document Requests for Production to Chanel; review multiple correspondence re depositions of Mariana Nitsch and Joseph Bravo, Rago Bros, discovery responses, subpoenas to third parties, Defendants' failure to produce financial documents, meet and confer efforts, and other discovery issues; revise Certification of Chanel re Counterfeiting; confer with Ted Max re foregoing. | | |
| | Jill M. Pietrini | 3.60 hrs. | $ 2,430.00 |
| 11/04/20 | Email to B. Russell re A. Hahn deposition and exhibits and transcript review; emails to L. Moffatt and R. Gruber re Certification; email to D. Price re Chanel bag and D. Shaughnessy; email to ███████████ ████████████████; emails re Requests for Admission with D. Sweat; email with M. Garafola re Orli screen shots; read WGACA Rule 37 and SDNY Local Rules; motion and discussion re response; email to D. DeCarlo re motion to compel re Farfetch and issues re same. | | |
| | Theodore C. Max | 5.10 hrs. | $ 3,442.50 |
| 11/04/20 | Prepared for and deposed Devyn Shaughnessy; reviewed and revised meet and confer correspondence to WGACA; telephone call with Ted Max re depositions; reviewed revised counterfeiting certification. | | |
| | Dylan J. Price | 9.80 hrs. | $ 6,370.00 |
| 11/04/20 | Reviewed instructions to obtain translation for "Corti Complaint"; conferred re same; telephone conference and correspondence exchanges with translation vendor re same. | | |
| | Adelle L. Jones | .60 hrs. | $ 180.90 |
| 11/04/20 | Gathered and indexed Italian criminal proceeding documents for T. Max's review. | | |
| | Steven Molina | 3.30 hrs. | $ 727.65 |
| 11/04/20 | ████████████████████████████ | | |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    December 18, 2020
Theodore C. Max                                                                              Invoice 340045135
                                                                                            Page 5 of 28

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 11/05/20 | Teleconference with financial expert re financial documents needed; correspondence with financial expert re deposition of Devyn Shaunessey; prepare notes to file; revise chart of financial documents requested; teleconferences with Ted Max re oppositions to motion for sanctions; correspondence with opposing counsel re Gruber deposition; review settlement correspondence; review correspondence from opposing counsel re discovery issues; confer with A. Jones re chart needed for Robin Gruber deposition. | | |
| | Jill M. Pietrini | 2.90 hrs. | $ 1,957.50 |
| 11/05/20 | Prepare and work on draft letter response to WGACA Rule 37 Motion; emails and follow up with B. Russell and D. Price re same; work on and draft Chanel Requests for Admission; work on and revise draft Response to WGACA Requests for Production; emails and follow up re M. Boussious discovery issues. | | |
| | Theodore C. Max | 4.90 hrs. | $ 3,307.50 |
| 11/05/20 | Updated deposition chart scheduling; reviewed and responded to emails re deposition scheduling and further discovery meet and confer. | | |
| | Dylan J. Price | 2.30 hrs. | $ 1,495.00 |
| 11/05/20 | Updated deposition exhibits chart with S. Weissier and D. Shaughnessy deposition exhibits; updated deposition transcript collection for attorney review; created index of discovery requests for attorney review. | | |
| | Steven Molina | 4.90 hrs. | $ 1,080.45 |
| 11/05/20 | Processed WGACA supplemental document production for attorney review. | | |
| | Stacey Crocker | 1.10 hrs. | $ 341.55 |
| 11/06/20 | Review Defendants' motion for sanctions; review and revise opposition to motion; review additional correspondence with opposing counsel re discovery issues; telephone conference with Ted Max re foregoing; telephone conference with Robin Gruber re ████. | | |
| | Jill M. Pietrini | 3.70 hrs. | $ 2,497.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                    December 18, 2020
Theodore C. Max                                                                                                                                                    Invoice 340045135

## FEE DETAIL

11/06/20     Work on and prepare response to WGACA's Rule 37 Motion for Sanction; work on
             and emails re opposition to Farfetch motion; review A. Wertheimer documents; email
             and follow up with S. Crocker re production and electronic discovery; work on and
             prepare outline for P. Rubin deposition; work on and follow up re Responses to
             Requests for Production.

             Theodore C. Max                          5.70 hrs.                    $ 3,847.50

11/06/20     Reviewed and revised response letter to Judge Stanton re Rule 37 motion.

             Dylan J. Price                           2.30 hrs.                    $ 1,495.00

11/06/20     ███████████████████████████████████████████████████
             ███

                         █████████████          ███████          ██████████

11/06/20     Reviewed deposition of Robin Gruber, prepared charts of testimony subjects as
             requested.

             Adelle L. Jones                          4.40 hrs.                    $ 1,326.60

11/06/20     Reviewed and searched for documents that require translation for attorney review in
             database; participated in discovery status call; updated Cgabek abd WGACA
             Deposition Exhibits for T. Max review.

             Steven Molina                            4.10 hrs.                    $ 904.05

11/06/20     Compiled foreign language documents in preparation for translation and production.

             Stacey Crocker                           2.70 hrs.                    $ 838.35

11/06/20     Reviewed and docketed defendants' letter motion to strike Chanel's counterfeiting
             claims; docketed notice of deposition of Marianna Nitsch; reviewed case deadlines
             pursuant to R. Hudson's request.

             Leigh A. Tencza                          .80 hrs.                     $ 216.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.           December 18, 2020
Theodore C. Max                                                                                   Invoice 340045135
                                                                                                 Page 7 of 28

### **FEE DETAIL**

| | | | |
|---|---|---|---|
| 11/06/20 | Strategized with the case team regarding outstanding discovery, foreign language records and corresponding translation needs, and miscellaneous documents pulled individually by custodians for attorney review. | | |
| | Lauren E. Doucette | .30 hrs. | $ 90.00 |
| 11/08/20 | Reviewed additional Chanel custodian documents for (N. Kohli and L. Oka) responsiveness and privilege issues. | | |
| | Dylan J. Price | 3.20 hrs. | $ 2,080.00 |
| 11/09/20 | Review Defendants' response to opposition to motion for sanctions; confer with team re same; confer with Bridget Russell re financial documents requested and not produced by Defendants and additional documents to request; confer with Bridget Russell re additional documents to produce relating to fake serial numbers; correspondence with Robin Gruber re ▓▓▓▓▓▓▓; confer with SMRH team re deposition schedule. | | |
| | Jill M. Pietrini | 1.80 hrs. | $ 1,215.00 |
| 11/09/20 | Emails and follow up re WGACA Reply to Rule 37 Motion with J. Pietrini and D. Price; work on and prepare outline re P. Rubin and emails and follow up with S. Molina re exhibits and outline;email and follow up with L. Moffatt and R. Gruber re Renato Corti Declaration;; review Supplemental Response by WGACA and exhibits re same; conference call and meet and confer re deposition scheduling. | | |
| | Theodore C. Max | 5.30 hrs. | $ 3,577.50 |
| 11/09/20 | Reviewed additional Chanel documents for responsiveness and privilege issues; reviewed Rago Brothers documents to identify documents to pull for deposition preparation; worked on deposition scheduling issues; prepared for and participated in meet and confer call with counsel for WGACA. | | |
| | Dylan J. Price | 5.60 hrs. | $ 3,640.00 |
| 11/09/20 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          December 18, 2020
Theodore C. Max                                                                                  Invoice 340045135
                                                                                                 Page 8 of 28

## FEE DETAIL

11/09/20     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
             ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

             ▓▓▓▓▓▓▓▓          ▓▓▓▓▓▓          ▓▓▓▓▓▓

11/09/20     Reviewed deposition of Robin Gruber, prepared chart of subject matters as requested.

             Adelle L. Jones                2.20 hrs.              $  663.30

11/09/20     Searched document production for documents regarding Gap/Banana Republic for
             attorney review;  gathered and organized Paige Rubin Exhibits for use at deposition.

             Steven Molina                  3.60 hrs.              $  793.80

11/09/20     Prepared additional AW lotus notes collection for attorney review.

             Stacey Crocker                 1.70 hrs.              $  527.85

11/10/20     Teleconference with Bridget Russell and Dylan Price re reply to reply brief re
             counterfeiting claim filed by Defendants; revise reply letter re same; review declaration
             of Renato Corti and correspondence re same.

             Jill M. Pietrini               1.70 hrs.              $  1,147.50

11/10/20     Prepare for  deposition of Paige Rubin; take deposition of Paige Rubin; emails and
             follow up with D. Price and J. Pietrini; email and follow up with B. Russell re Chanel's
             Responses to WGACA Responses to Requests for Production; emails and follow re
             language re same.

             Theodore C. Max                7.30 hrs.              $  4,927.50

11/10/20     Reviewed and revised letter to Judge Stanton; Reviewed articles re Farfetch and
             Chanel serial number counterfeits;

             Dylan J. Price                 3.20 hrs.              $  2,080.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                          December 18, 2020
Theodore C. Max                                                                                                 Invoice 340045135
                                                                                                               Page 9 of 28

## FEE DETAIL

| | | | |
|---|---|---|---|
| 11/10/20 | Reviewed deposition of Robin Gruber, further preparation of chart of subject matters as requested. | | |
| | Adelle L. Jones | 3.00 hrs. | $ 904.50 |
| 11/10/20 | Participated in Paige Rubin deposition and introduced exhibits during the deposition. Reviewed and placed Rago Brothers documents in chronological order for attorney binder. | | |
| | Steven Molina | 7.10 hrs. | $ 1,565.55 |
| 11/10/20 | Compiled communications with third party, Rago Brothers, in preparation for witness depositions. | | |
| | Stacey Crocker | 2.40 hrs. | $ 745.20 |
| 11/10/20 | ███████████████████████████████ | | |
| | ████████████ | ████████ | ███████ |
| 11/11/20 | Teleconference with Ted Max re Paige Rubin deposition; telephone conference with Dylan Price re Devyn O'Shaunessy deposition and counterfeiting claim. | | |
| | Jill M. Pietrini | .90 hrs. | $ 607.50 |
| 11/11/20 | Work on and review documents produced by Chanel, Inc. ████████████████ ██████████; email and follow up with S. Crocker re same; conference call with B. Russell and D. Price re status of various discovery issues; review deposition transcript of R. Gruber re errors for Errata Sheet; emails and follow up with B. Russell re same; email to L. Moffatt re discovery issues. | | |
| | Theodore C. Max | 5.90 hrs. | $ 3,982.50 |
| 11/11/20 | Conference call with Chanel team re Chanel depositions and summary judgment strategy and action item list prior to close of discovery; reviewed N. Kohli and L. Oka documents for responsiveness and privilege issues. | | |
| | Dylan J. Price | 3.90 hrs. | $ 2,535.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 18, 2020
Invoice 340045135
Page 10 of 28

## FEE DETAIL

11/11/20    Updated Chanel Deposition Exhibit Chart and Exhibit Collection; followed up with court reporter to get a complete deposition collection for attorney review.

Steven Molina    2.30 hrs.    $ 507.15

11/11/20    Reviewed ▮▮▮▮ documents in preparation for production; discussions re same.

Stacey Crocker    1.10 hrs.    $ 341.55

11/12/20    Teleconference with Robin Gruber re settlement discussions; telephone conference with Ted Max re settlement discussion; review local rule re mediation; locate addition Chanel hashtags used by Defendants; prepare summary thereof for Ted Max and Dylan Price.

Jill M. Pietrini    1.50 hrs.    $ 1,012.50

11/12/20    Meet with R. Gruber and review R. Gruber deposition transcript; email to B. Russell re R. Gruber Errata Sheet and review and revise same; email and call with S. Molina re Italian proceeding regarding Bianchi & Nardi; review J. Green documents for preparation; email and follow up re A. Hahn deposition transcript; email re Plaza Hotel documents; email to S. Molina re chart re support for Certification re Counterfeiting; revise Renato Corti Declaration and email re same.

Theodore C. Max    4.90 hrs.    $ 3,307.50

11/12/20    Worked on Chanel's opposition to WGACA's renewed motion to compel discovery relating to Farfetch.

Dylan J. Price    7.10 hrs.    $ 4,615.00

11/12/20    Reviewed and gathered deposition WGACA and Chanel exhibits for attorney review; reviewed and gathered  Italian proceeding documents and other foreign language documents for translation; worked on gathering exhibits and documents for Counterfeit Certification Chart.

Steven Molina    4.60 hrs.    $ 1,014.30

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 18, 2020
Invoice 340045135
Page 11 of 28

## FEE DETAIL

11/12/20     Reviewed Defendants' November 12, 2020 Letter Motion to Compel re Farfetch.

Bradley M. Rank                    .30 hrs.                    $ 84.00

11/13/20     Review settlement correspondence between Chanel and Defendants in 2019; conference call with Chanel legal team and Ted Max re settlement strategy; confer with Ted Max re same; revise 10th set of documents requests to Defendants; revise Third Set of Requests for Admissions to Defendants; confer with Bridgett Russell re same.

Jill M. Pietrini                    2.50 hrs.                    $ 1,687.50

11/13/20     Emails and follow up re settlement negotiations with R. Gruber, J. Pietrini and L. Moffatt; emails and review of documents re P. Rubin deposition; prepare documents for J. Green preparation and Fed Ex to J. Green re same; work on and prepare draft Requests for Production, Interogatories and Requests for Admission.

Theodore C. Max                    4.40 hrs.                    $ 2,970.00

11/13/20     Worked on Chanel's opposition to WGACA's renewed motion to compel Farfetch documents and Pavlovsky deposition; Corresponded with Michelle Rago re Rago Brothers' deposition.

Dylan J. Price                    6.20 hrs.                    $ 4,030.00

11/13/20     ██████████████████████████████████████

██████████████         ████████         ████████

11/13/20     Reviewed and gathered Bates stamped copies of documents T. Max requested for review; updated Counterfeit certification chart with exhibits and images of products; Transfered data, update load files to link to production documents, then upload WGACA Set 17 production to Relativity.

Steven Molina                    4.70 hrs.                    $ 1,036.35

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     December 18, 2020
Theodore C. Max                                                                      Invoice 340045135
                                                                                     Page 12 of 28

## FEE DETAIL

| | | | |
|---|---|---|---|
| 11/13/20 | Prepared additional document productions on behalf of Chanel including creating images of all responsive, non-privileged records, bates stamping all records, segregating documents to be produced natively, and exporting load files in compliance with the production specifications. | | |
| | Lauren E. Doucette | .90 hrs. | $ 270.00 |
| 11/15/20 | Review documents re preparation of Joyce Green; follow up with B. Russell re discovery and Errata Sheet for L. Moffatt. | | |
| | Theodore C. Max | 2.10 hrs. | $ 1,417.50 |
| 11/16/20 | Prepare Amended Notice of Federal Rules of Civil Procedure 30(b)(6) deposition of Defendants. | | |
| | Jill M. Pietrini | .50 hrs. | $ 337.50 |
| 11/16/20 | Work on L. Moffatt Errata Sheet; work on and review Responses to 17th Set of Requests for Production; email to J. Gaffigan; conference call with J. Green and R. Gruber re deposition preparation; email re production of Wertheimer documents; work on R. Gruber draft counterfeiting certification. | | |
| | Theodore C. Max | 4.90 hrs. | $ 3,307.50 |
| 11/16/20 | Reviewed Chanel distribution center quality control manual; reviewed Rago Brothers documents; worked on Rago Brothers' deposition outline and prepared for Rago Brothers' deposition. | | |
| | Dylan J. Price | 4.20 hrs. | $ 2,730.00 |
| 11/16/20 | Work on preparing witness binders for depositions; Confer with litigation support manager re same. | | |
| | William Z. Gutman | 1.80 hrs. | $ 656.10 |
| 11/16/20 | Reviewed and gathered documents for Counterfeit Certification. | | |
| | Steven Molina | 3.10 hrs. | $ 683.55 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          December 18, 2020
Theodore C. Max                                                                                  Invoice 340045135
                                                                                                Page 13 of 28

## FEE DETAIL

11/16/20     Drafted deposition preparation searches and exported results to begin printing
             deposition preparation exhibit binders; prepared additional document productions on
             behalf of Chanel including creating images of all responsive, non-privileged records,
             bates stamping all records, segregating documents to be produced natively, and
             exporting load files in compliance with the production specifications.

|  | Lauren E. Doucette | 2.10 hrs. | $ 630.00 |
|---|---|---|---|

11/16/20     Reviewed and docketed WGACA's to Chanel's letter regarding WGACA Letter
             Motion to Compel.

|  | Leigh A. Tencza | .30 hrs. | $ 81.00 |
|---|---|---|---|

11/17/20     Revise Amended 30(b)(6) notice to Defendants; correspondence with opposing counsel
             re depositions; confer with Sheppard team re Amended 30(b)(6) notice; revise
             settlement letter to Defendants; confer with Ted Max re same; correspondence with
             financial expert re Paige Rubin deposition.

|  | Jill M. Pietrini | 1.90 hrs. | $ 1,282.50 |
|---|---|---|---|

11/17/20     Work on and revise draft Certfication with evidence; email  and draft letter re
             mediation; email to S. Molina re updated exhibits for J. Green Deposition; email to J.
             Green re exhibits; review and revise draft response re Farfetch Motion re Discovery.

|  | Theodore C. Max | 3.20 hrs. | $ 2,160.00 |
|---|---|---|---|

11/17/20     Reviewed and revised opposition to renewed motion to compel and cross-motion for
             protective order; corresponded with counsel for Rago Brothers re deposition
             scheduling issues; prepared exhibits for Rago Brothers' deposition; worked on Rago
             Brothers' deposition outline.

|  | Dylan J. Price | 7.50 hrs. | $ 4,875.00 |
|---|---|---|---|

11/17/20     Work on preparing J. Greee and R. Brothers witness binders; confer with litigation
             support manager re same.

|  | William Z. Gutman | 1.40 hrs. | $ 510.30 |
|---|---|---|---|

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                     December 18, 2020
Theodore C. Max                                                                                                             Invoice 340045135
                                                                                                                            Page 14 of 28

## FEE DETAIL

11/17/20   Reviewed and gathered documents needed for Rago Brothers deposition. Reviewed
           and updated Chanel Certification chart with new exhibits.

           Steven Molina                          1.60 hrs.                    $ 352.80

11/17/20   Review opposing counsel's meet and confer correspondence regarding custodian,
           review A. Wertheimer's produced records and analyze the search terms and other
           parameters used to sort data set prior to producing responsive records; imported newly
           processed client documents received from the ESI vendor into the Firm's document
           review platform and updated the search index in preparation for attorney review and
           searches; prepared additional document productions on behalf of Chanel including
           creating images of all responsive, non-privileged records, bates stamping all records,
           segregating documents to be produced natively, and exporting load files in compliance
           with the production specifications.

           Lauren E. Doucette                      .80 hrs.                    $ 240.00

11/18/20   Initial review of order re Counterfeit Certification and Farfetch second motion.

           Jill M. Pietrini                        .20 hrs.                    $ 135.00

11/18/20   Prepare for deposition of Joyce Green; attend and defend the deposition of Joyce
           Green; review decision of Court re Rule 37 Motion and Motion to Compel Discovery
           re Farfetch and Deposition of Bruno Pavlovsky; discussion with D. Price re same.

           Theodore C. Max                         7.30 hrs.                   $ 4,927.50

11/18/20   Reviewed and revised opposition and cross-motion for protective order; reviewed Rago
           Brothers' declaration for unavailability for deposition and corresponded with counsel
           for Rago Brothers re deposition scheduling; reviewed and analyzed Chanel's
           Authorized Retailer Agreement for UK retailers; reviewed Chanel's document
           production for other retailer agreements.

           Dylan J. Price                          4.70 hrs.                   $ 3,055.00

11/18/20   Work on preparing witness binders. Confer with litigation support manager re same.

           William Z. Gutman                       1.50 hrs.                   $ 546.75

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    December 18, 2020
Theodore C. Max                                                                                            Invoice 340045135
                                                                                                         Page 15 of 28

## FEE DETAIL

11/18/20        Continued with review and  preparation of summary of deposition of Robin Gruber.

                    Adelle L. Jones                           3.20 hrs.                    $  964.80

11/18/20        Drafted additional searches to identify WGACA and segregate potential deposition
                exhibits for the remaining witnesses that have not yet been deposed.

                    Lauren E. Doucette                        .60 hrs.                     $  180.00

11/19/20        Conference call with Sheppard team re counterfeits, depositions, and court order; initial
                review of correspondence with opposing counsel re deposition scheduling.

                    Jill M. Pietrini                          1.10 hrs.                    $  742.50

11/19/20        Work on and discuss letter of clarification to Judge Stanton re Order; email re
                deposition scheduling; assemble documents re Joseph Bravo deposition.

                    Theodore C. Max                           3.60 hrs.                    $  2,430.00

11/19/20        Team call to discuss deposition scheduling issues, expert issues, the Court's order on
                Chanel's certification and evidence necessary for anticipated summary judgment
                motion; reviewed legislative history materials on overrun exception to counterfeiting
                under the Lanham Act.

                    Dylan J. Price                            2.60 hrs.                    $  1,690.00

11/19/20        ██████████████████████████████████

                    █████████████          ██████████          ██████████

11/19/20        ████████████████████████████████████████████
                ██████████████████████████████████████████████████
                ██████████████████████████████

                    ██████████████          ██████████          ██████████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                December 18, 2020
Theodore C. Max                                                                                       Invoice 340045135
                                                                                                      Page 16 of 28

## FEE DETAIL

11/19/20    Work on compiling and organizing J. Bravo witness binder.

            William Z. Gutman              .90 hrs.              $ 328.05

11/19/20    Reviewed and gathered Orders relating to counterfeits for attorney review.

            Steven Molina                  .70 hrs.              $ 154.35

11/19/20    Reviewed and gathered documents regarding J. Bravo or Orli Systems for attorney
            review.

            Steven Molina                  1.10 hrs.             $ 242.55

11/20/20    Correspondence with survey expert re survey.

            Jill M. Pietrini               .20 hrs.              $ 135.00

11/20/20    Prepare and review documents re J. Bravo preparation; prepare binders re same; work
            on letter to Court re Order re Rule 37 Motion and "overrun" exception to Lanham Act;
            follow up with B. Russell re same; emails with B. Russell re deposition scheduling;
            email to D. DeCarlo re same.

            Theodore C. Max                3.10 hrs.             $ 2,092.50

11/20/20    Discussion re deposition scheduling issues; corresponded with Ms. Russell re
            deposition subpoenas; reviewed and analyzed research done by Melissa Mikail re
            overrun exception.

            Dylan J. Price                 1.20 hrs.             $ 780.00

11/20/20    ███████████████████████████████████████████████
            ████████████████████████████████████████

                      ████████████        ████████        ████████

11/20/20    Research, compile and organize documents for attorney review.

            William Z. Gutman              1.00 hrs.             $ 364.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 18, 2020
Invoice 340045135
Page 17 of 28

## FEE DETAIL

| | | | |
|---|---|---|---|
| 11/20/20 | Continue preparation of summary of Robin Gruber's deposition. | | |
| | Adelle L. Jones | 1.20 hrs. | $ 361.80 |
| 11/20/20 | Reviewed and gathered documents regarding Joseph Bravo for attorney review. Updated Counterfeit Certification Binder for attorney review. Reviewed and gathered Orli System documents from database. | | |
| | Steven Molina | 4.40 hrs. | $ 970.20 |
| 11/20/20 | ▬▬▬▬ | ▬▬▬ | ▬/C |
| 11/20/20 | Researched corporate name of Taj Jewelery in New York. | | |
| | Scott R. Wales | .30 hrs. | $ 81.00 |
| 11/20/20 | Imported newly processed client documents received from the ESI vendor into the Firm's document review platform and updated the search index in preparation for attorney review and searches. | | |
| | Lauren E. Doucette | 2.00 hrs. | $ 600.00 |
| 11/22/20 | Prepare materials for deposition preparation for J. Bravo; review materials re Rule 30(b)(6) preparation; review Certification materials. | | |
| | Theodore C. Max | 1.30 hrs. | $ 877.50 |
| 11/22/20 | Prepared WGACA Depo Exhibit binder to ship to  J. Bravo. | | |
| | Steven Molina | .60 hrs. | $ 132.30 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 18, 2020
Invoice 340045135
Page 18 of 28

## FEE DETAIL

| | | | |
|---|---|---|---|
| 11/23/20 | Review false advertising survey for another case of survey expert; review definition of counterfeit mark; review Defendants' motion to compel Farfetch documents; correspondence with opposing counsel re Mediation; confer with SMRH team re same; correspondence with Robin Gruber re ▮▮▮▮▮; correspondence with opposing counsel re deposition scheduling; confer with SMRH team re same; review settlement; correspondence between Robin Gruber and Frank Bober; correspondence with Robin Gruber re ▮▮▮▮; telephone conference with Ted Max re foregoing. | | |
| | Jill M. Pietrini | 3.10 hrs. | $ 2,092.50 |
| 11/23/20 | Emails re preparation for  deposition of J. Bravo; assemble materials re same; email and follow up with R. Gruber and D. Price re deposition scheduling; email re Rule 30(b)(6) amendment to Federal Rules; email to D. DeCarlo re mediation; follow up with Chanel re ▮▮▮▮▮▮; follow up re ▮▮▮▮▮. | | |
| | Theodore C. Max | 3.10 hrs. | $ 2,092.50 |
| 11/23/20 | Reviewed and revised deposition schedule; reviewed Bianchi & Nardi translations; reviewed letter motion filed by Rago Brothers; reviewed Nieman Marcus agreement. | | |
| | Dylan J. Price | 1.20 hrs. | $ 780.00 |
| 11/23/20 | Work on preparing Sun Li witness binder for depositions; confer with litigation support manager re same. | | |
| | William Z. Gutman | 1.10 hrs. | $ 400.95 |
| 11/23/20 | Processed responsive, not privileged document production export; Bates range: CHANEL0012621 – CHANEL0013001. | | |
| | Stacey Crocker | 1.60 hrs. | $ 496.80 |
| 11/24/20 | Revise letter request for mediation; review local rule re same; confer with Ted Max re same; revise Amended 30(b)(6) notice to Defendants; confer with Ted Max and Dylan Price re Defendants' 30(b)(6) notice; prepare action item list. | | |
| | Jill M. Pietrini | 1.70 hrs. | $ 1,147.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 18, 2020
Invoice 340045135
Page 19 of 28

## FEE DETAIL

11/24/20    Prepare materials for J. Bravo deposition; prepare materials for J. Bravo deposition; prepare exhibit binders; review Renato Corti Declaration and email re revisions re same; email to L. Moffatt re settlement; emails and follow up re mediation requests; emails and follow up re retail agreements; email to B. Russell re Bianchi & Nardi documents.

Theodore C. Max                    3.90 hrs.                    $ 2,632.50

11/24/20    Followed up on document translation and production issues; telephone call with counsel for Rago Brothers re continued deposition and costs shifting motion; corresponded with opposing counsel re translators for Sun Li and Joseph Bravo depositions; reviewed WGACA's Rule 30(b)(6) deposition topics to identify objectionable topics and relevant witnesses.

Dylan J. Price                    2.80 hrs.                    $ 1,820.00

11/24/20    Email re production of translated documents; strategize with T. Max re same; draft letter for clarification; revise 30(b)(6) amended deposition notice; email J. Pietrini and D. Price re same; facilitate production of documents; draft brief requesting mediation; review and finalize same; email re translator for deposition; receive and review research re certification of translators for depositions; email re production of additional documentation; strategize re deposition of Joseph bravo and required preparation; email re same; facilitate service of subpoenas on deponents; email with opposing counsel re Rago Brothers deposition; email with D. Price re same.

Bridget J. Russell                    6.60 hrs.                    $ 3,831.30

11/24/20    

11/24/20    Confer with litigation support manager re preparation of witness binders

William Z. Gutman                    .50 hrs.                    $ 182.25

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    December 18, 2020
Theodore C. Max                                                                                              Invoice 340045135

## FEE DETAIL

11/24/20      Produced docuemtns responsive to WGACA's 17th request for production;  Chanel's
              17th document production.

        Steven Molina                          .40 hrs.                    $  88.20

11/24/20      Finalized data production import of CHANEL0012621 – CHANEL0013001.

        Stacey Crocker                         .60 hrs.                    $ 186.30

11/25/20      Teleconference with Ted Max and Robin Gruber re ████████████████
              ████████████████████████ and deposition of Robin Gruber;
              telephone conference with Bridgett Russell re clarification letter to court and
              deposition date for Robin Gruber.

        Jill M. Pietrini                       .80 hrs.                    $ 540.00

11/25/20      Prepare for and attend conference call with J. Bravo and R. Gruber for preparation for
              J. Bravo deposition; work on and review and revise draft letter to Judge Stanton re
              Letter for Clarification; review F. Bober deposition re alleged purchase of CHANEL-
              branded products; email and teleconference with J. Pietrini and R. Gruber re mediation
              letter; email to B. Russell re F. Bober deposition excerpt.; email to S. Molina re
              deposition preparation for A. Mische; review WGACA Rule 30(b)(6) Notice; email to
              J. Bravo re deposition preparation and contact information.

        Theodore C. Max                        4.90 hrs.                   $ 3,307.50

11/25/20      Reviewed and revised letter to Judge Stanton re Court's certification orders and
              Chanel's certification submitted in response thereto; reviewed Sun Li related
              documents in preparation for Ms. Li's deposition.

        Dylan J. Price                         6.80 hrs.                   $ 4,420.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.         December 18, 2020
Theodore C. Max                                                                                Invoice 340045135
                                                                                               Page 21 of 28

## FEE DETAIL

11/25/20     Draft letter seeking clarification and email team for review; review deposition
             transcripts for factual support; research additional case law re burden issue; strategize
             with D. Price and T. Max re same; finalize amended 30(b)(6) notice and facilitate
             service of same; email re deposition schedule and translation needs; email opposing
             counsel re outstanding discovery issues; strategize with J. Pietrini re same; email
             opposing counsel re deposition errata sheets; finalize and file letter seeking
             clarification of certification order; strategize with T. Max re same; email with opposing
             counsel for Rago Brothers deposition; email re translation of further documents and for
             depositions; facilitate re service of subpoenas on further deponents.

             Bridget J. Russell                 7.80 hrs.              $ 4,527.90

11/25/20     Research, compile and organize documents for use in connection with depositions.

             William Z. Gutman                  1.50 hrs.              $ 546.75

11/25/20     Reviewed and gathered documents for upcoming Ambria Mische deposition.

             Steven Molina                      1.50 hrs.              $ 330.75

11/25/20     ███████████████████████████████████████████
             ████████████████████████

                       ████████████        ████████      █████████

11/25/20     Reviewed Rago's Letter Motions for costs re Chanel subpoena and

             Bradley M. Rank                    .20 hrs.               $ 56.00

11/27/20     Reviewed Sun Li related documents and prepared for Sun Li deposition.

             Dylan J. Price                     2.50 hrs.              $ 1,625.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 18, 2020
Invoice 340045135
Page 22 of 28

## FEE DETAIL

| | | | |
|---|---|---|---|
| 11/27/20 | Email with opposing counsel re Rago Brothers deposition; receive and review emails from opposing counsel re additional production and exhibits; review Rago Brothers documents and draft deposition outline; facilitate service of subpoenas on deponents; review letter brief filed by defendants in response to request for clarification. | | |
| | Bridget J. Russell | 3.40 hrs. | $ 1,973.70 |
| 11/29/20 | Conference call with J. Bravo re preparation for deposition; emails to B. Russell re WGACA response to Chanel letter to Court re overrun exception. | | |
| | Theodore C. Max | 3.90 hrs. | $ 2,632.50 |
| 11/29/20 | Receive and respond to emails from T. Max; review discovery request and email J. Pietrini re same; email with Veritext and opposing counsel re Rago Brothers deposition; call Veritext re same. | | |
| | Bridget J. Russell | .70 hrs. | $ 406.35 |
| 11/30/20 | Begin review of deposition transcript of Robin Gruber; confer with Bridget Russell re Rago deposition. | | |
| | Jill M. Pietrini | 1.10 hrs. | $ 742.50 |
| 11/30/20 | Prepare for defense of deposition of Joseph Bravo; discussion with J. Bravo after deposition; discussion with D. Price and discussion with R. Gruber re same. | | |
| | Theodore C. Max | 8.10 hrs. | $ 5,467.50 |
| 11/30/20 | Telephone call with Ted Max re Joseph Bravo deposition and documents to collect and produce; Worked on Sun Li deposition outline. | | |
| | Dylan J. Price | 3.80 hrs. | $ 2,470.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 18, 2020
Invoice 340045135
Page 23 of 28

## **FEE DETAIL**

11/30/20    Receive and respond to emails re foreign translation documents; facilitate translation of further documents; email opposing counsel re production; strategize with T. Max re outstanding documents; finalize and file letter re mediation request; receive and review email from opposing counsel re upcoming depositions; respond re merits of same; review Rago Brothers documents in preparation for deposition; revise deposition outline; call with D. Price re same; facilitate provision of Japanese interpreter for deposition

Bridget J. Russell                8.40 hrs.                $ 4,876.20

11/30/20    Work on deposition witness binders.

William Z. Gutman                .90 hrs.                $ 328.05

11/30/20    Reviewed and prepared documents for production.

Steven Molina                .60 hrs.                $ 132.30

11/30/20    Prepared witness binder exports for review.

Stacey Crocker                1.90 hrs.                $ 589.95

11/30/20    ███████████████████████████████████████
            ██████████████████████
      ████████████████        ████████        ████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 18, 2020
Invoice 340045135
Page 24 of 28

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 29.20 | $ 675.00 | $ 19,710.00 |
| Theodore C. Max | 102.50 | $ 675.00 | $ 69,187.50 |
| Dylan J. Price | 98.50 | $ 650.00 | $ 64,025.00 |
| ██████████ | ███ | ██████ | ██████ |
| Bridget J. Russell | 26.90 | $ 580.50 | $ 15,615.45 |
| ██████████ | ███ | ██████ | ██████ |
| ██████████ | ███ | ██████ | ██████ |
| ██████████ | ███ | ██████ | ██████ |
| William Z. Gutman | 11.10 | $ 364.50 | $ 4,045.95 |
| ██████████ | ███ | ██████ | ██████ |
| Adelle L. Jones | 15.40 | $ 301.50 | $ 4,643.10 |
| Steven Molina | 61.10 | $ 220.50 | $ 13,472.55 |
| ██████████ | ███ | ██████ | ██████ |
| Leigh A. Tencza | 1.10 | $ 270.00 | $ 297.00 |
| ██████████ | ███ | ██████ | ██████ |
| Bradley M. Rank | .50 | $ 280.00 | $ 140.00 |
| ██████████ | ███ | ██████ | $ 56.70 |
| Stacey Crocker | 14.60 | $ 310.50 | $ 4,533.30 |
| ██████████ | ███ | ██████ | ██████ |
| Lauren E. Doucette | 6.70 | $ 300.00 | $ 2,010.00 |
| Steven Molina | .60 | N/C | $ 0.00 |

**Total Fees for Professional Services**          **$ 202,523.20**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.  
Theodore C. Max

December 18, 2020  
Invoice 340045135  
Page 25 of 28

## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 11/06/20 | C. Chapman - 11/06/2020 - Pay.gov - Pro Hac Vice Motion filing fee - NY - Bridget Russell | 200.00 |
| 10/31/20 | E-Discovery Monthly Data Hosting Fees, 149.64 Gigabytes. | 1,496.35 |
| 10/31/20 | E-Discovery Monthly External User Fees, 16 Users. | 1,104.00 |
| 10/31/20 | ULD LA - United Litigation Discovery Inc - Inv# 2933 - ECA Promotion | 95.00 |
| 11/13/20 | Federal Express on 11/13/20 | 39.13 |
| 11/21/20 | Federal Express on 11/21/20 | 19.10 |
| 11/23/20 | Federal Express on 11/23/20 | 141.68 |
| 10/14/20 | ULD LA - United Litigation Discovery Inc - Inv#2847- ECA Ingestion | 1,065.00 |
| 10/21/20 | ULD LA - United Litigation Discovery Inc - Inv#2885- ECA Ingestion + Run Search Terms | 35.00 |
| 10/31/20 | ULD LA - United Litigation Discovery Inc - Inv# 2929 - ECA ingestion + Run Search Terms | 40.25 |
| 10/05/20 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 10/1/2020-10/31/2020 | 11.60 |
| 10/28/20 | TransUnion. Invoice Date: 11/1/2020. Billing Period: 10/1/2020 - 10/31/2020. User: Bruce Liebman. Transaction Type: Person Search - Advanced | 5.00 |
| 10/28/20 | TransUnion. Invoice Date: 11/1/2020. Billing Period: 10/1/2020 - 10/31/2020. User: Bruce Liebman. Transaction Type: Person Search - Advanced | 5.00 |
| 10/28/20 | TransUnion. Invoice Date: 11/1/2020. Billing Period: 10/1/2020 - 10/31/2020. User: Bruce Liebman. Transaction Type: Comprehensive Report | 20.00 |
| 10/28/20 | TransUnion. Invoice Date: 11/1/2020. Billing Period: 10/1/2020 - 10/31/2020. User: Bruce Liebman. Transaction Type: Person Search - Advanced | 5.00 |
| 10/28/20 | TransUnion. Invoice Date: 11/1/2020. Billing Period: 10/1/2020 - 10/31/2020. User: Bruce Liebman. Transaction Type: Comprehensive Report | 20.00 |
| 10/20/20 | iDiscover, LLC - Inv. #81865 Blowbacks / color | 441.11 |
| 10/30/20 | iDiscover, LLC - Inv. #82042 Heavy litigation | 645.12 |
| 10/14/20 | ULD LA - United Litigation Discovery Inc - Inv #2851 - ECA Promotion | 601.35 |
| 11/03/20 | Executive Attorney Service Inc - Inv #59311 - Notice of Subpoena to Paige Rubin | 115.00 |
| 11/30/20 | iDiscover, LLC - Inv#82355 - Blowback -Staple/Clip per Document | 53.28 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.   December 18, 2020
Theodore C. Max                                                                          Invoice 340045135
                                                                                         Page 26 of 28

| | | |
|---|---|---:|
| 11/11/20 | Pro Courier on 11/11/20 | 54.72 |
| 11/11/20 | Pro Courier on 11/11/20 | 72.96 |
| 10/22/20 | Ben Hyatt Certified Deposition Reporters - Inv. #1160943 One Certified Transcript of: Lora Moffatt | 1,660.00 |
| 11/06/20 | Veritext - Inv#4632320- Transcript of  Witness Seth Weisser | 3,046.35 |
| 11/22/20 | Veritext - Inv # 4669235 - Video Depo of Frank Bober | 2,402.50 |
| 11/09/20 | Transperfect Translations - Inv. #1999449 Document translation from Italian to English - complaint | 550.00 |
| 11/06/20 | Westlaw research by Price, Dylan, on 11/6/2020. | 2,664.90 |
| 11/09/20 | Westlaw research by Price, Dylan, on 11/9/2020. | 128.70 |
| 11/09/20 | Westlaw research by Russell, Bridget, on 11/9/2020. | 257.40 |
| 11/10/20 | Westlaw research by Price, Dylan, on 11/10/2020. | 2,388.60 |
| 11/13/20 | Westlaw research by Russell, Bridget, on 11/13/2020. | 624.60 |
| 11/16/20 | Westlaw research by Price, Dylan, on 11/16/2020. | 2,369.70 |
| 11/16/20 | Westlaw research by Russell, Bridget, on 11/16/2020. | 386.10 |
| 11/24/20 | Westlaw research by Russell, Bridget, on 11/24/2020. | 882.00 |
| 11/25/20 | Westlaw research by Russell, Bridget, on 11/25/2020. | 1,999.80 |
| 11/30/20 | Westlaw research by Price, Dylan, on 11/30/2020. | 1,340.10 |

**Total Disbursements**                                              **$  26,986.40**

| 2020 Billing History for Chanel vs Pines Vintage | | | | | |
|---|---|---|---|---|---|
| **Date** | **Bill #** | **Matter Name** | **Month of Services Rendered** | **Total Billed** | **Status** |
| 1/9/2020 | 340035512 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | December '19 | $82,549.79 | Settled |
| 2/28/2020 | 340036797 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | January '20 | $50,424.50 | Settled |
| 3/23/2020 | 340037711 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | February '20 | $147,451.68 | Settled |
| 4/28/2020 | 340038587 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | March '20 | $129,957.33 | Settled |
| 5/29/2020 | 340039434 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | April '20 | $63,093.79 | Settled |
| 6/4/2020 | 340040154 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | May '20 | $119,072.79 | Settled |
| 7/15/2020 | 340040803 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | June ' 20 | $132,252.97 | Settled |

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.      December 18, 2020
Theodore C. Max                                                                            Invoice 340045135
Page 27 of 28

| 8/27/2020 | 340041867 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | July '20 | $135,299.41 | Settled |
|---|---|---|---|---|---|
| 9/17/2020 | 340042535 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | August '20 | $192,179.29 | Settled |
| 10/22/2020 | 340043547 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | September '20 | $220,221.57 | Settled |
| 11/30/2020 | 340044485 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | October '20 | $249,409.94 | Settled |
| 12/18/2020 | 340045135 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | November '20 | $229,509.60 | Outstanding |
| **GRAND TOTAL** | | | | **$1,751,422.66** | |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 18, 2020
Invoice 340045135
Page 28 of 28

# Feb. 3, 2021 Invoice

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                        SMRH Tax ID 95-1463164
Head of Intellectual Property                                   February 3, 2021
Chanel USA, Inc.                                            Invoice 340046241
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2020

| | |
|---|---|
| Current Fees | $ 229,596.45 |
| Current Disbursements | $ 50,316.96 |
| Total Current Activity | $ 279,913.41 |
| Total Due for This Invoice | $ 279,913.41 |

---

### **DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                      SMRH Tax ID 95-1463164
Head of Intellectual Property                               February 3, 2021
Chanel USA, Inc.                                        Invoice 340046241
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2020

| | |
|---|---|
| Current Fees | $ 229,596.45 |
| Current Disbursements | $ 50,316.96 |
| Total Current Activity | $ 279,913.41 |
| Total Due for This Invoice | $ 279,913.41 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298          Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 3, 2021
Invoice 340046241
Page 2 of 29

FOR PROFESSIONAL SERVICES THROUGH 12/31/20

## FEE DETAIL

12/01/20     Review Request for Reconsideration re Order on certification and order thereon;
             review Defendant's response to request for mediation; correspondence with Chanel re
             same.

        Jill M. Pietrini                                   .90 hrs.                    $ 607.50

12/01/20     Work on and prepare outline re Ambria Mische; emails and follow up re WGACA
             Rule 30(b)(6) deposition and Chanel Rule 30(b)(6) deposition scheduling; emails to D.
             DeCarlo re Rule 30(b)(6) meet and confer; email and follow up re mediation request;
             review and emails re Rago Exhibits; follow up re deposition scheduling.

        Theodore C. Max                                   5.80 hrs.                    $ 3,915.00

12/01/20     Prepare for Sun Li deposition; Reviewed additional documents produced by WGACA;
             Handled document production issues; Corresponded with opposing counsel re
             deposition scheduling;

        Dylan J. Price                                    5.90 hrs.                    $ 3,835.00

12/01/20     Prepare for and depose Tony Rago; call with team re same; receive and review email re
             subpoenas on former employees; facilitate preparation for V. Drukh exhibit; email re
             translation of QC document; facilitate translation for S. Li deposition; email re same.

        Bridget J. Russell                               10.30 hrs.                    $ 5,979.15

12/01/20     Prepare witness binder re J. Bravo deposition.

        William Z. Gutman                                 1.10 hrs.                    $ 400.95

12/01/20     Telephone conferences re status of certified copy of police report re theft at Renato
             Corti SpA.

        Adelle L. Jones                                   .50 hrs.                    $ 150.75

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    February 3, 2021
Theodore C. Max                                                                                              Invoice 340046241
                                                                                                               Page 3 of 29

## FEE DETAIL

| | | | |
|---|---|---|---|
| 12/01/20 | Reviewed and gathered documents for T. Rago deposition. | | |
| | Steven Molina | .80 hrs. | $ 176.40 |

12/01/20  ███████████████████████████████
          ████████████████

          ████████████        ██████        ████████

| | | | |
|---|---|---|---|
| 12/02/20 | Teleconference with Ted Max re Bravo deposition and deponent for Italian thefts; conference call with SMRH team re discovery; telephone conference with financial expert; prepare notes to file; correspondence with Robin Gruber re check for financial expert; correspondence with financial expert re invoice needed; review opposing counsel's emails re R. Gruber deposition; confer with Bridget Russell re same; revise responses to opposing counsel re same. | | |
| | Jill M. Pietrini | 2.50 hrs. | $ 1,687.50 |

| | | | |
|---|---|---|---|
| 12/02/20 | Conference call with G. Lazzertti; prepare for A. Mische Deposition; emails and follow up with S. Molina re various documents, including Rago repairs, "Flawed Gems", emails with B. Russell and D. Price re deposition scheduling and meet and confer re same;  emails ███████████████████████████; emails re R. Gruber deposition re Certification. | | |
| | Theodore C. Max | 7.10 hrs. | $ 4,792.50 |

| | | | |
|---|---|---|---|
| 12/02/20 | Team call to discuss amended certification and Rule 30(b)(6) deposition issues; prepared for Sun Li deposition; conducted deposition of Sun Li. | | |
| | Dylan J. Price | 15.70 hrs. | $ 10,205.00 |

| | | | |
|---|---|---|---|
| 12/02/20 | Review 30(b)(6) designation; email with opposing counsel re same; strategize with J. Pietrini re R. Gruber deposition; draft motion for protective order for R. Gruber deposition; email re subpoenas; facilitate service thereof; facilitate deposition of Sun Li. | | |
| | Bridget J. Russell | 9.40 hrs. | $ 5,456.70 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 3, 2021
Invoice 340046241
Page 4 of 29

## FEE DETAIL

12/02/20     Work on witness binders and confer with WGACA litigation support re same.

William Z. Gutman             .90 hrs.             $ 328.05

12/02/20     Reviewed and gathered documents for A. Mische deposition.

Steven Molina             4.60 hrs.             $ 1,014.30

12/02/20     Gathered and uploaded exhibits for Ambria Mische deposition to Veritext exhibit share platform.

Steven Molina             2.10 hrs.             $ 463.05

12/02/20     Prepared witness binder exports for attorney review.

Stacey Crocker             1.00 hrs.             $ 310.50

12/02/20     Reviewed Judge Stanton's order on Chanel's letter motion for discovery clarification; docketed deadlines pursuant to same; reviewed and docketed defendant's letter in opposition to Chanel's letter motion requesting settlement conference.

Leigh A. Tencza             .80 hrs.             $ 216.00

12/03/20     Revise motion for protective order for Robin Gruber; confer with Bridget Russell re same; review order denying request for mediation; correspondence with Lora Moffatt, Robin Gruber, and Ted Max re same; correspondence with survey expert re retainer and invoice; review retainer agreement for survey expert; correspondence with Chanel team re same; revise Amended Certification; confer with Dylan Price, Bridget Russell, and Ted Max re same; prepare new financial Rule 30(b)(6) category; confer with Bridget Russell re same.

Jill M. Pietrini             3.60 hrs.             $ 2,430.00

12/03/20     Prepare for and take deposition of  Ambria Mische; emails and follow up re settlement and negotiation strategy; follow up re Rule 30(b)(6) deposition scheduling.

Theodore C. Max             8.30 hrs.             $ 5,602.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    February 3, 2021
Theodore C. Max                                                                                          Invoice 340046241
                                                                                                            Page 5 of 29

## FEE DETAIL

12/03/20     Reviewed and revised motion for protective order re R. Gruber deposition; reviewed
             revised counterfeit certification; reviewed Shannon Parker documents in preparation
             for deposition.

             Dylan J. Price                        2.80 hrs.                    $ 1,820.00

12/03/20     Draft and finalize letter for protective order re R. Gruber; email Michelle Rago re
             outstanding documents; revise certification and finalize for signature; call with T.
             Kidde re former employee deposition scheduling; confirm service of subpoenas for
             former employees; strategize with T. Max re deposition of A, Mische.

             Bridget J. Russell                    6.10 hrs.                    $ 3,541.05

12/03/20     Work on WGACA witness binders and confer with litigation support re same.

             William Z. Gutman                     .60 hrs.                     $ 218.70

12/03/20     Prepared and projected exhibit demonstratives during Ambria Mische deposition.

             Steven Molina                         7.40 hrs.                    $ 1,631.70

12/03/20     Prepared WGACA015 document export for deposition review.

             Stacey Crocker                        .20 hrs.                     $ 62.10

12/04/20     Teleconference with Pier Luigi Roncaglia re need for witness; telephone conference
             with Ted Max re same and depositions to take and recently taken; review oppositions
             to motion for protective order and motion to extend discovery cut-off; correspondence
             with opposing counsel re Rule 30(b)(6) deposition designations; confer with Bridget
             Russell re Amended Certification; confer with Ted Max re same; correspondence with
             Chanel re documents for expert retainers.

             Jill M. Pietrini                      1.80 hrs.                    $ 1,215.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

12/04/20     Teleconference with G. Lazzertti and P.L. Roncoglia re Renato Corti and Bianchi &
             Nardi matters; discussion re Rule 30 ( b)(6) testimony; follow up re same;emails and
             follow up with L. Moffatt and R. Gruber re Rule 30( b)(6) depositions; discussion with
             B. Russell and D. Price re deposition scheduling and follow up; work on Response to
             Cross-Motion re Discovery and Rule 30(b)(6) deposition; prepare outline of documents
             for WGACA Rule 30(b)(6) depositions; email to G. Lazzertti re Rule 30(b)(6)
             preparation and timing re Renato Corti and Bianchi & Nardi issues; email to B. Russell
             re Corti Declaration; draft and revise email to D. DeCarlo re discovery; email to B.
             Russell re Certification.

|  | Theodore C. Max | 4.90 hrs. | $ 3,307.50 |
|--|--|--|--|

12/04/20     Discuss strategy Re WGACA's Rule 30(b)(6) deposition and request for mutual
             continuance; reviewed Shannon Parker documents and issues; worked on outline for
             Shannon Parker deposition; reviewed WGACA's supplemental production of financial
             information.

|  | Dylan J. Price | 6.20 hrs. | $ 4,030.00 |
|--|--|--|--|

12/04/20     ███████████████████████

             █████████          █████          █████

12/04/20     Finalize revised certification for R. Gruber and serve same; revise amended 30(b)(6)
             notice and finalize and serve same; strategize re 30(b)(6) deponents; review WGACA
             topics and draft proposed designations; receive and review filing and exhibits from
             opposing counsel re motion for protective order; emails re same; strategize re same;
             email with opposing counsel re 30(b)(6) timing and discovery extension; strategize re
             same.

|  | Bridget J. Russell | 5.60 hrs. | $ 3,250.80 |
|--|--|--|--|

12/04/20     Updated deposition exhibit list with Sun Li, Ambria Mische, and Rago Brothers
             exhibits.

|  | Steven Molina | 3.80 hrs. | $ 837.90 |
|--|--|--|--|

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                              February 3, 2021
Theodore C. Max                                                                                                     Invoice 340046241
                                                                                                                    Page 7 of 29

## FEE DETAIL

| | | | |
|---|---|---|---|
| 12/04/20 | Docketed Chanel's letter motion for discovery regarding protective order pursuant to FRCP 26(c), amending Defendant's Notice of Deposition of Robin Gruber. | | |
| | Leigh A. Tencza | .30 hrs. | $ 81.00 |
| 12/06/20 | Work on and draft Settlement Bullet Points re WGACA matter; review most recent F. Bober proposal; review and revise same; email to J. Pietrini re same; teleconference with B. Russell re discovery and draft Response to WGACA's cross-motion re Rule 30(b)(6) for extension of time and J. Bleys deposition; emails with S. Molina re document production and follow up; emails to J. Pietrini re R. Gruber preparation and documents re same, including Errata Sheet; emails with G. Lazzerti re Rule 30(b)(6) deposition | | |
| | Theodore C. Max | 5.10 hrs. | $ 3,442.50 |
| 12/06/20 | Worked on outline for Shannon Parker deposition; prepared for Shannon Parker deposition. | | |
| | Dylan J. Price | 5.80 hrs. | $ 3,770.00 |
| 12/06/20 | Draft response to WGACA motion to compel deposition of Ms. Gruber; email and strategize with D. Price re same; prepare for deposition of S. Parker; email veritext re same; receive and review email re fashion catalog evidence; receive and review emails re point of sale items and evidence; receive adn review email re outstanding documents and meet and confer. | | |
| | Bridget J. Russell | 3.30 hrs. | $ 1,915.65 |
| 12/06/20 | Searched and gathered "Nidhi Kohli" documents for attorney review. | | |
| | Steven Molina | 1.00 hrs. | $ 220.50 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    February 3, 2021
Theodore C. Max                                                                                           Invoice 340046241
                                                                                                          Page 8 of 29

## FEE DETAIL

12/07/20    Teleconference with SMRH team re discovery issues; revise settlement terms; review
            Court's orders re discovery motions re Gruber deposition and discovery extension;
            telephone conference with Lora Moffatt, Ted Max, and Robin Gruber re 30(b)(6)
            deponents; revise chart re same; correspondence with opposing counsel re depositions;
            meetings Bridget Russell re foregoing and research needed and deposition of Robin
            Gruber; confer with paralegals re additional searches needed.

|            |             |              |
|------------|-------------|--------------|
| Jill M. Pietrini | 4.60 hrs. | $ 3,105.00 |

12/07/20    Review N. Kohli documents; review and revise draft letter to Court re Rule 30(b)(6)
            depositions and R. Gruber deposition;  email and teleconference with G. Lazzerretti re
            Rule 30(b)(6) deposition; emails and follow up re Chanel settlement points; follow up
            re WGACA Rule 30(b)(6) scheduling and preparation.

|            |             |              |
|------------|-------------|--------------|
| Theodore C. Max | 6.30 hrs. | $ 4,252.50 |

12/07/20    Prepared for and attended deposition of Shannon Parker; meet and confer call with
            opposing counsel re Rule 30(b)(6) deposition scheduling issues.

|            |             |              |
|------------|-------------|--------------|
| Dylan J. Price | 5.60 hrs. | $ 3,640.00 |

12/07/20    Finish draft of response to WGACA's motion to compel deposition of Ms. Gruber and
            for extension; revise meet and confer to WGACA re outstanding documents; email
            with opposing counsel regarding S. Parker deposition; review N. Kohli documents;
            email with A. Jackson re 30(b)(1) deposition research and review same; email Mr.
            Kidde regarding V. Drukh service and deposition; email D. DeCarlo re outstanding
            documents and extension request; strategize with T.  Max re extension request and
            outstanding discovery issues; receive and review email from M. Garafola regarding
            refurbishment records; receive and review redacted emails for production from S.
            Molina; email with opposing counsel re request for extension; call with D. DeCarlo re
            same; email re same; receive and review court orders re motion for protective order
            and extension request; call Judge Stanton re orders; email opposing counsel and team
            re same; receive and review email re settlement emails; receive and review translation
            of quality control procedures from trans perfect; email Ms. Rago re additional
            documents; email with T. Max re effect of order and next steps for R. Gruber
            deposition and extension

|            |             |              |
|------------|-------------|--------------|
| Bridget J. Russell | 9.10 hrs. | $ 5,282.55 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 3, 2021
Invoice 340046241
Page 9 of 29

## FEE DETAIL

12/07/20    Review documents to be used in witness binders and confer with litigation support re same.

William Z. Gutman                    1.10 hrs.                $ 400.95

12/07/20    ███████████████████████████████
            ████

                    ██████████            ███████            ██████

12/07/20    Internet searching for information on theft of Chanel Serial Numbers and Certificates of Authenticity from Corti Renato in Milan; report re same.

Adelle L. Jones                      .90 hrs.                $ 271.35

12/07/20    Continue with review and summary of transcript for Robin Gruber's deposition on October 1, 2020.

Adelle L. Jones                      4.70 hrs.               $ 1,417.05

12/07/20    Prepared Chanel documents for production.

Steven Molina                        .70 hrs.                $ 154.35

12/07/20    Reviewed search term results and revised terms for priority custodians.

Stacey Crocker                       1.40 hrs.               $ 434.70

12/07/20    Conferred with B. Russell re serving objections to amended Rule 30(b)(6) notice.

Bradley M. Rank                      .30 hrs.                $ 84.00

12/07/20    ██████████████████████████████
            ██████████████████████████████

                    ████████████        ████████        █████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

12/08/20    Revise Second Amended Initial Disclosures; correspondence with opposing counsel re Gruber deposition; revise chart of 30(b)(6) categories by Chanel witness; confer with Bridget Russell re foregoing.

      Jill M. Pietrini               1.50 hrs.        $ 1,012.50

12/08/20    Emails and follow up with B. Russell re discovery issues and emails re scheduling; meet with N. Kohli and prepare for deposition; review Kolhli documents and discuss deposition process and discovery materials; emails and follow up with J. Pietrini and D. Price re discovery and follow up; emails to S. Molina re production of documents; discussion and follow up with B. Russell re motion for production of documents; emails with J. Bravo re outstanding discovery requests; emails to N. Himidian re ▮▮▮▮ ▮▮▮▮▮▮

      Theodore C. Max          6.10 hrs.        $ 4,117.50

12/08/20    Reviewed translated Chanel quality control manual.

      Dylan J. Price            .50 hrs.         $ 325.00

12/08/20    Draft chart designating witnesses per 30(b)(6) topics and circulate same; receive and review email from L. Moffatt and revise; finish review of N. Kohli documents and prepare for production; draft supplemental initial disclosures; email J. Pietrini and T. Max re 30(b)(6) depositions; draft email to opposing counsel re same; revise and email opposing counsel; email T. Max re Nidhi deposition preparation; receive and review email from D. DeCarlo re Ms. Gruber deposition; respond re same; strategize with T. Max re amended schedule; further emails with D. DeCarlo re deposition of Ms. Gruber; email Veritext re deposition schedule; strategize re Farfetch issues; begin drafting motion to compel additional documentation; receive and review new documents for production.

      Bridget J. Russell         7.80 hrs.        $ 4,527.90

12/08/20    Compile, organize and index deposition transcripts and prepare compilation binders re same.

      William Z. Gutman      1.40 hrs.        $ 510.30

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          February 3, 2021
Theodore C. Max                                                                                              Invoice 340046241
                                                                                                            Page 11 of 29

## **FEE DETAIL**

12/08/20        Additional internet searching for information on theft of Chanel Certificates of
                Authenticity from Corti Renato in Milan; report re same.

                        Adelle L. Jones                    1.50 hrs.                      $  452.25

12/08/20        Continue review and summary of deposition for Robin Gruber taken October 1, 2020.

                        Adelle L. Jones                    3.50 hrs.                      $  1,055.25

12/08/20        Identify and assigned discovery request numbers  to Mr. Kidde's responses.

                        Steven Molina                      1.90 hrs.                      $  418.95

12/08/20        Updated Chanel deposition exhibit chart.

                        Steven Molina                      1.70 hrs.                      $  374.85

12/08/20        Prepared additional Chanel custodian data for searching.

                        Stacey Crocker                     1.40 hrs.                      $  434.70

12/09/20        █████████████████████████████████████████
                ███████████

                        ███████████            ██████████            ███████████

12/09/20        █████████████████████████████████████████
                █████████████████████████

                        ███████████            ██████████            ███████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.      February 3, 2021
Theodore C. Max                                                                             Invoice 340046241
                                                                                            Page 12 of 29

## FEE DETAIL

12/09/20     Teleconference with Ted Max re deposition preparation for Robin Gruber and evidence
             to support certification; correspondence with opposing counsel re Gruber deposition;
             telephone conference with Bridget Russell re same; deposition preparation, certificate
             evidence, and motion to compel financial documents and extension request for
             extension of time to respond to discovery; correspondence with opposing counsel re
             extension.

             Jill M. Pietrini                    1.50 hrs.              $ 1,012.50

12/09/20     Emails with J. Bravo re ███████████████████████; emails and follow up
             with B. Russell re follow up re motion to compel; email to N. Himidian re ██████
             ████████; email to L. Moffatt re ███████████████████; email with J. Pietrini
             re R. Gruber preparation and preparation materials; conference call with B. Russell re
             open issues and items.

             Theodore C. Max                     4.90 hrs.              $ 3,307.50

12/09/20     Reviewed Rago Brothers invoices for repair details; reviewed Vlada Drukh documents;
             corresponded with Ms. Russell re ongoing document production and meet and confer
             issues.

             Dylan J. Price                      3.70 hrs.              $ 2,405.00

12/09/20     Continue drafting motion to compel documents; strategize with D. Price re retailer
             agreements and the need for further documentation in support of point of sale and other
             summary judgment claims; email re same; receive and review invoices from Rago
             Brothers re repairs performed; review financial documents to facilitate collection of
             documents for review by financial expert; email J. Pietrini re same; strategize with J.
             Pietrini re R. Gruber deposition; receive and review certification documents; strategize
             with T. Max re same; revise certification of R. Gruber; receive and review email from
             opposing counsel re extension; respond re same; review unproduced documents and
             confirm for production and produce; draft email to T. Max re outstanding documents
             for production; review and organize relevant certification documents; email D.
             DeCarlo re R. Gruber deposition.

             Bridget J. Russell                  9.20 hrs.              $ 5,340.60

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 3, 2021
Invoice 340046241
Page 13 of 29

## FEE DETAIL

| | | | |
|---|---|---|---|
| 12/09/20 | Work on compiling and organizing documents for attorney review. | | |
| | William Z. Gutman | 1.20 hrs. | $ 437.40 |
| 12/09/20 | Continue review and summary of deposition of Robin Gruber as requested. | | |
| | Adelle L. Jones | 3.50 hrs. | $ 1,055.25 |
| 12/09/20 | Updated Chanel deposition exhibit chart. | | |
| | Steven Molina | .70 hrs. | $ 154.35 |
| 12/09/20 | Reviewed and pulled documents that mention "Marcos Rosado" for attorney review. | | |
| | Steven Molina | 1.10 hrs. | $ 242.55 |
| 12/09/20 | Prepared documents for production. | | |
| | Steven Molina | .30 hrs. | $ 66.15 |
| 12/09/20 | Reviewed and gathered certification evidence. | | |
| | Steven Molina | 2.00 hrs. | $ 441.00 |
| 12/09/20 | Reviewed and gathered (1) Q6AIHH2KKB000 and (2) Q6AIHG3HRB000 items from WGACA Spreadsheet for attorney review. | | |
| | Steven Molina | .70 hrs. | $ 154.35 |
| 12/09/20 | Processed Rago Bros. electronic document production import for attorney review. | | |
| | Stacey Crocker | 1.30 hrs. | $ 403.65 |
| 12/10/20 | Review Defendants' amended disclosures; correspondence with opposing counsel re extension request; confer with Bridget Russell re same. | | |
| | Jill M. Pietrini | .40 hrs. | $ 270.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## FEE DETAIL

| | | | |
|---|---|---|---|
| 12/10/20 | Work on email and follow up re Farfetch; emails and follow up re Italian proceedings re Bianchi & Nardi and Renato Corti; emails and follow up with B. Russell re discovery; email regarding "willful blindness." | | |
| | Theodore C. Max | 5.70 hrs. | $ 3,847.50 |
| 12/10/20 | Reviewed case law re relevance of source information to showing of willful blindness necessary for attorneys' fees award under Lanham Act; reviewed Vlada Drukh related documents. | | |
| | Dylan J. Price | 3.90 hrs. | $ 2,535.00 |
| 12/10/20 | Work on deposition transcript compendiums. | | |
| | William Z. Gutman | .80 hrs. | $ 291.60 |
| 12/10/20 | Reviewed and gathered collection of condensed deposition transcripts for attorney review. | | |
| | Steven Molina | 1.80 hrs. | $ 396.90 |
| 12/10/20 | Numerous phone calls and emails to court reports to acquire complete set of deposition transcripts. | | |
| | Steven Molina | .80 hrs. | $ 176.40 |
| 12/10/20 | Prepared responsive, not privileged for Chanel production processing. | | |
| | Stacey Crocker | .90 hrs. | $ 279.45 |
| 12/11/20 | Collect documents for preparation of Robin Gruber deposition days; revise 30(b)(6) category chart; correspondence with Robin Gruber re same; telephone conference with Ted Max re documents needed; confer with Bridget Russell re same; research requested, and 30(b)(6) category preparation; review Farfetch use of CHANEL trademark; meeting with Bridget Russell re same. | | |
| | Jill M. Pietrini | 3.50 hrs. | $ 2,362.50 |

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 3, 2021
Invoice 340046241
Page 15 of 29

## FEE DETAIL

12/11/20      Prepare and assemble exhibits sets for R. Gruber preparation and review; assemble Farfetch documents for R. Gruber review; follow up with P. Bost re draft settlement stipulation and order; emails re discovery scheduling and preparation; calls with J. Pietrini, B. Russell and D. Price re same; work on and review and revise draft letter to compel discovery.

Theodore C. Max                    4.60 hrs.                 $ 3,105.00

12/11/20      Reviewed Vlada Drukh and wholesale related documents and cross referenced products identified in communications with information from WGACA's sales chart.

Dylan J. Price                     3.70 hrs.                 $ 2,405.00

12/11/20      ██████████████████████████████████████████████

          ████████████              ████████              ████████

12/11/20      Compile and organize documents for attorney review.

William Z. Gutman                  1.00 hrs.                 $ 364.50

12/11/20      Reviewed and gathered  Orli and eCatalog documents for certification evidence.

Steven Molina                      1.70 hrs.                 $ 374.85

12/11/20      Updated deposition collection with video deposition of Joseph Bravo.

Steven Molina                       .60 hrs.                 $ 132.30

12/11/20      Updated deposition collection with final transcript copies.

Steven Molina                       .60 hrs.                 $ 132.30

12/11/20      Prepared and processed responsive, not privileged document production of Kohli emails; bate range: CHANEL0013002 - CHANEL0013278.

Stacey Crocker                     1.20 hrs.                 $ 372.60

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

12/12/20    Compile documents for R. Gruber deposition preparation; facilitate transfer thereof to New York; email J. Pietrini re same.

       Bridget J. Russell                 4.30 hrs.            $ 2,496.15

12/13/20    Emails with G. Lazzerti re Rule 30(b)(6) deposition and scheduling and preparation; emails with B. Russell and N. Kholi re deposition scheduling; email to M. Grignard re ████████████████; prepare draft email to Farfetch re infringements and follow up with J. Pietrini and R. Gruber re same.

       Theodore C. Max               1.90 hrs.            $ 1,282.50

12/13/20    Receive and review email from opposing counsel re discovery; receive and review email and attachments from T. Max for R. Gruber preparation; receive and review and email re rescheduling of N. Kohli deposition; review production for accuracy and facilitate service thereof.

       Bridget J. Russell                 .80 hrs.             $ 464.40

12/14/20    Review deposition of Robin Gruber - Day 1; review deposition of Joseph Bravo and relevant exhibits thereto; review summary of law re duplicative questioning of 30(b)(6) witness; review chart of subject matters and questions for Day 1 of Gruber deposition; review documents re Farfetch and Plaza Hotel promotion; correspondence with opposing counsel re discovery responses and extension of time to respond; confer with Ted Max and Bridget Russell re same; travel to New Jersey for deposition preparation of Robin Gruber.

       Jill M. Pietrini                 8.40 hrs.            $ 5,670.00

12/14/20    Emails and follow up with M. Grignard re ████████████; draft email ████████████████████ and email to J. Pietrini and R. Gruber; review Certification re R. Gruber with B. Russell; email to N. Himidian re ████████████████████████; emails to S. Molina re document production and exhibits for R. Gruber Rule 30(b)(6) deposition; follow up re N. Kohli deposition scheduling.; read and review draft Responses to Request for Production; email to B. Russell re same.

       Theodore C. Max               5.20 hrs.            $ 3,510.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 3, 2021
Invoice 340046241
Page 17 of 29

## FEE DETAIL

| | | | |
|---|---|---|---|
| 12/14/20 | Reviewed WGACA social media accounts for additional infringements of Chanel trademarks; Corresponded with Gian Ryan re additional social media searches and captures; Reviewed Vlada Drukh interview article; Reviewed WGACA email blasts; Corresponded with Bridget Russell re quality control manual issues. | | |
| | Dylan J. Price | 3.40 hrs. | $ 2,210.00 |
| 12/14/20 | Revise certification; compile documents for R. Gruber preparation; email opposing counsel re discovery and scheduling; draft discovery response; facilitate production of additional documentation; strategize with D. Price and T. Max re potential summary judgment and additional evidence; email re quality control translation; email re motion to compel; review A. Mische deposition transcript in preparation for R. Gruber deposition; email J. Pietrini re preparation and discovery; email T. Max re same; receive and review and respond to emails from S. Crocker re production. | | |
| | Bridget J. Russell | 8.40 hrs. | $ 4,876.20 |
| 12/14/20 | Reviewed and gathered produced versions of authentication documents for attorney review. | | |
| | Steven Molina | .70 hrs. | $ 154.35 |
| 12/15/20 | ███████████████████████████████████████ ████ ████████ ██████ █████████ | | |
| 12/15/20 | Review binders of topics designated for Robin Gruber and documents to support each category; conference with Bridget Russell re same; review second revised certification; confer with Ted Max and Bridget Russell re same; correspondence with Robin Gruber re deposition preparation and potential documents to produce. | | |
| | Jill M. Pietrini | 8.40 hrs. | $ 5,670.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                February 3, 2021
Theodore C. Max                                                                                        Invoice 340046241
                                                                                                      Page 18 of 29

## FEE DETAIL

12/15/20        Work on and revise draft letter re motion to compel; email draft email █████████
                ██████████████████████████████████████; emails with J. Pietrini and R.
                Gruber re same; emails re Chanel further document production and emails with S.
                Molina re same; emails to D. Price re V. Druhk deposition topics and background
                information; email with J. Pietrini re 30(b)(6)  deposition and preparation.

                    Theodore C. Max                      6.40 hrs.                    $ 4,320.00

12/15/20        Reviewed Vlada Drukh interview; reviewed Seth Weisser interview; worked on
                deposition outline for Vlada Drukh.

                    Dylan J. Price                       1.20 hrs.                    $ 780.00

12/15/20        Reviewed and gathered documents for attorney review.

                    Steven Molina                        .70 hrs.                     $ 154.35

12/15/20        Prepared and processed responsive, not privileged document production of Farfetch
                email; bate range: CHANEL0013279 - CHANEL0013312.

                    Stacey Crocker                       1.10 hrs.                    $ 341.55

12/16/20        Continue preparation for Robin Gruber deposition; meeting with Robin Gruber re
                deposition preparation; confer with Ted Max and Dylan Price re same; review Farfetch
                Instagram and website pages; review exhibits that Defendants will use in Robin
                Gruber's deposition; review further demand letter to Farfetch; review key points in
                Robin Gruber deposition Day 1 and Bravo deposition; review excerpts of depositions
                of S. Weisser, F. Bober, F .Parker, and  D. Shaunesey depositions; correspondence
                with French counsel re copyright protection in France.

                    Jill M. Pietrini                     10.10 hrs.                   $ 6,817.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 3, 2021
Invoice 340046241
Page 19 of 29

### FEE DETAIL

| | | | |
|---|---|---|---|
| 12/16/20 | Emails with B. Russell re Chanel Certification and edits re same; emails with J. Pietrini re exhibits and exhibit binders; email to R. Gruber and J. Pietrini re R. Gruber Errata sheet; email to J. Pietrini and  R. Gruber re ███████████████████████ ███████; email draft index of Gruber exhibit binder; email transcripts of WGACA witnesses re lack of evidence that WGACA items were made in Chanel factory; follow up with J. Pietrini re preparation of R. Gruber. | | |
| | Theodore C. Max | 6.80 hrs. | $ 4,590.00 |
| 12/16/20 | Telephone call with J. Pietrini and R. Gruber re Rule 30(b)(6) deposition topics and Chanel's evidence in support thereof; reviewed D. Shaughnessy deposition transcript for evidence re lack of authentication expertise; corresponded with Ms. Pietrini re Shannon Parker deposition testimony. | | |
| | Dylan J. Price | 1.60 hrs. | $ 1,040.00 |
| 12/16/20 | ███████████████████████████████████ ████████████ | | |
| | ████████ | ████████ | ████████ |
| 12/16/20 | Prepared and processed responsive document production of ChanelReplica.com webpage. | | |
| | Stacey Crocker | .90 hrs. | $ 279.45 |
| 12/17/20 | Begin review of Anthony Rago deposition transcript; defend 30(b)(6) and 30(b)(l) deposition of Robin Gruber; meetings with Robin Gruber re same. | | |
| | Jill M. Pietrini | 12.80 hrs. | $ 8,640.00 |
| 12/17/20 | Work on and revise draft letter re motion to compel discovery to Judge Stanton; emails and follow up with J. Pietrini and R. Gruber re 30(b)(6) deposition; follow up with L. Moffatt and R. Gruber re deposition scheduling. | | |
| | Theodore C. Max | 4.80 hrs. | $ 3,240.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          February 3, 2021
Theodore C. Max                                                                                  Invoice 340046241
                                                                                                 Page 20 of 29

## FEE DETAIL



| | | | |
|---|---|---|---|
| 12/18/20 | Teleconference with Ted Max re deposition of Robin Gruber; travel back to Los Angeles from New Jersey. | | |
| | Jill M. Pietrini | .40 hrs. | $ 270.00 |
| 12/18/20 | Follow up with J. Pietrini re deposition of R. Gruber; follow up with D. Price and B. Russell re discovery and scheduling of Rule 30(b)(6) witnesses; follow up re outstanding discovery issues; follow up with B. Russell re letter to Judge Stanton re motion to compel production of discovery. | | |
| | Theodore C. Max | 4.60 hrs. | $ 3,105.00 |
| 12/18/20 | Follow-up re outstanding Chanel documents for attorney review. | | |
| | William Z. Gutman | .50 hrs. | $ 182.25 |
| 12/21/20 | Teleconference with Pier Luigi Roncaglia re deposition testimony needed and scope thereof; telephone conference with Bridget Russell re deposition of Robin Gruber and motion to compel. | | |
| | Jill M. Pietrini | 1.20 hrs. | $ 810.00 |
| 12/21/20 | Email and follow up with B. Russell re draft letter to Judge Stanton re motion to compel; email and follow up with E. Benintende re ███████████; emails and follow up with L. Moffatt and R. Gruber re deposition scheduling re Rule 30(b)(6) depositions; email to N. Kohli re same. | | |
| | Theodore C. Max | 3.70 hrs. | $ 2,497.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 3, 2021
Invoice 340046241
Page 21 of 29

## FEE DETAIL

| | | | |
|---|---|---|---|
| 12/21/20 | ███████████████████████ | | |
| | ████████ | ████████ | ████████ |

| 12/22/20 | Emails and telephone conference with B. Russell regarding Letter to Court regarding discovery deficiencies; email to E. Benintende regarding ████████ ████████ follow-up regarding discovery and deposition scheduling. | | |
|---|---|---|---|
| | Theodore C. Max | 2.10 hrs. | $ 1,417.50 |

| 12/22/20 | Reviewed and gathered  WGACA documents for attorney review. | | |
|---|---|---|---|
| | Steven Molina | .60 hrs. | $ 132.30 |

| 12/22/20 | Downloaded and updated Text Map database with Anthony Rago, Shannon Parker and Sun Li depositions. | | |
|---|---|---|---|
| | Steven Molina | 1.30 hrs. | $ 286.65 |

| 12/23/20 | Email with B. Russell re draft letter to Judge Stanton re motion to compel discovery; emails re deposition scheduling; email with J. Pietrini re Pier Luigi Roncoglia Rule 30(b)(6) deposition preparation and follow up re same; review documents for production. | | |
|---|---|---|---|
| | Theodore C. Max | 3.10 hrs. | $ 2,092.50 |

| 12/23/20 | Call to discuss Chanel deposition scheduling. | | |
|---|---|---|---|
| | Dylan J. Price | .60 hrs. | $ 390.00 |

| 12/23/20 | Revise motion to compel; strategize with team re outstanding tasks; draft chart of items and advertisements at issue; gather evidence with respect thereto. | | |
|---|---|---|---|
| | Bridget J. Russell | 6.60 hrs. | $ 3,831.30 |

| 12/23/20 | Compile and organize WGACA documents for attorney review. | | |
|---|---|---|---|
| | William Z. Gutman | 1.10 hrs. | $ 400.95 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

### <u>FEE DETAIL</u>

| 12/23/20 | Marked WGACA deposition citation evidence for filing. | | |
|---|---|---|---|
| | Steven Molina | 3.10 hrs. | $ 683.55 |

| 12/24/20 | Review draft letter motion to compel; email and telephone call with B. Russell re same; review draft markup re same; email and follow up with D. Price re social media information and statistics; follow up re WGACA discovery responses and follow up with B. Russell re same; discussion with B. Russell re additional discovery. | | |
|---|---|---|---|
| | Theodore C. Max | 3.70 hrs. | $ 2,497.50 |

| 12/24/20 | Draft requests for production; review prior requests and responses; strategize with team re same; review Joyce Green deposition transcript. | | |
|---|---|---|---|
| | Bridget J. Russell | 4.30 hrs. | $ 2,496.15 |

| 12/29/20 | Reviewed and revised Chanel omnibus motion to compel and conferred with Ms. Russell re the same; worked on Vlada Drukh deposition outline. | | |
|---|---|---|---|
| | Dylan J. Price | 3.30 hrs. | $ 2,145.00 |

| 12/30/20 | Reviewed Chanel deposition transcripts; worked on Vlada Drukh deposition topics. | | |
|---|---|---|---|
| | Dylan J. Price | 1.50 hrs. | $ 975.00 |

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 3, 2021
Invoice 340046241
Page 23 of 29

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 61.60 | $ 675.00 | $ 41,580.00 |
| Theodore C. Max | 101.10 | $ 675.00 | $ 68,242.50 |
| Dylan J. Price | 65.40 | $ 650.00 | $ 42,510.00 |
| ███████ | ███ | ███████ | ███████ |
| ███████ | ███ | ███████ | ███████ |
| Bridget J. Russell | 85.20 | $ 580.50 | $ 49,458.60 |
| ███████ | ███ | ███████ | ███████ |
| William Z. Gutman | 9.70 | $ 364.50 | $ 3,535.65 |
| ███████ | ███ | ███████ | ███████ |
| Adelle L. Jones | 14.60 | $ 301.50 | $ 4,401.90 |
| Steven Molina | 40.70 | $ 220.50 | $ 8,974.35 |
| Leigh A. Tencza | 1.10 | $ 270.00 | $ 297.00 |
| Bradley M. Rank | .30 | $ 280.00 | $ 84.00 |
| Stacey Crocker | 9.40 | $ 310.50 | $ 2,918.70 |

**Total Fees for Professional Services**          **$ 229,596.45**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 3, 2021
Invoice 340046241
Page 24 of 29

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 10/01/20 | J. Pietrini - 10/01/2020 - Conference room rental at hotel for day 1 of Robin Gruber deposition - New Jersey | 594.44 |
| 12/14/20 | J. Pietrini - 12/14/2020 - 12/18/2020 - Airfare for deposition preparation and deposition of Robin Gruber and 30(b)(6) deposition of Chanel, Inc. - New Jersey | 999.40 |
| 12/14/20 | J. Pietrini - 12/14/2020 - 12/18/2020 - Hotel while in New Jersey for deposition preparation and deposition of Robin Gruber and 30(b)(6) deposition of Chanel, Inc. - New Jersey | 1,906.27 |
| 12/14/20 | J. Pietrini - 12/14/2020 - Dinner - New Jersey | 99.70 |
| 12/14/20 | J. Pietrini - 12/14/2020 - Cab to LAX from home - Los Angeles | 40.00 |
| 12/14/20 | J. Pietrini - 12/14/2020 - Cab from Newark Airport to hotel - New Jersey | 55.00 |
| 12/14/20 | J. Pietrini - 12/14/2020 - 12/18/2020 - Hotel tips - New Jersey | 12.00 |
| 12/15/20 | J. Pietrini - 12/15/2020 - Dinner - New Jersey | 80.77 |
| 12/15/20 | J. Pietrini - 12/15/2020 - Lunch - New Jersey | 6.75 |
| 12/15/20 | J. Pietrini - 12/15/2020 - 12/18/2020 - Purchase of water - New Jersey | 13.18 |
| 12/16/20 | J. Pietrini - 12/16/2020 - Uber from Hotel to Robin Gruber's house for deposition preparation - New Jersey | 46.83 |
| 12/16/20 | J. Pietrini - 12/16/2020 - Uber from Robin Gruber's house to hotel - New Jersey | 62.21 |
| 12/17/20 | J. Pietrini - 12/17/2020 - Dinner - New Jersey | 41.97 |
| 12/18/20 | J. Pietrini - 12/18/2020 - Packing tape to ship boxes back to office - New Jersey | 4.26 |
| 12/18/20 | J. Pietrini - 12/18/2020 - Breakfast  - New Jersey | 7.41 |
| 12/18/20 | J. Pietrini - 12/18/2020 - Cab from hotel to Newark airport - New Jersey | 49.00 |
| 12/18/20 | J. Pietrini - 12/18/2020 - Cab from LAX to house - New Jersey | 50.00 |
| 11/15/20 | First Legal Network, LLC - First Legal Network Invoice # 10352218. Invoice Date: 11/15/2020. Order # 4496483. By: BILL GUTMAN. To: DYLAN PRICE , 507 California Ave, Santa Monica ,CA | 33.79 |
| 12/15/20 | First Legal Network, LLC - First Legal Network Invoice # 10358866. Invoice Date: 12/15/2020. Order # 4520121. By: BILL GUTMAN. To: DYLAN PRICE , 507 California Ave, Santa Monica ,CA | 42.51 |
| 12/15/20 | First Legal Network, LLC - First Legal Network Invoice # 10358866. Invoice Date: 12/15/2020. Order # 4527779. By: BILL GUTMAN. To: DYLAN PRICE , 507 California Ave, Santa Monica ,CA | 42.51 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    February 3, 2021
Theodore C. Max    Invoice 340046241
    Page 25 of 29

| Date | Description | Amount |
|---|---|---|
| 12/09/20 | Executive Attorney Service Inc - Inv #60231 - Rush Process Service to Vlada Drukh and Mandi Meng | 680.00 |
| 10/21/20 | ULD LA - United Litigation Discovery Inc - Inv. #2887 Promotion of surviving documents | 95.00 |
| 11/30/20 | E-Discovery Monthly Data Hosting Fees,  168.92 Gigabytes. | 1,689.19 |
| 12/30/20 | E-Discovery Monthly Data Hosting Fees, 169.67  Gigabytes. | 1,696.70 |
| 12/23/20 | Veritext - Inv# 4718196 - Video - Initial Services | 2,590.00 |
| 12/10/20 | Federal Express on 12/10/20 | 76.46 |
| 12/11/20 | Federal Express on 12/11/20 | 81.73 |
| 12/11/20 | Federal Express on 12/11/20 | 79.82 |
| 12/11/20 | Federal Express on 12/11/20 | 81.73 |
| 12/22/20 | Federal Express on 12/22/20 | 27.81 |
| 12/22/20 | Federal Express on 12/22/20 | 31.79 |
| 12/22/20 | Federal Express on 12/22/20 | 83.94 |
| 12/22/20 | Federal Express on 12/22/20 | 86.04 |
| 11/16/20 | ULD LA - United Litigation Discovery Inc - Inv. #2993 ECA Promotion | 95.00 |
| 11/16/20 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 12/10/2020. | 11.90 |
| 11/20/20 | Accurint. Search: Business Search. Billing Code: swales | 0.35 |
| 11/20/20 | Accurint. Search: Business Search. Billing Code: swales | 0.35 |
| 11/20/20 | Accurint. Search: Business Search. Billing Code: swales | 0.35 |
| 11/20/20 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 12/10/2020. | 12.20 |
| 12/22/20 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 12/31/2020 | 31.80 |
| 12/31/20 | Ben Hyatt Certified Deposition Reporters - Inv# 1162941 - Synchronized DVDs for Joseph Bravo | 540.00 |
| 11/26/20 | Executive Attorney Service Inc - Inv. #59797 Rush Process Service/Witness Fee | 190.00 |
| 10/14/20 | Veritext - Inv #4590390 - Video depo cancellation of Seth Weisser | 350.00 |
| 11/06/20 | Veritext - Inv#4637763- Video Services of Seth Weisser | 2,590.00 |
| 12/10/20 | Ben Hyatt Certified Deposition Reporters - Inv#1162348- One Certified Transcript of Joseph Bravo | 849.00 |
| 12/10/20 | Ben Hyatt Certified Deposition Reporters - Inv#1162347- Synchronized DVDs for Joyce Green (Video Services VIA Zoom) | 675.00 |
| 12/10/20 | Ben Hyatt Certified Deposition Reporters - Inv#1162349- One Certified Transcript of Joyce Green | 1,149.75 |
| 12/17/20 | Veritext - Inv #4703599 - Video Depo-Cancellation: 30b(6) | 350.00 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 3, 2021
Invoice 340046241
Page 26 of 29

| | | |
|---|---|---|
| 12/17/20 | Veritext - Inv #4703598 - Depo - Concierge Technical Support - Cancellation of Reporting Services: 30b(6) | 925.00 |
| 12/22/20 | Veritext - Inv. #4726620 Video/Depo of Shannon Parker 12/07/20 | 1,276.00 |
| 12/22/20 | Veritext - Inv#4724785 - Original with 1 Certified Transcript, Witness: Shannon Parker | 3,231.10 |
| 12/23/20 | Veritext - Inv# 4710928 - Original with 1 Certified Transcript | 3,826.00 |
| 12/23/20 | Veritext - Inv# 4722268 - Original with 1 Certified Transcript: Sun Li | 2,420.00 |
| 12/23/20 | Veritext - Inv# 4720211 - Original with 1 Certified Transcript - Ambria Mische | 3,248.80 |
| 12/23/20 | Veritext - Inv# 4725560 - Depo Video - Initial Services - Ambria Mische | 2,918.50 |
| 12/29/20 | Veritext - Inv# 4731593 -  - Deposition of Sun Li | 3,293.50 |
| 12/31/20 | Transperfect Translations - Inv #2045132 - Interpretation - Japanese (JP) into English (US) | 2,975.00 |
| 12/01/20 | Westlaw research by Price, Dylan, on 12/1/2020. | 1,163.70 |
| 12/07/20 | Westlaw research by Russell, Bridget, on 12/7/2020. | 772.20 |
| 12/14/20 | Westlaw research by Price, Dylan, on 12/14/2020. | 109.80 |
| 12/14/20 | Westlaw research by Russell, Bridget, on 12/14/2020. | 772.20 |
| 12/21/20 | Westlaw research by Price, Dylan, on 12/21/2020. | 2,097.00 |
| | Color Copies | 2,467.50 |
| | Duplication | 486.75 |

**Total Disbursements**                    $ 50,316.96

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 3, 2021
Invoice 340046241
Page 27 of 29

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

| | **2020 Billing History for Chanel vs Pines Vintage** | | | | |
|---|---|---|---|---|---|
| **Date** | **Bill #** | **Matter Name** | **Month of Services Rendered** | **Total Billed** | **Status** |
| 1/9/2020 | 340035512 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | December '19 | $82,549.79 | Settled |
| 2/28/2020 | 340036797 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | January '20 | $50,424.50 | Settled |
| 3/23/2020 | 340037711 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | February '20 | $147,451.68 | Settled |
| 4/28/2020 | 340038587 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | March '20 | $129,957.33 | Settled |
| 5/29/2020 | 340039434 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | April '20 | $63,093.79 | Settled |
| 6/4/2020 | 340040154 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | May '20 | $119,072.79 | Settled |
| 7/15/2020 | 340040803 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | June ' 20 | $132,252.97 | Settled |
| 8/27/2020 | 340041867 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | July '20 | $135,299.41 | Settled |
| 9/17/2020 | 340042535 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | August '20 | $192,179.29 | Settled |
| 10/22/2020 | 340043547 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | September '20 | $220,221.57 | Settled |
| 11/30/2020 | 340044485 | Chanel USA, Inc. - vs - Pines Vintage, | October '20 | $249,409.94 | Settled |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          February 3, 2021
Theodore C. Max                                                                                  Invoice 340046241
                                                                                                 Page 29 of 29

| | | Inc., | | | |
|---|---|---|---|---|---|
| 12/18/2020 | 340045135 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | November '20 | $229,509.60 | Settled |
| 2/3/20201 | 340046241 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | December' 20 | $279,913.41 | Outstanding |
| **GRAND TOTAL** | | | | **$2,031,336.07** | |

# Feb. 25, 2021 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*__Please return this page with your payment.__*

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                            February 25, 2021
Chanel USA, Inc.                                      Invoice 340047003
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2021

| | | |
|---|---|---|
| Current Fees | $ 211,640.60 | |
| Current Disbursements | $ 19,557.96 | |
| Total Current Activity | | $ 231,198.56 |
| Total Due for This Invoice | | $ 231,198.56 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:           Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
February 25, 2021
Invoice 340047003

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2021

| | |
|---|---|
| Current Fees | $ 211,640.60 |
| Current Disbursements | $ 19,557.96 |
| Total Current Activity | $ 231,198.56 |
| Total Due for This Invoice | $ 231,198.56 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>        Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298        Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    February 25, 2021
Theodore C. Max                                                                                                                    Invoice 340047003
                                                                                                                                          Page 2 of 24

FOR PROFESSIONAL SERVICES THROUGH 01/31/21

## **FEE DETAIL**

01/04/21    Review multiple correspondence with Chanel and opposing counsel re Italian
            documents, discovery issues, counterfeits, certification, Corti declaration,
            authentication procedure for Chanel, retailer agreement, and settlement; confer with
            Ted Max and Dylan Price re foregoing; review Defendants' 19th documents request;
            confer with Sheppard team re additional documents to produce; correspondence with
            Pier Luigi Roncoglia re testimony.

            Jill M. Pietrini                          4.30 hrs.                    $ 2,902.50

01/04/21    Emails and follow up re scheduling of Rule 30(B)(6) depositions; email re dates for J.
            Bravo and J. Green; discussion with J. Pietrini re financial expert report; follow up re
            scheduling of conference with Chanel legal team re deposition scheduling and
            preparation for same; emails re point of sale policies; emails re discovery issues.

            Theodore C. Max                           4.30 hrs.                    $ 2,902.50

01/05/21    Correspondence with opposing counsel re deposition dates; correspondence with
            Chanel re experts; correspondence with financial expert re engagement; confer with
            Ted Max re experts.

            Jill M. Pietrini                          1.30 hrs.                    $ 877.50

01/05/21    Emails with S. Molina re Renato Corti documents; email to J. Bravo re discovery and
            deposition scheduling; email to L. Moffatt and R. Green re deposition scheduling and
            topics for J. Green and J. Bravo; email to J. Bravo re Corti Serial Numbers and follow
            up re same; emails to S. Molina re discovery and production issues; emails re
            preparation for Rule 30(b)(6) depositions.

            Theodore C. Max                           4.10 hrs.                    $ 2,767.50

01/05/21    Review 36 (b)(6) deposition notice and created 30 (b)(6) topics chart for attorney
            review. Reviewed and gathered documents for Roncaglia deposition preparation.

            Steven Molina                             2.90 hrs.                    $ 678.60

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.            February 25, 2021
Theodore C. Max                                                                                     Invoice 340047003
                                                                                                      Page 3 of 24

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 01/06/21 | Correspondence with experts re retainer invoices; correspondence with financial expert re deposition transcripts; telephone conference with Lora Moffatt re foregoing and survey; prepare notes to file; confer with Bridget Russell re documents produced. | | |
| | Jill M. Pietrini | 1.40 hrs. | $ 945.00 |
| 01/06/21 | Emails re scheduling of J. Bravo and J. Green deposition; email and discussion re draft letter re motion to compel with B. Russell; emails with J. Pietrini re experts; follow up re deposition preparation of A. Hahn and J. Bleys, emails re conference call re Rule 30(b)(6) depositions. | | |
| | Theodore C. Max | 3.10 hrs. | $ 2,092.50 |
| 01/06/21 | Telephone call with Ted Max re deposition scheduling. | | |
| | Dylan J. Price | .70 hrs. | $ 455.00 |
| 01/07/21 | Teleconference with Dylan Price and Ted Max re deposition scheduling; teleconference with Chanel team re same, settlement strategy, and discovery; prepare deposition chart for Rule 30(b)(6) depositions; revise chart of Defendants' Rule 30(b)(6) categories for Chanel witnesses; conference with Ted Max and Dylan Price re same; correspondence with Melissa Garafola re expert retainer agreements; correspondence with financial expert re deposition of Defendants' CFO; review LinkedIn profile of Defendants' CFO. | | |
| | Jill M. Pietrini | 2.80 hrs. | $ 1,890.00 |
| 01/07/21 | Emails and follow up re scheduling of depositions and preparation of witnesses; emails re J. Bravo and J. Green; emails re Pier Luigi Roncaglia; email and follow up with Chanel team; conference call with R. Gruber, L. Moffatt, J. Bleys and M. Garafola; email re settlement agreement. | | |
| | Theodore C. Max | 3.10 hrs. | $ 2,092.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                      February 25, 2021
Theodore C. Max                                                                                             Invoice 340047003
                                                                                                           Page 4 of 24

## FEE DETAIL

01/07/21        Prepared for and participated in call with client to discuss status of case and scheduling
                remaining depositions to be taken; corresponded with Mr. Gutman re deposition
                binders for use in Rule 30(b)(6) depositions; corresponded with Briget Russell re
                preparation of summary of prior testimony of WGACA's Rule 30(b)(6) witnesses.

                     Dylan J. Price                    2.10 hrs.                    $  1,365.00

01/07/21        Prepare separate spreadsheets of certain key extracted terms from Primary Excel of
                WGACA re sales of Chanel items.

                     William Z. Gutman                 3.50 hrs.                    $  1,338.75

01/07/21        Researched causes of action in filed complaint for team review and assistance in
                indentifying deposition.

                     Alexandra M. Jackson              1.40 hrs.                    $  680.40

01/08/21        Teleconference with Ted Max re foreign depositions to be taken; confer with Bridget
                Russell re financial documents; correspondence with financial expert re same;
                correspondence with opposing counsel re missing/unproduced documents; revise
                motion to compel financial documents and authentication documents; confer with
                Bridget Russell re same; telephone conference with financial expert re financial
                documents produced by Defendants and deposition of Defendants' CFO;
                correspondence with financial expert re same.

                     Jill M. Pietrini                  2.40 hrs.                    $  1,620.00

01/08/21        Emails and follow up re deposition scheduling and defense; emails with J. Pietrini re
                scheduling of deposition of Pier Luigi Roncoglia; follow up with B. Russell re letter re
                motion to compel.

                     Theodore C. Max                   .90 hrs.                     $  607.50

01/08/21        Compile, organize and index deposition exhibits in connection with preparing binders.

                     William Z. Gutman                 3.20 hrs.                    $  1,224.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 25, 2021
Invoice 340047003
Page 5 of 24

## FEE DETAIL

01/08/21    ███████████████████████████████████████████
███████████████████

███████████████    ████████    ████████

01/11/21    Compile, organize and index deposition exhibits in connection with preparing exhibit
binders.

William Z. Gutman              1.50 hrs.              $  573.75

01/12/21    Emails and follow up re deposition scheduling for J. Bleys and A. Hahn; follow up re
scheduling for J. Bravo and J. Green; follow up with J. Pietrini re scheduling and
preparation of P. L. Roncoglia; follow up re discovery with B. Russell and D. Price;
preparation with N. Kholi re deposition with L Moffatt and R. Gruber; check in with R.
Gruber re same.

Theodore C. Max              6.10 hrs.              $  4,117.50

01/12/21    Compile, organize and index deposition exhibits in connection with preparing exhibit
binders.

William Z. Gutman              3.80 hrs.              $  1,453.50

01/12/21    Gathered and sent WGACA exhibits to client in preparation of deposition.

Steven Molina              .50 hrs.              $  117.00

01/13/21    Correspondence with Pier Luigi Roncaglia re Italian documents; revise deposition
chart; telephone conference with Dylan Price re same; correspondence with Lora
Moffatt re deposition chart and 30(b)(6) category chart; correspondence with financial
expert.

Jill M. Pietrini              1.00 hrs.              $  675.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 25, 2021
Invoice 340047003
Page 6 of 24

## FEE DETAIL

01/13/21      Prepare for deposition of Nidhi Kohli; defend deposition of Ndhi Kohli; emails and call
              with D. Price re A. Hahn Rule 30(b)(6) deposition; email to A. Hahn re Rule 30(b)(6)
              deposition and preparation; emails to B. Russell re follow up; emails re preparation of
              exhibit sets.

              Theodore C. Max                    6.80 hrs.                 $ 4,590.00

01/13/21      Reviewed A. Hahn deposition; reviewed A. Hahn testimony categories; identified and
              reviewed documents for A. Hahn deposition preparation.

              Dylan J. Price                     3.40 hrs.                 $ 2,210.00

01/13/21      Compile, organize and index deposition exhibits in connection with preparing exhibit
              binders.

              William Z. Gutman                  2.80 hrs.                 $ 1,071.00

01/13/21      Gathered WGACA's Supplemental Deposition Exhibit Collection- for attorney review.
              Updated deposition collection with R. Gruber's 12-17-20 deposition.

              Steven Molina                      1.10 hrs.                 $  257.40

01/14/21      Emails with D. Price re timing and preparation of A. Hahn; work on and assemble
              preparation materials for J. Bleys deposition; emails and follow up with D. Price re
              letter to Judge Stanton re extension of time; email and follow up with B. Russell re V.
              Druhk deposition and outstanding discovery issues; emails with S. Molina and D. Price
              re preparation for A. Hahn.

              Theodore C. Max                    4.30 hrs.                 $ 2,902.50

01/14/21      Reviewed deposition testimony; Reviewed documentation concerning █████████
              ██████████████████████████; reviewed photographs taken by Ms.
              Hahn during her inspection; prepared for Adrienne Hahn deposition prep session.

              Dylan J. Price                     4.70 hrs.                 $ 3,055.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.              February 25, 2021
Theodore C. Max                                                                                                        Invoice 340047003
                                                                                                                       Page 7 of 24

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 01/14/21 | Compile, organize and index deposition exhibits in connection with preparing exhibit binders. | | |
| | William Z. Gutman | 3.30 hrs. | $ 1,262.25 |
| 01/14/21 | Gathered documents for attorney review. | | |
| | Steven Molina | .50 hrs. | $ 117.00 |
| 01/15/21 | Review financial summary prepared by expert; telephone conference with financial experts re same; prepare notes to file; revise motion to compel financial documents; confer with Ted Max re same; correspondence with opposing counsel re extension of fact discovery, expert deadlines, and other pre-trial dates; correspondence with opposing counsel re deposition dates. | | |
| | Jill M. Pietrini | 1.80 hrs. | $ 1,215.00 |
| 01/15/21 | Emails and call with D. Price; prepare with A. Hahn re Rule 30(b)(6) deposition; emails to A. Hahn re preparation; work on and review draft letter to Judge L. Stanton re expert discovery; email re questions re WGACA CHANEL-branded items and repairs; questions re WGACA CHANEL-branded items and Serial Numbers; follow up  with S. Molina re same; email to J. Bleys re deposition preparation. | | |
| | Theodore C. Max | 4.60 hrs. | $ 3,105.00 |
| 01/15/21 | Prepared for and attended deposition preparation meeting with Adrienne Hahn; Reviewed and revised letter to Judge Stanton re expert disclosure extension. | | |
| | Dylan J. Price | 5.10 hrs. | $ 3,315.00 |
| 01/15/21 | Updated Motion to Compel and exhibits with new deposition citations. | | |
| | Steven Molina | 3.10 hrs. | $ 725.40 |
| 01/15/21 | Reviewed and gathered data from WGACA Bags sold data excel matrix  for attorney review. | | |
| | Steven Molina | 1.90 hrs. | $ 444.60 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          February 25, 2021
Theodore C. Max                                                                                  Invoice 340047003
                                                                                                 Page 8 of 24

## FEE DETAIL

| 01/15/21 | Prepared WGACA_30026 document production for attorney review. |

|          | Stacey Crocker | .30 hrs. | $ 101.25 |

01/18/21    Teleconference with financial expert re report and deadline to serve it; revise first draft of financial expert report; correspondence with financial expert re same; telephone conference with Dylan Price re same; confer with SMRH team re foregoing and opposition to motion to extend expert disclosure and pre-trial dates; review Defendants' responses to second set of Interrogatories, tenth document requests and third requests for admissions; correspondence with financial expert re same; correspondence with Italian associate re Italian documents and Defendants' answers to second set of interrogatories.

            Jill M. Pietrini                  3.10 hrs.              $ 2,092.50

01/18/21    Preparation session for A. Hahn; email re expert reports and comments re same; emails with S. Molina re preparation of J. Bleys; emails to J. Bleys re preparation.

            Theodore C. Max                   2.90 hrs.              $ 1,957.50

01/18/21    Prepared for and attended continued deposition preparation session with Adrienne Hahn; reviewed deposition testimony of Joseph Bravo and Robin Gruber and corresponded with Ms. Hahn re the same.

            Dylan J. Price                    5.20 hrs.              $ 3,380.00

01/19/21    Teleconferences with financial expert re revisions to report; revise report; review revisions to financial expert report by Ted Max; confer with Ted Max re same; correspondence with financial expert re same; confer with Bridget Russell re service of report and deposition of Defendants' CFO.

            Jill M. Pietrini                  2.50 hrs.              $ 1,687.50

01/19/21    Emails with J. Bleys and conference call with J. Bleys re preparation; email to J. Bravo re follow up and questions; email to M. Garafola re ███████████████████; email comments re Safir Expert Report re damages; emails re deposition preparation.

            Theodore C. Max                   4.90 hrs.              $ 3,307.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    February 25, 2021
Theodore C. Max    Invoice 340047003
Page 9 of 24

## **FEE DETAIL**

01/19/21    Prepared for and defended Adrienne Hahn 30(b)(6) deposition; reviewed and revised letter to Judge Stanton re discovery schedule.

Dylan J. Price    9.40 hrs.    $ 6,110.00

01/19/21    Draft reply to WGACA response to scheduling letter; facilitate production of additional documents; review new client documents and facilitate translation; finish review of V. Drukh rough transcript; receive and review and reply to emails re financial expert; revise reply; receive and review and respond to emails re depositions and documents; review and serve expert report of Andrew Safir; email T. Max re reply and outstanding tasks; finalize reply letter and file.

Bridget J. Russell    6.70 hrs.    $ 4,070.25

01/19/21    Work on creating deposition exhibit binders and index re same.

William Z. Gutman    1.60 hrs.    $ 612.00

01/19/21    Reviewed request for certified translations of documents from Italian to English; correspondence with TransPerfect re same.

Adelle L. Jones    .50 hrs.    $ 159.75

01/19/21    Created OneDrive folder to share collection of deposition transcripts with financial expert.

Steven Molina    .60 hrs.    $ 140.40

01/19/21    Gathered Chanel production documents for attorney review.

Steven Molina    .70 hrs.    $ 163.80

01/19/21    Processed responsive, not privileged document production export: bate range: CHANEL0013314 - CHANEL0013315.

Stacey Crocker    1.20 hrs.    $ 405.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                  February 25, 2021
Theodore C. Max                                                                                                                            Invoice 340047003
                                                                                                                                                       Page 10 of 24

## FEE DETAIL

01/20/21         Prepare for deposition of J. Bleys; review Rule 30(b)(6) topics; review and discuss
                      various exhibits and deposition issues and topics; emails and follow up with B. Russell
                      re discovery responses.

                              Theodore C. Max                      6.30 hrs.                      $ 4,252.50

01/20/21         Draft discovery responses; email T. Max re same; email D. Price re F. Bober
                      deposition; email opposing counsel re discovery; call with T. Max and D. Price re V.
                      Drukh and F. Bober deposition; email re same; prepare for further V. Drukh
                      deposition.

                              Bridget J. Russell                      2.80 hrs.                      $ 1,701.00

01/20/21         Compile and organize documents for attorney review.

                              William Z. Gutman                      1.20 hrs.                      $ 459.00

01/20/21         Reviewed and updated deposition transcript and exhibit collections.

                              Steven Molina                      1.70 hrs.                      $ 397.80

01/21/21         Travel to 9 West 57 Street; defend deposition of J. Bleys as fact witness and Rule
                      30(b)(6) witness; emails and follow up with D. Price and J. Pietrini re same.

                              Theodore C. Max                      8.90 hrs.                      $ 6,007.50

01/21/21         Prepare for deposition of V. Drukh take deposition of V. Drukh; draft email to D.
                      DeCarlo re schedule; email D. DeCarlo re Bober deposition; review R. Gruber
                      deposition and draft errata; review Defendants discovery responses; strategize with T.
                      Max re same.

                              Bridget J. Russell                      8.80 hrs.                      $ 5,346.00

01/21/21         Compile and organize documents for attorney review.

                              William Z. Gutman                      .50 hrs.                      $ 191.25

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    February 25, 2021
Theodore C. Max                                                                                             Invoice 340047003
                                                                                                          Page 11 of 24

## FEE DETAIL

01/22/21    Teleconference with Ted Max re depositions and various discovery issues; telephone
            conference with Bridget Russell re motion re Bober deposition, Joyce Green
            deposition, and deposition schedule; revise deposition schedule; confer with SMRH
            team re same; correspondence with Italian counsel re additional documents needed and
            deposition and deposition preparation dates.

| Jill M. Pietrini | 2.50 hrs. | $ 1,687.50 |

01/22/21    Emails with S. Molina re document production; emails to B. Russell re responses to
            WGACA Requests for Admission, Requests for Production and Interrogatories; work
            on and revise same; email to B. Russell re first sale doctrine cases; email to J. Bravo re
            questions re Renato Corti issues and handbags; email to M. Garafola re Fashion
            catalogue questions.

| Theodore C. Max | 3.40 hrs. | $ 2,295.00 |

01/22/21    Reviewed exhibits and deposition testimony and prepare for Rule 30(b)(6) deposition
            on Testimony Categories 1-2 and related subtopics.

| Dylan J. Price | 3.30 hrs. | $ 2,145.00 |

01/22/21    ███████████████████████████████████████████
            ███████████████████████████████████████

            ██████████        ██████████        ██████████

01/22/21    Strategize with T. Max  re discovery and extension; draft amended notices for
            Defendants' 30(b)(6) witnesses; draft letter re deposition of F. Bober and email same;
            strategize with J. Pietrini re deposition schedule; review same; finish review of
            deposition of R. Gruber and finalize errata and designations; receive and review emails
            re response to motion to compel; strategize with T. Max re same; email J. Pietrini re
            same; research case law re first sale related thereto; email T. Max re discovery
            responses; draft response to D. DeCarlo re Bober deposition; call clerk re ruling on
            extension request; email A. Jackson and P. Bost re 30(b)(6) multiple deposition day
            rules.

| Bridget J. Russell | 9.20 hrs. | $ 5,589.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    February 25, 2021
Theodore C. Max                                                                              Invoice 340047003
                                                                                            Page 12 of 24

## FEE DETAIL

| 01/22/21 | Composed various emails to Ben Hyatt regarding deposition transcript of Nidhi Kohli hard copies. | | |
|---|---|---|---|
| | Steven Molina | .20 hrs. | $ 46.80 |

| 01/22/21 | Worked on breaking down WGACA Sales Data for attorney review. | | |
|---|---|---|---|
| | Steven Molina | 4.50 hrs. | $ 1,053.00 |

| 01/22/21 | Prepared Amended Rule 30 (b) (6) deposition Notices for F. Bober, A. Mische, and M. Rosado. | | |
|---|---|---|---|
| | Steven Molina | .80 hrs. | $ 187.20 |

| 01/22/21 | Composed various emails to TransPerfect in regards to having documents translated for Chanel case. | | |
|---|---|---|---|
| | Steven Molina | .40 hrs. | $ 93.60 |

| 01/22/21 | Transferred data, updated load files to link to production documents, then upload production to Relativity for Attorney review. | | |
|---|---|---|---|
| | Steven Molina | .40 hrs. | $ 93.60 |

| 01/23/21 | Draft reply in support of motion to compel; begin preparing for deposition of A. Mische; review prior Mische deposition transcript. | | |
|---|---|---|---|
| | Bridget J. Russell | 5.40 hrs. | $ 3,280.50 |

| 01/24/21 | Reviewed collective deposition exhibits; reviewed and analyzed Rule 30(b)(6) testimony categories and relevant prior testimony; worked on Rule 30(b)(6) deposition outline. | | |
|---|---|---|---|
| | Dylan J. Price | 6.80 hrs. | $ 4,420.00 |

| 01/24/21 | Receive and review emails from T. Max; finalize errata for R. Gruber and J. Green. | | |
|---|---|---|---|
| | Bridget J. Russell | 3.40 hrs. | $ 2,065.50 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                February 25, 2021
Theodore C. Max                                                                                                                            Invoice 340047003
                                                                                                                                                          Page 13 of 24

## **FEE DETAIL**

01/25/21      Review summaries of Bianchi and Nardi documents; correspondence with Pier Luigi
                    Roncaglia re same, extension of dates, and deposition; review correspondence from
                    Gabriel Lazzaretti re secrecy of Italian proceedings and summary of Italian
                    proceedings; correspondence with financial expert re deposition of Defendants' CFO
                    and order granting motion of extension of pre-trial dates; review order granting
                    extension; correspondence with survey expert re same; confer with Sheppard team;
                    correspondence with opposing counsel re deposition scheduling; telephone conference
                    with financial survey expert; telephone conference with Ted Max re depositions of Pier
                    Luigi Roncaglia and Joseph Bravo; review summary of research for presumption of
                    harm on the Second Circuit; review summary of First Sale Doctrine in the Second
                    Circuit.

           Jill M. Pietrini                                    5.20 hrs.                     $  3,510.00

01/25/21      Emails and follow up with D. Price re preparation for F. Bober deposition; emails and
                    follow up with J. Bravo and A. Lacroix re ███████████████████████████;
                    email to A. Lacroix re ████████████████████████; emails and follow
                    up re discovery scheduling and follow up; email and follow up with B. Russell re
                    discovery responses; emails with S. Molina re document preparation re discovery;
                    email with R. Gruber re Errata sheet.

           Theodore C. Max                                  4.90 hrs.                     $  3,307.50

01/25/21      Reviewed exhibits, deposition testimony and prepared outline for deposition topics 3-5;
                    corresponded with Mr. Max re Rule 30 (b)(6) deposition and strategy.

           Dylan J. Price                                     7.80 hrs.                     $  5,070.00

01/25/21      ████████████████████████████████████████████████
                    ██████████████████████████████████████████████████
                    ████████████████████████████████████████████

                        ████████                    ████████                     ████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          February 25, 2021
Theodore C. Max                                                                                   Invoice 340047003
                                                                                                  Page 14 of 24

## FEE DETAIL

01/25/21    Email T. Max re erratas; call clerk re schedule extension; continue preparation for A.
            Mische deposition; email J. Pietrini re J. Green preparation; gather documents related
            to same; revise and finalize motion re F. Bober and file; email re same; review order
            from court re schedule; strategize re same; email opposing counsel re scheduling;
            continue drafting reply in support of motion to compel; review first sale research;
            receive and review emails from opposing counsel re schedule; strategize with T. Max
            re same; call with T. Max re A. Mische deposition; strategize with D. Price re F. Bober
            deposition; receive and review emails from T. Max re J. Bleys deposition preparation;
            email Veritext re schedule changes; email M. Rago re invoice.

           Bridget J. Russell                    9.20 hrs.                $ 5,589.00

01/25/21    Compile and organize documents for attorney review.

           William Z. Gutman                     1.60 hrs.                $ 612.00

01/25/21    ████████████████████████████████████████
            ████

           ████████          ████████          ████████

01/25/21    Correspondence exchanges with TransPerfect re documents translated from Italian to
            English; forward documents for attorney review and approval.

           Adelle L. Jones                      .80 hrs.                 $ 255.60

01/25/21    Pulled 30 (B)(6) topics for attorney review. Accessed Relativity searched and
            performed mass export of data to location for Attorney access.

           Steven Molina                        1.40 hrs.                $ 327.60

01/25/21    Prepared Chanel miscellaneous loose documents for attorney production review.

           Stacey Crocker                       .50 hrs.                 $ 168.75

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                  February 25, 2021
Theodore C. Max                                                                                                                                Invoice 340047003
Page 15 of 24

## FEE DETAIL

| | | | |
|---|---|---|---|
| 01/26/21 | Emails to A. Lacroix and J. Bravo re questions regarding various questions re Renato Corti and Bianchi and Nardi thefts; email with J. Pietrini re Bianchi and Nardi and conference call with P.L. Roncoglia; emails with J. Bravo re deposition scheduling; work on and revise draft reply letter to Court re motion to compel; email to B. Russell re same; follow up re reply letter and comments re same; email to W. Harrop re J. Green scheduling. | | |
| | Theodore C. Max | 4.40 hrs. | $ 2,970.00 |
| 01/26/21 | Prepared for Rule 30(b)(6) deposition of Frank Bober. | | |
| | Dylan J. Price | 8.90 hrs. | $ 5,785.00 |
| 01/26/21 | Finalize discovery responses and serve; finalize draft reply in support of motion to compel; email team re deposition schedule; receive and review emails from P.L. Roncoglia; call with D. Price re Bober deposition; email S. Molina re exhibits for Bober deposition; review outline; call T. Max re R. Gruber errata; revise errata and finalize and serve; review response re Bober motion; draft reply iso Bober motion; review consumer complaint emails for Moffatt preparation; call with T. Max re reply iso motion to compel; begin revising same; | | |
| | Bridget J. Russell | 9.40 hrs. | $ 5,710.50 |
| 01/26/21 | Organized and uploaded exhibits for Frank Bober deposition. | | |
| | Steven Molina | .90 hrs. | $ 210.60 |
| 01/26/21 | Prepare Vlada Drukh deposition transcripts for uploading into Textmap  and updated deposition collection for Attorney review. | | |
| | Steven Molina | .60 hrs. | $ 140.40 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          February 25, 2021
Theodore C. Max                                                                                    Invoice 340047003
                                                                                                    Page 16 of 24

## FEE DETAIL

01/27/21    Initial review of additional Corti documents produced by Italian counsel; telephone
            conference with Italian counsel and Ted Max; revise reply brief in support of motion to
            compel; confer with Bridget Russell; review Defendants' opposition to compel more
            than 7 hours of Bober's deposition; revise reply brief therefor; prepare for call with
            survey expert; telephone conference with survey expert; prepare notes to file;
            correspondence with survey expert re documents requested; correspondence with
            survey expert re same protective order; prepare list of items needed for Sheppard team;
            telephone conference with Ted Max re damages; confer with Dylan Price re Bober
            deposition.

          Jill M. Pietrini                    6.70 hrs.                $ 4,522.50

01/27/21    Email with J. Pietrini re Bianchi & Nardi documents and Renato Corti documents re
            2012 theft; email and follow up with L. Moffatt re preparation; assemble documents
            and information re Chanel damages due to WGACA false advertising and trademark
            infringements; emails re J. Green and J. Bravo schedule; emails with B. Solomon re
            prior correspondence with WGACA; review WGACA Certificate of Authenticity;
            emails with B. Russell re meet and confer re discovery; email with S. Molina re
            document production; email to L. Moffatt re Rule 30(b)(6) deposition topics and
            deposition preparation.

          Theodore C. Max                   4.70 hrs.                $ 3,172.50

01/27/21    Day 1 of Frank Bober's Rule 30(b)(6) deposition; Reviewed and revised reply letter to
            the Court re Mr. Bober's Rule 30(b)(6) deposition; strategize re additional Fross
            Zelnick documents.

          Dylan J. Price                     8.60 hrs.                $ 5,590.00

01/27/21    Revise draft reply to motion to compel and email re same; prepare for deposition of A.
            Mische; review Li and Shaughnessey depositions; email with J. Pietrini and T. Max re
            depositions; draft Bober reply; review meet and confer email from opposing counsel;
            finalize and file reply to motion to compel; draft motion to seal and file; call re Bober
            deposition; revise Bober reply; draft withdrawal of F. Bober motion; review discovery
            responses; facilitate document production; file Bober withdrawal; finalize A. Mische
            outline; gather documents for use in A. Mische deposition.

          Bridget J. Russell                 8.30 hrs.                $ 5,042.25

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                February 25, 2021
Theodore C. Max                                                                                         Invoice 340047003
                                                                                                        Page 17 of 24

## FEE DETAIL

01/27/21        Compile, organize and prepare documents for attorney review.

                    William Z. Gutman                1.90 hrs.                    $ 726.75

01/27/21        Correspondence exchanges with TransPerfect regarding translations and certificates;
                internal correspondence regarding same.

                    Adelle L. Jones                  .70 hrs.                     $ 223.65

01/27/21        Loaded additional exhibits into Veritext for F. Bober deposition. Uploaded and
                introduced exhibits at the Frank Bober deposition.

                    Steven Molina                    5.80 hrs.                    $ 1,357.20

01/27/21        Prepared sealing letter, redacted letter reply and unredacted letter reply for e-filing and
                e-filed same.

                    Bradley M. Rank                  .50 hrs.                     $ 140.00

01/28/21        Teleconference with Dylan Price re Bober deposition and deposition scheduling for
                Joyce Green, Joseph Bravo, and Pier Luigi Roncaglia; correspondence with Pier Luigi
                Roncaglia re same; correspondence with survey expert re same protective order;
                meeting with Bridget Russell re Ambria Mische 30(b)(6) deposition.

                    Jill M. Pietrini                 1.40 hrs.                    $ 945.00

01/28/21        Meet with L. Moffatt re deposition preparation and review Rule 30(b)(6) topics; emails
                and follow up re deposition scheduling; emails and follow up with B. Russell re
                deposition of A. Mische; discussion with J. Pietrini  re damages issues and preliminary
                expert report; email with P.L. Roncoglia re deposition preparation and scheduling;
                emails with S. Molina re document production; emails with J. Bleys re discovery
                issues; email to J. Kim re difficulties with WGACA production of exhibits.

                    Theodore C. Max                  6.80 hrs.                    $ 4,590.00

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.       February 25, 2021
Theodore C. Max                                                                              Invoice 340047003
                                                                                             Page 18 of 24

## FEE DETAIL

01/28/21       Conferred with Ms. Russell re Ambria Mische Rule 30(b)(6) deposition; Worked on
               deposition scheduling for Joyce Green, Pier Luigi Roncaglia, Joseph Bravo and Frank
               Bober; reviewed WGACA's additional deposition exhibits; Prepared for continued
               Rule 30(b)(6) deposition.

                    Dylan J. Price                       4.20 hrs.                    $ 2,730.00

01/28/21       Deposition of A. Mische; call with T. Max re same; review emails and gather loose
               documents for production; facilitate production of same; strategize with J. Pietrini re
               financial expert and consumer survey expert; gather documents re same; email
               opposing counsel re additional document production; begin drafting meet and confer
               email and response re recent discovery requests; receive and review emails re L.
               Moffatt preparation; email T. Max re same.

                    Bridget J. Russell                   9.10 hrs.                    $ 5,528.25

01/28/21       Compile and organize documents for attorney review.

                    William Z. Gutman                    1.50 hrs.                    $ 573.75

01/28/21       Correspondence exchanges with TransPerfect re document translations with
               certificates; forward same to attorneys.

                    Adelle L. Jones                      .50 hrs.                     $ 159.75

01/28/21       Reviewed and gathered documents for attorney review for deposition.

                    Steven Molina                        .80 hrs.                     $ 187.20

01/28/21       Performed website captures of  WGACA website for document production.

                    Steven Molina                        .80 hrs.                     $ 187.20

01/28/21       Stage data, generate load files to link WGACA Facebook and Instagram documents,
               then upload documents to Relativity for Attorney review.

                    Steven Molina                        1.30 hrs.                    $ 304.20

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 25, 2021
Invoice 340047003
Page 19 of 24

## FEE DETAIL

| 01/28/21 | Processed responsive, not privileged document production export; bate range: CHANEL0013316 CHANEL0013625. | | |

Stacey Crocker                    3.20 hrs.                $ 1,080.00

01/29/21    ██████████████████████████████

          ██████████        ████████        ████████

01/29/21    Correspondence with survey expert re depositions and documents needed; review additional marketing documents to send to survey expert; correspondence with Pier Luigi Roncaglia re deposition date; correspondence with opposing counsel re deposition dates for rest of witnesses; confer with Bridget Russell re documents for survey expert.

Jill M. Pietrini                    1.10 hrs.                $ 742.50

01/29/21    Travel to Chanel offices, defend deposition of Lora Moffatt as Rule 30(b)(6) witness; emails with D. Price re deposition scheduling; email and teleconference with J. Pietrini re deposition scheduling and expert work product and damages deposition.

Theodore C. Max                    8.40 hrs.                $ 5,670.00

01/29/21    Telephone call with Mr. Max re WGACA's Rule 30(b)(6) depositions; corresponded with opposing counsel re deposition scheduling; reviewed rough transcript of Bober deposition and prepared for continued Bober deposition.

Dylan J. Price                    3.80 hrs.                $ 2,470.00

01/29/21    █████████████████████████████

          ██████████        ████████        ████████

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          February 25, 2021
Theodore C. Max                                                                                  Invoice 340047003
                                                                                                 Page 20 of 24

### FEE DETAIL



| 01/29/21 | Compile and organize WGACA documents for attorney review. | | |
|---|---|---|---|
| | William Z. Gutman | 2.50 hrs. | $ 956.25 |
| 01/31/21 | Reviewed WGACA's supplemental document production; Worked on Rule 30(b)(6) deposition preparation. | | |
| | Dylan J. Price | 2.80 hrs. | $ 1,820.00 |

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 37.50 | $ 675.00 | $ 25,312.50 |
| Theodore C. Max | 92.90 | $ 675.00 | $ 62,707.50 |
| Dylan J. Price | 76.80 | $ 650.00 | $ 49,920.00 |
| ███████████ | | | |
| Bridget J. Russell | 76.70 | $ 607.50 | $ 46,595.25 |
| ███████████ | ██████ | ██████ | ██████████ |
| William Z. Gutman | 28.90 | $ 382.50 | $ 11,054.25 |
| ███████████ | | | |
| Adelle L. Jones | 2.50 | $ 319.50 | $ 798.75 |
| Steven Molina | 30.90 | $ 234.00 | $ 7,230.60 |
| Bradley M. Rank | .50 | $ 280.00 | $ 140.00 |
| Stacey Crocker | 5.20 | $ 337.50 | $ 1,755.00 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 25, 2021
Invoice 340047003
Page 21 of 24

### Total Fees for Professional Services                    $ 211,640.60

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.               February 25, 2021
Theodore C. Max                                                                                        Invoice 340047003
                                                                                                        Page 22 of 24

## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 01/28/21 | T. Max - 01/28/2021 - Lunch with L. Moffatt  - NY | 38.00 |
| 01/29/21 | T. Max - 01/29/2021 - Lunch with L. Moffatt  - NY | 37.89 |
| 01/15/21 | First Legal Network, LLC - First Legal Network Invoice # 10365839. Invoice Date: 1/15/2021. Order # 4546637. By: BILL GUTMAN. To: SHEPPARD, MULLIN, RICHTER & HAMPTON, 1901 Avenue Of The Stars, 1600 , Los Angeles ,CA | 42.51 |
| 01/15/21 | First Legal Network, LLC - First Legal Network Invoice # 10365839. Invoice Date: 1/15/2021. Order # 4552754. By: BILL GUTMAN. To: DYLAN PRICE , 507 California Ave, Santa Monica ,CA | 60.86 |
| 01/31/21 | First Legal Network, LLC - First Legal Network Invoice # 10373123. Invoice Date: 1/31/2021. Order # 4555210. By: BILL GUTMAN. To: DYLAN PRICE , 507 California Ave, Santa Monica ,CA | 33.79 |
| 01/07/21 | RECON Research Corporation - Review of initial case file, depositions of witnesses pertaining to damages, and available company financial information; research regarding damage methodology and discussion with counsel regarding case status and discovery requirements (ongoing): | 6,400.00 |
| 01/13/21 | Rago Brothers Shoe & Leather, LLC - Inv #RAG010621 - For work on subpoena to Rago Brothers | 3,500.00 |
| 01/19/21 | Federal Express on 01/19/21 | 31.55 |
| 01/19/21 | Federal Express on 01/19/21 | 41.74 |
| 01/26/21 | iDiscover, LLC - Inv #82949 - Blowback-Staple/Clip per Document | 48.97 |
| 01/21/21 | Veritext - Inv. #4781494 Certified Transcript of Vlada Drukh 01/14/21 | 2,809.20 |
| 01/25/21 | Ben Hyatt Certified Deposition Reporters - One Certified Transcript of: Nidhi Kohli | 1,272.35 |
| 01/26/21 | Ben Hyatt Certified Deposition Reporters - Inv#1163462- Synchronized DVDs for: Nidhi Kohli (Video Services) | 405.00 |
| 01/27/21 | Veritext - Inv. #4791088 Video Services of Vlade Drukh 01/14/21 | 1,542.00 |
| 01/25/21 | Transperfect Translations - Inv#2059129- Certified translations of two documents form Italian to English | 1,595.00 |
| 01/04/21 | Westlaw research by Price, Dylan, on 1/4/2021. | 515.70 |
| 01/05/21 | Westlaw research by Wales, Scott, on 1/5/2021. | 58.50 |
| 01/13/21 | Westlaw research by Russell, Bridget, on 1/13/2021. | 464.40 |
| 01/22/21 | Westlaw research by Bost, Paul, on 1/22/2021. | 131.40 |
| 01/25/21 | Westlaw research by Bost, Paul, on 1/25/2021. | 309.60 |
|  | Duplication | 219.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 25, 2021
Invoice 340047003
Page 23 of 24

**Total Disbursements**                                    $ 19,557.96

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 25, 2021
Invoice 340047003
Page 24 of 24

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 02/03/21 | 340046241 | 279,913.41 | 229,596.45 | 50,316.96 | 0.00 | $ 279,913.41 |
| | | | Total Outstanding Fees and Disbursements | | | $ 279,913.41 |
| | | | Interest on Outstanding A/R | | | 5,948.95 |
| | | | Fees and Disbursements Due for this Invoice | | | 231,198.56 |
| | | | **Total Due For This Matter** | | | **$ 517,060.92** |

# **Mar. 2021 Invoice**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

**_Remittance Copy_**
**_Please return this page with your payment._**

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                March 25, 2021
Chanel USA, Inc.                                      Invoice 340047858
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2021

Current Fees                              $  169,082.45
Current Disbursements                     $  32,957.60

Total Current Activity                              $  202,040.05

Total Due for This Invoice                          $  202,040.05

---

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:         Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St         Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
March 25, 2021
Invoice 340047858

Our Matter No.    18WZ-264490
Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:    Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2021

| | | |
|---|---|---|
| Current Fees | $ 169,082.45 | |
| Current Disbursements | $ 32,957.60 | |
| Total Current Activity | | $ 202,040.05 |
| Total Due for This Invoice | | $ 202,040.05 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:    Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St    Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                March 25, 2021
Theodore C. Max                                                                                        Invoice 340047858
Page 2 of 22

FOR PROFESSIONAL SERVICES THROUGH 02/28/21

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 02/01/21 | Teleconferences with financial expert re deposition of Defendants' CFO; review questions by financial expert; prepare deposition outline for Defendants' CFO; confer with Bridget Russell re deposition exhibits; review financial documents and other documents for deposition exhibits; review case re apportionment for Lanham Act damages. | | |
| | Jill M. Pietrini | 8.30 hrs. | $ 5,602.50 |
| 02/01/21 | Emails and follow up with A. Lacroix re ████████; emails to J. Bravo re deposition preparation and materials re same; emails with B. Russell re deposition scheduling; email to D. Price re discovery and deposition preparation re F. Bober and discussion re same. | | |
| | Theodore C. Max | 4.70 hrs. | $ 3,172.50 |
| 02/01/21 | Reviewed Vlada Drukh transcript for issues relating to Rule 30(b)(6) topics. Prepare for continued Rule 30(b)(6) deposition of F. Bober. | | |
| | Dylan J. Price | 4.80 hrs. | $ 3,120.00 |
| 02/01/21 | ████████████████████████████ | | |
| 02/01/21 | Compile and organize documents for attorney review and preparation for Rule 30 (b)(6) depositions. | | |
| | William Z. Gutman | .90 hrs. | $ 344.25 |
| 02/01/21 | ████████████████████████████ | | |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## **FEE DETAIL**

02/01/21    Reviewed and gathered WGACA emails for attorney review and preparation for Rule 30 (b)(6) depositions.

           Steven Molina           .40 hrs.           $ 93.60

02/01/21    Prepared WGACA email blasts for document production processing.

           Stacey Crocker           .40 hrs.           $ 135.00

02/01/21    Reviewed Amended Scheduling Order and prior orders re dispositive motion deadline.

           Bradley M. Rank           .20 hrs.           $ 56.00

02/02/21    Meetings with financial expert re deposition of Marcos Rosado; take deposition of Defendants' CFO; correspondence with opposing counsel re deposition dates; review Defendants' profit summary excel spreadsheet.

           Jill M. Pietrini           5.90 hrs.           $ 3,982.50

02/02/21    Emails and follow up to J. Bleys and M. Garafola re ███████████████; work on and review Responses to WGACA Requests for Production; work with B. Russell re same; work on and prepare for deposition of J. Bravo; emails to W. Harrop re scheduling of J. Bravo deposition; emails with B. Russell re deposition scheduling and emails with D. DeCarlo re same.

           Theodore C. Max           5.30 hrs.           $ 3,577.50

02/02/21    Deposition preparation for F. Bober 30 (b)(6) deposition; reviewed Bober deposition transcript and prepare outline for continued deposition; prepared additional exhibits for continued deposition.

           Dylan J. Price           7.80 hrs.           $ 5,070.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

March 25, 2021
Invoice 340047858
Page 4 of 22

## FEE DETAIL

| | | | |
|---|---|---|---|
| 02/02/21 | Prepare for deposition of M. Rosado, facilitate selection of exhibits and strategize re same; deposition of M. Rosado; receive and review emails re deposition schedule from opposing counsel; draft email re same; finalize response to meet and confer re Chanel's discovery responses and meet and confer re Defendants' discovery responses; email and call with T. Max re same; review document productions and facilitate review of new productions; email team re same; strategize with D. Price re F. Bober deposition. | | |
| | Bridget J. Russell | 8.60 hrs. | $ 5,224.50 |
| 02/02/21 | Reviewed and gathered documents for attorney review in preparation for Rule 30 (b)(6) deposition. | | |
| | Steven Molina | 1.20 hrs. | $ 280.80 |
| 02/02/21 | Prepared additional loose documents for production processing. | | |
| | Stacey Crocker | .40 hrs. | $ 135.00 |
| 02/03/21 | Confer with Bridget Russell re survey for case and strategy for financial expert; telephone conference with survey experts re scope of survey and strategy; correspondence with opposing counsel re deposition scheduling; confer with Paul Bost re strategy for financial expert. | | |
| | Jill M. Pietrini | 2.10 hrs. | $ 1,417.50 |
| 02/03/21 | Conference call with J. Bravo, M. Grigard and A. Lacroix re deposition preparation for J. Bravo;; emails with S. Molina re photographs taken by A. Hahn at WGACA New Jersey warehouse; email to J. Bravo re ▓▓▓▓; emails re '191 counterfeit handbag; email to P.L. Roncaglia re Italian documents and preparation; emails and follow up with B. Russell re deposition scheduling and further production of Italian documents. | | |
| | Theodore C. Max | 5.30 hrs. | $ 3,577.50 |
| 02/03/21 | Prepared for and took the continued deposition of Frank Bober as WGACA's Rule 30(b)(6) designee. | | |
| | Dylan J. Price | 8.40 hrs. | $ 5,460.00 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

March 25, 2021
Invoice 340047858
Page 5 of 22

## FEE DETAIL

02/03/21    Assist with deposition of 30(b)(6) designee re: financial information.

|  | Paul A. Bost | .20 hrs. | $ 138.60 |

02/03/21    Prepare for F. Bober deposition; gather documents and exhibits; review discovery responses; draft outline re same; review M. Rosado deposition re Google analytics prepare questions re same; strategize with D. Price; email opposing counsel re discovery schedule; receive and review email re same; draft follow-up email; call with D. Price re additional questioning; call with consumer survey expert; call with T. Max re meet and confer response and request; email re document productions; meet and confer requests and responses revisions; call with T. Max re same; emails re deposition scheduling; call re same.

|  | Bridget J. Russell | 8.10 hrs. | $ 4,920.75 |

02/03/21    Attend and coordinated with attorney to introduce exhibits during Frank Bober deposition.

|  | Steven Molina | 7.10 hrs. | $ 1,661.40 |

02/03/21    Processed WGACA_022 electronic document production import for attorney review.

|  | Stacey Crocker | .80 hrs. | $ 270.00 |

02/04/21    Correspondence with Italian counsel re documents and deposition preparation; confer with Bridget Russell re same.

|  | Jill M. Pietrini | .30 hrs. | $ 202.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    March 25, 2021
Theodore C. Max                                                                                              Invoice 340047858
                                                                                                            Page 6 of 22

## FEE DETAIL

| | | |
|---|---|---|
| 02/04/21 | Emails and follow up with J. Bravo re deposition preparation; conference call with J. Bravo and team re preparation; email to P.L. Roncoglia re deposition preparation and documents re preparation; email to W. Harrop re deposition preparation and dates re J. Green deposition; email to J. Green re deposition preparation; email to J. Green re retailer agreements; emails with B. Russell re deposition scheduling; emails with S. Molina re assembly of retailer agreements; email with J. Pietrini re L. Moffatt deposition; emails with R. Gruber re ███████████████████████ ███████████. | |

                    Theodore C. Max                    5.10 hrs.                    $ 3,442.50

02/04/21    Call with T. Max; emails re document production and Joyce Green prep; email re discovery schedule; finalize and send meet and confer request and response; gather documents for survey expert; facilitate production of documents; review P.L. Roncoglia and J. Bravo documents for production; review document productions re point of sale and Italian correspondence; email re production and depositions; call re same; review email blast redactions; prepare documents for production.

                    Bridget J. Russell                    6.10 hrs.                    $ 3,705.75

02/04/21    Compile and organize documents for attorney use re Rule 30 (b)(6) depositions.

                    William Z. Gutman                    1.50 hrs.                    $ 573.75

02/04/21    Composed email to Joyce Green and Robin Gruber regarding  Deposition Preparation material. Reviewed and redacted Fenwick Agreement document for production per T. Max instructions. Reviewed and redacted documents in preparation for production.

                    Steven Molina                    3.10 hrs.                    $ 725.40

02/04/21    Prepared responsive, not privileged loose documents for production processing.

                    Stacey Crocker                    .50 hrs.                    $ 168.75

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                   March 25, 2021
Theodore C. Max                                                                                                                                                    Invoice 340047858

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 02/05/21 | Conference call with J. Green and R. Gruber re deposition preparation; emails and follow up with J, Green and R. Gruber re preparation and  documents re same; email to S. Molina re assembly of document re Dillards and Gap/Banana Republic; email to N. Himidian re Dillards contracts; email to B. Russell re photographs re survey stimulus; emails re Chanel fatices; emails with B. Russell re further production of Chanel documents. | | |
| | Theodore C. Max | 3.90 hrs. | $ 2,632.50 |
| 02/05/21 | Compile and organize documents for attorney use in Rule 30 (b)(6) depositions. | | |
| | William Z. Gutman | .50 hrs. | $ 191.25 |
| 02/05/21 | Reviewed and gathered documents for attorney to review for deposition preparation in Rule 30 (b)(6) depositions. | | |
| | Steven Molina | 1.20 hrs. | $ 280.80 |
| 02/05/21 | Prepared WGACA Document Production 19 for import and review. | | |
| | Stacey Crocker | .20 hrs. | $ 67.50 |
| 02/08/21 | Complete review of deposition of Tony Rago. | | |
| | Jill M. Pietrini | 2.90 hrs. | $ 1,957.50 |
| 02/08/21 | Conference call with J. Bravo and A. Lacroix and M. Grignard re deposition preparation for J. Bravo: emails and follow up with B. Russell and S. Molina re Supplemental Document Production. | | |
| | Theodore C. Max | 4.10 hrs. | $ 2,767.50 |
| 02/08/21 | Reviewed and analyzed Chanel's expert reports re counterfeit handbags; Reviewed Joyce Green's Rule 30(b)(2) deposition testimony. | | |
| | Dylan J. Price | 2.80 hrs. | $ 1,820.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

02/08/21    Compile and organize documents for attorney review in Rule 30 (b)(6) depositions.

      William Z. Gutman                      .70 hrs.                        $ 267.75

02/08/21    Several emails with BenHyatt to obtain copies of Laura Moffatt deposition. Gathered Adrienne Hahn photographs and prepared them for production. Reviewed and gathered documents for production. Various emails with Transperfect to get documents translated.

      Steven Molina                      1.30 hrs.                        $ 304.20

02/08/21    Conferred w/case team re additional document production processing.

      Stacey Crocker                      .30 hrs.                        $ 101.25

02/08/21    Reviewed and docketed order denying Chanel's letter motion to seal exhibits.

      Leigh A. Tencza                      .20 hrs.                        $ 56.70

02/08/21    ████████████████████████████████████████
      ████████

      ████████              ████████              ████████

02/09/21    Emails and follow up with A. Lacroix and M. Grignard re preparation for J. Bravo deposition; emails re photographs taken by A. Hahn; emails with S. Molin and B. Russell re further production; emails re scheduling re J. Green, J. Bravo and P.L. Roncaglia; emails with N. Hamidian re various vendor agreements; email with M. Garafola and J. Bleys re questions re WGACA Requests for Production and work with B. Russell re responses re same; email and call with P.L. Roncaglia and G. Lazzerretti re deposition preparation.

      Theodore C. Max                      4.50 hrs.                        $ 3,037.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

March 25, 2021
Invoice 340047858
Page 9 of 22

## FEE DETAIL

02/09/21    Reviewed Italian lawsuit docs; reviewed Joyce Green deposition exhibits and
testimony; telephone call with Mr. Max and Ms. Russell re Joyce Green deposition
preparation.

    Dylan J. Price          1.70 hrs.          $ 1,105.00

02/09/21    Prepared and redacted documents for production. Downloaded deposition transcripts
from Veritext repository and updated deposition collection with new final version
deposition of Laura Moffatt and Frank Bober deposition.

    Steven Molina          1.10 hrs.          $ 257.40

02/09/21    Processed WGACA_00029951 - WGACA_00030025 production import. Prepared
loose document collection for production processing.

    Stacey Crocker          1.10 hrs.          $ 371.25

02/09/21    Prepared photos identified as "2-8-21 Photos that need to be produced" for review in
Relativity.

    Son Dinh          .70 hrs.          $ 236.25

02/10/21    Emails and conference call with J. Bravo and A. Lacroix and M. Grignard re
preparation for Rule 30(b)(6) deposition for J. Bravo; emails to j. Bravo re ██████
████████████████████████████████████████;
conference call and preparation with P.L. Roncoglia and G. Lazzeretti re P.L.
Roncoglia Rule 30(b)(6) deposition; email with B. Russell re point of sale items and
follow up discovery and production status; discussion re point of sale documents.

    Theodore C. Max          4.70 hrs.          $ 3,172.50

02/10/21    Reviewed Dillard's related docs; worked on Dillard's chronology and timeline of
events; telephone call with Ms. Bleys re point of sale and promotional items;
completed review of Joyce Green deposition testimony.

    Dylan J. Price          2.70 hrs.          $ 1,755.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    March 25, 2021
Theodore C. Max                                                                                        Invoice 340047858
                                                                                                         Page 10 of 22

### FEE DETAIL

02/10/21    Email re additional production; call with T. Max re same; review foreign language
            documents; email J. Bleys re point of sale items; review court order re confidentiality;
            gather documents for P. Luigi and J. Bravo prep; email re same; finalize further
            production; review email from J. Bleys and M. Garrafalo re 828 bag; call with J. Bleys
            re point of sale items; email re petite luxury supplier; finalize further production; email
            re same; draft damages cheat sheet for J. Green deposition; review testimony of
            witnesses re damages; email opposing counsel re production; email opposing counsel
            re interpreter; email opposing counsel re meet and confer; review J. Bravo product
            reports; produce same; email from J. Kim re deposition scheduling document; call with
            T. Max re same; respond to J. Kim; facilitate additional production; review new Italian
            docs; call re same; email J. Bravo re deposition exhibits and e-catalogue screen shots.

                    Bridget J. Russell                    8.30 hrs.                    $ 5,042.25

02/10/21    Supplement deposition exhibit database and corresponding matrix; prepare deposition
            transcript files; compile documents for attorney review.

                    William Z. Gutman                    2.90 hrs.                    $ 1,109.25

02/10/21    Processed responsive, not privileged document production export; bate range:
            CHANEL0014329 - CHANEL0014340. Processed additional responsive, not
            privileged document production exports; CHANEL0014341 - CHANEL0014393.
            Processed responsive, not privileged document collection export; CHANEL0014309 -
            CHANEL0014328.

                    Stacey Crocker                    2.40 hrs.                    $ 810.00

02/11/21    Prepare for deposition of Joseph Bravo and defend deposition of Joseph Bravo;
            discussion with R. Gruber re same; emails and call with B. Russell re preparation of
            P.L. Roncoglia; email and call with P.L. Roncoglia and G. Lazzerrti with D. Price; and
            follow up with B. Russell re documents; follow up with deposition scheduling re J.
            Green and J. Bravo; email to P.L. Roncoglia re Deposition Do's and Don'ts/

                    Theodore C. Max                    10.10 hrs.                    $ 6,817.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    March 25, 2021
Theodore C. Max                                                                                       Invoice 340047858

## FEE DETAIL

02/11/21     Telephone call with Ted Max re Joseph Bravo deposition; prepared for and attended deposition preparation session with Pier Luigi Roncaglia; reviewed Frank Bober deposition transcript for issues for issues/testimony for possible motion to compel.

|  | Dylan J. Price | 3.80 hrs. | $ 2,470.00 |

02/11/21     Review F. Bober deposition transcript and prepare chart of indicating non-responses; highlight same on transcript.

|  | William Z. Gutman | 2.60 hrs. | $ 994.50 |

02/11/21     Reviewed and gathered documents for attorney review re Rule 30 (b)(6) depositions.

|  | Steven Molina | .70 hrs. | $ 163.80 |

02/12/21     Conference call with P.L. Roncoglia and G. Lazzeretti re preparation for Rule 30(b)(6) deposition of P.L. Roncoglia; emails and telephone call with B. Russell re further document production; emails re rescheduling of J. Green deposition.

|  | Theodore C. Max | 3.30 hrs. | $ 2,227.50 |

02/12/21     Reviewed and responded to email from Jennifer Bleys re point of sale items.

|  | Dylan J. Price | .20 hrs. | $ 130.00 |

02/12/21     Email Pier Luigi Roncoglia re deposition notice; call with T. Max re upcoming depositions; review translations re same; review F. Bober and M. Rosado transcript re motion to compel; strategize with D. Price re scope of motion to compel; email T. Kidde re meet and confer response.

|  | Bridget J. Russell | 4.80 hrs. | $ 2,916.00 |

02/14/21     Prepare for deposition of P.L. Roncoglia; conference call with P. L. Roncoglia and G. Lazzeretti re same; emails to B. Russell re further document production and follow up re same.

|  | Theodore C. Max | 3.40 hrs. | $ 2,295.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

March 25, 2021
Invoice 340047858
Page 12 of 22

## FEE DETAIL

| | | | |
|---|---|---|---|
| 02/14/21 | ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████ | | |
| | ████████ | ████████ | ████████ |

02/15/21    Attend and defend deposition of Pier Luigi Roncoglia; emails and follow up with B. Russelll re document production; emails re Topic 46 and responses.

Theodore C. Max                    5.10 hrs.                    $ 3,442.50

02/15/21    Reviewed English translation documents from Italian counsel re Corti and Bianci and Nardi; identified wholesale partners correspondence relating to wholesaler agreements; reviewed and revised motion to compel;

Dylan J. Price                    .60 hrs.                    $ 390.00

02/15/21    Finish review of F. Bober, Vol. I and review A. Mische deposition transcript and F. Bober Vol. 2 for motion to compel; draft motion to compel; email D. Price re same; call with T. Max re Pier Luigi deposition; review productions re same; locate and produce additional documentation; strategize with T. Max re deposition and additional J. Bravo deposition.

Bridget J. Russell                    7.90 hrs.                    $ 4,799.25

02/15/21    Prepared document production export for deposition preparation re Rule 30 (b)(6) depositions.

Stacey Crocker                    .70 hrs.                    $ 236.25

02/16/21    Teleconference with survey expert re design of questionnaire and universe therefor; prepare notes to file; confer with Bridget Russell re same and deposition of Pier Luigi Roncaglia; review questionnaire used for prior survey of expert.

Jill M. Pietrini                    1.80 hrs.                    $ 1,215.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

March 25, 2021
Invoice 340047858
Page 13 of 22

## FEE DETAIL

| | | | |
|---|---|---|---|
| 02/16/21 | Emails with B. Russell re further production and information received from J. Bleys; follow up with J. Bravo re deposition preparation. | | |
| | Theodore C. Max | 1.20 hrs. | $ 810.00 |
| 02/16/21 | Reviewed and revised motion to compel amended responses and further Rule 30(b)(6) depositions. | | |
| | Dylan J. Price | 2.60 hrs. | $ 1,690.00 |
| 02/16/21 | Updated deposition collection with A. Mische and F. Bober 30 (b)(6) depositions. | | |
| | Steven Molina | .80 hrs. | $ 187.20 |
| 02/16/21 | Processed additional document production exports re Rule 30 (b)(6) depositions. | | |
| | Stacey Crocker | 1.10 hrs. | $ 371.25 |
| 02/17/21 | Review and revise survey questionnaire; telephone conference with survey experts re same; confer with Bridget Russell re same. | | |
| | Jill M. Pietrini | 2.50 hrs. | $ 1,687.50 |
| 02/17/21 | Emails and follow up with B. Russell re further production of documents in advance of J. Bravo continued Rule 30(b)(6) deposition; emails to J. Pietrini, D. Price and B. Russell re quality control documents and draft Supplemental Initial Disclosures; emails with N. Himidian re retail agreements; email with Chanel team re Lugosch case and confidentiality of documents;  emails and call with J. Bravo, A. Lacroix and M. Grignard re preparation for continued deposition of J. Bravo; work with S. Molina re collection of documents for preparation of J. Bravo. | | |
| | Theodore C. Max | 6.20 hrs. | $ 4,185.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

March 25, 2021
Invoice 340047858
Page 14 of 22

## FEE DETAIL

02/17/21      Call with consumer survey experts; strategize re consumer survey; strategize with T. Max re productions and further depositions; review prior productions to confirm production of foreign documents; finalize draft supplemental initial disclosures; strategize with T. Max re same; review and prepare additional J. Bravo preparation documents; email re depositions; review consumer survey and revise; email S. Molina re documents for J. Bravo preparation; review deposition notice re same.

        Bridget J. Russell         7.80 hrs.         $ 4,738.50

02/17/21      Reviewed deposition repository and created deposition tracking chart. Composed email to client on behalf of Ted Max regarding 1-55_EN documents.

        Steven Molina         1.70 hrs.         $ 397.80

02/17/21      Processed additional foreign language translations in preparation for document production.

        Stacey Crocker         .20 hrs.         $ 67.50

02/17/21      Reviewed Letter Motion to Compel Defendants to to produce responses and witnesses.

        Bradley M. Rank         .10 hrs.         $ 28.00

02/18/21      Telephone conference with survey expert re revised questionnaire; confer with Bridget Russell re same.

        Jill M. Pietrini         1.40 hrs.         $ 945.00

02/18/21      Work on and prepare for deposition of J. Bravo with J. Bravo, A. Lacroix and M. Grignard; emails to J. Pietrini, D. Price and B. Russell re supplemental production of documents re Chanel quality control and Orli systems; email to W. Harrop re scheduling of J. Green deposition.

        Theodore C. Max         6.70 hrs.         $ 4,522.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    March 25, 2021
Theodore C. Max                                                                                                 Invoice 340047858
                                                                                                                Page 15 of 22

## FEE DETAIL

02/18/21     Reviewed and analyzed additional quality control documentation provided by Chanel;
             corresponded with Alex Akhavan re French translation issues; reviewed proposed
             redactions to prior quality control manual and factory guidelines and conferred with
             Ted Max re the same; reviewed Court's order denying motion to seal.

             Dylan J. Price                        2.30 hrs.                    $ 1,495.00

02/18/21     Review quality control documents; strategize with T. Max re same; finalize survey
             revisions; call with survey experts; strategize with T. Max re same; review order from
             J. Stanton re confidentiality; redact quality control documents; facilitate production of
             further documents; review J. Bravo rough deposition transcript; call with T. Max re
             same; draft email with questions for J. Bravo to clarify testimony; email final
             production files to opposing counsel.

             Bridget J. Russell                    6.70 hrs.                    $ 4,070.25

02/18/21     ███████████████████████

             ██████████████        ████████        ████████

02/18/21     Compile and organize documents for attorney review re Rule 30 (b)(6) depositions.

             William Z. Gutman                     1.10 hrs.                    $ 420.75

02/18/21     Uploaded documents for production and generated searches based on production
             specifications.

             Steven Molina                         .70 hrs.                     $ 163.80

02/18/21     Processed responsive, not privileged Chanel document production.

             Stacey Crocker                        .90 hrs.                     $ 303.75

02/19/21     Teleconference with financial expert re damages and documents and information
             needed; confer with Bridget Russell re same; correspondence with Ted Max and Robin
             Gruber re settlement amount, Chanel ad spend needed, and damage calculation.

             Jill M. Pietrini                      .90 hrs.                     $ 607.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                  March 25, 2021
Theodore C. Max                                                                                        Invoice 340047858
                                                                                                       Page 16 of 22

## FEE DETAIL

02/19/21     Prepare for continued Rule 30(b)(6) deposition of Joseph Bravo; email and follow up
             with B. Russell re deposition and discovery; email with J. Pietrini re damages; email
             and follow up with J. Pietrini re expert reports; email to W. Harrop re J. Green
             scheduling; email to D. DeCarlo re scheduling.

             Theodore C. Max                          6.10 hrs.                    $  4,117.50

02/19/21     Worked on outline for summary judgment motion and identified additional issues for
             research re the same.

             Dylan J. Price                           1.90 hrs.                    $  1,235.00

02/19/21     Gather images for second survey; review depositions and exhibits re same; call with T.
             Max re status of survey and discovery issues; gather documents for Andy Safir in
             preparation for revised expert report; email with lit support team re same; confirm
             status of final deposition transcripts and exhibits; email J. Pietrini re same; receive and
             review emails from opposing counsel re J. Green deposition.

             Bridget J. Russell                       4.20 hrs.                    $  2,551.50

02/19/21     Compile and organize documents for attorney review fo Rule 30 (b)(6) depositions.

             William Z. Gutman                        2.40 hrs.                    $  918.00

02/19/21     Updated deposition repository with Frank Bober, Laura Moffatt, and Adrienne Hahn
             depositions.

             Steven Molina                            1.70 hrs.                    $  397.80

02/22/21     Teleconference with survey experts re revised questionnaire; revise questionnaire;
             meeting with Bridget Russell re same; correspondence with Robin Gruber, Lora
             Moffatt, Ted Max re survey and cost estimates; review Bridget Russell summary of
             damages suffered by Chanel.

             Jill M. Pietrini                         1.80 hrs.                    $  1,215.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    March 25, 2021
Theodore C. Max    Invoice 340047858
Page 17 of 22

## FEE DETAIL

02/22/21    Emails and follow up with D. DeCarlo re scheduling of J. Green deposition; email to
B. Russell re further production and Amended Rule 26(a) Disclosure; email re survey
and WGACA advertising examples.

  Theodore C. Max    1.50 hrs.    $ 1,012.50

02/22/21    Worked on outline for summary judgment motion; reviewed case law related to
Chanel's potential summary judgment arguments.

  Dylan J. Price    2.10 hrs.    $ 1,365.00

02/22/21    Compile and organize documents for attorney review.

  William Z. Gutman    .90 hrs.    $ 344.25

02/22/21    Downloaded new transcripts and updated deposition repository.

  Steven Molina    .80 hrs.    $ 187.20

02/23/21    Review and revise survey questionnaire for main survey; confer with Bridget Russell
re same and new stimuli; correspondence with survey experts re same; confer with Ted
Max re same; correspondence with Robin Gruber re ███████; correspondence
with financial expert re same; correspondence with Robin Gruber re ███████.

  Jill M. Pietrini    2.50 hrs.    $ 1,687.50

02/23/21    Email to B. Russell re discovery; review draft questionnaire re survey; email to W.
Harrop re J. Green deposition; discussion and email to B. Russell re survey stimulus.

  Theodore C. Max    2.30 hrs.    $ 1,552.50

02/23/21    Reviewed and revised draft expert survey questionnaire.

  Dylan J. Price    2.60 hrs.    $ 1,690.00

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    March 25, 2021
Theodore C. Max                                                                                           Invoice 340047858
                                                                                                          Page 18 of 22

## FEE DETAIL



| | | | |
|---|---|---|---|
| 02/23/21 | Update deposition exhibits database, prepare working binders re same and update index. | | |
| | William Z. Gutman | 1.00 hrs. | $ 382.50 |
| 02/23/21 | ██████████████████████████████████████ ███████████████████████████████ | | |
| | ████████ | ████ | ████ |
| 02/23/21 | Prepared deposition transcript status chart. | | |
| | Steven Molina | .80 hrs. | $ 187.20 |
| 02/24/21 | Review survey questionnaire and prepare markup of comments; review S. Diamond treatise on survey methodology; follow up and email to J. Pietrini and B. Russell; teleconference with B. Russell re same. | | |
| | Theodore C. Max | 3.60 hrs. | $ 2,430.00 |
| 02/24/21 | Reviewed further revisions to expert survey questionnaire; conferred with Ms. Russell re WGACA's response to motion to compel and revisions to expert survey questionnaire. | | |
| | Dylan J. Price | 1.40 hrs. | $ 910.00 |
| 02/24/21 | ██████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ | | |
| | ████████ | ████ | ████ |
| 02/25/21 | Email to B. Russell re Amended Rule 26(f) Initial Disclosures; follow up re scheduling of deposition of J. Green. | | |
| | Theodore C. Max | 1.10 hrs. | $ 742.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

March 25, 2021
Invoice 340047858
Page 19 of 22

## FEE DETAIL

02/25/21     

02/26/21     Emails with D. Price and B. Russell re discovery; follow up with B. Russell re discovery and supplemental letter from WGACA counsel; discussion with D. Price and B. Russell re summary judgment issues; email re case in N.D. Texas re TaylorMade concerning counterfeiting and trademark infringement.

> Theodore C. Max                     1.90 hrs.                     $ 1,282.50

02/26/21     Research sealing motion law with respect to discovery motions; email T. Max re same; strategize with T. Max and D. Price re next motion for summary judgment; review prior research re same; receive and review filing from opposing counsel and email re initial disclosures; call with T. Max re same; revise survey re website and gather new images; email survey experts re same.

> Bridget J. Russell                     2.70 hrs.                     $ 1,640.25

02/26/21     Compile and organize documents for attorney review.

> William Z. Gutman                     1.00 hrs.                     $ 382.50

02/26/21     Updated deposition repository with new transcript.

> Steven Molina                     .40 hrs.                     $  93.60

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 30.40 | $ 675.00 | $ 20,520.00 |
| Theodore C. Max | 90.10 | $ 675.00 | $ 60,817.50 |
| Dylan J. Price | 45.70 | $ 650.00 | $ 29,705.00 |
| ███████ | ███ | ███████ | ███████ |
| Bridget J. Russell | 65.20 | $ 607.50 | $ 39,609.00 |
| ███████ | ███ | ███████ | ███████ |
| William Z. Gutman | 15.50 | $ 382.50 | $ 5,928.75 |
| ███████ | ███ | ███████ | ███████ |
| Steven Molina | 23.00 | $ 234.00 | $ 5,382.00 |
| Leigh A. Tencza | .20 | $ 283.50 | $ 56.70 |
| Bradley M. Rank | .30 | $ 280.00 | $ 84.00 |
| Stacey Crocker | 9.00 | $ 337.50 | $ 3,037.50 |
| ███████ | ███ | ███████ | ███████ |

**Total Fees for Professional Services**                     $ 169,082.45

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

March 25, 2021
Invoice 340047858
Page 21 of 22

## SUMMARY OF DISBURSEMENTS

| | |
|---|---:|
| Courier / Messenger | 640.00 |
| Court Reporter Fee | 2,679.60 |
| Duplication | 5.00 |
| ESI Hosting | 3,410.28 |
| Investigation Research | 95.00 |
| Legal Research | 15.00 |
| Outside Service | 292.02 |
| Transcripts and Depositions | 18,914.10 |
| Translation Services | 4,608.00 |
| WestLaw Research | 2,298.60 |

**Total Disbursements** **$ 32,957.60**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 02/25/21 | 340047003 | 231,198.56 | 211,640.60 | 19,557.96 | 0.00 | $ 231,198.56 |
| | | | | Total Outstanding Fees and Disbursements | | $ 231,198.56 |
| | | | | Interest on Outstanding A/R | | 5,948.95 |
| | | | | Fees and Disbursements Due for this Invoice | | 202,040.05 |
| | | | | **Total Due For This Matter** | | **$ 439,187.56** |

## **Apr. 2021 Invoice**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                    April 28, 2021
Chanel USA, Inc.                                    Invoice 340048730
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2021

| | | |
|---|---|---|
| Current Fees | $ 105,548.25 | |
| Current Disbursements | $ 30,318.27 | |
| Total Current Activity | | $ 135,866.52 |
| Total Due for This Invoice | | $ 135,866.52 |

## DUE IMMEDIATELY UPON RECEIPT
### Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
April 28, 2021
Invoice 340048730

Our Matter No.    18WZ-264490
Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:    Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2021

| | |
|---|---|
| Current Fees | $ 105,548.25 |
| Current Disbursements | $ 30,318.27 |
| Total Current Activity | $ 135,866.52 |
| Total Due for This Invoice | $ 135,866.52 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:            Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA         ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St            Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 28, 2021
Invoice 340048730
Page 2 of 15

FOR PROFESSIONAL SERVICES THROUGH 03/31/21

**FEE DETAIL**

03/01/21     Emails and follow up with J. Bleys re transcript of deposition; email and follow up with B. Russell re status of survey and follow up.

     Theodore C. Max                1.30 hrs.              $  877.50

03/01/21     Gather additional documents related to social media survey; review and revise social media survey; incorporate changes of others; receive and review emails from M. Alley re association and false advertising survey; revise further; email M. Alley re status of surveys; email J. Pietrini re same.

     Bridget J. Russell              3.80 hrs.              $  2,308.50

03/02/21     Review Ted Max's revisions to main survey questionnaire; correspondence with survey expert and Bridget Russell re same; revise survey questionnaire for social media survey; correspondence with survey expert re same; telephone conference with Bridget Russell re foregoing; review cost/deductions summary of applicable cases; correspondence with financial expert re same.

     Jill M. Pietrini               1.90 hrs.              $  1,282.50

03/02/21     Email with N. Himidian re ███████████████; follow up re correspondence with survey experts and follow up; emails with W. Harrop re scheduling of J. Green deposition; .

     Theodore C. Max                1.10 hrs.              $  742.50

03/02/21     Receive and review and respond to emails from M. Alley re surveys; call with T. Max re same; revise surveys; call with J. Pietrini re same; email M. Alley re same; facilitate collection of revised survey images; email M. Alley re same; take test survey and email M. Alley re further revisions; email T. Max re dual time frame survey issues.

     Bridget J. Russell              4.80 hrs.              $  2,916.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 28, 2021
Invoice 340048730
Page 3 of 15

## FEE DETAIL



| 03/02/21 | | | |
| 03/02/21 | Reviewed WGACA's opposition and supplemental letter to Judge Stanton regarding Chanel's motion to compel; docketed deadlines pursuant to same. | | |
| | Leigh A. Tencza | .40 hrs. | $ 113.40 |
| 03/02/21 | | | |
| 03/03/21 | Emails and follow up with B. Russell re survey questionnaire; follow up with J. Green re depositions and Dillard's correspondence; email and follow up re retailer agreements. | | |
| | Theodore C. Max | 2.10 hrs. | $ 1,417.50 |
| 03/03/21 | Reviewed additional point of sale materials provided by Jennifer Bleys. | | |
| | Dylan J. Price | .30 hrs. | $ 195.00 |
| 03/03/21 | Email T. Max re survey issues; emails with M. Alley re same; call with T. Max re same; receive and review email from T. Max re Dillards documents. | | |
| | Bridget J. Russell | .90 hrs. | $ 546.75 |
| 03/04/21 | Emails with B. Russell re response to DeCarlo Letter; emails with W. Harrop re various retail contracts and J. Green Deposition. | | |
| | Theodore C. Max | 1.90 hrs. | $ 1,282.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     April 28, 2021
Theodore C. Max                                                                           Invoice 340048730
                                                                                          Page 4 of 15

## FEE DETAIL

03/04/21    Receive and review email from M. Alley; call T. Max re same; review and approve
            final website survey; email M. Alley re social media survey; receive and review email
            from M. Alley re social media surveys; draft reply in support motion to compel; email
            from T. Max re same.

            Bridget J. Russell                    4.20 hrs.                    $ 2,551.50

03/05/21    Work on and prepare documents for J. Green deposition; emails with B. Russell re
            documents re preparation; email with B. Russell re response to Letter from WGACA
            counsel; emails and follow up with B. Russell re draft survey and follow up re same.

            Theodore C. Max                       2.60 hrs.                    $ 1,755.00

03/05/21    Reviewed and revised Chanel's reply brief in support of motion to compel.

            Dylan J. Price                        .60 hrs.                     $  390.00

03/05/21    Finish draft reply in support of motion to compel discovery; gather evidence in support
            of reply; review transcripts re same; email S. Molina re depositions; gather research
            related to summary judgment; email T. Max and D. Price re same; revise social media
            survey; call J. Pietrini re same; email T. Max re same; call re same; call and email with
            T. Max re J. Green deposition.

            Bridget J. Russell                    8.10 hrs.                    $ 4,920.75

03/05/21    Reviewed and gathered documents for attorney review re deposition preparation.

            Steven Molina                         .50 hrs.                     $  117.00

03/07/21    Work on review and revise draft Letter of Reply on Motion to Compel; prepare for
            preparation session with J. Green re Rule 30(b)(6) deposition; emails and call with B.
            Russell re survey questionnaire and re follow up telephone conference call with D.
            Franklyn and expert team and comments re draft questionnaire.

            Theodore C. Max                       3.10 hrs.                    $ 2,092.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    April 28, 2021
Theodore C. Max                                                                                            Invoice 340048730
                                                                                                         Page 5 of 15

## FEE DETAIL

03/07/21        Reviewed and revised reply brief in support of Chanel's motion to compel.

                Dylan J. Price                          2.90 hrs.                $ 1,885.00

03/07/21        Email opposing counsel re J. Green deposition; email with T. Max re same; email with
                M. Alley and D. Franklyn re social media survey; receive and review social media
                survey revisions; call with T. Max re reply to motion to compel; receive and review
                revisions to reply in support of motion to compel; call with M. Alley and D. Franklyn
                re social media survey.

                Bridget J. Russell                      4.60 hrs.                $ 2,794.50

03/08/21        Assemble documents for deposition preparation of J. Green; emails to J. Green re ███
                ████████; conference call with J. Green re deposition preparation; email to
                J. Green re preparation and damages issues; work on and review and revise draft letter
                of reply to motion to compel; emails with B. Russell re same; prepare email to W.
                Harrop re scheduling.

                Theodore C. Max                         5.20 hrs.                $ 3,510.00

03/08/21        Worked on reply brief re discovery motion.

                Dylan J. Price                          .50 hrs.                 $ 325.00

03/08/21        Call clerk re reply filing; receive and review D. Price revisions re reply filing; receive
                and review further revisions from T. Max re same; research related legal issues and
                review transcripts for additional citations; revise reply filing to incorporate new law,
                evidence and revisions; receive and review email from T. Max re damages; receive and
                review email from J. Green re consumer perceptions; receive and review email re
                consumer confusion.

                Bridget J. Russell                      4.40 hrs.                $ 2,673.00

03/08/21        Reviewed and pulled documents out of database for attorney review.

                Steven Molina                           .60 hrs.                 $ 140.40

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                April 28, 2021
Theodore C. Max                                                                                        Invoice 340048730
                                                                                                       Page 6 of 15

## FEE DETAIL

03/09/21      Teleconference with financial expert re supplemental expert report; confer with Ted
              Max, Dylan Price and Bridget Russell re same; correspondence with opposing counsel
              re deposition scheduling.

                     Jill M. Pietrini                    .70 hrs.                   $ 472.50

03/09/21      Conference call with B. Russell and M. Alley re survey results and follow up; attend
              and defend the Rule 30(b)(6) deposition of Joyce Green; email to B. Russell and
              teleconference with D. Price; review L. Moffatt deposition transcript re Errata Sheet.

                     Theodore C. Max                    5.70 hrs.                   $ 3,847.50

03/09/21      Telephone call with Mr. Max re Joyce Green deposition.

                     Dylan J. Price                     .40 hrs.                    $ 260.00

03/09/21      Call with M. Alley re pop-up survey; call with T. Max re same; continue revising reply
              letter in support of motion to compel; email T. Max and D. Price re same; receive and
              review emails from J. Kim and T. Max re deposition; receive and review emails from
              T. Max and J. Pietrini re financial expert supplemental report.

                     Bridget J. Russell                 3.40 hrs.                   $ 2,065.50

03/09/21      Pulled deposition transcript for attorney review.

                     Steven Molina                      .10 hrs.                    $ 23.40

03/10/21      Email to B. Russell re finalizing draft letter to Court re reply and discovery issues;
              emails and follow up re same; email to J. Bleys re review and preparation of Errata
              Sheet re deposition transcript; review L. Moffatt Rule 30(b)(6) deposition transcript.

                     Theodore C. Max                    4.10 hrs.                   $ 2,767.50

03/10/21      Reviewed and revised reply brief in support of Chanel's motion to compel.

                     Dylan J. Price                     1.40 hrs.                   $ 910.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          April 28, 2021
Theodore C. Max                                                                                 Invoice 340048730
                                                                                                Page 7 of 15

## **FEE DETAIL**

03/11/21     Emails and teleconference with B. Russell re draft reply letter to Judge Stanton re
             discovery issues; emails and call with B. Russell and M. Alley re survey evidence and
             follow up call re survey results; review L. Moffatt Rule 30(b)(6) transcript; follow up
             re same.

             Theodore C. Max                      3.10 hrs.                      $ 2,092.50

03/12/21     Teleconference with Bridget Russell re survey results; correspondence with survey
             expert re same revisions to both surveys; review Ted Max's revisions to social media
             survey; telephone conference with Ted Max re same and Motion for Summary
             Judgment strategy and financial expert report; review evidence of actual confusion;
             correspondence with Andy Safir re same; telephone conference with Dylan Price re
             experts and Motion for Summary Judgment; teleconferences with Andy Safir re
             confusion and expert report.

             Jill M. Pietrini                     2.60 hrs.                      $ 1,755.00

03/12/21     Email to B. Russell re reply letter to Judge Stanton re discovery issues; conference call
             with J. Pietrini re status of survey expert report; review and finalize Errata Sheet for L.
             Moffatt; emails and follow up with B. Russell re discovery follow up; email with J.
             Bleys re Errata Sheet.

             Theodore C. Max                      2.80 hrs.                      $ 1,890.00

03/12/21     Call with Jill Pietrini re expert and summary judgment issues.

             Dylan J. Price                       .30 hrs.                       $ 195.00

03/12/21     Reviewed and gathered deposition testimony for attorney review.

             Steven Molina                        .60 hrs.                       $ 140.40

03/12/21     ████████████████████████

             ████████████████             ████████             ████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.            April 28, 2021
Theodore C. Max                                                                                   Invoice 340048730
                                                                                                  Page 8 of 15

## FEE DETAIL

| 03/13/21 | Conference call with M. Alley and B. Russell re survey results; discussion re follow up. | | |
|---|---|---|---|
| | Theodore C. Max | .40 hrs. | $ 270.00 |

| 03/13/21 | Reviewed and marked deposition citations for attorney review. | | |
|---|---|---|---|
| | Steven Molina | 1.40 hrs. | $ 327.60 |

| 03/14/21 | Review summary of damages from financial expert; teleconferences with financial expert; confer with Bridget Russell re deposition excerpts re damage. | | |
|---|---|---|---|
| | Jill M. Pietrini | 1.00 hrs. | $ 675.00 |

| 03/14/21 | Emails and review of draft expert report; emails and follow up with B. Russell and M. Alley re review of draft expert report. | | |
|---|---|---|---|
| | Theodore C. Max | 1.20 hrs. | $ 810.00 |

| 03/15/21 | Revise supplemental financial expert report; correspondence with financial expert re same; confer with Ted Max re same; review deposition excerpts of Chanel witnesses re actual harm suffered by Chanel; revise expert reports of survey expert; confer with Bridget Russell re foregoing; correspondence with survey expert re same survey results and questionnaires. | | |
|---|---|---|---|
| | Jill M. Pietrini | 4.10 hrs. | $ 2,767.50 |

| 03/15/21 | Emails to J. Bleys re draft Errata Sheet and transcript; email to B. Russell re draft survey report; participate in Zoom conference call with B. Russell and M. Alley and follow up Zoom conference call with D. Franklyn, M. Alley, and B. Russell re survey expert report and revisions re same; emails to L. Moffatt re L. Moffatt and J. Bleys Errata Sheets and transcripts; review and revise draft damages expert report; emails to J. Pietrini re same. | | |
|---|---|---|---|
| | Theodore C. Max | 4.50 hrs. | $ 3,037.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    April 28, 2021
Theodore C. Max                                                                                      Invoice 340048730
                                                                                                         Page 9 of 15

## FEE DETAIL

03/15/21        Reviewed expert damages and survey reports and provided comments re the same.

                Dylan J. Price                          2.10 hrs.                    $ 1,365.00

03/15/21        ███████████████████████████

                ██████████          ██████████          ██████████

03/15/21        Review draft expert survey report; call with T. Max re revisions; call with experts re
                revisions; review revised report and revise further; receive and review revisions from
                T. Max and J. Pietrini and collate; call with T. Max and survey experts re final
                revisions; receive and review and finalize draft survey report; email damages expert re
                survey report; facilitate service of same; review draft damages report; finalize and
                facilitate service of same.

                Bridget J. Russell                      7.80 hrs.                    $ 4,738.50

03/16/21        Emails and follow up with B. Russell re L. Moffatt transcript and Errata Sheet.

                Theodore C. Max                         .70 hrs.                     $ 472.50

03/17/21        ███████████████████████████

                ██████████          ██████████          ██████████

03/17/21        Emails and follow up with L. Moffatt re Errata Sheet; email with B. Russell re
                discovery issues and follow up with motion to compel.

                Theodore C. Max                         1.20 hrs.                    $ 810.00

03/17/21        Reviewed and updated disposition collection with the deposition of Joyce Green.

                Steven Molina                           .40 hrs.                     $ 93.60

03/18/21        ████████████████████████████████
                ████████████████████████

                ██████████          ██████████          ██████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                April 28, 2021
Theodore C. Max                                                                                          Invoice 340048730
                                                                                                        Page 10 of 15

## FEE DETAIL

| | | | |
|---|---|---|---|
| 03/18/21 | Review court's order on Chanel's discovery motion; confer with Bridget Russell re same and request for reconsideration. | | |
| | Jill M. Pietrini | .50 hrs. | $ 337.50 |
| 03/18/21 | Follow up with B. Russell re discovery issues and status of motion to compel; follow up re deposition transcripts re L. Moffatt and J. Green. | | |
| | Theodore C. Max | .70 hrs. | $ 472.50 |
| 03/18/21 | Reviewed and analyzed Court's order granting in part Chanel's motions to compel; Identified issues the Court failed to rule on and conferred with Ms. Russell re the same. | | |
| | Dylan J. Price | .70 hrs. | $ 455.00 |
| 03/18/21 | Updated transcript collection with Bravo and Green  Deposition and exhibits. | | |
| | Steven Molina | .90 hrs. | $ 210.60 |
| 03/19/21 | Teleconference with financial expert re discovery order and next deadlines; correspondence with financial expert re order; telephone conference with Bridget Russell re defendants' request to file Motion for Summary Judgment on counterfeiting claim and strategy therefor. | | |
| | Jill M. Pietrini | .70 hrs. | $ 472.50 |
| 03/19/21 | Email re decision of Judge Stanton re Motion to Compel; review D. DeCarlo Letter re Motion for Summary Judgment; conference call with D. Price and B. Russell re strategy re response to letter and issues re follow up re discovery. | | |
| | Theodore C. Max | 3.90 hrs. | $ 2,632.50 |
| 03/19/21 | Reviewed WGACA's letter to the Court re motion for summary judgment; Team call to discuss Court's order granting Chanel's motion to compel, Plaintiff's anticipated summary judgment motion and summary judgment strategy. | | |
| | Dylan J. Price | 2.20 hrs. | $ 1,430.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 28, 2021
Invoice 340048730
Page 11 of 15

## FEE DETAIL

03/19/21    Pulled case cite from West Law for attorney review.

        Steven Molina                     .40 hrs.                     $  93.60

03/22/21    ███████████████████████████████████
            ████████████████████

            ████████████        ██████        █████████

03/22/21    Email to R. Gruber and L. Moffatt re decision of Judge Stanton re discovery and follow
            up re same re witness statements from Mr. Girardi and Ms. Gaudet.

        Theodore C. Max                   1.20 hrs.                   $  810.00

03/23/21    ███████████████████████████████████████
            █████████████████████████

            ████████████        ██████        █████████

03/23/21    Emails to B. Russell re follow up re Judge Stanton's discovery order and draft email re
            same; email re motion for clarification of discovery; emails re Joseph Bravo deposition
            review; email to S. Molina re discovery order and scheduling.

        Theodore C. Max                   3.10 hrs.                   $  2,092.50

03/23/21    Gathered and uploaded Joseph Bravo deposition videos to send to client.

        Steven Molina                     .20 hrs.                     $  46.80

03/24/21    ████████████████████████████████████
            ██████████████████████████████████████

            ████████████        ██████        █████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          April 28, 2021
Theodore C. Max                                                                                    Invoice 340048730
                                                                                                   Page 12 of 15

## FEE DETAIL

03/24/21     Email to P.L. Roncoglia re Errata Sheet and follow up re review of deposition;  email
             to R. Gruber and L. Moffatt re scheduling re interview of C. Girardi and A. Guadet;
             email to N. Himidian re ██████████████; discussion and follow up with B. Russell
             re Letter for Clarification of March 18, 2021 Order.

             Theodore C. Max                    4.20 hrs.                  $ 2,835.00

03/24/21     Telephone call with Ted Max re discovery, expert and summary judgment issues.

             Dylan J. Price                     .50 hrs.                   $ 325.00

03/24/21     Reviewed dockets and filings re Judge Stanton's trial schedule.

             Bradley M. Rank                    .50 hrs.                   $ 140.00

03/25/21     Conference call with Pier Luigi Roncoglia re review of deposition transcript and
             preparation of Errata Sheet; review and revise draft letter to Judge Stanton re
             clarification of March 18, 2021 Order; emails and follow up with R. Gruber and L.
             Moffatt re interview of Mr. Girardi from Renato Corti and Ms. Gaudet from Chanel,
             Inc.; email re Petit Luxury investigation; email to B. Rank re Judge Stanton's docket
             and scheduling.

             Theodore C. Max                    2.80 hrs.                  $ 1,890.00

03/25/21     Reviewed dockets and filings re Judge Stanton's trial schedule; emailed T. Max re
             summary of same.

             Bradley M. Rank                    1.20 hrs.                  $ 336.00

03/26/21     Emails and follow up with B. Russell re draft letter to Judge Stanton re clarification of
             March 18, 2021 Order; review and revise same; email to B. Russell re same.

             Theodore C. Max                    .90 hrs.                   $ 607.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    April 28, 2021
Theodore C. Max                                                                                          Invoice 340048730
                                                                                                        Page 13 of 15

## FEE DETAIL

| 03/29/21 | Email to Pier Luigi Roncoglia re Errata Sheet; review and prepare Errata Sheet re Pier Luigi Roncoglia Deposition Transcript; email to B. Russell re draft letter to Court re summary judgment letter. |

| | Theodore C. Max | 2.70 hrs. | $ 1,822.50 |

| 03/29/21 | Continue drafting letter response to WGACA's summary judgment request; receive and review WGACA's response to motion for clarification; email T. Max re same; email P. Luigi re deposition errata. |

| | Bridget J. Russell | 2.40 hrs. | $ 1,458.00 |

| 03/30/21 | Review P.L. Roncoglia deposition transcript; email to P.L. Roncoglia re Errata Sheet and issues re review and issues re same; email with B. Russell re response to DeCarlo Letter re summary judgment. |

| | Theodore C. Max | 3.10 hrs. | $ 2,092.50 |

| 03/30/21 | Finish letter response to WGACA's request for summary judgment; email T. Max re same. |

| | Bridget J. Russell | 7.40 hrs. | $ 4,495.50 |

| 03/31/21 | Read email from P.L. Roncoglia; follow up with P.L. Roncoglia re Errata Sheet. |

| | Theodore C. Max | .40 hrs. | $ 270.00 |

| 03/31/21 | Review first deposition of J. Bravo. |

| | Bridget J. Russell | 3.70 hrs. | $ 2,247.75 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 28, 2021
Invoice 340048730
Page 14 of 15

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 11.50 | $ 675.00 | $ 7,762.50 |
| Theodore C. Max | 64.00 | $ 675.00 | $ 43,200.00 |
| Dylan J. Price | 11.90 | $ 650.00 | $ 7,735.00 |
| ████████ | ████ | ████ | ████ |
| Bridget J. Russell | 55.50 | $ 607.50 | $ 33,716.25 |
| ████████ | ████ | ████ | ████ |
| Steven Molina | 5.10 | $ 234.00 | $ 1,193.40 |
| ████████ | ████ | ████ | ████ |
| Leigh A. Tencza | .40 | $ 283.50 | $ 113.40 |
| ████████ | ████ | ████ | ████ |
| Bradley M. Rank | 1.70 | $ 280.00 | $ 476.00 |
| ████████ | ████ | ████ | ████ |

**Total Fees for Professional Services**          **$ 105,548.25**

## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| ESI Hosting | 3,438.34 |
| Expert Services | 3,070.48 |
| Legal Research | 6.90 |
| Lexis Research | 1,116.90 |
| Transcripts and Depositions | 10,752.85 |
| Translation Services | 6,144.00 |
| WestLaw Research | 5,788.80 |

**Total Disbursements**          **$ 30,318.27**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 28, 2021
Invoice 340048730
Page 15 of 15

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 03/25/21 | 340047858 | 202,040.05 | 169,082.45 | 32,957.60 | 0.00 | $ 202,040.05 |
| | | | | Total Outstanding Fees and Disbursements | | $ 202,040.05 |
| | | | | Interest on Outstanding A/R | | 5,948.95 |
| | | | | Fees and Disbursements Due for this Invoice | | 135,866.52 |
| | | | | **Total Due For This Matter** | | **$ 343,855.52** |

## May 2021 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                       SMRH Tax ID 95-1463164
Head of Intellectual Property                                      May 28, 2021
Chanel USA, Inc.                                          Invoice 340049580
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2021

| | | |
|---|---|---|
| Current Fees | $ 88,066.25 | |
| Current Disbursements | $ 6,931.90 | |
| Total Current Activity | | $ 94,998.15 |
| Total Due for This Invoice | | $ 94,998.15 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
May 28, 2021
Invoice 340049580

Our Matter No.     18WZ-264490
Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2021

| | | |
|---|---|---|
| Current Fees | $ 88,066.25 | |
| Current Disbursements | $ 6,931.90 | |
| Total Current Activity | | $ 94,998.15 |
| Total Due for This Invoice | | $ 94,998.15 |

---

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298     Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 28, 2021
Invoice 340049580
Page 2 of 13

FOR PROFESSIONAL SERVICES THROUGH 04/30/21

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 04/01/21 | Emails and follow up with C. Girardi re meeting; email to R. Gruber and J. Bravo re same; follow up re draft letter to Court re letter from D. DeCarlo re motion for summary judgment; follow up re discovery issues with B. Russell and letter for clarification of March 18 Order. | | |
| | Theodore C. Max | 5.10 hrs. | $ 3,442.50 |
| 04/01/21 | Telephone call with Bridget Russell re response to WGACA's letter requesting conference; | | |
| | Dylan J. Price | .30 hrs. | $ 195.00 |
| 04/01/21 | Call with T. Max re response to summary judgment request; review A. Hahn deposition; strategize with D. Price re same. | | |
| | Bridget J. Russell | 5.80 hrs. | $ 3,523.50 |
| 04/02/21 | Conference call with C. Girardi re ███████████████; emails to B. Russell and review and revise draft letters to Judge Stanton re Clarification of March 18, Order and response to letter re summary judgment; email and follow up re P.L. Roncoglia Errata Sheet; emails to S. Molina re documents re C. Girardi conference call. | | |
| | Theodore C. Max | 3.60 hrs. | $ 2,430.00 |
| 04/02/21 | Revise response to motion for summary judgment request and Exhibit A; call with T. Max re same; strategize re witness statements and additional depositions; research additional caselaw cited in response; review J. Bravo Vol. II. | | |
| | Bridget J. Russell | 5.60 hrs. | $ 3,402.00 |
| 04/02/21 | ███████████████████ | | |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 28, 2021
Invoice 340049580
Page 3 of 13

## FEE DETAIL

04/05/21     Work on and revise draft letter to Judge Stanton re Response to Letter from WGACA counsel re Request to File Summary Judgment Motion; email and follow up with B. Russell re same.

|  | Theodore C. Max | 3.80 hrs. | $ 2,565.00 |

04/05/21     Reviewed and revised response to letter from WGACA concerning motion for summary judgment.

|  | Dylan J. Price | 1.20 hrs. | $ 780.00 |

04/05/21     Draft letter to the Court re discovery issues; research additional case law related thereto; review J. Bravo deposition; email T. Max re same.

|  | Bridget J. Russell | 3.40 hrs. | $ 2,065.50 |

04/06/21     Teleconference with Bridget Russell re briefing schedule for Motion for Summary Judgment; review supplemental initial disclosure served by Chanel and Defendants' objections thereto; correspondence with opposing counsel re discovery issues.

|  | Jill M. Pietrini | .70 hrs. | $ 472.50 |

04/06/21     Email to A. Guadet re scheduling of interview; email and follow up re draft letter to Judge Stanton to respond to WGACA's letter seeking permission to file Motion for Summary Judgment; follow up and preparation for A. Gaudet telephone call.

|  | Theodore C. Max | 3.90 hrs. | $ 2,632.50 |

04/06/21     Conferred with Ms. Russell re summary judgment issues and proposed summary judgment briefing schedule.

|  | Dylan J. Price | .60 hrs. | $ 390.00 |

04/06/21     Finalize letter and email to D. DeCarlo, facilitate filing; review J. Bravo and A. Hahn deposition for citations; more legal research; strategize re motion for summary judgment; call with T. Max re same.

|  | Bridget J. Russell | 4.40 hrs. | $ 2,673.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     May 28, 2021
Theodore C. Max     Invoice 340049580
Page 4 of 13

## **FEE DETAIL**

04/07/21 | Emails to A. Gaudet re conference call and conference call with A. Gaudet re same; email documents to A. Gaudet and email with S. Molina re exhibits; work on and draft Declaration of A. Gaudet reflecting her narrative of what took place at Chanel boutique re The Plaza Hotel promotion; email to A. Gaudet re same; email to C. Girardi re scheduling of conference call.

Theodore C. Max | 3.50 hrs. | $ 2,362.50

04/07/21 | Review J. Bravo video deposition; review D. DeCarlo email and Court's order and email re same.

Bridget J. Russell | 3.80 hrs. | $ 2,308.50

04/08/21 | Review order granting Chanel's Motion for Summary Judgment briefing schedule and order for clarification of discovery order; correspondence with experts re same; telephone conference with survey expert re cost of survey; revise memorandum re pre-trial deadlines.

Jill M. Pietrini | .90 hrs. | $ 607.50

04/08/21 | Emails and follow up with C. Girardi re telephone conference re preparation of draft Declaration re Witness Statement; work on and prepare draft Declaration of C. Girardi; emails  and drafting to A, Gaudet re Declaration and execution re same; emails to S. Molina and B. Russell re same and exhibits.

Theodore C. Max | 5.20 hrs. | $ 3,510.00

04/08/21 | Reviewed Court's orders permitting additional discovery and setting summary judgment briefing schedule

Dylan J. Price | .40 hrs. | $ 260.00

04/08/21 | Review orders from Judge Stanton re discovery and motion for summary judgment; begin preparing motion for summary judgment papers; call with T. Max re orders and implication on discovery and Motion for Summary Judgement; continue review of J. Bravo deposition videos.

Bridget J. Russell | 4.80 hrs. | $ 2,916.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 28, 2021
Theodore C. Max                                                                                      Invoice 340049580
                                                                                                      Page 5 of 13

## FEE DETAIL



04/08/21

04/08/21        Organized exhibits for to C. Girardi Declarations.

                Steven Molina                        .40 hrs.                    $  93.60

04/09/21        Conference call with C. Girardi re draft witness statement; work on and revise draft
                witness statement of C. Girardi; assemble and compile exhibits for C. Girardi
                Declaration;  work on and revise draft A. Gaudet Declaration and assemble exhibits;
                emails and follow up with C. Girardi and C. Gaudet; email and follow up with B.
                Russell and S. Molina re same.

                Theodore C. Max                      4.20 hrs.                   $  2,835.00

04/09/21        Reviewed and analyzed correspondence from opposing counsel re WGACA's further
                document production and search for responsive documents in compliance with Court's
                discovery order; Corresponded with Ms. Russell re the same.

                Dylan J. Price                       .60 hrs.                    $  390.00

04/09/21        Email T. Max re declarations; review declarations and finalize and serve; draft email to
                D. De Carlo; strategize with T. Max re declarations and discovery; prepare motion for
                summary judgment papers.

                Bridget J. Russell                   2.60 hrs.                   $  1,579.50

04/09/21        Organized exhibits for declaration.

                Steven Molina                        .40 hrs.                    $  93.60

04/12/21        Meeting with Bridget Russell and Dylan Price re strategy for Motion for Summary
                Judgment and outstanding discovery issues and action plan therefor.

                Jill M. Pietrini                     .80 hrs.                    $  540.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.           May 28, 2021
Theodore C. Max                                                                                    Invoice 340049580
                                                                                                    Page 6 of 13

## FEE DETAIL

| | | | |
|---|---|---|---|
| 04/12/21 | Email with B. Russell re response to WGACA correspondence and emails re discovery; review J. Green deposition. | | |
| | Theodore C. Max | 1.60 hrs. | $ 1,080.00 |
| 04/12/21 | Prepare and participate for strategy call to discuss summary judgment. | | |
| | Dylan J. Price | .80 hrs. | $ 520.00 |
| 04/12/21 | Strategize re outstanding remaining discovery issues; prepare 56.1 statement for summary judgment motion; review court orders related to discovery issues. | | |
| | Bridget J. Russell | 1.70 hrs. | $ 1,032.75 |
| 04/13/21 | Email and conference call with B. Russell re discovery follow up and download of documents produced by WGACA Defendants; review and revise draft email from B. Russell re response to emails and correspondence from WGACA counsel; review transcript of  J. Green re Errata Sheet. | | |
| | Theodore C. Max | 2.80 hrs. | $ 1,890.00 |
| 04/13/21 | Reviewed deposition testimony to identify marketing document custodians for additiona searches. | | |
| | Dylan J. Price | .70 hrs. | $ 455.00 |
| 04/13/21 | Analyze discovery issues and emails; review A. Mische deposition; draft emails to opposing counsel; email re depositions for new witnesses; prepare motion for summary judgment; analyze new production; strategize with T. Max re same; analyze new search term and custodian issue | | |
| | Bridget J. Russell | 4.30 hrs. | $ 2,612.25 |
| 04/13/21 | Imported additional documents produced by WGACA (volume 23) into the Firm's document review platform and updated the search index in preparation for attorney review and searches. | | |
| | Lauren E. Doucette | .30 hrs. | $ 90.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    May 28, 2021
Theodore C. Max    Invoice 340049580
Page 7 of 13

## FEE DETAIL

04/14/21    Email with B. Russell re follow up and discovery issues; email with D. Price re conference call; review J. Green deposition transcript.

| | Theodore C. Max | 1.90 hrs. | $ 1,282.50 |

04/14/21    Analyze additional depositions related to advertising and marketing; review problematic advertisements for additional search terms.

| | Bridget J. Russell | 2.80 hrs. | $ 1,701.00 |

04/14/21    Draft a report memorializing the breakdown of custodians that produced records on behalf of WGACA throughout discovery.

| | Lauren E. Doucette | .20 hrs. | $ 60.00 |

04/15/21    Review Rebuttal Report of WGACA Expert; emails with J. Pietrini re expert reports and follow up; email to J. Pietrini re sending expert report to D. Franklyn; email and follow up; email with B. Russell re emails and follow up with WGACA counsel re search terms and depositions re C. Girardi and A. Gaudet; emails and discussion with B. Russell re same.

| | Theodore C. Max | 4.30 hrs. | $ 2,902.50 |

04/15/21    Continue analyzing additional production and outstanding discovery issues; revise emails to opposing counsel re same; begin preparing 56.1 statement; strategize with T. Max re remaining discovery issues and meet and confer; strategize with J. Petrini re motion for summary judgment; finish review of relevant depositions and exhibits related to outstanding discovery issues.

| | Bridget J. Russell | 4.20 hrs. | $ 2,551.50 |

04/15/21    Downloaded and distributed Rebuttal Expert Report produced by Lewis Brisbois.

| | Steven Molina | .30 hrs. | $ 70.20 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                          May 28, 2021
Theodore C. Max                                                                                                                Invoice 340049580
                                                                                                                                           Page 8 of 13

## **FEE DETAIL**

04/16/21        Teleconference with financial expert re rebuttal report; correspondence with financial
                expert re same; revise correspondence to survey expert re rebuttal report; confer with
                Ted Max re same.

                   Jill M. Pietrini                              .60 hrs.                        $  405.00

04/16/21        Emails and follow up with J. Pietrini re Expert Rebuttal Reports; email to D. Franklyn
                re Rebuttal Report from M. Pittaoulis from NERA; emails to J. Pietrini re experts;
                emails to B. Russell re search terms and discovery; review A. Mische deposition re
                same; emails re response to request for depositions; email to M. Garafola re ▮▮▮▮
                ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

                   Theodore C. Max                        4.70 hrs.                       $  3,172.50

04/16/21        Reviewed and analyzed report of rebuttal witness M. Pittaoulis.

                   Dylan J. Price                              1.20 hrs.                       $  780.00

04/16/21        Draft email to opposing counsel re depositions scheduling;  strategize with T. Max re
                same; email with opposing counsel; receive and review and respond to emails from
                opposing counsel; review discovery and responses and production related to pending
                discovery issues.

                   Bridget J. Russell                        3.60 hrs.                       $  2,187.00

04/19/21        Emails and teleconference with B. Russell re request for depositions of C. Girardi and
                A. Gaudet; follow up re response to motion to compel discovery; emails re follow up re
                ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

                   Theodore C. Max                        3.10 hrs.                       $  2,092.50

04/19/21        Receive and review email from opposing counsel re discovery motion; email T. Max re
                same; email and call with T. Max to follow-up re same; draft response to opposing
                counsel; revise and email opposing counsel; receive and review email from T. Max re
                investigation into Petite Luxury; receive and review responses re same.

                   Bridget J. Russell                        1.90 hrs.                       $  1,154.25

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                          May 28, 2021
Theodore C. Max                                                                                                  Invoice 340049580
                                                                                                                Page 9 of 13

## FEE DETAIL

| 04/20/21 | Email with B. Russell re sealing motion and opposition to motion to compel by WGACA; follow up re same; prepare J. Green Errata. |
|---|---|

|  | Theodore C. Max | 2.40 hrs. | $ 1,620.00 |
|---|---|---|---|

04/20/21   Receive and review emails from opposing counsel re extension of remaining dates; receive and review motion for further depositions and corresponding motion to seal; email T. Max re same.

|  | Bridget J. Russell | 2.30 hrs. | $ 1,397.25 |
|---|---|---|---|

04/21/21   Review J. Green deposition and preparation of Errata Sheet; follow up with B. Russell re opposition to Motion to Compel; follow up re discovery issues and review of WGACA supplemental production.

|  | Theodore C. Max | 3.10 hrs. | $ 2,092.50 |
|---|---|---|---|

04/22/21   Emails and follow up with B. Russell re letter in opposition to motion to compel; email to C. Girardi re deposition scheduling; emails re adjustment of deposition scheduling; follow up with B. Russell re witness discovery extension; emails with B. Russell and L. Moffatt re Declaration in Support of Motion to Seal.

|  | Theodore C. Max | 3.10 hrs. | $ 2,092.50 |
|---|---|---|---|

04/22/21   Reviewed and analyzed rebuttal expert report of Henry Kahrs.

|  | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |
|---|---|---|---|

04/23/21   Work on and revise draft opposition letter re depositions; emails and follow up with B. Russell re same.

|  | Theodore C. Max | 3.10 hrs. | $ 2,092.50 |
|---|---|---|---|

04/23/21   Worked on outline of separate statement issues for summary judgment motion.

|  | Dylan J. Price | 1.50 hrs. | $ 975.00 |
|---|---|---|---|

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 28, 2021
Theodore C. Max                                                                                        Invoice 340049580
                                                                                                       Page 10 of 13

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 04/26/21 | Emails and follow up with B. Russell re scheduling adjustment and discovery issues; follow up re depositions transcripts. | | |
| | Theodore C. Max | 2.10 hrs. | $ 1,417.50 |
| 04/27/21 | Review order granting motion to allow deposition of two Chanel witnesses; confer with Bridget Russell re same and revised expert schedule. | | |
| | Jill M. Pietrini | .20 hrs. | $ 135.00 |
| 04/27/21 | Emails and follow up with B. Russell re extension and discovery follow up. | | |
| | Theodore C. Max | 1.30 hrs. | $ 877.50 |
| 04/28/21 | ██████████████████████████████████ ███████      ███████        █████████ | | |
| 04/28/21 | Review rebuttal financial expert report for Defendants; telephone conference with financial expert re same; confer with library re research needed on Defendants' financial expert; telephone conference with survey expert re rebuttal expert; correspondence with financial expert re proposed new scheduling dates. | | |
| | Jill M. Pietrini | 1.90 hrs. | $ 1,282.50 |
| 04/29/21 | Teleconference with T. Max re Motion for Summary Judgment strategy, depositions of experts, and remaining discovery; telephone conference with Bridget Russell re same. | | |
| | Jill M. Pietrini | 1.00 hrs. | $ 675.00 |
| 04/29/21 | Email and follow up with J. Pietrini re status of litigation; deposition scheduling of expert depositions and depositions of Claudio Girardi and Andrea Gaudet; discussion re settlement and motion for summary judgment; emails with R. Gruber re ████ ████████████████████████. | | |
| | Theodore C. Max | 2.50 hrs. | $ 1,687.50 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.       May 28, 2021
Theodore C. Max                                                                               Invoice 340049580
                                                                                              Page 11 of 13

## FEE DETAIL

04/29/21      Review proposed stipulation re discovery; email re same; review order re additional
              depositions; email re same.

                    Bridget J. Russell              1.10 hrs.              $  668.25

04/30/21      Email and follow up with R. Gruber re ██████████████████████████████████ ;
              email and follow up with B. Russell re edits to the proposed stipulation and order;
              conference call with B. Russell re same.

                    Theodore C. Max                 2.10 hrs.              $  1,417.50

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 6.10 | $ 675.00 | $ 4,117.50 |
| Theodore C. Max | 67.40 | $ 675.00 | $ 45,495.00 |
| Dylan J. Price | 9.10 | $ 650.00 | $ 5,915.00 |
| Bridget J. Russell | 52.30 | $ 607.50 | $ 31,772.25 |
| ████████ | ███ | ████ | ██████ |
| ████████ | ███ | ████ | ██████ |
| ██████████ | ███ | ████ | ██████ |
| Steven Molina | 1.10 | $ 234.00 | $ 257.40 |
| Lauren E. Doucette | .50 | $ 300.00 | $ 150.00 |

**Total Fees for Professional Services**                    **$ 88,066.25**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 28, 2021
Invoice 340049580
Page 12 of 13

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 03/26/21 | E-Discovery Monthly Data Hosting Fees, 171.92 Gigabytes. | 3,438.34 |
| 01/22/21 | iDiscover, LLC - Inv. #82921 Blowbacks/scanning heavy litigation/binders | 3,338.76 |
| 04/22/21 | Westlaw research by Russell, Bridget, on 4/22/2021. | 154.80 |

**Total Disbursements**                                    **$ 6,931.90**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                May 28, 2021
Theodore C. Max                                                                                      Invoice 340049580
                                                                                                     Page 13 of 13

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 04/28/21 | 340048730 | 135,866.52 | 105,548.25 | 30,318.27 | 0.00 | $ 135,866.52 |
| | | | | Total Outstanding Fees and Disbursements | | $ 135,866.52 |
| | | | | Interest on Outstanding A/R | | 5,948.95 |
| | | | | Fees and Disbursements Due for this Invoice | | 94,998.15 |
| | | | | **Total Due For This Matter** | | **$ 236,813.62** |

# June 2021 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                              SMRH Tax ID 95-1463164
Head of Intellectual Property                                         June 22, 2021
Chanel USA, Inc.                                                  Invoice 340050283
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2021

| | |
|---|---|
| Current Fees | $ 63,158.10 |
| Current Disbursements | $ 11,426.93 |
| Total Current Activity | $ 74,585.03 |
| Total Due for This Invoice | $ 74,585.03 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:            Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St            Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                                 SMRH Tax ID 95-1463164
Head of Intellectual Property                                              June 22, 2021
Chanel USA, Inc.                                                    Invoice 340050283
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2021

| | |
|---|---|
| Current Fees | $ 63,158.10 |
| Current Disbursements | $ 11,426.93 |
| Total Current Activity | $ 74,585.03 |
| Total Due for This Invoice | $ 74,585.03 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 22, 2021
Invoice 340050283
Page 2 of 11

FOR PROFESSIONAL SERVICES THROUGH 05/31/21

## **FEE DETAIL**

05/03/21    Follow up with B. Russell re discovery and additional searches of WGACA custodian; follow up re questions re additional witness discovery; follow up re discovery re experts.

|  | Theodore C. Max | 1.70 hrs. | $ 1,147.50 |

05/03/21    Reviewed stipulation and meet and confer correspondence re WGACA document production issues.

|  | Dylan J. Price | .20 hrs. | $ 130.00 |

05/04/21    Emails and follow up with B. Russell re status of follow up re WGACA production; work on and review draft email to counsel for T. Kidde re same.

|  | Theodore C. Max | 1.70 hrs. | $ 1,147.50 |

05/04/21    Reviewed Court's order granting stipulation to extend pre-trial deadlines; calendared new deadlines.

|  | Dylan J. Price | .20 hrs. | $ 130.00 |

05/04/21    Compile and organize documents for attorney review; supplement deposition log and exhibits matrix.

|  | William Z. Gutman | 1.40 hrs. | $ 535.50 |

05/05/21    Emails and follow up re Errata for J. Green and J. Bravo; work on and prepare for deposition of C. Girardi and scheduling re same.

|  | Theodore C. Max | 2.10 hrs. | $ 1,417.50 |

05/10/21    Emails and follow up with C. Girardi and A. Gaudet re deposition scheduling; follow up re discovery calendar.

|  | Theodore C. Max | 1.30 hrs. | $ 877.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 22, 2021
Invoice 340050283
Page 3 of 11

## **FEE DETAIL**

05/13/21    Correspondence with experts re deposition dates and current scheduling order; review scheduling order; confer with Bridget Russell re discovery remaining and schedule; correspondence with opposing counsel re proposed deposition dates; review order re A. Gaudet and C. Giradi depositions; review summary of Judge Stanton's docket; correspondence with opposing counsel re discovery issues.

Jill M. Pietrini                              1.90 hrs.                  $ 1,282.50

05/13/21    Emails and follow up with B. Russell re same; emails and follow up re discovery issues; follow up re scheduling of experts and further discovery.

Theodore C. Max                          1.40 hrs.                  $ 945.00

05/13/21    ████████████████████████████████████████

████████████        █████████        █████████

05/14/21    Review materials found re Henry Kahrs; correspondence with Andy Safir re same and deposition dates; correspondence with opposing counsel re deposition dates; correspondence with David Franklyn re deposition dates; confer with Bridget Russell re deposition dates for experts; revise expert subpoena to use as template for others.

Jill M. Pietrini                              1.40 hrs.                  $ 945.00

05/14/21    Email and follow up with C. Girardi re statement and preparation for deposition re statement; email to A. Gaudet re deposition scheduling.

Theodore C. Max                          1.80 hrs.                  $ 1,215.00

05/17/21    Emails and follow up with B. Russell and J. Pietrini re deposition scheduling; emails with C. Girardi re deposition scheduling and preparation; follow up with B. Russell re outstanding discovery issues and start times for deposition of C. Girardi.

Theodore C. Max                          2.90 hrs.                  $ 1,957.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    June 22, 2021
Theodore C. Max    Invoice 340050283
    Page 4 of 11

## FEE DETAIL

| | | | |
|---|---|---|---|
| 05/17/21 | Email re subpoenas for expert witnesses; email re deposition scheduling and discovery disputes; strategize re same; prepare summary judgment outline. | | |
| | Bridget J. Russell | 2.30 hrs. | $ 1,397.25 |
| 05/18/21 | Emails and follow up with C. Girardi re deposition scheduling and preparation; email and follow up with B. Russell re deposition scheduling and Errata Sheet; follow up re same. | | |
| | Theodore C. Max | 3.40 hrs. | $ 2,295.00 |
| 05/18/21 | Worked on Chanel's Rule 56.1 statement of undisputed facts; Reviewed research in support of Chanel's summary judgment motion. | | |
| | Dylan J. Price | 2.60 hrs. | $ 1,690.00 |
| 05/18/21 | Email with team and opposing counsel re expert and additional depositions; review documents for production re experts. | | |
| | Bridget J. Russell | .50 hrs. | $ 303.75 |
| 05/18/21 | Compile expert documents for attorney review. | | |
| | William Z. Gutman | .50 hrs. | $ 191.25 |
| 05/19/21 | Email and follow up with C. Girardi re deposition scheduling and preparation; email with B. Russell re discovery. | | |
| | Theodore C. Max | 1.80 hrs. | $ 1,215.00 |
| 05/19/21 | Worked on Chanel's Rule 56.1 statement of facts in support of summary judgment motion; Reviewed summary judgment briefing and Rule 56.1 statement. | | |
| | Dylan J. Price | 2.80 hrs. | $ 1,820.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    June 22, 2021
Theodore C. Max                                                                                        Invoice 340050283
                                                                                                        Page 5 of 11

## FEE DETAIL

05/19/21        Receive and review deposition notices; call with T. Max re Girardi deposition and
                outstanding discovery issues; review outstanding erratas; continue preparing Rule 56.1
                statement regarding summary judgement.

                    Bridget J. Russell                    3.20 hrs.                    $ 1,944.00

05/19/21        Compile and organize expert documents for attorney review.

                    William Z. Gutman                    .90 hrs.                    $ 344.25

05/20/21        Review deposition transcript of Marcos Rosado; confer with Ted Max re survey
                experts.

                    Jill M. Pietrini                    2.60 hrs.                    $ 1,755.00

05/20/21        Conference call with C. Girardi re deposition preparation and scheduling; emails and
                follow up with B. Russell re discovery and follow up on discovery issues.

                    Theodore C. Max                    3.90 hrs.                    $ 2,632.50

05/20/21        Worked on Chanel's Rule 56.1 statement.

                    Dylan J. Price                    .60 hrs.                    $ 390.00

05/20/21        Prepare for expert and additional depositions and strategize with T. Max re same;
                gather documents and depositions for deposition preparation and analyze same; receive
                and review emails from T. Max re same.

                    Bridget J. Russell                    2.70 hrs.                    $ 1,640.25

05/20/21        Research, compile and organize expert documents for attorney review.

                    William Z. Gutman                    1.50 hrs.                    $ 573.75

05/21/21        Review cost cases; review financial expert reports.

                    Jill M. Pietrini                    4.50 hrs.                    $ 3,037.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 22, 2021
Invoice 340050283
Page 6 of 11

### **FEE DETAIL**

05/21/21    Emails to B. Russell re outstanding discovery issues; email re deposition notices; assemble materials and prepare outline for deposition of C. Girardi.

           Theodore C. Max                 2.60 hrs.            $ 1,755.00

05/21/21    Receive and review and reply to emails re expert depositions; facilitate preparation of additional witnesses for declaration; gather documents and depositions related thereto; email T. Max re same; review documents related to Mr. Girardi; review J. Green deposition and errata; email with process server re expert subpoenas.

           Bridget J. Russell              3.10 hrs.            $ 1,883.25

05/21/21    Compile and organize expert documents for attorney review.

           William Z. Gutman           1.70 hrs.            $ 650.25

05/21/21    ███████████████████████████████████

           ████████████         ████████         ████████

05/22/21    ████████████████████████████████████
           ███████████████

           ████████████         ████████         ████████

05/23/21    Emails and follow up with C. Girardi re deposition preparation and review of potential exhibits; emails to B. Russell re expert and C. Girardi and A. Gaudet  deposition scheduling and follow up.

           Theodore C. Max                 2.60 hrs.            $ 1,755.00

05/24/21    Review subpoenas to David Franklyn and Andy Safir; correspondence with experts re same; confer with Bridget Russell re objections and expert deposition schedule; correspondence with opposing counsel re same; prepare chart of expert depositions and remaining fact witnesses.

           Jill M. Pietrini                 2.50 hrs.            $ 1,687.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 22, 2021
Invoice 340050283
Page 7 of 11

## FEE DETAIL

05/24/21     Emails to C. Girardi and A. Gaudet re scheduling; emails to C. Girardi re deposition and exhibits for deposition; email transcript of deposition of J. Bravo; email with C. Girardi re Zoom call information for preparation; email and J. Pietrini and B. Russell re expert scheduling.

|  | Theodore C. Max | 4.10 hrs. | $ 2,767.50 |

05/24/21     Reviewed email from Ms. Pietrini re recent trademark case on the sale of unauthorized goods and analyzed case.

|  | Dylan J. Price | .50 hrs. | $ 325.00 |

05/24/21     Review transcripts and compile deposition exhibits in connection with preparing electronic file re same.

|  | William Z. Gutman | 2.20 hrs. | $ 841.50 |

05/24/21     Imported documents produced by WGACA (Volume 24) into the Relativity document review platform and updated the search index in preparation for attorney review and searches.

|  | Lauren E. Doucette | .30 hrs. | $ 90.00 |

05/25/21     Teleconference with Bridget Russell re deposition schedule for experts; correspondence with opposing counsel re depositions; correspondence with financial expert re depositions.

|  | Jill M. Pietrini | .50 hrs. | $ 337.50 |

05/25/21     Emails to C. Girardi re deposition preparation and documents for review; conference call with C. Girardi re deposition preparation; review emails from counsel for WGACA; review WGACA deposition exhibits in preparation for WGACA deposition; emails and follow up with B. Russell re deposition scheduling of expert witnesses and A. Gaudet; emails re A. Gaudet preparation.

|  | Theodore C. Max | 5.50 hrs. | $ 3,712.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                     June 22, 2021
Theodore C. Max                                                                                           Invoice 340050283
                                                                                                          Page 8 of 11

## FEE DETAIL

| | | | |
|---|---|---|---|
| 05/25/21 | Worked on Rule 56.1 Statement in support of Chanel's motion for summary judgment. | | |
| | Dylan J. Price | 1.20 hrs. | $ 780.00 |
| 05/25/21 | Compile and organize WGACA documents for attorney review; prepare electronic files re same. | | |
| | William Z. Gutman | 1.90 hrs. | $ 726.75 |
| 05/26/21 | Revise cost research summary; telephone conference with Andy Safir re same and damages calculation; prepare notes to file; correspondence with Andy Safir re cases relied upon by Defendants' expert; confer with library re expert research needed. | | |
| | Jill M. Pietrini | 2.40 hrs. | $ 1,620.00 |
| 05/26/21 | Defend deposition of  C. Girardi of Renato Corti; follow up with B. Russell discovery issues and expert deposition scheduling; conference call with D. Price re discovery and C. Girardi deposition. | | |
| | Theodore C. Max | 6.40 hrs. | $ 4,320.00 |
| 05/26/21 | Telephone call with Ted Max re Gaudet deposition and impact of summary judgment arguments; Worked on Rule 56.1 outline. | | |
| | Dylan J. Price | 1.20 hrs. | $ 780.00 |
| 05/26/21 | Email T. Kidde re depositions; email team re same; strategize with T. Max re Girardi deposition; begin reviewing additional documents produced; email re document searches related to M. Gaudet and review same. | | |
| | Bridget J. Russell | 2.20 hrs. | $ 1,336.50 |
| 05/26/21 | Compile and organize documents for attorney review; prepare electronic files re same. Prepare expert witness binder and index same. | | |
| | William Z. Gutman | 2.50 hrs. | $ 956.25 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     June 22, 2021
Theodore C. Max                                                             Invoice 340050283
                                                                            Page 9 of 11

## FEE DETAIL



| | | | |
|---|---|---|---|
| 05/27/21 | Email to A. Gaudet re deposition scheduling and preparation; email with B. Russell re deposition preparation; follow up with D. Price re litigation strategy. | | |
| | Theodore C. Max | 1.20 hrs. | $ 810.00 |
| 05/27/21 | Compile and organize WGACA expert documents for attorney review in connection with expert depositions. | | |
| | William Z. Gutman | 1.90 hrs. | $ 726.75 |
| 05/28/21 | Emails and preparation for deposition of A. Gaudet; put together information and documents for preparation; review Declaration of A. Gaudet re same. | | |
| | Theodore C. Max | .80 hrs. | $ 540.00 |
| 05/28/21 | Compile and organize WGACA documents for attorney review. | | |
| | William Z. Gutman | .90 hrs. | $ 344.25 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

June 22, 2021
Invoice 340050283
Page 10 of 11

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 15.80 | $ 675.00 | $ 10,665.00 |
| Theodore C. Max | 45.20 | $ 675.00 | $ 30,510.00 |
| Dylan J. Price | 9.30 | $ 650.00 | $ 6,045.00 |
| Bridget J. Russell | 14.00 | $ 607.50 | $ 8,505.00 |
| William Z. Gutman | 15.40 | $ 382.50 | $ 5,890.50 |
| ███████ | ███ | ████ | █████ |
| ███████ | ██ | ████ | █████ |
| Lauren E. Doucette | .30 | $ 300.00 | $ 90.00 |

**Total Fees for Professional Services**          **$ 63,158.10**

## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Courier / Messenger | 1,276.24 |
| Duplication | 8.90 |
| ESI Hosting | 3,450.69 |
| Legal Research | 95.00 |
| Lexis Research | 89.10 |
| WestLaw Research | 6,507.00 |

**Total Disbursements**          **$ 11,426.93**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 22, 2021
Invoice 340050283
Page 11 of 11

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 05/28/21 | 340049580 | 94,998.15 | 88,066.25 | 6,931.90 | 0.00 | $ 94,998.15 |
| | | | | | Total Outstanding Fees and Disbursements | $ 94,998.15 |
| | | | | | Interest on Outstanding A/R | 5,948.95 |
| | | | | | Fees and Disbursements Due for this Invoice | 74,585.03 |
| | | | | | **Total Due For This Matter** | **$  175,532.13** |

# July 2021 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

<u>*Remittance Copy*</u>
*Please return this page with your payment.*

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                              July 21, 2021
Chanel USA, Inc.                                     Invoice 340051102
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2021

| | | |
|---|---|---|
| Current Fees | $ 160,534.90 | |
| Current Disbursements | $ 8,540.86 | |
| Total Current Activity | | $ 169,075.76 |
| Total Due for This Invoice | | $ 169,075.76 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>        Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298        Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                            SMRH Tax ID 95-1463164
Head of Intellectual Property                                          July 21, 2021
Chanel USA, Inc.                                               Invoice 340051102
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2021

| | | |
|---|---|---|
| Current Fees | $ 160,534.90 | |
| Current Disbursements | $ 8,540.86 | |
| Total Current Activity | | $ 169,075.76 |
| Total Due for This Invoice | | $ 169,075.76 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u> Account No.: 496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298 Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.      July 21, 2021
Theodore C. Max                                                                               Invoice 340051102
                                                                                             Page 2 of 17

FOR PROFESSIONAL SERVICES THROUGH 06/30/21

## **FEE DETAIL**

06/01/21    Prepare materials for preparation meeting with A. Gaudet; email with B. Gutman re
            documents produced by M. Pittoulis, expert for WGACA defendants.

                Theodore C. Max                    1.20 hrs.                    $ 810.00

06/01/21    Review opposing party's expert document productions; review subpoenas to Chanel's
            experts and draft objections and responses to same; gather exhibits for Kahrs
            deposition; prepare for Kahrs deposition; email J. Pietrini and T. Kidde re scheduling;
            review J. Green deposition transcript and errata.

                Bridget J. Russell                 3.60 hrs.                    $ 2,187.00

06/01/21    Research, compile and organize documents for attorney review in connection with
            assisting with deposition preparation.

                William Z. Gutman                  2.50 hrs.                    $ 956.25

06/01/21    Transfered Pittaoulis production data and update load files to link to production
            documents, then upload production to Relativity for Attorney review.

                Steven Molina                      .70 hrs.                     $ 163.80

06/01/21    Transfered Hank Kahrs Expert production data and update load files to link to
            production documents, then upload production to Relativity for Attorney review.

                Steven Molina                      .80 hrs.                     $ 187.20

06/02/21    Review Defendants' and Chanel's financial expert reports; teleconferences with Andy
            Safir re deposition of Defendants' financial expert; complete review of Second Circuit
            deductible costs cases; revise objections to Andy Safir subpoena; confer with Bridget
            Russell re same; review FRCP26 expert discovery.

                Jill M. Pietrini                   3.50 hrs.                    $ 2,362.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    July 21, 2021
Theodore C. Max                                                                              Invoice 340051102
                                                                                             Page 3 of 17

## FEE DETAIL

| 06/02/21 | Prepare for meeting with A. Gaudet; work with A. Gaudet and preparation for deposition; discuss various topics and review documents; email deposition "Do's and Don'ts" to A. Gaudet. |

|  | Theodore C. Max | 4.90 hrs. | $ 3,307.50 |

| 06/02/21 | Finalize objections to subpoenas and facilitate service of same; prepare for H. Kahrs deposition; gather documents for A. Safir production and email J. Pietrini re same; review Kahrs report; review research re Kahrs prior testimony and opinions; email J. Pietrini re same. |

|  | Bridget J. Russell | 3.40 hrs. | $ 2,065.50 |

| 06/02/21 | Work on various assignments related to deposition preparation. |

|  | William Z. Gutman | 1.70 hrs. | $ 650.25 |

| 06/03/21 | Revise summary of cost cases; review Safir's criticisms of Kahrs' report; prepare outline for deposition of Kahrs; review exhibits for deposition; review file for Safir to produce documents in response to Defendant's subpoena; correspondence with Andy Safir re Kahrs' deposition; confer with Bridget Russell re deposition exhibits and production of documents. |

|  | Jill M. Pietrini | 8.80 hrs. | $ 5,940.00 |

| 06/03/21 | Prepare for deposition of A. Gaudet; defend deposition of A. Gaudet; email and follow up with B. Russell re errata sheets; follow up with B. Russell; email re M. Pittoulis discovery. |

|  | Theodore C. Max | 1.80 hrs. | $ 1,215.00 |

| 06/03/21 | Continue collecting and reviewing documents from A. Safir for production; continue reviewing deposition and errata of Ms. Joyce Green; email opposing counsel re A. Safir production; finalize exhibits for H. Kahrs deposition; email re exhibit list; email opposing counsel re deposition procedures. |

|  | Bridget J. Russell | 3.70 hrs. | $ 2,247.75 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

06/03/21        Work on various projects related to deposition preparation.

> William Z. Gutman            2.00 hrs.            $ 765.00

06/04/21        Revise deposition outline; meetings with Andy Safir for deposition of Defendant's financial expert; take deposition of Defendant's financial expert; correspondence with Andy Safir re documents production; review documents requested from Andy Safir.

> Jill M. Pietrini            5.90 hrs.            $ 3,982.50

06/04/21        Emails and follow up with B. Russell re outstanding discovery issues and follow up re Errata lists .

> Theodore C. Max            .80 hrs.            $ 540.00

06/04/21        Finalize A. Safir production; email opposing counsel re same; email A. Safir re deposition; review research re A. Safir prior testimony; finish review of J. Green deposition and errata; call with T. Max re same.

> Bridget J. Russell            3.70 hrs.            $ 2,247.75

06/04/21        Attend deposition of Hank Kahrs (expert witness).

> William Z. Gutman            6.50 hrs.            $ 2,486.25

06/04/21        █████████████████████████████████████████
                █████████████████████████████████████
                ███████████████████

                ████████████          ██████          ██████

06/04/21        ████████████████████████████████████████
                ███████████████████████████

                ████████████          ██████          ██████

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                July 21, 2021
Theodore C. Max                                                                                 Invoice 340051102
                                                                                                 Page 5 of 17

## FEE DETAIL



| 06/07/21 | Email to E. Tan re search re M. Pittaoulis; review M. Pittaoulis Rebuttal Report; follow up with J. Pettirin re scheduling and preparation for D. Franklyn deposition and deposition re M. Pittaoulis. | | |
|---|---|---|---|
| | Theodore C. Max | 2.50 hrs. | $ 1,687.50 |
| 06/07/21 | Receive and review research re survey experts; review J. Bravo deposition video and transcript for first deposition session. | | |
| | Bridget J. Russell | 3.60 hrs. | $ 2,187.00 |
| 06/07/21 | Compile and organize documents for attorney review. | | |
| | William Z. Gutman | .50 hrs. | $ 191.25 |
| 06/08/21 | Correspondence with financial expert re research re Safir; telephone conference with Bridget Russell re same and deposition of Defendants' financial expert. | | |
| | Jill M. Pietrini | .70 hrs. | $ 472.50 |
| 06/08/21 | Follow up with B. Russell re status of discovery; follow up re preparation for deposition of M. Pittaoulis. | | |
| | Theodore C. Max | 1.40 hrs. | $ 945.00 |
| 06/08/21 | Continue review of video and transcript of first session of J. Bravo deposition. | | |
| | Bridget J. Russell | 4.30 hrs. | $ 2,612.25 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                July 21, 2021
Theodore C. Max                                                                                    Invoice 340051102
                                                                                                    Page 6 of 17

## FEE DETAIL

06/09/21    Review research re Andy Safir; review cases criticizing Andy Safir report; review
            summaries of issues for Andy Safir report; telephone conference with Andy Safir for
            deposition preparation; review revised schedule of damages; telephone conference with
            Ted Max re foregoing and settlement amount; review survey expert files to select
            documents for production; confer with Bridget Russell re same.

            Jill M. Pietrini                    4.20 hrs.                    $ 2,835.00

06/09/21    Follow up with J. Pietrini re expert preparation and discovery; discussion re D.
            Franklyn and M. Pittaoulis depositions; review M. Pittaoulis Rebuttal Report.

            Theodore C. Max                    1.80 hrs.                    $ 1,215.00

06/09/21    Receive and review additional documents from WGACA; prepare for A. Safir
            deposition; review additional documents for production; begin gathering of D.
            Franklyn documents for production; email J. Pietrini re same; finish review of day 1 of
            J. Bravo video and transcript; begin review of day 2 of J. Bravo video and transcript.

            Bridget J. Russell                  4.30 hrs.                    $ 2,612.25

06/09/21    Assist with preparation of exhibits in connection with expert deposition.

            William Z. Gutman                   2.40 hrs.                    $ 918.00

06/09/21    ████████████████████████████████████████████
            ███████████

                    ████████████          ████████          ████████

06/09/21    ████████████████████████████████████████████████
            ████████████████████████████████████████████████
            ███████████████████

                    ████████████          ████████          ████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 21, 2021
Invoice 340051102
Page 7 of 17

## FEE DETAIL

06/09/21    ████████████████████████████████████████████
████████████████████████████████████████
████████████████████

████████          █████████          ████████

06/10/21    Meetings with Andy Safir re deposition; defend deposition of Andy Safir.

Jill M. Pietrini                    9.10 hrs.              $ 6,142.50

06/10/21    Work on and review document production of M. Pittaoulis; emails and follow up with
J. Pietrini re damages case ;law and standards; email re expert deposition.

Theodore C. Max                 2.90 hrs.              $ 1,957.50

06/10/21    Reviewed WGACA document productions re outline of summary judgement.

Dylan J. Price                    1.20 hrs.              $ 780.00

06/10/21    Receive and review emails from J. Pietrini re deposition; continue collection and
review of documents for production in response to D. Franklyn subpoena; continue
review of session 2 of J. Bravo video and deposition.

Bridget J. Russell               2.90 hrs.              $ 1,761.75

06/10/21    Work on compiling and organizing deposition exhibits in connection with preparing
same for inclusion in database.

William Z. Gutman                .90 hrs.              $ 344.25

06/10/21    Imported WGACA's supplemental document production (volume 25) into the Firm's
document review platform and updated search indexes and email threading in
preparation for attorney review.

Lauren E. Doucette               .30 hrs.              $ 90.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 21, 2021
Invoice 340051102
Page 8 of 17

## **FEE DETAIL**

06/11/21    Work on and prepare outline re M. Pittaoulis deposition.

    Theodore C. Max        1.90 hrs.        $ 1,282.50

06/11/21    Reviewed latest productions to identify additional documents to use to support summary judgment motion.

    Dylan J. Price        3.70 hrs.        $ 2,405.00

06/11/21    Finalize production of D. Franklyn documents and facilitate production of same; finish review of additional documents produced; email with D. Price re same; continue review of session 2 of J. Bravo video and transcript.

    Bridget J. Russell        4.20 hrs.        $ 2,551.50

06/11/21    ███████████████████████

06/14/21    Correspondence with David Franklyn re deposition prepare and invoice,

    Jill M. Pietrini        .20 hrs.        $ 135.00

06/14/21    Review documents produced by Pittaoulis in preparation for deposition of M. Pittaoulis; email to D. Franklyn and Chane team re preparation for defending D. Franklyn's deposition.

    Theodore C. Max        4.20 hrs.        $ 2,835.00

06/14/21    Reviewed WGACA's supplemental productions for evidence in support of summary judgment motion; reviewed Joseph Bravo Rule 30(b)(6) deposition testimony; worked on summary judgment motion.

    Dylan J. Price        4.60 hrs.        $ 2,990.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 21, 2021
Invoice 340051102
Page 9 of 17

## **FEE DETAIL**

06/14/21    Receive and review emails re deposition preparation for D. Franklyn; review and analyze rebuttal expert report to Mr. Franklyn's report; continue video review of volume two of J. Bravo deposition.

Bridget J. Russell            5.90 hrs.            $ 3,584.25

06/14/21    Research database and compile documents for attorney review.

William Z. Gutman            1.80 hrs.            $ 688.50

06/15/21    Review Franklyn expert report, Defendants' rebuttal survey report, and research re Franklyn as an expert; correspondence with Franklyn re deposition preparation; confer with Bridget Russell re same.

Jill M. Pietrini            4.30 hrs.            $ 2,902.50

06/15/21    Review documents produced by M. Pittaoulis; email and follow up with D. Franklyn re M. Pittaoulis documents; review and research cases wherein surveys were used without control; review and read "Trademark and Deceptive Advertising Surveys"; email and follow up with J. Pietrini and B. Russell.

Theodore C. Max            5.20 hrs.            $ 3,510.00

06/15/21    Prepare for expert deposition; email T. Max re errata sheets; strategize with J. Pietrini re production of expert documentation; facilitate production of additional expert documents; review same; research re case law related to expert rebuttal reports; email J. Pietrini re expert preparation.

Bridget J. Russell            3.90 hrs.            $ 2,369.25

06/15/21    Compile, organize and index documents in connection with preparing same for expert deposition.

William Z. Gutman            2.60 hrs.            $ 994.50

06/15/21    ████████████████████████████████

████████        ████████        ████████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

## FEE DETAIL

| | | | |
|---|---|---|---|
| 06/16/21 | ████████████████████████ | | |
| | ████████████████ | | |
| | ██████████ | ██████ | ██████ |

06/16/21 | Teleconferences with Ted Max re deposition preparation for David Franklyn; telephone conference with David Franklyn, Mike Alley, and Ted Max for deposition preparation; review docket of Rockwell case for motions in limine against David Franklyn; correspondence with David Franklyn and Mike Alley re testimony from Defendants' witnesses re meaning of "Vintage" and age demographic; review case summaries re lack of a control in a survey; review summary of research by Beto Huerta of Defendant's website for new items; correspondence with survey expert re same; correspondence with opposing counsel re deposition of Franklyn and exhibits therefor.

| Jill M. Pietrini | 6.90 hrs. | $ 4,657.50 |
|---|---|---|

06/16/21 | Emails to J. Pietrini re survey cases with lack of control group; follow up with B. Russell and J. Pietrini; conference call with D. Franklyn, M. Alley and J. Pietrini re deposition preparation; follow up with B. Russell re same; review cases re lack of control; email and follow up with D. Franklyn and M. Alley re same.

| Theodore C. Max | 6.30 hrs. | $ 4,252.50 |
|---|---|---|

06/16/21 | Prepare for expert depositions; email opposing counsel re production; review additional documents for production; analyze documents and prior depositions related to expert opinions; continue analysis of rebuttal report; research survey control case law and related issues; email Jill and Ted re same.

| Bridget J. Russell | 6.90 hrs. | $ 4,191.75 |
|---|---|---|

06/16/21 | Research, download, compile and organize documents in connection with expert depositions.

| William Z. Gutman | 2.40 hrs. | $ 918.00 |
|---|---|---|

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 21, 2021
Invoice 340051102
Page 11 of 17

## FEE DETAIL



| | | | |
|---|---|---|---|
| 06/17/21 | Further preparation to defend deposition of David Franklyn; defend deposition of David Franklyn; teleconferences with David Franklyn re same; confer with Bridget Russell re information for deposition testimony; teleconferences with Ted Max re deposition of David Franklyn. | | |
| | Jill M. Pietrini | 10.20 hrs. | $ 6,885.00 |
| 06/17/21 | Prepare for and take deposition of M. Pittaoulis; email to D. Franklyn re deposition notice; emails to J. Pietrini and L. Turk re Rockwell case; work on and prepare outline re M. Pittaoulis; email to J. Pietrini re Ericksen case; emails and call with J. Pietrini and D. Franklyn; email to B. Gutman and B. Russell re deposition exhibits and preparation for M. Pittaoulis deposition. | | |
| | Theodore C. Max | 6.10 hrs. | $ 4,117.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    July 21, 2021
Theodore C. Max                                                                                     Invoice 340051102
                                                                                                   Page 12 of 17

## FEE DETAIL

06/17/21        Deposition of David Franklyn; receive and review email from D. DeCarlo re expert
                compensation; research case law re same; email J. Pietrini re same; prepare for Ms.
                Pittaoulis deposition; email and strategize with T. Max re same; review Von Mauer,
                Dillards and other pop-up shop related documents; email T. Max re same; facilitate
                receipt of rough transcript for review prior to M. Pittaoulis deposition.

                Bridget J. Russell                 10.60 hrs.                 $ 6,439.50

06/17/21        Compile, organize and index expert deposition exhibits and prepare electronic files re
                same in connection with assisting with deposition preparation.

                William Z. Gutman                  4.90 hrs.                  $ 1,874.25

06/18/21        Teleconferences with Ted Max re deposition of Defendants' survey expert.

                Jill M. Pietrini                   .80 hrs.                   $ 540.00

06/18/21        Deposition of M. Pittaoullis of NERA; emails and follow up with J. Pietrini and B.
                Russell re same; follow up re discovery issues.

                Theodore C. Max                    9.30 hrs.                  $ 6,277.50

06/18/21        Review and mark rough transcript of D. Franklyn transcript; gather exhibits for T.
                Max; draft additional questions for Pittaoulis deposition; strategize with T. Max re
                same.

                Bridget J. Russell                 5.40 hrs.                  $ 3,280.50

06/18/21        Attend expert deposition and prepare exhibits re same. .

                William Z. Gutman                  8.50 hrs.                  $ 3,251.25

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

### <u>FEE DETAIL</u>

| | | | |
|---|---|---|---|
| 06/21/21 | Review case re reimbursement of expert deposition costs; correspondence with opposing counsel re same; correspondence with financial expert re revised deposition invoice and documents to be produced; correspondence with survey expert re deposition invoice; confer with Bridget Russell re same; review document from Customer to Defendant re fake Chanel products. | | |
| | Jill M. Pietrini | .90 hrs. | $ 607.50 |
| 06/21/21 | Emails and follow up re deposition follow up and preparation of Errata; email with B. Russell re same. | | |
| | Theodore C. Max | .70 hrs. | $ 472.50 |
| 06/21/21 | Review expert compensation cases and summarize same for J, Pietrini; revise email to opposing counsel re same; facilitate production of additional documents; email experts re invoices and additional documentation; review session 3 of J. Bravo deposition and video. | | |
| | Bridget J. Russell | 4.20 hrs. | $ 2,551.50 |
| 06/21/21 | ████████████████████ | | |
| 06/21/21 | ████████████████████ | | |
| 06/22/21 | Follow up re preparation of Errata concerning depositions and transcripts with Bill Gutman. | | |
| | Theodore C. Max | .30 hrs. | $ 202.50 |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

| | | | |
|---|---|---|---|
| 06/22/21 | Review session 3 of J, Bravo video and deposition. | | |
| | Bridget J. Russell | 3.20 hrs. | $ 1,944.00 |
| 06/22/21 | Supplement database and exhibits log with new additions. | | |
| | William Z. Gutman | 1.50 hrs. | $ 573.75 |
| 06/23/21 | Follow up regarding Errata; follow up re scheduling and review of C. Girardi and A. Gaudet deposition transcripts. | | |
| | Theodore C. Max | .30 hrs. | $ 202.50 |
| 06/23/21 | Review and compile documents for attorney review. | | |
| | William Z. Gutman | 1.80 hrs. | $ 688.50 |
| 06/25/21 | Compile and organize documents for attorney review. | | |
| | William Z. Gutman | 1.00 hrs. | $ 382.50 |
| 06/25/21 | ████████████████████████████████ ████████████████ | ████ | ████ |
| 06/28/21 | Work on and review transcript of Claudio Girardi and prepare Errata Sheet. | | |
| | Theodore C. Max | 3.70 hrs. | $ 2,497.50 |
| 06/28/21 | Review draft erratas and revise translation errors. | | |
| | Bridget J. Russell | 3.20 hrs. | $ 1,944.00 |
| 06/28/21 | Compile and organize deposition documents for attorney review. | | |
| | William Z. Gutman | 1.00 hrs. | $ 382.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

06/29/21    Review transcript of C. Girardi deposition; prepare Errata sheet.

        Theodore C. Max        3.70 hrs.        $ 2,497.50

06/29/21    Continue to revise translation errors in erratas.

        Bridget J. Russell        3.70 hrs.        $ 2,247.75

06/29/21    Supplement deposition transcripts and exhibits database and indices.

        William Z. Gutman        1.50 hrs.        $ 573.75

06/30/21    Work on and review transcript of C. Girardi; follow up with B. Russell re Errata sheets.

        Theodore C. Max        1.20 hrs.        $ 810.00

06/30/21    Finalize erratas and email T. Max re same; continue drafting separate statement and review D. Price draft of same.

        Bridget J. Russell        5.20 hrs.        $ 3,159.00

06/30/21    Complete supplementing deposition transcripts and exhibits database and indices.

        William Z. Gutman        1.60 hrs.        $ 612.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 55.50 | $ 675.00 | $ 37,462.50 |
| Theodore C. Max | 60.20 | $ 675.00 | $ 40,635.00 |
| Dylan J. Price | 9.50 | $ 650.00 | $ 6,175.00 |
| Bridget J. Russell | 85.90 | $ 607.50 | $ 52,184.25 |
| William Z. Gutman | 45.10 | $ 382.50 | $ 17,250.75 |
| ███████ | ███ | ███ | ███ |
| Steven Molina | 1.50 | $ 234.00 | $ 351.00 |
| ███ Doucette | .30 | $ 300.00 | $ 90.00 |

**Total Fees for Professional Services**          $ 160,534.90

## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Chex | 128.25 |
| Court Reporter Fee | 1,734.90 |
| Duplication | 109.20 |
| Federal Express | 239.36 |
| Legal Research | 19.50 |
| Lexis Research | 1,795.50 |
| Transcripts and Depositions | 1,183.25 |
| WestLaw Research | 3,330.90 |

**Total Disbursements**          $ 8,540.86

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 21, 2021
Invoice 340051102
Page 17 of 17

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/22/21 | 340050283 | 74,585.03 | 63,158.10 | 11,426.93 | 0.00 | $ 74,585.03 |
| | | | | Total Outstanding Fees and Disbursements | | $ 74,585.03 |
| | | | | Interest on Outstanding A/R | | 5,948.95 |
| | | | | Fees and Disbursements Due for this Invoice | | 169,075.76 |
| | | | | **Total Due For This Matter** | | **$ 249,609.74** |

### 2021 Billing History for Chanel vs Pines Vintage

| Date | Bill # | Matter Name | Month of Services Rendered | Total Billed | Status |
|---|---|---|---|---|---|
| 2/25/2021 | 340047003 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | January '21 | $231,198.56 | Settled |
| 3/25/2021 | 340047858 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | February '21 | $202,040.05 | Settled |
| 4/28/2021 | 340048733 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | March '21 | $135,866.52 | Settled |
| 5/26/2021 | 340049580 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | April '21 | $94,998.15 | Settled |
| 6/22/2021 | 340050283 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | May '21 | $74,585.03 | Outstanding |
| 7/21/2021 | 340051102 | Chanel USA, Inc. - vs - Pines Vintage, Inc., | June '21 | $169,075.76 | Outstanding |
| | | **GRAND TOTAL** | | **$907,764.07** | |

**<u>Aug. 2021 Invoice</u>**

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                          SMRH Tax ID 95-1463164
Head of Intellectual Property                               August 31, 2021
Chanel USA, Inc.                                            Invoice 340052465
9 W. 57th Street
New York, NY 10019

Our Matter No.       18WZ-264490
                     Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:        Theodore C. Max

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2021

Current Fees                          $  195,781.40
Current Disbursements                 $   37,017.31

Total Current Activity                                $  232,798.71
Prior Payment Received                                $  (37,017.31)
Total Due for This Invoice                            $  195,781.40

---

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
August 31, 2021
Invoice 340052465

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2021

| | |
|---|---|
| Current Fees | $ 195,781.40 |
| Current Disbursements | $ 37,017.31 |
| Total Current Activity | $ 232,798.71 |
| Prior Payment Received | $ (37,017.31) |
| Total Due for This Invoice | $ 195,781.40 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:      Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St    Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    August 31, 2021
Theodore C. Max                                                                            Invoice 340052465
                                                                                          Page 2 of 20

FOR PROFESSIONAL SERVICES THROUGH 07/31/21

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 07/01/21 | Supplement deposition indices and databases. | | |
| | William Z. Gutman | .80 hrs. | $ 306.00 |
| 07/01/21 | ██████████████████████████████████ | | |
| | ███████████ | ██████ | █████ |
| 07/02/21 | Emails with B. Gutman re deposition transcripts; emails to A. Gaudet and C. Girardi re review of depositions and errata. | | |
| | Theodore C. Max | 1.30 hrs. | $ 877.50 |
| 07/02/21 | Index deposition exhibits. | | |
| | William Z. Gutman | .90 hrs. | $ 344.25 |
| 07/06/21 | Conferred with Ms. Russell re summary judgment motion; Reviewed D. Franklyn deposition transcript. | | |
| | Dylan J. Price | 2.20 hrs. | $ 1,430.00 |
| 07/07/21 | Confer with Dylan Price re Motion for Summary Judgment; correspondence with survey expert re revised invoice; correspondence with financial expert re invoice; confer with Bridget Russell re submission of deposition invoices for payment from opposing counsel and review of survey expert deposition transcript. | | |
| | Jill M. Pietrini | .40 hrs. | $ 270.00 |
| 07/07/21 | Conference call with D. Price re motion for summary judgment and status and follow up; discussion re legal issues and defenses. | | |
| | Theodore C. Max | 1.10 hrs. | $ 742.50 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 31, 2021
Invoice 340052465
Page 3 of 20

## **FEE DETAIL**

07/07/21    Conference call with Ted Max re summary judgment motion; Conferred with Bridget Russell re Rule 56.1 statement and supporting deposition testimony; Reviewed and analyzed deposition testimony for use in support of summary judgment motion.

Dylan J. Price    2.60 hrs.    $ 1,690.00

07/07/21    Work on various projects in connection with organizing deposition related documents.

William Z. Gutman    2.10 hrs.    $ 803.25

07/08/21    Corresponded with Mr. Max re Fendi counterfeiting case; Reviewed Fendi case for inclusion in Chanel's summary judgment motion.

Dylan J. Price    .60 hrs.    $ 390.00

07/08/21    Email D. Franklyn re invoice and deposition; email A. Safir re deposition; continue drafting Rule 56.1 statement and reviewing evidence in support thereof.

Bridget J. Russell    3.60 hrs.    $ 2,187.00

07/08/21    Work on various projects in connection with organizing deposition related documents.

William Z. Gutman    3.50 hrs.    $ 1,338.75

07/08/21    Generated searches based on production specs, then prepared production by applying electronic bates numbering and finalized production by exporting and applying quality control to production set.

Steven Molina    .50 hrs.    $ 117.00

07/09/21    ██████████████████████████████
██████████████████████████

██████████    ████    ████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                August 31, 2021
Theodore C. Max                                                                                                                                    Invoice 340052465
                                                                                                                                                           Page 4 of 20

## **FEE DETAIL**

07/09/21          Emails and follow up re Fendi Rule 56.1 and follow up; email to D. Sweat re same;
                         follow up with B. Russell re Rule 56.1 Statement and status re same.

                                  Theodore C. Max                          .90 hrs.                      $ 607.50

07/09/21          Conferred regarding research for motion for summary judgment.

                                  Tyler E. Baker                             .30 hrs.                      $ 187.50

07/09/21          Draft 56.1 statement; review evidence and gather support for same; draft memorandum
                         of points and authorities outline.

                                  Bridget J. Russell                       4.80 hrs.                    $ 2,916.00

07/09/21          Compile and organize documents in connection with preparing same for attorney
                         review.

                                  William Z. Gutman                      1.40 hrs.                      $ 535.50

07/10/21          Draft 56.1 Statement; review evidence and gather support for same.

                                  Bridget J. Russell                       2.90 hrs.                    $ 1,761.75

07/11/21          Draft 56.1 Statement; review evidence and gather support for same; draft memorandum
                         of points and authorities; research damages issues for false advertising claim.

                                  Bridget J. Russell                       5.40 hrs.                    $ 3,280.50

07/12/21          ███████████████████████████████████████
                         ██████████████████████████████

                                  ████████████          ████████          ████████

07/12/21          Teleconference with Bridget Russell re Motion for Summary Judgment and damages
                         issues.

                                  Jill M. Pietrini                            .30 hrs.                      $ 202.50

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 31, 2021
Invoice 340052465
Page 5 of 20

## **FEE DETAIL**

07/12/21    Work on and review and revise draft Rule 56.1 Statement of Material Facts; emails and calls with B. Russell re same; emails to A. Gaudet and C. Girardi re follow up.

Theodore C. Max                    5.90 hrs.                $ 3,982.50

07/12/21    Reviewed revised draft of Chanel's 56.1 statement.

Dylan J. Price                    .40 hrs.                $ 260.00

07/12/21    Draft 56.1 Statement; review evidence and gather support for same.

Bridget J. Russell                    7.40 hrs.                $ 4,495.50

07/12/21    Perform various tasks related to case management in connection with discovery matters.

William Z. Gutman                    1.10 hrs.                $ 420.75

07/13/21    ███████████████████████████████
            ████████████████████████

            ████████        ██████        ████████

07/13/21    Work on Rule 56.1 Statement; email to B. Russell re status.

Theodore C. Max                    5.10 hrs.                $ 3,442.50

07/13/21    Continue drafting Statement 56.1 and reviewing evidence in support thereof; receive and review emails from T. Max re same.

Bridget J. Russell                    3.60 hrs.                $ 2,187.00

07/13/21    Perform various tasks related to case management in connection with discovery matters.

William Z. Gutman                    .50 hrs.                $ 191.25

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                 August 31, 2021
Theodore C. Max                                                                                                        Invoice 340052465
                                                                                                                      Page 6 of 20

## FEE DETAIL



| 07/14/21 | Read and review draft 56.1 Statement; email to A. Gaudet re preparation of Errata and preparation of Declaration re search for purported email to A. Maroon; email to C. Girardi re Errata. |

Theodore C. Max                        6.70 hrs.                     $ 4,522.50

07/14/21    Call with Ted Max to discuss status of summary judgment motion and statement of facts; Performed research in support of summary judgment motion re burden and proof and admissibility of evidence concerning authentication of goods.

Dylan J. Price                         2.20 hrs.                     $ 1,430.00

07/14/21    Research database and compile documents for attorney review. Perform various tasks related to case management in connection with discovery matters.

William Z. Gutman                      1.10 hrs.                     $ 420.75

07/15/21    Email and call with C. Girardi re Errata and email to C. Girardi re draft Errata; email to J. Bravo re call re Declaration in Support of Summary Judgment,;  work on and review and revise draft 56.1 Statement; work on and add sections of Rule 56.1 Statement.

Theodore C. Max                        6.10 hrs.                     $ 4,117.50

07/15/21    Performed research re summary judgment cases involving false advertising under the Lanham Act and NY law; Reviewed standing requirements under Lexmark; Reviewed evidence in support of false advertising claim; Reviewed revised Rule 56.1 separate statement.

Dylan J. Price                         4.30 hrs.                     $ 2,795.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 31, 2021
Invoice 340052465
Page 7 of 20

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 07/15/21 | Research database and compile documents for attorney review. Perform various tasks related to case management in connection with discovery matters and preparing MSJ. | | |
| | William Z. Gutman | 2.20 hrs. | $ 841.50 |
| 07/15/21 | ███████████████████████████████████████<br>████████ | | |
| | ████████████ | ████████ | ████████ |
| 07/16/21 | Work on and revise draft 56.1 Statement; email and follow up with A. Gaudet; work on and revise draft 56.1 Statement;  email with Word Processing re same. | | |
| | Theodore C. Max | 7.50 hrs. | $ 5,062.50 |
| 07/16/21 | Performed further research re presumption of harm in false advertising cases under the Lanham Act and NY law where statements at issue were found to be literally false; telephone call with Ted Max re summary judgment arguments and strategy. | | |
| | Dylan J. Price | 2.20 hrs. | $ 1,430.00 |
| 07/16/21 | Research database and compile documents for attorney review. Perform various tasks related to case management in connection with discovery matters and preparing MSJ. | | |
| | William Z. Gutman | 1.50 hrs. | $ 573.75 |
| 07/18/21 | Work on and revise draft 56.1 Statement; email to B. Russell; email to A. Gaudet re Errata and email. | | |
| | Theodore C. Max | 4.10 hrs. | $ 2,767.50 |
| 07/19/21 | Emails and follow up with B. Russell; work on and review revised Rule 56.1 Statement and follow up with Memorandum of Law in Support of Motion for Partial Summary Judgment; conference call with A. Gaudet re Errata sheet. | | |
| | Theodore C. Max | 5.60 hrs. | $ 3,780.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 31, 2021
Invoice 340052465
Page 8 of 20

## FEE DETAIL

07/19/21    Researched, compiled and organized documents for attorney review.

William Z. Gutman                      1.60 hrs.              $ 612.00

07/19/21    ███████████████████████████████████████████
███████████████

███████████              ███████              ███████

07/20/21    Telephone conference with Ted Max, Lora Moffat and Robin Gruber re Motion for
Summary Judgment claims and strategy; telephone conference with Dylan Price re
same; review of outline of Motion for Summary Judgment brief.

Jill M. Pietrini                       1.10 hrs.              $ 742.50

07/20/21    Work on and revise Rule 56.1 Statement of Materials; work on and prepare section re
Summary Judgment Against Defendants' Affirmative Defenses;  work on a review
cases re use of Serial Number in authentication of genuineness; email to J. Bravo re
Declaration in Support of Summary Judgment;  emails re Supplemental Declaration for
A. Gaudet; email working re A. Gaudet re Errata;  emails with B. Russell re status of
draft and supporting information.

Theodore C. Max                        5.70 hrs.             $ 3,847.50

07/20/21    Reviewed and revised Chanel's motion for summary judgment; Reviewed additional
case law supporting counterfeiting claims.

Dylan J. Price                         4.80 hrs.             $ 3,120.00

07/20/21    Performed legal research in connection with summary judgment motion.  Reviewed
case law and drafted research summary for T. Max.

Tyler E. Baker                          .90 hrs.              $ 562.50

07/20/21    Researched, compiled and organized documents for attorney review.

William Z. Gutman                       .50 hrs.              $ 191.25

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     August 31, 2021
Theodore C. Max                                                                            Invoice 340052465
                                                                                          Page 9 of 20

## FEE DETAIL

07/21/21    Conference call with J. Bravo re declaration and review and revise draft declaration;
            work on draft 56.1 and Memorandum of Law; calls and follow up with B. Russell;
            work on and review Memorandum of Law.' emails to C. Girardi re Errata and J. Bravo
            re draft Declaration.

            Theodore C. Max                    8.70 hrs.                    $ 5,872.50

07/21/21    Performed additional research concerning issues of burden of proof on counterfeiting
            claims relating to database records for summary judgment motion.  Reviewed docket
            entries in similar cases.  Emailed with T. Max

            Tyler E. Baker                     1.90 hrs.                    $ 1,187.50

07/21/21    ███████████████████████████████████████████████████

            ████████              ████████              ████████

07/21/21    Researched, compiled and organized documents for attorney review.

            William Z. Gutman                  1.30 hrs.                    $  497.25

07/21/21    Updated TextMap deposition repository with video files.

            Steven Molina                       .80 hrs.                    $  187.20

07/22/21    Telephone conference with Bridget Russell re Motion for Summary Judgment brief and
            evidence therefor.

            Jill M. Pietrini                    .20 hrs.                    $  135.00

07/22/21    ████████████████████████████████████████████████████
            ████████████████████████████.

            ████████              ████████              ████████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.              August 31, 2021
Theodore C. Max                                                                                        Invoice 340052465
                                                                                                       Page 10 of 20

## FEE DETAIL

| | | | |
|---|---|---|---|
| 07/22/21 | Work on and review and revise draft Declaration of J. Bravo; email to B. Russell re Declaration of J. green; work on and revise draft Memorandum of Law in Support of Summary Judgment; follow up with T. Baker re research on use of Serial Numbers for authentication. | | |
| | Theodore C. Max | 4.90 hrs. | $ 3,307.50 |
| 07/22/21 | Reviewed further revisions to Chanel's motion for summary judgment. | | |
| | Dylan J. Price | .70 hrs. | $ 455.00 |
| 07/22/21 | Performed case law research on spot issues for summary judgment motion.  Emailed with T. Max regarding same. | | |
| | Tyler E. Baker | 1.90 hrs. | $ 1,187.50 |
| 07/22/21 | Review, analysis and organization of documents in connection with preparing MSJ, confer with reporting service re outstanding deposition videos. | | |
| | William Z. Gutman | 2.10 hrs. | $ 803.25 |
| 07/23/21 | Revise brief and declarations of Joyce Green and Joseph Bravo in support of Chanel's Motion for Summary Judgment; confer with Bridget Russell, Dylan Price and Ted Max re same. | | |
| | Jill M. Pietrini | 3.70 hrs. | $ 2,497.50 |
| 07/23/21 | Work on and revise Memorandum of Law; work on and revise draft J. Green Declaration in Support of Motion for Summary Judgment; work on and revise draft Declaration of L. Moffatt re Motion for Sealing;; emails with L. Moffatt and R. Gruber re same; emails and calls with B. Russell and D. Price; follow up with J. Pietrini re same. | | |
| | Theodore C. Max | 6.20 hrs. | $ 4,185.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 31, 2021
Invoice 340052465
Page 11 of 20

## FEE DETAIL

07/23/21    Reviewed and revised response letter to Plaintiff's counsel; Telephone call with Ted Max to discuss summary judgment brief and strategy; Conferred with Ms. Russell re summary judgment motion;; Reviewed revised declarations in support of summary judgment motion; Reviewed revised motion.

        Dylan J. Price             2.30 hrs.        $ 1,495.00

07/23/21    Drafted and revised Moffatt declaration in support of motion to seal for MSJ.  Drafted and revised letter motion for sealing order.  Reviewed docket materials in connection with same.  Conferred with T. Max regarding same.

        Tyler E. Baker             2.90 hrs.        $ 1,812.50

07/23/21    Work on designating deposition testimony, and compiling exhibits in connection with assisting with MSJ preparation.

        William Z. Gutman        3.50 hrs.        $ 1,338.75

07/23/21    Imported and updated TextMap repository with 8 video transcripts.

        Steven Molina             1.80 hrs.        $ 421.20

07/24/21    Reviewed and revised Chanel's motion for summary judgment.

        Dylan J. Price             4.20 hrs.        $ 2,730.00

07/24/21    Revise motion for summary judgment, client declarations and separate statement.

        Bridget J. Russell         8.20 hrs.        $ 4,981.50

07/24/21    Work on designating deposition testimony, and compiling exhibits in connection with assisting with MSJ preparation.

        William Z. Gutman        5.90 hrs.        $ 2,256.75

07/24/21    Assisted B. Russell in locating and pulling documents and exhibits for MSJ filing.

        Steven Molina             3.40 hrs.        $ 795.60

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    August 31, 2021
Theodore C. Max    Invoice 340052465
    Page 12 of 20

## FEE DETAIL

| | | | |
|---|---|---|---|
| 07/24/21 | Loaded video transcripts in review platform Text Map and reorganized files for attorney review.. | | |
| | Steven Molina | .70 hrs. | $ 163.80 |

| | | | |
|---|---|---|---|
| 07/25/21 | Work on and review draft Memorandum of Law; work on and review Declaration of Lora Moffatt in Support of Motion for Partial Summary Judgment; work on and review Rule 56.1 Statement; calls with B. Russell re exhibits and supporting materials; follow up with D. Price and Jill Pietrini re Memorandum of Law; email to L. Moffatt and R. Gruber re J. Green Declaration; email to R. Gruber and L. MOffatt re Memorandum of Law. | | |
| | Theodore C. Max | 9.10 hrs. | $ 6,142.50 |

| | | | |
|---|---|---|---|
| 07/25/21 | Telephone call with Ted Max re summary judgment briefing; Reviewed Second Circuit case law on false advertising injury; Reviewed Joyce Green deposition testimony on issues of harm from false advertisements; Reviewed and revised MSJ brief; Reviewed and revised Rule 56.1 statement; Reviewed Devyn Shaughnessy deposition testimony for testimony to support Rule 56.1 statement; Reviewed and revised Rule 56.1 statement; Reviewed documents to identify documents and testimony to be filed under seal. | | |
| | Dylan J. Price | 6.60 hrs. | $ 4,290.00 |

| | | | |
|---|---|---|---|
| 07/25/21 | Continue revising Rule 56.1 statement and draft Russell Declaration. | | |
| | Bridget J. Russell | 11.70 hrs. | $ 7,107.75 |

| | | | |
|---|---|---|---|
| 07/25/21 | Work on designating deposition testimony, and compiling exhibits in connection with assisting with MSJ preparation. | | |
| | William Z. Gutman | 12.50 hrs. | $ 4,781.25 |

| | | | |
|---|---|---|---|
| 07/26/21 | Revise Motion for Summary Judgment brief; correspondence with opposing counsel re production of Gaudet email; confer with Ted Max re Motion for Summary Judgment; revise Statement of Undisputed Facts; confer with Bridget Russell re same. | | |
| | Jill M. Pietrini | 3.50 hrs. | $ 2,362.50 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 31, 2021
Invoice 340052465
Page 13 of 20

## FEE DETAIL

07/26/21    Work on and revise draft Memorandum of Law; work on and revise draft Declaration of L. Moffatt and emails to L. Moffatt re same; email to C. Girardi re Errata Sheet; emails and calls with D. Price and B. Russell re papers in support of summary judgment; coordination with L. Tenza and D. Sweat re filing; work on Motion in Support of Sealing; emails and follow up with L. Moffatt re same; work on and receive comments from Chanel re Memorandum of Law; follow up re filing and emails with L. Moffat re comments on Declaration in Support and Motion in Support of Sealing.

    Theodore C. Max              9.40 hrs.            $ 6,345.00

07/26/21    Worked on Chanel's motion for summary judgment; Worked on sealing motion and declarations; Reviewed exhibits in support of Chanel's motion for summary judgment; Worked on declarations in support of Chanel's summary judgment motion.

    Dylan J. Price               6.60 hrs.            $ 4,290.00

07/26/21    Performed legal research for spot issues for MSJ.  Reviewed past docket materials in connection with exhibit preparation for T. Max.  Conferred with T. Max regarding same.  Reviewed draft MSJ documents.

    Tyler E. Baker               1.90 hrs.            $ 1,187.50

07/26/21    Finalize motion for summary judgment and related filings.

    Bridget J. Russell          12.30 hrs.            $ 7,472.25

07/26/21    

07/26/21    Work on designating deposition testimony, and compiling exhibits in connection with assisting with MSJ preparation.

    William Z. Gutman           10.50 hrs.            $ 4,016.25

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 31, 2021
Invoice 340052465
Page 14 of 20

## FEE DETAIL

07/26/21    Assisted B. Russell in locating articles associated with 184 bag and trademark registration documents for MSJ filing.

Steven Molina                    2.70 hrs.            $ 631.80

07/26/21    ████████████████████████████████████████

████████████        ████████        ████████

07/26/21    Assisted in preparation of plaintiff's voluminous motion for summary judgment; electronically filed same with Southern District of New York Court; conferred with team regarding all.

Leigh A. Tencza                  6.20 hrs.            $ 1,757.70

07/27/21    Telephone conference with Bridget Russell re opposition to Defendant's Motion for Summary Judgment; review letter to court re Motion for Summary Judgment filing.

Jill M. Pietrini                 .50 hrs.            $ 337.50

07/27/21    Work on and prepare letter to Judge Stanton re technical difficulties and service; email and follow up with A. Gaudet re declaration re email and follow up re Errata for C. Girardi and A. Gaudet; prepare, review and revise A. Gaudet Supplemental Declaration; email with L. Moffatt and R. Gruber re status call.

Theodore C. Max                  5.60 hrs.            $ 3,780.00

07/27/21    Reviewed and revised letter to Court re filing; Telephone call with Ted Max re summary judgment issues; Reviewed and analyzed WGACA's motion for summary judgment; Reviewed and analyzed evidence cited by WGACA in support of summary judgment motion.

Dylan J. Price                   3.80 hrs.            $ 2,470.00

07/27/21    Finalize public filing of MSJ and related documents.

Bridget J. Russell               2.20 hrs.            $ 1,336.50

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 31, 2021
Invoice 340052465
Page 15 of 20

## FEE DETAIL

07/27/21     Research database for documents re various topics. Review, proof and edit document files re MSJ.

|  | | |
|---|---|---|
| William Z. Gutman | 1.50 hrs. | $ 573.75 |

07/27/21     Continued issues re MSJ, filing Bridget Russell letter re delay.

|  | | |
|---|---|---|
| Daniel M. Sweat | .50 hrs. | $ 92.25 |

07/27/21     Downloaded and compiled electronic court file-stamped copies of plaintiff's and defendants' motions for summary judgment; email communications with team regarding same.

|  | | |
|---|---|---|
| Leigh A. Tencza | 2.20 hrs. | $ 623.70 |

07/28/21     Telephone conference with Ted Max re opposition to Defendants' Motion for Summary Judgment; telephone conferences with Dylan Price re same and strategy of the opposition; review Defendants' brief in support of Defendants' Motion for Summary Judgment; telephone conference with Ted Max, Robin Gruber, and Lora Max re Plaintiff's Motion for Summary Judgment and Defendants' Motion for Summary Judgment and opposition thereto; review emails with Mr. Maroon re Plaza ad; confer with Dylan Price and Ted Max re same; correspondence with opposing counsel re same.

|  | | |
|---|---|---|
| Jill M. Pietrini | 3.10 hrs. | $ 2,092.50 |

07/28/21     Work on and prepare email to D. DeCarlo; email and follow up with A. Gaudet re Supplemental Declaration of A. Gaudet; conference call with D. Price re response to email from D. DeCarlo; conference call with A. Gaudet re draft declaration; emails and follow up with J. Pietrini re conference call with L. Moffatt and R. Gruber; conference call with J. Pietrini, L. Moffatt and R. Gruber re strategy and follow up with Motions for Summary Judgment.

|  | | |
|---|---|---|
| Theodore C. Max | 5.10 hrs. | $ 3,442.50 |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 31, 2021
Invoice 340052465
Page 16 of 20

## FEE DETAIL

07/28/21    Reviewed and revised draft emails to opposing counsel and declaration of Andrea Gaudet; Telephone calls with Ted Max and Jill Pietrini re WGACA's summary judgment motion and analysis of arguments made therein.

Dylan J. Price                          2.80 hrs.                    $ 1,820.00

07/28/21    Review motion for summary judgment; emails and call re actual confusion emails and evidence.

Bridget J. Russell                      2.40 hrs.                    $ 1,458.00

07/28/21    Prepare documents for production to opposing counsel.  Research database and compile documents for attorney review.

William Z. Gutman                       1.50 hrs.                    $ 573.75

07/28/21    ████████████████████████████████████████
            ████████████████████████

            ██████████          ████████          ████████

07/28/21    ████████████████████████████████████████████
            ████████████████████████████████████████████
            ████████████████████

            ████████████          ████████          ████████

07/29/21    Work on response to D. DeCarlo emails; emails and follow up with D. Price re same.

Theodore C. Max                         1.10 hrs.                    $ 742.50

07/29/21    Reviewed correspondence from opposing counsel re actual confusion evidence; Telephone cal with Ted Max re response to opposing counsel; Performed research re initial disclosure obligations under Rule 26 and applicability of attorney work product doctrine to the identities of witnesses.

Dylan J. Price                          3.40 hrs.                    $ 2,210.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.            August 31, 2021
Theodore C. Max                                                                                    Invoice 340052465
                                                                                                  Page 17 of 20

## **FEE DETAIL**

07/29/21    Call with Judge Steinton's re filing; facilitate provision of courtesy copy; review
            defendants opposition and evidence; emails re same; call with D. Price re same.

            Bridget J. Russell                    3.70 hrs.                    $ 2,247.75

07/29/21    Coordinated and supervised preparation of copy of voluminous motion for summary
            judgment papers to be submitted to Judge Stanton pursuant to rules.

            Leigh A. Tencza                       1.90 hrs.                    $ 538.65

07/30/21    Correspondence with opposing counsel re emails with Australian consumer; confer
            with Ted Max and Dylan Price.

            Jill M. Pietrini                      .50 hrs.                     $ 337.50

07/30/21    Emails and follow up with D. DeCarlo re discovery issues re A. Gaudet deposition;
            emails and follow up with D. Price re response to D. DeCarlo deposition;  review draft
            email and case law re same; email with D. Price re same and follow up with J. Pietrini
            re same; review Exhibit 1010 and sales dates of 50 WGACA items and follow up re
            laches defense and sales between 2014 and 2019.; prepare and revise draft cover letter
            to Court with courtesy copies.

            Theodore C. Max                       4.70 hrs.                    $ 3,172.50

07/30/21    Reviewed and revised response to counsel for WGACA re consumer confusion
            evidence; Telephone call with Jill Pietrini re issues raised by WGACA re consumer
            confusion evidence; Performed additional research re work production protection to
            identity of witnesses; Worked on outline of Chanel's opposition to WGACA's MSJ.

            Dylan J. Price                        3.10 hrs.                    $ 2,015.00

07/30/21    Email T. Max re discovery issues; recieve and review emails actual confusion
            evidence.

            Bridget J. Russell                    .90 hrs.                     $ 546.75

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 31, 2021
Invoice 340052465
Page 18 of 20

## FEE DETAIL

07/30/21    ██████████████████████████

████████        ███████        ███████

07/30/21    Coordinated and supervised preparation of copy of voluminous motion for summary judgment papers to be submitted to Judge Stanton pursuant to rules; prepared letter to Judge Stanton enclosing same; email communications with team regarding all.

Leigh A. Tencza                2.50 hrs.                $ 708.75

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 13.30 | $ 675.00 | $ 8,977.50 |
| Theodore C. Max | 105.90 | $ 675.00 | $ 71,482.50 |
| Dylan J. Price | 52.80 | $ 650.00 | $ 34,320.00 |
| Bridget J. Russell | 69.10 | $ 607.50 | $ 41,978.25 |
| Tyler E. Baker | 9.80 | $ 625.00 | $ 6,125.00 |
| ████ | █ | █ | █ |
| William Z. Gutman | 56.00 | $ 382.50 | $ 21,420.00 |
| ████ | █ | █ | █ |
| Leigh A. Tencza | 12.80 | $ 283.50 | $ 3,628.80 |
| ████ | █ | █ | █ |
| Steven Molina | 9.90 | $ 234.00 | $ 2,316.60 |
| ████ | █ | █ | █ |

**Total Fees for Professional Services**            **$ 195,781.40**

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    August 31, 2021
Theodore C. Max                                                                                             Invoice 340052465
                                                                                                          Page 19 of 20

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/21 | NPD Logistics - Inv #1472-2688 Acct #1472 - Messenger services on 07/30/21 - U.S. Southern District Court | 59.18 |
| 05/30/21 | E-Discovery Monthly Data Hosting Fees, 182.41 Gigabytes. | 3,648.25 |
| 06/30/21 | E-Discovery Monthly Data Hosting Fees, 183.47 Gigabytes. | 3,669.33 |
| 07/29/21 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 7/31/2021 | 56.50 |
| 02/24/21 | iDiscover, LLC - Inv# 83333 - Graphs/Charts/Photos | 157.57 |
| 07/06/21 | Veritext - Inv# 5109725 - Original with 1 certified transcript for Deposition of Melissa Pittaoulis | 3,347.75 |
| 07/13/21 | Veritext - Inv#5128440 - Video - Digitizing & Transcript Synchronization - Witness: Melissa Pittaoulis | 2,545.00 |
| 07/14/21 | Veritext - Inv# 5130477 - Deposition of Witness Henry J. Kahrs | 1,276.00 |
| 07/26/21 | Ben Hyatt Certified Deposition Reporters - Inv#1169268 - Synchronized DVDs for: Adrienne Hahn (Video Services Via Zoom) | 675.00 |
| 07/26/21 | Ben Hyatt Certified Deposition Reporters - Inv#1169271 - Synchronized DVDs for: Lora Moffatt (Video Services Via Zoom) | 540.00 |
| 07/26/21 | Ben Hyatt Certified Deposition Reporters - One Certified Transcript of: Robin Gruber | 1,722.50 |
| 07/26/21 | Ben Hyatt Certified Deposition Reporters - Inv#1169270 - Synchronized DVDs for: Robin Gruber, V.2 (30(b)(6) and individually) (Video Services) | 810.00 |
| 11/23/20 | Transperfect Translations - Inv#2009486 - Italian to English Translation | 2,117.63 |
| 07/12/21 | Westlaw research by Russell, Bridget, on 7/12/2021. | 309.60 |
| 07/14/21 | Westlaw research by Price, Dylan, on 7/14/2021. | 309.60 |
| 07/15/21 | Westlaw research by Russell, Bridget, on 7/15/2021. | 154.80 |
| 07/16/21 | Westlaw research by Price, Dylan, on 7/16/2021. | 309.60 |
| 07/17/21 | Westlaw research by Russell, Bridget, on 7/17/2021. | 154.80 |
| 07/18/21 | Westlaw research by Russell, Bridget, on 7/18/2021. | 1,115.10 |
| 07/19/21 | Westlaw research by Russell, Bridget, on 7/19/2021. | 3,560.40 |
| 07/20/21 | Westlaw research by Baker, Tyler, on 7/20/2021. | 3,017.70 |
| 07/20/21 | Westlaw research by Russell, Bridget, on 7/20/2021. | 542.70 |
| 07/21/21 | Westlaw research by Baker, Tyler, on 7/21/2021. | 441.00 |
| 07/23/21 | Westlaw research by Russell, Bridget, on 7/23/2021. | 1,781.10 |
| 07/24/21 | Westlaw research by Russell, Bridget, on 7/24/2021. | 464.40 |
| 07/29/21 | Westlaw research by Price, Dylan, on 7/29/2021. | 3,814.20 |
| 07/30/21 | Westlaw research by Price, Dylan, on 7/30/2021. | 417.60 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 31, 2021
Invoice 340052465
Page 20 of 20

**Total Disbursements**

**$ 37,017.31**

# Sept. 2021 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

*__Remittance Copy__*
*Please return this page with your payment.*

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                              September 16, 2021
Chanel USA, Inc.                                        Invoice 340053192
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2021

Current Fees                          $ 139,754.20
Current Disbursements                 $ 23,212.96

Total Current Activity                          $ 162,967.16

Total Due for This Invoice                      $ 162,967.16

---

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:        Account No.:496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                          SMRH Tax ID 95-1463164
Head of Intellectual Property                                September 16, 2021
Chanel USA, Inc.                                             Invoice 340053192
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2021

| | | |
|---|---|---|
| Current Fees | $ 139,754.20 | |
| Current Disbursements | $ 23,212.96 | |
| Total Current Activity | | $ 162,967.16 |
| Total Due for This Invoice | | $ 162,967.16 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.:496-8375493 | PO Box 76409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Baltimore, MD 21275-6409 | Lockbox 76409 |
| 420 Montgomery St            Wire ABA No.: 121000248 | | 7175 Columbia Gateway Drive |
| San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | | Columbia, MD 21046-2536 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          September 16, 2021
Theodore C. Max                                                                                   Invoice 340053192
                                                                                                  Page 2 of 16

FOR PROFESSIONAL SERVICES THROUGH 08/31/21

## FEE DETAIL

08/02/21          Correspondence with opposing counsel re spoliation allegation; correspondence with
                  Lora Moffat re same; correspondence with David Franklyn re deposition transcript
                  review; review errata of Andy Safir deposition; confer with Bridget Russell re
                  spoliation allegation.

                      Jill M. Pietrini                    .50 hrs.                    $ 337.50

08/02/21          Emails to D. DeCarlo re A. Gaudet deposition and testimony re possible email; follow
                  up with L. Moffatt and R. Gruber re ███████████████████; emails and
                  follow re spoliation claims; emails and calls with D. Price; prepare and revise A.
                  Gaudet Errata; work on and prepare outline re WGACA Summary Judgment
                  Memorandum of Law.

                      Theodore C. Max                     4.20 hrs.                   $ 2,835.00

08/02/21          Reviewed and revised meet and confer correspondence.

                      Dylan J. Price                      .50 hrs.                    $ 325.00

08/02/21          Receive and respond and review emails re threatened spoliation motion and WGACA
                  document production.  Email D. Franklyn re expert report review.  Email A. Safir
                  regarding expert report review.  Email deposition reporter re errata.  Email with T. Max
                  re erratas.  Review prior production for source information.

                      Bridget J. Russell                  1.20 hrs.                   $ 729.00

08/03/21          Email and call with L. Moffatt re spoliation claims; conference call with J. Pietrini, D.
                  Price and B. Russell re response to WGACA motion for summary judgment; email to
                  Errata for C. Gaudet; email to B. Russell re same.

                      Theodore C. Max                     3.10 hrs.                   $ 2,092.50

08/03/21          Receive and respond to emails from T. Max re Errata of Claudio Girardi and facilitate
                  service of same.

                      Bridget J. Russell                  .40 hrs.                    $ 243.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                  September 16, 2021
Theodore C. Max                                                                                          Invoice 340053192
                                                                                                         Page 3 of 16

## FEE DETAIL

08/03/21        Downloaded videos and loaded video transcripts into Text Map review platform.

                Steven Molina                       .50 hrs.                    $ 117.00

08/04/21        Team call with Ted Max, Dylan Price, and Bridget Russell re opposition to Defendants'
                Motion for Summary Judgment and Defendants' threatened motion for sanctions.

                Jill M. Pietrini                    .90 hrs.                    $ 607.50

08/04/21        Email and follow up with D. Price, Jill Pietrini and B. Russell re Rule 56.1 Counter-
                Statement of Undisputed Material Facts; discussion of legal issues; discussion re
                spoliation letter; email with B. Gutman re deposition transcripts; email to M. Bossious
                re ████████████████████; email with A. Gaudet re Errata Statement.

                Theodore C. Max                     5.30 hrs.                   $ 3,577.50

08/04/21        Team call to discuss Chanel's opposition to WGACA's MSJ; worked on outline of
                Chanel's opposition; reviewed and analyzed source information produced by WGACA;
                prepare list of research issues and corresponded with Ms. Suarez and Mr. Walter re the
                same.

                Dylan J. Price                      4.60 hrs.                   $ 2,990.00

08/04/21        Review and analyze summary judgment papers and outline of opposition to motion for
                summary judgment; call with team re opposition. Receive and review emails from
                opposing counsel re ongoing discovery disputes.

                Bridget J. Russell                  2.40 hrs.                   $ 1,458.00

08/04/21        ███████████████████████████████████
                ████████████████████████████████
                ██████████████████████

                       ███████████           █████████           ██████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     September 16, 2021
Theodore C. Max                                                                          Invoice 340053192
                                                                                         Page 4 of 16

## FEE DETAIL



| 08/04/21 | | | |

| 08/05/21 | Emails with M. Boussios re ███████████████████; email to B. Gutman re Ex. 129 and production re same; prepare Errata and email to A. Gaudet re same. | | |
| | Theodore C. Max | 4.20 hrs. | $ 2,835.00 |

| 08/05/21 | Worked on Chanel's opposition to WGACA's motion for summary judgment; reviewed WGACA deposition testimony re first sale and quality approval issues; reviewed order on motion to dismiss in the TRR case; reviewed and analyzed letter motion re sanctions; reviewed research re spoliation and related sanctions. | | |
| | Dylan J. Price | 6.30 hrs. | $ 4,095.00 |

| 08/05/21 | Review prior document requests and discovery related to A. Gaudet and Plaza Hotel. Emails and calls re same. Review prior orders re depositions. | | |
| | Bridget J. Russell | 1.30 hrs. | $ 789.75 |

| 08/05/21 | | | |

| 08/05/21 | | | |

| 08/05/21 | Research database, compile and organize documents for attorney review. | | |
| | William Z. Gutman | 1.10 hrs. | $ 420.75 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 16, 2021
Invoice 340053192
Page 5 of 16

## FEE DETAIL

| | | | |
|---|---|---|---|
| 08/06/21 | Begin review of correspondence from opposing counsel re additional claim of evidence violation; telephone conference with Bridget Russell re same. | | |
| | Jill M. Pietrini | .40 hrs. | $ 270.00 |
| 08/06/21 | Work on and revise draft Declaration for M. Boussios re IT review for A. Maroon emails; follow up and emails with D. Price re same; emails and teleconferences with R. Gruber and L. Moffatt re WGACA motion re discovery; review deposition transcript of A. Gaudet, L. Moffatt and J. Green; review Declaration of J. Bravo; emails and call with D. Price re Declaration of M. Boussios and background information. | | |
| | Theodore C. Max | 5.10 hrs. | $ 3,442.50 |
| 08/06/21 | Reviewed and revised declaration of Michael Boussios; reviewed and revised Chanel's response to WGACA's motion for sanctions; reviewed and analyzed further meet and confer correspondence from counsel for WGACA; reviewed J. Bleys declaration and Bravo testimony in light of WGACA's further meet and confer email. | | |
| | Dylan J. Price | 5.80 hrs. | $ 3,770.00 |
| 08/06/21 | Receive and review email from opposing counsel re discovery and call and email re same. | | |
| | Bridget J. Russell | .60 hrs. | $ 364.50 |
| 08/06/21 | ███████████████████████████████████████ ███████████████████████████ ██████ | ██████ | ███████ |
| 08/06/21 | Research database, compile and organize documents for attorney review. | | |
| | William Z. Gutman | 1.10 hrs. | $ 420.75 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 16, 2021
Invoice 340053192
Page 6 of 16

## FEE DETAIL

08/07/21    Work on and revise Declaration of M. Boussios re IT search for emails re The Plaza Hotel.

    Theodore C. Max                   1.90 hrs.              $ 1,282.50

08/07/21    ███████████████████████████████████████
█████████████████████████████████
███████████         ████████         ████████

08/07/21    Research database, compile and organize documents for attorney review.

    William Z. Gutman                   1.10 hrs.              $ 420.75

08/08/21    Reviewed and revised letter to Judge Stanton re Australian customer.

    Dylan J. Price                     1.80 hrs.              $ 1,170.00

08/09/21    Worked on Chanel's response to WGACA's letter requesting conference to discuss sanctions motion; reviewed deposition testimony cited in Chanel's response; reviewed discovery served by WGACA following Chanel's production of Plaza Hotel email; reviewed research in support of Chanel's opposition to WGACA's summary judgment motion; worked on Chanel's opposition to WGACA's summary judgment motion.

    Dylan J. Price                     3.80 hrs.              $ 2,470.00

08/09/21    Call with D. Price re Rule 11 motion threat from counsel and review relevant discovery related thereto.

    Bridget J. Russell                 1.20 hrs.              $ 729.00

08/10/21    Reviewed revised declaration from Chanel IT re Gaudet email searches; reviewed discovery and interrogatories served by WGACA; worked on Chanel's response to WGACA's motion to compel.

    Dylan J. Price                     3.10 hrs.              $ 2,015.00

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 16, 2021
Invoice 340053192
Page 7 of 16

## FEE DETAIL

08/10/21    Review letter and declaration re The Plaza Hotel discovery and call with D. Price re same; email opposing counsel re Rule 56.1 counter-statement; begin drafting response to 56.1.

> Bridget J. Russell             2.20 hrs.             $ 1,336.50

08/10/21    Review deposition video collection and confer with court reporting service re outstanding videos.

> William Z. Gutman             .50 hrs.             $ 191.25

08/11/21    Corresponded with Mr. Max re declaration of Michael Boussios; conferred with Ms. Russell re opposition to WGACA's motion for summary judgment and response to motion for sanctions; call with Mr. Boussios re email searches; further revised opposition to WGACA's motion for sanctions.

> Dylan J. Price             3.40 hrs.             $ 2,210.00

08/11/21    Review email re J. Bleys and strategize with D. Price re same; review outline to opposition to MSJ; review and revise letter motion responding to motion for sanctions and email re same; call Clerk re response to motion for sanctions; draft outline for response to email re J. Bleys and review relevant declaration and depositions.

> Bridget J. Russell             3.70 hrs.             $ 2,247.75

08/12/21    Further revised Chanel's opposition to sanctions motion; telephone call with Michael Bossios re email searches; telephone call with Ted Max re response to sanctions motion and email concerning declaration of Jennifer Bleys; prepared motion to seal; Prepared exhibits for filing; reviewed Joyce Green deposition testimony concerning Ms. Gaudet's encounter with Australian customer.

> Dylan J. Price             4.40 hrs.             $ 2,860.00

08/12/21    Review evidence cited in Rule 56.1 statement and corresponding motion arguments and continue drafting response. Review emails from and to J. Bravo re J. Bleys issue and strategize with D. Price re response re same.

> Bridget J. Russell             4.60 hrs.             $ 2,794.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    September 16, 2021
Theodore C. Max                                                                                           Invoice 340053192
                                                                                                          Page 8 of 16

## FEE DETAIL

08/13/21        Reviewed WGACA's reply brief in support of letter motion requesting sanctions;
                performed research re WGACA's motion for summary judgment and Chanel's
                opposition thereto.

                        Dylan J. Price                   1.40 hrs.                   $ 910.00

08/13/21        ████████████████████████████████████████████████████████████
                ██████████

                        ███████████              █████████            ████████████

08/16/21        Emails and call with D. Price re response to WGACA motion re discovery sanctions re
                The Plaza Hotel email; email and follow up with M. Boussios re draft declaration and
                follow up re same; email and follow up re response re meet and confer letter re J. Bleys
                Declaration and testimony.

                        Theodore C. Max                  3.90 hrs.                   $ 2,632.50

08/16/21        Begin drafting response to J. Bleys email and review T. Max draft re same.

                        Bridget J. Russell               2.20 hrs.                   $ 1,336.50

08/16/21        Research, compile and organize documents for attorney review. Edit and revise
                depositions database.

                        William Z. Gutman                .60 hrs.                    $ 229.50

08/16/21        Imported Bober, Mische, and Shaughnessy video depositions into Text Map for
                attorney review.

                        Steven Molina                    .70 hrs.                    $ 163.80

08/17/21        Review Exhibit 51 and ███████████████████████████████████████████; email to D. Price re same; follow up call with D. Price
                ████████████████████████ re draft letter; review J. Beys transcript; review and email to D. Price re Rule 30(b)(6)
                designations.

                        Theodore C. Max                  2.70 hrs.                   $ 1,822.50

**Sheppard**Mullin

Sheppard Mullin  Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    September 16, 2021
Theodore C. Max                                                                                              Invoice 340053192
                                                                                                            Page 9 of 16

## FEE DETAIL

08/17/21        Reviewed and revised Chanel's response to WGACA's meet and confer letter
                threatening Rule 11 sanctions; telephone call with Ted Max re WGACA's threat of
                Rule 11 sanctions; worked on Chanel's opposition to WGACA's MSJ.

                      Dylan J. Price                          3.10 hrs.                     $ 2,015.00

08/17/21        Continue drafting response to Rule 56.1 statement and gathering testimony in response
                from various depositions; revise response to DeCarlo email; email T. Max re same; call
                T. Max re same.

                      Bridget J. Russell                      6.80 hrs.                     $ 4,131.00

08/18/21        Work on and review draft email to D. DeCarlo re meet and confer and response to
                claim re inconsistencies between witness testimony; conference call with D. Price re
                same; meet and confer call with D. DeCarlo and WGACA counsel; discussion with D.
                Price re same; review D. DeCarlo email and prepare email in response; discussion with
                B. Russell re Rule 56.1 Counter-Statement of Material Facts.

                      Theodore C. Max                         4.30 hrs.                     $ 2,902.50

08/18/21        Further revised Chanel's response to meet and confer email; prepared for and attended
                meet and confer call with WGACA; telephone call with Ted Max re strategy for
                responding to WGACA's potential sanctions motion.

                      Dylan J. Price                          2.30 hrs.                     $ 1,495.00

08/18/21        Draft 56.1 counter-statement and review relevant testimony and evidence.

                      Bridget J. Russell                      4.70 hrs.                     $ 2,855.25

08/18/21        ██████████████████████████████████████████████
                ████████████████████████████████

                      ██████████████████        ████████████        ████████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 16, 2021
Invoice 340053192
Page 10 of 16

## FEE DETAIL

08/19/21     Work on and revise draft response to D. DeCarlo re J. Bleys testimony and C. Girardi testimony; review and revise same and call with D. Price re same.

      Theodore C. Max        3.10 hrs.        $ 2,092.50



08/19/21

08/20/21     Work on and read deposition testimony of C. Girardi and J. Bravo; work on and draft response to letter from D. DeCarlo re testimony of J. Bleys.

      Theodore C. Max        3.20 hrs.        $ 2,160.00

08/20/21     Telephone call with Ted Max re meet and confer effort with WGACA; reviewed research in support of Chanel's opposition to WGACA's MSJ.

      Dylan J. Price        .80 hrs.        $ 520.00

08/20/21     Receive and review and respond to emails re J. Bleys discovery dispute.

      Bridget J. Russell        .50 hrs.        $ 303.75

08/20/21

08/22/21     Read and review WGACA papers filed in support of motion for summary judgment; work on and draft response to WGACA claims re Rule 11.

      Theodore C. Max        3.30 hrs.        $ 2,227.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.        September 16, 2021
Theodore C. Max                                                                              Invoice 340053192
                                                                                             Page 11 of 16

## FEE DETAIL

08/23/21    Work on response to D. DeCarlo email re Rule 11 threat re J. Bleys testimony and
            declaration;  email and call with D. Price re same; work on and review Rule 56.1
            counter-statement;  review transcripts of J. Bleys, C. Girardi and J. Bravo re same;
            email and follow up with B. Russell re same.

            Theodore C. Max                    4.30 hrs.                $ 2,902.50

08/23/21    Reviewed and revised further meet and confer email to counsel for WGACA.

            Dylan J. Price                     .60 hrs.                 $ 390.00

08/23/21    Receive and review draft emails responding to J. Bleys issue; begin drafting statement
            of facts for opposition brief of omitted material facts.

            Bridget J. Russell                 3.20 hrs.                $ 1,944.00

08/24/21    Emails with B. Russell re status of Rule 56.1 counter-statement;  work on and revise
            same and discussion re drafting;  emails and follow up with T. Baker re false
            advertising cases and motion for summary judgment;  review and revise Rule 56.1
            counter-statement and discussion re strategy.

            Theodore C. Max                    4.70 hrs.                $ 3,172.50

08/24/21    Performed legal research for opposition to motion for summary judgment.  Conferred
            with T. Max regarding same.

            Tyler E. Baker                     4.10 hrs.                $ 2,562.50

08/25/21    Review and discuss false advertising issues and case law with T. Baker;  review P.L.
            Roncoglia transcript;  review and follow up re draft Rule 56.1 counter-statement.

            Theodore C. Max                    4.10 hrs.                $ 2,767.50

08/25/21    Worked on Chanel's opposition to WGACA's MSJ; Reviewed WGACA's motion for
            sanctions.

            Dylan J. Price                     1.10 hrs.                $ 715.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 16, 2021
Invoice 340053192
Page 12 of 16

## FEE DETAIL

08/25/21   Performed legal research for opposition to motion for summary judgment. Conferred with T. Max regarding same.

    Tyler E. Baker                         1.60 hrs.                    $ 1,000.00

08/25/21   Receive and review letter motion re J. Bleys declaration and supporting documents; email with T. Max and J. Pietrini re 56.1 counter-statement.

    Bridget J. Russell                     .90 hrs.                     $ 546.75

08/26/21   Read and review deposition transcripts of J. Bravo and J. Green; email and conference call with B. Russell re comments re counter-statement of Facts under Rule 56.1; review documents and transcripts of Chanel witnesses and follow up re same.

    Theodore C. Max                        3.90 hrs.                    $ 2,632.50

08/26/21   Worked on Chanel's opposition to WGACA's MSJ.

    Dylan J. Price                         .80 hrs.                     $ 520.00

08/26/21   Performed legal research for opposition to motion for summary judgment. Conferred with T. Max regarding same. Reviewed WGACA 56.1 materials and memo of law.

    Tyler E. Baker                         3.70 hrs.                    $ 2,312.50

08/27/21   Review deposition transcript of Joseph Bravo from November 30, 2020; review Rule 56.1 Statement from WGACA.

    Theodore C. Max                        3.70 hrs.                    $ 2,497.50

08/27/21   Performed legal research for opposition to motion for summary judgment.

    Tyler E. Baker                         .60 hrs.                     $ 375.00

08/27/21   Draft 56.1 counter-statement and review relevant evidence and testimony.

    Bridget J. Russell                     4.60 hrs.                    $ 2,794.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 16, 2021
Invoice 340053192
Page 13 of 16

## FEE DETAIL

08/30/21    Work on and draft Letter of Response to Judge Stanton; review testimony of J. Bleys,
C. Girardi and J. Bravo re Chanel quality control process; email with X. Suarez re Rule
11 law; email and follow up with B. Russell re Rule 56.1 counter-statement.

|  | Theodore C. Max | 5.30 hrs. | $ 3,577.50 |
|---|---|---|---|

08/30/21    Telephone call with Ted Max re WGACA's sanctions motion; worked on Chanel's
opposition to WGACA's motion for summary judgment.

|  | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |
|---|---|---|---|

08/30/21    Continue drafting response to 56.1 counter-statement.

|  | Bridget J. Russell | 4.70 hrs. | $ 2,855.25 |
|---|---|---|---|

08/30/21    █████████████████████████████████████████████

         ████████████        ████████        ████████

08/31/21    Work on and prepare Response Letter to Judge Stanton re Letter re J. Bleys Testimony;
review testimony of C. Girardi and J. Bravo; email and call with X. Suarez re Rule 11
cases and draft section; email to D. Price re same.

|  | Theodore C. Max | 5.60 hrs. | $ 3,780.00 |
|---|---|---|---|

08/31/21    Worked on Chanel's opposition to WGACA's MSJ.

|  | Dylan J. Price | 1.20 hrs. | $ 780.00 |
|---|---|---|---|

08/31/21    Continue drafting 56.1 counter-statement.

|  | Bridget J. Russell | 3.30 hrs. | $ 2,004.75 |
|---|---|---|---|

08/31/21    █████████████████████████████████████████████

         ████████████        ████████        ████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 16, 2021
Invoice 340053192
Page 14 of 16

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 1.80 | $ 675.00 | $ 1,215.00 |
| Theodore C. Max | 75.90 | $ 675.00 | $ 51,232.50 |
| Dylan J. Price | 46.80 | $ 650.00 | $ 30,420.00 |
| Bridget J. Russell | 48.50 | $ 607.50 | $ 29,463.75 |
| Tyler E. Baker | 10.00 | $ 625.00 | $ 6,250.00 |
| ███████ | ███ | ███ | ███ |
| ███████ | ███ | ███ | ███ |
| William Z. Gutman | 4.40 | $ 382.50 | $ 1,683.00 |
| Steven Molina | 1.20 | $ 234.00 | $ 280.80 |
| ███████ | ███ | ███ | ███ |

**Total Fees for Professional Services**      **$ 139,754.20**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    September 16, 2021
Theodore C. Max    Invoice 340053192
    Page 15 of 16

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 08/19/21 | T.Baker - In-flight Wi-Fi expense | 22.99 |
| 07/09/21 | Ben Hyatt Certified Deposition Reporters - One Certified Electronic Transcript of David Franklyn, Volume 1 (Expert) | 1,784.60 |
| 07/31/21 | E-Discovery Monthly Data Hosting Fees,183.48 Gigabytes. | 3,669.53 |
| 11/28/20 | Veritext - Inv# 4669850 - Depositions, witness: Paige Rubin 11/10/20 | 3,147.20 |
| 12/02/20 | Veritext - Inv# 4684722 - Depositions, witness: Devyn Shaughnessy | 2,731.00 |
| 07/12/21 | Ben Hyatt Certified Deposition Reporters - Inv #1168865 - One Certified Transcript of Andrew Safir (Expert) | 1,362.75 |
| 07/30/21 | Ben Hyatt Certified Deposition Reporters - Synchronized DVDs for Robin Gruber (VIDEO SERVICES VIA ZOOM) | 675.00 |
| 08/03/21 | Veritext - Inv#5177042- Video Services- Deposition of Seth Weisser | 175.00 |
| 08/03/21 | Veritext - Inv#5176743- Video Services- Deposition of Devyn Shaughnessy | 175.00 |
| 08/03/21 | Veritext - Inv#5176744- Video Services- Deposition of Ambria Mische | 175.00 |
| 08/03/21 | Veritext - Inv#5176742 - Video- Digitizing & Transcript Synchronization - witness: Frank Bober | 175.00 |
| 08/03/21 | Veritext - Inv#5177368- Video Services- Deposition of Paige Rubin | 175.00 |
| 08/20/21 | L.Tencza - dinner after work hours on c/m: 18WZ-264490 | 31.29 |
| 08/04/21 | Westlaw research by Price, Dylan, on 8/4/2021. | 1,360.80 |
| 08/04/21 | Westlaw research by Russell, Bridget, on 8/4/2021. | 619.20 |
| 08/05/21 | Westlaw research by Price, Dylan, on 8/5/2021. | 727.20 |
| 08/11/21 | Westlaw research by Price, Dylan, on 8/11/2021. | 309.60 |
| 08/20/21 | Westlaw research by Price, Dylan, on 8/20/2021. | 595.80 |
| 08/24/21 | Westlaw research by Price, Dylan, on 8/24/2021. | 3,133.80 |
| 08/30/21 | Westlaw research by Russell, Bridget, on 8/30/2021. | 928.80 |
| 08/31/21 | Westlaw research by Price, Dylan, on 8/31/2021. | 1,238.40 |

**Total Disbursements**    **$ 23,212.96**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          September 16, 2021
Theodore C. Max                                                                                   Invoice 340053192
                                                                                                  Page 16 of 16

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 08/31/21 | 340052465 | 232,798.71 | 195,781.40 | 37,017.31 | 0.00 | $ 232,798.71 |
| | | | | Total Outstanding Fees and Disbursements | | $ 232,798.71 |
| | | | | Interest on Outstanding A/R | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | 162,967.16 |
| | | | | **Total Due For This Matter** | | **$ 395,765.87** |

# Oct. 2021 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
October 26, 2021
Invoice 340054292

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2021

| | |
|---|---|
| Current Fees | $ 186,138.60 |
| Current Disbursements | $ 26,788.95 |
| Total Current Activity | $ 212,927.55 |
| Total Due for This Invoice | $ 212,927.55 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                   SMRH Tax ID 95-1463164
Head of Intellectual Property                              October 26, 2021
Chanel USA, Inc.                                      Invoice 340054292
9 W. 57th Street
New York, NY 10019

Our Matter No.    18WZ-264490
                  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2021

Current Fees                          $  186,138.60
Current Disbursements                 $   26,788.95

Total Current Activity                              $ 212,927.55

Total Due for This Invoice                          $ 212,927.55

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 26, 2021
Invoice 340054292
Page 2 of 18

FOR PROFESSIONAL SERVICES THROUGH 09/30/21

## **FEE DETAIL**

09/01/21    Work on and revise draft letter to Judge Stanton re Rule 11 allegations; email and follow up with D. Price re draft letter; work on and review and revise draft 56.1 Counter statement; email and follow up with B. Russell re same; emails and follow up with Leigh Ann Tencza re filing of opposition the WGACA letter.

        Theodore C. Max                6.90 hrs.              $ 4,657.50

09/01/21    Telephone calls with Ted Max re strategy for responding to WGACA's sanctions motion; Reviewed and revised response to WGACA's sanctions motion; Worked on Chanel's opposition to WGACA's motion for summary judgment; Reviewed deposition testimony cited by WGACA in its summary judgment motion and additional testimony to rebut the same.

        Dylan J. Price                  7.10 hrs.              $ 4,615.00

09/01/21    Conferred with T. Max on research for summary judgment opposition.  Performed legal research for summary judgment opposition.

        Tyler E. Baker                  1.90 hrs.              $ 1,187.50

09/01/21    Review Rule 11 response letter; revise 56.1 counter statement; gather evidence related to opposition.

        Bridget J. Russell              2.70 hrs.              $ 1,640.25

09/01/21    Compile and organize documents for attorney review; research databases re same.

        William Z. Gutman               1.70 hrs.              $ 650.25

09/01/21    Assisted T. Max in preparation of opposition to defendant's request to file Rule 11 motion; electronically filed same with Southern District of New York Court.

        Leigh A. Tencza                .50 hrs.              $ 141.75

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    October 26, 2021
Theodore C. Max                                                                                             Invoice 340054292
                                                                                                            Page 3 of 18

## FEE DETAIL

09/02/21    Emails and follow up with T. Baker re draft section re false advertising; review and
            revise section; work on and revise advertising section re Chanel 56.1 Counter-
            Statement; review and revise Chanel 56.1 Counter-Statement and insert citations.

              Theodore C. Max                      4.50 hrs.              $ 3,037.50

09/02/21    Worked on Chanel's opposition to WGACA's motion for summary judgment.

              Dylan J. Price                       6.60 hrs.              $ 4,290.00

09/02/21    Drafted sections of summary judgment opposition brief.  Performed legal research in
            connection with same.  Conferred with T. Max on case law and arguments.

              Tyler E. Baker                       6.20 hrs.              $ 3,875.00

09/02/21    Draft opposition to motion to for summary judgment.

              Bridget J. Russell                   2.20 hrs.              $ 1,336.50

09/02/21    Assist with various tasks in connection with motion preparation.

              William Z. Gutman                    1.90 hrs.              $ 726.75

09/03/21    Work on and review and revise false advertising section; emails to D. Price and B.
            Russell re same; conference call with T. Baker re same; review and revise draft
            Memorandum of Law in Opposition to WGACA Motion for Summary Judgment.

              Theodore C. Max                      4.70 hrs.              $ 3,172.50

09/03/21    Worked on Chanel's opposition to WGACA's motion for summary judgment.

              Dylan J. Price                       1.80 hrs.              $ 1,170.00

09/03/21    Drafted sections of summary judgment opposition brief.  Performed legal research in
            connection with same.  Conferred with T. Max on case law and arguments.

              Tyler E. Baker                       1.50 hrs.              $ 937.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.  
Theodore C. Max

October 26, 2021  
Invoice 340054292  
Page 4 of 18

## **FEE DETAIL**

09/03/21        Draft opposition to motion for summary judgment; receive and review reply re Rule 11 motion.

> Bridget J. Russell                2.10 hrs.                $ 1,275.75

09/04/21        Draft opposition to motion for summary judgment.

> Bridget J. Russell                4.20 hrs.                $ 2,551.50

09/05/21        Work on and read draft Memorandum of Law; work on and draft Declaration of J. Bravo in Opposition to Motion for Summary Judgment; work on draft Declaration of j. green in Opposition to Motion for Summary Judgment; work on and review and revise draft 56.1 Counter-Statement; work on and revise draft section re false advertising; emails and follow up with B. Russell re same.

> Theodore C. Max                6.30 hrs.                $ 4,252.50

09/05/21        Draft opposition to motion for summary judgment; review T. Max changes and incorporate.

> Bridget J. Russell                5.10 hrs.                $ 3,098.25

09/06/21        Work on and review and revise draft declarations of J. Bravo and J. Green; emails and follow up re same; review and revise draft Memorandum of Law in Opposition to Motion for Summary Judgment; review and revise Rule 56.1 Counter-Statement and review and revise section re false advertising; emails and follow up with T. Baker re same; emails and follow up with B. Russell, D. Price and J. Pietrini re Memorandum of Law in Opposition to Motion for Summary Judgment.

> Theodore C. Max                5.90 hrs.                $ 3,982.50

09/06/21        Reviewed and revised supplemental declaration of Joseph Bravo; Reviewed and revised Chanel's opposition to WGACA's MSJ.

> Dylan J. Price                1.20 hrs.                $ 780.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 26, 2021
Invoice 340054292
Page 5 of 18

## **FEE DETAIL**

09/06/21    Revise opposition to motion for summary judgment; revise 56.1 statement; review declaration of J. Bravo; email and call with T. Max re same.

Bridget J. Russell                 9.10 hrs.              $ 5,528.25

09/07/21    Teleconference with Bridget Russell re false advertising claim and strategy therefor.

Jill M. Pietrini                    .40 hrs.               $ 270.00

09/07/21    ███████████████████████████████████████████
            ███████████████████████████████████████████
            ██████████████

            ████████████          ███████          ███████

09/07/21    Work on and review and revise draft Memorandum of Law; emails and follow up re false advertising section of Memorandum of Law; emails and follow up with Declaration of J. Bravo; emails with D. Price and J. Pietrini re same; follow up with T. Baker re same; review and revise draft Rule 56.1 Counter-Statement.

Theodore C. Max                   6.70 hrs.              $ 4,522.50

09/07/21    Reviewed and revised Chanel's opposition to WGACA's motion for summary judgment; Telephone call with Ted Max re revisions to motion; Telephone call with Bridget Russell re further revisions to motion and false advertising section.

Dylan J. Price                    4.80 hrs.              $ 3,120.00

09/07/21    Revise opposition to motion for summary judgment and 56.1 counter statement; call and email with T. Max and D. Price re same; draft Russell declaration and facilitate gathering of evidence.

Bridget J. Russell                9.50 hrs.              $ 5,771.25

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                  October 26, 2021
Theodore C. Max                                                                                          Invoice 340054292
                                                                                                         Page 6 of 18

## FEE DETAIL

09/07/21    Reviewed/analyzed deposition transcripts and cite-checked Chanel's counter-statement re: motion for summary judgment; reviewed/analyzed Chanel's memo of law re: motion for summary judgment.

       Hyo Jin Paik                    3.40 hrs.               $ 1,003.00

09/07/21    ████████████████████████████████████████████

       ████████        ████████        ████████

09/07/21    Pulled excel chart of products sold information for attorney review.

       Steven Molina                   .50 hrs.                $ 117.00

09/08/21    Teleconference with Ted Max re brief in opposition to Defendants' Motion for Summary Judgment; telephone conference with Dylan Price re same; revise brief; confer with Ted Max, Dylan Price, and Bridget Russell re same.

       Jill M. Pietrini                4.10 hrs.               $ 2,767.50

09/08/21    Work on and revise draft Memorandum of Law in Opposition of WGACA's Motion for Summary Judgment; emails with J. Bravo re J. Bravo Declaration; review and revise draft 56.1 Counter-Statement of Facts; review exhibits and documents; emails and calls with D. Price, B. Russell and J. Pietrini re draft documents and strategy; emails and follow up with B. Rank re preparation for filings and status re same; emails with T. Baker re false advertising section and  Rule 56.1 Counter-Statement and Memorandum of Law.  Emails with J. Bravo re Responding Declaration; follow up re same; review draft Objections to Weisser Declaration; emails and follow up re same.  Emails withe B. Rank and L Tencza re ECF filings and follow up re same.

       Theodore C. Max                 7.30 hrs.               $ 4,927.50

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          October 26, 2021
Theodore C. Max                                                                                 Invoice 340054292
                                                                                                Page 7 of 18

## **FEE DETAIL**

09/08/21     Reviewed and revised Chanel's opposition to WGACA's motion for summary judgment
             and Rule 56.1 statement; Telephone calls with Ted Max, Bridget Russell and Jill
             Pietrini re finalization of opposition briefs; Prepared objections to Seth Weisser
             declaration; Reviewed declaration of Paige Rubin submitted in connection with
             WGACA's opposition to Chanel's motion for summary judgment; Reviewed WGACA
             deposition testimony concerning WGACA's sale of counterfeit after receipt of Barbara
             Solomon's cease and desist letter.

        Dylan J. Price                    7.80 hrs.              $ 5,070.00

09/08/21     Revise and finalize opposition to motion for summary judgment, 56.1 counter-
             statement and Russell declaration; review objections to evidence; review evidence
             submitted in support and facilitate filing of all opposition papers.

        Bridget J. Russell                10.80 hrs.             $ 6,561.00

09/08/21     Reviewed/analyzed deposition transcripts and cite-checked Chanel's counter-statement
             re: motion for summary judgment; reviewed/revised Chanel's counter-statement;
             reviewed Chanel's MSJ opposition memo of law; conferred with T. Max and B. Russell
             re: the same.

        Hyo Jin Paik                      5.40 hrs.              $ 1,593.00

09/08/21     Review Statement of Disputed Facts and prepared marked transcripts of depositions
             cited therein; prepare exhibits to Declaration of Bridget Russell; all in conjunction with
             motion for summary judgment.

        Monica E. Danner                  4.50 hrs.              $ 1,437.75

09/08/21     Reviewed and exported documents out of Relativity for attorney review.

        Steven Molina                     .60 hrs.               $ 140.40

09/08/21     ████████████████████████████████

        ███████████            ████████              ███████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 26, 2021
Invoice 340054292
Page 8 of 18

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 09/08/21 | Conferred with T. Max et al. re filing requirements for opposition to summary judgment; prepared exhibits for filing; e-filed opposition papers. | | |
| | Bradley M. Rank | 1.50 hrs. | $ 420.00 |
| 09/09/21 | Prepare cover letter to Judge Stanton re courtesy copies; email WGACA papers in opposition to Chanel's Motion for Partial Summary Judgment. | | |
| | Theodore C. Max | 1.10 hrs. | $ 742.50 |
| 09/09/21 | Review and analyze WGACA opposition, response to 56.1 statement and evidence in support and strategize re same. | | |
| | Bridget J. Russell | 3.40 hrs. | $ 2,065.50 |
| 09/09/21 | ██████████████████████████████████████ ███████████████████ | ███████ | ███████ |
| 09/10/21 | Email to D. Price re P. Rubin Declaration and contrary testimony and information; review WGACA Opposition papers. | | |
| | Theodore C. Max | 2.30 hrs. | $ 1,552.50 |
| 09/10/21 | Call with Ted Max re WGACA's opposition to Chanel's MSJ. | | |
| | Dylan J. Price | .40 hrs. | $ 260.00 |
| 09/10/21 | Reviewed WGACA's MSJ opposition motion. | | |
| | Hyo Jin Paik | .30 hrs. | $ 88.50 |
| 09/13/21 | Review WGAGAC papers in opposition to Chanel's Motion for Partial Summary Judgment.; email re Kidde request for additional pages to reply to Chanel's Response to WGACA's Motion to Dismiss. | | |
| | Theodore C. Max | 2.10 hrs. | $ 1,417.50 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 26, 2021
Invoice 340054292
Page 9 of 18

## FEE DETAIL

| | | | |
|---|---|---|---|
| 09/13/21 | Receive and respond to emails re reply. | | |
| | Bridget J. Russell | .40 hrs. | $ 243.00 |
| 09/13/21 | Conferred with T. Max re page limit on reply briefs. | | |
| | Bradley M. Rank | .20 hrs. | $ 56.00 |
| 09/14/21 | Emails re request for additional pages for reply memorandum; email to J. Pietrini, D. Price and B. Russell. | | |
| | Theodore C. Max | .70 hrs. | $ 472.50 |
| 09/14/21 | Research standard re sham declarations and evidence submission on reply in Second Circuit. | | |
| | Bridget J. Russell | .60 hrs. | $ 364.50 |
| 09/14/21 | Reviewed Judge Stanton's prior orders for any page limitations on summary judgment reply papers. | | |
| | Bradley M. Rank | .20 hrs. | $ 56.00 |
| 09/15/21 | Work on and review and revise draft outline regarding WGACA Responding Memorandum and response re same. | | |
| | Theodore C. Max | 2.40 hrs. | $ 1,620.00 |
| 09/15/21 | Reviewed and analyzed WGACA's opposition to Chanel's motion for summary judgment, opposition separate statement and supporting declarations and evidence; conference call with team to discuss strategy for reply brief. | | |
| | Dylan J. Price | 3.40 hrs. | $ 2,210.00 |
| 09/15/21 | Review and analyze 56.1 response; call with team re reply; email opposing counsel re stipulation. | | |
| | Bridget J. Russell | 2.70 hrs. | $ 1,640.25 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    October 26, 2021
Theodore C. Max    Invoice 340054292
Page 10 of 18

## FEE DETAIL

09/15/21    Reviewed/analyzed WGACA's MSJ opposition memo; conferred with T. Max, D. Price and B. Russell re: the same and preparations for Chanel's reply brief.

Hyo Jin Paik    2.40 hrs.    $ 708.00

09/16/21    Email and conference call with J. Bravo; work on and research case law re willfulness and willful blindness; emails with J. Salem and H.J. Paik re same;  prepare outline re WGACA Responding Memorandum.

Theodore C. Max    3.90 hrs.    $ 2,632.50

09/16/21    Reviewed and revised WGACA's letter to the Court re perceived inconsistencies in witness testimony; Telephone call with Bridget Russell re WGACA's letter.

Dylan J. Price    .80 hrs.    $ 520.00

09/16/21    Review and analyze Rule 11 filing from WGACA; call with T. Max re same; review underlying depositions related thereto.

Bridget J. Russell    3.20 hrs.    $ 1,944.00

09/16/21    Conducted legal and factual research in preparation of the MSJ reply; reviewed/analyzed WGACA's letter to court re: discovery sanctions.

Hyo Jin Paik    1.30 hrs.    $ 383.50

09/17/21    Review cases re willful blindness; review counterfeiting cases and WGACA Responding Memorandum of Law.

Theodore C. Max    2.10 hrs.    $ 1,417.50

09/17/21    Performed research in support of Chanel's reply brief.

Dylan J. Price    1.20 hrs.    $ 780.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

09/20/21    Worked on Chanel's reply brief in support of summary judgment motion; performed research re likelihood of confusion standard in the context of infringements based on the lack of authorized first sale.

| | Dylan J. Price | 4.10 hrs. | $ 2,665.00 |

09/20/21    Review and analyze 56.1 response and evidence and draft fact section for reply.

| | Bridget J. Russell | 3.70 hrs. | $ 2,247.75 |

09/21/21    Emails and follow up re outline for Summary Judgment Reply; work on and revise draft outline.

| | Theodore C. Max | 1.40 hrs. | $ 945.00 |

09/21/21    Performed further research re first sale doctrine and likelihood of confusion standards; worked on reply brief.

| | Dylan J. Price | .70 hrs. | $ 455.00 |

09/21/21    Review and analyze 56.1 response and evidence and draft fact section for reply.

| | Bridget J. Russell | 5.20 hrs. | $ 3,159.00 |

09/22/21    Work on and revise draft letter to Judge Stanton re WGACA Rule 11 Letter; work on and review and revise draft outline re Reply Memorandum re  Summary Judgment.

| | Theodore C. Max | 4.10 hrs. | $ 2,767.50 |

09/22/21    Reviewed outline of Chanel's reply brief prepared by T. Max; worked on Chanel's reply brief; reviewed deposition testimony of Devyn Shaughnessy and WGACA's Rule 30(b)(6) witnesses; reviewed consent judgment entered in Gucci trademark litigation.

| | Dylan J. Price | 4.90 hrs. | $ 3,185.00 |

09/22/21    Review and analyze 56.1 response and evidence and draft fact section for reply.

| | Bridget J. Russell | 5.20 hrs. | $ 3,159.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    October 26, 2021
Theodore C. Max                                                                                             Invoice 340054292
                                                                                                          Page 12 of 18

## FEE DETAIL

| | | | |
|---|---|---|---|
| 09/22/21 | Reviewed and compiled documents in preparation of MSJ reply. | | |
| | Hyo Jin Paik | .60 hrs. | $ 177.00 |
| 09/23/21 | Work on outline re Summary Judgment Reply; email to D. Price, J. Pietrini and B. Russell re same; discussion with H.J. Paik draft response to WGACA letter re Rule 11; follow up re same; work on and check with D. Price re same; review research from J. Salem re willful blindness and Second Circuit cases re same. | | |
| | Theodore C. Max | 4.20 hrs. | $ 2,835.00 |
| 09/23/21 | Worked on Chanel's response to WGACA's supplemental letter brief; Worked on Chanel's reply brief in support of its motion for summary judgment. | | |
| | Dylan J. Price | 2.80 hrs. | $ 1,820.00 |
| 09/23/21 | Review and analyze 56.1 response and evidence and draft fact section for reply; review letter response re Rule 11; gather deposition testimony for Exhibit A; call re same. | | |
| | Bridget J. Russell | 8.20 hrs. | $ 4,981.50 |
| 09/23/21 | Conducted research with regard to willfulness and willful blindness at the summary judgment stage; drafted analysis for review. | | |
| | James M. Salem | 1.20 hrs. | $ 426.60 |
| 09/23/21 | Reviewed/analyzed WGACA's sanction motion; reviewed/analyzed and compiled deposition transcripts and other supporting documents for Chanel's reply to WGACA sanctions motion; conferred with T. Max re: the same. | | |
| | Hyo Jin Paik | 4.90 hrs. | $ 1,445.50 |
| 09/23/21 | Conferred with H. Paik and T. Max re response to defendants' supplemental letter. | | |
| | Bradley M. Rank | .30 hrs. | $ 84.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          October 26, 2021
Theodore C. Max                                                                                 Invoice 340054292
                                                                                               Page 13 of 18

## FEE DETAIL

09/24/21      Emails and follow up with J. Bravo re questions; emails re same; email to S. Wales re
              Introductory Guide to Chanel Serial Numbers.

                    Theodore C. Max                   .10 hrs.                  $  67.50

09/24/21      Worked on Chanel's reply brief iso motion for summary judgment.

                    Dylan J. Price                    3.80 hrs.                 $ 2,470.00

09/24/21      Review and analyze 56.1 response and evidence and draft fact section for reply.

                    Bridget J. Russell                5.70 hrs.                 $ 3,462.75

09/27/21      Conference call with D. Price re strategy and outline of reply memorandum in support
              of Chanel, Inc.'s motion for summary judgment; discussion re Joseph Bravo
              Declaration and Page Rubin Declaration; conference call with J. Bravo and D. Price re
              ORLI System and process prior to 2016; discussion with D. Price re revisions to Letter
              to Judge Stanton and Declaration of J. Bravo; review P. Rubin Declaration and follow
              up re same re WGACA Documents and Chanel Serial Numbers.

                    Theodore C. Max                   3.90 hrs.                 $ 2,632.50

09/27/21      Telephone call with Ted Max re response to WGACA letter motion and reply brief in
              support of Chanel's motion for summary judgment; Telephone call with Joseph Bravo;
              Reviewed and revised Bravo declaration; Reviewed and revised response to WGACA's
              supplemental letter requesting Rule 11 sanctions; Worked on Chanel's reply brief in
              support of its motion for summary judgment.

                    Dylan J. Price                    6.40 hrs.                 $ 4,160.00

09/27/21      Review and analyze 56.1 response and evidence and draft fact section for reply;
              research re false association section of reply.

                    Bridget J. Russell                6.20 hrs.                 $ 3,766.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    October 26, 2021
Theodore C. Max                                                                                             Invoice 340054292
                                                                                                            Page 14 of 18

## FEE DETAIL

09/28/21     Emails and follow up with D. Price re draft Declaration of Joseph Bravo; work on and revise draft letter to Judge Stanton; discussion with H.J. Paik re WGACA records concerning Chanel Serial Numbers; prepare draft objections to Declaration of P. Rubin.

           Theodore C. Max                    4.20 hrs.                 $ 2,835.00

09/28/21     Reviewed and revised supplemental Bravo Declaration; worked on Chanel's reply brief in support of its motion for summary judgment; reviewed WGACA witness testimony concerning 2015 cease and desist letter; reviewed and analyzed WGACA's sales records.

           Dylan J. Price                     4.20 hrs.                 $ 2,730.00

09/28/21     Review deposition testimony and prior filings and draft third Bravo declaration.

           Bridget J. Russell                 5.70 hrs.                 $ 3,462.75

09/28/21     Reviewed/analyzed documents in both parties' productions relating to Chanel serial numbers and authentication and organized relevant documents.

           Hyo Jin Paik                       1.80 hrs.                 $ 531.00

09/29/21     Emails and follow up with D. Price and B. Russell re Letter to Judge Stanton re Rule 11 Motion;  work on and revise draft J. Bravo Declaration and emails and D. Price and B. Russell re same; read and review research from J. Salem re sham declaration and Rule 56 requirements.

           Theodore C. Max                    2.10 hrs.                 $ 1,417.50

09/29/21     Conference call with Mr. Max and Ms. Russell re Chanel's response to WGACA's supplemental letter motion and supplemental declaration of Joseph Bravo; reviewed and revised supplemental declaration of Joseph Bravo; reviewed and revised response to WGACA's supplemental letter brief to the Court in support of its request for sanctions; worked on Chanel's reply brief in support of its motion for summary judgment.

           Dylan J. Price                     4.80 hrs.                 $ 3,120.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                October 26, 2021
Theodore C. Max                                                                                       Invoice 340054292
                                                                                                      Page 15 of 18

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 09/29/21 | Revise letter and declaration of J. Bravo; call re same; research re false association injury requirement; draft false association section of reply. | | |
| | Bridget J. Russell | 5.80 hrs. | $ 3,523.50 |
| 09/29/21 | Conducted research with regard to self-serving declarations and genuine issues of material fact at summary judgment, in support of reply brief. Drafted analysis for review. | | |
| | James M. Salem | 2.50 hrs. | $ 888.75 |
| 09/29/21 | Reviewed revised draft of Chanel's reply to WGACA's sanctions motion and cite-checked the letter. | | |
| | Hyo Jin Paik | .30 hrs. | $ 88.50 |
| 09/30/21 | Emails and follow up re draft letter to Judge Stanton; email and follow up with J. Bravo re Supplemental Declaration; email and call with D. Price re same. | | |
| | Theodore C. Max | 1.90 hrs. | $ 1,282.50 |
| 09/30/21 | Reviewed Claudio Roncaglia deposition testimony; worked on Chanel's reply brief. | | |
| | Dylan J. Price | 3.40 hrs. | $ 2,210.00 |
| 09/30/21 | Revise letter and finalize exhibit and declaration for filing; email T. Max re same; continue drafting reply in support of motion for summary judgment. | | |
| | Bridget J. Russell | 6.20 hrs. | $ 3,766.50 |
| 09/30/21 | Reviewed/analyzed WGACA's objections to Chanel's declarations for MSJ; reviewed/analyzed Chanel's declarations and exhibits and other factual record and drafted responses to WGACA's objections. | | |
| | Hyo Jin Paik | 2.30 hrs. | $ 678.50 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 4.50 | $ 675.00 | $ 3,037.50 |
| Theodore C. Max | 79.40 | $ 675.00 | $ 53,595.00 |
| Dylan J. Price | 70.20 | $ 650.00 | $ 45,630.00 |
| Bridget J. Russell | 107.90 | $ 607.50 | $ 65,549.25 |
| Tyler E. Baker | 9.60 | $ 625.00 | $ 6,000.00 |
| James M. Salem | 3.70 | $ 355.50 | $ 1,315.35 |
| Hyo Jin Paik | 22.70 | $ 295.00 | $ 6,696.50 |
| Monica E. Danner | 4.50 | $ 319.50 | $ 1,437.75 |
| William Z. Gutman | 3.60 | $ 382.50 | $ 1,377.00 |
| ███████ | ███ | ███████ | ███████ |
| Leigh A. Tencza | .50 | $ 283.50 | $ 141.75 |
| ███████ | | | |
| Bradley M. Rank | 2.20 | $ 280.00 | $ 616.00 |
| Steven Molina | 1.10 | $ 234.00 | $ 257.40 |
| ███████ | ███ | ███████ | ███████ |

**Total Fees for Professional Services**     **$ 186,138.60**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    October 26, 2021
Theodore C. Max                                                                                           Invoice 340054292
                                                                                                          Page 17 of 18

### SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|-------:|
| 09/12/21 | NPD Logistics - Inv#1472-2750- Messenger Service 9/9/21- NY (Ted Max) to US Southern District Court | 25.93 |
| 08/31/21 | E-Discovery Monthly Data Hosting Fees, 183.48 Gigabytes. | 3,669.53 |
| 09/30/21 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 9/30/2021 | 48.40 |
| 07/14/21 | iDiscover, LLC - Inv#85147 - Blowback - with Assembly | 69.64 |
| 11/19/20 | Veritext - Inv# 4656828 - Deposition, witness: Devyn Shaughnessy 11/4/2020 | 4,883.20 |
| 11/28/20 | Veritext - Inv# 4678633 - Depositions, witness: Paige Rubin 11/10/20 | 2,590.00 |
| 07/05/21 | Ben Hyatt Certified Deposition Reporters - Inv # 1168710 - One Certified Transcript of Andrea Gaudet | 751.25 |
| 07/30/21 | Ben Hyatt Certified Deposition Reporters - Inv# 1169458 - Synchronized DVD's | 540.00 |
| 07/30/21 | Ben Hyatt Certified Deposition Reporters - Inv# 1169456 - Synchronized DVD's for deposition - Andrea Gaudet (Video Service) | 405.00 |
| 09/01/21 | Westlaw research by Price, Dylan, on 9/1/2021. | 464.40 |
| 09/01/21 | Westlaw research by Russell, Bridget, on 9/1/2021. | 1,918.80 |
| 09/02/21 | Westlaw research by Russell, Bridget, on 9/2/2021. | 619.20 |
| 09/02/21 | Westlaw research by Baker, Tyler, on 9/2/2021. | 680.40 |
| 09/03/21 | Westlaw research by Price, Dylan, on 9/3/2021. | 1,060.20 |
| 09/03/21 | Westlaw research by Russell, Bridget, on 9/3/2021. | 154.80 |
| 09/04/21 | Westlaw research by Price, Dylan, on 9/4/2021. | 1,346.40 |
| 09/06/21 | Westlaw research by Russell, Bridget, on 9/6/2021. | 154.80 |
| 09/07/21 | Westlaw research by Russell, Bridget, on 9/7/2021. | 1,060.20 |
| 09/09/21 | Westlaw research by Price, Dylan, on 9/9/2021. | 131.40 |
| 09/17/21 | Westlaw research by Russell, Bridget, on 9/17/2021. | 4,559.40 |
| 09/20/21 | Westlaw research by Price, Dylan, on 9/20/2021. | 619.20 |
| 09/21/21 | Westlaw research by Price, Dylan, on 9/21/2021. | 131.40 |
| 09/22/21 | Westlaw research by Price, Dylan, on 9/22/2021. | 131.40 |
| 09/27/21 | Westlaw research by Price, Dylan, on 9/27/2021. | 464.40 |
| 09/30/21 | Westlaw research by Price, Dylan, on 9/30/2021. | 309.60 |

**Total Disbursements**                                                                    **$ 26,788.95**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    October 26, 2021
Theodore C. Max    Invoice 340054292
Page 18 of 18

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 08/31/21 | 340052465 | 232,798.71 | 195,781.40 | 37,017.31 | -37,017.31 | $ 195,781.40 |
| 09/16/21 | 340053192 | 162,967.16 | 139,754.20 | 23,212.96 | 0.00 | 162,967.16 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 358,748.56 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 212,927.55 |
| **Total Due For This Matter** | **$ 571,676.11** |

# **Nov. 2021 Invoice**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
November 12, 2021
Invoice 340054802

| | |
|---|---|
| Our Matter No. | 18WZ-264490 |
| | Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al. |
| Billing Atty: | Theodore C. Max |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2021

| | |
|---|---|
| Current Fees | $ 56,222.80 |
| Current Disbursements | $ 4,185.26 |
| Total Current Activity | $ 60,408.06 |
| Total Due for This Invoice | $ 60,408.06 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:                Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St               Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                          SMRH Tax ID 95-1463164
Head of Intellectual Property                                    November 12, 2021
Chanel USA, Inc.                                                Invoice 340054802
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2021

| | | |
|---|---|---|
| Current Fees | $ 56,222.80 | |
| Current Disbursements | $ 4,185.26 | |
| Total Current Activity | | $ 60,408.06 |
| Total Due for This Invoice | | $ 60,408.06 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          November 12, 2021
Theodore C. Max                                                                                  Invoice 340054802
                                                                                                 Page 2 of 11

FOR PROFESSIONAL SERVICES THROUGH 10/31/21

## FEE DETAIL

10/01/21      Email to B. Rank re Further Letter Filing; email to D. Price re draft reply brief; email
              and follow up re same; review and follow up with D. Price re organization and
              structure.

                      Theodore C. Max                    1.90 hrs.                    $ 1,282.50

10/01/21      Finalized initial draft of Reply Memorandum in Support of Motion for Summary
              Judgment.

                      Dylan J. Price                     1.40 hrs.                    $ 910.00

10/01/21      Conferred with L. Tencza re e-filing of letter.

                      Bradley M. Rank                    .10 hrs.                     $ 28.00

10/01/21      Electronically filed Response to Defendants' Letter Motion to Supplement, with
              attachments, with Southern District of New York Court.

                      Leigh A. Tencza                    .50 hrs.                     $ 141.75

10/03/21      Work on and revise draft Reply Memorandum.

                      Theodore C. Max                    3.70 hrs.                    $ 2,497.50

10/04/21      Review email from D. DeCarlo re Exhibit from Fashion Catalog; review and revise
              draft Reply Memorandum; review cases re willful blindness; review and revise draft
              objections to P. Rubin Declaration

                      Theodore C. Max                    3.90 hrs.                    $ 2,632.50

10/04/21      Reviewed/analyzed factual record and drafted responses to WGACA's objections to
              Chanel's declarations in support of Chanel's SJ motion.

                      Hyo Jin Paik                       1.70 hrs.                    $ 501.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                November 12, 2021
Theodore C. Max                                                                                          Invoice 340054802
                                                                                                         Page 3 of 11

## **FEE DETAIL**

10/05/21    Work on and review Exhibit 134 and DeCarlo email re same; emails to L. Moffatt and
            J. Bravo re same;work on and prepare B. Russell re P. Rubin Declaration; call with R.
            Gruber and L. Moffatt re redaction of Exhibit 134; work on and review and revise draft
            Reply Memorandum.

                 Theodore C. Max                    4.10 hrs.                    $ 2,767.50

10/05/21    Telephone call with Ted Max re summary judgment briefing; reviewed Chanel's
            supporting declarations and analyzed WGACA's objections thereto; performed
            research in support of Chanel's response to WGACA's evidentiary objections and
            worked on Chanel's response to the same.

                 Dylan J. Price                     2.90 hrs.                    $ 1,885.00

10/05/21    Reviewed/analyzed factual record and drafted responses to WGACA's objections to
            Chanel's declarations in support of Chanel's reply memorandum in support of Motion
            for Summary Judgement.

                 Hyo Jin Paik                       7.30 hrs.                    $ 2,153.50

10/06/21    ███████████████████████████████████████████████

                 ████████████          ████████████          ████████████

10/06/21    Work on and review and revise draft Reply Memorandum of Law; emails and call with
            D. Price re review and editing of Reply Memorandum of Law; review false association
            portion of draft Reply Memorandum of Law; review cases re same and background
            information; email and follow up with H.J. Paik re research and redaction of Exhibit re
            Fashion Catalogue (Ex. 134).

                 Theodore C. Max                    7.20 hrs.                    $ 4,860.00

10/06/21    Worked on further revisions and additions to Chanel's reply Memorandum in Support
            of Motion for Summary Judgment.

                 Dylan J. Price                     4.20 hrs.                    $ 2,730.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.        November 12, 2021
Theodore C. Max                                                                                Invoice 340054802
                                                                                               Page 4 of 11

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 10/06/21 | Reviewed/analyzed factual record and drafted responses to WGACA's objections to Chanel's declarations in support of Chanel's SJ motion; conducted legal research and reviewed/analyzed case law for reply Memorandum of Law in Support of Summary Judgment | | |
| | Hyo Jin Paik | 8.60 hrs. | $ 2,537.00 |
| 10/06/21 | Compile and organize documents for attorney review. | | |
| | William Z. Gutman | 1.00 hrs. | $ 382.50 |
| 10/07/21 | Work on and prepare Reply Memorandum; review deposition transcripts re Page Rubin, F. Bober, A. Mische; work on Objections to Page Rubin Declaration; emails and follow up with B. Russell and D. Price re same; work on and revise draft Reply Memorandum. | | |
| | Theodore C. Max | 7.40 hrs. | $ 4,995.00 |
| 10/07/21 | Reviewed and revised Chanel's reply brief; conferred with Mr. Max re revisions to reply. | | |
| | Dylan J. Price | 4.60 hrs. | $ 2,990.00 |
| 10/07/21 | Reviewed/analyzed factual record and drafted responses to WGACA's objections to Chanel's declarations in support of Chanel's SJ motion; conducted legal research and reviewed/analyzed case law for Reply Memorandum of Law in Support of Summary Judgment. | | |
| | Hyo Jin Paik | 6.00 hrs. | $ 1,770.00 |
| 10/07/21 | Compile and organize documents in connection with preparing same for court filing. | | |
| | William Z. Gutman | 2.50 hrs. | $ 956.25 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.               November 12, 2021
Theodore C. Max                                                                                        Invoice 340054802
                                                                                                       Page 5 of 11

## FEE DETAIL

10/08/21    Work on and finalize Reply Memorandum; work on and review cases for Reply Memorandum; emails and calls with D. Price and B. Russell; follow up with B. Rank re status and filing.

             Theodore C. Max                    5.80 hrs.                    $ 3,915.00

10/08/21    Worked on objections to Paige Rubin declaration; reviewed responses to WGACA's objections to Chanel's evidence; worked on further revisions to Chanel's reply brief and telephone call with Ted Max re the same.

             Dylan J. Price                      2.20 hrs.                    $ 1,430.00

10/08/21    Conducted additional research with regard to willfulness and willful blindness in support of reply brief; drafted analysis for review.

             James M. Salem                      2.20 hrs.                    $ 782.10

10/08/21    Prepare deposition designations for transcripts of Lora Moffatt (Vol. 1 & 2), Joyce Green, Claudio Girardi, Paige Rubin, Frank Bober (Vol. 1 & 2), and Ambria Mische (Vol. 1 & 2), and prepare as Exhibits to Bridget Russell's declaration in support of reply re Motion for Summary Judgment; Russell declaration revisions; proofread, revise brief.

             Monica E. Danner                    4.80 hrs.                    $ 1,533.60

10/08/21    Research and compile documents for attorney review and Exhibits.

             William Z. Gutman                   .90 hrs.                     $ 344.25

10/08/21    Reviewed reply documents for filing and e-filed same.

             Bradley M. Rank                     .90 hrs.                     $ 252.00

10/11/21    Email and follow up re letter re confidentiality of Chanel screenshot of "Fashion Catalogue."

             Theodore C. Max                    .40 hrs.                     $ 270.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    November 12, 2021
Theodore C. Max                                                                                            Invoice 340054802
                                                                                                           Page 6 of 11

## FEE DETAIL

| | | | |
|---|---|---|---|
| 10/11/21 | Compile, organize and index documents for attorney review. | | |
| | William Z. Gutman | 1.50 hrs. | $ 573.75 |
| 10/12/21 | Review letter to Court re Fashion Catalog entry and motion to seal; review background documents; email to L. Moffatt and R. Gruber re WGACA and Chanel Reply papers. | | |
| | Theodore C. Max | .60 hrs. | $ 405.00 |
| 10/12/21 | Reviewed Reply Memorandum Law in Support of Summary Judgment filings. | | |
| | Hyo Jin Paik | .20 hrs. | $ 59.00 |
| 10/12/21 | Compile and organize documents for review by attorney. | | |
| | William Z. Gutman | 1.50 hrs. | $ 573.75 |
| 10/13/21 | Email and discussion with H.J. Paik re draft letter to Judge Stanton re Motion for Sealing; review and revise draft letter. | | |
| | Theodore C. Max | .50 hrs. | $ 337.50 |
| 10/13/21 | Reviewed/analyzed WGACA's sealing motion memo and exhibits thereto. | | |
| | Hyo Jin Paik | .30 hrs. | $ 88.50 |
| 10/13/21 | Compile and organize documents for attorney review, prepare same for inclusion in database. | | |
| | William Z. Gutman | 2.00 hrs. | $ 765.00 |
| 10/14/21 | Work on and prepare draft letter to Judge Stanton re confidentiality; work on and review and revise same; conference call with H.J. Paik re same. | | |
| | Theodore C. Max | .60 hrs. | $ 405.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    November 12, 2021
Theodore C. Max                                                                      Invoice 340054802

## FEE DETAIL

| | | | |
|---|---|---|---|
| 10/14/21 | Reviewed/analyzed WGACA's Reply Memorandum Law in Support of Summary Judgment papers and drafted Chanel's reply letter to the Judge re: motion to seal; reviewed/analyzed case law re: motion to seal/redact. | | |
| | Hyo Jin Paik | 2.80 hrs. | $ 826.00 |
| 10/14/21 | Research, compile and organize documents for attorney review, prepare electronic files re same. | | |
| | William Z. Gutman | 1.50 hrs. | $ 573.75 |
| 10/14/21 | Checked Judge Stanton's rules re courtesy copies and prepared courtesy copies of reply papers. | | |
| | Bradley M. Rank | .10 hrs. | $ 28.00 |
| 10/15/21 | Work on draft letter to Judge Stanton re redaction of screen captures from the Fashion Catalog; work on draft Declaration of L. Moffatt re same; email and conference call with B. Russell re same. | | |
| | Theodore C. Max | 2.90 hrs. | $ 1,957.50 |
| 10/15/21 | Compile and organize documents for attorney review re mediation. | | |
| | William Z. Gutman | 1.00 hrs. | $ 382.50 |
| 10/15/21 | Coordinated preparation of courtesy copies of reply papers and letter requesting oral argument. | | |
| | Bradley M. Rank | .20 hrs. | $ 56.00 |
| 10/15/21 | Prepared letter to Judge Stanton: 1) enclosing copies of reply papers in connection with motion for partial summary judgment, and 2) to request oral argument on same; electronically filed letter motion to request oral argument, with  U.S. Southern District of New York Court; email communications with team regarding same. | | |
| | Leigh A. Tencza | 1.30 hrs. | $ 368.55 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.      November 12, 2021
Theodore C. Max                                                                                                          Invoice 340054802
                                                                                                                              Page 8 of 11

## FEE DETAIL

| 10/18/21 | Work on and revise draft letter to Judge Stanton; work on and revise draft Declaration of L. Moffatt; email to L. Moffatt re draft Declaration. |
|---|---|

|  | Theodore C. Max | 1.80 hrs. | $ 1,215.00 |
|---|---|---|---|

| 10/18/21 | Email communications with T. Max and B. Rank regarding obtaining metrics on timing of Judge Stanton's decisions on motions for summary judgment and trials. |
|---|---|

|  | Leigh A. Tencza | .40 hrs. | $ 113.40 |
|---|---|---|---|

| 10/19/21 | Work on and revise draft Letter to Judge Stanton; email to B. Rank and L.A. Tencza re filing of Letter to Judge Stanton and Declaration of L. Moffatt in Support of Motion to Seal. |
|---|---|

|  | Theodore C. Max | .90 hrs. | $ 607.50 |
|---|---|---|---|

| 10/19/21 | Reviewed and analyzed WGACA's reply brief; reviewed and analyzed case law cite by WGACA re injury requirement for false association claims. |
|---|---|

|  | Dylan J. Price | 2.30 hrs. | $ 1,495.00 |
|---|---|---|---|

| 10/19/21 | Electronically filed response in support of WGACA's motion to seal exhibit to their reply to motion for summary judgment, with U.S. Southern District of New York Court; email communications with team regarding same. |
|---|---|

|  | Leigh A. Tencza | .60 hrs. | $ 170.10 |
|---|---|---|---|

| 10/20/21 | Coordinated delivery of courtesy copy of response in support of WGACA's motion to seal exhibit to their reply to motion for summary judgment to Judge Stanton pursuant to his rules. |
|---|---|

|  | Leigh A. Tencza | .30 hrs. | $ 85.05 |
|---|---|---|---|

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 12, 2021
Invoice 340054802
Page 9 of 11

## FEE DETAIL

10/21/21        Researched summary judgment timing and statistics for Judge Stanton, as well as trial schedule; reviewed Judge Stanton's rules and scheduling orders re deadline for joint pretrial order and requirement for joint proposed findings of fact; emailed T. Max re same.

                        Bradley M. Rank                    .90 hrs.                    $ 252.00

10/22/21        Emails with B. Rank re scheduling and status of summary judgment motions.

                        Theodore C. Max                    .40 hrs.                    $ 270.00

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 42.10 | $ 675.00 | $ 28,417.50 |
| Dylan J. Price | 17.60 | $ 650.00 | $ 11,440.00 |
| James M. Salem | 2.20 | $ 355.50 | $ 782.10 |
| Hyo Jin Paik | 26.90 | $ 295.00 | $ 7,935.50 |
| Monica E. Danner | 4.80 | $ 319.50 | $ 1,533.60 |
| William Z. Gutman | 11.90 | $ 382.50 | $ 4,551.75 |
| Leigh A. Tencza | 3.10 | $ 283.50 | $ 878.85 |
| ███████ | ███ | ███ | ███ |
| Bradley M. Rank | 2.20 | $ 280.00 | $ 616.00 |

**Total Fees for Professional Services**                    **$ 56,222.80**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                November 12, 2021
Theodore C. Max                                                                                       Invoice 340054802
                                                                                                      Page 10 of 11

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 10/17/21 | NPD Logistics - Inv# 1472-2803 - Messenger services on 10/15/21 | 25.93 |
| 10/19/21 | Federal Express on 10/19/21 | 38.21 |
| 10/20/21 | Federal Express on 10/20/21 | 13.52 |
| 10/06/21 | Westlaw research by Paik, Hyo Jin, on 10/6/2021. | 943.20 |
| 10/07/21 | Westlaw research by Paik, Hyo Jin, on 10/7/2021. | 727.20 |
| 10/14/21 | Westlaw research by Paik, Hyo Jin, on 10/14/2021. | 154.80 |
| 10/20/21 | Westlaw research by Price, Dylan, on 10/20/2021. | 2,282.40 |

**Total Disbursements**                                                                  **$ 4,185.26**

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                November 12, 2021
Theodore C. Max                                                                                                          Invoice 340054802
                                                                                                                         Page 11 of 11

### **ACCOUNTS RECEIVABLE SUMMARY**

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 08/31/21 | 340052465 | 232,798.71 | 195,781.40 | 37,017.31 | -37,017.31 | $ 195,781.40 |
| 10/26/21 | 340054292 | 212,927.55 | 186,138.60 | 26,788.95 | 0.00 | 212,927.55 |

|  |  |
|---|---|
| Total Outstanding Fees and Disbursements | $ 408,708.95 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 60,408.06 |
| **Total Due For This Matter** | **$ 469,117.01** |

# Dec. 2021 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                     SMRH Tax ID 95-1463164
Head of Intellectual Property                          December 10, 2021
Chanel USA, Inc.                                       Invoice 340055820
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2021

Current Disbursements                        $ 8,950.06

Total Current Activity                              $ 8,950.06
Total Due for This Invoice                          $ 8,950.06

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

**Electronic Payments**          **Payment by Check**           **Overnight Mail Delivery**

Account Name: Sheppard Mullin Richter & Hampton LLP    Sheppard Mullin Richter & Hampton LLP    Sheppard Mullin Richter & Hampton LLP
Beneficiary Bank:          Account No.: 496-8375493    PO Box 716409                            Wells Fargo Bank Lockbox Services
Wells Fargo Bank, NA       ACH ABA No.: 121000248      Philadelphia, PA 19171-6409              Lockbox 716409
420 Montgomery St          Wire ABA No.: 121000248                                              401 Market Street
San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S                                       Philadelphia, PA 19106

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
December 10, 2021
Invoice 340055820

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2021

Current Disbursements                              $  8,950.06

Total Current Activity                                    $  8,950.06
Total Due for This Invoice                               $  8,950.06

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:            Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    December 10, 2021
Theodore C. Max    Invoice 340055820
Page 2 of 3

### SUMMARY OF DISBURSEMENTS

| | |
|---|---:|
| ESI Hosting | 7,339.06 |
| Legal Research | 261.00 |
| Transcripts and Depositions | 1,350.00 |
| **Total Disbursements** | **$ 8,950.06** |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 10, 2021
Invoice 340055820
Page 3 of 3

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 08/31/21 | 340052465 | 232,798.71 | 195,781.40 | 37,017.31 | -37,017.31 | $ 195,781.40 |
| 10/26/21 | 340054292 | 212,927.55 | 186,138.60 | 26,788.95 | 0.00 | 212,927.55 |
| 11/12/21 | 340054802 | 60,408.06 | 56,222.80 | 4,185.26 | 0.00 | 60,408.06 |
| | | | Total Outstanding Fees and Disbursements | | | $ 469,117.01 |
| | | | Interest on Outstanding A/R | | | 4,934.76 |
| | | | Fees and Disbursements Due for this Invoice | | | 8,950.06 |
| | | | **Total Due For This Matter** | | | **$ 483,001.83** |

# <u>Jan. 2022 Invoice</u>

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

Lora Moffatt, Esq.                                                  SMRH Tax ID 95-1463164
Head of Intellectual Property                                          January 10, 2022
Chanel USA, Inc.                                                    Invoice 340056746
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2021

| | | |
|---|---|---|
| Current Fees | $ 141.75 | |
| Current Disbursements | $ 7,397.96 | |
| Total Current Activity | | $ 7,539.71 |
| Total Due for This Invoice | | $ 7,539.71 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St         Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
January 10, 2022
Invoice 340056746

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2021

| | |
|---|---|
| Current Fees | $ 141.75 |
| Current Disbursements | $ 7,397.96 |
| Total Current Activity | $ 7,539.71 |
| Total Due for This Invoice | $ 7,539.71 |

## DUE IMMEDIATELY UPON RECEIPT

### Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:        Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 10, 2022
Invoice 340056746
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 12/31/21

### FEE DETAIL

12/13/21     Reviewed upcoming events for judge and prepared detailed list of same; email
communications with T. Max regarding same.

Leigh A. Tencza                        .50 hrs.                        $ 141.75

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Leigh A. Tencza | .50 | $ 283.50 | $ 141.75 |

**Total Fees for Professional Services**                        $ 141.75

### SUMMARY OF DISBURSEMENTS

| 12/14/21 | D.Price-PACER- Copy Documents | 58.90 |
| 11/30/21 | E-Discovery Monthly Data Hosting Fees, 183.48  Gigabytes. | 3,669.53 |
| 12/31/21 | E-Discovery Monthly Data Hosting Fees, 183.48  Gigabytes. | 3,669.53 |

**Total Disbursements**                        $ 7,397.96

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 10, 2022
Invoice 340056746
Page 3 of 3

### <u>ACCOUNTS RECEIVABLE SUMMARY</u>

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 08/31/21 | 340052465 | 232,798.71 | 195,781.40 | 37,017.31 | -37,017.31 | $ 195,781.40 |
| 12/10/21 | 340055820 | 8,950.06 | 0.00 | 8,950.06 | 0.00 | 8,950.06 |
| | | | Total Outstanding Fees and Disbursements | | | $ 204,731.46 |
| | | | Interest on Outstanding A/R | | | 6,597.56 |
| | | | Fees and Disbursements Due for this Invoice | | | 7,539.71 |
| | | | **Total Due For This Matter** | | | **$ 218,868.73** |

# Feb. 2022 Invoice

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 23, 2022
Invoice 340058131
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 01/31/22

## **FEE DETAIL**

01/16/22        Compiled MSJ filings and organized document repository.

Hyo Jin Paik                     .40 hrs.                    $ 118.00

## **SUMMARY OF TIMEKEEPER FEES**

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Hyo Jin Paik | .40 | $ 295.00 | $ 118.00 |

**Total Fees for Professional Services**                    $ 118.00

## **SUMMARY OF DISBURSEMENTS**

| | | |
|---|---|---|
| 01/31/22 | E-Discovery Monthly Data Hosting Fees, 183.48 Gigabytes. | 3,669.53 |
| 06/07/21 | Baker Tilly US, LLP - Inv# BT1850304 - Henry Kahrs deposition | 3,939.50 |

**Total Disbursements**                                      $ 7,609.03

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                        February 23, 2022
Chanel USA, Inc.                                                     Invoice 340058131
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2022

| | | |
|---|---|---|
| Current Fees | $  118.00 | |
| Current Disbursements | $  7,609.03 | |
| Total Current Activity | | $  7,727.03 |
| Total Due for This Invoice | | $  7,727.03 |

---

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>             Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA         ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St         Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
February 23, 2022
Invoice 340058131

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2022

| | |
|---|---|
| Current Fees | $ 118.00 |
| Current Disbursements | $ 7,609.03 |
| | |
| Total Current Activity | $ 7,727.03 |
| Total Due for This Invoice | $ 7,727.03 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:           Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                February 23, 2022
Theodore C. Max                                                                                        Invoice 340058131
                                                                                                       Page 3 of 3

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 08/31/21 | 340052465 | 232,798.71 | 195,781.40 | 37,017.31 | -37,017.31 | $ 195,781.40 |
| 01/10/22 | 340056746 | 7,539.71 | 141.75 | 7,397.96 | 0.00 | 7,539.71 |
| | | | Total Outstanding Fees and Disbursements | | | $ 203,321.11 |
| | | | Interest on Outstanding A/R | | | 8,260.36 |
| | | | Fees and Disbursements Due for this Invoice | | | 7,727.03 |
| | | | **Total Due For This Matter** | | | **$ 219,308.50** |

# **Mar. 2022 Invoice**

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

<u>*Remittance Copy*</u>
*Please return this page with your payment.*

Lora Moffatt, Esq.                                        SMRH Tax ID 95-1463164
Head of Intellectual Property                                    March 25, 2022
Chanel USA, Inc.                                           Invoice 340058807
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

<u>**INVOICE SUMMARY**</u>

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2022

| | |
|---|---|
| Current Fees | $ 435.60 |
| Current Disbursements | $ 3,714.03 |
| | |
| Total Current Activity | $ 4,149.63 |
| | |
| Total Due for This Invoice | $ 4,149.63 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>**Electronic Payments**</u> | <u>**Payment by Check**</u> | <u>**Overnight Mail Delivery**</u> |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>    Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St    Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
March 25, 2022
Invoice 340058807

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2022

| | |
|---|---|
| Current Fees | $ 435.60 |
| Current Disbursements | $ 3,714.03 |
| Total Current Activity | $ 4,149.63 |
| Total Due for This Invoice | $ 4,149.63 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298      Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

March 25, 2022
Invoice 340058807
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 02/28/22

## FEE DETAIL

02/04/22        Email T. Kidde re expert payment; receive review and summarize email re same.

Bridget J. Russell                    .30 hrs.                    $ 193.05

02/16/22        Emailed Robin Gruber transcripts for attorney review from Text Map database.

Steven Molina                    .20 hrs.                    $ 49.50

02/18/22        Email with opposing counsel re experts.

Bridget J. Russell                    .30 hrs.                    $ 193.05

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Bridget J. Russell | .60 | $ 643.50 | $ 386.10 |
| Steven Molina | .20 | $ 247.50 | $ 49.50 |

**Total Fees for Professional Services**          $ 435.60

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 02/28/22 | E-Discovery Monthly Data Hosting Fees, 183.48 Gigabytes. | 3,669.53 |
| 02/03/22 | B.Russell-Pacer docket review | 44.50 |

**Total Disbursements**          $ 3,714.03

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

March 25, 2022
Invoice 340058807
Page 3 of 3

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 08/31/21 | 340052465 | 232,798.71 | 195,781.40 | 37,017.31 | -37,017.31 | $ 195,781.40 |
| 02/23/22 | 340058131 | 7,727.03 | 118.00 | 7,609.03 | 0.00 | 7,727.03 |
| | | | Total Outstanding Fees and Disbursements | | | $ 203,508.43 |
| | | | Interest on Outstanding A/R | | | 9,762.24 |
| | | | Fees and Disbursements Due for this Invoice | | | 4,149.63 |
| | | | **Total Due For This Matter** | | | **$ 217,420.30** |

# **<u>Apr. 2022 Invoice</u>**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                      SMRH Tax ID 95-1463164
Head of Intellectual Property                                       April 29, 2022
Chanel USA, Inc.                                            Invoice 340060609
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2022

| | |
|---|---|
| Current Fees | $ 8,265.00 |
| Current Disbursements | $ 3,669.53 |
| Total Current Activity | $ 11,934.53 |
| Total Due for This Invoice | $ 11,934.53 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
April 29, 2022
Invoice 340060609

| | | |
|---|---|---|
| Our Matter No. | 18WZ-264490 | |
| | Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al. | |
| Billing Atty: | Theodore C. Max | |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2022

| | |
|---|---|
| Current Fees | $ 8,265.00 |
| Current Disbursements | $ 3,669.53 |
| Total Current Activity | $ 11,934.53 |
| Total Due for This Invoice | $ 11,934.53 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:     Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St     Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298     Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 29, 2022
Invoice 340060609
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 03/31/22

### **FEE DETAIL**

| | | | |
|---|---|---|---|
| 03/16/22 | Reviewed Judge Stanton's pre-trial and trial procedures. | | |
| | Dylan J. Price | .50 hrs. | $ 325.00 |
| 03/24/22 | Review order on WGACA's motion for sanctions; confer with Ted Max re same. | | |
| | Jill M. Pietrini | .20 hrs. | $ 135.00 |
| 03/24/22 | Review Court decision re sanctions motion; email to J. Pietrini and D. Price re same. | | |
| | Theodore C. Max | .40 hrs. | $ 270.00 |
| 03/24/22 | Reviewed and analyzed order on WGACA's motion for conference and requests for sanctions against Chanel. | | |
| | Dylan J. Price | .40 hrs. | $ 260.00 |
| 03/28/22 | Review decision of Judge Stanton re Chanel's and WGACA's Motion for Summary Judgment; read and review same; teleconference with L. Moffatt re same. | | |
| | Theodore C. Max | 1.90 hrs. | $ 1,282.50 |
| 03/28/22 | Reviewed and analyzed order granting, in part, Chanel's motion for partial summary judgment and denying WGACA's motion for partial summary judgment. | | |
| | Dylan J. Price | 1.50 hrs. | $ 975.00 |
| 03/28/22 | Conferred with T. Max on summary judgment ruling and related case strategy. Reviewed summary judgment ruling. | | |
| | Tyler E. Baker | .90 hrs. | $ 562.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 29, 2022
Invoice 340060609
Page 4 of 4

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 08/31/21 | 340052465 | 232,798.71 | 195,781.40 | 37,017.31 | -37,017.31 | $ 195,781.40 |
| 03/25/22 | 340058807 | 4,149.63 | 435.60 | 3,714.03 | 0.00 | 4,149.63 |
| | | | | Total Outstanding Fees and Disbursements | | $ 199,931.03 |
| | | | | Interest on Outstanding A/R | | 11,425.04 |
| | | | | Fees and Disbursements Due for this Invoice | | 11,934.53 |
| | | | | **Total Due For This Matter** | | **$ 223,290.60** |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                          April 29, 2022
Theodore C. Max                                                                                              Invoice 340060609
                                                                                                                Page 3 of 4

## **FEE DETAIL**

03/29/22        Review Court's order denying Defendants' Motion for Summary Judgment and
                granting Chanel's Motion for Summary Judgment in part; confer with Ted Max and
                Bridget Russell re same.

                        Jill M. Pietrini                    1.70 hrs.                    $ 1,147.50

03/29/22        Draft email to L. Moffatt and R. Gruber re press summary re WGACA Summary
                Judgment decision; prepare outline of Judge Stanton's Summary Judgment decision.

                        Theodore C. Max                     2.50 hrs.                    $ 1,687.50

03/30/22        Emails and follow up re summary judgment decision; email to R. Gruber and L.
                Moffatt re analysis of decision; discussion with L. Moffatt re same.

                        Theodore C. Max                     2.40 hrs.                    $ 1,620.00


## **SUMMARY OF TIMEKEEPER FEES**

| **Timekeeper Name** | **Hours** | **Avg. Rate/Hr** | **Dollars** |
|---|---|---|---|
| Jill M. Pietrini | 1.90 | $ 675.00 | $ 1,282.50 |
| Theodore C. Max | 7.20 | $ 675.00 | $ 4,860.00 |
| Dylan J. Price | 2.40 | $ 650.00 | $ 1,560.00 |
| Tyler E. Baker | .90 | $ 625.00 | $ 562.50 |

**Total Fees for Professional Services**                                    **$ 8,265.00**


## **SUMMARY OF DISBURSEMENTS**

03/31/22        E-Discovery Monthly Data Hosting Fees, 183.48 Gigabytes.                    3,669.53

**Total Disbursements**                                                      **$ 3,669.53**

# **May 2022 Invoice**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*__Please return this page with your payment.__*

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                 May 19, 2022
Chanel USA, Inc.                                      Invoice 340061318
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2022

| | | |
|---|---|---|
| Current Fees | $ 25,573.60 | |
| Current Disbursements | $ 6,374.93 | |
| Total Current Activity | | $ 31,948.53 |
| Total Due for This Invoice | | $ 31,948.53 |

## DUE IMMEDIATELY UPON RECEIPT

### Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:         Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St         Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                          SMRH Tax ID 95-1463164
Head of Intellectual Property                                        May 19, 2022
Chanel USA, Inc.                                              Invoice 340061318
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2022

Current Fees                                    $ 25,573.60
Current Disbursements                           $  6,374.93

Total Current Activity                                          $ 31,948.53

Total Due for This Invoice                                      $ 31,948.53

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298     Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 19, 2022
Invoice 340061318
Page 2 of 6

FOR PROFESSIONAL SERVICES THROUGH 04/30/22

## **FEE DETAIL**

04/05/22    Reviewed summary of Court's order on Chanel and WGACA's respective summary judgment motions; identified issues to research based on Court's order.

    Dylan J. Price                          .70 hrs.                    $  455.00

04/06/22    Continued review and analysis of Court's order on Chanel's MSJ and issues to be determined at trial.

    Dylan J. Price                          1.80 hrs.                  $  1,170.00

04/11/22    Worked on Chanel pre-trial outline; performed research re right to jury trial, binding impact of finding on summary judgment and use of advisory jury on damages issues.

    Dylan J. Price                          4.30 hrs.                  $  2,795.00

04/11/22    Receive and review email and article from T. Max; email team re status update call.

    Bridget J. Russell                      .40 hrs.                    $  257.40

04/12/22    Continued research re right to jury trial on trademark claims and impact of Court's finding on summary judgment on issues to be presented to the jury at trial; begin review of deposition documents to identify exhibits for use at trial.

    Dylan J. Price                          3.90 hrs.                  $  2,535.00

04/13/22    Review summary of issues from Motion for Summary Judgment order prepared by Ted Max; telephone conference with Dylan Price, Ted Max, and Bridget Russell re same; correspondence with survey and financial experts re decision and trial; correspondence with Pier Luigi Roncaglia re same.

    Jill M. Pietrini                        1.50 hrs.                  $  1,012.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 19, 2022
Theodore C. Max                                                                                          Invoice 340061318
                                                                                                          Page 3 of 6

## FEE DETAIL

04/13/22     Conference call with D. Price, J. Pietrini and B. Russell re decision of Court and next
             steps; email and follow up call with R. Gruber, C. Sheerins and H. Strum re status of
             WGACA matter and next steps; discussion re possible settlement strategy and follow
             up.

                    Theodore C. Max                    1.60 hrs.                    $ 1,080.00

04/13/22     Prepared for and attended call to discuss Court's summary judgment motion and next
             steps; Reviewed motion and order re additional damages discovery sought by
             WGACA; Researched and reviewed jury instructions.

                    Dylan J. Price                     3.60 hrs.                    $ 2,340.00

             ███████     ██████████████████████████████

                         ████████████          █████████          █████████

04/13/22     Call with team re next steps in litigation; email with experts re same; review prior
             discovery order and email re same.

                    Bridget J. Russell               1.10 hrs.                    $ 707.85

04/14/22     Email and follow up re Chanel motion for renewal of discovery motion.

                    Theodore C. Max                    .50 hrs.                    $ 337.50

04/14/22     Worked on jury instructions and proposed findings of ultimate facts for pretrial order.

                    Dylan J. Price                     3.80 hrs.                    $ 2,470.00

04/15/22     Teleconference with financial expert re damage issues remaining for trial.

                    Jill M. Pietrini                   .20 hrs.                    $ 135.00

04/20/22     Worked on proposed jury instructions and related research.

                    Dylan J. Price                     1.20 hrs.                    $ 780.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 19, 2022
Invoice 340061318
Page 4 of 6

## FEE DETAIL

04/21/22        Compiled and revised relevant trademark and false advertising jury instructions from other districts; worked on Chanel's proposed jury instructions.

Dylan J. Price                         3.80 hrs.                    $ 2,470.00

04/25/22        Performed research in support of Chanel's proposed jury instructions; Worked on proposed jury instructions.

Dylan J. Price                         4.70 hrs.                    $ 3,055.00

04/26/22        Worked on Chanel's proposed jury instructions.

Dylan J. Price                         2.20 hrs.                    $ 1,430.00

04/27/22        Worked on proposed jury instructions and proposed findings of ultimate fact.

Dylan J. Price                         3.80 hrs.                    $ 2,470.00

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 1.70 | $ 675.00 | $ 1,147.50 |
| Theodore C. Max | 2.10 | $ 675.00 | $ 1,417.50 |
| Dylan J. Price | 33.80 | $ 650.00 | $ 21,970.00 |
| ██████████ | ████ | | |
| Bridget J. Russell | 1.50 | $ 643.50 | $ 965.25 |

**Total Fees for Professional Services**                              $ 25,573.60

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 19, 2022
Theodore C. Max                                                                                           Invoice 340061318
                                                                                                          Page 5 of 6

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 04/30/22 | E-Discovery Monthly Data Hosting Fees, 183.48 Gigabytes. | 3,669.53 |
| 04/27/22 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 4/30/2022 | 26.10 |
| 04/12/22 | Westlaw research by Price, Dylan, on 4/12/2022. | 774.00 |
| 04/21/22 | Westlaw research by Price, Dylan, on 4/21/2022. | 387.00 |
| 04/26/22 | Westlaw research by Price, Dylan, on 4/26/2022. | 331.20 |
| 04/27/22 | Westlaw research by Price, Dylan, on 4/27/2022. | 193.50 |
| 04/28/22 | Westlaw research by Price, Dylan, on 4/28/2022. | 993.60 |

**Total Disbursements**                                                     **$ 6,374.93**

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 19, 2022
Theodore C. Max                                                                                            Invoice 340061318
                                                                                                         Page 6 of 6

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 08/31/21 | 340052465 | 232,798.71 | 195,781.40 | 37,017.31 | -37,017.31 | $ 195,781.40 |
| 04/29/22 | 340060609 | 11,934.53 | 8,265.00 | 3,669.53 | 0.00 | 11,934.53 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 207,715.93 |
| Interest on Outstanding A/R | 13,034.20 |
| Fees and Disbursements Due for this Invoice | 31,948.53 |
| **Total Due For This Matter** | **$ 252,698.66** |

# June 2022 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*__Please return this page with your payment.__*

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
June 30, 2022
Invoice 340062687

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2022

| | |
|---|---|
| Current Fees | $ 17,395.00 |
| Current Disbursements | $ 11,592.24 |
| Total Current Activity | $ 28,987.24 |
| Total Due for This Invoice | $ 28,987.24 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298          Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

Lora Moffatt, Esq.                                                     SMRH Tax ID 95-1463164
Head of Intellectual Property                                                   June 30, 2022
Chanel USA, Inc.                                                      Invoice 340062687
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2022

Current Fees                              $ 17,395.00
Current Disbursements                     $ 11,592.24

Total Current Activity                                          $ 28,987.24

Total Due for This Invoice                                     $ 28,987.24

---

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St      Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    June 30, 2022
Theodore C. Max                                                                                          Invoice 340062687
                                                                                                            Page 2 of 6

FOR PROFESSIONAL SERVICES THROUGH 05/31/22

## **FEE DETAIL**

| 05/04/22 | Worked on Chanel's pre-trial submissions; reviewed copyright case awarding attorneys fees based on bad faith settlement conduct. |
| | Dylan J. Price | 1.10 hrs. | $ 715.00 |

| 05/10/22 | Continued research in support of jury instructions. |
| | Dylan J. Price | 3.60 hrs. | $ 2,340.00 |

| 05/11/22 | Reviewed post-Romag jury instructions on recovery of infringer's profits; worked on Chanel jury instructions and pre-trial materials. |
| | Dylan J. Price | 3.70 hrs. | $ 2,405.00 |

| 05/12/22 | Reviewed prior letter motions and orders re requests to compel production of financial information from WGACA; worked on Chanel's renewed motion to compel production of financial information; worked on pre-trial order materials. |
| | Dylan J. Price | 2.20 hrs. | $ 1,430.00 |

| 05/13/22 | Worked on renewed motion to compel production of documents and information from WGACA. |
| | Dylan J. Price | 2.60 hrs. | $ 1,690.00 |

| 05/18/22 | Reviewed and revised Chanel's renewed motion to compel the production of WGACA financial information and social media post performance data; worked on jury instructions and related research. |
| | Dylan J. Price | 2.70 hrs. | $ 1,755.00 |

| 05/19/22 | Worked on Chanel's jury instructions and supporting case law. |
| | Dylan J. Price | 2.80 hrs. | $ 1,820.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    June 30, 2022
Theodore C. Max                                                                                           Invoice 340062687
                                                                                                          Page 3 of 6

## FEE DETAIL

05/20/22    Performed research re Second Circuit authority on use of survey evidence and percentage of confusion found sufficient to show actual confusion; continued work on jury instructions.

Dylan J. Price                3.20 hrs.              $ 2,080.00

05/24/22    Revise renewed motion to compel financial documents from Defendants; confer with Ted Max and Dylan Price re same;

Jill M. Pietrini              .40 hrs.               $ 270.00

05/24/22    Read and review draft letter to Judge Stanton re renewal of motion to compel WGACA production of financial and sales information; redline same and send email to D. Price and J. Pietrini re same.

Theodore C. Max              1.70 hrs.               $ 1,147.50

05/24/22    Reviewed revisions to renewed application for motion to compel.

Dylan J. Price               .30 hrs.                $ 195.00

05/25/22    Follow up with B. Rank re filing of letter to Judge Stanton re damages discovery; follow up re same.

Theodore C. Max              .80 hrs.                $ 540.00

05/25/22    Finalized renewed application for motion to compel and exhibits for filing.

Dylan J. Price               .20 hrs.                $ 130.00

05/26/22    Follow up regarding letter to Judge Stanton re renewal of motion to compel production of financial information; discussion with Chanel in-house counsel re status of WGACA case on conference call.

Theodore C. Max              .90 hrs.                $ 607.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

05/31/22    Review and read response by WGACA counsel; email and follow up with D. Price re same.

| | | |
|---|---|---|
| Theodore C. Max | .40 hrs. | $ 270.00 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | .40 | $ 675.00 | $ 270.00 |
| Theodore C. Max | 3.80 | $ 675.00 | $ 2,565.00 |
| Dylan J. Price | 22.40 | $ 650.00 | $ 14,560.00 |

**Total Fees for Professional Services**                     **$ 17,395.00**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                   June 30, 2022
Theodore C. Max                                                                                           Invoice 340062687
                                                                                                          Page 5 of 6

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 05/29/22 | NPD Logistics - Inv #1472-3148 - Order #320.052722 on 05/27/22 | 28.01 |
| 05/31/22 | E-Discovery Monthly Data Hosting Fees, 183.48 Gigabytes. | 3,669.53 |
| 05/11/22 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 5/31/2022 | 21.50 |
| 05/10/22 | Lexis research by Price, Dylan on 5/10/2022. | 2,160.00 |
| 05/11/22 | Lexis research by Price, Dylan on 5/11/2022. | 404.10 |
| 05/12/22 | Lexis research by Price, Dylan on 5/12/2022. | 47.70 |
| 05/19/22 | Lexis research by Price, Dylan on 5/19/2022. | 512.10 |
| 05/20/22 | Lexis research by Price, Dylan on 5/20/2022. | 184.50 |
| 05/23/22 | Lexis research by Price, Dylan on 5/23/2022. | 801.90 |
| 05/24/22 | Lexis research by Price, Dylan on 5/24/2022. | 178.20 |
| 05/27/22 | Lexis research by Price, Dylan on 5/27/2022. | 333.90 |
| 05/05/22 | Westlaw research by Price, Dylan, on 5/5/2022. | 193.50 |
| 05/09/22 | Westlaw research by Price, Dylan, on 5/9/2022. | 765.00 |
| 05/10/22 | Westlaw research by Price, Dylan, on 5/10/2022. | 193.50 |
| 05/19/22 | Westlaw research by Price, Dylan, on 5/19/2022. | 580.50 |
| 05/20/22 | Westlaw research by Price, Dylan, on 5/20/2022. | 550.80 |
| 05/24/22 | Westlaw research by Price, Dylan, on 5/24/2022. | 580.50 |
| 05/27/22 | Westlaw research by Price, Dylan, on 5/27/2022. | 387.00 |

**Total Disbursements**                                                                                   **$ 11,592.24**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                     June 30, 2022
Theodore C. Max                                                                                          Invoice 340062687
                                                                                                          Page 6 of 6

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 08/31/21 | 340052465 | 232,798.71 | 195,781.40 | 37,017.31 | 0.00 | 0.00 | -37,017.31 | $ 195,781.40 |
| 05/19/22 | 340061318 | 31,948.53 | 25,573.60 | 6,374.93 | 0.00 | 0.00 | 0.00 | 31,948.53 |

|  |  |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 227,729.93 |
| Interest on Outstanding A/R | 14,697.00 |
| Fees and Disbursements Due for this Invoice | 28,987.24 |
| **Total Due For This Matter** | **$ 271,414.17** |

# July 2022 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*__Please return this page with your payment.__*

Lora Moffatt, Esq.                                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                              July 19, 2022
Chanel USA, Inc.                                                     Invoice 340063586
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2022

Current Fees                                    $ 15,984.60
Current Disbursements                           $  4,305.43

Total Current Activity                                             $ 20,290.03

Total Due for This Invoice                                         $ 20,290.03

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298          Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                       SMRH Tax ID 95-1463164
Head of Intellectual Property                                    July 19, 2022
Chanel USA, Inc.                                         Invoice 340063586
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2022

Current Fees                                $ 15,984.60
Current Disbursements                        $  4,305.43

Total Current Activity                                   $ 20,290.03

Total Due for This Invoice                               $ 20,290.03

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    July 19, 2022
Theodore C. Max                                                                                   Invoice 340063586
                                                                                                        Page 2 of 8

FOR PROFESSIONAL SERVICES THROUGH 06/30/22

## **FEE DETAIL**

06/01/22     Follow up and email to D. Price re D. DeCarlo response to Chanel motion re damages
             discovery.

                    Theodore C. Max                    .70 hrs.                    $ 472.50

06/01/22     Reviewed and analyzed WGACA's opposition to Chanel's renewed motion to compel;
             telephone call with Ted Max to discuss arguments for reply brief.

                    Dylan J. Price                    1.00 hrs.                    $ 650.00

06/01/22     Receive and review WGACA opposition to Chanel letter motion requesting damages
             discovery; strategize re same; emails re same.

                    Bridget J. Russell                  .30 hrs.                    $ 193.05

06/02/22     Reviewed Court notification regarding Chanel's letter motion to renew request to
             compel discovery; revised and submitted same pursuant to the court's instructions.

                    Leigh A. Tencza                    .60 hrs.                    $ 180.90

06/03/22     Worked on Chanel's Reply Letter in support of its renewed motion to compel the
             production of Defendants' financial information.

                    Dylan J. Price                    2.10 hrs.                    $ 1,365.00

06/06/22     Read and review draft Reply Letter to Judge Stanton re Chanel's Motion re Damages
             Discovery; email and follow up with D. Price re same.

                    Theodore C. Max                    1.40 hrs.                    $ 945.00

06/06/22     Reviewed and revised Chanel's Reply Letter in support of its renewed motion to
             compel.

                    Dylan J. Price                    .80 hrs.                    $ 520.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          July 19, 2022
Theodore C. Max                                                                                   Invoice 340063586
                                                                                                  Page 3 of 8

## FEE DETAIL

| 06/07/22 | Emails and follow up with D. Price re Reply Letter to Judge Stanton re Chanel Motion for Further Damages Discovery. | | |
|---|---|---|---|
| | Theodore C. Max | .90 hrs. | $ 607.50 |

| 06/07/22 | Revised and finalized Reply Letter in support of Chanel's renewed motion to compel the production of financial information. | | |
|---|---|---|---|
| | Dylan J. Price | .70 hrs. | $ 455.00 |

| 06/07/22 | Receive and review Reply Letter re damages discovery. | | |
|---|---|---|---|
| | Bridget J. Russell | .30 hrs. | $ 193.05 |

| 06/08/22 | Receive and review email from OPC re expert fees and email T. Max re expert fees. | | |
|---|---|---|---|
| | Bridget J. Russell | .20 hrs. | $ 128.70 |

| 06/08/22 | Reviewed Chanel's reply to defendants' opposition to renewed motion to compel; electronically filed same with United States District Court to the Southern District of New York Court. | | |
|---|---|---|---|
| | Leigh A. Tencza | .60 hrs. | $ 180.90 |

| 06/09/22 | Discussion with L. Moffatt and R. Gruber re settlement; email re draft settlement agreement. | | |
|---|---|---|---|
| | Theodore C. Max | .20 hrs. | $ 135.00 |

| 06/10/22 | Follow up with D. Price re discovery follow up with WGACA counsel re damages. | | |
|---|---|---|---|
| | Theodore C. Max | .30 hrs. | $ 202.50 |

| 06/15/22 | Email and follow up with D. Price re response to WGACA request re additional discovery re J. Bravo and J. Bleys. | | |
|---|---|---|---|
| | Theodore C. Max | .40 hrs. | $ 270.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                            July 19, 2022
Theodore C. Max                                                                                                 Invoice 340063586
                                                                                                                   Page 4 of 8

## FEE DETAIL

06/16/22        Follow up with D. Price re reply to WGACA response.

                        Theodore C. Max                        .60 hrs.                        $ 405.00

06/17/22        Reviewed Court's order granting Chanel's renewed motion to compel.

                        Dylan J. Price                        .20 hrs.                        $ 130.00

06/17/22        Receive and analyze order re damages discovery.  Email re same.

                        Bridget J. Russell                        .30 hrs.                        $ 193.05

06/20/22        Reviewed email from opposing counsel re request to take further depositions and
                corresponded with team re the same.

                        Dylan J. Price                        .20 hrs.                        $ 130.00

06/21/22        Review order re Chanel's motion for additional financial documents from Defendants;
                confer with Ted Max, Dylan Price and Bridget Russell re same; correspondence with
                financial expert re order for Defendants to produce more documents.

                        Jill M. Pietrini                        .60 hrs.                        $ 405.00

06/21/22        Reviewed Court's order on WGACA's motion for sanctions; prepared response to email
                from WGACA re discovery and demanding compliance with Court's order on Chanel's
                motion to compel.

                        Dylan J. Price                        .40 hrs.                        $ 260.00

06/22/22        Revised revisions to email to WGACA concerning their request for additional
                depositions and finalized the same.

                        Dylan J. Price                        .30 hrs.                        $ 195.00

06/23/22        Strategize with J. Pietrini re status and discovery.

                        Bridget J. Russell                        .40 hrs.                        $ 257.40

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.        July 19, 2022
Theodore C. Max                                                                     Invoice 340063586
                                                                                    Page 5 of 8

## FEE DETAIL

06/24/22    Teleconference with Ted Max re case and remaining discovery and strategy; confer with Dylan Price and Bridget Russell re same.

                 Jill M. Pietrini                        .40 hrs.                $ 270.00

06/27/22    Reviewed WGACA's motion to re-open discovery.

                 Dylan J. Price                         .20 hrs.                $ 130.00

06/27/22    Receive and review letter memo for additional discovery.

                 Bridget J. Russell                     .40 hrs.                $ 257.40

06/28/22    Performed research for case law re good cause to reopen discovery to cross-examine witnesses; worked on Chanel's opposition to WGACA's motion to compel; corresponded with counsel for WGACA re status of document production and deposition dates.

                 Dylan J. Price                        3.60 hrs.               $ 2,340.00

06/29/22    Review and revise draft letter to Judge Stanton in response to WGACA's Motion for Further Discovery.

                 Theodore C. Max                        .80 hrs.                $ 540.00

06/29/22    Worked on Chanel's opposition to WGACA's motion to re-open discovery; reviewed revisions to Chanel's opposition by B. Russell and T. Max and further revised the same.

                 Dylan J. Price                        2.90 hrs.               $ 1,885.00

06/29/22    Telephone call with Tom Kidde re status of document production and deposition dates.

                 Dylan J. Price                         .20 hrs.                $ 130.00

06/29/22    Review and revise opposition letter re discovery motion and email re same.

                 Bridget J. Russell                     .70 hrs.                $ 450.45

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 19, 2022
Invoice 340063586
Page 6 of 8

## FEE DETAIL

06/30/22     Review Defendants' request to reopen discovery; revise opposition thereto; confer with Ted Max and Dylan Price re same.

|  | Jill M. Pietrini | .50 hrs. | $ 337.50 |
|---|---|---|---|

06/30/22     Review and revise draft letter to Court re application for further depositions; email to B. Russell re same.

|  | Theodore C. Max | .30 hrs. | $ 202.50 |
|---|---|---|---|

06/30/22     Further revisions to Chanel's opposition to WGACA's motion to re-open discovery and further revised the same.

|  | Dylan J. Price | .30 hrs. | $ 195.00 |
|---|---|---|---|

06/30/22     Revise opposition to discovery letter motion and email re same; review prior motions re same and email and call T. Max re same; finalize and facilitate filing thereof.

|  | Bridget J. Russell | 1.20 hrs. | $ 772.20 |
|---|---|---|---|

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 1.50 | $ 675.00 | $ 1,012.50 |
| Theodore C. Max | 5.60 | $ 675.00 | $ 3,780.00 |
| Dylan J. Price | 12.90 | $ 650.00 | $ 8,385.00 |
| Bridget J. Russell | 3.80 | $ 643.50 | $ 2,445.30 |
| Leigh A. Tencza | 1.20 | $ 301.50 | $ 361.80 |

**Total Fees for Professional Services**          **$ 15,984.60**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 19, 2022
Invoice 340063586
Page 7 of 8

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 06/30/22 | E-Discovery Monthly Data Hosting Fees, 183.48 Gigabytes. | 3,669.53 |
| 06/17/22 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 6/30/2022 | 7.70 |
| 06/15/22 | Lexis research by Price, Dylan on 6/15/2022. | 47.70 |
| 06/28/22 | Westlaw research by Price, Dylan, on 6/28/2022. | 387.00 |
| 06/29/22 | Westlaw research by Price, Dylan, on 6/29/2022. | 193.50 |

**Total Disbursements**                                              $ 4,305.43

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 19, 2022
Invoice 340063586
Page 8 of 8

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 06/30/22 | 340062687 | 28,987.24 | 17,395.00 | 11,592.24 | 0.00 | 0.00 | 0.00 | $ 28,987.24 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 28,987.24 |
| | | | | Interest on Outstanding A/R | | | | 16,306.16 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 20,290.03 |
| | | | | **Total Due For This Matter** | | | | **$  65,583.43** |

# Aug. 2022 Invoice

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*<u>Remittance Copy</u>*
*Please return this page with your payment.*

Lora Moffatt, Esq.                                                          SMRH Tax ID 95-1463164
Head of Intellectual Property                                               August 24, 2022
Chanel USA, Inc.                                                            Invoice 340064754
9 W. 57th Street
New York, NY 10019

Our Matter No.       18WZ-264490
                     Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:        Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2022

| | | |
|---|---|---|
| Current Fees | $ 14,483.45 | |
| Current Disbursements | $ 3,807.38 | |
| Total Current Activity | | $ 18,290.83 |
| Total Due for This Invoice | | $ 18,290.83 |

---

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **<u>Electronic Payments</u>** | **<u>Payment by Check</u>** | **<u>Overnight Mail Delivery</u>** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298          Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

Lora Moffatt, Esq.                                        SMRH Tax ID 95-1463164
Head of Intellectual Property                                    August 24, 2022
Chanel USA, Inc.                                            Invoice 340064754
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2022

Current Fees                                $  14,483.45
Current Disbursements                       $  3,807.38

Total Current Activity                                   $  18,290.83

Total Due for This Invoice                               $  18,290.83

---

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:            Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                      August 24, 2022
Theodore C. Max                                                                                                                              Invoice 340064754
                                                                                                                                                        Page 2 of 7

FOR PROFESSIONAL SERVICES THROUGH 07/31/22

## **FEE DETAIL**

07/01/22     Reviewed and responded to email from counsel for WGACA re status of WGACA's
               compliance with Court's order on Chanel's renewed motion to compel the production of
               financial information.

                    Dylan J. Price                          .30 hrs.                      $  195.00

07/01/22     Revise and finalize for filing opposition to discovery motion.  Email re production of
               additional discovery materials.

                    Bridget J. Russell                     .70 hrs.                      $  450.45

07/01/22     Electronically filed letter in opposition to WGACA's letter motion for additional
               discovery, with Southern District of New York Court.

                    Leigh A. Tencza                        .20 hrs.                      $  60.30

07/06/22     Reviewed WGACA's reply brief in support of its motion to re-open discovery;
               Reviewed Court's order denying WGACA's motion and corresponded with team re the
               same.

                    Dylan J. Price                          .30 hrs.                      $  195.00

07/06/22     Receive and review reply and order re additional discovery and emails re same.

                    Bridget J. Russell                     .50 hrs.                      $  321.75

07/07/22     Review Defendant's reply letter to reopen discovery; review order denying request;
               confer with Chanel team re same.

                    Jill M. Pietrini                        .30 hrs.                      $  202.50

07/07/22     Worked on Chanel trial outline and proposed findings of ultimate fact.

                    Dylan J. Price                          1.70 hrs.                    $  1,105.00

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                    August 24, 2022
Theodore C. Max                                                                                                                                      Invoice 340064754
                                                                                                                                                              Page 3 of 7

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 07/08/22 | Corresponded with counsel for WGACA re non-compliance with Court's order to produce documents. | | |
| | Dylan J. Price | .20 hrs. | $ 130.00 |
| 07/08/22 | Email re discovery issues. | | |
| | Bridget J. Russell | .10 hrs. | $ 64.35 |
| 07/13/22 | Email re document production. | | |
| | Bridget J. Russell | .20 hrs. | $ 128.70 |
| 07/14/22 | Imported additional documents produced by WGACA into the Firm's document review platform and updated the search index in preparation for attorney review and searches. | | |
| | Lauren E. Doucette | .30 hrs. | $ 90.00 |
| 07/20/22 | ████████████████████████████████████████ ████████████████████      ████████            ████████ | | |
| 07/20/22 | Emails and call with D. Price re follow up with WGACA re discovery re damages; discussion re preparation for trial and follow up. | | |
| | Theodore C. Max | .50 hrs. | $ 337.50 |
| 07/20/22 | Initial review of additional financial related documents produced by WGACA and corresponded with team re the same. | | |
| | Dylan J. Price | .70 hrs. | $ 455.00 |
| 07/20/22 | Receive additional document production.  Review documents and analyze same.  Email re issues and next steps and call with T. Max re same. | | |
| | Bridget J. Russell | 1.10 hrs. | $ 707.85 |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    August 24, 2022
Theodore C. Max                                                                                           Invoice 340064754
                                                                                                          Page 4 of 7

## FEE DETAIL

| | | | |
|---|---|---|---|
| 07/21/22 | Email and follow up with D. Price re next steps re completion of discovery and preparation for trial and possible email to Judge Stanton re trial scheduling. | | |
| | Theodore C. Max | .80 hrs. | $ 540.00 |
| 07/21/22 | Reviewed financial documents and sales spreadsheet produced by WGACA; cross-referenced sales spreadsheet with stolen serial numbers to identify additional Corti bags sold by WGACA; Prepared email to team summarizing review of updated sales spreadsheet and additional non-genuine/counterfeit handbags. | | |
| | Dylan J. Price | 3.20 hrs. | $ 2,080.00 |
| 07/21/22 | Review documents and emails relevant to time line of Corti disclosures and strategize re same.  Review pretrial procedures and email and strategize re same. | | |
| | Bridget J. Russell | 1.40 hrs. | $ 900.90 |
| 07/26/22 | Prepared email to counsel for WGACA re non-compliance with Court's discovery order and request for stipulation of infringement re new stolen serial number handbags identified by Chanel. | | |
| | Dylan J. Price | .30 hrs. | $ 195.00 |
| 07/27/22 | Conference call with D. Price re pretrial preparation and Judge Stanton's Pre-Trial Order; work on draft Settlement Agreement; review and revise draft email to T. Kidde. | | |
| | Theodore C. Max | 1.40 hrs. | $ 945.00 |
| 07/27/22 | Conference call with Ted Max re completion of discovery and pre-trial strategy issues; call with Hyo Jin Paik re organization of deposition and summary judgment exhibits for trial prep. | | |
| | Dylan J. Price | 1.60 hrs. | $ 1,040.00 |
| 07/27/22 | Receive and facilitate review of additional documents.  Review email re outstanding issues. | | |
| | Bridget J. Russell | .50 hrs. | $ 321.75 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 24, 2022
Invoice 340064754
Page 5 of 7

## FEE DETAIL

07/28/22     Review additional documents produced by WGACA ; review expert depositions re missing documentation; strategize re additional documentation.

|  |  |  |
|---|---|---|
| Bridget J. Russell | 1.20 hrs. | $ 772.20 |

07/28/22     Imported WGACA Production 028 documents into Relativity and updated the search index and analytics indexes in preparation for attorney review and analysis.

|  |  |  |
|---|---|---|
| Steven Molina | .70 hrs. | $ 226.80 |

07/29/22     Reviewed and analyzed Google Analytics data produced by WGACA; reviewed Rosado testimony re information provided by Google Analystics and cross-referenced with information provided by WGACA; revised email to opposing counsel re recent document productions and Court-ordered depositions; worked on pre-trial documents.

|  |  |  |
|---|---|---|
| Dylan J. Price | 4.40 hrs. | $ 2,860.00 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | .30 | $ 675.00 | $ 202.50 |
| Theodore C. Max | 2.70 | $ 675.00 | $ 1,822.50 |
| Dylan J. Price | 12.70 | $ 650.00 | $ 8,255.00 |
| Bridget J. Russell | 5.70 | $ 643.50 | $ 3,667.95 |
| Leigh A. Tencza | .20 | $ 301.50 | $ 60.30 |
| ▮▮▮▮▮ | ▮ | ▮▮▮ | ▮▮▮ |
| Steven Molina | .70 | $ 324.00 | $ 226.80 |
| Lauren E. Doucette | .30 | $ 300.00 | $ 90.00 |

**Total Fees for Professional Services**     **$ 14,483.45**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 24, 2022
Invoice 340064754
Page 6 of 7

## <u>SUMMARY OF DISBURSEMENTS</u>

| | | |
|---|---|---|
| 07/31/22 | E-Discovery Monthly Data Hosting Fees, 183.48 Gigabytes. | 3,669.68 |
| 07/06/22 | Westlaw research by Price, Dylan, on 7/6/2022. | 137.70 |

**Total Disbursements**    $ **3,807.38**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                      August 24, 2022
Theodore C. Max                                                                                                                                          Invoice 340064754
Page 7 of 7

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 07/19/22 | 340063586 | 20,290.03 | 15,984.60 | 4,305.43 | 0.00 | 0.00 | 0.00 | $ 20,290.03 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 20,290.03 |
| | | | | Interest on Outstanding A/R | | | | 16,306.16 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 18,290.83 |
| | | | | **Total Due For This Matter** | | | | **$ 54,887.02** |

# Sept. 2022 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt Esq.                                          SMRH Tax ID 95-1463164
Head of Intellectual Property                              September 15, 2022
Chanel USA, Inc.                                           Invoice 340065688
9 W. 57th Street
New York, NY 10019

Our Matter No.       18WZ-264490
                     Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:        Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2022

Current Fees                              $ 27,158.75
Current Disbursements                     $  3,669.73

Total Current Activity                                    $ 30,828.48

Total Due for This Invoice                                $ 30,828.48

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt Esq.                                  SMRH Tax ID 95-1463164
Head of Intellectual Property                           September 15, 2022
Chanel USA, Inc.                                    Invoice 340065688
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2022

| | |
|---|---|
| Current Fees | $ 27,158.75 |
| Current Disbursements | $ 3,669.73 |

| | |
|---|---|
| Total Current Activity | $ 30,828.48 |
| Total Due for This Invoice | $ 30,828.48 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298          Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    September 15, 2022
Theodore C. Max                                                                                                                              Invoice 340065688
                                                                                                                                                       Page 2 of 6

FOR PROFESSIONAL SERVICES THROUGH 08/31/22

## **FEE DETAIL**

08/01/22        Worked on Chanel's proposed statement of unconverted facts at trial.

                        Dylan J. Price                          4.20 hrs.                          $ 2,730.00

08/02/22        Worked on pre-trial preparation and statement of uncontroverted facts.

                        Dylan J. Price                          3.40 hrs.                          $ 2,210.00

08/03/22        Worked on statement of uncontroverted facts.

                        Dylan J. Price                          .80 hrs.                            $ 520.00

08/04/22        Worked on Chanel's uncontroverted facts for pre-trial brief.

                        Dylan J. Price                          3.20 hrs.                          $ 2,080.00

08/05/22        Worked on Chanel's proposed finding of ultimate fact.

                        Dylan J. Price                          1.60 hrs.                          $ 1,040.00

08/10/22        Confer with Dylan Price re status of case and production of financial documents.

                        Jill M. Pietrini                          .30 hrs.                            $ 202.50

08/11/22        Worked on Chanel's uncontroverted facts; reviewed WGACA deposition testimony in
                        support of uncontroverted facts; conferred with Jill Pietrini re trial preparation and
                        updated expert analysis.

                        Dylan J. Price                          3.30 hrs.                          $ 2,145.00

08/12/22        Worked on Chanel's uncontroverted facts; reviewed Chanel and WGACA's expert
                        damages reports.

                        Dylan J. Price                          2.60 hrs.                          $ 1,690.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

September 15, 2022
Invoice 340065688
Page 3 of 6

Theodore C. Max

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 08/15/22 | Reviewed updated sales chart information; Reviewed statement of uncontroverted facts based on newly produced documents; Worked on Chanel's proposed jury instructions. | | |
| | Dylan J. Price | 3.40 hrs. | $ 2,210.00 |
| 08/16/22 | Researched and worked on jury instructions. | | |
| | Dylan J. Price | 1.30 hrs. | $ 845.00 |
| 08/17/22 | Worked on jury instructions and uncontroverted facts. | | |
| | Dylan J. Price | 5.60 hrs. | $ 3,640.00 |
| 08/18/22 | Performed research re Circuit authority in support of jury instructions; reviewed 9th and 7th Circuit model instructions on false advertising and trademark damages; worked on jury instructions. | | |
| | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |
| 08/19/22 | Performed research iso Chanel's proposed jury instructions. | | |
| | Dylan J. Price | 1.20 hrs. | $ 780.00 |
| 08/22/22 | Telephone conference with Ted Max re status of case; correspondence with opposing counsel re additional financial documents produced; correspondence with Andy Safir, financial expert, re same. | | |
| | Jill M. Pietrini | .60 hrs. | $ 405.00 |
| 08/23/22 | Telephone conference with financial expert, A. Safir, re financial documents produced by WGACA, rebuttal expert report needed, and further deposition of Marco Rosado. | | |
| | Jill M. Pietrini | .30 hrs. | $ 202.50 |
| 08/23/22 | Corresponded with Adelle Jones and Hyo Jin Paik re collection and organization of trial exhibits. | | |
| | Dylan J. Price | .20 hrs. | $ 130.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                 September 15, 2022
Theodore C. Max                                                                                        Invoice 340065688
                                                                                                       Page 4 of 6

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 08/23/22 | Reviewed/analyzed factual record and compiled possible pre-trial exhibits. | | |
| | Hyo Jin Paik | 1.60 hrs. | $ 472.00 |
| 08/23/22 | Reviewed and began preparation of trial exhibits for What Goes Around Comes Around. | | |
| | Adelle L. Jones | 2.00 hrs. | $ 675.00 |
| 08/24/22 | Reviewed/analyzed factual record and compiled pre-trial exhibits. | | |
| | Hyo Jin Paik | .60 hrs. | $ 177.00 |
| 08/24/22 | Reviewed defendants deposition exhibits; prepared list of same. | | |
| | Adelle L. Jones | 3.90 hrs. | $ 1,316.25 |
| 08/25/22 | Identified additional financial information for expert review and analysis and corresponded with financia expert re the same. | | |
| | Dylan J. Price | .60 hrs. | $ 390.00 |
| 08/25/22 | Reviewed/analyzed deposition exhibit index in preparation of compiling pre-trial exhibits. | | |
| | Hyo Jin Paik | .30 hrs. | $ 88.50 |
| 08/25/22 | Continued review of deposition exhibits, updated list and copied to folder as instructed; reported list and documents requesting further instructions. | | |
| | Adelle L. Jones | 1.00 hrs. | $ 337.50 |
| 08/30/22 | Worked on Chanel's pre-trial materials and statement of uncontroverted facts. | | |
| | Dylan J. Price | 1.70 hrs. | $ 1,105.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 15, 2022
Invoice 340065688
Page 5 of 6

### FEE DETAIL

08/31/22      Teleconference with D. Price re status of follow up re WGACA discovery and supplemental financial production; discussion re status of trial preparation and follow up.

| | | |
|---|---|---|
| Theodore C. Max | .50 hrs. | $ 337.50 |

08/31/22      Telephone call with Ted Max re preparing deposition notice to WGACA.

| | | |
|---|---|---|
| Dylan J. Price | .40 hrs. | $ 260.00 |

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 1.20 | $ 675.00 | $ 810.00 |
| Theodore C. Max | .50 | $ 675.00 | $ 337.50 |
| Dylan J. Price | 35.30 | $ 650.00 | $ 22,945.00 |
| Hyo Jin Paik | 2.50 | $ 295.00 | $ 737.50 |
| Adelle L. Jones | 6.90 | $ 337.50 | $ 2,328.75 |

**Total Fees for Professional Services**      **$ 27,158.75**

### SUMMARY OF DISBURSEMENTS

08/31/22      E-Discovery Monthly Data Hosting Fees, 183.49 Gigabytes.      3,669.73

**Total Disbursements**      **$ 3,669.73**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 15, 2022
Invoice 340065688
Page 6 of 6

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 08/24/22 | 340064754 | 18,290.83 | 14,483.45 | 3,807.38 | 0.00 | 0.00 | 0.00 | $ 18,290.83 |

| | |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 18,290.83 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 30,828.48 |
| **Total Due For This Matter** | **$ 49,119.31** |

# Oct. 2022 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                          SMRH Tax ID 95-1463164
Head of Intellectual Property                                     October 24, 2022
Chanel USA, Inc.                                              Invoice 340066911
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2022

| | | |
|---|---|---|
| Current Fees | $ 2,876.65 | |
| Current Disbursements | $ 5,155.63 | |
| Total Current Activity | | $ 8,032.28 |
| Total Due for This Invoice | | $ 8,032.28 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                          October 24, 2022
Chanel USA, Inc.                                                      Invoice 340066911
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2022

| | |
|---|---|
| Current Fees | $ 2,876.65 |
| Current Disbursements | $ 5,155.63 |
| Total Current Activity | $ 8,032.28 |
| Total Due for This Invoice | $ 8,032.28 |

---

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:              Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St            Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.  October 24, 2022
Theodore C. Max  Invoice 340066911
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 09/30/22

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 08/01/22 | Email with opposing counsel, T. Kiddie, re latest production. | | |
| | Bridget J. Russell | .10 hrs. | $ 64.35 |
| 08/10/22 | Email re WGACA financial production. | | |
| | Bridget J. Russell | .10 hrs. | $ 64.35 |
| 08/22/22 | Email with Chanel damages expert re additional documents. | | |
| | Bridget J. Russell | .20 hrs. | $ 128.70 |
| 09/15/22 | Reviewed and revised jury instructions; conferred with T. Max re the same. | | |
| | Dylan J. Price | 1.40 hrs. | $ 910.00 |
| 09/20/22 | Telephone conference with financial expert re additional financial documents produced by defendants; review deposition for time used; confer with Dylan Price and Bridget Russell re same. | | |
| | Jill M. Pietrini | .90 hrs. | $ 607.50 |
| 09/20/22 | Call with Ms. Pietrini re deposition scheduling. | | |
| | Dylan J. Price | .20 hrs. | $ 130.00 |
| 09/20/22 | Call and email with J. Pietrini re Rosado deposition. | | |
| | Bridget J. Russell | .20 hrs. | $ 128.70 |
| 09/21/22 | Reviewed email from WGACA re revised sales spreadsheet; Bitly data and availability for deposition; Reviewed and analyzed WGACA's updated sales spreadsheet. | | |
| | Dylan J. Price | 1.00 hrs. | $ 650.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          October 24, 2022
Theodore C. Max                                                                                  Invoice 340066911
                                                                                                 Page 3 of 4

## FEE DETAIL

09/21/22        Email with J. Pietrini re Rosado deposition.  Email with opposing counsel re
                outstanding discovery issues.

                        Bridget J. Russell                    .30 hrs.              $  193.05

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | .90 | $ 675.00 | $ 607.50 |
| Dylan J. Price | 2.60 | $ 650.00 | $ 1,690.00 |
| Bridget J. Russell | .90 | $ 643.50 | $ 579.15 |

**Total Fees for Professional Services**                                        $ 2,876.65

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 09/30/22 | E-Discovery Monthly Data Hosting Fees, 183.49 Gigabytes. | 3,669.73 |
| 08/30/22 | Westlaw research by Price, Dylan, on 8/30/2022. | 193.50 |
| 08/31/22 | Westlaw research by Price, Dylan, on 8/31/2022. | 1,292.40 |

**Total Disbursements**                                                         $ 5,155.63

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 24, 2022
Invoice 340066911
Page 4 of 4

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 09/15/22 | 340065688 | 30,828.48 | 27,158.75 | 3,669.73 | 0.00 | 0.00 | 0.00 | $ 30,828.48 |
| | | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | $ 30,828.48 |
| | | | | | Interest on Outstanding A/R | | | 0.00 |
| | | | | | Fees and Disbursements Due for this Invoice | | | 8,032.28 |
| | | | | | **Total Due For This Matter** | | | **$ 38,860.76** |

## <u>Nov. 2022 Invoice</u>

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                          SMRH Tax ID 95-1463164
Head of Intellectual Property                              November 16, 2022
Chanel USA, Inc.                                           Invoice 340067883
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2022

| | | |
|---|---|---|
| Current Fees | $ 15,810.15 | |
| Current Disbursements | $ 3,669.73 | |
| Total Current Activity | | $ 19,479.88 |
| Total Due for This Invoice | | $ 19,479.88 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:         Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                             November 16, 2022
Chanel USA, Inc.                                        Invoice 340067883
9 W. 57th Street
New York, NY 10019

Our Matter No.    18WZ-264490
                  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2022

Current Fees                          $ 15,810.15
Current Disbursements                 $  3,669.73

Total Current Activity                              $ 19,479.88

Total Due for This Invoice                          $ 19,479.88

---

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:      Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St      Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                     November 16, 2022
Theodore C. Max                                                                                              Invoice 340067883
                                                                                                             Page 2 of 7

FOR PROFESSIONAL SERVICES THROUGH 10/31/22

## **FEE DETAIL**

10/04/22     Correspondence with opposing counsel re revised spreadsheet and deposition dates;
             correspondence with financial expert re same; confer with Bridget Russell and Dylan
             Price re information needed for depositions of defendants' financial witness and Good
             Analytic's witness.

             Jill M. Pietrini                              .60 hrs.                    $ 405.00

10/04/22     Receive and review updated spreadsheet.  Analyze in comparison to prior chart
             produced.  Email re same.  Email re Rosado and additional 30(b)(6) deposition.
             Receive and analyze counterfeiting legislative history.

             Bridget J. Russell                           2.60 hrs.                   $ 1,673.10

10/05/22     Receive and review email re mediation.  Strategize re same.

             Bridget J. Russell                            .70 hrs.                    $ 450.45

10/06/22     Emails and follow up with D. DeCarlo re possible mediation; email and follow up with
             L. Moffatt and R. Gruber re mediation and follow up re same.

             Theodore C. Max                               .60 hrs.                    $ 405.00

10/06/22     Email re mediation.  Review draft settlement and correspondence and strategize re
             same.

             Bridget J. Russell                            .60 hrs.                    $ 386.10

10/07/22     Conference call with L. Moffatt, R. Gruber, H. Strum, C. Sheerins re email from D.
             DeCarlo re mediation and follow up re mediation suggestion.

             Theodore C. Max                               .70 hrs.                    $ 472.50

10/11/22     Email to D. DeCarlo re mediation; email and discussion with J. Pietrini re same.

             Theodore C. Max                               .20 hrs.                    $ 135.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    November 16, 2022
Theodore C. Max                                                                                             Invoice 340067883
                                                                                                          Page 3 of 7

## FEE DETAIL

10/12/22       Correspondence with opposing counsel re mediation; correspondence with Chanel re
               same;  confer with Ted Max and Dylan Price re mediation and taking remaining
               depositions; correspondence with financial expert re deposition dates for Marco
               Rosado, CFO of WGACA.

               Jill M. Pietrini                        1.00 hrs.                    $  675.00

10/12/22       Email re mediation and strategize re upcoming depositions.  Receive and review false
               advertising case law and strategize re same.

               Bridget J. Russell                      .80 hrs.                     $  514.80

10/13/22       Corresponded with counsel for WGACA re deposition scheduling.

               Dylan J. Price                          .20 hrs.                     $  130.00

10/13/22       Review M. Rosado deposition and draft chart of testimony. Email re same.  Email re
               Prone Deposition.

               Bridget J. Russell                      4.20 hrs.                    $  2,702.70

10/14/22       Correspondence with opposing counsel re deposition of WGACA's financial designee;
               correspondence with Andy Sofir re same and chart of questions not answered in Day 1
               of Rosado deposition.

               Jill M. Pietrini                        .40 hrs.                     $  270.00

10/14/22       Email re depositions.  Review prior testimony re Google analytics and advertising.
               Strategize re same.

               Bridget J. Russell                      2.30 hrs.                    $  1,480.05

10/17/22       Email re deposition status.  Review additional documents produced relevant to new
               depositions.

               Bridget J. Russell                      .80 hrs.                     $  514.80

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 16, 2022
Invoice 340067883
Page 4 of 7

### **FEE DETAIL**

10/19/22        Follow up with D. Price re WGACA mediation.

                        Theodore C. Max                    .20 hrs.                    $  135.00

10/20/22        Read and review article re ███████████████████████; emails and
                        discussions re same; discussion with B. Russell re same; discussion with D. Price re
                        mediation and follow up with WGACA.

                        Theodore C. Max                    .90 hrs.                    $  607.50

10/20/22        Reviewed article re WGACA; telephone call with Ted Max to discuss mediation
                        strategy.

                        Dylan J. Price                    .60 hrs.                    $  390.00

10/20/22        ███████████████████████████████

                        ████████████            ██████████            █████████

10/20/22        Receive and review article re ████████████.  Analyze same.  Call with T. Max
                        re same.

                        Bridget J. Russell                    1.10 hrs.                    $  707.85

10/25/22        Corresponded with Bridget Russell re preparation of deposition notices for continued
                        PMQ depositions.

                        Dylan J. Price                    .30 hrs.                    $  195.00

10/26/22        Analyze amazon page and email summary of same.

                        Bridget J. Russell                    .90 hrs.                    $  579.15

10/27/22        Telephone conference with financial expert re deposition of Rosado; correspondence
                        with opposing counsel re remaining depositions.

                        Jill M. Pietrini                    .30 hrs.                    $  202.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          November 16, 2022
Theodore C. Max                                                                                  Invoice 340067883
                                                                                                 Page 5 of 7

## FEE DETAIL

10/27/22    Reviewed and responded to email from opposing counsel re deposition scheduling
            issues.

                Dylan J. Price                    .20 hrs.                    $  130.00

10/27/22    Revise deposition notices.  Compile screen shots of Amazon store and revise email re
            same.  Email T. Max re additional documents.

                Bridget J. Russell               2.30 hrs.                    $  1,480.05

10/27/22    Pulled documents from docket per B. Russell's request.

                Bradley M. Rank                   .40 hrs.                    $  112.00

10/28/22    Read emails re WGACA discovery.

                Theodore C. Max                   .10 hrs.                    $  67.50

10/28/22    Reviewed notices of deposition; conferred with Bridget Russell re service of notices.

                Dylan J. Price                    .30 hrs.                    $  195.00

10/28/22    ████████████████████████████████████████████████

                ████████████        ████████        ████████

10/28/22    Facilitate service of Rosado notice.  Email re same.

                Bridget J. Russell                .40 hrs.                    $  257.40

10/31/22    ████████████████████████████████████████
            ████████████████████████████████████████

                ████████████        ████████        ████████

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 16, 2022
Invoice 340067883
Page 6 of 7

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 2.30 | $ 675.00 | $ 1,552.50 |
| Theodore C. Max | 2.70 | $ 675.00 | $ 1,822.50 |
| Dylan J. Price | 2.20 | $ 650.00 | $ 1,430.00 |
| ████████ | ██ | ███ | ███ |
| Bridget J. Russell | 16.70 | $ 643.50 | $ 10,746.45 |
| Bradley M. Rank | .40 | $ 280.00 | $ 112.00 |

**Total Fees for Professional Services**          **$ 15,810.15**

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 10/31/22 | E-Discovery Monthly Data Hosting Fees, 183.49 Gigabytes. | 3,669.73 |

**Total Disbursements**          **$ 3,669.73**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 16, 2022
Invoice 340067883
Page 7 of 7

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 10/24/22 | 340066911 | 8,032.28 | 2,876.65 | 5,155.63 | 0.00 | 0.00 | 0.00 | $ 8,032.28 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 8,032.28 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 19,479.88 |
| | | | | **Total Due For This Matter** | | | | **$ 27,512.16** |

# Dec. 2022 Invoice

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

<u>*Remittance Copy*</u>
*Please return this page with your payment.*

Lora Moffatt, Esq.                                                      SMRH Tax ID 95-1463164
Head of Intellectual Property                                           December 19, 2022
Chanel USA, Inc.                                                        Invoice 340068861
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

<u>**INVOICE SUMMARY**</u>

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2022

Current Fees                                    $ 23,186.15
Current Disbursements                           $  9,970.92

Total Current Activity                                                  $ 33,157.07

Total Due for This Invoice                                             $ 33,157.07

---

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>**Electronic Payments**</u> | <u>**Payment by Check**</u> | <u>**Overnight Mail Delivery**</u> |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                      SMRH Tax ID 95-1463164
Head of Intellectual Property                              December 19, 2022
Chanel USA, Inc.                                          Invoice 340068861
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2022

Current Fees                              $ 23,186.15
Current Disbursements                     $  9,970.92

Total Current Activity                                    $ 33,157.07

Total Due for This Invoice                               $ 33,157.07

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298     Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                    December 19, 2022
Theodore C. Max                                                                                                             Invoice 340068861
                                                                                                                           Page 2 of 7

FOR PROFESSIONAL SERVICES THROUGH 11/30/22

## **FEE DETAIL**

11/03/22    Correspondence with expert re financial documents of M. Rosado; confer with Bridget
            Russell re same; begin preparation for second deposition of Rosado.

               Jill M. Pietrini                         .70 hrs.                    $ 472.50

11/03/22    Email with J. Pietrini and A. Safir re Rosado deposition.  Review relevant documents
            re same.  Receive and review objections to notice of Rosado deposition.

               Bridget J. Russell                       1.10 hrs.                   $ 707.85

11/04/22    Review 30b6 notice for M. Rosado; review objections thereto; confer with Bridget
            Russell re documents produced by WGACA; correspondence with financial expert re
            same.

               Jill M. Pietrini                         1.10 hrs.                   $ 742.50

11/04/22    Corresponded with Ms. Pietrini and Ms. Russell re WGACA document productions
            and deposition testimony.

               Dylan J. Price                           .30 hrs.                    $ 195.00

11/04/22    Email and review documents re Rosado deposition.  Email opposing counsel re
            financial analysis.  Review prior orders re deposition and email J. Pietrini re same.

               Bridget J. Russell                       1.40 hrs.                   $ 900.90

11/07/22    Review order granting motion to compel financial documents and letters to court re
            same; review decision on cross-motions for summary judgment; review deposition
            transcript of Marco Rosado; review financial documents produced by WGACA; travel
            to NY for M. Rosado deposition (7.0 hrs - no charge); confer with Bridget Russell re
            deposition preparation; review profile of new defense counsel for witness.

               Jill M. Pietrini                         4.40 hrs.                   $ 2,970.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 19, 2022
Invoice 340068861
Page 3 of 7

## FEE DETAIL

| | | | |
|---|---|---|---|
| 11/07/22 | Email J. Pietrini re Rosado deposition.  Email from opposing counsel re same. Compile and organize deposition exhibits and email re same. | | |
| | Bridget J. Russell | .60 hrs. | $ 386.10 |
| 11/07/22 | Imported WAGCA document production into Relativity and updated the search index and analytics indexes in preparation for attorney review and analysis. | | |
| | Steven Molina | .40 hrs. | $ 129.60 |
| 11/08/22 | Prepare outline for Day 2 of deposition of Marco Rosado; meeting with financial expert re deposition preparation; review additional documents to use as deposition exhibits; correspondence with opposing counsel re deposition exhibits; review updated spread sheet for sales of Chanel-branded items. | | |
| | Jill M. Pietrini | 9.10 hrs. | $ 6,142.50 |
| 11/08/22 | Reviewed deposition exhibits and questions for witness designated on advertising issues. | | |
| | Dylan J. Price | .20 hrs. | $ 130.00 |
| 11/08/22 | Email and call re deposition exhibits and facilitate preparation of same.  Review advertising questions and gather exhibits related thereto. | | |
| | Bridget J. Russell | .40 hrs. | $ 257.40 |
| 11/09/22 | Further preparation for Day 2 of deposition of Marco Rosado; take Day 2 of deposition of M. Rosado; confer with financial expert re same; correspondence with Bridget Russell and Dylan Price re deposition and product chart produced; travel back to California from New York for Rosado deposition (7.2 hrs - no charge). | | |
| | Jill M. Pietrini | 3.30 hrs. | $ 2,227.50 |
| 11/09/22 | Email and follow up with D. Price re mediation and discovery issues. | | |
| | Theodore C. Max | .40 hrs. | $ 270.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    December 19, 2022
Theodore C. Max                                                                                             Invoice 340068861
                                                                                                          Page 4 of 7

## FEE DETAIL

| 11/10/22 | Strategize re Rosado and Prone depositions. | | |
|---|---|---|---|
| | Bridget J. Russell | .30 hrs. | $ 193.05 |

| 11/11/22 | Draft deposition notice and facilitate service of same. | | |
|---|---|---|---|
| | Bridget J. Russell | .20 hrs. | $ 128.70 |

| 11/17/22 | Email to D. Price re subpoena re WGACA deposition notice. | | |
|---|---|---|---|
| | Theodore C. Max | .10 hrs. | $ 67.50 |

| 11/17/22 | Reviewed and analyzed Google Analytics and advertising information produced by WGACA; Performed research re Google Analytics platform and technical capabilities; Prepared for deposition. | | |
|---|---|---|---|
| | Dylan J. Price | 3.30 hrs. | $ 2,145.00 |

| 11/17/22 | Email with opposing counsel re deposition notice.  Strategize with D. Price re same. | | |
|---|---|---|---|
| | Bridget J. Russell | .40 hrs. | $ 257.40 |

| 11/18/22 | Prepared for deposition of witness re WGACA Google Analytics; Telephone call with Ted Max re mediation strategy. | | |
|---|---|---|---|
| | Dylan J. Price | 4.20 hrs. | $ 2,730.00 |

| 11/18/22 | Email D. Price re deposition exhibits and transcript of Rosado deposition.  Email with opposing counsel re deposition and strategize re same. | | |
|---|---|---|---|
| | Bridget J. Russell | .60 hrs. | $ 386.10 |

| 11/21/22 | Worked on deposition outline re Google Analytics witness. | | |
|---|---|---|---|
| | Dylan J. Price | .90 hrs. | $ 585.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                December 19, 2022
Theodore C. Max                                                                                         Invoice 340068861
                                                                                                        Page 5 of 7

## FEE DETAIL

11/21/22        Receive and review rough of Rosado deposition, email re Prone deposition.

            Bridget J. Russell                    1.10 hrs.                    $ 707.85

11/22/22        Call with Ted Max re deposition and mediation issues.

            Dylan J. Price                       .50 hrs.                     $ 325.00

11/22/22        Email re Prone deposition.

            Bridget J. Russell                    .20 hrs.                     $ 128.70

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 18.60 | $ 675.00 | $ 12,555.00 |
| Theodore C. Max | .50 | $ 675.00 | $ 337.50 |
| Dylan J. Price | 9.40 | $ 650.00 | $ 6,110.00 |
| Bridget J. Russell | 6.30 | $ 643.50 | $ 4,054.05 |
| Steven Molina | .40 | $ 324.00 | $ 129.60 |

**Total Fees for Professional Services**                                      **$ 23,186.15**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    December 19, 2022
Theodore C. Max    Invoice 340068861
Page 6 of 7

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 10/21/22 | J.Pietrini-Airfare 11/7/22-11/9/22 from LAX to New York for Deposition of Marco Rosado of WGACA | 2,262.70 |
| 11/07/22 | J.Pietrini-Cab from Newark Airport to hotel with tolls, etc.-Deposition of Marco Rosado of WGACA | 83.00 |
| 11/07/22 | J.Pietrini-Cab from home to LAX for trip to New York-  Deposition of Marco Rosado of WGACA | 34.95 |
| 11/08/22 | J.Pietrini-Ferry fares from New Jersey to NYC and return-Deposition of Marco Rosado of WGACA | 36.00 |
| 11/09/22 | J.Pietrini-Hotel while in New York for Deposition of Marco Rosado of WGACA | 1,315.43 |
| 11/09/22 | J.Pietrini-Cab from LAX to home -  Deposition of Marco Rosado of WGACA | 45.30 |
| 11/09/22 | J.Pietrini-Cab to Newark Airport-  Deposition of Marco Rosado of WGACA | 70.00 |
| 11/30/22 | E-Discovery Monthly Data Hosting Fees, 183.68 Gigabytes. | 3,673.67 |
| 11/03/22 | Federal Express on 11/03/22 | 47.52 |
| 11/09/22 | Federal Express on 11/09/22 | 77.71 |
| 11/22/22 | US Legal Support - Inv#20220309323-11 - Transcript of Marco Rosado | 1,030.40 |
| 11/29/22 | US Legal Support - Inv#20220310983-11 - Videography Services of Marco Rosado | 1,165.00 |
| 11/07/22 | J.Pietrini-Dinner while in New York for Rosado deposition | 122.36 |
| 11/08/22 | J.Pietrini-Lunch-  Deposition of Marco Rosado of WGACA | 5.68 |
| | Duplication | 1.20 |

**Total Disbursements**                                           $ 9,970.92

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 19, 2022
Invoice 340068861
Page 7 of 7

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 11/16/22 | 340067883 | 19,479.88 | 15,810.15 | 3,669.73 | 0.00 | 0.00 | 0.00 | $ 19,479.88 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 19,479.88 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 33,157.07 |
| | | | | **Total Due For This Matter** | | | | **$ 52,636.95** |

# Jan. 2023 Invoice

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                              January 4, 2023
Chanel USA, Inc.                                     Invoice 340069484
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2022

| | |
|---|---|
| Current Fees | $ 8,810.45 |
| Current Disbursements | $ 758.84 |
| Total Current Activity | $ 9,569.29 |
| Total Due for This Invoice | $ 9,569.29 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>              Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298      Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                      SMRH Tax ID 95-1463164
Head of Intellectual Property                                  January 4, 2023
Chanel USA, Inc.                                         Invoice 340069484
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2022

| | |
|---|---|
| Current Fees | $  8,810.45 |
| Current Disbursements | $  758.84 |

| | |
|---|---|
| Total Current Activity | $  9,569.29 |
| Total Due for This Invoice | $  9,569.29 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    January 4, 2023
Theodore C. Max    Invoice 340069484
    Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 12/31/22

## **FEE DETAIL**

| 12/02/22 | Reviewed materials and prepared for deposition. | | |
| | Dylan J. Price | 2.60 hrs. | $ 1,690.00 |

| 12/05/22 | Completed review of Rosado deposition transcript; prepared for and took deposition of Tyler Prone; prepared summary of Prone's testimony. | | |
| | Dylan J. Price | 7.50 hrs. | $ 4,875.00 |

| 12/06/22 | Receive and review email from D. Price re Prone deposition and strategize re same. | | |
| | Bridget J. Russell | .70 hrs. | $ 450.45 |

| 12/15/22 | Follow up with D. Price re discovery in case against WGACA and follow up discovery needed. | | |
| | Theodore C. Max | .20 hrs. | $ 135.00 |

| 12/19/22 | Telephone conference with financial expert re M. Rosado deposition and revised report. | | |
| | Jill M. Pietrini | .20 hrs. | $ 135.00 |

| 12/22/22 | Correspondence with financial expert re depositions of Marco Rosado and Tyler Prone; confer with Ted Max, Dylan Price and Bridget Russell re updated damages/profits and research needed; review summary of Tyler Prone deposition from Dylan Price; review original deposition transcript of Marco Rosado taken on November 9, 2022; correspondence with opposing counsel re same. | | |
| | Jill M. Pietrini | 1.20 hrs. | $ 810.00 |

| 12/29/22 | Reviewed Prone depo transcript and flagged additional documents to demand. | | |
| | Dylan J. Price | 1.10 hrs. | $ 715.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 4, 2023
Invoice 340069484
Page 3 of 4

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 1.40 | $ 675.00 | $ 945.00 |
| Theodore C. Max | .20 | $ 675.00 | $ 135.00 |
| Dylan J. Price | 11.20 | $ 650.00 | $ 7,280.00 |
| Bridget J. Russell | .70 | $ 643.50 | $ 450.45 |

**Total Fees for Professional Services**          $ 8,810.45

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 11/23/22 | Aptus Court Reporting, LLC - Inv#1113757 - Tyler Prone 30 (b) (6) - Late cancellation | 740.00 |
| 12/22/22 | Federal Express on 12/22/22 | 16.94 |
| | Duplication | 1.90 |

**Total Disbursements**          $ 758.84

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          January 4, 2023
Theodore C. Max                                                                  Invoice 340069484
                                                                                  Page 4 of 4

### <u>ACCOUNTS RECEIVABLE SUMMARY</u>

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 12/19/22 | 340068861 | 33,157.07 | 23,186.15 | 9,970.92 | 0.00 | 0.00 | 0.00 | $ 33,157.07 |
| | | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | $ 33,157.07 |
| | | | | | Interest on Outstanding A/R | | | 0.00 |
| | | | | | Fees and Disbursements Due for this Invoice | | | 9,569.29 |
| | | | | | **Total Due For This Matter** | | | **$ 42,726.36** |

# Feb. 2023 Invoice

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

Lora Moffatt, Esq.                                        SMRH Tax ID 95-1463164
Head of Intellectual Property                                  February 12, 2023
Chanel USA, Inc.                                            Invoice 340070857
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

**INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2023

Current Fees                              $ 21,075.35
Current Disbursements                     $  7,362.96

Total Current Activity                                      $ 28,438.31

Total Due for This Invoice                                  $ 28,438.31

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:      Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St       Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                              February 12, 2023
Chanel USA, Inc.                                       Invoice 340070857
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2023

Current Fees                                $ 21,075.35
Current Disbursements                        $  7,362.96

Total Current Activity                                    $ 28,438.31

Total Due for This Invoice                               $ 28,438.31

---

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 |  | 401 Market Street |
| San Francisco, CA 94104-1298          Swift Identifier: WFBIUS6S |  | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 12, 2023
Invoice 340070857
Page 2 of 9

FOR PROFESSIONAL SERVICES THROUGH 01/31/23

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 12/20/22 | Email J. Pietrini re Rosado deposition. | | |
| | Bridget J. Russell | .30 hrs. | $ 193.05 |
| 12/22/22 | Receive and review email from J. Pietrini re updated damages calculation. | | |
| | Bridget J. Russell | .20 hrs. | $ 128.70 |
| 01/04/23 | Correspondence with opposing counsel re mediation; confer with Ted Max re same. | | |
| | Jill M. Pietrini | .20 hrs. | $ 135.00 |
| 01/04/23 | Emails and follow up with L. Moffatt and R. Gruber re possible mediation with WGACA; emails and follow up re possible mediator choices; review list of mediators; email with J. Pietrini, D. Price and B. Russell re same. | | |
| | Theodore C. Max | .80 hrs. | $ 540.00 |
| 01/04/23 | Email re mediation and strategize re same. | | |
| | Bridget J. Russell | .20 hrs. | $ 137.70 |
| 01/05/23 | Review Court's order re scheduling; correspondence with opposing counsel re same and mediation; confer with Ted Max. | | |
| | Jill M. Pietrini | .30 hrs. | $ 202.50 |
| 01/05/23 | Receive and review emails from OPC re mediation and order from Court re trial schedule and status.  Email and strategize re same. | | |
| | Bridget J. Russell | .30 hrs. | $ 206.55 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                              February 12, 2023
Theodore C. Max                                                                                                     Invoice 340070857
                                                                                                                    Page 3 of 9

## **FEE DETAIL**

01/06/23        Telephone conference with Ted Max, Bridget Russell, and Dylan Price re mediators
                and trial schedule; confer with Bridget Russell re apportionment research needed;
                correspondence with opposing counsel re mediation; correspondence with Chanel re
                same.

                        Jill M. Pietrini                      1.20 hrs.                      $ 810.00

01/06/23        Emails and follow up with J. Pietrini, B. Russell and D. Price re Judge Stanton and
                Order re status of pre-trial preparation; email to Chanel team re same and follow up re
                scheduling.

                        Theodore C. Max                       .90 hrs.                       $ 607.50

01/06/23        Reviewed bios of proposed mediators; team call to discuss mediation and trial
                schedules; reviewed trademark counterfeiting case decided by mediator Judge Gold.

                        Dylan J. Price                        .90 hrs.                       $ 585.00

01/06/23        Strategize re mediation and email from OPC re same.

                        Bridget J. Russell                    .50 hrs.                       $ 344.25

01/08/23        Review and summarize Judge Stanton pre-trial orders and email propose schedule re
                same.  Email proposed arbitrators re availability.

                        Bridget J. Russell                    1.30 hrs.                      $ 895.05

01/09/23        Research re Judge Stanton's pretrial process and status of trial docket; email to B. Rank
                re same; email and follow up re proposed judges and emails re Judges Gold and
                Dolinger; follow up re scheduling of pretrial submissions and mediation.

                        Theodore C. Max                       1.10 hrs.                      $ 742.50

01/09/23        Reviewed emails re proposed scheduling and mediation and conferred with Ms.
                Russell re the same; reviewed recent decision re right to jury in trademark actions.

                        Dylan J. Price                        .50 hrs.                       $ 325.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    February 12, 2023
Theodore C. Max                                                                                           Invoice 340070857
                                                                                                          Page 4 of 9

## FEE DETAIL

| 01/09/23 | Email with T. Max re proposed trial schedule and call re same. | | |
| | Bridget J. Russell | .50 hrs. | $ 344.25 |
| 01/09/23 | Reviewed deposition and SJ motion exhibits and compiled potential pre-trial exhibit set. | | |
| | Hyo Jin Paik | 1.70 hrs. | $ 501.50 |
| 01/09/23 | Performed research to retrieve information regarding Judge Stanton's trial schedule and timing of pre-trial filings and orders. | | |
| | Leigh A. Tencza | 3.20 hrs. | $ 1,036.80 |
| 01/10/23 | Telephone conference with Chanel and SMRH team re mediation and trial schedule. | | |
| | Jill M. Pietrini | .30 hrs. | $ 202.50 |
| 01/10/23 | Email and follow up re mediation and possible mediators; conference call with B. Russell re mediation scheduling and DeCarlo emails; follow up re same. | | |
| | Theodore C. Max | .80 hrs. | $ 540.00 |
| 01/10/23 | Prepared for and participated in call with client re mediation and trial scheduling; reviewed proposed schedule for pre-trial materials. | | |
| | Dylan J. Price | .50 hrs. | $ 325.00 |
| 01/10/23 | Email T. Max re mediation and proposed trial dates.  Strategize re T. Prone deposition and next steps re discovery issues.  Call with Chanel re mediation. | | |
| | Bridget J. Russell | .90 hrs. | $ 619.65 |
| 01/10/23 | Reviewed deposition and SJ motion exhibits and compiled potential pre-trial exhibit set. | | |
| | Hyo Jin Paik | .80 hrs. | $ 236.00 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                  February 12, 2023
Theodore C. Max                                                                                                                          Invoice 340070857
                                                                                                                                              Page 5 of 9

## **FEE DETAIL**

| | | | | |
|---|---|---|---|---|
| 01/11/23 | Follow up re schedule of Judges Dolinger and Gold; email re schedule of Judge Stanton. | | | |
| | Theodore C. Max | .20 hrs. | $ 135.00 | |
| 01/11/23 | Reviewed info re mediator availability. | | | |
| | Dylan J. Price | .20 hrs. | $ 130.00 | |
| 01/12/23 | Emails and follow up re scheduling of mediation; email re Judge Gold re same; follow up with discovery issues. | | | |
| | Theodore C. Max | .80 hrs. | $ 540.00 | |
| 01/13/23 | Emails and follow up with B. Russell re WGACA mediation and draft pre-trial schedule; follow up with L. Moffatt and R. Gruber re same. | | | |
| | Theodore C. Max | .80 hrs. | $ 540.00 | |
| 01/13/23 | Reviewed emails re mediation and response to Court's order re scheduling. | | | |
| | Dylan J. Price | .20 hrs. | $ 130.00 | |
| 01/13/23 | Draft joint status report and stipulation re scheduling order.  Receive and review email from D. DeCarlo and draft response. Email T. Max re same. | | | |
| | Bridget J. Russell | .80 hrs. | $ 550.80 | |
| 01/17/23 | Emails with L. Moffatt and R. Gruber re draft Status Report and Scheduling Order; emails with J. Pietrini, D. Price and B. Russell re same; email to D. DeCarlo re scheduling of pre-trial submissions and mediation scheduling; email re draft Status Report and Scheduling Order. | | | |
| | Theodore C. Max | 1.70 hrs. | $ 1,147.50 | |
| 01/17/23 | Receive and review emails re joint stipulation, proposed schedule and mediation. | | | |
| | Bridget J. Russell | .30 hrs. | $ 206.55 | |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 12, 2023
Invoice 340070857
Page 6 of 9

### FEE DETAIL

| | | | |
|---|---|---|---|
| 01/18/23 | Emails and follow up with B. Russell re selection of mediators and scheduling of mediation; work on and follow up re pretrial scheduling plan; prepare email to Chanel in-house attorneys re same. | | |
| | Theodore C. Max | .90 hrs. | $ 607.50 |
| 01/18/23 | Email with T. Max, revise joint stipulation, draft letter re same. Receive and review mediator responses re availability. | | |
| | Bridget J. Russell | .80 hrs. | $ 550.80 |
| 01/19/23 | Reviewed proposed scheduling order and cover letter to Judge Stanton; telephone call with Ted Max re the same. | | |
| | Dylan J. Price | .40 hrs. | $ 260.00 |
| 01/19/23 | E-filed status report and proposed scheduling order. | | |
| | Bradley M. Rank | .30 hrs. | $ 84.00 |
| 01/20/23 | Emails and follow up with B. Russell re selection of mediator; follow up re same. | | |
| | Theodore C. Max | .80 hrs. | $ 540.00 |
| 01/23/23 | Email and follow up with B. Russell re Order from Judge Stanton re conference re pre-trial order and scheduling; email re mediation scheduling and timing. | | |
| | Theodore C. Max | .60 hrs. | $ 405.00 |
| 01/24/23 | Emails and follow up re mediation scheduling; emails with B. Russell and D. DeCarlo re same; conference call with M. O'Leary, clerk for Judge Stanton; email to D. DeCarlo re same; follow up re mediation scheduling; review and revise draft letter to Judge Stanton and email to D. DeCarlo re same; emails with L. Moffatt and R. Gruber re mediation scheduling and planning. | | |
| | Theodore C. Max | 2.10 hrs. | $ 1,417.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.  February 12, 2023
Theodore C. Max                                                                          Invoice 340070857
                                                                                         Page 7 of 9

### **FEE DETAIL**

01/24/23        Email mediators re dates.  Email with OPC re stipulation and revise and finalize same.

                Bridget J. Russell                      .70 hrs.                $ 481.95

01/25/23        Emails and follow up re mediation scheduling; conference call with D. Price re
                mediation and preparation; review and revise draft email to mediator; email to J.
                Pietrini, D. Price and B. Russell re same.

                Theodore C. Max                         1.30 hrs.              $ 877.50

01/25/23        Call with Ted Max re mediation strategy; reviewed proposed mediation details and
                corresponded with team re the same; reviewed draft settlement points from TRR for
                inclusion in mediation brief; prepared outline for mediation brief.

                Dylan J. Price                          1.70 hrs.              $ 1,105.00

01/25/23        Email re mediation details and procedures and draft response to case manager.

                Bridget J. Russell                      1.00 hrs.              $ 688.50

01/26/23        Email case manager re mediation details.

                Bridget J. Russell                      .20 hrs.               $ 137.70

01/27/23        Follow up with B. Russell re follow up re mediation and mediation administration.

                Theodore C. Max                         .70 hrs.               $ 472.50

01/27/23        Email re mediation.

                Bridget J. Russell                      .30 hrs.               $ 206.55

01/31/23        Emails and follow up with L. Moffatt, R. Gruber and D. Rosenberg re mediation by
                Judge Gold at JAMS; email to B. Russell re same.

                Theodore C. Max                         .30 hrs.               $ 202.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

February 12, 2023
Invoice 340070857
Page 8 of 9

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 2.00 | $ 675.00 | $ 1,350.00 |
| Theodore C. Max | 13.80 | $ 675.00 | $ 9,315.00 |
| Dylan J. Price | 4.40 | $ 650.00 | $ 2,860.00 |
| Bridget J. Russell | 8.30 | $ 685.79 | $ 5,692.05 |
| Hyo Jin Paik | 2.50 | $ 295.00 | $ 737.50 |
| Leigh A. Tencza | 3.20 | $ 324.00 | $ 1,036.80 |
| Bradley M. Rank | .30 | $ 280.00 | $ 84.00 |

**Total Fees for Professional Services**          **$ 21,075.35**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 12/31/22 | E-Discovery Monthly Data Hosting Fees, 184.07 Gigabytes. | 3,681.48 |
| 01/31/23 | E-Discovery Monthly Data Hosting Fees, 184.07 Gigabytes. | 3,681.48 |

**Total Disbursements**          **$ 7,362.96**

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    February 12, 2023
Theodore C. Max                                                                                                                   Invoice 340070857
                                                                                                                                            Page 9 of 9

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 01/04/23 | 340069484 | 9,569.29 | 8,810.45 | 758.84 | 0.00 | 0.00 | 0.00 | $ 9,569.29 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 9,569.29 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 28,438.31 |
| | | | | **Total Due For This Matter** | | | | **$ 38,007.60** |

# Mar. 2023 Invoice

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                  SMRH Tax ID 95-1463164
Head of Intellectual Property                              March 22, 2023
Chanel USA, Inc.                                     Invoice 340072254
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

<u>**INVOICE SUMMARY**</u>

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2023

Current Fees                                $ 54,506.75
Current Disbursements                        $ 21,934.01

Total Current Activity                                    $ 76,440.76

Total Due for This Invoice                                $ 76,440.76

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>**Electronic Payments**</u> | <u>**Payment by Check**</u> | <u>**Overnight Mail Delivery**</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
March 22, 2023
Invoice 340072254

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2023

| | |
|---|---|
| Current Fees | $ 54,506.75 |
| Current Disbursements | $ 21,934.01 |
| Total Current Activity | $ 76,440.76 |
| Total Due for This Invoice | $ 76,440.76 |

---

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:            Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St            Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    March 22, 2023
Theodore C. Max                                                                                         Invoice 340072254
                                                                                                          Page 2 of 8

FOR PROFESSIONAL SERVICES THROUGH 02/28/23

## **FEE DETAIL**

| 02/01/23 | Emails re approval of JAMS mediation form re mediation with Judge Gold; email to L. Moffatt and R. Gruber re same. |
|---|---|

|  | Theodore C. Max | .70 hrs. | $ 472.50 |
|---|---|---|---|

| 02/02/23 | Prepare for conference with Judge Stanton re pre-trial scheduling;  conference call with B. Russell and D. Price re conference re pre-trial scheduling; discussion re mediation and preparation re same; emails and follow up re JAMS mediation agreement. |
|---|---|

|  | Theodore C. Max | 1.70 hrs. | $ 1,147.50 |
|---|---|---|---|

| 02/02/23 | Call to discuss strategy for settlement conference; reviewed WGACA's insurance policies and policy limits. |
|---|---|

|  | Dylan J. Price | .70 hrs. | $ 455.00 |
|---|---|---|---|

| 02/02/23 | Prepare for status call; review filings re same. |
|---|---|

|  | Bridget J. Russell | .70 hrs. | $ 450.45 |
|---|---|---|---|

| 02/03/23 | Review documents and prepare for Court; travel to United States District Court for the Southern District of New York and conference before Judge Stanton, email and follow up with B. Russell and D. Price re preparation for mediation. |
|---|---|

|  | Theodore C. Max | 3.60 hrs. | $ 2,430.00 |
|---|---|---|---|

| 02/03/23 | Call to discuss status conference; worked on mediation brief. |
|---|---|

|  | Dylan J. Price | .90 hrs. | $ 585.00 |
|---|---|---|---|

| 02/03/23 | Call re status hearing; review Chanel's motion for summary judgment briefing and order in preparation for mediation. |
|---|---|

|  | Bridget J. Russell | 1.40 hrs. | $ 900.90 |
|---|---|---|---|

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.           March 22, 2023
Theodore C. Max                                                                    Invoice 340072254
Page 3 of 8

## **FEE DETAIL**

02/07/23        Emails and follow up with J. Pietrini and D. Price re WGACA mediation  scheduling.

                Theodore C. Max                  .20 hrs.              $ 135.00

02/08/23        Telephone conference with T. Max re settlement conference and pre-trial dates.

                Jill M. Pietrini                 .40 hrs.              $ 270.00

02/08/23        Emails and follow up re scheduling of WGACA mediation and follow up regarding J. Pietrini and D. Price re same.

                Theodore C. Max                  .70 hrs.              $ 472.50

02/09/23        Emails and follow up with K. Silhau re WGACA mediation scheduling; emails to Chanel and D. Price, J. Pietrini and B. Russell re same.

                Theodore C. Max                  1.90 hrs.            $ 1,282.50

02/10/23        Follow up with B. Russell and D. Price re scheduling of mediation and pre-mediation call; email to JAMS re same.

                Theodore C. Max                  .80 hrs.              $ 540.00

02/13/23        Emails and follow up re mediation of Chanel, Inc. v. WGACA matter.

                Theodore C. Max                  .20 hrs.              $ 135.00

02/14/23        Worked on Chanel's mediation brief.

                Dylan J. Price                   1.20 hrs.             $ 780.00

02/15/23        Follow up and prepare for call with mediator Judge Gold, follow up call with D. Price re preparation.

                Theodore C. Max                  .90 hrs.              $ 607.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                  March 22, 2023
Theodore C. Max                                                                                                          Invoice 340072254
                                                                                                                         Page 4 of 8

## FEE DETAIL

02/16/23        Conference call with Judge Gold re JAMS mediation and background; discussion re
                mediation and ground rules; follow up call with D. Price re preparation of mediation
                statement.

                        Theodore C. Max                    2.10 hrs.                    $ 1,417.50

02/16/23        Participated in conference call with mediator; call with Ted Max re mediation strategy;
                worked on mediation brief.

                        Dylan J. Price                     2.60 hrs.                    $ 1,690.00

02/17/23        Reviewed recent Second Circuit decisions; worked on mediation brief.

                        Dylan J. Price                     1.20 hrs.                    $ 780.00

02/19/23        Worked on Chanel's mediation brief.

                        Dylan J. Price                     5.70 hrs.                    $ 3,705.00

02/20/23        Reviewed summary judgment briefing, evidence and order; worked on Chanel's
                mediation brief.

                        Dylan J. Price                     5.60 hrs.                    $ 3,640.00

02/21/23        Email and follow up with D. Price re preparation of pre-mediation statement for Judge
                Gold of (JAMS).

                        Theodore C. Max                    .70 hrs.                     $ 472.50

02/21/23        Reviewed and analyzed WGACA's non-eroding insurance policies; reviewed damages
                experts' reports; worked on Chanel's mediation statement.

                        Dylan J. Price                     7.90 hrs.                    $ 5,135.00

02/22/23        Work on and review and revise mediation statement; email to D. Price re same.

                        Theodore C. Max                    4.30 hrs.                    $ 2,902.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    March 22, 2023
Theodore C. Max                                                                                              Invoice 340072254
                                                                                                                  Page 5 of 8

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 02/22/23 | Call with Ted Max re mediation briefing. | | |
| | Dylan J. Price | .30 hrs. | $ 195.00 |
| 02/23/23 | Emails and follow up with D. Price re draft Mediation Statement; emails and call re same; discussion re comments and open points; email with K. Silhan re mediation agreement; emails with B. Russell re follow up; emails and follow up with D. Rosenberg, L. Moffatt and R. Gruber re Mediation Agreement; email and follow up with J. Pietrini re mediation. | | |
| | Theodore C. Max | 4.20 hrs. | $ 2,835.00 |
| 02/23/23 | Reviewed and revised Chanel's mediation statement; Telephone call with Ted Max re damages issues and mediation. | | |
| | Dylan J. Price | 3.60 hrs. | $ 2,340.00 |
| 02/24/23 | Work on and review and revise draft Mediation Statement; email to L. Moffatt, D. Rosenberg and R. Gruber re mediation statement and background materials; email to B. Russell and D. Price re same; conference call with D. Price re draft Mediation Statement. | | |
| | Theodore C. Max | 3.70 hrs. | $ 2,497.50 |
| 02/24/23 | Worked on mediation brief; Reviewed documents for inclusion in Chanel's compendium of exhibits in support of mediation brief. | | |
| | Dylan J. Price | 3.20 hrs. | $ 2,080.00 |
| 02/24/23 | Assisted with preparations for mediation and assembling exhibits. | | |
| | Hyo Jin Paik | .60 hrs. | $ 177.00 |
| 02/27/23 | Telephone conference with Ted Max re settlement strategy. | | |
| | Jill M. Pietrini | .30 hrs. | $ 202.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.      March 22, 2023
Theodore C. Max                                                                            Invoice 340072254
                                                                                          Page 6 of 8

### FEE DETAIL

| | | | |
|---|---|---|---|
| 02/27/23 | Work on and review and revise draft Mediation Statement; insert additional citations and email to D. Price re same; follow up with call and email re draft revisions; review and discuss revisions; emails and call with D. Price and J. Pietrini re damages and mediation strategy. | | |
| | Theodore C. Max | 3.10 hrs. | $ 2,092.50 |
| 02/27/23 | Reviewed and revised mediation brief and compendium of exhibits; Finalized the same for filing with Judge Gold. | | |
| | Dylan J. Price | 6.80 hrs. | $ 4,420.00 |
| 02/27/23 | Review and revise mediation brief; draft and compile compendium of exhibits; strategize re mediation and settlement posture. | | |
| | Bridget J. Russell | 2.20 hrs. | $ 1,415.70 |
| 02/28/23 | Email to L. Moffatt, D. Rosenberg and R. Gruber re Mediation Submission by Chanel, Inc. and WGACA and follow up re same and scheduling of conference call re mediation preparation; email to B. Russell; review WGACA mediation statement; email to B. Russell re apportionment research. | | |
| | Theodore C. Max | 3.50 hrs. | $ 2,362.50 |
| 02/28/23 | Reviewed and analzyed WGACA's mediation brief and exhibits. | | |
| | Dylan J. Price | 1.20 hrs. | $ 780.00 |
| 02/28/23 | Research re attribution and apportionment in trademark infringement cases and draft email memo re same.  Review WGACA mediation statement and strategize and email T. Max re same.  Annotate mediation statement arguments. | | |
| | Bridget J. Russell | 4.20 hrs. | $ 2,702.70 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

March 22, 2023
Invoice 340072254
Page 7 of 8

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | .70 | $ 675.00 | $ 472.50 |
| Theodore C. Max | 32.30 | $ 675.00 | $ 21,802.50 |
| Dylan J. Price | 40.90 | $ 650.00 | $ 26,585.00 |
| Bridget J. Russell | 8.50 | $ 643.50 | $ 5,469.75 |
| Hyo Jin Paik | .60 | $ 295.00 | $ 177.00 |

**Total Fees for Professional Services**      **$ 54,506.75**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 02/28/23 | E-Discovery Monthly Data Hosting Fees, 184.07 Gigabytes. | 3,681.48 |
| 02/06/23 | JAMS Inc. - Inv#6524386 - Ref #1425039315 Deposit - Mediation Fee | 7,100.00 |
| 12/30/22 | Aptus Court Reporting, LLC - Inv#1115098 - original and 1 certified copy of transcript of Tyler Prone | 2,948.13 |
| 02/02/23 | Westlaw research by Russell, Bridget, on 2/2/2023. | 1,161.00 |
| 02/06/23 | Westlaw research by Price, Dylan, on 2/6/2023. | 307.80 |
| 02/17/23 | Westlaw research by Price, Dylan, on 2/17/2023. | 331.20 |
| 02/22/23 | Westlaw research by Price, Dylan, on 2/22/2023. | 696.60 |
| 02/23/23 | Westlaw research by Price, Dylan, on 2/23/2023. | 928.80 |
| 02/24/23 | Westlaw research by Price, Dylan, on 2/24/2023. | 464.40 |
| 02/24/23 | Westlaw research by Paik, Hyo Jin, on 2/24/2023. | 232.20 |
| 02/27/23 | Westlaw research by Price, Dylan, on 2/27/2023. | 331.20 |
| 02/28/23 | Westlaw research by Price, Dylan, on 2/28/2023. | 2,889.00 |
| 02/28/23 | Westlaw research by Russell, Bridget, on 2/28/2023. | 862.20 |

**Total Disbursements**      **$ 21,934.01**

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

March 22, 2023
Invoice 340072254
Page 8 of 8

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 02/12/23 | 340070857 | 28,438.31 | 21,075.35 | 7,362.96 | 0.00 | 0.00 | 0.00 | $ 28,438.31 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 28,438.31 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 76,440.76 |
| | | | | **Total Due For This Matter** | | | | **$ 104,879.07** |

# **Apr. 2023 Invoice**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                                                      SMRH Tax ID 95-1463164
Head of Intellectual Property                                                                    April 24, 2023
Chanel USA, Inc.                                                                        Invoice 340073475
9 W. 57th Street
New York, NY 10019

Our Matter No.        18WZ-264490
                      Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:         Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2023

| | |
|---|---|
| Current Fees | $ 80,546.55 |
| Current Disbursements | $ 15,050.66 |

| | |
|---|---|
| Total Current Activity | $ 95,597.21 |
| Total Due for This Invoice | $ 95,597.21 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>                Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA                ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St                Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298        Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                              April 24, 2023
Chanel USA, Inc.                                       Invoice 340073475
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2023

| | |
|---|---|
| Current Fees | $ 80,546.55 |
| Current Disbursements | $ 15,050.66 |

| | |
|---|---|
| Total Current Activity | $ 95,597.21 |
| Total Due for This Invoice | $ 95,597.21 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298      Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 24, 2023
Invoice 340073475
Page 2 of 11

FOR PROFESSIONAL SERVICES THROUGH 03/31/23

## **FEE DETAIL**

03/01/23    Emails to K. Silhan; email with B. Russell re apportionment of damages; follow up with D. Price re inquiry from Judge Gold; discussion re strategy re mediation.

Theodore C. Max                     3.40 hrs.                  $ 2,295.00

03/01/23    Telephone call with Ted Max re mediation issues and strategy; Reviewed research re disagreement of profits and apportionment.

Dylan J. Price                      .80 hrs.                   $ 520.00

03/02/23    Begin review of WAGACA's mediation brief; telephone conference with Ted Max, Dylan Price, Lara M., and Robin Gruber re mediation and strategy therefor; correspondence with financial expert; review exhibits to mediation statement; begin preparations for mediation.

Jill M. Pietrini                    2.60 hrs.                  $ 1,755.00

03/02/23    Conference call with L. Moffatt, R. Gruber, J. Pietrini and D. Price re preparation for JAMS mediation before Judge Gold; prepare for mediation and assemble exhibits; prepare binders for Chanel, Inc. team.

Theodore C. Max                     3.10 hrs.                  $ 2,092.50

03/02/23    Prepared for and participated in conference call with client to discuss mediation strategy; reviewed Safir's second supplemental expert report.

Dylan J. Price                      2.30 hrs.                  $ 1,495.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

April 24, 2023
Invoice 340073475
Page 3 of 11

## FEE DETAIL



03/03/23

| | | |
|---|---|---|

03/03/23    Prepare list of Chanel exhibits from motion for partial summary judgment for use in mediation session; review Compendium of Exhibits; emails with D. Price re preparation and participation in mediation by ZOOM; conference call with Judge Gold re mediation preparation; follow up with D. Rosenberg and L. Moffatt re mediation preparation.

Theodore C. Max          2.40 hrs.          $ 1,620.00

03/03/23    Pre-mediation call with Judge Gold; conference call with client to discuss mediation; reviewed Second Circuit case law re disgorgement awards and burden prepared of proof on issue of willfulness; reviewed right to jury issues.

Dylan J. Price          3.60 hrs.          $ 2,340.00

03/03/23    Compiled and organized exhibits for the 3/6/2023 mediation.

Hyo Jin Paik          1.90 hrs.          $ 560.50

03/04/23    Prepare annotation and email T. Max re same; draft email re mediation strategy.

Bridget J. Russell          3.30 hrs.          $ 2,123.55

03/05/23    Research case law for mediation and email T. Max re mediation strategy.

Bridget J. Russell          .80 hrs.          $ 514.80

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                 April 24, 2023
Theodore C. Max                                                                                          Invoice 340073475
                                                                                                         Page 4 of 11

## FEE DETAIL

03/06/23        Attend settlement conference; revise settlement terms' confer with Ted Max re
                settlement terms (travel time to and from NY - comp.); correspondence with opposing
                counsel re count schedule; correspondence with court re schedule for pre-trial dates;
                correspondence with Judge Gold re mediation.

                Jill M. Pietrini                    9.90 hrs.                    $ 6,682.50

03/06/23        Prepare for and attend mediation between Chanel, Inc. and WGACA LLC; follow up
                with Chanel attorneys, L. Moffatt, R. Gruber and D. Rosenberg.

                Theodore C. Max                     8.90 hrs.                    $ 6,007.50

03/06/23        Attended Chanel's mediation with WGACA; Prepared revised settlement points based
                on first day of mediation.

                Dylan J. Price                      9.30 hrs.                    $ 6,045.00

03/06/23        ███████████████████████████████████████████
                ██████

                          ████████████        ████████        ████████

03/07/23        ███████████████████████████████████████████
                ████████████████████████████████████████████████

                          ████████████        ████████        ████████

03/07/23        Further meeting re Chanel, Inc. v. WAGACA mediation; emails and follow up with J.
                Pietrini and D. Price re same.

                Theodore C. Max                     5.90 hrs.                    $ 3,982.50

03/07/23        Participated in second day of mediation.

                Dylan J. Price                      5.80 hrs.                    $ 3,770.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    April 24, 2023
Theodore C. Max                                                                                        Invoice 340073475
                                                                                                        Page 5 of 11

## FEE DETAIL

03/07/23        Conducted legal research and reviewed/analyzed cases re: publicizing serial numbers.

                Hyo Jin Paik                          .80 hrs.                    $ 236.00

03/08/23        Follow up on mediation with WGACA; call and discussion with L. Moffatt and R.
                Gruber re same; follow up with D. Price re same.

                Theodore C. Max                       2.40 hrs.                   $ 1,620.00

03/08/23        Performed research concerning profits awards in false association and false advertising
                cases; reviewed WGACA's sales spreadsheets to determine revenues made from
                sources other than wholesale.

                Dylan J. Price                        5.80 hrs.                   $ 3,770.00

03/09/23        Review summary of defendants' insurance policy; participate in Chanel call re
                settlement discussions; correspondence with Chanel re expert reports.

                Jill M. Pietrini                      1.30 hrs.                   $ 877.50

03/09/23        Follow up and call re re-cap of negotiations with WGACA; call with L. Moffatt, D.
                Rosenberg, R. Gruber , J. Pietrini and D. Price re status and next steps.

                Theodore C. Max                       1.60 hrs.                   $ 1,080.00

03/09/23        Reviewed and analyzed insurance polices and prepared summary thereof; prepared
                summary of expert reports; prepared for and pariticpated in conference call with client
                to discuss mediation and next steps re potential settlement with WGACA; calls with
                Ted Max and Jill Pietrini re pre-trial memo.

                Dylan J. Price                        3.90 hrs.                   $ 2,535.00

03/10/23        Follow up with D. Price re issues concerning Section 1117(b) under the Lanham Act
                for counterfeiting claims and attorney's fees and costs and "shall" language; follow up
                re same.

                Theodore C. Max                       1.80 hrs.                   $ 1,215.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 24, 2023
Invoice 340073475
Page 6 of 11

### FEE DETAIL

| 03/10/23 | Reviewed email from Mr. Max re the award of attorneys' fees in counterfeiting cases; telephone call with Ted Max; worked on pre-trial memo and analysis for client. |
|---|---|

| | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |
|---|---|---|---|

| 03/13/23 | Worked on case analysis and settlement memo for client. |
|---|---|

| | Dylan J. Price | 4.60 hrs. | $ 2,990.00 |
|---|---|---|---|

| 03/14/23 | Review and revise draft summary of WGACA case and settlement parameters and issues for trial; follow up with D. Price re same. |
|---|---|

| | Theodore C. Max | 1.20 hrs. | $ 810.00 |
|---|---|---|---|

| 03/14/23 | Worked on settlement analysis memorandum. |
|---|---|

| | Dylan J. Price | 2.90 hrs. | $ 1,885.00 |
|---|---|---|---|

| 03/15/23 | Work on and review and revise draft memorandum re status of WGACA damages claims and trial; follow up with D. Price re same. |
|---|---|

| | Theodore C. Max | 1.40 hrs. | $ 945.00 |
|---|---|---|---|

| 03/15/23 | Worked on settlement memorandum and analysis. |
|---|---|

| | Dylan J. Price | 3.80 hrs. | $ 2,470.00 |
|---|---|---|---|

| 03/16/23 | Email and call with D. Price re draft memorandum for Chanel; review and revise same; email to J. Pietrini and D. Price re same. |
|---|---|

| | Theodore C. Max | 2.90 hrs. | $ 1,957.50 |
|---|---|---|---|

| 03/16/23 | Call with Ted Max re statutory damages calculations and revisions to settlement analysis; further revised the same. |
|---|---|

| | Dylan J. Price | .70 hrs. | $ 455.00 |
|---|---|---|---|

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.              April 24, 2023
Theodore C. Max                                                                                      Invoice 340073475
                                                                                                    Page 7 of 11

## **FEE DETAIL**

03/17/23     Revise memorandum re chances of litigation success and potential damages; confer
             with financial expert re mediation.

             Jill M. Pietrini                     1.50 hrs.                 $ 1,012.50

03/17/23     Work on and review and revise draft memorandum; review and revise with emails
             from J. Pietrini and D. Price; email to L. Moffatt, D. Rosenberg and R. Gruber re
             settlement.

             Theodore C. Max                      1.10 hrs.                 $  742.50

03/17/23     Reviewed revisions to Chanel settlement memorandum.

             Dylan J. Price                        .30 hrs.                 $  195.00

03/20/23     Email to L. Moffatt, D. Rosenberg and R. Gruber re status of settlement negotiations;
             discussion with D. Price re same.

             Theodore C. Max                       .80 hrs.                 $  540.00

03/20/23     Call with T. Max to discuss settlement open issues and litigation strategy.

             Dylan J. Price                        .40 hrs.                 $  260.00

03/21/23     Reviewed email from S. Weisser and attempted to download attachments;
             corresponded with Mr. Max re the same; revised terms of injunctive relief settlement
             points based on last discussion between client and Weisser.

             Dylan J. Price                       1.10 hrs.                 $  715.00

03/22/23     Follow up re WGACA matter and settlement memorandum.

             Theodore C. Max                       .20 hrs.                 $  135.00

03/27/23     Work on and follow up on draft memorandum re settlement and litigation; email to L.
             Moffatt, R. Gruber and D. Rosenberg re same.

             Theodore C. Max                       .50 hrs.                 $  337.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 24, 2023
Invoice 340073475
Page 8 of 11

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 30.90 | $ 675.00 | $ 20,857.50 |
| Theodore C. Max | 37.60 | $ 675.00 | $ 25,380.00 |
| Dylan J. Price | 47.10 | $ 650.00 | $ 30,615.00 |
| Bridget J. Russell | 4.10 | $ 643.50 | $ 2,638.35 |
| Hyo Jin Paik | 2.70 | $ 295.00 | $ 796.50 |
| ▇▇▇▇▇ | ▇ | ▇▇▇ | ▇▇▇ |

**Total Fees for Professional Services**          **$ 80,546.55**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                              April 24, 2023
Theodore C. Max                                                                                                    Invoice 340073475
                                                                                                                      Page 9 of 11

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 02/25/23 | J.Pietrini-Airfare (03/03/23-03/08/23) for 2-Day Settlement Conference in New York | 1,517.90 |
| 03/03/23 | J.Pietrini-Cab from home to LAX for travel to 2-Day Settlement Conference in New York | 34.95 |
| 03/03/23 | J.Pietrini-Cab from LaGuardia Airport to hotel | 155.76 |
| 03/06/23 | T.Max-Taxi expense for T. Max | 24.10 |
| 03/06/23 | J.Pietrini-Train ticket from Hoboken to New York City | 2.75 |
| 03/06/23 | J.Pietrini-Train ticket from NYC to Hoboken | 2.75 |
| 03/07/23 | J.Pietrini-Cab from New York office to New Jersey Ferry - 2-Day Settlement Conference in New York | 20.00 |
| 03/07/23 | J.Pietrini-Ferry ticket from New York to Hoboken - 2-Day Settlement Conference in New York | 9.00 |
| 03/07/23 | J.Pietrini-Train ticket from Hoboken to NYC - 2-Day Settlement Conference in New York | 2.75 |
| 03/08/23 | J.Pietrini-Car Service from hotel to La Guardia Airport - 2-Day Settlement Conference in New York | 175.30 |
| 03/08/23 | J.Pietrini-Cab from LAX to home - 2-Day Settlement Conference in New York | 50.00 |
| 03/08/23 | J.Pietrini-Hotel (03/05/23-03/08/23) - for 2-Day Settlement Conference in New York | 2,321.16 |
| 03/31/23 | E-Discovery Monthly Data Hosting Fees, 184.07 Gigabytes. | 3,681.48 |
| 03/02/23 | Federal Express on 03/02/23 | 27.94 |
| 03/02/23 | Federal Express on 03/02/23 | 27.94 |
| 03/02/23 | Federal Express on 03/02/23 | 116.10 |
| 03/02/23 | Federal Express on 03/02/23 | 57.43 |
| 03/07/23 | Federal Express on 03/07/23 | 112.85 |
| 03/03/23 | J.Pietrini-Dinner in Hoboken while in New York (Half of $302.37) | 151.18 |
| 03/06/23 | J.Pietrini-Dinner in Hoboken while in New York (Half of $170.45) - 2-Day Settlement Conference in New York in the business purpose | 85.22 |
| 03/06/23 | J.Pietrini-Breakfast - for 2-Day Settlement Conference in New York | 44.32 |
| 03/07/23 | J.Pietrini-Dinner in Hoboken while in New York (Half of $151.32) - 2-Day Settlement Conference in New York | 75.66 |
| 03/07/23 | J.Pietrini-Breakfast - 2-Day Settlement Conference in New York in the business purpose. | 43.32 |
| 03/03/23 | Westlaw research by Price, Dylan, on 3/3/2023. | 696.60 |
| 03/05/23 | Westlaw research by Russell, Bridget, on 3/5/2023. | 232.20 |
| 03/06/23 | Westlaw research by Price, Dylan, on 3/6/2023. | 2,885.40 |
| 03/07/23 | Westlaw research by Paik, Hyo Jin, on 3/7/2023. | 464.40 |
| 03/07/23 | Westlaw research by Price, Dylan, on 3/7/2023. | 1,004.40 |
| 03/08/23 | Westlaw research by Price, Dylan, on 3/8/2023. | 696.60 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

| | | |
|---|---|---|
| 03/15/23 | Westlaw research by Price, Dylan, on 3/15/2023. | 331.20 |
| | **Total Disbursements** | **$ 15,050.66** |

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 24, 2023
Invoice 340073475
Page 11 of 11

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 03/22/23 | 340072254 | 76,440.76 | 54,506.75 | 21,934.01 | 0.00 | 0.00 | 0.00 | $ 76,440.76 |
| | | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | $ 76,440.76 |
| | | | | | Interest on Outstanding A/R | | | 0.00 |
| | | | | | Fees and Disbursements Due for this Invoice | | | 95,597.21 |
| | | | | | **Total Due For This Matter** | | | **$ 172,037.97** |

# May 2023 Invoice

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*__Please return this page with your payment.__*

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
May 10, 2023
Invoice 340074180

| | | |
|---|---|---|
| Our Matter No. | 18WZ-264490 | |
| | Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al. | |
| Billing Atty: | Theodore C. Max | |

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2023

| | | |
|---|---|---|
| Current Fees | $ 11,160.00 | |
| Current Disbursements | $ 3,681.48 | |
| | | |
| Total Current Activity | | $ 14,841.48 |
| Total Due for This Invoice | | $ 14,841.48 |

### DUE IMMEDIATELY UPON RECEIPT
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:       Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St       Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298       Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                    May 10, 2023
Chanel USA, Inc.                                        Invoice 340074180
9 W. 57th Street
New York, NY 10019

Our Matter No.    18WZ-264490
                  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2023

Current Fees                                    $  11,160.00
Current Disbursements                           $   3,681.48

Total Current Activity                                   $  14,841.48

Total Due for This Invoice                               $  14,841.48

---

### DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:  Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA  ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St  Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 10, 2023
Theodore C. Max                                                                                 Invoice 340074180
                                                                                               Page 2 of 6

FOR PROFESSIONAL SERVICES THROUGH 04/30/23

## **FEE DETAIL**

04/03/23    Emails with L. Moffatt; review and revise draft email to S. Weisser re possible
            settlement; email to J. Pietrini and D. Price re same.

            Theodore C. Max              .60 hrs.              $  405.00

04/04/23    Review correspondence with Lora Moffatt and Seth Weisser; confer with Ted Max and
            Dylan Price re revised response to Seth Weisser.

            Jill M. Pietrini             .30 hrs.              $  202.50

04/04/23    Reviewed and revised draft email to Chanel re mediation.

            Dylan J. Price               .30 hrs.              $  195.00

04/12/23    Email and call with D. Price re email from R. Gruber re mediation and settlement
            discussions.

            Theodore C. Max              .30 hrs.              $  202.50

04/12/23    Reviewed email from Chanel re settlement; call with Ted Max re settlement strategy.

            Dylan J. Price               .30 hrs.              $  195.00

04/13/23    Revised injunctive relief settlement terms in anticipation of call with Chanel.

            Dylan J. Price               1.70 hrs.             $  1,105.00

04/14/23    Correspondence with Robin Gruber, Ted Max and Lora Moffatt re settlement terms.

            Jill M. Pietrini             .20 hrs.              $  135.00

04/14/23    Reviewed and revised settlement terms.

            Dylan J. Price               .80 hrs.              $  520.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.               May 10, 2023
Theodore C. Max                                                                                   Invoice 340074180
                                                                                                     Page 3 of 6

## FEE DETAIL

| | | | |
|---|---|---|---|
| 04/17/23 | Telephone conference with Robin Gruber, Ted Max and Dylan Price re settlement terms and strategy; confer with Ted Max and Dylan Price re same. | | |
| | Jill M. Pietrini | .50 hrs. | $ 337.50 |
| 04/17/23 | Conference call with J. Pietrini, D. Price and R. Gruber re settlement; follow up re call with L. Moffatt; emails and follow up re settlement proposal and assessment re same. | | |
| | Theodore C. Max | 1.90 hrs. | $ 1,282.50 |
| 04/17/23 | Prepared for and participated in call with L. Moffatt and R. Gruber re post-mediation settlement strategy. | | |
| | Dylan J. Price | .50 hrs. | $ 325.00 |
| 04/18/23 | Telephone conference with Lora Moffat, Robin Gruber, Dylan Price, and Ted Max re settlement strategy. | | |
| | Jill M. Pietrini | .40 hrs. | $ 270.00 |
| 04/18/23 | Emails and follow up re WGACA mediation and settlement strategy and risks and issues; follow up re same; conference call with R. Gruber and L. Moffatt regarding settlement issues. | | |
| | Theodore C. Max | .80 hrs. | $ 540.00 |
| 04/18/23 | Prepared for and participated in call with Chanel re settlement strategy. | | |
| | Dylan J. Price | .40 hrs. | $ 260.00 |
| 04/19/23 | Emails and follow up regarding WGACA settlement; email and discussion with D. Price. | | |
| | Theodore C. Max | 1.40 hrs. | $ 945.00 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 10, 2023
Invoice 340074180
Page 4 of 6

## <u>FEE DETAIL</u>



| 04/20/23 | | | |
|---|---|---|---|

| 04/21/23 | Emails and follow with D. Price re settlement proposal and follow up. | | |
|---|---|---|---|
| | Theodore C. Max | .90 hrs. | $ 607.50 |

| 04/21/23 | | | |
|---|---|---|---|

| 04/25/23 | Emails re scheduling of further mediation sessions with WGACA. | | |
|---|---|---|---|
| | Theodore C. Max | .20 hrs. | $ 135.00 |

| 04/25/23 | Telephone call with Judge Gold's case manager re booking third mediation session at JAMS. | | |
|---|---|---|---|
| | Dylan J. Price | .30 hrs. | $ 195.00 |

| 04/26/23 | Email to L. Moffatt re settlement proposal and follow up re scheduling of further mediation session; follow up re same. | | |
|---|---|---|---|
| | Theodore C. Max | .60 hrs. | $ 405.00 |

| 04/26/23 | Corresponded with client re mediation scheduling; call with Ted Max re settlement strategy. | | |
|---|---|---|---|
| | Dylan J. Price | .30 hrs. | $ 195.00 |

| 04/28/23 | Review revised settlement terms and correspondence with Seth Weisser; correspondence with Lora Moffat and Ted Max re same and monetary demand; confer with Dylan Price and Ted Max re May 3 mediation and availability of Judge Gold. | | |
|---|---|---|---|
| | Jill M. Pietrini | .90 hrs. | $ 607.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

May 10, 2023
Invoice 340074180
Page 5 of 6

## FEE DETAIL

04/28/23     Follow up with L. Moffatt re scheduling and prepare revised settlement proposal; emails re mediation with WGACA.

Theodore C. Max                    .60 hrs.                    $ 405.00

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 2.30 | $ 675.00 | $ 1,552.50 |
| Theodore C. Max | 7.30 | $ 675.00 | $ 4,927.50 |
| Dylan J. Price | 7.20 | $ 650.00 | $ 4,680.00 |

**Total Fees for Professional Services**            **$ 11,160.00**

## SUMMARY OF DISBURSEMENTS

04/30/23     E-Discovery Monthly Data Hosting Fees, 184.07 Gigabytes.            3,681.48

**Total Disbursements**            **$ 3,681.48**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 10, 2023
Theodore C. Max                                                                Invoice 340074180
                                                                                    Page 6 of 6

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 03/22/23 | 340072254 | 76,440.76 | 54,506.75 | 21,934.01 | 0.00 | 0.00 | 0.00 | $ 76,440.76 |
| 04/24/23 | 340073475 | 95,597.21 | 80,546.55 | 15,050.66 | 0.00 | 0.00 | 0.00 | 95,597.21 |

| | |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 172,037.97 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 14,841.48 |
| **Total Due For This Matter** | **$ 186,879.45** |

# June 2023 Invoice

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

| | |
|---|---|
| Lora Moffatt, Esq. | SMRH Tax ID 95-1463164 |
| Head of Intellectual Property | June 16, 2023 |
| Chanel USA, Inc. | Invoice 340075414 |
| 9 W. 57th Street | |
| New York, NY 10019 | |

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2023

| | | |
|---|---|---|
| Current Fees | $ 39,986.50 | |
| Current Disbursements | $ 8,517.43 | |
| Total Current Activity | | $ 48,503.93 |
| Total Due for This Invoice | | $ 48,503.93 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:        Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
June 16, 2023
Invoice 340075414

Our Matter No.    18WZ-264490
                  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2023

| | | |
|---|---|---|
| Current Fees | $ 39,986.50 | |
| Current Disbursements | $ 8,517.43 | |
| Total Current Activity | | $ 48,503.93 |
| Total Due for This Invoice | | $ 48,503.93 |

---

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:           Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                     June 16, 2023
Theodore C. Max                                                                                                             Invoice 340075414
                                                                                                                            Page 2 of 7

## FOR PROFESSIONAL SERVICES THROUGH 05/31/23

### **FEE DETAIL**

| | | | |
|---|---|---|---|
| 05/01/23 | Emails and follow up re conference call with R. Gruber and L. Moffatt from Chanel and D. Price and J. Pietrini re mediation call with WGACA and counsel for WGACA. | | |
| | Theodore C. Max | 1.90 hrs. | $ 1,282.50 |
| 05/02/23 | Review correspondence from S. Weisser to Lora Moffat re settlement; review Chanel promo video on WGACA; confer with Ted Max and Dylan Price re same; review WGACA social media post re new WGACA store; telephone conference with Ted Max re settlement strategy and WGACA settlement terms; review WGACA's revisions to settlement terms. | | |
| | Jill M. Pietrini | 1.50 hrs. | $ 1,012.50 |
| 05/02/23 | Prepare for mediation with counsel and S. Weisser from WGACA; attend mediation with D. Price, J. Pietrini and L. Moffatt and R. Gruber. | | |
| | Theodore C. Max | 1.50 hrs. | $ 1,012.50 |
| 05/02/23 | Reviewed and analyzed WGACA's revisions to settlement terms; reviewed recent WGACA advertisements; call with client to discuss settlement strategy; prepared draft email to Seth Weisser and telephone call with Ted Max to discuss the same. | | |
| | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |
| 05/03/23 | Participate in third day of mediation with Chanel team, opposing counsel, and Seth Weisser; telephone conference with Chanel team re settlement terms, strategy, and trial of case; call with Dylan Price re same; review additional WGACA/Chanel videos; correspondence with Lora Moffat re settlement terms. | | |
| | Jill M. Pietrini | 3.30 hrs. | $ 2,227.50 |
| 05/03/23 | Prepare for and attend mediation with WGACA; follow up re same; discussion with L. Moffatt and R. Gruber and J. Pietrini and D. Price re settlement and follow up; emails and work with D. Price re preparation of draft settlement terms. | | |
| | Theodore C. Max | 4.50 hrs. | $ 3,037.50 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     June 16, 2023
Theodore C. Max                                                                            Invoice 340075414
                                                                                          Page 3 of 7

## **FEE DETAIL**

05/03/23     Attended settlement conference by video; work on and draft settlement terms
             summary.

             Dylan J. Price                      4.50 hrs.              $ 2,925.00

05/03/23     ███████████████████████████████████████████████
             ████████████████████████████████████████
             █████████████████████

                    █████████████        ███████        ██████████

05/04/23     Emails and follow up with D. Price and J. Pietrini re draft settlement; emails and
             follow up with L.  Moffatt and R. Gruber.

             Theodore C. Max                     1.70 hrs.              $ 1,147.50

05/04/23     Reviewed revisions to settlement terms and provided comments re the same.

             Dylan J. Price                      .70 hrs.               $  455.00

05/08/23     Review WGACA website and Chanel ads; review revised settlement term sheet;
             participate in call with Robin Gruber, Lora Moffat, Dylan Price, and Ted Max re same;
             review correspondence with WGACA re settlement terms.

             Jill M. Pietrini                    1.60 hrs.              $ 1,080.00

05/08/23     Emails re redline of draft settlement terms with WGACA;  ZOOM call with L. Moffatt,
             R. Gruber and C. Sheerans re redline markup and settlement strategy; follow up with
             D. Price re revisions and cover email.

             Theodore C. Max                     2.40 hrs.              $ 1,620.00

05/08/23     Conference calls with client re settlement terms; Prepared revised settlement
             agreements and cover email for client.

             Dylan J. Price                      1.80 hrs.              $ 1,170.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                        June 16, 2023
Theodore C. Max                                                                                                Invoice 340075414
                                                                                                              Page 4 of 7

## FEE DETAIL

05/09/23        Follow up re settlement negotiations with WGACA and draft language re same.

                    Theodore C. Max                  .60 hrs.                    $ 405.00

05/16/23        Emails and follow up with L. Moffatt and R. Gruber re settlement proposal and status;
                email and follow up with D. DeCarlo re same.

                    Theodore C. Max                  1.20 hrs.                   $ 810.00

05/16/23        Worked on Proposed Ultimate Findings of Fact.

                    Dylan J. Price                   1.60 hrs.                   $ 1,040.00

05/17/23        Follow up and email with R. Gruber and L. Moffatt re WGACA settlement proposals;
                discussion with D. Price re same.

                    Theodore C. Max                  .90 hrs.                    $ 607.50

05/18/23        Worked on Chanel's Proposed Findings of Fact in support of its pre-trial submissions.

                    Dylan J. Price                   6.70 hrs.                   $ 4,355.00

05/22/23        Review and revise draft Proposed Findings of Fact; email with D. Price re same.

                    Theodore C. Max                  2.70 hrs.                   $ 1,822.50

05/23/23        Work on and review and revise draft Proposed Findings of Fact; email and discussion
                with D. Price re same; emails and follow up with L. Moffatt and R. Gruber re
                settlement proposal for WGACA and revisions re same; email re addressing issues
                raised by M. Nitsch.

                    Theodore C. Max                  3.90 hrs.                   $ 2,632.50

05/23/23        Telephone call with Ted Max re revisions to Proposed Findings of Fact.

                    Dylan J. Price                   .30 hrs.                    $ 195.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                     June 16, 2023
Theodore C. Max                                                                                                                                  Invoice 340075414
                                                                                                                                                       Page 5 of 7

## FEE DETAIL

| | | | |
|---|---|---|---|
| 05/24/23 | Emails  and follow up with D. Price re  Proposed Findings of Fact; review and read same; email re A. Hahn Declaration. | | |
| | Theodore C. Max | 3.70 hrs. | $ 2,497.50 |

| | | | |
|---|---|---|---|
| 05/24/23 | Reviewed revisions to statement of ultimate fact; Conference call with Ted Max to go over revisions and further revise statement. | | |
| | Dylan J. Price | 2.60 hrs. | $ 1,690.00 |

| | | | |
|---|---|---|---|
| 05/25/23 | Emails and follow up with D. Price re proposed settlement terms and draft re same; email and call re Proposed Findings of Fact and additional factual findings to be added; follow up with L. Moffatt and R. Gruber re settlement proposal. | | |
| | Theodore C. Max | 2.90 hrs. | $ 1,957.50 |

| | | | |
|---|---|---|---|
| 05/25/23 | Telephone call with Ted Max re comments and proposed revisions to  Proposed Findings of Fact; further revised statement of facts; prepared cover email for client. | | |
| | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |

| | | | |
|---|---|---|---|
| 05/26/23 | Reviewed and revised Chanel's Proposed Findings of Fact; finalized the same and served on opposing counsel. | | |
| | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |

| | | | |
|---|---|---|---|
| 05/31/23 | Emails and follow up with L. Moffatt and R. Gruber re mediation with WGACA and settlement discussion. | | |
| | Theodore C. Max | .40 hrs. | $ 270.00 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 16, 2023
Invoice 340075414
Page 6 of 7

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 6.40 | $ 675.00 | $ 4,320.00 |
| Theodore C. Max | 28.30 | $ 675.00 | $ 19,102.50 |
| Dylan J. Price | 23.60 | $ 650.00 | $ 15,340.00 |
| ███████████ | ████ | █████ | ███████ |

**Total Fees for Professional Services**          **$ 39,986.50**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 05/31/23 | E-Discovery Monthly Data Hosting Fees, 184.07 Gigabytes. | 3,681.48 |
| 04/20/23 | JAMS Inc. - Inv#6629998 - Ref #1425039315 Deposit for Mediation Fee | 4,835.95 |

**Total Disbursements**          **$ 8,517.43**

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 16, 2023
Invoice 340075414
Page 7 of 7

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 05/10/23 | 340074180 | 14,841.48 | 11,160.00 | 3,681.48 | 0.00 | 0.00 | 0.00 | $ 14,841.48 |
| | | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 14,841.48 |
| | | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | | Fees and Disbursements Due for this Invoice | | | | 48,503.93 |
| | | | | | **Total Due For This Matter** | | | | **$ 63,345.41** |

# July 2023 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                       SMRH Tax ID 95-1463164
Head of Intellectual Property                                    July 19, 2023
Chanel USA, Inc.                                           Invoice 340076810
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2023

| | | |
|---|---|---|
| Current Fees | $ 24,345.00 | |
| Current Disbursements | $ 4,983.82 | |
| Total Current Activity | | $ 29,328.82 |
| Total Due for This Invoice | | $ 29,328.82 |

## DUE IMMEDIATELY UPON RECEIPT

### Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:            Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
July 19, 2023
Invoice 340076810

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2023

| | |
|---|---|
| Current Fees | $ 24,345.00 |
| Current Disbursements | $ 4,983.82 |
| Total Current Activity | $ 29,328.82 |
| Total Due for This Invoice | $ 29,328.82 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                              July 19, 2023
Theodore C. Max                                                                                                     Invoice 340076810
                                                                                                                    Page 2 of 7

FOR PROFESSIONAL SERVICES THROUGH 06/30/23

## FEE DETAIL

| | | | |
|---|---|---|---|
| 06/01/23 | Emails re scheduling and follow up re WGACA settlement discussions and response to S. Weisser email; follow up with L. Moffatt, D. Rosenberg and R. Gruber. | | |
| | Theodore C. Max | .80 hrs. | $ 540.00 |
| 06/02/23 | Review correspondence with Lora Moffatt and Robin Gruber re revised settlement agreement; review new description of authentication process on WGACA website; telephone conference with Robin Gruber, Lora Moffatt, Ted Max and Dylan Price re settlement terms and strategy. | | |
| | Jill M. Pietrini | .70 hrs. | $ 472.50 |
| 06/02/23 | Emails and conference call with J. Pietrini, D. Price, L. Moffatt and R. Gruber re preparation for call with S. Weisser; discussion re negotiation strategy; prepare brief response to S. Weisser emails and texts. | | |
| | Theodore C. Max | 2.10 hrs. | $ 1,417.50 |
| 06/02/23 | Prepared for and participated in conference call with client re continued settlement discussions. | | |
| | Dylan J. Price | .60 hrs. | $ 390.00 |
| 06/05/23 | Email and follow up with L. Moffatt and R. Gruber re conference call with S. Weisser; email and call following cal between Chanel in-house counsel and S. Weisser. | | |
| | Theodore C. Max | 1.80 hrs. | $ 1,215.00 |
| 06/06/23 | Conference call with R. Gruber re draft Settlement Terms parameters; work on and review and revise draft Settlement Terms parameters and narrative re different points and questions regarding terms and conditions; email to D. Price and J. Pietrini re settlement negotiations. | | |
| | Theodore C. Max | 1.80 hrs. | $ 1,215.00 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    July 19, 2023
Theodore C. Max                                                                                          Invoice 340076810
                                                                                                          Page 3 of 7

## FEE DETAIL

06/06/23      Corresponded with Ted Max re client's recent settlement communications with
              WGACA.

                   Dylan J. Price                      .20 hrs.                    $  130.00

06/08/23      Email and conference call with L. Moffatt and R. Gruber re settlement discussion with
              S. Weisser and follow up re same.

                   Theodore C. Max                     .90 hrs.                    $  607.50

06/12/23      Emails and follow up with L. Moffatt and R. Gruber re negotiations with S. Weisser
              and follow up with L. Moffatt and R. Gruber re S. Weisser discussion.

                   Theodore C. Max                     2.90 hrs.                   $  1,957.50

06/13/23      Work on and review WGACA settlement terms and prepare redline of  proposed
              changes of WGACA settlement; discussion with D. Price re same.

                   Theodore C. Max                     1.90 hrs.                   $  1,282.50

06/14/23      Review correspondence and summary re settlement discussion with Seth Weisser;
              review revised term sheet and comments thereto; participate in calls with Ted Max,
              Robin Gruber, Lora Moffat and Dylan Price re same; review revised term sheet.

                   Jill M. Pietrini                    2.40 hrs.                   $  1,620.00

06/14/23      Work on and review and revise draft proposed Settlement Terms; emails and video
              conference with L. Moffatt and R. Gruber with D. Price and R. Gruber re issues re S.
              Weisser proposals and questions; follow up call regarding terms and conditions; follow
              up re same.

                   Theodore C. Max                     2.20 hrs.                   $  1,485.00

06/14/23      Reviewed latest draft of settlement terms; telephone calls with client to discuss
              revisions to settlement terms.

                   Dylan J. Price                      2.50 hrs.                   $  1,625.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                      July 19, 2023
Theodore C. Max                                                                                       Invoice 340076810
                                                                                                         Page 4 of 7

## FEE DETAIL

| | | | |
|---|---|---|---|
| 06/15/23 | Emails and follow up re WGACA settlement and settlement terms; emails and follow up with L. Moffatt and R. Gruber; follow up re same; emails regarding settlement positions taken by S. Weisser and WGACA. | | |
| | Theodore C. Max | 2.90 hrs. | $ 1,957.50 |
| 06/16/23 | Follow up re drafting of Settlement Terms re WGACA matter; email to R. Gruber and L. Moffatt re same. | | |
| | Theodore C. Max | .90 hrs. | $ 607.50 |
| 06/19/23 | Emails and follow up re settlement negotiations re WGACA mediation; follow up re same. | | |
| | Theodore C. Max | .60 hrs. | $ 405.00 |
| 06/22/23 | Follow up with D. Price re WGACA Response to Chanel's Proposed Findings of Fact and WGACA's Proposed Findings of Fact. | | |
| | Theodore C. Max | .90 hrs. | $ 607.50 |
| 06/26/23 | Email and follow up with L. Moffatt and R. Gruber re settlement negotiations with S. Weisser of WGACA; review Proposed Findings of Fact and Contested Findings of Fact produced by counsel for WGACA. | | |
| | Theodore C. Max | .70 hrs. | $ 472.50 |
| 06/27/23 | Emails and follow up with D. Price re WGACA Proposed Findings of Fact and follow up re same. | | |
| | Theodore C. Max | .90 hrs. | $ 607.50 |
| 06/28/23 | Begin review of WGACA pretrial docs. | | |
| | Dylan J. Price | 1.10 hrs. | $ 715.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                July 19, 2023
Theodore C. Max                                                                                                          Invoice 340076810
                                                                                                                         Page 5 of 7

## FEE DETAIL

06/29/23        Review WGACA Response to Chanel's Proposed Findings of Fact; review WGACA's
                Proposed Findings of Fact; email to D. Price re same and re follow up.

                        Theodore C. Max                          1.10 hrs.                    $ 742.50

06/29/23        Reviewed Court's pretrial scheduling order and prepared checklist of pre-trial
                submissions.

                        Dylan J. Price                           .80 hrs.                     $ 520.00

06/30/23        Read and review WGACA's Statement of Proposed Facts and Response to Chanel's
                Statement of Proposed Facts; conference call with D. Price re conference call re
                WGACA's Statement of Proposed Facts and Response to Chanel's Statement of
                Proposed Facts.

                        Theodore C. Max                          1.90 hrs.                    $ 1,282.50

06/30/23        Outline Chanel's proposed responses to WGACA's disputed facts; prepared for and
                participated in conference call with Ted Max re WGACA's pre-trial submissions.

                        Dylan J. Price                           3.80 hrs.                    $ 2,470.00

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 3.10 | $ 675.00 | $ 2,092.50 |
| Theodore C. Max | 24.30 | $ 675.00 | $ 16,402.50 |
| Dylan J. Price | 9.00 | $ 650.00 | $ 5,850.00 |

**Total Fees for Professional Services**                                        **$ 24,345.00**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 19, 2023
Invoice 340076810
Page 6 of 7

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/23 | E-Discovery Monthly Data Hosting Fees, 184.07 Gigabytes. | 3,681.48 |
| 05/14/23 | Grubhub Holdings Inc. - Inv#SL-2036-101 - sweetgreen- T. Max client meeting for Mediation with WGACA. | 141.34 |
| 06/07/23 | Westlaw research by Price, Dylan, on 6/7/2023. | 1,161.00 |

**Total Disbursements**  **$ 4,983.82**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 19, 2023
Invoice 340076810
Page 7 of 7

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 06/16/23 | 340075414 | 48,503.93 | 39,986.50 | 8,517.43 | 0.00 | 0.00 | 0.00 | $ 48,503.93 |
| | | | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | $ 48,503.93 |
| | | | | | | Interest on Outstanding A/R | | 0.00 |
| | | | | | | Fees and Disbursements Due for this Invoice | | 29,328.82 |
| | | | | | | **Total Due For This Matter** | | **$ 77,832.75** |

**<u>Aug. 2023 Invoice</u>**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

**_Remittance Copy_**
**_Please return this page with your payment._**

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
August 24, 2023
Invoice 340078376

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2023

| | | |
|---|---|---|
| Current Fees | $ 65,751.50 | |
| Current Disbursements | $ 11,415.75 | |
| Total Current Activity | | $ 77,167.25 |
| Total Due for This Invoice | | $ 77,167.25 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                                SMRH Tax ID 95-1463164
Head of Intellectual Property                                        August 24, 2023
Chanel USA, Inc.                                                  Invoice 340078376
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2023

Current Fees                                    $ 65,751.50
Current Disbursements                           $ 11,415.75

Total Current Activity                                        $ 77,167.25

Total Due for This Invoice                                    $ 77,167.25

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:     Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St      Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

FOR PROFESSIONAL SERVICES THROUGH 07/31/23

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 07/06/23 | Email and follow up with D. Price re comments and review of Proposed Findings of Fact and Responses to Chanel, Inc.; follow up re same and re scheduling. | | |
| | Theodore C. Max | 2.40 hrs. | $ 1,620.00 |
| 07/07/23 | Review WGACA's response and objections to Chanel's statement of facts; review WGACA's additional facts; correspondence with Chanel team re same. | | |
| | Jill M. Pietrini | 1.80 hrs. | $ 1,215.00 |
| 07/10/23 | Review latest draft of settlement terms; correspondence with Lora Moffat re same; telephone conference with Ted Max, Dylan Price, and Bridget Russell re defendants' responses and objections to statement of facts. | | |
| | Jill M. Pietrini | 1.40 hrs. | $ 945.00 |
| 07/10/23 | Email and conference call with D. Price re WGACA's Proposed Findings of Fact and Chanel, Inc.'s Proposed Findings of Fact. | | |
| | Theodore C. Max | 3.10 hrs. | $ 2,092.50 |
| 07/10/23 | Telephone call with Chanel team to discuss pre-trial order and tasks. | | |
| | Dylan J. Price | .80 hrs. | $ 520.00 |
| 07/10/23 | Review and analyze rebuttal submissions from WGACA and strategize with team re response to same. | | |
| | Bridget J. Russell | 4.20 hrs. | $ 2,702.70 |
| 07/11/23 | Follow-up call with D. Price re WGACA Responses to Chanel's Proposed Findings of Fact and WGACA's Proposed Findings of Fact. | | |
| | Theodore C. Max | .90 hrs. | $ 607.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          August 24, 2023
Theodore C. Max                                                                                                           Invoice 340078376
                                                                                                                         Page 3 of 7

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 07/12/23 | Review WGACA's Proposed Findings of Fact. | | |
| | Theodore C. Max | 1.30 hrs. | $ 877.50 |
| 07/14/23 | Reviewed evidence and testimony; Worked on Chanel's pre-trial filings. | | |
| | Dylan J. Price | 2.80 hrs. | $ 1,820.00 |
| 07/17/23 | Follow up and review WGACA proposed findings of fact and issues; email to B. Russell re same. | | |
| | Theodore C. Max | .80 hrs. | $ 540.00 |
| 07/17/23 | Worked on Chanel's pre-trial submissions. | | |
| | Dylan J. Price | 3.20 hrs. | $ 2,080.00 |
| 07/17/23 | Draft response to WGACA's statement of facts. | | |
| | Bridget J. Russell | 5.20 hrs. | $ 3,346.20 |
| 07/18/23 | Follow up with B. Russell re Response to WGACA Proposed Findings of Fact; review and revise same. | | |
| | Theodore C. Max | 2.70 hrs. | $ 1,822.50 |
| 07/18/23 | Continue drafting response to WGACA's statement of facts and email T. Max re same. | | |
| | Bridget J. Russell | 7.20 hrs. | $ 4,633.20 |
| 07/19/23 | Review WGACA Proposed Findings of Fact; review WGACA's Response to Chanel's Proposed Findings of Fact. | | |
| | Theodore C. Max | 2.80 hrs. | $ 1,890.00 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.       August 24, 2023
Theodore C. Max                                                                                Invoice 340078376
                                                                                               Page 4 of 7

## FEE DETAIL

| | | | |
|---|---|---|---|
| 07/19/23 | Identified possible MIL topics, witnesses and trial exhibits; Worked on Chanel's pre-trial submissions. | | |
| | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |
| 07/19/23 | Conferred with T. Max and D. Price on pretrial action items and strategy. | | |
| | Tyler E. Baker | .80 hrs. | $ 500.00 |
| 07/20/23 | Review WGACA Response to Chanel's Proposed Findings of Fact and Chanel Response to WGACA's Proposed Findings of Fact; meet with B. Russell and D. Price re same. | | |
| | Theodore C. Max | 5.20 hrs. | $ 3,510.00 |
| 07/20/23 | Worked on Chanel's evidence in support of disputed facts; Meeting with Ted Max and Bridget Russell to discuss Chanel's responses to WGACA's statement of additional facts and Chanel's proposed reply facts. | | |
| | Dylan J. Price | 3.80 hrs. | $ 2,470.00 |
| 07/20/23 | Strategize re proposed response to WGACA's facts and draft reply facts. | | |
| | Bridget J. Russell | 5.60 hrs. | $ 3,603.60 |
| 07/23/23 | Worked on Chanel's pre-trial submissions, reviewing proposed Response to WGACA Findings of Fact. | | |
| | Dylan J. Price | 6.60 hrs. | $ 4,290.00 |
| 07/24/23 | Follow up with L. Moffatt re settlement negotiations with S. Weisser; work with D. Price re Response to WGACA's Responses to Chanel's Proposed Findings of Fact. | | |
| | Theodore C. Max | 1.70 hrs. | $ 1,147.50 |
| 07/24/23 | Worked on Chanel's Response to WGACA's disputed issues of fact. | | |
| | Dylan J. Price | 6.80 hrs. | $ 4,420.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    August 24, 2023
Theodore C. Max                                                                                             Invoice 340078376
                                                                                                           Page 5 of 7

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 07/25/23 | Work on and review and revise draft annotation of Chanel's Proposed Findings of Fact. | | |
| | Theodore C. Max | 1.40 hrs. | $ 945.00 |
| 07/26/23 | Emails and calls with D. Price and B. Russell re Chanel's Responses to WGACA's Proposed Findings of Fact; work on and review and revise draft Responses to WGACA's Objections to Chanel's Proposed Findings of Fact; emails to B. Russell re same. | | |
| | Theodore C. Max | 7.10 hrs. | $ 4,792.50 |
| 07/26/23 | Reviewed and revised Chanel's response to WGACA's proposed statement of ultimate facts and proposed reply facts; Reviewed and revised Chanel's evidence in support of its proposed ultimate facts; Reviewed exhibits, declaration and deposition testimony for inclusion in Chanel's pre-trial submissions. | | |
| | Dylan J. Price | 7.80 hrs. | $ 5,070.00 |
| 07/26/23 | Revise response to WGACA facts and draft reply facts; finalize and serve. | | |
| | Bridget J. Russell | 8.20 hrs. | $ 5,276.70 |
| 07/28/23 | Emails and follow up with D. Price re next steps in trial preparation; email to L. Moffatt re communication from S. Weisser. | | |
| | Theodore C. Max | .60 hrs. | $ 405.00 |
| 07/31/23 | Follow up with L. Moffatt and R. Gruber re correspondence with S. Weisser re settlement; email and follow up re preparation of pre-trial materials. | | |
| | Theodore C. Max | 1.90 hrs. | $ 1,282.50 |
| 07/31/23 | ███████████████████████████ | | |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 24, 2023
Invoice 340078376
Page 6 of 7

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 3.20 | $ 675.00 | $ 2,160.00 |
| Theodore C. Max | 31.90 | $ 675.00 | $ 21,532.50 |
| Dylan J. Price | 33.60 | $ 650.00 | $ 21,840.00 |
| ██████████ | ██ | ██████ | ███████ |
| Bridget J. Russell | 30.40 | $ 643.50 | $ 19,562.40 |
| Tyler E. Baker | .80 | $ 625.00 | $ 500.00 |

**Total Fees for Professional Services**          $ 65,751.50

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/23 | E-Discovery Monthly Data Hosting Fees, 184.07 Gigabytes. | 3,681.48 |
| 09/30/21 | National Economic Research - Inv#US52353P001 - For professional services for the period June 1, 2021 - June 30, 2021 in connection with survey rebuttal | 7,670.00 |
| 07/31/23 | Federal Express on 07/31/23 | 64.27 |

**Total Disbursements**          $ 11,415.75

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 24, 2023
Invoice 340078376
Page 7 of 7

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 07/19/23 | 340076810 | 29,328.82 | 24,345.00 | 4,983.82 | 0.00 | 0.00 | 0.00 | $ 29,328.82 |
| | | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | $ 29,328.82 |
| | | | | | Interest on Outstanding A/R | | | 0.00 |
| | | | | | Fees and Disbursements Due for this Invoice | | | 77,167.25 |
| | | | | | **Total Due For This Matter** | | | **$ 106,496.07** |

# Sept. 2023 Invoice

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*<u>Remittance Copy</u>*
*Please return this page with your payment.*

Lora Moffatt, Esq.                                            SMRH Tax ID 95-1463164
Head of Intellectual Property                                      September 21, 2023
Chanel USA, Inc.                                               Invoice 340079547
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

<u>**INVOICE SUMMARY**</u>

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2023

Current Fees                                 $ 287,214.90
Current Disbursements                         $ 9,468.10

Total Current Activity                                      $ 296,683.00

Total Due for This Invoice                                  $ 296,683.00

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>**Electronic Payments**</u> | <u>**Payment by Check**</u> | <u>**Overnight Mail Delivery**</u> |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>    Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St    Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
September 21, 2023
Invoice 340079547

Our Matter No.    18WZ-264490
                  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2023

| | |
|---|---|
| Current Fees | $ 287,214.90 |
| Current Disbursements | $ 9,468.10 |

| | |
|---|---|
| Total Current Activity | $ 296,683.00 |
| Total Due for This Invoice | $ 296,683.00 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:      Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St       Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 2 of 28

FOR PROFESSIONAL SERVICES THROUGH 08/31/23

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 08/01/23 | Conference call with L. Moffatt, R. Gruber, D. Price and J. Pietrinni re emails between S. Weisser and L. Moffatt re settlement negotiations; work on follow up on emails re same. | | |
| | Theodore C. Max | .70 hrs. | $ 472.50 |
| 08/01/23 | Call with client to discuss status of direct settlement discussions; Prepared draft email to counsel for WGACA re settlement; Worked on pre-trial task list; Reviewed WGACA's list of motions in limine and conferred with Ted Max re the same. | | |
| | Dylan J. Price | 2.60 hrs. | $ 1,690.00 |
| 08/01/23 | Reviewed Court Orders and Individual Rules concerning pretrial submissions. | | |
| | Tyler E. Baker | .20 hrs. | $ 125.00 |
| 08/01/23 | Reviewed/analyzed and organized pre-trial exhibits. | | |
| | Hyo Jin Paik | 1.30 hrs. | $ 383.50 |
| 08/02/23 | Review correspondence with S. Weisser re settlement terms; correspondence with Lora Moffat re same; correspondence with opposing counsel re cessation of settlement discussions; review chart of action items for case; telephone conference with Chanel team re same and pre-trial work. | | |
| | Jill M. Pietrini | 2.10 hrs. | $ 1,417.50 |
| 08/02/23 | Follow up with D. Price re assignments for pretrial filings; discussion re Proposed Findings of Fact and Jury Instructions. | | |
| | Theodore C. Max | .70 hrs. | $ 472.50 |
| 08/02/23 | Worked on pre-trial task list in anticipation of team call; call with Ted Max re pre-trial tasks. | | |
| | Dylan J. Price | 1.10 hrs. | $ 715.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.            September 21, 2023
Theodore C. Max                                                                                   Invoice 340079547

## FEE DETAIL

08/02/23    ████████████████████████████████████████
            ████████████████████████████

            ██████████         ██████████        ██████████

08/02/23    Conferred with litigation team on pretrial submissions issues and planning.  Reviewed
            past Southern District case filings in connection with same.

            Tyler E. Baker                    1.90 hrs.              $  1,187.50

08/02/23    Conferred with T. Max, J. Pietrini, D. Price, P. Bost, T. Baker and B. Russell re: action
            items for pre-trial preparations; conferred with K. Bunker re: pre-trial preparations;
            communicated with A. Jones and R. Hertz re: pre-trial exhibits; reviewed/organized
            and compiled pre-trial exhibits.

            Hyo Jin Paik                      4.90 hrs.              $  1,445.50

08/02/23    Conferred with H.J. Paik regarding pre-trial material preparation; reviewed and
            analyzed local rules and court's standing order regarding pre-trial materials to assess
            rules governing pre-trial exhibit lists; reviewed and analyzed dockets of prior cases
            before Judge Stanton to identify prior pre-trial submissions; compiled exemplar
            materials; reviewed and analyzed complaint to assess background information in
            preparation for assistance with pre-trial work.

            Khirin A. Bunker                  1.60 hrs.              $  1,029.60

08/03/23    Follow up with D. Price re various projects and next steps; review Proposed Chanel
            Jury Instructions.

            Theodore C. Max                   1.20 hrs.              $  810.00

08/03/23    Conferred and strategized with K. Bunker, A. Jones and R. Hertz re: pre-trial exhibit
            preparations; reviewed and organized potential pre-trial exhibit documents.

            Hyo Jin Paik                      1.40 hrs.              $  413.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 4 of 28

## FEE DETAIL

08/03/23      Conference call with Chanel team re pretrial preparation/exhibit list; prepare for same.

      Monica E. Danner                    .30 hrs.                $ 108.00

08/03/23      ██████████████████████████████████████████████
              ██████████████████████████████████████████
              ████████████        ████████        ████████

08/03/23      Conference re compilation of Chanel trial exhibit list; begin preparation of same.

      Adelle L. Jones                    2.30 hrs.                $ 828.00

08/03/23       Reviewed and analyzed summary judgment briefing to assess background information in preparation for assistance with pre-trial work; met with paralegal team to provide additional instructions regarding pre-trial exhibit lists and develop go-forward strategy.

      Khirin A. Bunker                    .80 hrs.                $ 514.80

08/04/23      Work on and review and revise draft Mediation Statement; revised draft email re discovery requests from The RealReal, Inc.; conference call with T. Baker and H.J. Paik re same.

      Theodore C. Max                    3.70 hrs.                $ 2,497.50

08/04/23      Confer with Chanel team re: motion in limine subjects.

      Paul A. Bost                    .10 hrs.                $ 78.30

08/04/23      Reviewed/revised pre-trial exhibit set list; conferred with R. Hertz re: the same.

      Hyo Jin Paik                    .60 hrs.                $ 177.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 5 of 28

## FEE DETAIL



| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 08/04/23 | Continued compilation of Chanel trial exhibit list. | Adelle L. Jones | 6.50 hrs. | $ 2,340.00 |
| 08/04/23 | Reviewed and analyzed draft pre-trial Chanel exhibit list. | Khirin A. Bunker | .20 hrs. | $ 128.70 |
| 08/06/23 | Work on and researched Chanel's MILs. | Dylan J. Price | 3.20 hrs. | $ 2,080.00 |
| 08/07/23 | Corresponded with team re WGACA's proposed MIL's; Worked on Chanel's Trial Brief. | Dylan J. Price | 3.20 hrs. | $ 2,080.00 |
| 08/07/23 | Outlined arguments for Motions in Limine. | Tyler E. Baker | .90 hrs. | $ 562.50 |
| 08/07/23 | Reviewed updated exhibit list and conferred with K. Bunker, R. Hertz and A. Jones re: the same. | Hyo Jin Paik | .50 hrs. | $ 147.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 6 of 28

## FEE DETAIL



08/07/23     Continued compilation of Chanel trial exhibit list; conference re status of project.

      Adelle L. Jones           2.50 hrs.         $ 900.00

08/07/23     Reviewed draft exhibit list entries and conferred with litigation team regarding additional potential exhibits.

      Khirin A. Bunker          .30 hrs.         $ 193.05

08/08/23     Email and follow up with D. Price re Motions In Limine and response to meet and confer from D. DeCarlo; prepare response to DeCarlo email and meet and confer re same; review and markup draft Proposed Findings of Fact.

      Theodore C. Max         3.40 hrs.       $ 2,295.00

08/08/23     Worked on Chanel's trial brief; Call to discuss Motions in Limine and meet and confer with counsel for WGACA.

      Dylan J. Price           2.80 hrs.       $ 1,820.00

08/08/23

08/08/23     Conferred with P. Bost regarding strategy and legal and fact issues relating to Motions in Limine. Conferred with J. Salem regarding legal research and arguments for Motions in Limine. Reviewed documents in connection with Motions in Limine and performed fact research relating to same.

      Tyler E. Baker           2.90 hrs.       $ 1,812.50

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 08/08/23 | Discussed Motion in Limine research with T. Baker; discussion re evidence of confusion. | | |
| | James M. Salem | .30 hrs. | $ 121.50 |
| 08/08/23 | Reviewed updated Chanel exhibit list and conferred with R. Hertz re: assembling the same. | | |
| | Hyo Jin Paik | 1.20 hrs. | $ 354.00 |
| 08/08/23 | Assist with preparation of Chanel trial exhibit index. | | |
| | Monica E. Danner | 4.50 hrs. | $ 1,620.00 |
| 08/08/23 | ██████████████████████████████████ | | |
| | ████████ | ████ | ████ |
| 08/08/23 | Reviewed Plaintiff Chanel, Inc.'s Proposed Findings Of Ultimate Fact With Evidentiary Support, identified evidentiary documents and created list for Proposed Trial Exhibits. | | |
| | Adelle L. Jones | 9.30 hrs. | $ 3,348.00 |
| 08/08/23 | Reviewed and revised draft Chanel exhibit list. | | |
| | Khirin A. Bunker | .20 hrs. | $ 128.70 |
| 08/09/23 | Emails and follow up with D. Price re draft email re meet and confer re WGACA Motions In Limine and response to D. DeCalo email; emails and follow up re revisions and follow up re Chanel Motions In Limine. | | |
| | Theodore C. Max | 2.90 hrs. | $ 1,957.50 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          September 21, 2023
Theodore C. Max                                                                                  Invoice 340079547
                                                                                                Page 8 of 28

## **FEE DETAIL**

08/09/23        Reviewed docket and pleadings in Diageo trademark action before Judge Stanton;
                corresponded with Tyler Baker re MILs; worked on trial brief.

                Dylan J. Price                    1.80 hrs.                 $  1,170.00

08/09/23        ██████████████████████████████████████████████

                ██████████           ██████████              ██████████

08/09/23        Performed legal research in connection with Motions in Limine.  Drafted arguments for
                Motions in Limine.  Reviewed documents and performed fact research relating to
                same.

                Tyler E. Baker                    5.60 hrs.                 $  3,500.00

08/09/23        Reviewed/organized preliminary set of pre-trial exhibits and conferred with R. Hertz
                re: the same; assisted with research for Motions in Limine.

                Hyo Jin Paik                      2.00 hrs.                 $  590.00

08/09/23        Continue preparation of trial exhibit index; phone conferences with Bob Hertz and
                Adelle Jones.

                Monica E. Danner                  10.10 hrs.                $  3,636.00

08/09/23        ████████████████████████████████████████████████████
                ████████████████████

                ██████████           ██████████              ██████████

08/09/23        Reviewed and revised Chanel's Initial Proposed Exhibit List.

                Adelle L. Jones                   3.90 hrs.                 $  1,404.00

08/10/23        Revise chart of Motions in Limine; review list of witnesses; confer with Ted Max,
                Dylan Price, and Bridget Russell re same; confer with Monica Danner re exhibits.

                Jill M. Pietrini                  1.40 hrs.                 $  945.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 9 of 28

## **FEE DETAIL**

08/10/23    Corresponded with Jill Pietrini re pre-trial schedule and Motions in Limine; reviewed and revised meet and confer email to counsel for WGACA to identify grounds for Chanel's Motions in Limine; worked on trial brief.

Dylan J. Price                    1.80 hrs.              $ 1,170.00

08/10/23    ███████████████████████████████████

███████        ███████        ███████

08/10/23    Performed legal research in connection with Motions in Limine.  Drafted arguments for Motions in Limine.  Reviewed documents and performed fact research relating to same.

Tyler E. Baker                    3.10 hrs.              $ 1,937.50

08/10/23    Reviewed and revised and compiled Chanel's pre-trial exhibit list and conferred with K. Bunker re: the same.

Hyo Jin Paik                      7.10 hrs.              $ 2,094.50

08/10/23    Continue preparation of trial exhibit list; proofread and revise first draft, purge duplicates and potential duplicates; emails and phone calls with Robert Hertz and Adelle Jones.

Monica E. Danner                  9.80 hrs.              $ 3,528.00

08/10/23    █████████████████████████████████████
███

███████        ███████        ███████

08/10/23    Reviewed and revised Chanel's Initial Proposed Exhibit List.

Adelle L. Jones                   3.50 hrs.              $ 1,260.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 10 of 28

## FEE DETAIL

08/10/23    Reviewed and revised hundreds of draft exhibit list entries and descriptions; analyzed draft exhibit list to identify missing exhibits; coordinated with litigation support team regarding revisions to same and additional tasks.

        Khirin A. Bunker                 3.90 hrs.                $ 2,509.65

08/11/23    Work on and review Proposed Findings of Fact; emails and follow up re meet and confer with WGACA re Motions In Limine; follow up re same and assignment of Chanel Motions In Limine.

        Theodore C. Max                 1.70 hrs.                $ 1,147.50

08/11/23    Reviewed draft exhibit list; worked on draft trial brief.

        Dylan J. Price                 1.10 hrs.                $ 715.00

08/11/23    ████████████████████████████████

        ████████          ██████          ██████

08/11/23    Performed legal research in connection with Motions in Limine.  Drafted arguments for Motions in Limine.  Reviewed documents and performed fact research relating to same.

        Tyler E. Baker                 3.40 hrs.                $ 2,125.00

08/11/23    Reviewed/revised and compiled Chanel's pre-trial exhibit list and conferred with K. Bunker re: the same.

        Hyo Jin Paik                 5.20 hrs.                $ 1,534.00

08/11/23    ████████████████████████████████
        ██████████████████████████████████
        ██████████████████████████████████
        ██████████████████████████████████
        ██████████████████████████████████

        ██████          ██████          ██████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 11 of 28

## **FEE DETAIL**

08/11/23    Additional entries on Chanel's Proposed Pre-Trial Exhibits spreadsheet re Opposition to Motion for Partial Summary Judgment and reply.

        Adelle L. Jones                     1.50 hrs.                $ 540.00

08/11/23    Reviewed and revised over 500 entries on draft exhibit list; analyzed duplicate entries and drafted recommendations re removal.

        Khirin A. Bunker                    5.20 hrs.                $ 3,346.20

08/14/23    Revise Motions in Limine chart re Motions in Limine that WGACA will file; correspondence with opposing counsel re Motions in Limine and witnesses.

        Jill M. Pietrini                    .90 hrs.                 $ 607.50

08/14/23    Work on and prepare email to D. DeCarlo re meet and confer re Motions In Limine; email to J. Pietrini re same; discussion re MILs and assignment re same; emails to T. Baker and J. Salem re confusion research.

        Theodore C. Max                     2.20 hrs.                $ 1,485.00

08/14/23    Worked on amd review and revise trial brief.

        Dylan J. Price                     3.30 hrs.                $ 2,145.00

08/14/23    ██████████████████████████████████████████

        ██████████        ████████        ████████

08/14/23    Continued work on Motions in Limine.  Reviewed research and case law from J. Salem in connection with same.

        Tyler E. Baker                     .60 hrs.                 $ 375.00

08/14/23    Review and revise exhibit list.  Review expert statement samples and strategize re form.  Email re MIL status.

        Bridget J. Russell                 5.90 hrs.                $ 3,796.65

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          September 21, 2023
Theodore C. Max                                                                                  Invoice 340079547
                                                                                                 Page 12 of 28

## **FEE DETAIL**

08/14/23    Conducted initial research in support of Motions in Limine. Drafted analysis of the
            same for review.

      James M. Salem                      3.60 hrs.                    $ 1,458.00

08/14/23    Reviewed and revised Chanel's pre-trial exhibit list.

      Hyo Jin Paik                         .30 hrs.                     $ 88.50

08/14/23    Status review of 8/25/23 pretrial deadline, emails with Jill Pietrini and Paul Bost re
            same.

      Monica E. Danner                     .20 hrs.                     $ 72.00

08/15/23    Revise Motion in Limine to Exclude Evidence of Farfetch; revise Motion in Limine to
            Exclude Evidence of Spousal Relationship; revise Motion in Limine chart;
            correspondence with Chanel team re same; correspondence with financial expert and
            survey expert re trial date; review Chanel's Proposed Findings of Ultimate Fact; review
            Chanel's Responses to WGACA's Proposed Findings of Ultimate Fact.

      Jill M. Pietrini                    3.90 hrs.                    $ 2,632.50

08/15/23    Worked on Chanel trial brief and performed research in support of the same.

      Dylan J. Price                      4.90 hrs.                    $ 3,185.00

08/15/23    ████████████████████████████████████████
            ██████████████████████

      ███████████              █████████                ███████████

08/16/23    Telephone conference with Bridget Russell re declarations of survey and financial
            experts for pre-trial work; correspondence with opposing counsel re Motions in Limine
            and trial witnesses.

      Jill M. Pietrini                     .50 hrs.                    $ 337.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 13 of 28

## FEE DETAIL

08/16/23      Worked on Chanel's draft trial brief and jury instructions.

              Dylan J. Price                    3.40 hrs.              $ 2,210.00

08/16/23      Draft expert statements and call and email J. Pietrini re same.

              Bridget J. Russell                5.80 hrs.              $ 3,732.30

08/16/23      Conducted additional research in support of motions in limine. Drafted analysis for
              review.

              James M. Salem                    3.50 hrs.              $ 1,417.50

08/17/23      Reviewed research re Second Circuit counterfeiting law; worked on Chanel's trial brief
              and pre-trial documents.

              Dylan J. Price                    5.60 hrs.              $ 3,640.00

08/17/23      Reviewed and revised Chanel's pre-trial exhibit list.

              Hyo Jin Paik                      .60 hrs.               $ 177.00

08/18/23      Worked on Chanel's trial brief and pre-trial filings.

              Dylan J. Price                    3.80 hrs.              $ 2,470.00

08/18/23      ███████████████████████

08/19/23      Continued work on Motions in Limine.

              Tyler E. Baker                    .60 hrs.               $ 375.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 14 of 28

## FEE DETAIL

| | | | |
|---|---|---|---|
| 08/20/23 | Worked on Chanel's trial brief and pre-trial submissions. | | |
| | Dylan J. Price | 6.30 hrs. | $ 4,095.00 |
| 08/20/23 | Continued work on Motions in Limine.  Performed legal research in connection with same. | | |
| | Tyler E. Baker | 2.20 hrs. | $ 1,375.00 |
| 08/21/23 | Work on and review and revise draft Proposed Chanel Jury Instructions. | | |
| | Theodore C. Max | 3.90 hrs. | $ 2,632.50 |
| 08/21/23 | Worked on Chanel's pre-trial-brief and pre-trial submissions. | | |
| | Dylan J. Price | 9.60 hrs. | $ 6,240.00 |
| 08/21/23 | ███████████████████████████████████ | | |
| 08/21/23 | Conferred with P. Bost on Motions in Limine drafting and arguments.  Reviewed legal research from J. Salem.  Continued work on Motions in Limine.  Performed legal research in connection with same. | | |
| | Tyler E. Baker | 2.40 hrs. | $ 1,500.00 |
| 08/22/23 | Work on and review and revise draft Chanel Proposed Jury Instructions; emails and follow up re draft Chanel Motions in Limine; follow up and work on draft jury voir dire; email to D. DeCarlo re meet and confer regarding Motions In Limine. | | |
| | Theodore C. Max | 4.90 hrs. | $ 3,307.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.              September 21, 2023
Theodore C. Max                                                                                     Invoice 340079547
                                                                                                    Page 15 of 28

## FEE DETAIL

08/22/23    Reviewed and revised trial brief; worked on Joint Pre-Trial Order; call with Tyler Baker re Motions in Limine; reviewed and responded to email from Paul Bost re Motions in Limine issues; telephone call with Hyo Jin Paik re trial exhibit list issues; reviewed and revised Chanel's trial exhibit list.

            Dylan J. Price                          8.80 hrs.                    $ 5,720.00

08/22/23    ███████████████████████████████████████████████████
            ████████████████████████████████

            ██████████              ████████              ████████

08/22/23    Conferred with J. Salem on Motions in Limine work.  Revised draft motions and drafted new motions.  Performed legal research in connection with same.  Conferred with D. Price on pretrial submissions and strategy.  Conferred with P. Bost on Motions in Limine.  Performed fact research and reviewed docket entries in connection with Motions in Limine.   Conferred with T. Max and D. Price on motions.

            Tyler E. Baker                          4.60 hrs.                    $ 2,875.00

08/22/23    Continue analysis and revision of exhibit list and expert declarations re trial declarations.

            Bridget J. Russell                      2.80 hrs.                    $ 1,801.80

08/22/23    Drafted Motions in Limine No. 5 pertaining to evidence and argument not produced pursuant to Court's discovery order.

            James M. Salem                          3.10 hrs.                    $ 1,255.50

08/22/23    Reviewed/analyzed documents and assisted with drafting of Motions in Limine; reviewed/analyzed exhibits and updated preliminary pre-trial exhibit list.

            Hyo Jin Paik                            4.20 hrs.                    $ 1,239.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 16 of 28

## FEE DETAIL



08/22/23

08/23/23    Telephone conference with Dylan Price re expert reports as trial exhibits; revise Trial
Statement of David Franklyn; revise Trial Statement of Andy Safir; confer with
Bridget Russell re same; review Chanel cake used by WGACA; correspondence with
Lora Moffatt, Ted Max, and Robin Gruber re same.

Jill M. Pietrini                     1.50 hrs.              $ 1,012.50

08/23/23    Work on and review and revise draft Jury Instructions; email and follow up with D.
Price re same; email to J. Petrina re scheduling and discovery; conference calls with D.
Price; email to D. Price re hashtag cases.

Theodore C. Max                    5.90 hrs.              $ 3,982.50

08/23/23    Reviewed and revised exhibit list; worked on Chanel's Voir Dire Questions and
Witness List; call with Ted Max to discuss jury instructions; corresponded with team re
Motions in Limine; reviewed and revised jury instructions.

Dylan J. Price                      9.40 hrs.              $ 6,110.00

08/23/23

08/23/23    Continued work on pretrial submissions.  Conferred with J. Salem and P. Bost in
connection with same.  Revised draft motions.  Reviewed documents and docket
entries in connection with same.  Conferred with H. Paik and J. Salem on sealing issues
and WGACA production items.  Emailed with D. Price and T. Max regarding Motions
in Limine drafts.  Reviewed summary judgment decision and other court rulings.

Tyler E. Baker                      5.10 hrs.              $ 3,187.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 17 of 28

## **FEE DETAIL**

08/23/23    Review and revise exhibit list.  Finalize expert declaration drafts and email re same.
Revise expert declaration drafts and email same re same.

Bridget J. Russell                    5.20 hrs.                    $  3,346.20

08/23/23    Reviewed source information timeline from H.J. Paik. Communicated with T. Baker
regarding the same. Drafted new version of Motions in Limine Number 5 combining in
Motions in Limine Number 6, pertaining specifically to source information.
Communicated with H.J. Paik regarding productions and incorporated information into
new draft of Motions in Limine.

James M. Salem                    2.50 hrs.                    $  1,012.50

08/23/23    Assisted with pre-trial preparations, including revising exhibit list and Motions in
Limine.

Hyo Jin Paik                    7.80 hrs.                    $  2,301.00

08/23/23    ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

████████        ████████        ████████

08/23/23    ████████████████████████████████████████
████
████████        ████████        ████████

08/23/23    Assisted with identification and collection of additional trial exhibits; downloaded
trademark registration certificates from USPTO.

Adelle L. Jones                    1.50 hrs.                    $  540.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 18 of 28

## FEE DETAIL

08/23/23      Reviewed Chanel case file, docket, and correspondences to assess exhibits for exhibit list; compiled exhibits for exhibit list; revised draft exhibit list.

      Khirin A. Bunker                    3.20 hrs.                    $ 2,059.20

08/24/23      Work on and review and revise draft Chanel Proposed Jury Instructions; emails and follow up with D. Price re same; review and revise draft Motions In Limine; emails and follow up with T. Baker and P. Bost re same; email to D. DeCarlo re Motions in Limine; review and revise draft Motions In Limine.

      Theodore C. Max                    7.30 hrs.                    $ 4,927.50

08/24/23      Worked on Chanel's proposed jury instructions; corresponded with Bridget Russell re objections to WGACA's proposed trial exhibits; reviewed and revised trial brief; reviewed Chanel's MILs.

      Dylan J. Price                    9.20 hrs.                    $ 5,980.00

08/24/23      ██████████████████████████████████████
██████████████████████████

      ███████            ████████            ████████

08/24/23      Reviewed edits to Motions in Limine and further revised draft motions.  Conferred with T. Max, P. Bost, J. Salem, and H.J. Paik in connection with same.  Drafted new arguments in connection with same.  Conferred with T. Max on argument strategy. Conferred with J. Salem and H.J. Paik on sealing issues and declaration and exhibits. Reviewed and revised draft sealing motion.

      Tyler E. Baker                    7.20 hrs.                    $ 4,500.00

08/24/23      Review WGACA exhibit list and revise Chanel exhibit list. Email with experts re declarations.  Review trial brief.

      Bridget J. Russell                    4.70 hrs.                    $ 3,024.45

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

| | | | |
|---|---|---|---|
| 08/24/23 | Drafted notices of motion for seven Motions in Limine. Reviewed sealing procedure and drafted sealing motion regarding motions in limine. Conducted research regarding presumptions in counterfeit cases in the Second Circuit and drafted analysis for review. | | |
| | James M. Salem | 1.70 hrs. | $ 688.50 |
| 08/24/23 | Assisted with pure-trial preparations, including revising exhibit list and Motions in Limine; organized and compiled exhibits to pre-trial motions. | | |
| | Hyo Jin Paik | 7.90 hrs. | $ 2,330.50 |
| 08/24/23 | Prepare and proof PDFs of trial exhibits; Excel document conversions; insert Bates numbers on trial exhibit index; corrections to trial exhibit index. | | |
| | Monica E. Danner | 9.80 hrs. | $ 3,528.00 |
| 08/24/23 | Captured documents identified on Trial Exhibit List. | | |
| | Adelle L. Jones | 3.50 hrs. | $ 1,260.00 |
| 08/24/23 | Reviewed and revised draft trial brief; analyzed, sheppardized, and revised approximately 150 legal and evidentiary citations. | | |
| | Khirin A. Bunker | 7.10 hrs. | $ 4,568.85 |
| 08/25/23 | Correspondence with opposing counsel re Exhibit List and Motions in Limine; confer with Dylan Price re same. | | |
| | Jill M. Pietrini | .50 hrs. | $ 337.50 |
| 08/25/23 | Work on and review and revise draft Motions In Limine; review and revise Proposed Jury Instructions; work with D. Price re same; emails and follow up with T. Baker re Motions In Limine and status; work on and review and revise draft Pretrial Memorandum of Law; work on and review and revise same; emails with K. Bunker, T. Baker, H.J. Paik re Motions In Limine and research questions and issues. | | |
| | Theodore C. Max | 7.10 hrs. | $ 4,792.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 20 of 28

## FEE DETAIL

08/25/23    Reviewed and revised jury instructions, trial brief, joint pretrial order, voir dire questions, exhibit list, and objections to WGACA exhibits; reviewed WGACA's objection to Chanel's exhibits; corresponded with opposing counsel re pretrial order and sealing issues.

Dylan J. Price                    9.60 hrs.                $ 6,240.00

08/25/23    ███████████████████████████████████████████████
            ████
                        ██████████            ████████            █████████

08/25/23    Emailed with T. Max and D. Price on pretrial submissions.  Conferred with  T. Max, D. Price, H.J. Paik, J. Salem, and P. Bost on pretrial submission action items and related strategy.  Reviewed production documents and docket filings in connection with pretrial submissions.  Revised draft motions in limine and supporting declaration papers.  Conferred with J. Salem and H.J. Paik on revisions to motions and supporting papers and sealing issues.  Reviewed documents in connection with same.  Emailed with opposing counsel on confidentiality issues.  Finalized pretrial submissions and coordinated with H.J. Paik, K. Bunker, J. Salem, and B. Rank in connection with same.

Tyler E. Baker                    7.40 hrs.                $ 4,625.00

08/25/23    Draft objections to WGACA exhibit list. Email and strategize re same.  Finalize three exhibit lists for filing with trial brief and review same.  Coordinate with experts re declarations and finalize same for filing.

Bridget J. Russell                10.80 hrs.               $ 6,949.80

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     September 21, 2023
Theodore C. Max                                                                              Invoice 340079547
                                                                                             Page 21 of 28

## **FEE DETAIL**

08/25/23     Edited Motions in Limine. Finalized Motions in Limine for filing. Edited notices for
             Motions in Limine. Conducted research regarding case cited in Motions in Limine.
             Located additional cites for Motions in Limine. Edited declaration and incorporated
             exhibits into Motions in Limine. Discussed sealing motion with T. Baker and H.J. Paik.
             Reviewed past order on sealing from Judge Stanton. Compared information to be
             publicly filed with information previously publicly disclosed through summary
             judgment. Provided finalized notices of motions, Motions in Limine, declaration and
             exhibits to be filed.

                  James M. Salem                    7.00 hrs.               $ 2,835.00

08/25/23     Assisted with pre-trial preparations, including revising exhibit list, Motions in Limine
             and other pre-trial documents; organized and compiled exhibits to pre-trial documents;
             conferred with T. Max, D. Price, T. Baker, P. Bost, K. Bunker and J. Salem re: pre-trial
             filing action item.

                  Hyo Jin Paik                      9.80 hrs.               $ 2,891.00

08/25/23     Further work on and additions to exhibit list; Motions in Limine proof, exhibits.

                  Monica E. Danner                  5.00 hrs.               $ 1,800.00

08/25/23     ███████████████████████████

             ████████████           ████████         ████████

08/25/23     Assisted with assembling documents for Trial Exhibit List.

                  Adelle L. Jones                   3.70 hrs.               $ 1,332.00

08/25/23     Finalized pre-trial filings for e-filing and e-filed same.

                  Bradley M. Rank                   1.90 hrs.               $  532.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                September 21, 2023
Theodore C. Max                                                                                         Invoice 340079547
                                                                                                        Page 22 of 28

## FEE DETAIL

08/25/23     Reviewed and revised draft trial brief; analyzed, shepparized, and revised legal and evidentiary citations; revised exhibit list and coordinate with litigation team regarding collection of additional exhibits; research, reviewed, and analyzed Second Circuit case law regarding disclaimers in trademark infringement cases to inform potential jury instructions in response to WGACA's arguments; drafted summary of research.

             Khirin A. Bunker                    3.50 hrs.                    $ 2,252.25

08/25/23     Assisted in preparation of pre-trial filings and electronically filed with Southern District of New York Court; conferred with team regarding all.

             Leigh A. Tencza                     4.50 hrs.                    $ 1,458.00

08/28/23     Email and call with D. Price re WGACA Motions in Limine; discussion re scheduling and strategy; review WGACA Motions in Limine.

             Theodore C. Max                     5.70 hrs.                    $ 3,847.50

08/28/23     Updated MIL tracker; corresponded with team with preparation of Chanel's oppositions to WGACA's MILs; performed research in opposition to WGACA's motion to bifurcate; worked on Chanel's opposition to motion to bifurcate; reviewed recent social media posts to include in Chanel's exhibit list.

             Dylan J. Price                      7.10 hrs.                    $ 4,615.00

08/28/23     ███████████████████████████████████████████████████████████
             ██████████████████████████████████████████████████████████
             ████████████████████████████████████

             ████████████               ██████████               ██████████

08/28/23     Reviewed WGACA Motions in Limine and began preliminary research on legal issues.

             Tyler E. Baker                      2.10 hrs.                    $ 1,312.50

08/28/23     Participated in team call regarding motions in limine.

             James M. Salem                      .30 hrs.                    $ 121.50

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 23 of 28

## FEE DETAIL

08/29/23    Telephone conference with Chanel team re Motions in Limine; correspondence with opposing counsel re pre-trial documents and Motions in Limine; correspondence with Chanel re settlement discussions; revise witness list; correspondence with opposing counsel re trial witnesses; review TikTok ad by WGACA correspondence with Chanel team re Chanel cake used by WGACA; confer with Chanel team re TikTok ad.

      Jill M. Pietrini          2.10 hrs.       $ 1,417.50

08/29/23    Emails and conference call re Motions In Limine; conference call with D. Price, J. Pietrini, T. Baker, H.J. Paik, J. Salem and P. Bost; email to T. Baker and J. Salem re Chanel complaints and hearsay issues.

      Theodore C. Max          2.40 hrs.       $ 1,620.00

08/29/23    Prepared for and participated in team call to discuss oppositions to Motions in Limine; worked on Chanel's opposition to WGACA's motion to bifurcate.

      Dylan J. Price          1.80 hrs.       $ 1,170.00

08/29/23    ███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████

      ████████          ████████       ████████

08/29/23    Participated in litigation team call regarding oppositions to WGACA's pretrial motions. Reviewed WGACA motions and drafted outlines of argument points. Reviewed case law and case documents in connection with same. Conferred with J. Salem in connection with same.

      Tyler E. Baker          2.70 hrs.       $ 1,687.50

08/29/23    Review additional advertisements and strategize re same. Review wayback declaration process and email re same. Begin drafting meet and confer email re exhibit list additions and disputes.

      Bridget J. Russell          1.20 hrs.       $ 772.20

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 24 of 28

## FEE DETAIL

08/29/23    Began review of WGACA's motion in limine with regard to actual confusion evidence. Conducted further review of WGACA's motion in limine with regard to the summary judgment decision. Communicated with T. Baker regarding oppositions to the same.

    James M. Salem                 .80 hrs.              $ 324.00

08/29/23    Conferred with T. Max, J. Pietrini, D. Price, P. Bost, T. Baker and J. Salem re: opposition to Motions in Limine; communicated with NY Clerk's Office re: delivery of courtesy copies of pre-trial documents to the Court.

    Hyo Jin Paik                  1.30 hrs.             $ 383.50

08/29/23    ███████████████████████████████████
    ███████████████████████████████████
    ████████████

        ███████        ███████        ███████

08/29/23    Conferred with H.J. Paik and K. Johnson-Hancock re courtesy copies of pre-trial filings.

    Bradley M. Rank                .30 hrs.              $ 84.00

08/30/23    Revise chart of Motions in Limine.

    Jill M. Pietrini               .30 hrs.             $ 202.50

08/30/23    Worked on oppositions to WGACA's MILs.

    Dylan J. Price                 .60 hrs.             $ 390.00

08/30/23    ███████████████████████████████████
    ███████████████████████████████████
    ████████████

        ███████        ███████        ███████0

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 25 of 28

## FEE DETAIL

08/30/23     Conferred with J. Salem on arguments and research for oppositions to WGACA's Motions in Limine.  Reviewed production documents and trial exhibits in connection with same.  Reviewed case law in connection with same and performed additional legal research.  Drafted argument points.  Conferred with H.J. Paik on production questions and pretrial submission issues.

Tyler E. Baker                    3.30 hrs.                    $ 2,062.50

08/30/23     Conducted further analysis of WGACA's motions in limine regarding actual confusion evidence and summary judgment decision in advance of opposition. Discussed opposition to said motions in limine with T. Baker.

James M. Salem                    .90 hrs.                    $ 364.50

08/30/23     Reviewed and analyzed WGACA's Motions in Limine and assisted with preparations for Chanel's opposition thereto.

Hyo Jin Paik                    2.50 hrs.                    $ 737.50

08/30/23     Revised cover letter to Judge Stanton re pre-trial filings.

Bradley M. Rank                    .30 hrs.                    $ 84.00

08/31/23     Worked on Chanel's opposition to WGACA's Motion to Bifurcate.

Dylan J. Price                    3.30 hrs.                    $ 2,145.00

08/31/23     ██████████████████████████████████

                    ███████          ████████          ████████

08/31/23     Conferred with T. Max on legal issues and arguments for oppositions to WGACA's Motions in Limine.  Conferred with J. Salem on arguments and legal authority relating to oppositions to WGACA's Motions in Limine.  Reviewed case law relating to same and drafted argument points.

Tyler E. Baker                    .80 hrs.                    $ 500.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 26 of 28

## FEE DETAIL

08/31/23    Reviewed McCarthy treatise with regard to hearsay objection in the context of actual confusion evidence based on consumer complaints or inquiries. Conducted additional research with regard to WGACA's hearsay motion in limine. Began research with regard to WGACA's motion in limine based on relevance of confusion evidence that's not tied to a consumer purchase.

James M. Salem              2.90 hrs.              $  1,174.50

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 13.20 | $ 675.00 | $ 8,910.00 |
| Theodore C. Max | 53.70 | $ 675.00 | $ 36,247.50 |
| Dylan J. Price | 104.30 | $ 650.00 | $ 67,795.00 |
| ███████ | ███ | ██████ | ████████ |
| Bridget J. Russell | 36.40 | $ 643.50 | $ 23,423.40 |
| Tyler E. Baker | 57.00 | $ 625.00 | $ 35,625.00 |
| Khirin A. Bunker | 26.00 | $ 643.50 | $ 16,731.00 |
| James M. Salem | 26.60 | $ 405.00 | $ 10,773.00 |
| Hyo Jin Paik | 58.60 | $ 295.00 | $ 17,287.00 |
| Monica E. Danner | 39.70 | $ 360.00 | $ 14,292.00 |
| ███████ | ███ | ██████ | ████████ |
| Adelle L. Jones | 38.20 | $ 360.00 | $ 13,752.00 |
| Leigh A. Tencza | 4.50 | $ 324.00 | $ 1,458.00 |
| Bradley M. Rank | 2.50 | $ 280.00 | $ 700.00 |

**Total Fees for Professional Services**              $ 287,214.90

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

September 21, 2023
Invoice 340079547
Page 27 of 28

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 08/31/23 | E-Discovery Monthly Data Hosting Fees,184.07   Gigabytes. | 3,681.48 |
| 08/28/23 | Federal Express on 08/28/23 | 16.05 |
| 08/29/23 | Federal Express on 08/29/23 | 16.37 |
| 08/28/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 8/31/2023 | 29.70 |
| 08/31/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 8/31/2023 | 155.30 |
| 08/16/23 | Lexis research by Price, Dylan on 8/16/2023. | 513.00 |
| 08/31/23 | Lexis research by Price, Dylan on 8/31/2023. | 171.00 |
| 08/09/23 | Westlaw research by Baker, Tyler, on 8/9/2023. | 1,402.20 |
| 08/11/23 | Westlaw research by Baker, Tyler, on 8/11/2023. | 464.40 |
| 08/15/23 | Westlaw research by Price, Dylan on 8/15/2023. | 2,089.80 |
| 08/22/23 | Westlaw research by Baker, Tyler, on 8/22/2023. | 464.40 |
| 08/24/23 | Westlaw research by Baker, Tyler, on 8/24/2023. | 464.40 |

**Total Disbursements**

$  9,468.10

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 21, 2023
Invoice 340079547
Page 28 of 28

## <u>ACCOUNTS RECEIVABLE SUMMARY</u>

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 08/24/23 | 340078376 | 77,167.25 | 65,751.50 | 11,415.75 | 0.00 | 0.00 | 0.00 | $ 77,167.25 |
| | | | | | | | Total Outstanding Fees, Disbursements, Taxes and Other | $ 77,167.25 |
| | | | | | | | Interest on Outstanding A/R | 0.00 |
| | | | | | | | Fees and Disbursements Due for this Invoice | 296,683.00 |
| | | | | | | | **Total Due For This Matter** | **$ 373,850.25** |

# Oct. 2023 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*__Please return this page with your payment.__*

Lora Moffatt, Esq.                                                      SMRH Tax ID 95-1463164
Head of Intellectual Property                                              October 10, 2023
Chanel USA, Inc.                                                        Invoice 340080884
9 W. 57th Street
New York, NY 10019

Our Matter No.    18WZ-264490
                  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2023

| | |
|---|---|
| Current Fees | $ 202,107.60 |
| Current Disbursements | $ 5,249.28 |
| Total Current Activity | $ 207,356.88 |
| Total Due for This Invoice | $ 207,356.88 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:   Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA   ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St   Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                          SMRH Tax ID 95-1463164
Head of Intellectual Property                                     October 10, 2023
Chanel USA, Inc.                                              Invoice 340080884
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2023

Current Fees                              $  202,107.60
Current Disbursements                     $    5,249.28

Total Current Activity                                        $ 207,356.88

Total Due for This Invoice                                    $ 207,356.88

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298     Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 10, 2023
Invoice 340080884
Page 2 of 18

FOR PROFESSIONAL SERVICES THROUGH 09/30/23

## **FEE DETAIL**

09/01/23     Follow up on work re Opposition to WGACA Motions In Limine; follow up with D. Price re same.

Theodore C. Max            3.10 hrs.            $ 2,092.50

09/01/23     Worked on Chanel's Oppositions to WGACA's Motions in Limine.

Dylan J. Price            4.80 hrs.            $ 3,120.00

09/01/23     Reviewed case law in connection with Motions in Limine.  Reviewed arguments and documents in connection with same.  Emailed with J. Salem.  Reviewed exhibit list in connection with pretrial submissions.  Reviewed past discovery filings.

Tyler E. Baker            2.30 hrs.            $ 1,437.50

09/01/23     Continued research regarding WGACA's Motion in Limine to exclude confusion evidence not tied to a consumer purchase. Reviewed and analyzed WGACA's cited authority. Drafted brief analysis for review.

James M. Salem            1.20 hrs.            $ 486.00

09/02/23     Began drafting Opposition to WGACA's Motion in Limine to exclude consumer confusion evidence.

James M. Salem            .30 hrs.            $ 121.50

09/04/23     Worked on Oppositions to Motions in Limine re bifurcation and nominal damages.

Dylan J. Price            5.60 hrs.            $ 3,640.00

09/04/23     █████████████████████████████████████████████
             ███████████████████

                        ████████████          ████████          ████████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 10, 2023
Invoice 340080884
Page 3 of 18

## FEE DETAIL

09/04/23     Continued drafting Opposition to WGACA's Motion in Limine to exclude consumer confusion evidence. Analyzed and distinguished WGACA's authority in support of its hearsay objection to the consumer confusion evidence. Completed draft of portion of Opposition refuting WGACA's hearsay objection.

James M. Salem                    2.20 hrs.                    $ 891.00

09/05/23     Email and follow re Chanel's Motions in Limine Oppositions; read and review same; follow up with D. Price re same.

Theodore C. Max                    4.20 hrs.                    $ 2,835.00

09/05/23     Reviewed and revised Chanel's Opposition to WGACA's motion to bifurcate; worked on Chanel's Opposition to WGACA's motion to preclude Chanel from seeking nominal damages.

Dylan J. Price                    7.80 hrs.                    $ 5,070.00

09/05/23     ██████████████████████████████

██████████          ████████          ████████

09/05/23     Conferred with J. Salem on oppositions to WGACA Motions in Limine.  Reviewed and revised draft oppositions to MILs.  Reviewed case law and case documents in connection with same.

Tyler E. Baker                    2.80 hrs.                    $ 1,750.00

09/05/23     Completed draft of second portion of Opposition to WGACA's Motion in Limine Number 5. Completed draft of opposition and provided to T. Baker for review. Drafted opposition to WGACA's Motion in Limine Number 6, and provided completed draft to T. Baker for review.

James M. Salem                    7.60 hrs.                    $ 3,078.00

09/05/23     Reviewed/analyzed WGACA's Motion in Limine and Chanel's opposition thereto.

Hyo Jin Paik                    .50 hrs.                    $ 147.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    October 10, 2023
Theodore C. Max                                                                                            Invoice 340080884
                                                                                                           Page 4 of 18

## **FEE DETAIL**

09/06/23        Review Defendants' Motion in Limine No. 3 to exclude Professor David Franklyn
                survey; revise opposition thereto; confer with Paul Bost re foregoing; review
                Defendants' Motion in Limine No. 4 to exclude mention of Coco Chanel's rights of
                publicity; revise opposition to Motion in Limine No. 4; confer with Ted Max and Paul
                Bost re same.

                Jill M. Pietrini                        2.70 hrs.                    $ 1,822.50

09/06/23        Work on and review and read WGACA Motions in Limine Nos. 3 and 6; follow up re
                drafting of Chanel Responses to Motions in Limine Nos. 3 and 6; emails to T. Baker
                and J. Salem re evidence of confusion.

                Theodore C. Max                         5.80 hrs.                    $ 3,915.00

09/06/23        Worked on Chanel's Opposition to WGACA's Motion in Limine to Preclude Chanel
                from seeking Nominal Damages; reviewed and revised Chanel's opposition to Motion
                in Limine re Coco Chanel's Rights of Publicity; worked on Chanel's Opposition to
                Motion to Exclude reference to and Evidence Supporting the Court's Summary
                Judgment rulings.

                Dylan J. Price                          7.30 hrs.                    $ 4,745.00

09/06/23        ██████████████████████████████████████████████████████████
                ████████████████████████████████████████████████████
                ██████████████████████████████████████████████████████████
                ██████████████████████████████████████████████
                ██████

                ████████████              ████████           ████████

09/06/23        Conferred with J. Salem on Oppositions to WGACA Motions in Limine.  Reviewed
                and revised draft oppositions to MILs.  Reviewed case law and case documents in
                connection with same.  Conferred with T. Max and D. Price in connection with
                oppositions and declaration.

                Tyler E. Baker                          4.50 hrs.                    $ 2,812.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                October 10, 2023
Theodore C. Max                                                                                        Invoice 340080884
                                                                                                       Page 5 of 18

## FEE DETAIL

09/06/23      Reviewed edits and comments to opposition drafts. Conducted additional research with
              regard to multi-leveled hearsay. Drafted analysis for review. Incorporated edits to
              opposition to WGACA's Motion in Limine Number 6 and provided to T. Max and D.
              Price for review. Discussed hearsay issues with T. Baker. Reviewed deposition
              excerpts of J. Green referenced in Motion in Limine Number 5. Drafted section of
              opposition brief dealing with multi-level hearsay. Provided edited draft to T. Max and
              D. Price for review. Drafted declaration for L. Moffat regarding business records and
              edited draft based on comments.

              James M. Salem                          4.90 hrs.                        $ 1,984.50

09/06/23      Reviewed Chanel's draft Opposition to WGACA's Motions in Limine;
              reviewed/analyzed supporting documents for Chanel's said Opposition and related
              declaration.

              Hyo Jin Paik                            2.40 hrs.                        $ 708.00

09/07/23      Work on draft Declaration for L. Moffatt; work on and review and revise draft
              Oppositions to WGACA's Motions In Limine; conference call with D. Price re analysis
              and preparation of responses.

              Theodore C. Max                         6.10 hrs.                        $ 4,117.50

09/07/23      Reviewed and revised Chanel's Opposition to WGACA's Motion in Limine to preclude
              reference to prior rulings; reviewed and revised Chanel's Opposition to WGACA's
              Motion to Bifurcate based on comments from Mr. Max; reviewed and revised Chanel's
              Opposition to WGACA's Motion to Exclude Evidence of Actual Confusion; reviewed
              and revised custodian of records declaration; worked on omnibus Declaration in
              Support of Oppositions to WGACA's Motions in Limine.

              Dylan J. Price                          9.40 hrs.                        $ 6,110.00

09/07/23      ██████████████████████████████████████████████████████████
              █████████████████████████████████████████████████████████
              ██████████

                            ████████████            ████████████            ████████████

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                October 10, 2023
Theodore C. Max                                                                              Invoice 340080884
                                                                                            Page 6 of 18

## **FEE DETAIL**

09/07/23     Performed legal research on FRE 803 issues and drafted research summary for T. Max.
             Reviewed and revised draft declaration in support of Opposition to WGACA Motion in
             Limine and emailed with T. Max regarding same.  Conferred with T. Max on litigation
             strategy.  Revised draft oppositions to WGACA Motions in Limine.

             Tyler E. Baker                  3.40 hrs.                    $ 2,125.00

09/07/23     Conducted additional research regarding consideration of disgorgement of profits as a
             legal rather than equitable remedy. Drafted analysis for review. Created exhibits to the
             declaration of L. Moffat. Began review of updated draft of opposition to WGACA's
             Motion in Limine Number 5.

             James M. Salem                  2.90 hrs.                    $ 1,174.50

09/07/23     Reviewed/revised L. Moffatt Declaration to Chanel's Opposition to WGACA's Motion
             in Limine; reviewed/analyzed documents supporting actual confusion.

             Hyo Jin Paik                    .70 hrs.                     $ 206.50

09/08/23     Work on and review and revise Chanel opposition papers to WGACA's Motions In
             Limine; follow up with D. Price, T. Baker and P. Bost re same; work on and review
             and revise draft L. Moffatt Declaration; email and follow up with L. Moffatt re same.

             Theodore C. Max                 7.40 hrs.                    $ 4,995.00

09/08/23     Worked on and finalized Chanel's oppositions to WGACA's Motions in Limine Nos. 1-
             6; reviewed and revised Motion to File under Seal; worked on supporting declarations;
             worked on exhibits; supervised filing.

             Dylan J. Price                  8.30 hrs.                    $ 5,395.00

09/08/23     ██████████████████████████████████████████████████
             ███████████████████████████████████████████
             ████████████████████████████████████

                     ████████████        ███████████        ██████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          October 10, 2023
Theodore C. Max                                                                                   Invoice 340080884
                                                                                                  Page 7 of 18

## FEE DETAIL

09/08/23      Completed review of updated draft of Opposition to WGACA's Motion in Limine
              Number 5. Created exhibit of J. Green testimony excerpts cited in opposition.
              Conducted additional research in support of opposition. Drafted analysis for review
              and incorporated additional research into the draft. Coordinated addition of tables to
              draft and finalized draft for filing.

              James M. Salem                     3.30 hrs.                  $ 1,336.50

09/08/23      Assisted with preparations for filing Chanel's Oppositions to WGACA's Motions in
              Limine.

              Hyo Jin Paik                       1.90 hrs.                  $ 560.50

09/11/23      Telephone conference with Chanel team of SMRH re Reply Briefs for Motions in
              Limine.

              Jill M. Pietrini                    .50 hrs.                  $ 337.50

09/11/23      Emails and follow up with D. Price re follow up and preparation of Reply Briefs to
              Chanel Motions in Limine; read and review WGACA's Responses to Chanel Motions
              in Limine; email to J. Salem re S. Weisser Declaration and issues re same; follow up
              with D. Price re Reply Briefs to Chanel Motions in Limine; conference call re same
              with D. Price, T. Baker, H.J. Paik, P. Bost and J. Salem.

              Theodore C. Max                    6.60 hrs.                  $ 4,455.00

09/11/23      Worked on Chanel's supplemental exhibit list; reviewed WGACA's Opposition to
              Chanel's Motions in Limine in preparation of call to discuss reply briefs.

              Dylan J. Price                      7.70 hrs.                 $ 5,005.00

09/11/23      ██████████████████████████████████████████████████████
              ███████████████████████████████████

              ███████████        ███████████        ███████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 10, 2023
Invoice 340080884
Page 8 of 18

## FEE DETAIL

09/11/23     Conferred with litigation team regarding strategy for reply briefs for Motions in Limine.  Reviewed WGACA opposition briefs.  Conferred with J. Salem on argument strategies and reviewed case documents in connection with same.  Reviewed case law cited by WGACA.  Outlined arguments for reply briefs.

Tyler E. Baker                     3.50 hrs.                     $ 2,187.50

09/11/23     Participated in team call regarding reply briefs in support of Motions in Limine. Reviewed WGACA Oppositions to Motions in Limine. Discussed Reply Briefs in Support of Motions in Limine Numbered 3 and 4 with T. Baker.  Reviewed WGACA's authority from opposition to Motion in Limine Number 4. Began drafting reply brief in support of Motion in Limine Number 4.

James M. Salem                     3.10 hrs.                     $ 1,255.50

09/11/23     Participated in a call with T. Max, J. Pietrini, D. Price, P. Bost, T. Baker and J. Salem re: Motions in Limine preparations; reviewed/analyzed WGACA's Motions in Limine.

Hyo Jin Paik                     2.20 hrs.                     $ 649.00

09/11/23     ██████████████████████████████████
             ████████████████████

             ████████          ██████          ████████

09/12/23     Work on and review and revise draft Chanel Replies to WGACA Opposition to Chanel Motions In Limine; emails and follow up with D. Price re same; call with P. Bost re Farfetch Motion In Limine and draft Reply Brief.

Theodore C. Max                     6.60 hrs.                     $ 4,455.00

09/12/23     Worked on Chanel's reply briefs in support of Motions in Limine Nos. 1 and 5; reviewed and revised Chanel's reply briefs.

Dylan J. Price                     4.80 hrs.                     $ 3,120.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          October 10, 2023
Theodore C. Max                                                                                                                  Invoice 340080884
                                                                                                                                         Page 9 of 18

## FEE DETAIL



| 09/12/23 | Conferred with J. Salem on arguments and exhibits for Motions in Limine reply briefs. Reviewed and revised draft briefs. Reviewed case law in connection with same and performed additional legal research. Conferred with T. Max and D. Price in connection with same. | | |
| --- | --- | --- | --- |
| | Tyler E. Baker | 3.80 hrs. | $ 2,375.00 |

| 09/12/23 | Completed first draft of Reply Brief in Support of Motion in Limine Number 4, conducting research as needed. Communicated with team regarding document relating to Motion in Limine Number 5. Reviewed WGACA's authority from Opposition to Motion in Limine Number 3. Began drafting Reply Brief in Support of Motion in Limine Number 3, conducting research as necessary. Conducted research regarding first sale and counterfeits and provided results to T. Max. | | |
| --- | --- | --- | --- |
| | James M. Salem | 6.70 hrs. | $ 2,713.50 |

| 09/12/23 | Reviewed/analyzed WGACA filings and correspondences in preparation of Chanel's replies to Motions in Limine. | | |
| --- | --- | --- | --- |
| | Hyo Jin Paik | 3.20 hrs. | $ 944.00 |

| 09/13/23 | Work on and review and revise Motions in Limine 4 and 6; draft Reply Declaration of Lora Moffatt; work on and coordinate preparation of Reply Motions in Limine; coordinate efforts with D. Price, T. Baker and J. Salem; emails to H.J. Paik re research and follow up re citations. | | |
| --- | --- | --- | --- |
| | Theodore C. Max | 6.30 hrs. | $ 4,252.50 |

| 09/13/23 | Reviewed and revised Chanel's reply briefs in support of Motions in Limine; Identified additional social media posts for use as trial exhibits; worked on amended exhibit list. | | |
| --- | --- | --- | --- |
| | Dylan J. Price | 7.90 hrs. | $ 5,135.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

October 10, 2023
Invoice 340080884
Page 10 of 18

## **FEE DETAIL**



09/13/23  Conferred with T. Max, D. Price, and J. Salem on reply briefs for Motions in Limine. Reviewed and revised draft reply briefs.  Reviewed case documents and case law in connection with same.

    Tyler E. Baker    2.90 hrs.    $ 1,812.50

09/13/23  Completed first draft of Reply Brief in Support of Motion in Limine No. 3. Provided to T. Baker for review. Communicated with T. Max regarding unclean hands. Reviewed WGACA's answer and cited cases regarding unclean hands. Reviewed T. Max comments and edits to Motion in Limine No. 4. Reviewed additional caselaw regarding unclean hands. Conducted research regarding burden of proof and whether disproving of element is sufficient. Drafted analysis for review.

    James M. Salem    5.20 hrs.    $ 2,106.00

09/13/23  Reviewed/analyzed factual record and WGACA's opposition papers and assisted with preparations re: Motiond in Limine reply filings.

    Hyo Jin Paik    .70 hrs.    $ 206.50

09/14/23  Emails and calls with D. Price; emails and follow up with P. Bost, T. Baker and J. Salem re Reply Briefs to Chanel Motions in Limine; draft L. Moffatt Declaration; work on and review and revise draft Chanel Reply Briefs to Chanel Motions in Limine.

    Theodore C. Max    6.10 hrs.    $ 4,117.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 10, 2023
Invoice 340080884
Page 11 of 18

## FEE DETAIL

09/14/23    Worked on Chanel's Reply Briefs in Support of Motions in Lamine Nos. 1 and 5; reviewed and revised Chanel's Reply Brief in Support of MIL No. 3; reviewed and revised Chanel's Reply Brief in Support of MIL No. 4; reviewed and revised supplemental declaration of Lora Moffatt.

Dylan J. Price                6.80 hrs.                $ 4,420.00

09/14/23    ███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████████

████████████          ████████████          ████████████

09/14/23    Conferred with J. Salem and T. Max on arguments for and revisions to draft reply briefs for MILs.  Reviewed and revised drafts.

Tyler E. Baker                .90 hrs.                $ 562.50

09/14/23    Reviewed Lora Moffatt declaration. Discussed edits to Motion in Limine No. 3. with T. Baker. Revised Motion in Limine No. 4 to address edits and comments from T. Max. Further revised Motion in Limine No. 4 to address edits and comments from D. Price.

James M. Salem                5.20 hrs.                $ 2,106.00

09/15/23    Correspondence with opposing counsel re new trial counsel and moving trial date; confer with Ted Max and Dylan Price re same; review profile of new trial counsel.

Jill M. Pietrini                .40 hrs.                $ 270.00

09/15/23    Emails and follow up with J. Bravo re preparation of basis for determination as to counterfeit identification; draft email to L. Nathanson re settlement proposals and positions regarding same.; finalize and email L. Moffatt Declaration.

Theodore C. Max                6.30 hrs.                $ 4,252.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          October 10, 2023
Theodore C. Max                                                                                  Invoice 340080884
                                                                                                 Page 12 of 18

## **FEE DETAIL**

| | |
|---|---|
| 09/15/23 | Reviewed, revised and finalized Chanel's Reply Briefs in Support of its Motion in Limine and supporting declaration of Lora Moffatt; call with Ted Max to discuss hearing. |

|  | Dylan J. Price | 2.90 hrs. | $  1,885.00 |
|---|---|---|---|

09/15/23  ██████████████████████████████████████████
          ██████████████████████████████████████████
          ████████████████████████████████

          ████████          ████████          ████████

| | |
|---|---|
| 09/15/23 | Conferred with H.J. Paik on items for Motions in Limine.  Reviewed and revised draft reply briefs for Motions in Limine.  Performed additional research in connection with same.  Conferred with T. Max and J. Salem on arguments for and revisions to reply briefs.  Reviewed declaration.  Further reviewed and revised reply drafts.  Finalized reply briefs. |

|  | Tyler E. Baker | 2.90 hrs. | $  1,812.50 |
|---|---|---|---|

| | |
|---|---|
| 09/15/23 | Reviewed case decided under Rule 403 and drafted analysis for T. Max review. Revised reply in support of Motion in Limine No. 3 incorporating edits and comments from D. Price and T. Max. Discussed additional research and motion status with T. Max and T. Baker. Conducted further research regarding burden of proof and drafted analysis for review.  Communicated with team regarding status of Motions in Limine. Further revised Motion in Limine No. 3, incorporating citations to Moffatt declaration. Conducted research related to counterfeiting cases involving original but unauthorized goods and drafted analysis for review. Reviewed and edited Motion in Limine No. 1. Finalized Motion in Limine No. 3 for filing. |

|  | James M. Salem | 7.30 hrs. | $  2,956.50 |
|---|---|---|---|

| | |
|---|---|
| 09/15/23 | Reviewed/analyzed factual record, including deposition transcripts; reviewed/cite-checked Motions in Limine reply briefs; prepared exhibits to Omnibus Declaration. |

|  | Hyo Jin Paik | 4.50 hrs. | $  1,327.50 |
|---|---|---|---|

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.  October 10, 2023
Theodore C. Max                                                                       Invoice 340080884
                                                                                      Page 13 of 18

## FEE DETAIL

| 09/15/23 | Electronically filed documents in connection with reply to Motions in Limine with Southern District of New York Court; conferred with team regarding all. | | |

| | Leigh A. Tencza | 4.60 hrs. | $ 1,490.40 |

| 09/18/23 | Prepare letter to Judge Stanton re courtesy copies; discussion with D. Price re preparation for PreTrial Conference; emails and follow up with B. Russell re request for additional time;; emails re WGACA request for additional time before trial; review WGACA Motion in Limine filings. | | |

| | Theodore C. Max | 4.40 hrs. | $ 2,970.00 |

| 09/18/23 | Reviewed research re trial continuances; reviewed and revised email to client re trial setting and witness availability; call with Ted Max re pre-trial issues; corresponded with opposing counsel re exhibit lists and additional exhibits; performed research re WGACA's new counsel. | | |

| | Dylan J. Price | 1.70 hrs. | $ 1,105.00 |

09/18/23 ███████████████████████████████████████████
         ████████████████████████████

         ██████████        ████████        █████████

| 09/18/23 | Research re trial continuance standard with new counsel.  Draft email re same.  Email Professor Franklyn and Safir re trial availability.  Strategize with T. Max re same. Draft email to opposing counsel and revise and email re new counsel. | | |

| | Bridget J. Russell | 3.40 hrs. | $ 2,187.90 |

| 09/18/23 | Drafted and revised cover letter re: courtesy copies; reviewed case docket, and organized and compiled case file re: pre-trial documents and created electronic binder re: the same. | | |

| | Hyo Jin Paik | 1.90 hrs. | $ 560.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 10, 2023
Invoice 340080884
Page 14 of 18

## FEE DETAIL

09/18/23    Coordinated preparation and delivery of courtesy copy of Motion in Limine reply papers to Judge Stanton.

     Leigh A. Tencza            .80 hrs.         $ 259.20



09/19/23

09/19/23    Emails and calls re preparation for  Pretrial Conference before Judge Stanton; read and review Replies to Motions in Limine in preparation for conference.; emails and follow up with Chanel re witness availability; prepare cover letter re courtesy copies to Judge Stanton.

     Theodore C. Max          5.20 hrs.       $ 3,510.00

09/19/23    Call with client to discuss trial date and WGACA's request to continue trail until March 2024; reviewed and analzyed WGACA's pre-trial materials in anticipation of final status conference; worked on Beto Huerto to identify address for Frank Bober.

     Dylan J. Price           3.90 hrs.       $ 2,535.00

09/19/23

09/20/23    Work on and prepare for Pretrial Conference before Judge Stanton; review decisions by Judge Stanton regarding Motions In Limine; e4mail re Judge Stanton's schedule and follow up re same.

     Theodore C. Max          4.70 hrs.       $ 3,172.50

09/20/23    Reviewed  and analyzed new cases cited in WGACA's reply briefs in support of its Motions in Limine; Reviewed Judge Stanton's order on the parties' Motions in Limine and telephone call with Ted Max re the same; Prepare for final status conference.

     Dylan J. Price           4.20 hrs.       $ 2,730.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 10, 2023
Invoice 340080884
Page 15 of 18

### FEE DETAIL



| 09/20/23 | Performed research to obtain Judge Stanton's appearance calendar; email communications with T. Max detailing same. | | |
|---|---|---|---|
| | Leigh A. Tencza | 1.10 hrs. | $ 356.40 |

| 09/21/23 | Meet with D. Price and discussion re preparation for Pretrial Conference before Judge Stanton; emails and follow up re scheduling and availability of Chanel witnesses, experts and Pier Luigi Roncoglia; follow up on Judge Stanton's schedule and request by WGACA for delay of trial until March 2024; ; email and follow up to L. Moffatt and R. Gruber re trial scheduling. | | |
|---|---|---|---|
| | Theodore C. Max | 3.90 hrs. | $ 2,632.50 |

| 09/21/23 | Travel from Los Angeles to NYC for final pre-trial conference; work on and prepared for argument on WGACA's Motions in Limine. | | |
|---|---|---|---|
| | Dylan J. Price | 6.80 hrs. | $ 4,420.00 |

| 09/22/23 | Prepare for Pretrial Conference with Judge  Stanton; travel to SDNY for Pretrial Conference; return to NY Office and prepare report to Chanel; follow up with D. Price re same. | | |
|---|---|---|---|
| | Theodore C. Max | 5.20 hrs. | $ 3,510.00 |

| 09/22/23 | Prepared for and attended final pre-trial conference before Judge Stanton; return travel from NYC to Los Angeles; prepared list of action items for trial preparation. | | |
|---|---|---|---|
| | Dylan J. Price | 10.20 hrs. | $ 6,630.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    October 10, 2023
Theodore C. Max                                                                                            Invoice 340080884
                                                                                                          Page 16 of 18

## <u>FEE DETAIL</u>

09/25/23      Emails and follow up re scheduling of trial and reservation of time for Chanel
              witnesses; email to Pier Luigi Roncoglia re same; email to Chanel teams re Pretrial
              Conference before Judge Stanton and follow up regarding same.

              Theodore C. Max                    3.30 hrs.                    $ 2,227.50

09/25/23      Review additional exhibits and prepare objections.  Revise exhibit list.  Draft email re
              witness availability and strategize re same.

              Bridget J. Russell                 3.80 hrs.                    $ 2,445.30

09/25/23      Conferred with T. Max, T. Baker and K. Bunker re: pre-trial conference and
              preparations.

              Hyo Jin Paik                        .50 hrs.                    $ 147.50

09/26/23      Prepare email to L. Moffatt and R. Gruber re Pretrial Conference before Judge Stanton;
              request for delay by WGACA and Court setting January 9, 2024 trial date;  email to
              Pier Luigi Roncoglia re scheduling; follow up with D. Price and B. Russell re trial
              planning; discussion re meeting re  preparation for trial.

              Theodore C. Max                    3.90 hrs.                    $ 2,632.50

09/26/23      Reviewed WGACA-related postings circulated by Mr. Max; worked on trial
              preparation calendar.

              Dylan J. Price                      1.20 hrs.                    $ 780.00

09/26/23      Email with R. Gruber and T. Max re trial preparation and witness scheduling.

              Bridget J. Russell                  .40 hrs.                    $ 257.40

09/27/23      Emails and follow up re scheduling of WGACA trial; emails to P.L. Roncoglia; emails
              to J. Pietrini and  D. Price re scheduling; email to Chanel re scheduling.

              Theodore C. Max                    1.70 hrs.                    $ 1,147.50

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 10, 2023
Invoice 340080884
Page 17 of 18

## FEE DETAIL

09/28/23    Follow up with trial preparation scheduling; review depositions and case law royalty damages for false association.

Theodore C. Max                    2.10 hrs.                    $  1,417.50

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jill M. Pietrini | 3.60 | $ 675.00 | $  2,430.00 |
| Theodore C. Max | 95.10 | $ 675.00 | $ 64,192.50 |
| Dylan J. Price | 101.30 | $ 650.00 | $ 65,845.00 |
| ████ | | | |
| Bridget J. Russell | 7.60 | $ 643.50 | $  4,890.60 |
| Tyler E. Baker | 27.00 | $ 625.00 | $ 16,875.00 |
| James M. Salem | 49.90 | $ 405.00 | $ 20,209.50 |
| Hyo Jin Paik | 18.50 | $ 295.00 | $  5,457.50 |
| ████ | ████ | ████ | ████ |
| Leigh A. Tencza | 6.50 | $ 324.00 | $  2,106.00 |
| ████ | ██ | ████ | ████ |

**Total Fees for Professional Services**                    **$  202,107.60**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 09/30/23 | E-Discovery Monthly Data Hosting Fees, 184.07 Gigabytes. | 3,681.48 |
| 09/04/23 | Westlaw research by Price, Dylan, on 9/4/2023. | 397.80 |
| 09/04/23 | Westlaw research by Bost, Paul, on 9/4/2023. | 232.20 |
| 09/05/23 | Westlaw research by Price, Dylan, on 9/5/2023. | 165.60 |
| 09/12/23 | Westlaw research by Baker, Tyler, on 9/12/2023. | 307.80 |
| 09/18/23 | Westlaw research by Russell, Bridget, on 9/18/2023. | 464.40 |

**Total Disbursements**                    **$  5,249.28**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 10, 2023
Invoice 340080884
Page 18 of 18

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 09/21/23 | 340079547 | 296,683.00 | 287,214.90 | 9,468.10 | 0.00 | 0.00 | 0.00 | $ 296,683.00 |
| | | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | $ 296,683.00 |
| | | | | | Interest on Outstanding A/R | | | 0.00 |
| | | | | | Fees and Disbursements Due for this Invoice | | | 207,356.88 |
| | | | | | **Total Due For This Matter** | | | **$ 504,039.88** |

## Nov. 2023 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

| | |
|---|---|
| Lora Moffatt, Esq. | SMRH Tax ID 95-1463164 |
| Head of Intellectual Property | November 13, 2023 |
| Chanel USA, Inc. | Invoice 340081180 |
| 9 W. 57th Street | |
| New York, NY 10019 | |

Our Matter No.    18WZ-264490
                  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2023

| | | |
|---|---|---|
| Current Fees | $ 12,821.70 | |
| Current Disbursements | $ 6,008.58 | |
| | | |
| Total Current Activity | | $ 18,830.28 |
| Total Due for This Invoice | | $ 18,830.28 |

---

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>       Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St       Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298       Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
November 13, 2023
Invoice 340081180

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2023

| | |
|---|---|
| Current Fees | $ 12,821.70 |
| Current Disbursements | $  6,008.58 |
| Total Current Activity | $ 18,830.28 |
| Total Due for This Invoice | $ 18,830.28 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 13, 2023
Invoice 340081180
Page 2 of 7

FOR PROFESSIONAL SERVICES THROUGH 10/31/23

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 10/02/23 | Follow up with P. Luigi Roncoglia and J. Pietrini re WGACA scheduling and call re same. | | |
| | Theodore C. Max | .70 hrs. | $ 472.50 |
| 10/04/23 | Emails and follow up with J. Pietrini, D. Price and B. Russell re trial preparation and organization for trial and communication with client and witness re trial planning; follow up with D. Price re trial planning and next steps. | | |
| | Theodore C. Max | 2.40 hrs. | $ 1,620.00 |
| 10/04/23 | Call with Ted Max and Bridget Russell to plan trial preparation; Worked on pre-trial task list. | | |
| | Dylan J. Price | 2.20 hrs. | $ 1,430.00 |
| 10/04/23 | ███████████████████████ | | |
| | ███████ | ███████ | ███████ |
| 10/05/23 | Conference call with Pier Luigi Roncoglia re trial preparation; conference call with J. Pietrini re same; follow up with D. Price re scheduling and next steps for preparation; email to P.L. Roncoglia re Judge Stanton's summary judgment decision. | | |
| | Theodore C. Max | 2.60 hrs. | $ 1,755.00 |
| 10/05/23 | Telephone conference with Ted Max re final pretrial conference and trial; initial review of order on motions in limine; correspondence with Chanel team re pre-trial conference. | | |
| | Jill M. Pietrini | 1.50 hrs. | $ 1,012.50 |
| 10/05/23 | Prepared trial subpoenas for WGACA-related witnesses; prepared trial preparation checklist; worked on evidence grid. | | |
| | Dylan J. Price | 2.70 hrs. | $ 1,755.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 13, 2023
Invoice 340081180
Page 3 of 7

## FEE DETAIL

| | | | |
|---|---|---|---|
| 10/06/23 | Reviewed decision involving use of emails as prior consistent statements under FRE 801(d). | | |
| | Dylan J. Price | .30 hrs. | $ 195.00 |
| 10/06/23 | ██████████████████████████████████ | | |
| | ████████████████████████ | | |
| | ██████████ ██████████ ██████████ | | |
| 10/09/23 | █████████████████████████████████ | | |
| | █████████████████████████ | | |
| | ██████████ ██████████ ██████████ | | |
| 10/12/23 | Reviewed transcript from final status conference; worked on evidence grid; finalized trial subpoenas based on updated address information. | | |
| | Dylan J. Price | 1.20 hrs. | $ 780.00 |
| 10/13/23 | Continue organizing documents in network drive in advance of trial. | | |
| | Monica E. Danner | 1.00 hrs. | $ 360.00 |
| 10/13/23 | Commence preparing internal trial exhibit index with expanded details for use at trial. | | |
| | Monica E. Danner | 1.50 hrs. | $ 540.00 |
| 10/18/23 | Worked on Chanel's evidence grid. | | |
| | Dylan J. Price | 1.10 hrs. | $ 715.00 |
| 10/23/23 | Corresponded with opposing counsel re Chanel's supplemental exhibit list and exhibits. | | |
| | Dylan J. Price | .30 hrs. | $ 195.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 13, 2023
Invoice 340081180
Page 4 of 7

## FEE DETAIL

10/23/23     Review interview of S. Weisser and G. Maione from Fashion Network and email re same.

Bridget J. Russell                    .40 hrs.                    $ 257.40

10/27/23     Review Local Rules and individual instructions of Judge Stanton re trial exhibits and other necessary information in advance of trial; create trial binder for ongoing use and updating.

Monica E. Danner                    1.00 hrs.                    $ 360.00

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 5.70 | $ 675.00 | $ 3,847.50 |
| Jill M. Pietrini | 1.50 | $ 675.00 | $ 1,012.50 |
| Dylan J. Price | 7.80 | $ 650.00 | $ 5,070.00 |
| ███████ | ██ | ████ | ████ |
| Bridget J. Russell | .40 | $ 643.50 | $ 257.40 |
| Monica E. Danner | 3.50 | $ 360.00 | $ 1,260.00 |
| ████████ | ███ | ████ | ████ |

**Total Fees for Professional Services**                    **$ 12,821.70**

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    November 13, 2023
Theodore C. Max                                                                                             Invoice 340081180
                                                                                                            Page 5 of 7

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 08/28/23 | D.Price-Airfare Trip to NY re Chanel Final Status Conference in the WGACA Case 09/21-22/23 | 672.80 |
| 09/21/23 | D.Price-Uber ride from airport to hotel - Trip to NY re Chanel Final Status Conference in the WGACA Case | 111.52 |
| 09/22/23 | D.Price-Uber ride from hotel to the airport - Trip to NY re Chanel Final Status Conference in the WGACA Case | 94.44 |
| 09/22/23 | D.Price-Hotel room - Trip to NY re Chanel Final Status Conference in the WGACA Case 09/21-22/23 | 572.00 |
| 09/22/23 | D.Price-Miscellaneous hotel expenses - Trip to NY re Chanel Final Status Conference in the WGACA Case | 122.30 |
| 09/23/23 | D.Price-Parking - Trip to NY re Chanel Final Status Conference in the WGACA Case | 90.57 |
| 09/24/23 | NPD Logistics - Inv#1472-3913 - Messenger service for period ending 9/22/23 | 29.87 |
| 10/31/23 | E-Discovery Monthly Data Hosting Fees, 184.07 Gigabytes. | 3,681.48 |
| 09/15/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 9/30/2023 | 16.00 |
| 09/19/23 | TransUnion. Invoice Date: 10/1/2023. Billing Period: 9/1/2023 - 9/30/2023. User: E. Tan. Transaction Type: TruLookup Person Search - Advanced | 5.00 |
| 09/19/23 | TransUnion. Invoice Date: 10/1/2023. Billing Period: 9/1/2023 - 9/30/2023. User: E. Tan. Transaction Type: TruLookup Person Search - Advanced | 5.00 |
| 09/19/23 | TransUnion. Invoice Date: 10/1/2023. Billing Period: 9/1/2023 - 9/30/2023. User: E. Tan. Transaction Type: TruLookup Comprehensive Report | 20.00 |
| 09/22/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 9/30/2023 | 110.20 |
| 10/07/23 | Accurint. Search: Advanced Person Search (Rollup). Billing Code: ddeanda | 0.50 |
| 10/07/23 | Accurint. Search: Advanced Person Search (Rollup). Billing Code: ddeanda | 0.50 |
| 10/07/23 | Accurint. Search: Flat Rate Comprehensive Report. Billing Code: ddeanda | 6.00 |
| 10/07/23 | Accurint. Search: Flat Rate Comprehensive Report. Billing Code: ddeanda | 6.00 |
| 10/12/23 | Westlaw research by Russell, Bridget, on 10/12/2023. | 464.40 |

**Total Disbursements**                                                                    **$ 6,008.58**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 13, 2023
Invoice 340081180
Page 6 of 7

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.            November 13, 2023
Theodore C. Max                                                                                    Invoice 340081180
                                                                                                   Page 7 of 7

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 10/10/23 | 340080884 | 207,356.88 | 202,107.60 | 5,249.28 | 0.00 | 0.00 | 0.00 | $ 207,356.88 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 207,356.88 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 18,830.28 |
| | | | | **Total Due For This Matter** | | | | **$ 226,187.16** |

## Dec. 2023 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Lora Moffatt, Esq.                                   SMRH Tax ID 95-1463164
Head of Intellectual Property                           December 18, 2023
Chanel USA, Inc.                                      Invoice 340082818
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2023

| | | |
|---|---|---|
| Current Fees | $ 158,725.30 | |
| Current Disbursements | $ 4,857.54 | |
| Total Current Activity | | $ 163,582.84 |
| Total Due for This Invoice | | $ 163,582.84 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                             SMRH Tax ID 95-1463164
Head of Intellectual Property                                 December 18, 2023
Chanel USA, Inc.                                              Invoice 340082818
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2023

Current Fees                              $  158,725.30
Current Disbursements                     $  4,857.54

Total Current Activity                                    $  163,582.84

Total Due for This Invoice                               $  163,582.84

---

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:           Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 18, 2023
Invoice 340082818
Page 2 of 18

FOR PROFESSIONAL SERVICES THROUGH 11/30/23

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 11/01/23 | Call with Ted Max re trial preparation and states of assignments. | | |
| | Dylan J. Price | .20 hrs. | $ 130.00 |
| 11/01/23 | Review J. Green deposition re possible damages in form of license fee and take notes re same. | | |
| | Bridget J. Russell | 3.20 hrs. | $ 2,059.20 |
| 11/01/23 | Conference call regarding status of witness outlines. | | |
| | Khirin A. Bunker | .20 hrs. | $ 128.70 |
| 11/01/23 | Conferred with T. Max, J. Salem and K. Bunker re: case status and trial preparations. | | |
| | Hyo Jin Paik | .20 hrs. | $ 59.00 |
| 11/01/23 | Communicated regarding status of witness outlines. | | |
| | James M. Salem | .10 hrs. | $ 40.50 |
| 11/02/23 | Conference call with Chanel team re preparation of cross-examination outlines and exhibits. | | |
| | Theodore C. Max | .50 hrs. | $ 337.50 |
| 11/02/23 | Prepared for and participated in team call to discuss preparation of witness outlines; Prepared list of cross-examination outline assignments and instructions re the same. | | |
| | Dylan J. Price | 1.30 hrs. | $ 845.00 |
| 11/02/23 | Call re pretrial assignments and strategize re deposition outlines.  Begin drafting framework for witness outlines.  Review exhibit list. | | |
| | Bridget J. Russell | 1.80 hrs. | $ 1,158.30 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.       December 18, 2023
Theodore C. Max       Invoice 340082818
Page 3 of 18

## FEE DETAIL

| 11/02/23 | Outlined strategy for witness cross-examination outlines; reviewed and analyzed Rule 65.1 statement to assess background information in preparation for drafting witness cross-examination outlines. |

| Khirin A. Bunker | 1.10 hrs. | $ 707.85 |

| 11/02/23 | Conferred with T. Max, D. Price, B. Russell, J. Salem and K. Bunker re: trial preparations; reviewed/analyzed pleadings for trial preparations. |

| Hyo Jin Paik | 2.30 hrs. | $ 678.50 |

| 11/02/23 | Participated in team discussion of WGACA cross-examination outlines. |

| James M. Salem | .40 hrs. | $ 162.00 |

| 11/03/23 | Discussion with H.J. Paik, K. Bunker and J. Salem re WGACA case and background facts and themes; discussion re witnesses and trial preparation. |

| Theodore C. Max | 1.30 hrs. | $ 877.50 |

| 11/03/23 | Reviewed Chanel's trial exhibits for use in witness outlines; worked on evidence grid. |

| Dylan J. Price | 1.60 hrs. | $ 1,040.00 |

| 11/03/23 | Reviewed/analyzed pleadings and deposition transcripts for trial preparations. |

| Hyo Jin Paik | 1.80 hrs. | $ 531.00 |

| 11/06/23 | Follow up regarding preparation for trial; emails and follow up regarding witness scheduling. |

| Theodore C. Max | 1.50 hrs. | $ 1,012.50 |

| 11/06/23 | Reviewed and analyzed transcript of Shannon Parker deposition to prepare for drafting WGACA witness cross-examination outline. |

| Khirin A. Bunker | 2.40 hrs. | $ 1,544.40 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    December 18, 2023
Theodore C. Max                                                                                              Invoice 340082818
                                                                                                             Page 4 of 18

## FEE DETAIL

11/06/23     Reviewed/analyzed pleadings and deposition transcripts and prepared cross-examination outlines for trial preparations; conferred with T. Max, K. Bunker and J. Salem re: trial preparations.

              Hyo Jin Paik                    2.10 hrs.                  $ 619.50

11/06/23     Reviewed pre-trial materials. Discussed themes for cross-examination outlines.

              James M. Salem                  1.10 hrs.                  $ 445.50

11/06/23     ███████████████████████████████████████████
              ████████████████

              ████████████         ████████████         ████████████

11/07/23     Follow up with Chanel team re review of deposition transcripts and trial preparation; follow up with D. Price re same.

              Theodore C. Max                 .90 hrs.                   $ 607.50

11/07/23     ████████████████████████████████████████

              ████████████         ████████████         ████████████

11/07/23     Reviewed and analyzed transcript of Shannon Parker deposition to prepare for drafting witness cross-examination outline.  Prepared S. Parker witness cross-examination outline.

              Khirin A. Bunker               1.90 hrs.                   $ 1,222.65

11/07/23     Reviewed/analyzed WGACA deposition transcripts and drafted cross-examination outlines for trial preparations.

              Hyo Jin Paik                    1.70 hrs.                  $ 501.50

11/08/23     Review F. Bober transcript and draft outline.

              Bridget J. Russell             4.40 hrs.                   $ 2,831.40

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    December 18, 2023
Theodore C. Max                                                                                            Invoice 340082818
                                                                                                          Page 5 of 18

## FEE DETAIL

| 11/08/23 | Prepared S. Parker witness cross-examination outline. | | |
|---|---|---|---|
| | Khirin A. Bunker | .90 hrs. | $ 579.15 |

| 11/08/23 | Reviewed/analyzed WGACA deposition transcripts and drafted cross-examination outlines for trial preparations. | | |
|---|---|---|---|
| | Hyo Jin Paik | 5.30 hrs. | $ 1,563.50 |

| 11/08/23 | Began drafting cross examination outline for Paige Rubin. | | |
|---|---|---|---|
| | James M. Salem | 1.10 hrs. | $ 445.50 |

| 11/09/23 | Emails and call with D. Priice and associate team re preparation for  trial and review of WGACA witness transcripts and preparation of pretrial outline; email to B. Russell re preparation. | | |
|---|---|---|---|
| | Theodore C. Max | 2.90 hrs. | $ 1,957.50 |

| 11/09/23 | Reviewed and analyzed transcript of Devyn Shaughnessy deposition to prepare for drafting witness cross-examination outline. | | |
|---|---|---|---|
| | Khirin A. Bunker | 3.50 hrs. | $ 2,252.25 |

| 11/09/23 | Reviewed/analyzed WGACA deposition transcripts and drafted cross-examination outlines for trial preparations. | | |
|---|---|---|---|
| | Hyo Jin Paik | 5.50 hrs. | $ 1,622.50 |

| 11/09/23 | Continued drafting cross examination outline for Paige Rubin. | | |
|---|---|---|---|
| | James M. Salem | 3.20 hrs. | $ 1,296.00 |

| 11/10/23 | Call with K. Bunker, H.J. Paik and J. Salem  re preparation of  witness cross-examination outline for WGACA witnesses; discussions re strategy and issues. | | |
|---|---|---|---|
| | Theodore C. Max | 2.30 hrs. | $ 1,552.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          December 18, 2023
Theodore C. Max                                                                                  Invoice 340082818
                                                                                                 Page 6 of 18

## FEE DETAIL

| | | | |
|---|---|---|---|
| 11/10/23 | Corresponded with Bridget Russell re cross-examination outlines; Worked on Chanel's evidence grid and witness outlines. | | |
| | Dylan J. Price | .70 hrs. | $ 455.00 |
| 11/10/23 | Outlined strategy for cross-examination outlines.  Prepared S. Parker witness cross-examination outline. | | |
| | Khirin A. Bunker | 1.70 hrs. | $ 1,093.95 |
| 11/10/23 | Reviewed/analyzed WGACA deposition transcripts and drafted cross-examination outlines for trial preparations. | | |
| | Hyo Jin Paik | 3.40 hrs. | $ 1,003.00 |
| 11/10/23 | Continued drafting cross-examination outline for Paige Rubin. | | |
| | James M. Salem | 1.80 hrs. | $ 729.00 |
| 11/12/23 | Worked on Joseph Bravo witness outline. | | |
| | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |
| 11/13/23 | Emails and conference call with D. Price re status of witness review and trial preparation; follow up with B. Russell re same. | | |
| | Theodore C. Max | .90 hrs. | $ 607.50 |
| 11/13/23 | Call with Ted Max re trial logistics and pre-trial preparation; corresponded with Paul Bost re witness outlines; worked on Joseph Bravo witness outline. | | |
| | Dylan J. Price | 4.60 hrs. | $ 2,990.00 |
| 11/13/23 | | | |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          December 18, 2023
Theodore C. Max                                                                                  Invoice 340082818
                                                                                                 Page 7 of 18

## FEE DETAIL

11/13/23        Draft witness cross-examination outline for F. Bober.

                    Bridget J. Russell                    2.40 hrs.                    $ 1,544.40

11/13/23        Prepared S. Parker witness cross-examination outline.

                    Khirin A. Bunker                      1.30 hrs.                    $ 836.55

11/13/23        Reviewed/analyzed WGACA deposition transcripts and drafted cross-examination
                outlines for trial preparations.

                    Hyo Jin Paik                          3.70 hrs.                    $ 1,091.50

11/14/23        Email to R. Gruber re confirmation of Chanel witness availability; review C. Girardi
                deposition transcript re preparation for trial.

                    Theodore C. Max                       1.10 hrs.                    $ 742.50

11/14/23        Worked on Chanel's direct examination witness outlines.

                    Dylan J. Price                        4.30 hrs.                    $ 2,795.00

11/14/23        Prepared S. Parker witness cross-examination outline.

                    Khirin A. Bunker                      1.10 hrs.                    $ 707.85

11/14/23        Reviewed/analyzed WGACA deposition transcripts and drafted cross-examination
                outlines for trial preparations.

                    Hyo Jin Paik                          3.60 hrs.                    $ 1,062.00

11/14/23        Continued drafting cross examination outline for Paige Rubin.

                    James M. Salem                        4.50 hrs.                    $ 1,822.50

11/15/23        Follow up with preparation of Sun Li cross-examination preparation.

                    Theodore C. Max                       2.70 hrs.                    $ 1,822.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    December 18, 2023
Theodore C. Max                                                                                           Invoice 340082818
                                                                                                         Page 8 of 18

## FEE DETAIL

| 11/15/23 | Reviewed Chanel trial exhibits and corresponded with Hyo Jin Paik re the same. | | |
|---|---|---|---|
| | Dylan J. Price | .50 hrs. | $ 325.00 |
| 11/15/23 | Prepared S. Parker witness cross-examination outline. | | |
| | Khirin A. Bunker | 1.50 hrs. | $ 965.25 |
| 11/15/23 | Reviewed/analyzed WGACA deposition transcripts and drafted cross-examination outlines for trial preparations. | | |
| | Hyo Jin Paik | 4.10 hrs. | $ 1,209.50 |
| 11/15/23 | Completed rough draft of Paige Rubin cross examination outline. Touched base with team. | | |
| | James M. Salem | .30 hrs. | $ 121.50 |
| 11/16/23 | Prepared S. Parker witness cross-examination outline. | | |
| | Khirin A. Bunker | 2.60 hrs. | $ 1,673.10 |
| 11/16/23 | Reviewed/analyzed WGACA deposition transcripts and drafted cross-examination outlines for trial preparations; Reviewed, organized and compiled trial exhibits. | | |
| | Hyo Jin Paik | 4.60 hrs. | $ 1,357.00 |
| 11/16/23 | Phone conference with Hyo Jin Paik re trial; prepare documents for trial. | | |
| | Monica E. Danner | 5.50 hrs. | $ 1,980.00 |
| 11/17/23 | Worked on witness outlines for Chanel witness. | | |
| | Dylan J. Price | 6.80 hrs. | $ 4,420.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          December 18, 2023
Theodore C. Max                                                                                   Invoice 340082818

## FEE DETAIL

11/17/23        Reviewed/analyzed WGACA deposition transcripts and Chanel expert's report and
                drafted cross-examination outlines for trial preparations; reviewed, organized and
                compiled trial exhibits.

                Hyo Jin Paik                    4.00 hrs.                $ 1,180.00

11/17/23        Continue preparing Chanel's trial exhibits and corresponding index.

                Monica E. Danner                9.00 hrs.                $ 3,240.00

11/17/23        Sent trial subpoenas to former WGACA employees for service to process server with
                instructions.

                Bradley M. Rank                 .30 hrs.                 $ 84.00

11/18/23        Reviewed/analyzed WGACA deposition transcripts and Chanel expert's report and
                drafted cross-examination outlines for trial preparations; reviewed, organized and
                compiled trial exhibits.

                Hyo Jin Paik                    1.30 hrs.                $ 383.50

11/18/23        Continue preparing Plaintiff's trial exhibits and corresponding index.

                Monica E. Danner                8.10 hrs.                $ 2,916.00

11/19/23        Worked on WGACA witness outlines and trial prep.

                Dylan J. Price                  4.70 hrs.                $ 3,055.00

11/19/23        Reviewed/analyzed WGACA deposition transcripts and Chanel expert's report and
                drafted cross-examination outlines for trial preparations; reviewed, organized and
                compiled trial exhibits.

                Hyo Jin Paik                    2.80 hrs.                $ 826.00

11/19/23        Continue preparing Plaintiff's trial exhibits and corresponding index.

                Monica E. Danner                6.60 hrs.                $ 2,376.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     December 18, 2023
Theodore C. Max                                                                          Invoice 340082818
                                                                                         Page 10 of 18

## FEE DETAIL

11/20/23      Follow up with R. Gruber re scheduling of trial and witness availability; follow up re
              same.

                    Theodore C. Max                     .30 hrs.                    $  202.50

11/20/23      Reviewed deposition transcripts and worked on witness outlines.

                    Dylan J. Price                      2.80 hrs.                   $  1,820.00

11/20/23      ███████████████████████████████████

              ██████████████        ██████████        ████████████

11/20/23      Revised Parker witness cross-examination outline.

                    Khirin A. Bunker                    2.20 hrs.                   $  1,415.70

11/20/23      Reviewed/analyzed WGACA deposition transcripts and Chanel expert's report and
              drafted cross-examination outlines for trial preparations; reviewed, organized and
              compiled trial exhibits.

                    Hyo Jin Paik                        3.50 hrs.                   $  1,032.50

11/20/23      Began drafting V. Drukh cross examination outline.

                    James M. Salem                      4.50 hrs.                   $  1,822.50

11/20/23      Continue preparing Chanel trial exhibits and corresponding index.

                    Monica E. Danner                    2.00 hrs.                   $  720.00

11/20/23      Emailed with process server re status of service of trial subpoenas.

                    Bradley M. Rank                     .10 hrs.                    $  28.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.　　　December 18, 2023
Theodore C. Max　　　Invoice 340082818
　　　Page 11 of 18

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 11/21/23 | Email and follow up call re Judge Stanton email and ptoposed Order re trial sequence; conference call with D. Price. | | |
| | Theodore C. Max | 1.60 hrs. | $ 1,080.00 |
| 11/21/23 | Work on cross-examination for Sun Li; email to R. Gruber re witness preparation. | | |
| | Theodore C. Max | 3.10 hrs. | $ 2,092.50 |
| 11/21/23 | Worked on WGACA witness outlines and deposition review. | | |
| | Dylan J. Price | 1.80 hrs. | $ 1,170.00 |
| 11/21/23 | ████████████████ | | |
| | ███ | ███ | ███ |
| 11/21/23 | Reviewed court's proposed trial scheduling order regarding bifurcation.  Outlined go forward strategy in response to same. | | |
| | Khirin A. Bunker | .40 hrs. | $ 257.40 |
| 11/21/23 | Reviewed/analyzed WGACA deposition transcripts and drafted cross-examination outlines for trial preparations; conferred with T. Max, D. Price, K. Bunker and J. Salem re: case action items; reviewed, organized and compiled trial exhibits and conferred with M. Danner re: the same. | | |
| | Hyo Jin Paik | 5.50 hrs. | $ 1,622.50 |
| 11/21/23 | Discussed status of witness outlines and trial prep with team. Continued drafting cross examination outline of Vlada Drukh. | | |
| | James M. Salem | 5.30 hrs. | $ 2,146.50 |
| 11/22/23 | Workd on WGACA witness outlines. | | |
| | Dylan J. Price | 1.40 hrs. | $ 910.00 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    December 18, 2023
Theodore C. Max                                                                                         Invoice 340082818
Page 12 of 18

## FEE DETAIL

11/22/23        ██████████████████████████████████████

              ███████████              ████████              ████████████

11/22/23        Reviewed, organized and compiled trial exhibits and conferred with M. Danner re: the
              same.

              Hyo Jin Paik                      1.50 hrs.              $ 442.50

11/22/23        Completed rough draft of outline of cross examination of Vlada Drukh. Incorporated
              Paige Rubin's summary judgment declaration into cross examination outline.
              Organized drafts of cross examination outlines of Drukh and Rubin for review and
              provided to T. Max.

              James M. Salem                    4.80 hrs.              $ 1,944.00

11/22/23        Prepare WGACA's trial exhibits and detailed index of same.

              Monica E. Danner                  8.50 hrs.              $ 3,060.00

11/25/23        Reviewed, organized and compiled Chanel trial exhibits.

              Hyo Jin Paik                       .50 hrs.              $ 147.50

11/26/23        Workd on WGACA witness outlines and trial prep.

              Dylan J. Price                    6.60 hrs.              $ 4,290.00

11/26/23        Began review of Henry Kahrs materials in advance of drafting outline of cross
              examination.

              James M. Salem                     .20 hrs.              $ 81.00

11/27/23        Email and follow up with H.J. Paik; review M. Rosato cross-examination outline;
              email to D. Price re check for F. Bober re trial subpoena.

              Theodore C. Max                   2.90 hrs.              $ 1,957.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    December 18, 2023
Theodore C. Max                                                                                             Invoice 340082818
                                                                                                            Page 13 of 18

## FEE DETAIL

11/27/23        Telephone conference with Ted Max re strategy for trial and Judge Stanton's recent
                order.

                Jill M. Pietrini                        .60 hrs.                      $ 405.00

11/27/23        Worked on WGACA witness outlines and trial preparation.

                Dylan J. Price                          1.50 hrs.                     $ 975.00

11/27/23        ██████████████████████████████████

                        ████████              ████████              ████████

11/27/23        Drafted letter to Court in response to proposed trial order.  Prepared revisions to
                proposed trial order.  Revised S. Parker witness outline.  Prepared D. Shaugnnesy
                witness outline.

                Khirin A. Bunker                        5.90 hrs.                     $ 3,796.65

11/27/23        Reviewed and compiled trial exhibits; reviewed/analyzed Marcos Rosado deposition
                transcripts and drafted cross-examination outline; reviewed/analyzed WGACA
                documents for trial preparations.

                Hyo Jin Paik                            4.30 hrs.                     $ 1,268.50

11/27/23        Began drafting Kahrs cross examination outline.

                James M. Salem                          2.60 hrs.                     $ 1,053.00

11/27/23        Continue preparing Chanel trial exhibits; emails with Hyo Jin Paik with attention to
                missing and physical exhibits and other trial matters.

                Monica E. Danner                        3.30 hrs.                     $ 1,188.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.           December 18, 2023
Theodore C. Max                                                                                    Invoice 340082818
                                                                                                  Page 14 of 18

## FEE DETAIL

| 11/28/23 | Work on and review draft cross-examination outline for Sun Li; conference call with K. Bunker, J. Salem and Hyo Jin Paik re preparation for trial; conference call with D. Price re opposition to Judge Stanton Proposed Order; email to C. Conkin re questions re point of sale items for Sun Li preparation. |

|  | Theodore C. Max | 4.30 hrs. | $ 2,902.50 |

| 11/28/23 | Worked on WGACA witness outlines; Handled trial subpoena issues. |

|  | Dylan J. Price | 1.10 hrs. | $ 715.00 |

11/28/23 ██████████████████████████
         ████████████████████

         ██████████        ██████████        ██████████

| 11/28/23 | Revised letter to court regarding proposed trial order.  Reviewed and analyzed summary judgment order and transcripts to inform revisions to same.  Prepared D. Shaugnnesy witness outline. |

|  | Khirin A. Bunker | 5.90 hrs. | $ 3,796.65 |

| 11/28/23 | Reviewed, compiled and reviewed trial exhibits; reviewed/analyzed deposition transcripts and drafted cross-examination outline; reviewed/analyzed WGACA documents for trial preparations. |

|  | Hyo Jin Paik | 3.40 hrs. | $ 1,003.00 |

| 11/28/23 | Reviewed and edited draft letter to Court regarding proposed trial order. Communicated with team regarding the same. |

|  | James M. Salem | .70 hrs. | $ 283.50 |

| 11/28/23 | Continue preparing/proofing trial exhibits and preparing detailed index of same; email communications with Hyo Jin Paik re trial matters. |

|  | Monica E. Danner | 4.50 hrs. | $ 1,620.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    December 18, 2023
Theodore C. Max    Invoice 340082818
Page 15 of 18

## FEE DETAIL

| 11/29/23 | Email to C. Conklin re follow up regarding Chanel point-of-sale items and follow up re same; email to K. Bunker re draft letter to Judge Stanton re structure of trial; conference call with Chanel team re status of assignments and follow up. | | |
|---|---|---|---|
| | Theodore C. Max | 3.60 hrs. | $ 2,430.00 |
| 11/29/23 | Corresponded with Frank Bober and process server re witness fees; Worked on witness outlines. | | |
| | Dylan J. Price | 1.20 hrs. | $ 780.00 |
| 11/29/23 | ██████████████████ | | |
| | | ████████ | ████████ |
| 11/29/23 | Outlined strategy regarding appendix for letter submission and trial coverage. Prepared D. Shaughnessy witness outline. | | |
| | Khirin A. Bunker | 2.80 hrs. | $ 1,801.80 |
| 11/29/23 | Reviewed/analyzed deposition transcripts and drafted cross-examination outline; reviewed/analyzed WGACA documents for trial preparations; reviewed/edited draft brief to Court re: liability and damages bifurcation issue; conferred with T. Max and K. Bunker re: case action items. | | |
| | Hyo Jin Paik | 4.80 hrs. | $ 1,416.00 |
| 11/29/23 | Continued drafting Kahrs cross examination outline. | | |
| | James M. Salem | .20 hrs. | $ 81.00 |
| 11/29/23 | Prepare binders for WGACA's trial exhibits; continue reviewing exhibits and preparing detailed index for use at trial. | | |
| | Monica E. Danner | 4.50 hrs. | $ 1,620.00 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    December 18, 2023
Theodore C. Max                                                                                            Invoice 340082818
                                                                                                          Page 16 of 18

## FEE DETAIL

11/30/23    Work on and review Sun Li materials and draft outline; conference call with D. Price
            re trial preparation and scheduling; discussion re Sun Li as a witness and preparation
            for trial.

            Theodore C. Max                    3.40 hrs.                    $ 2,295.00

11/30/23    Continued review of deposition transcripts and preparation of witness outlines.

            Dylan J. Price                     4.40 hrs.                    $ 2,860.00

11/30/23    Prepared Shaugnnesy witness outline.

            Khirin A. Bunker                   1.00 hrs.                    $ 643.50

11/30/23    Reviewed, compiled and reviewed trial exhibits; reviewed/analyzed deposition
            transcripts and drafted cross-examination outline; reviewed/analyzed WGACA
            documents for trial preparations.

            Hyo Jin Paik                       3.50 hrs.                    $ 1,032.50

11/30/23    Continue preparing binders for WGACA's trial exhibits; continue reviewing exhibits
            and preparing detailed index for use at trial.

            Monica E. Danner                   3.00 hrs.                    $ 1,080.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    December 18, 2023
Theodore C. Max                                                                                          Invoice 340082818
                                                                                                         Page 17 of 18

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 33.30 | $ 675.00 | $ 22,477.50 |
| Jill M. Pietrini | .60 | $ 675.00 | $ 405.00 |
| Dylan J. Price | 47.30 | $ 650.00 | $ 30,745.00 |
| ███████ | ████ | ██████ | ██████ |
| Bridget J. Russell | 11.80 | $ 643.50 | $ 7,593.30 |
| Khirin A. Bunker | 36.40 | $ 643.50 | $ 23,423.40 |
| Hyo Jin Paik | 73.40 | $ 295.00 | $ 21,653.00 |
| James M. Salem | 30.80 | $ 405.00 | $ 12,474.00 |
| Monica E. Danner | 55.00 | $ 360.00 | $ 19,800.00 |
| ███████ | ███ | █████ | █████ |
| Bradley M. Rank | .40 | $ 280.00 | $ 112.00 |

**Total Fees for Professional Services**                                      **$ 158,725.30**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 11/30/23 | E-Discovery Monthly Data Hosting Fees, 184.07 Gigabytes. | 3,681.48 |
| 10/12/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 10/31/2023 | 6.20 |
| 10/27/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 10/31/2023 | 14.20 |
| 11/29/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 11/30/2023 | 20.80 |
| 11/30/23 | Executive Attorney Service Inc - Inv#91888 - Personal service - Rush | 1,099.76 |
| 11/29/23 | Southern District Reporters P.C. - Inv#0558113-IN - For Transcript | 35.10 |

**Total Disbursements**                                                        **$  4,857.54**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                     December 18, 2023
Theodore C. Max                                                                                             Invoice 340082818
                                                                                                            Page 18 of 18

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 11/13/23 | 340081180 | 18,830.28 | 12,821.70 | 6,008.58 | 0.00 | 0.00 | 0.00 | $ 18,830.28 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 18,830.28 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 163,582.84 |
| | | | | **Total Due For This Matter** | | | | **$ 182,413.12** |

**<u>Jan. 2024 Invoice</u>**

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
January 31, 2024
Invoice 340084136

| | |
|---|---|
| Our Matter No. | 18WZ-264490 |
| | Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al. |
| Billing Atty: | Theodore C. Max |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2023

| | | |
|---|---|---|
| Current Fees | $ 370,987.60 | |
| Current Disbursements | $ 19,742.89 | |
| | | |
| Total Current Activity | | $ 390,730.49 |
| Total Due for This Invoice | | $ 390,730.49 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:      Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St      Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298      Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                              January 31, 2024
Chanel USA, Inc.                                       Invoice 340084136
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2023

| | | |
|---|---|---|
| Current Fees | $ 370,987.60 | |
| Current Disbursements | $ 19,742.89 | |
| Total Current Activity | | $ 390,730.49 |
| Total Due for This Invoice | | $ 390,730.49 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:        Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St         Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.　　　　January 31, 2024
Theodore C. Max　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice 340084136
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 33

FOR PROFESSIONAL SERVICES THROUGH 12/31/23

## **FEE DETAIL**

12/01/23　　Emails and follow up re preparation for trial; emails with P.L. Roncaglia; emails and follow up with D. Price re preparation and witness preparation for trial; conference call re review of witness outlines and status of preparation.

　　　　　　　Theodore C. Max　　　　　　3.50 hrs.　　　　　　$ 2,362.50

12/01/23　　Reviewed and analyzed summary judgment order, transcript, exhibits, and second amended complaint to assess information for appendix to letter regarding trial schedule.

　　　　　　　Khirin A. Bunker　　　　　　1.80 hrs.　　　　　　$ 1,158.30

12/01/23　　Reviewed/analyzed deposition transcripts and drafted cross-examination outline; reviewed/analyzed WGACA documents for the brief to Court re: bifurcation issue; compiled witness prep materials for Chanel.

　　　　　　　Hyo Jin Paik　　　　　　　3.50 hrs.　　　　　　$ 1,032.50

12/03/23　　Worked on witness outlines and trial preparation.

　　　　　　　Dylan J. Price　　　　　　6.20 hrs.　　　　　　$ 4,030.00

12/04/23　　Work on and follow up re draft letter to Judge Stanton re Proposed Order; discussion with K. Bunker re same; follow up with D. Price re trial preparation; email and follow up with R. Gruber re trial preparation and witness availability; follow up with H.J. Paik and T. Baker.

　　　　　　　Theodore C. Max　　　　　　3.80 hrs.　　　　　　$ 2,565.00

12/04/23　　Telephone conference with Dylan Price re trial and strategy; confer with Monica Danner re same.

　　　　　　　Jill M. Pietrini　　　　　　.70 hrs.　　　　　　$ 472.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 3 of 33

## FEE DETAIL

| | | | |
|---|---|---|---|
| 12/04/23 | Worked on witness outlines; Call with Jill Pietrini to discuss witnesses and division of labor. | | |
| | Dylan J. Price | 7.10 hrs. | $ 4,615.00 |
| 12/04/23 | Conferred with T. Max, K. Bunker, and H.J. Paik on pretrial action items and case strategy.  Conferred with H.J. Paik on pretrial motions and case status. | | |
| | Tyler E. Baker | 1.60 hrs. | $ 1,000.00 |
| 12/04/23 | Outlined strategy regarding revisions to letter in response to court's proposed trial scheduling order.  Researched, reviewed, and analyzed SDNY decisions regarding discretion of court to revisit prior orders.  Revised letter to court and prepared appendices. | | |
| | Khirin A. Bunker | 3.50 hrs. | $ 2,252.25 |
| 12/04/23 | Reviewed, compiled and reviewed trial exhibits; reviewed/analyzed deposition transcripts and drafted cross-examination outline; reviewed/analyzed WGACA documents for trial preparations; conferred with T. Max, T. Baker and K. Bunker re: case action items. | | |
| | Hyo Jin Paik | 6.50 hrs. | $ 1,917.50 |
| 12/04/23 | Continued drafting cross examination outline for Kahrs. Communicated with team regarding status. | | |
| | James M. Salem | 2.80 hrs. | $ 1,134.00 |
| 12/05/23 | Emails and follow up re draft response letter to Judge Stanton re proposed order; email and call with K. Bunker and T. Baker re same; emails to R. Gruber and L. Moffatt re witness availability. | | |
| | Theodore C. Max | 3.70 hrs. | $ 2,497.50 |
| 12/05/23 | Worked on witness outlines; worked on exhibit issues; reviewed deposition transcripts. | | |
| | Dylan J. Price | 5.30 hrs. | $ 3,445.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 4 of 33

## FEE DETAIL

12/05/23    Conferred with H.J. Paik on trial preparation action items.  Reviewed case materials in connection with same.  Developed action item plans for pretrial items.

| Tyler E. Baker | 1.40 hrs. | $ 875.00 |
|---|---|---|

12/05/23    Revised appendices to letter in response to proposed trial scheduling order.

| Khirin A. Bunker | .60 hrs. | $ 386.10 |
|---|---|---|

12/05/23    Reviewed/analyzed deposition transcripts and drafted cross-examination outline; reviewed/analyzed WGACA documents for trial preparations; organized and compiled Chanel witness prep binders.

| Hyo Jin Paik | 3.90 hrs. | $ 1,150.50 |
|---|---|---|

12/05/23    Continued drafting cross examination outline for Kahrs.

| James M. Salem | 2.70 hrs. | $ 1,093.50 |
|---|---|---|

12/06/23    Conference call with D. Price, K. Bunker and T. Baker and follow up re draft letter to Judge Stanton re Proposed Order; emails and follow up re exhibits and declaration in opposition to order; follow up with witness scheduling and availability.

| Theodore C. Max | 3.80 hrs. | $ 2,565.00 |
|---|---|---|

12/06/23    Worked on witness outlines; reviewed and revised cross-examination witness outlines.

| Dylan J. Price | 3.60 hrs. | $ 2,340.00 |
|---|---|---|

12/06/23    Conferred with H.J. Paik on pretrial action items.  Performed legal research in connection with pretrial motions.

| Tyler E. Baker | 2.70 hrs. | $ 1,687.50 |
|---|---|---|

12/06/23    Outlined strategy in response to court's scheduling order.  Research, reviewed, and analyzed SDNY case law regarding standards for bifurcations.  Revised letter to Court.

| Khirin A. Bunker | 3.80 hrs. | $ 2,445.30 |
|---|---|---|

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          January 31, 2024
Theodore C. Max                                                                                                      Invoice 340084136
                                                                                                                          Page 5 of 33

## FEE DETAIL

12/06/23    Reviewed, compiled and QC'd trial exhibits; reviewed/analyzed deposition transcripts and drafted cross-examination outline; reviewed/revised letter and exhibits to Court re: proposed trial order;  organized and compiled Chanel witness prep binders; conferred with T. Max, T. Baker and K. Bunker re: case action items.

| | | |
|---|---|---|
| Hyo Jin Paik | 5.70 hrs. | $ 1,681.50 |

12/06/23    Continued drafting cross examination outline for H. Kahrs.

| | | |
|---|---|---|
| James M. Salem | 2.00 hrs. | $ 810.00 |

12/07/23    Emails and follow up re draft letter to Judge Stanton re Proposed Order; emails and follow up with K. Bunker re draft; emails and follow up with R. Gruber and L. Moffatt re J. Bravo; email and follow up with J. Pietrini and D. Price re same.

| | | |
|---|---|---|
| Theodore C. Max | 6.20 hrs. | $ 4,185.00 |

12/07/23    Telephone call with Ted Max re witness availability issues; Reviewed WGACA's response to Court's proposed order re trial procedure; Worked on Chanel's response to Court's proposed order;

| | | |
|---|---|---|
| Dylan J. Price | 3.90 hrs. | $ 2,535.00 |

12/07/23    Reviewed and revised letter to court regarding proposed trial order.  Performed legal research in connection with same.  Conferred with T. Max regarding same.  Continued pretrial motion work and conferred with H.J. Paik and J. Salem regarding same.

| | | |
|---|---|---|
| Tyler E. Baker | 3.90 hrs. | $ 2,437.50 |

12/07/23    Researched, reviewed, and analyzed SDNY case law to assess additional arguments against bifurcation.

| | | |
|---|---|---|
| Khirin A. Bunker | 2.00 hrs. | $ 1,287.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.  January 31, 2024
Theodore C. Max  Invoice 340084136
Page 6 of 33

## FEE DETAIL

12/07/23    Reviewed, compiled and QC'd trial exhibits; reviewed/analyzed deposition transcripts and drafted cross-examination outline; conducted legal research and reviewed/analyzed case law re: Court's proposed trial order; organized and compiled Chanel witness prep binders.

    Hyo Jin Paik    6.10 hrs.    $ 1,799.50

12/07/23    Completed draft of cross examination outline for H. Kahrs and provided to T. Max for review. Conducted research regarding late disclosure of witness. Drafted analysis for review.

    James M. Salem    2.20 hrs.    $ 891.00

12/07/23    Reviewed database; searched and retrieved exhibits; creation of electronic witness binders; indexed documents

    Lisa S. Rodriguez    4.00 hrs.    $ 1,386.00

12/08/23    Work on letter to Judge Stanton re Proposed Order re Bifurcation; emails and calls re same; emails and call with D. Price and J. Pietrini re same; follow up with T. Baker and K. Bunker re same; emails # and follow up call with L. Moffatt and R. Gruber with J. Pietirni and D. Price; emails and follow up with preparation of outlines for witnesses; email and follow up with C. Girardi of Renato Corti S.p.A.

    Theodore C. Max    5.10 hrs.    $ 3,442.50

12/08/23    Telephone conference with Ted Max re Joseph Bravo trial testimony; correspondence with Chanel re same; telephone conference with Robin Gruber, Ted Max, Lora Moffatt, and Dylan Price re Bravo testimony and trial preparation; review order on motions in limine; revise court's order re trial format; correspondence with opposing counsel re same; revise chart re motions in limine; revise letter to court re proposed trial schedule; revise proposed order; confer with Dylan Price re same; review Ted Max's revisions to court letter re trial; confer with Ted Max re same; review Joint Pre Trial Order; correspondence with C. Girardi re trial preparation.

    Jill M. Pietrini    4.80 hrs.    $ 3,240.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 7 of 33

## FEE DETAIL

12/08/23    Call with L. Moffatt and R. Gruber to discuss witness issues; reviewed and revised letter to Judge Stanton re trial procedure and bifurcation.

    Dylan J. Price                    5.40 hrs.              $ 3,510.00

12/08/23    Conferred with T. Max, H. Paik, and J. Salem on pretrial action items and related strategy.

    Tyler E. Baker                    .70 hrs.               $ 437.50

12/08/23    Prepared Shaugnessy cross-examination outline.

    Khirin A. Bunker                  .40 hrs.               $ 257.40

12/08/23    Reviewed and revised trial exhibits; conferred with T. Max, T. Baker, K. Bunker and J. Salem re: case action items; organized and compiled Chanel witness prep binders and conferred with L. Rodriguez re: the same.

    Hyo Jin Paik                      4.10 hrs.             $ 1,209.50

12/08/23    Participated in team check-in regarding status. Communicated with team regarding the same.

    James M. Salem                    .20 hrs.               $ 81.00

12/08/23    Reviewed database; searched and retrieved exhibits; creation of electronic witness binders; indexed documents

    Lisa S. Rodriguez                 7.50 hrs.             $ 2,598.75

12/10/23    Work on and review and revise draft letter to Judge Stanton re Proposed Order; emails and follow up with J. Pietrini and D. Price re same.

    Theodore C. Max                   1.60 hrs.             $ 1,080.00

12/10/23    Reviewed and revised letter to Judge Stanton; Prepared supporting declaration.

    Dylan J. Price                    1.80 hrs.             $ 1,170.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                  January 31, 2024
Theodore C. Max                                                                                         Invoice 340084136
                                                                                                        Page 8 of 33

## FEE DETAIL

| | | | |
|---|---|---|---|
| 12/10/23 | Reviewed/analyzed and cite-checked letter brief to Court re: proposed trial order and compiled exhibits thereto. | | |
| | Hyo Jin Paik | 1.50 hrs. | $ 442.50 |
| 12/11/23 | Work on, review and revise draft letter to Judge Stanton re Proposed Order re Motion In Limine and Bifurcation re Damages; emails and call with J. Pietrini and D. Price re same; emails and follow up re J. Bravo status and availability. | | |
| | Theodore C. Max | 5.30 hrs. | $ 3,577.50 |
| 12/11/23 | Corresponded with team re Chanel's response to Court's proposed order; Call with Bridget Russell re witness outlines; Reviewed and revised MIL chart; Reviewed case law re remote testimony and substitution of witnesses not identified in initial disclosures. | | |
| | Dylan J. Price | 2.30 hrs. | $ 1,495.00 |
| 12/11/23 | Conferred with T. Max, H.J. Paik, and K. Bunker on pretrial action items and related strategy. | | |
| | Tyler E. Baker | .60 hrs. | $ 375.00 |
| 12/11/23 | Prepared cross-examination outline for witness Shaughnessy. | | |
| | Khirin A. Bunker | 2.30 hrs. | $ 1,480.05 |
| 12/11/23 | Reviewed, compiled and revised trial exhibits; organized and compiled Chanel witness prep binders; reviewed/organized letter brief and exhibits to Court and assisted with filing the same. | | |
| | Hyo Jin Paik | 5.20 hrs. | $ 1,534.00 |
| 12/11/23 | Trial preparation; worked on and reviewed exhibits and declarations; creation of witness electronic binders and hard copy binders; indexed documents. | | |
| | Lisa S. Rodriguez | 8.50 hrs. | $ 2,945.25 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          January 31, 2024
Theodore C. Max                                                                                  Invoice 340084136
                                                                                                 Page 9 of 33

## FEE DETAIL

12/11/23        Prepared letter to Judge Stanton for e-mailing and e-mailed same.

                Bradley M. Rank                    .40 hrs.                    $  112.00

12/12/23        Email and follow up with P. Luigi Roncaglia and follow up re materials and
                preparation.; email and follow up re preparation of witnesses and witness preparation
                materials; emails and follow up re draft letter to Judge Stanton; call to D. Price re trial
                preparation and strategy.

                Theodore C. Max                    4.20 hrs.                   $ 2,835.00

12/12/23        Review order from Court re trial process; correspondence and confer with Andy Safir
                re same; revise Motion in Limine chart; confer with Dylan Price re same; confer with
                Monica Danner re Court order on trial.

                Jill M. Pietrini                   1.20 hrs.                   $  810.00

12/12/23        Corresponded with team re motion to permit Bravo to testify remotely; corresponded
                with Court re French interpreters; call with Hyo Jin Paik to discuss exhibits, trial tech
                and other pretrial tasks; worked on witness outlines.

                Dylan J. Price                     5.30 hrs.                   $ 3,445.00

12/12/23        Review depositions for license damage discussions and email re same.  Strategize with
                T. Max re witness outlines.  Email with Jill re witness availability.  Review order re
                trial.

                Bridget J. Russell                 4.40 hrs.                   $ 2,831.40

12/12/23        Outlined Rule 43 motion to permit remote testimony.

                Khirin A. Bunker                   .30 hrs.                    $  193.05

12/12/23        Reviewed, compiled and revised trial exhibits; organized and compiled Chanel witness
                prep binders; communicated with Trial Tech support team re: trial support.

                Hyo Jin Paik                       4.00 hrs.                   $ 1,180.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

| | | | |
|---|---|---|---|
| 12/12/23 | Reviewed exhibits and declarations; creation of witness electronic binders and hard copy binders; indexed exhibits to depositions for witnesses. | | |
| | Lisa S. Rodriguez | 3.50 hrs. | $ 1,212.75 |
| 12/13/23 | Conference call with C. Girardi re witness preparation and attendance; emails and calls re same with Chanel and D. Price and J. Pietrini; emails and follow up with L. Moffatt and R. Gruber re J. Bravo; work on and draft Declaration for Doctor re J. Bravo; email and follow up with J. Salem re appeal of Judge Stanton Decision re WGACA MIL No. 6. | | |
| | Theodore C. Max | 7.50 hrs. | $ 5,062.50 |
| 12/13/23 | Review translated doctor's note re C. Girardi condition; research re condition; review correspondence with Chanel re Bravo's condition; telephone conference with Chanel team re foregoing; telephone conference with Dylan Price and Ted Max re same; revise email to opposing counsel re Bravo and Girardi. | | |
| | Jill M. Pietrini | 1.50 hrs. | $ 1,012.50 |
| 12/13/23 | Conference call with client re witness issues; prepared email to opposing counsel re continuance of trial; reviewed Court's order granting WGACA's MIL No. 6 and telephone call with Ted Max re the same; worked on Adrienne Hahn witness outline. | | |
| | Dylan J. Price | 5.40 hrs. | $ 3,510.00 |
| 12/13/23 | █████████████████████████████ | █████████ | █████████ |
| 12/13/23 | Strategize re pre-trial preperation.  Email with opposing counsel re same.  Review Bravo outline.  Prepare N. Kohli prep materials. | | |
| | Bridget J. Russell | 4.80 hrs. | $ 3,088.80 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                     January 31, 2024
Theodore C. Max                                                                                            Invoice 340084136
                                                                                                          Page 11 of 33

## FEE DETAIL

12/13/23        Conferred with T. Max, B. Russell, H.J. Paik, and L. Rodriguez on trial prep items and
                related strategy.  Conferred with K. Bunker on motion for continuance.  Performed
                legal research in connection with motion for continuance.  Began drafting arguments
                for motion for continuance.

                        Tyler E. Baker                          5.10 hrs.                    $ 3,187.50

12/13/23        Researched, reviewed, and analyzed Second Circuit case law regarding standards for
                remote testimony at trial.  Conferred with litigation team regarding evidence necessary
                to support motion.

                        Khirin A. Bunker                        2.50 hrs.                    $ 1,608.75

12/13/23        Organized and compiled Chanel witness prep binders; reviewed trial exhibits;
                conferred with T. Max and V. Dua re: trial tech preparations matters; conferred with T.
                Max, D. Price, T. Baker, B. Russell and J. Salem re: trial preparation action items.

                        Hyo Jin Paik                            5.30 hrs.                    $ 1,563.50

12/13/23        Participated in team call regarding upcoming tasks and trial prep. Communicated with
                team regarding court's order on WGACA's  Motion In Limine No. 6.

                        James M. Salem                          1.30 hrs.                    $ 526.50

12/13/23        Reviewed exhibits and declarations; creation of witness electronic binders and hard
                copy binders; indexed exhibits to depositions for witnesses; team meeting

                        Lisa S. Rodriguez                       7.50 hrs.                    $ 2,598.75

12/13/23        Email communication w/ H. J. Park re: trial logistics (0.3). Attended zoom call w/ H. J.
                Park and T. Max to disuses trial prep logistics (0.4). Reviewed the video depositions to
                make a list of witnesses needed to be loaded in the evidence presentation database
                (0.5). Copied data (video depositions and trial exhibits) from the cloud storage to
                evidence presentation laptop, and QC'd and loaded all video depositions in the
                evidence presentation database (6.3).

                        Vineet M. Dua                           7.50 hrs.                    $ 2,868.75

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 12 of 33

## FEE DETAIL

12/14/23    Work on and prepare for trial with J. Pietrini and D. Price re trial and discussion of witnesses and evidence; emails and follow up re motion for reconsideration of Judge Stanton's Order re MIL No. 6; emails and follow up with J. Salem re same; emails and follow up with C. Girardi; emails and follow up  with R. Gruber and L. Moffatt re motion re testimony by video and declaration re J. Bravo re motion; emails re news story regarding case; emails and follow up with D. Price re discovery.

Theodore C. Max                          6.10 hrs.                          $ 4,117.50

12/14/23    Correspondence with Chanel team re witnesses and doctor's note re Bravo; telephone conference with Dylan Price and Ted Max re trial preparation and witnesses; revise chart of witnesses; revise motion in limine chart; correspondence with opposing counsel re continuance and trial subpoenas; telephone conference with Dylan Price re continuance and trial subpoenas.

Jill M. Pietrini                          3.70 hrs.                          $ 2,497.50

12/14/23    Reviewed letter from Joseph Bravo's medical doctor; Call with Ted Max and Jill Pietrini to discuss motions to continuance and clarification, trial preparation, and witness examinations; Reviewed Adrienne Hahn deposition testimony; Worked on witness outline; Corresponded with Ms. Hahn re testimony preparation.

Dylan J. Price                          5.80 hrs.                          $ 3,770.00

12/14/23    Conferred with T. Max on argument points and fact issues for motion for continuance. Continued with legal research in connection with same.

Tyler E. Baker                          2.40 hrs.                          $ 1,500.00

12/14/23    Researched, reviewed, and analyzed case law to assess standards and evidentiary requirements to suport motion for continuance.  Outlined arguments in support of same.

Khirin A. Bunker                          2.00 hrs.                          $ 1,287.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          January 31, 2024
Theodore C. Max                                                                                 Invoice 340084136
                                                                                               Page 13 of 33

## FEE DETAIL

12/14/23    Organized, compiled and assembled Chanel witness prep binders and conferred with L. Rodriguez re: the same; reviewed/QC'd trial exhibits; conferred V. Dua and M. Danner re: trial exhibits and technological support issues; reviewed/analyzed WGACA documents and compiled materials for demonstratives and other trial prep materials.

            Hyo Jin Paik                        7.50 hrs.                    $ 2,212.50

12/14/23    Conducted research regarding exclusion of summary judgment ruling from trial. Drafted analysis for team review. Began conducting follow-up research.

            James M. Salem                      3.70 hrs.                    $ 1,498.50

12/14/23    Reviewed exhibits and declarations; creation of witness electronic binders and hard copy binders; indexed exhibits to depositions for witnesses

            Lisa S. Rodriguez                   12.50 hrs.                   $ 4,331.25

12/14/23    Email communication and Zoom call w/ H.J. Paik and M. Danner re: trial prep logistics (1.1)

            Vineet M. Dua                       1.10 hrs.                    $ 420.75

12/15/23    Conference call re preparation and work on motion for continuance; conference call with T. Baker and K. Bunker re motion for reconsideration and reargument; discussion re form of motion and Judge Stanton's Individual Rules; conference call with L. Moffatt and R. Gruber with D. Price re status of motions; send out materials for preparation to A. Gaudet, J. Green, C. Girardi, J. Bravo, A. Hahn, L. Moffatt, J. Bleys and N. Kohli; calls to D. Price and B. Russell re follow up on Judge Stanton's previous orders re sealing.

            Theodore C. Max                     7.90 hrs.                    $ 5,332.50

12/15/23    Review summary of discussions between Ted Max and Chanel re continuance, Puck article, jury consultant, and appellate attorney participation; confer with Dylan Price re same; review Puck article and correspondence with Chanel and Ted Max re same.

            Jill M. Pietrini                    1.30 hrs.                    $ 877.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    January 31, 2024
Theodore C. Max                                                                                              Invoice 340084136
Page 14 of 33

## FEE DETAIL

12/15/23    Worked on witness outlines in preparation for trial.

     Dylan J. Price                    4.60 hrs.                    $ 2,990.00

12/15/23    Conferred with B. Rank on motion for continuance procedural issues.  Conferred with
            T. Max and H.J. Paik on potential motion for sanctions and performed fact and legal
            research in connection with same.  Revised draft motion for continuance and conferred
            with K. Bunker regarding same.  Conferred with T. Max, D. Price. H.J. Paik, and K.
            Bunker on motion strategy and trial prep items.    Conferred with T. Max and K.
            Bunker on motion for continuance fact updates and related argument strategy.

     Tyler E. Baker                    4.20 hrs.                    $ 2,625.00

12/15/23    Drafted motion for continuance.  Outlined strategy for continuance and/or application
            for remote testimony in light of additional facts regarding unavailability of witnesses.
            Researched, reviewed, and analyzed case law regarding medical issues to assess
            requirements for motion for continuance.

     Khirin A. Bunker                  4.90 hrs.                    $ 3,153.15

12/15/23    Organized, compiled and assembled Chanel witness prep binders and prepared emails
            to Chanel re: the same; reviewed trial exhibits; reviewed/analyzed WGACA documents
            and compiled materials for demonstratives and other trial prep materials.

     Hyo Jin Paik                      7.00 hrs.                    $ 2,065.00

12/15/23    Continued follow-up research. Drafted analysis for review.

     James M. Salem                    2.00 hrs.                    $ 810.00

12/15/23    Email communication w/ H.J. Paik re: travel and trial support logistics, and opening
            demonstratives (0.3). Email communication w/ M. Danner re: trial exhibits (0.1).
            Downloaded, reviewed, and loaded the updated trial exhibits in the evidence
            presentation database (0.4).

     Vineet M. Dua                     .80 hrs.                     $ 306.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 12/17/23 | Worked on Adrienne Hahn witness outline and exhibits. | | |
| | Dylan J. Price | 3.50 hrs. | $ 2,275.00 |
| 12/17/23 | Emailed with K. Bunker regarding motion for continuance points.  Reviewed and revised updated draft.  Emailed with T. Max and D. Price regarding same. | | |
| | Tyler E. Baker | 1.60 hrs. | $ 1,000.00 |
| 12/17/23 | Revised motion for continuance to include arguments in the alternative for remote testimony.  Outlined additional evidentiary needs. | | |
| | Khirin A. Bunker | 1.60 hrs. | $ 1,029.60 |
| 12/17/23 | Organized and compiled witness prep materials for Chanel's expert witnesses; reviewed/analyzed trial exhibits; reviewed/analyzed potential impeachment testimony for WGACA witnesses. | | |
| | Hyo Jin Paik | 2.20 hrs. | $ 649.00 |
| 12/18/23 | Work on and follow up re motion for reconsideration and reargument; emails and follow up call with C. Girardi re medical declaration from doctor; email and follow up regarding motion for continuance and remote video testimony; emails to C. Girardi and J. Bravo; emails to J. Pietrini and B. Russell re preparation materials for Safir and Franklyn; emails and follow up with J. Bleys re preparation. | | |
| | Theodore C. Max | 7.40 hrs. | $ 4,995.00 |
| 12/18/23 | Call with Ted Max to discuss witness issues and pre-trial motion strategy; worked on Adrienne Hahn witness outline and exhibits. | | |
| | Dylan J. Price | 6.10 hrs. | $ 3,965.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 16 of 33

## FEE DETAIL

12/18/23    Conferred with T. Max, H.J.  Paik, K. Bunker, and J. Salem regarding motion for continuance, motion for reconsideration, and potential motion for sanctions. Performed legal research in connection with same.  Revised draft motion for continuance.

Tyler E. Baker                          2.20 hrs.                    $ 1,375.00

12/18/23    Outlined strategy and recommendations in response to WGACA's public disclosure of confidential information and evaluation of potential motion for sanctions.

Khirin A. Bunker                        .60 hrs.                    $ 386.10

12/18/23    Conferred with T. Max, T. Baker, K. Bunker and J. Salem re: trial preparation actions items; reviewed/analyzed documents and prepared for trial demonstratives; reviewed/revised cross examination outlines; conferred with T. Max, D. Price and V. Dua re: trial tech issues.

Hyo Jin Paik                            5.80 hrs.                    $ 1,711.00

12/18/23    Began drafting motion for reconsideration of court's order on WGACA's Motion In Limine No. 6. Participated in team call regarding case status and outstanding tasks. Located exhibits objected to by WGACA and created repository of the same for witness outlining purposes. Provided repository to T. Max.

James M. Salem                          1.70 hrs.                    $ 688.50

12/18/23    Reviewed email correspondence;  called V. Dua regarding his request with the Seth Weisser outline and insertion of deposition transcript testimony for specific page and line numbers

Lisa S. Rodriguez                       5.00 hrs.                    $ 1,732.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 17 of 33

## FEE DETAIL

12/18/23    Email communication w/ H. J. Paik and L. Rodriguiz re: cross outlines (0.3). Reviewed the cross outlines of, Kahrs, Pittaoulis, Rosado, Rubin, Weisser, Parker, Li, and Drukh, to see if the impeachment excerpts are too long (or still in draft) and reported back to H.J. Paik (1.2). Created the impeachment depo excerpts of Kahrs and Rubin, as per the cross examination outline (5.9). Attended Zoom call w/ H.J. Paik to discuss the issues with impeachment designations and process to QC them (0.5). Teams call w/ L. Rodriguez re: embedding the text from transcript in the cross outline of Seth Weisser (0.1).

|  |  |  |
|---|---|---|
| Vineet M. Dua | 7.90 hrs. | $ 3,021.75 |

12/19/23    Emails and follow up with J. Bravo and C. Girardi re medical condition; email and follow up with T. Baker and K. Bunker re motion for a continuance; emails and follow up re possible motion for sanctions re disclosure; work on and revise Girardi Declaration; conference call with Video Tech team; emails and follow up re motion for reconsideration of decision re MIL No. 6; work on and prepare J. Bravo Outline.

|  |  |  |
|---|---|---|
| Theodore C. Max | 7.70 hrs. | $ 5,197.50 |

12/19/23    Begin review of Robin Gruber Deposition - Day 1; review correspondence with Girardi and Bravo re health issues; correspondence with Robin Gruber re Ms. Gaudet's trial availability.

|  |  |  |
|---|---|---|
| Jill M. Pietrini | 1.10 hrs. | $ 742.50 |

12/19/23    Call with client to discuss pre-trial motions, trial prep and witness issues; call with trial tech re courtroom technology; corresponded with opposing counsel re trial issues; worked on Adrienne Hahn witness outline.

|  |  |  |
|---|---|---|
| Dylan J. Price | 7.80 hrs. | $ 5,070.00 |

12/19/23    █████████████████████████████████
████████████████████████████████
███████████████

████████        ████████        ████████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 18 of 33

## FEE DETAIL

| 12/19/23 | Conferred with T. Max, D. Price, and K. Bunker on potential sanctions motion. Analyzed fact materials in connection with same.  Revised draft motion for continuance/remote testimony and emailed with T. Max and D. Price regarding same. |

| Tyler E. Baker | 1.40 hrs. | $ 875.00 |

| 12/19/23 | Prepared cross-examination outline for D. Shaughnessy. |

| Khirin A. Bunker | 1.30 hrs. | $ 836.55 |

| 12/19/23 | Reviewed/analyzed documents and prepared for trial demonstratives; reviewed/revised cross examination outlines; assisted with witness preparations; conferred with T. Max, D. Price and V. Dua re: trial tech issues. |

| Hyo Jin Paik | 6.90 hrs. | $ 2,035.50 |

| 12/19/23 | Completed initial draft of motion for reconsideration of court's order on WGACA's Motion In Limine No. 6. Provided to team for review. |

| James M. Salem | 3.90 hrs. | $ 1,579.50 |

| 12/19/23 | Trial preparation; email correspondence; insertion of deposition transcript testimony for specific page and line numbers |

| Lisa S. Rodriguez | 7.50 hrs. | $ 2,598.75 |

| 12/19/23 | Reviewed Judge's Stanton's rules re deposition transcript designations for trial; reviewed calendar re same; conferred with H.J. Paik re same. |

| Bradley M. Rank | .30 hrs. | $ 84.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 19 of 33

## FEE DETAIL

12/19/23    Email communication w/ H. J. Paik re: update on impeachment excerpts creation (0.1). Email communication w/ D. Price re: contacting the opposing side's trial technology person to coordinate courtroom technology setup (0.1) Attended zoom call w/ the opposing side's trial technology person to coordinate courtroom technology setup (0.2). Attended zoom call w/ D. Price, T. Max, and H. J. Paik to discuss the courtroom technology setup (0.7). Zoom call w/ H. J. Paik re: courtoom equipment list and exhibit blowups (0.2). Created the impeachment depo excerpts of Parker and Drukh, as per the cross examination outline (7.4)

Vineet M. Dua                    8.70 hrs.                    $ 3,327.75

12/20/23    Revise motion for continuance; confer with Ted Max and Dylan Price re same; telephone conference with Dylan Price re same, trial witnesses, and strategy.

Jill M. Pietrini                    1.50 hrs.                    $ 1,012.50

12/20/23    Reviewed and revised motion to continue; telephone call with Ted Max re pre-trial materials and witness prep logistics; telephone call with Jill Pietrini re pre-trial issues; worked on Adrienne Hahn witness outline; reviewed Lora Moffatt deposition transcripts; call with trial tech re video clips for impeachment.

Dylan J. Price                    8.60 hrs.                    $ 5,590.00

12/20/23    Conferred with K. Bunker and T. Max on motion for reconsideration.  Revised draft.

Tyler E. Baker                    1.80 hrs.                    $ 1,125.00

12/20/23    Revised motion for continuance.  Revised motion for reconsideration of motion in limine number six.  Reviewed case file and docket to assess information for motion for reconsideration.

Khirin A. Bunker                    3.20 hrs.                    $ 2,059.20

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 20 of 33

## FEE DETAIL

12/20/23    Communicated with TransPerfect re: Italian translation; conferred with V. Dua re: trial tech issues; reviewed/revised cross examination outlines; reviewed/analyzed documents in preparation for demonstratives for the trial; conferred with T. Max, T. Baker and K. Bunker re: trial preparations; communicated with Chanel re: witness prep sessions.

|  | Hyo Jin Paik | 7.00 hrs. | $ 2,065.00 |

12/20/23    Trial preparation; email correspondence; searched and retrieved documents; insertion of deposition transcript testimony for specific page and line numbers.

|  | Lisa S. Rodriguez | 4.50 hrs. | $ 1,559.25 |

12/20/23    Email communication w/ H. J. Paik and L. Rodriguez re: Ex. 1234 enlargement (0.1) Created the demonstrative of Ex. 1234, as directed, to be enlarged on an exhibit board for opening (0.7). Email communication w/ H. J. Paik re: Bober and Shaughnessy Cross outlines (0.1). Telephone communication w/ H. J. Paik re: enlargement demonstratives for exhibit 1234 and war room setup logistics (0.4). Email communication w/ D. Price and L. Rodriguez re: Weisser cross outline (0.2). Email communication and Teams call w/ M. Danner re: trial exhibit production (0.5). Email communication with the trial team re: war room setup (0.4).

|  | Vineet M. Dua | 2.30 hrs. | $ 879.75 |

12/21/23    Telephone conference with Chanel team, Dylan Price, and Ted Max re trial preparation and witnesses; revise motion for continuance; correspondence with opposing counsel re witnesses testifying live at trial; confer with Dylan Price and Ted Max re same; confer with Monica Danner re exhibit list; revise motion for reconsideration of Motion in Limine 6; confer with Dylan Price re same.

|  | Jill M. Pietrini | 4.40 hrs. | $ 2,970.00 |

12/21/23    Reviewed Lora Moffatt deposition transcripts; call with client re trial prep; reviewed and revised motion to continue; reviewed and revised motion for reconsideration.

|  | Dylan J. Price | 9.80 hrs. | $ 6,370.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 21 of 33

## FEE DETAIL



| 12/21/23 | Review witness cross-examination outline and revise F. Bober and J. Green outlines. | | |
|---|---|---|---|
| | Bridget J. Russell | 9.80 hrs. | $ 6,306.30 |

12/21/23    Conferred with K. Bunker on continuance and reconsideration motions.  Conferred with T. Max and K. Bunker regarding motions strategy points, including letter motion and order to show cause options.  Reviewed judge's rules in connection with same.  Conferred with B. Rank in connection with same.  Revised motion documents and prepared supporting documents.  Revised declaration and exhibits.  Finalized motion for continuance papers and coordinated with K. Bunker and clerk's office in connection with filing.

Tyler E. Baker            6.70 hrs.            $ 4,187.50

12/21/23    Revised and finalized letter and motion for continuance.  Attention to filing of same.  Revised motion for reconsideration of Motion In Limine Number six.  Conferred with litigation team regarding same.  Revised D. Shaughnessy cross-examination outline.

Khirin A. Bunker          4.80 hrs.            $ 3,088.80

12/21/23    Reviewed/revised cross examination outlines; reviewed trial exhibits; conferred with L. Rodriguez, M. Danner and V. Dua re: trial preparations; assisted with motion for continuance filing.

Hyo Jin Paik              6.60 hrs.            $ 1,947.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 22 of 33

## FEE DETAIL

12/21/23    Email correspondence with team;  searched and retrieved documents; call the Arriva
translation company to discuss French and Italian interpreters for upcoming trial;
confirming cost per hour and reservation of services; telephone conference with H.
Paik regarding trial; team meeting with V. Dua;  M. Danner and H.J. Paik re: logistics.

Lisa S. Rodriguez                6.00 hrs.                $ 2,079.00

12/21/23    Conferred with team re motion to adjourn trial and motion for reconsideration and
discussed various procedural issues relating to same.   E-filed motion for trial
continuance.

Bradley M. Rank                1.00 hrs.                $ 280.00

12/21/23    Attended zoom call w/ trial support team (H. J. Paik, M. Danner, and L Rodriguez) re:
trial support logistics, vendor setup for printing, etc. (0.7). Attended Teams call w/
print vendor (TransPerfect) in NY to discuss our printing needs during trial (0.4).

Vineet M. Dua                1.10 hrs.                $ 420.75

12/22/23    Review order denying motion for continuance; further revisions to Motion for
Reconsideration of Motion in Limine Order 6; confer with Dylan Price re same;
correspondence with jury consultant; correspondence with Claudio Girardi re denial of
continuance and potential change of surgery date.

Jill M. Pietrini                3.50 hrs.                $ 2,362.50

12/22/23    Reviewed and revised motion for reconsideration re WGACA's MIL No. 6, Supporting
Declaration and Order to Show Cause; continued review deposition transcripts and
preparation of witness outlines.

Dylan J. Price                7.20 hrs.                $ 4,680.00

12/22/23    ███████████████████████████████████████████████
████████████

████████████        ████████        ████████

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    January 31, 2024
Theodore C. Max                                                                                             Invoice 340084136
                                                                                                          Page 23 of 33

## FEE DETAIL

| | | | |
|---|---|---|---|
| 12/22/23 | Email re errata and depositions and review emails re same.  Continue revising J. Green and N. Kohli witness outlines. | | |
| | Bridget J. Russell | 4.20 hrs. | $ 2,702.70 |
| 12/22/23 | Reviewed Court Order on continuance motion.  Reviewed and revised draft motion for consideration.  Conferred with T. Max and H. Paik regarding filing.  Coordinated with H.J. Paik on finalization of motion materials. | | |
| | Tyler E. Baker | 1.40 hrs. | $ 875.00 |
| 12/22/23 | Reviewed/revised cross examination outlines; reviewed trial exhibits; cite-checked brief re: WGACA's Motion In Limine No. 6. | | |
| | Hyo Jin Paik | 3.40 hrs. | $ 1,003.00 |
| 12/22/23 | Began conducting research relating to objections to exhibits and drafting legal points in objection chart. | | |
| | James M. Salem | .30 hrs. | $ 121.50 |
| 12/22/23 | Trial preparation and assemble materials for trial. | | |
| | Lisa S. Rodriguez | 2.40 hrs. | $ 831.60 |
| 12/22/23 | Confer with D. Price re filing motion to reargue. | | |
| | Bradley M. Rank | .30 hrs. | $ 84.00 |
| 12/22/23 | Email communication w/ H.J. Paik, M. Danner, and L. Rodriguez re: sharing trial exhibits with opposing side (0.3) and trial continuance (0.1). | | |
| | Vineet M. Dua | .40 hrs. | $ 153.00 |
| 12/25/23 | Draft Ambria Mische outline. | | |
| | Bridget J. Russell | 4.40 hrs. | $ 2,831.40 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    January 31, 2024
Theodore C. Max                                                                                            Invoice 340084136
                                                                                                         Page 24 of 33

## FEE DETAIL

12/26/23    Correspondence with jury consultant; confer with Bridget Russell re documents needed
            for jury consultant; review order re hearing on Chanel's motion for reconsideration;
            review profile of Judge Clarke; confer with Ted Max and Dylan Price re same;
            correspondence with Pier Luigi Rocanglia re trial testimony.

            Jill M. Pietrini                    1.70 hrs.                    $ 1,147.50

12/26/23    Worked on trial prep and witness outlines.

            Dylan J. Price                      6.60 hrs.                    $ 4,290.00

12/26/23    ████████████████████████████████████████████
            ████████████████████████████

            ████████            ████████            ████████

12/26/23    Draft Ambria Mische outline and Jennifer Bleys outline.

            Bridget J. Russell                  4.10 hrs.                    $ 2,638.35

12/26/23    Prepared D. Shaughnessy cross-examination outline.  Reviewed and analyzed
            deposition transcript to prepare outline.

            Khirin A. Bunker                    5.80 hrs.                    $ 3,732.30

12/26/23    Reviewed/analyzed trial exhibits; reviewed/revised cross examination outlines; drafted
            equipment list to be submitted to the Court; reviewed/analyzed documents and
            compiled documents re:  demonstratives and other trial prep materials for the team.

            Hyo Jin Paik                        5.30 hrs.                    $ 1,563.50

12/26/23    Conducted research related to exhibit objections. Drafted analysis of the same and
            completed initial draft of chart with legal points for objections to exhibits.

            James M. Salem                      7.50 hrs.                    $ 3,037.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

## FEE DETAIL

| | | | |
|---|---|---|---|
| 12/27/23 | Review Court's order re hearing on emergency motion and opposing counsel's response thereto; confer with Ted Max and Dylan Price re same; correspondence with Rick Fuentes re help with jury selection; telephone conference with Rick Fuentes re same; confer with Ted Max and Dylan Price re same; correspondence with Claudio Girardi re trial testimony; correspondence with Chanel re engaging Rick Fuentes; review order on motion to dismiss, transcript of pre trial conference, and order re counterfeit goods; correspondence with opposing counsel re exhibit list; telephone conference with Dylan Price re same; correspondence with Andy Safir re pre-trial conference transcript and damages; telephone conference with Monica Danner re exhibit list. | | | |
| | Jill M. Pietrini | 5.30 hrs. | $ 3,577.50 |
| 12/27/23 | Worked on trial preparation, witness outlines, trial logistics and witness order. | | | |
| | Dylan J. Price | 8.90 hrs. | $ 5,785.00 |
| 12/27/23 | ████████████████████████████████ ████████████ | | | |
| | ████████ | ████████ | ████████ |
| 12/27/23 | Draft Ambria Mische and Jennifer Bleys outline. | | | |
| | Bridget J. Russell | 6.40 hrs. | $ 4,118.40 |
| 12/27/23 | Conferred with T. Max, K. Bunker, and H.J. Paik regarding trial preparation issues and strategy. | | | |
| | Tyler E. Baker | 1.30 hrs. | $ 812.50 |
| 12/27/23 | Prepared D. Shaughnessy cross-examination outline. Reviewed and analyzed deposition transcript to prepare outline. Assessed go-forward strategy regarding trial preparation. | | | |
| | Khirin A. Bunker | 7.70 hrs. | $ 4,954.95 |

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 26 of 33

## FEE DETAIL

12/27/23    Reviewed/analyzed trial exhibits; reviewed/revised cross examination outlines; drafted equipment list to be submitted to the Court; reviewed/analyzed documents and compiled documents re:  chronology and other trial prep materials for the team; conferred with T. Max, T. Baker, K. Bunker and J. Salem re: trial preparations.

   Hyo Jin Paik                     7.50 hrs.                $ 2,212.50

12/27/23    Participated in team meeting regarding case status and current tasks. Conducted research regarding untimely errata and scope of permitted changes in errata. Drafted analysis for review.

   James M. Salem                   2.30 hrs.                $  931.50

12/27/23    Trial preparation; reviewed email correspondence; sent email regarding M. Rosado audio/video sync deposition correction; emailed M. Regina regarding matter.

   Lisa S. Rodriguez                4.00 hrs.                $ 1,386.00

12/27/23    ███████████████████████████

   ████████████                  ██████                    ████████

12/27/23    Email communication w/ H.J. Paik re: Sun Li impeachment excerpts (0.1). Email communication w/ D. Price and H.J. Paik re: Weisser, Bober, and Shaughnessy Cross outlines (0.2). Created impeachment excerpts of Sun Li, as per the cross-examination outline (5.4). Email communication w/ trial team re: Personal Device Order form for equipment needed in courtroom during trial (0.2).

   Vineet M. Dua                    5.90 hrs.                $ 2,256.75

12/28/23    Correspondence with Joseph Bravo re trial testimony; confer with Ted Max and Dylan Price re same and order of witnesses at trial; telephone conference with Dylan Price re Joyce Green testimony and testimony of Lora Moffatt; confer with Ted Max and Dylan Price re Bober's testimony and binding effect thereof.

   Jill M. Pietrini                 1.60 hrs.                $ 1,080.00

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          January 31, 2024
Theodore C. Max                                                                                  Invoice 340084136
                                                                                                 Page 27 of 33

## FEE DETAIL

12/28/23     Worked on Lora Moffatt witness outline; reviewed and revised Adrienne Hahn witness
             outline; reviewed prior declarations submitted by Ms. Moffatt; reviewed Nidhi Kohli
             deposition testimony; calls with Ted Max and Jill Pietrini re trial prep; performed
             research re business records exception and authentication procedures for business
             records.

                 Dylan J. Price                    9.60 hrs.                    $ 6,240.00

12/28/23     Prepared D. Shaughnessy cross-examination outline.  Reviewed and analyzed
             deposition transcript to prepare outline.

                 Khirin A. Bunker                  6.90 hrs.                    $ 4,440.15

12/28/23     Reviewed/analyzed and QC'd trial exhibits; reviewed/revised cross examination
             outlines; reviewed/analyzed documents and compiled documents re:  chronology and
             other trial prep materials for the team.

                 Hyo Jin Paik                      6.20 hrs.                    $ 1,829.00

12/28/23     Trial preparation - reviewed email correspondence; reviewed M. Rosado depositions
             identifying court reporting company; reviewed myVeritext database; call and email to
             Veritext regarding issue with the audio and  video out of syncs for February 2021
             deposition; called US Legal regarding missing transcript of November 2022 fro M.
             Rosado; emailed US Legal; received emails from V. Duo regarding the Rosado
             depositions

                 Lisa S. Rodriguez                 4.50 hrs.                    $ 1,559.25

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    January 31, 2024
Theodore C. Max    Invoice 340084136
Page 28 of 33

## **FEE DETAIL**

| | | |
|---|---|---|
| 12/28/23 | Email and phone communication w/ H.J. Paik re: impeachment excerpts of Marcos Rosado (0.1). Email communication w/ H.J. Paik, L. Rodriguez and the courtreporting agency re: the audio/video synchronization issue with Marcos Rosado 2/2/21 depo and missing video deposition from Nov. 2022  (0.4). Created impeachment excerpts of Marco Rosado (2/2/21 depo), as per the cross-examination outline (3.5). Email communication w/ NY-IST team re: printer setup in the attorney room in the courthouse (0.3). Email communication w/ H.J. Paik re: Devyn Shaughnessy impeachment excerpts (0.1). Started creating the impeachment excerpts of Devyn Shaughnessy, as per the first draft of the cross-examination outline (3.1). | |

| | | |
|---|---|---|
| | Vineet M. Dua | 7.50 hrs. | $ 2,868.75 |

| | | |
|---|---|---|
| 12/29/23 | Review deposition transcript - day 1 - of Robin Gruber; review additional exhibit for defendant's website; confer with Monica Danner re same; confer with Ted Max and Dylan Price re Bober testimony, Weisser subpoena and inspection of defendant's bags, and trial testimony of Li; correspondence with opposing counsel re exhibits. | |

| | | |
|---|---|---|
| | Jill M. Pietrini | 5.50 hrs. | $ 3,712.50 |

| | | |
|---|---|---|
| 12/29/23 | Worked on witness outlines; Reviewed cross examination outlines to flag testimony for impeachment video clips; Revised trial subpoena for Seth Weisser; Prepared for trial. | |

| | | |
|---|---|---|
| | Dylan J. Price | 10.80 hrs. | $ 7,020.00 |

12/29/23    ██████████████████████

██████    ██████    ██████

| | | |
|---|---|---|
| 12/29/23 | Researched, reviewed, and analyzed case law relating to 30(b)(6) witnesses to assess presentation of corporate witness evidence.  Drafted summary of research to inform next steps in connection with trial preparation.  Began preparing cross-examination outline for Mische. | |

| | | |
|---|---|---|
| | Khirin A. Bunker | 4.60 hrs. | $ 2,960.10 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

12/29/23    Reviewed/analyzed and revised trial exhibits and communicated with WGACA's counsel re: the same; reviewed/revised WGACA's trial exhibit set; reviewed/analyzed documents and compiled documents re:  chronology and other trial prep materials for the team.

Hyo Jin Paik                    4.80 hrs.                    $ 1,416.00

12/29/23    Trial preparation - reviewed emails; searched and retrieved electronic documents; email to court reporting companies regarding depositions not syncing with audio video

Lisa S. Rodriguez               4.00 hrs.                    $ 1,386.00

12/29/23    Email and phone communication w/ H. J. Paik re: impeachment excerpts of Melissa Pittaoulis (0.1) Email communication w/ H. J. Paik re: courtroom printer authorization and re: prepping the impeachment excerpts over the new year break (0.2). Continued to create the impeachment excerpts Devyn Shaughnessy, as per the first draft of cross-examination outline (8.9).

Vineet M. Dua                   9.20 hrs.                    $ 3,519.00

12/30/23    Worked on Devyn Shaughnessy testimony outline; Reviewed additional exhibits; Worked on opening statement outline.

Dylan J. Price                  9.20 hrs.                    $ 5,980.00

12/30/23    Finished creating the impeachment excerpts of Devyn Shaughnessy, as per the final cross-examination outline received from D. Price (2.9).

Vineet M. Dua                   3.00 hrs.                    $ 1,147.50

12/31/23    Worked on Moffatt, Parker and Shaughnessy outlines; Prepared trial materials for shipment to NYC.

Dylan J. Price                  6.20 hrs.                    $ 4,030.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    January 31, 2024
Theodore C. Max    Invoice 340084136
    Page 30 of 33

## FEE DETAIL

12/31/23    Email communication w/ court reporting agency re: Marcos Rosado's 2/2/21 depo issue with audio and video synchronization (0.2), and email communication w/ D. Price re: revisions for impeachment excerpts of Devyn Shaughnessy's cross-examination (0.1). Made revisions to Devyn Shaughnessy's impeachment excerpts, according to the revised cross outline received from D. Price (2.2).

Vineet M. Dua    2.50 hrs.    $ 956.25

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 73.80 | $ 675.00 | $ 49,815.00 |
| Jill M. Pietrini | 37.80 | $ 675.00 | $ 25,515.00 |
| Dylan J. Price | 151.00 | $ 650.00 | $ 98,150.00 |
| ███████ | ███ | ███████ | ██████ |
| Bridget J. Russell | 38.10 | $ 643.50 | $ 24,517.35 |
| Tyler E. Baker | 39.00 | $ 625.00 | $ 24,375.00 |
| Khirin A. Bunker | 60.60 | $ 643.50 | $ 38,996.10 |
| Hyo Jin Paik | 116.00 | $ 295.00 | $ 34,220.00 |
| James M. Salem | 32.60 | $ 405.00 | $ 13,203.00 |
| ███████ | ███ | ███████ | ██████ |
| Lisa S. Rodriguez | 81.40 | $ 346.50 | $ 28,205.10 |
| Bradley M. Rank | 2.10 | $ 280.00 | $ 588.00 |
| Vineet M. Dua | 57.90 | $ 382.50 | $ 22,146.75 |

**Total Fees for Professional Services**    **$ 370,987.60**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 12/15/23 | L.Rodriguez-Uber - Late night | 87.42 |
| 12/15/23 | V.Dua-Airfare 1/3/24-1/26/24 for trial support services. | 698.75 |
| 12/24/23 | NPD Logistics - Inv#1472-4063 - Messenger services 12/22/23 order #259.122223 to US District Court, So. District | 19.99 |
| 12/31/23 | E-Discovery Monthly Data Hosting Fees, 184.27 Gigabytes. | 3,685.39 |
| 12/11/23 | Federal Express on 12/11/23 | 109.85 |
| 12/15/23 | Federal Express on 12/15/23 | 96.10 |
| 12/15/23 | Federal Express on 12/15/23 | 26.46 |
| 12/15/23 | Federal Express on 12/15/23 | 23.01 |
| 12/20/23 | Federal Express on 12/20/23 | 105.04 |
| 12/26/23 | Federal Express on 12/26/23 | 84.56 |
| 12/26/23 | Federal Express on 12/26/23 | 95.48 |
| 12/26/23 | Federal Express on 12/26/23 | 84.56 |
| 12/26/23 | Federal Express on 12/26/23 | 30.64 |
| 12/27/23 | Federal Express on 12/27/23 | 45.19 |
| 12/27/23 | Federal Express on 12/27/23 | 25.08 |
| 12/27/23 | Federal Express on 12/27/23 | 34.34 |
| 12/27/23 | Federal Express on 12/27/23 | 38.04 |
| 12/15/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 12/31/2023 | 6.00 |
| 12/29/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 12/31/2023 | 90.40 |
| 12/18/23 | L.Rodriguez-Uber - Late night working on Chanel matter | 66.96 |
| 12/06/23 | V.Dua-Needed additional external monitor to video evidence presentation on the counsel table in courtroom due to number of attorneys at the counsel table. | 257.03 |
| 12/31/23 | Transperfect Translations International - Inv#2991934 - Translation Italian to English | 250.00 |
| 12/04/23 | Westlaw research by Paik, Hyo Jin, on 12/4/2023. | 464.40 |
| 12/07/23 | Westlaw research by Price, Dylan, on 12/7/2023. | 784.80 |
| 12/07/23 | Westlaw research by Salem, James, on 12/7/2023. | 630.00 |
| 12/07/23 | Westlaw research by Paik, Hyo Jin, on 12/7/2023. | 1,558.80 |
| 12/13/23 | Westlaw research by Baker, Tyler, on 12/13/2023. | 696.60 |
| 12/14/23 | Westlaw research by Salem, James, on 12/14/2023. | 2,487.60 |
| 12/15/23 | Westlaw research by Salem, James, on 12/15/2023. | 1,953.00 |
| 12/21/23 | Westlaw research by Baker, Tyler, on 12/21/2023. | 464.40 |
| 12/26/23 | Westlaw research by Salem, James, on 12/26/2023. | 3,947.40 |
| 12/27/23 | Westlaw research by Salem, James, on 12/27/2023. | 795.60 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 32 of 33

**Total Disbursements**                                      **$ 19,742.89**

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

January 31, 2024
Invoice 340084136
Page 33 of 33

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 12/18/23 | 340082818 | 163,582.84 | 158,725.30 | 4,857.54 | 0.00 | 0.00 | 0.00 | $ 163,582.84 |
| | | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | $ 163,582.84 |
| | | | | | Interest on Outstanding A/R | | | 0.00 |
| | | | | | Fees and Disbursements Due for this Invoice | | | 390,730.49 |
| | | | | | **Total Due For This Matter** | | | **$ 554,313.33** |

**Apr. 2024 Invoice**

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                          SMRH Tax ID 95-1463164
Head of Intellectual Property                                         April 19, 2024
Chanel USA, Inc.                                              Invoice 340087501
9 W. 57th Street
New York, NY 10019

Our Matter No.     18WZ-264490
                   Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:      Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2024

| | | |
|---|---|---|
| Current Fees | $ 86,492.65 | |
| Current Disbursements | $ 49,110.49 | |
| Total Current Activity | | $ 135,603.14 |
| Total Due for This Invoice | | $ 135,603.14 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                        SMRH Tax ID 95-1463164
Head of Intellectual Property                                       April 19, 2024
Chanel USA, Inc.                                           Invoice 340087501
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2024

| | |
|---|---|
| Current Fees | $ 86,492.65 |
| Current Disbursements | $ 49,110.49 |

| | |
|---|---|
| Total Current Activity | $ 135,603.14 |
| Total Due for This Invoice | $ 135,603.14 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:             Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St             Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 19, 2024
Invoice 340087501
Page 2 of 15

FOR PROFESSIONAL SERVICES THROUGH 03/31/24

## FEE DETAIL

03/01/24    Work on and review and revise draft Memorandum of Law; emails and work with P. Bost and H.J. Paik; prepare and review draft; email to H.J. Paik re Declaration and exhibits in support of Motion for Permanent Injunction.

Theodore C. Max              3.90 hrs.              $ 3,022.50

03/01/24    Reviewed and revised Motion for Permanent Injunction.

Dylan J. Price               1.20 hrs.              $ 930.00

03/01/24    ████████████████████████████████████████

      ██████████        ██████        ████████

03/01/24    Reviewed/revised draft Memorandum of Law re: Permanent Injunction.

Hyo Jin Paik                 .70 hrs.               $ 262.50

03/01/24    Conducted additional research in support of the Memorandum of Law. Added additional authority into argument section of brief.

James M. Salem               2.00 hrs.              $ 864.00

03/03/24    Follow up and review and revise draft form of Judgment and Memorandum of Law in Support of Permanent Injunction; emails re same.

Theodore C. Max              1.90 hrs.              $ 1,472.50

03/04/24    Review and revise draft Memorandum of Law in Support of Judgment; emails and follow up re same; review and revise draft Judgment; emails and follow up re same.

Theodore C. Max              2.90 hrs.              $ 2,247.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 19, 2024
Invoice 340087501
Page 3 of 15

## **FEE DETAIL**

03/04/24    Review Court entries re filing of trial transcripts and deadline to request portions thereof to be confidential; correspondence with opposing counsel re production of 2023 sales; correspondence with financial expert re 2023 sales data, preparation of same, and testimony at trial; correspondence with Lora Moffatt re damage reports.

Jill M. Pietrini                    1.90 hrs.              $ 1,472.50

03/04/24    Reviewed and revised Chanel's motion for permanent injunction; Reviewed prior settlement terms exchanged between parties; Reviewed and revised Chanel's proposed permanent injunction;

Dylan J. Price                    4.60 hrs.              $ 3,565.00

03/04/24    ███████████████████████████████████████
████████████████████████████████████████
██████████████████████

          ████████████        ████████        ████████

03/05/24    Review draft Judgment and review and revise same; emails re same.

Theodore C. Max                    1.20 hrs.              $ 930.00

03/05/24    Organized and compiled exhibits to the declaration re: Motion for Permanent Injunction.

Hyo Jin Paik                    1.00 hrs.              $ 375.00

03/06/24    Work on and review draft Proposed Judgment; conference call with L. Moffatt, R. Gruber and G. Essman re comments on Memorandum of Law and Proposed Judgment, work on and review and revise draft Memorandum of Law and Proposed Judgment; emails to Chanel team and Chanel teams re same.

Theodore C. Max                    5.60 hrs.              $ 4,340.00

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 19, 2024
Invoice 340087501
Page 4 of 15

## FEE DETAIL

03/06/24    Reviewed revised Motion for Permanent Injunction and proposed permanent injunction; conferred with Paul Bost re revised briefs.

|  | Dylan J. Price | 1.20 hrs. | $ 930.00 |

03/06/24    ████████████████████████████████████████████
████████████████████████████████
████████        ████████        ████████

03/06/24    Reviewed draft permanent injunction and brief and cite-checked the same; drafted declaration to the brief and compiled exhibits.

|  | Hyo Jin Paik | 9.00 hrs. | $ 3,375.00 |

03/06/24    Reviewed Chanel's Memorandum in Support of Motion for Permanent Injunctions review of H. J. Paik's declaration; reviewed trial transcripts and extracted specifically sited transcript pages in support of briefs

|  | Lisa S. Rodriguez | 7.50 hrs. | $ 2,767.50 |

03/06/24    Performed forensic collection work of relevant website content for preservation and potential use in discovery.

|  | Lauren E. Doucette | .70 hrs. | $ 210.00 |

03/07/24    Work on and review and revise draft Memorandum of Law, Paik Declaration and Proposed Judgment; draft Notice of Motion H.J.; emails and follow up re same; work with D. Price, H.J. Paik, J. Salem to make revisions and finalize the motion papers; emails and follow up re Declaration of H.J. Paik,

|  | Theodore C. Max | 8.50 hrs. | $ 6,587.50 |

03/07/24    Reviewed finalized motion and proposed injunction and provided final comments re the same; reviewed proposed insert; reviewed case law cited in jury instructions for use in support of preliminary injunction research; call with T. Max re revisions to brief.

|  | Dylan J. Price | 2.60 hrs. | $ 2,015.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.      April 19, 2024
Theodore C. Max                                                                         Invoice 340087501
                                                                                           Page 5 of 15

## FEE DETAIL

03/07/24      ██████████████████████████████████████████████

              ████████████          ████████          ████████

03/07/24      Reviewed/QC'd exhibits; reviewed/revised Declaration to Permanent Injunction; cite-
              checked permanent injunction brief and assisted with filing the motion.

              Hyo Jin Paik                        9.60 hrs.                    $  3,600.00

03/07/24      Reviewed and edited brief for equitable relief. Incorporated multiple rounds of
              comments and edits into the same. Discussed additional section to be drafted with T.
              Max and D. Price. Drafted new sections regarding the scope of the requested
              injunction. Conducted research to support new sections including issue re waiver of
              equitable remedy. Reviewed proposed injunction. Finalized brief filing.

              James M. Salem                      6.50 hrs.                    $  2,808.00

03/07/24      Assisted in preparation of Motion for Permanent Injunction; electronically filed motion
              with Southern District of New York Court.

              Leigh A. Tencza                     7.40 hrs.                    $  2,564.10

03/07/24      Conferred with T. Max re filing Motion for Permanent Injunction.

              Bradley M. Rank                     .20 hrs.                     $  75.00

03/08/24      Reviewed and compiled permanent injunction motion papers and cover letter to the
              Court and client.

              Hyo Jin Paik                        .30 hrs.                     $  112.50

03/08/24       Reviewed email correspondence; response emails; reviewed documents received
              electronically; requested copy sets to be made

              Lisa S. Rodriguez                   4.00 hrs.                    $  1,476.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 19, 2024
Invoice 340087501
Page 6 of 15

## **FEE DETAIL**



03/08/24    Coordinated preparation and delivery of courtesy copy of Motion for Permanent Injunction to Judge Stanton.

Leigh A. Tencza                    1.50 hrs.                    $ 519.75

03/11/24    ███████████████████████████████████████

███████            █████            █████

03/12/24    Prepare letter to Judge Stanton re courtesy copies; send copies to Chanel, Inc. in-house counsel.

Theodore C. Max                    .50 hrs.                    $ 387.50

03/18/24    Review revisions to trial outline by Andy Safir; correspondence with Andy Safir re same and damages trial; confer with Monica Danner re continued infringements by WGACA; correspondence with Lora Moffatt re ████████████████████ ██████████████; review FRCP 50 and FRAP 4 for deadlines; correspondence with Lora Moffatt and Robin Gruber re ██████████████.

Jill M. Pietrini                    3.40 hrs.                    $ 2,635.00

03/18/24    Reviewed WGACA financials for 2023 and corresponded to team re the same; corresponded with team re WGACA's continuing objectionable conduct and strategy for capitalizing on the same during damages phase.

Dylan J. Price                    1.30 hrs.                    $ 1,007.50

03/18/24    Conduct online search for ████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████████████████████.

Monica E. Danner                    1.50 hrs.                    $ 580.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 19, 2024
Invoice 340087501
Page 7 of 15

## <u>FEE DETAIL</u>

03/19/24      Correspondence with Robin Gruber, Lora Moffatt, and Sheppard team re trial dates for Phase 2; confer with Dylan Price and Bridget Russell re same.

         Jill M. Pietrini                .40 hrs.          $ 310.00

03/19/24      ███████████████████████████████████████

           ████████         ████████         ████████

03/19/24      Capture evidence █████████████████████████████
     ████████████████████████████████
     ██████████████████████████████████ emails with Jill Pietrini re results, further
     ███████████████████ action to take.

         Monica E. Danner           1.00 hrs.         $ 387.00

03/20/24      Reviewed additional instances of WGACA and others' misuse of Chanel's marks; corresponded with counsel for WGACA re schedule for Phase 2 of trial.

         Dylan J. Price              .60 hrs.          $ 465.00

03/21/24      Email with Managing Clerk's Office re Judge Stanton's schedule; follow up re scheduling dates.

         Theodore C. Max            .50 hrs.          $ 387.50

03/21/24      Follow up with D. Price re open dates for second phase of trial with Chanel, Inc. v. WGACA.

         Theodore C. Max            .30 hrs.          $ 232.50

03/21/24      Telephone conference with Dylan Price re strategy and witnesses for Phase 2.

         Jill M. Pietrini              .40 hrs.          $ 310.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                      April 19, 2024
Theodore C. Max                                                                                                  Invoice 340087501
                                                                                                                Page 8 of 15

## FEE DETAIL

| | | | |
|---|---|---|---|
| 03/21/24 | Call with Jill Pietrini to discuss Phase 2 logistics and strategy. | | |
| | Dylan J. Price | .30 hrs. | $ 232.50 |
| 03/22/24 | Email and follow up with D. Price and H.J. Paik re reply to Response of WGACA to Chanel's Request for Second Trial Phase Regarding Disgorgement of WGACA's Profits. | | |
| | Theodore C. Max | 2.90 hrs. | $ 2,247.50 |
| 03/22/24 | Review Motion for Permanent Injunction and proposed permanent injunction; confer with Dylan Price and Paul Bost re same; correspondence with opposing counsel re Phase 2 of trial; confer with Dylan Price re same; review relevant trial transcript and trial order re conduct of trial; confer with Dylan Price and Ted Max re same. | | |
| | Jill M. Pietrini | 3.40 hrs. | $ 2,635.00 |
| 03/22/24 | Performed research to determine Judge Stanton's calendar for next few months; email communication with T. Max regarding same. | | |
| | Leigh A. Tencza | .60 hrs. | $ 207.90 |
| 03/23/24 | Follow up with H.J. Paik re Chanel, Inc. v. WGACA trial transcript and mention of multiple phases of trial. | | |
| | Theodore C. Max | .60 hrs. | $ 465.00 |
| 03/23/24 | Reviewed/analyzed trial and hearing transcripts in preparation of Phase 2 of the trial and summarized the search results. | | |
| | Hyo Jin Paik | 1.00 hrs. | $ 375.00 |
| 03/24/24 | Reviewed/analyzed trial and hearing transcripts in preparation of Phase 2 of the trial. | | |
| | Hyo Jin Paik | .60 hrs. | $ 225.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 19, 2024
Invoice 340087501
Page 9 of 15

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 03/25/24 | Follow up with D. Price re letter to the Court; follow up with H.J. Paik re January 6, 2024 conference and trial re disgorgement and draft letter re same.. | | |
| | Theodore C. Max | 1.10 hrs. | $ 852.50 |
| 03/26/24 | Follow up with D. Price and J. Pietrini re draft letter to Judge Stanton re second phase of the trial re disgorgement of WGACA profits; email to Leigh Ann Tencza re filing. | | |
| | Theodore C. Max | 1.90 hrs. | $ 1,472.50 |
| 03/26/24 | Revise letter to Judge Stanton re Phase 2 of trial; confer with Ted Max and Dylan Price re same; review key paragraph in December 11, 2023 Order; correspondence with Lora Moffatt re same. | | |
| | Jill M. Pietrini | .70 hrs. | $ 542.50 |
| 03/27/24 | Work on and review and revise draft reply letter to Judge Stanton re Phase Two Trial regarding disgorgement of WGACA profits; email to D. Price and J. Pietrini re same; follow up with H.J. Paik re research re waiver issue; follow up re same. | | |
| | Theodore C. Max | 4.60 hrs. | $ 3,565.00 |
| 03/27/24 | Review WGACA's response to letter to Court re profits trial; confer with Ted Max and Dylan Price re same and reply thereto; confer with Ram Reddy re research needed; correspondence with Lora Moffatt re WGACA's response. | | |
| | Jill M. Pietrini | .80 hrs. | $ 620.00 |
| 03/27/24 | Reviewed and analyzed WGACA's response to Chanel's letter re scheduling; Corresponded with Ted Max and Jill Pietrini re the same. | | |
| | Dylan J. Price | 1.10 hrs. | $ 852.50 |
| 03/27/24 | Assisted with preparing letter to Court re: WGACA's letter re: damages portion of the trial, including review of factual record and case law. | | |
| | Hyo Jin Paik | 1.50 hrs. | $ 562.50 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 19, 2024
Invoice 340087501
Page 10 of 15

## FEE DETAIL

03/27/24    E-filed letter to Judge Stanton and prepared courtesy copy re same.

      Bradley M. Rank      .40 hrs.      $ 150.00

03/28/24    Conference calls with H.J. Paik re research in support of request for scheduling conference re Bench Trial re disgorgement of WGACA profits; read email from J. Salem; read cases; review and revise draft letter; email to J. Pietrini and D. Price re same.

      Theodore C. Max      4.10 hrs.      $ 3,177.50

03/28/24    Review reply to WGACA's opposition to setting Phase 2 of trial; confer with Dylan Price and Ted Max re same; review results of waiver research by Ram Reddy.

      Jill M. Pietrini      .80 hrs.      $ 620.00

03/28/24    Reviewed draft letter to Court re Phase 2 scheduling and authorities cited therein.

      Dylan J. Price      .70 hrs.      $ 542.50

03/28/24    ███████████████████████████████████

      ██████████      ████      ████

03/28/24    Conducted research and reviewed/analyzed case law re: FRCP Rule 65 and equitable relief; reviewed/edited draft letter to Court re: Phase 2 of the trial; conferred with T. Max and J. Salem re: the same.

      Hyo Jin Paik      4.20 hrs.      $ 1,575.00

03/28/24    Conducted research to support reply letter regarding next phase of trial, including research related to the practice of holding bench trials or hearings related to disgorgement damages. Drafted analysis for review and inclusion in letter.

      James M. Salem      2.20 hrs.      $ 950.40

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 19, 2024
Invoice 340087501
Page 11 of 15

## FEE DETAIL



03/28/24   ██████████████████████████

██████████████        ████████        ████████

03/29/24   Work on and review and revise draft Reply Letter to Judge Stanton re Second Phase of
Trial regarding  disgorgement of WGACA profits; email and follow up with H.J. Paik
re research concerning  waiver issue and research re same; read cases found by James
Salem; email to B. Rank re filing; work with D. Price and H.J. Paik re finalizing Reply
Letter to Judge Stanton.

Theodore C. Max                  4.90 hrs.               $ 3,797.50

03/29/24   Reviewed and revised letter to Judge Stanton re WGACA's waiver argument.

Dylan J. Price                   2.10 hrs.               $ 1,627.50

03/29/24   ████████████████████████████████████

██████████████        ████████        ████████

03/29/24   Reviewed revised draft letter to Court re: Phase 2 of the trial and cite-checked the
same; reviewed/analyzed case law; conferred with T. Max re: the same.

Hyo Jin Paik                     1.50 hrs.               $ 562.50

03/29/24   ██████████████████████████

██████████████        ████████        ████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 19, 2024
Invoice 340087501
Page 12 of 15

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 45.40 | $ 775.00 | $ 35,185.00 |
| Jill M. Pietrini | 11.80 | $ 775.00 | $ 9,145.00 |
| Dylan J. Price | 15.70 | $ 775.00 | $ 12,167.50 |
| ███████ | ████ | ████ | ███████ |
| Hyo Jin Paik | 29.40 | $ 375.00 | $ 11,025.00 |
| James M. Salem | 10.70 | $ 432.00 | $ 4,622.40 |
| Monica E. Danner | 2.50 | $ 387.00 | $ 967.50 |
| Lisa S. Rodriguez | 11.50 | $ 369.00 | $ 4,243.50 |
| Leigh A. Tencza | 9.50 | $ 346.50 | $ 3,291.75 |
| Bradley M. Rank | .60 | $ 375.00 | $ 225.00 |
| Lauren E. Doucette | .70 | $ 300.00 | $ 210.00 |

**Total Fees for Professional Services**          **$ 86,492.65**

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                April 19, 2024
Theodore C. Max                                                                                                  Invoice 340087501
                                                                                                                 Page 13 of 15

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 03/06/24 | L.Rodriguez-Lyft- Working on post trial brief declaration exhibits. | 56.99 |
| 03/27/24 | First Legal Network Invoice # 10767080. Invoice Date: 03/31/24. 002761 - Bridget Russell | 122.95 |
| 03/31/24 | NPD Logistics - Inv#1472-4221 - NY Messenger service | 31.66 |
| 03/31/24 | E-Discovery Monthly Data Hosting Fees, 184.27 Gigabytes. | 3,685.45 |
| 01/31/24 | R & D Strategic Solutions, LLC - Inv#16683 - Professional Services 01/02-10/24 (Chanel v.  WGACA) | 30,400.81 |
| 03/08/24 | Federal Express on 03/08/24 | 29.46 |
| 03/29/24 | Federal Express on 03/29/24 | 34.06 |
| 03/25/24 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 3/31/2024 | 7.40 |
| 03/27/24 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 3/31/2024 | 19.00 |
| 03/29/24 | Lexis research by Reddy, Ram on 3/29/2024. | 534.60 |
| 03/17/24 | Grubhub Holdings Inc. - Inv#SL-2036-123 - Topaz Thai Authentic - L. Rodriguez Meal | 28.86 |
| 03/27/24 | Southern District Reporters P.C. - Inv#0561696-IN - For Transcript Request | 47.25 |
| 03/01/24 | Westlaw research by Salem, James, on 3/1/2024. | 993.60 |
| 03/06/24 | Westlaw research by Price, Dylan, on 3/6/2024. | 2,522.70 |
| 03/07/24 | Westlaw research by Price, Dylan, on 3/7/2024. | 1,738.80 |
| 03/07/24 | Westlaw research by Salem, James, on 3/7/2024. | 993.60 |
| 03/08/24 | Westlaw research by Price, Dylan, on 3/8/2024. | 25.20 |
| 03/11/24 | Westlaw research by Price, Dylan, on 3/11/2024. | 25.20 |
| 03/12/24 | Westlaw research by Price, Dylan, on 3/12/2024. | 25.20 |
| 03/13/24 | Westlaw research by Price, Dylan, on 3/13/2024. | 25.20 |
| 03/14/24 | Westlaw research by Price, Dylan, on 3/14/2024. | 25.20 |
| 03/15/24 | Westlaw research by Price, Dylan, on 3/15/2024. | 25.20 |
| 03/18/24 | Westlaw research by Price, Dylan, on 3/18/2024. | 354.60 |
| 03/19/24 | Westlaw research by Price, Dylan, on 3/19/2024. | 354.60 |
| 03/20/24 | Westlaw research by Price, Dylan, on 3/20/2024. | 684.00 |
| 03/21/24 | Westlaw research by Price, Dylan, on 3/21/2024. | 684.00 |
| 03/22/24 | Westlaw research by Price, Dylan, on 3/22/2024. | 1,342.80 |
| 03/25/24 | Westlaw research by Price, Dylan, on 3/25/2024. | 684.00 |
| 03/26/24 | Westlaw research by Price, Dylan, on 3/26/2024. | 354.60 |
| 03/27/24 | Westlaw research by Price, Dylan, on 3/27/2024. | 25.20 |
| 03/28/24 | Westlaw research by Price, Dylan, on 3/28/2024. | 25.20 |
| 03/28/24 | Westlaw research by Salem, James, on 3/28/2024. | 922.50 |
| 03/28/24 | Westlaw research by Paik, Hyo Jin, on 3/28/2024. | 1,099.80 |
| 03/29/24 | Westlaw research by Price, Dylan, on 3/29/2024. | 684.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

April 19, 2024
Invoice 340087501
Page 14 of 15

03/29/24        Westlaw research by Paik, Hyo Jin, on 3/29/2024.                    496.80

**Total Disbursements**                                                      **$ 49,110.49**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    April 19, 2024
Theodore C. Max                                                                                            Invoice 340087501
                                                                                                          Page 15 of 15

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 03/29/24 | 340086478 | 1,813,308.18 | 1,532,748.90 | 280,559.28 | 0.00 | 0.00 | 0.00 | $ 1,813,308.18 |

| | |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 1,813,308.18 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 135,603.14 |
| **Total Due For This Matter** | **$ 1,948,911.32** |

## May 2024 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
May 15, 2024
Invoice 340088397

| | | |
|---|---|---|
| Our Matter No. | 18WZ-264490 | |
| | Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al. | |
| Billing Atty: | Theodore C. Max | |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 29, 2024

| | | |
|---|---|---|
| Current Fees | $ 1,486,332.95 | |
| Current Disbursements | $ 280,559.28 | |
| Total Current Activity | | $ 1,766,892.23 |
| Total Due for This Invoice | | $ 1,766,892.23 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                   May 15, 2024
Theodore C. Max                                                                                                      Invoice 340088397
                                                                                                                            Page 2 of 63

FOR PROFESSIONAL SERVICES THROUGH 02/29/24

## **FEE DETAIL**

01/01/24      Review deposition transcript of Robin Gruber - Day 2; review Motion for Summary
              Judgment decision; correspondence with Robin Gruber re jury consultant; review
              summary of law re errata sheets and late disclosure of them; review defendant's
              Proposed Voir Dire and Chanel's Proposed Voir Dire.

              Jill M. Pietrini                          5.10 hrs.                    $ 3,952.50

01/01/24      Revise J. Bravo cross-examination.  Draft J. Bleys cross-examination.  Email with D.
              Price re same.

              Bridget J. Russell                        2.60 hrs.                    $ 1,690.00

01/01/24      Assisted with trial preparations, including assessing and analyzing trial exhibits and
              witness prep outlines.

              Hyo Jin Paik                               .70 hrs.                     $ 262.50

01/01/24      Organize and prepare additional trial materials for shipping to New York.

              Monica E. Danner                           2.10 hrs.                    $ 812.70

01/02/24      Emails and follow up re order of Chanel witnesses; work on and follow up regarding
              trial exhibits; emails and follow up with Chanel witnesses J. Green, J. Bravo, J. Bleys
              and C. Girardi, work on ███████████████████; email to L. Moffatt and R.
              Gruber re ████████████████; work on and review and revise draft outline re J.
              Green.

              Theodore C. Max                            6.70 hrs.                    $ 5,192.50

01/02/24      Correspondence with survey expert and financial expert re trial testimony; review
              summary of defendants' exhibits; confer with Monica Danner, Ted Max, Hyo Jin Park,
              and Dylan Price re defendants' exhibits and strategy therefor; trial preparation;
              correspondence with financial expert re Supplemental Report of Henry Kahrs.

              Jill M. Pietrini                           4.40 hrs.                    $ 3,410.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.  
Theodore C. Max

May 15, 2024  
Invoice 340088397  
Page 3 of 63

## FEE DETAIL

| 01/02/24 | Worked on testimony outlines. | | |
|---|---|---|---|
| | Dylan J. Price | 7.50 hrs. | $ 5,812.50 |

| 01/02/24 | Review and analyze J. Bravo outline and draft J. Bleys outline. Review testimony and exhibits re same. | | |
|---|---|---|---|
| | Bridget J. Russell | 4.20 hrs. | $ 2,730.00 |

| 01/02/24 | Reviewed and analyzed WGACA's Opposition to Motion for Reconsideration. Researched and analyzed Second Circuit case law regarding willfulness evidence to inform arguments for reply. | | |
|---|---|---|---|
| | Khirin A. Bunker | 1.20 hrs. | $ 780.00 |

| 01/02/24 | Assisted with trial preparations, including assessing and analyzing trial exhibits and witness prep outlines. | | |
|---|---|---|---|
| | Hyo Jin Paik | 5.60 hrs. | $ 2,100.00 |

| 01/02/24 | Continue preparing exhibits, deposition summaries, and indexes for trial; arrangements re New York office setup. | | |
|---|---|---|---|
| | Monica E. Danner | 3.50 hrs. | $ 1,354.50 |

| 01/02/24 | Trial preparation and work on preparing deposition and exhibition binders. | | |
|---|---|---|---|
| | Lisa S. Rodriguez | 7.50 hrs. | $ 2,767.50 |

| 01/02/24 | Email communication w/ Veritext support team, L. Rodriguez, and H.J. Paik re: audio/video sync issue w/ Marcos Rosado 2/2/21 video depo (0.3). Telephone call w/ Vertitext support to discuss the Rosado depo issue. (0.2). Email communication w/ H.J. Paik and courtroom clerk, Mr. Lee and H.J. Paik, re: whether we need court order so that our clients can bring in electronic devices (0.3). Downloaded and replaced the corrected video files Rosado's depo from 2/2/21 and checked the excerpts for 2/2/21 depo (1.7). | | |
|---|---|---|---|
| | Vineet M. Dua | 2.50 hrs. | $ 1,023.75 |

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 4 of 63

## FEE DETAIL

01/03/24    ███████████████████████████████████████
███████████████████████████████████████
███████████████

       ███████████        ███████████        ███████████

01/03/24    Work on and review and revise draft Direct Outline for Joyce Green; work on and review draft Direct Outline for Joseph Bravo; conference call with J. Bravo; conference call with Chanel Team re trial preparation and witness order; email and follow up with A. Gaudet, J. Bleys and C. Girardi re witness preparation and scheduling; conference call with D. Price re draft Opening Statement and themes.

       Theodore C. Max              8.20 hrs.              $ 6,355.00

01/03/24    Review deposition transcript of Seth Weisser and declarations of S. Weisser filed in case; Chanel's motion in limine to exclude S. Weisser from testifying re certain issues and defendant's opposition thereto; confer with Hyo Jin Paik re demonstrative exhibits; review order re disclosure of Motion for Summary Judgment rulings to jury; review correspondence from court reporter re trial transcripts; confer with Ted Max and Dylan Price re same; trial preparation.

       Jill M. Pietrini              6.20 hrs.              $ 4,805.00

01/03/24    Reviewed S. Parker deposition transcript; worked on S. Parker testimony outline; reviewed Parker exhibits; meeting to discuss trial prep and strategy; performed research re right to jury determination re willfulness and awards of statutory damages; prepared for L. Moffatt and A. Hahn preparation sessions.

       Dylan J. Price              12.30 hrs.              $ 9,532.50

01/03/24    Draft and revise J. Green outline and review L. Moffatt and A. Hahn outline re facts and prior exhibits and testimony.

       Bridget J. Russell              2.85 hrs.              $ 1,852.50

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 5 of 63

## FEE DETAIL

01/03/24    Researched, reviewed, and analyzed Second Circuit case law regarding presentation of willfulness evidence and burdens at trial.  Drafted amended jury instructions.  Drafted and revised pocket brief regarding willfulness issues.  Reviewed and analyzed A. Mische deposition transcript to assess information for cross-examination outline.

        Khirin A. Bunker          6.10 hrs.        $ 3,965.00

01/03/24    Assisted with trial preparation, including preparing and analyzing trial exhibits and witness prep outlines.

        Hyo Jin Paik          8.80 hrs.        $ 3,300.00

01/03/24    Continue preparing exhibits, deposition summaries, and indexes for trial.

        Monica E. Danner          3.50 hrs.        $ 1,354.50

01/03/24    Trial preparation and team meeting; work on preparing exhibit binders and organizing deposition transcripts.

        Lisa S. Rodriguez          5.25 hrs.        $ 1,937.25

01/04/24    Work on and review and revise J. Bravo outline; emails with J. Bravo re preparation; work on and review and revise draft outline re J. Green; email to C. Conklin re ████████████████████████████; work on and review and revise draft pocket brief re willfulness; work on and review and revise draft Proposed Jury Instructions; review ████████████████████; review videos; work on trial preparation.

        Theodore C. Max          9.10 hrs.        $ 7,052.50

01/04/24    Review trial outlines of Devyn Shaughnessy, Sun Li, Paige Rubin; review Coco Chanel video; confer with Ted Max and jury consultants re same; revise correspondence to opposing counsel re live testimony of Sun Li; revise pocket brief on willfulness; correspondence with Chanel witnesses re trial testimony; telephone conference with Dylan Price and Ted Max re trial preparation and hearing before court; review trial outline for Frank Bober; telephone conference with Monica Danner re trial exhibits.

        Jill M. Pietrini          8.80 hrs.        $ 6,820.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                          May 15, 2024
Theodore C. Max                                                                                                                          Invoice 340088397
                                                                                                                                               Page 6 of 63

## FEE DETAIL

01/04/24        Witness prep meetings with Lora Moffatt and Adrienne Hahn; status meeting with Ted
                    Max and Jill Pietrini; reviewed and revised jury instructions and pocket brief re right to
                    jury on willfulness issue.

                            Dylan J. Price                          14.40 hrs.                          $ 11,160.00

01/04/24        Revise J. Bleys cross-examination.  Revise J. Green cross-examination.  Email re on
                    call agreements re WGACA witnesses and review same.  Review D. Shaughnessy
                    materials.  Email with experts re testimony and strategize re same.  Call with T. Max re
                    J. Bravo testimony.

                            Bridget J. Russell                    4.60 hrs.                            $ 2,990.00

01/04/24        Revised pocket brief regarding presentation of willfulness evidence.

                            Khirin A. Bunker                      .20 hrs.                              $ 130.00

01/04/24        Assisted with trial preparations, including assessing and analyzing trial exhibits and
                    witness prep outlines.

                            Hyo Jin Paik                            8.30 hrs.                          $ 3,112.50

01/04/24        Continue preparing exhibits, deposition summaries, and indexes for trial; New York
                    office access and conference room setup.

                            Monica E. Danner                    5.60 hrs.                          $ 2,167.20

01/04/24        Trial preparation and prepare exhibit binders and witness deposition binders.

                            Lisa S. Rodriguez                    8.40 hrs.                          $ 3,099.60

01/04/24        Email communication w/ H.J. Paik re: Electronic Equipment Form that needed to be
                    filed with the Court to bring in the equipment for all attorneys and support staff and
                    email communication w/Court Deputy to submit the Electronic Equipment Form (0.4).
                    Email communication w/ H.J. Paik, L. Rodriguez, R. Dobrin, and M. Carnegie re: Jan.
                    5 setup in courtroom and to schedule messenger service (0.3). Created impeachment
                    excerpts of Seth Weisser from the first draft of his cross outline (8.9).

                            Vineet M. Dua                          9.60 hrs.                          $ 3,931.20

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 15, 2024
Theodore C. Max                                                                                 Invoice 340088397
                                                                                               Page 7 of 63

## FEE DETAIL

01/05/24    Prepare for Court and review materials re Court's Order re the Summary Judgment
            Order; review and finalize draft pocket brief re same; travel to Court and argument
            regarding Court's Order re MIL No. 6; discussion re Sun Li and video testimony at trial
            and discussion re testimony of C. Girardi; discussion with D. Price and J. Pietrini re
            trial preparation and follow up and revision of proposed jury instructions; emails and
            discussions with H.J. Paik re update and production of exhibits and pretrial
            preparation; work on and edited Direct Examination of J. Green; conference call with
            C. Girardi re status and ████████████████████████████████████████████████;
            conference call with L. Moffatt and R. Gruber with Chanel counsel re ████████████
            ████████████████;  conference call and emails with Chanel in-house attorneys and
            sensitive communications personnel.

            Theodore C. Max                    8.90 hrs.              $ 6,897.50

01/05/24    Revise amended jury instructions; review research re burden of proof on nominative
            fair use; confer with Ted Max and Dylan Price re trial preparation and jury
            instructions; travel to and attend hearing on Motion for Summary Judgment ruling and
            video and live testimony; telephone conference with Robin Gruber, Lora Moffatt,
            Dylan Price, and Ted Max; review memorandum from Hyo Paik re courtroom
            procedures; review correspondence from Chanel outside counsel re ████████████;
            correspondence with Chanel witnesses re trial preparation; review additional exhibits
            to use and confer with Monica Danner re same; correspondence with financial expert re
            supplemental expert report of Henry Kahrs; review trial outline for Shannon Parker;
            confer with Dylan Price re same.

            Jill M. Pietrini                   10.50 hrs.             $ 8,137.50

01/05/24    Prepared for and attended final scheduling conference; call with client to discuss final
            scheduling conference and trial logistics; worked on jury instructions; worked on F.
            Bober outline.

            Dylan J. Price                     9.20 hrs.             $ 7,130.00

01/05/24    ████████████████████████████████████████████████████████████████
            ████████████████████████████████████

                        ████████████          ████████████          ████████████

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 15, 2024
Theodore C. Max                                                                              Invoice 340088397
                                                                                               Page 8 of 63

## FEE DETAIL

01/05/24      Research re trial procedure and witness issues.  Continue preparing direct witness
              outlines for J. Bleys and A. Gaudet and revising J. Green outline.

              Bridget J. Russell                    8.20 hrs.                    $  5,330.00

01/05/24      Revised pocket brief regarding presentation of willfulness evidence.  Attention to filing
              of same.

              Khirin A. Bunker                     .30 hrs.                     $  195.00

01/05/24      Assisted with trial preparations, including assessing and analyzing trial exhibits and
              witness prep outlines.

              Hyo Jin Paik                         7.50 hrs.                    $  2,812.50

01/05/24      Continue preparing exhibits, deposition summaries, and indexes for trial; additional
              war room equipment setup; conferences with Hyo Jin Paik and Lisa Rodriguez.

              Monica E. Danner                     3.85 hrs.                    $  1,489.95

01/05/24      ███████████████████████████████████████████████
              ██████████████████████████

                           █████████████         ████████         ████████

01/05/24      Trial preparation and assemble transcripts of depositions of WGACA witnesses;
              prepare WarRoom.

              Lisa S. Rodriguez                    10.50 hrs.                   $  3,874.50

01/05/24      Electronically filed Reply to Motion for Reconsideration with Southern District of New
              York Court; email communications with team regarding same.

              Leigh A. Tencza                      .50 hrs.                     $  173.25

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 15, 2024
Theodore C. Max                                                                                  Invoice 340088397
                                                                                                Page 9 of 63

## FEE DETAIL

01/05/24    Email communication w/ H.J. Paik and L. Rodriguez re: messenger service to deliver
            the computer table, printer, and box of transcripts (0.2). Continued creating the
            impeachment excerpts of Seth Weisser, as per the first draft of his cross outline (4.5).
            Went to the courtroom to setup the printer and table in the attorney room outside of the
            court room and test the court room evidence presentation system, including a test
            Teams call to make sure the share screen worked, so show exhibits to the remotely
            testifying witness (4.4). Email communication w/ H.J. Paik re: chronology
            demonstrative for the opening (0.1). Email communication w/ court deputy (Mr. Lee)
            and H.J. Paik, re: filing Electronic Device Form for Chanel representatives (0.1). Email
            communication w/ D. Price and H.J. Paik re: direct outlines to prep and queue up
            exhibits for to be used during direct examination of our witnesses (0.1).

            Vineet M. Dua                      9.40 hrs.                    $  3,849.30

01/06/24    Work on and review and revise draft witness outline for J. Green; conference call with
            J. Green re outline; emails and follow up with J. Bravo re outline; work on and review
            and revise draft witness outlines for J. Bravo and C. Girardi; emails to J. Pietrini re
            Farfetch documents.

            Theodore C. Max                    2.40 hrs.                    $  1,860.00

01/06/24    Review jury summary qualifications from jury consultant; review trial outline of Lora
            Moffatt; review Amended and Second Amended Certifications of Robin Gruber;
            review defendant's response thereto; review summary of Farfetch exhibits that
            defendants seek to introduce at trial; confer with Ted Max, Bridget Russell, and Dylan
            Price re same; review article re WGACA Amazon Live launch; review summary of
            witnesses prepared by Ted Max; review trial outlines of Vlada Drukh and Adrienne
            Hahn; begin review of trial outline of Joseph Bravo; correspondence with opposing
            counsel re trial exhibits; ███████████████████████████████████████████
            ███████████████████████████████████.

            Jill M. Pietrini                   10.50 hrs.                   $  8,137.50

01/06/24    Worked on opening statement; calls with team to discuss exhibits, additional research
            and jury instruction issues.

            Dylan J. Price                     10.40 hrs.                   $  8,060.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 15, 2024
Theodore C. Max                                                                                                                      Invoice 340088397
                                                                                                                                            Page 10 of 63

## FEE DETAIL

01/06/24    Revise J. Green and prepare J. Green for trial.  Review and revise exhibits.  Draft P.L.
            Roncaglia outline.  Emails re pre-trial issues with OPC.

            Bridget J. Russell                              6.40 hrs.                    $ 4,160.00

01/06/24    Assisted with trial preparations, including assessing and analyzing trial exhibits and
            witness prep outlines.

            Hyo Jin Paik                                    5.90 hrs.                    $ 2,212.50

01/06/24    Conferences with Hyo Jin Paik re exhibits; continue preparing exhibits; arrangements
            re preparation of binder sets for court.

            Monica E. Danner                                4.00 hrs.                    $ 1,548.00

01/06/24    Trial preparation and assemble trial exhibits and witness preparation documents.

            Lisa S. Rodriguez                               9.80 hrs.                    $ 3,616.20

01/06/24    Email communication w/ D. Price re: direct outlines for Laura Moffatt, Adrienne Hahn,
            Joyce Green, and Joseph Bravo (0.2). Email communication w/ M. Danner re: trial
            exhibits updated on 1/5/24 (0.1). Downloaded the updated trial exhibits and updated
            the evidence presentation database (0.7). Queued up exhibits for Laura Moffatt, as per
            the direct examination outline (0.8). Queued up exhibits for Adrienne Hahn, as per the
            direct examination outline (1.7). Email communication / HJ Paik re: Parade of
            Horribles demonstratives (0.2). Created revised the 'Parade of Horribles' demonstrative
            slide show, as per HJ Paik's instruction (0.7). Downloaded, reviewed, and loaded
            additional exhibits (183-190) from defense in the evidence presentation database (0.4).

            Vineet M. Dua                                   4.50 hrs.                    $ 1,842.75

01/07/24    Email and follow up with J. Bravo; review and revise draft outline for J. Bravo; emails
            and follow up with J. Green and C. Girardi re scheduling; email to A. Gaudet re
            witness testifying schedule and follow up; work on and review and revise draft outline
            re C. Gaudet; review and provide comments re Opening Statement.

            Theodore C. Max                                 4.20 hrs.                    $ 3,255.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 15, 2024
Theodore C. Max                                                                                          Invoice 340088397
                                                                                                         Page 11 of 63

## FEE DETAIL

01/07/24      ███████████████████████████████████; correspondence with Pier Luigi Roncaglia re trial testimony; finish reading Joseph Bravo outline; confer with Ted Max and Dylan Price re same; review cross-examination outline of defendant's survey expert; review trial outline of Chanel's survey expert; review draft of opening statement; revise first draft of trial outline of Seth Weisser.

     Jill M. Pietrini      12.10 hrs.      $ 9,377.50

01/07/24      Prepared for trial; worked on Opening Statement; worked on jury instructions; worked on witness outlines.

     Dylan J. Price      9.40 hrs.      $ 7,285.00

01/07/24      ████████████████████████████████████████ ██████████████████████████████████ ██████████████

     ████████      ████████      ████████

01/07/24      Draft P.L. Roncaglia and J. Bleys outlines and review and analyze testimony and exhibits re same.  Draft emails re pre-trial issues.  Review deposition exhibits for outlines.

     Bridget J. Russell      8.20 hrs.      $ 5,330.00

01/07/24      Assisted with trial preparation, including assessing and analyzing trial exhibits and witness preparation outlines.

     Hyo Jin Paik      4.50 hrs.      $ 1,687.50

01/07/24      Conducted research on willful blindness, adverse inferences, and counterfeit exception. Drafted analysis for review. Discussed draft jury instructions with T. Max.

     James M. Salem      4.90 hrs.      $ 2,116.80

01/07/24      Conferences with Hyo Jin Paik and Lisa Rodriguez re exhibits; quality control check/proof of all exhibit binders.

     Monica E. Danner      8.50 hrs.      $ 3,289.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 12 of 63

## FEE DETAIL



01/07/24

01/08/24    Work on and prepare outline for Joyce Green; meet with and prepare Joyce Green; emails and call with J. Pietrini and D. Price re trial in Chanel, Inc. v. WGACA; emails and follow up with H.J. Paik and B. Russell re witness and trial preparation; prepare email re sensitive communications; work and prepare for direct examination of J. Bravo.

Theodore C. Max                     9.80 hrs.                  $ 7,595.00

01/08/24    Revise opening statement; confer with Dylan Price re same; revise S. Weisser outline; review relevant S. Weisser deposition testimony; meeting with jury consultant; telephone conference with Bridget Russell re same and jury selection; review Chanel final exhibit list.

Jill M. Pietrini                    10.40 hrs.                 $ 8,060.00

01/08/24    Worked on opening statement; Met with jury consultant to go over jury profiles and strategy,

Dylan J. Price                      10.20 hrs.                 $ 7,905.00

01/08/24

01/08/24    Review exhibits and depositions for further review of denial evidence for trial.  Email re dismissal of parties.  Continue drafting trial outlines and reviewing evidence.

Bridget J. Russell                   4.60 hrs.                 $ 2,990.00

01/08/24    Assisted with trial preparations, including assessing and analyzing trial exhibits and witness prep outlines, conferring with interpreting agencies and prepared documents to be sent to Court.

Hyo Jin Paik                        12.80 hrs.                 $ 4,800.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 15, 2024
Theodore C. Max                                                                   Invoice 340088397
                                                                                  Page 13 of 63

## **FEE DETAIL**

01/08/24      Drafted new jury instruction related to "overrun" exception. Provided to T. Max for
              review. Reviewed submission by WGACA regarding submission of deposition
              testimony. Conducted research regarding the same and provided analysis for review.

                    James M. Salem              1.90 hrs.                    $ 820.80

01/08/24      Prepare for Day 1 of trial; organize exhibits.

                    Monica E. Danner            7.90 hrs.                    $ 3,057.30

01/08/24      Trial preparation and organization of trial exhibits and witness preparation exhibits.

                    Lisa S. Rodriguez           10.10 hrs.                   $ 3,726.90

01/08/24      ███████████████████████████████████████████████████████
              ████████████████████████████████████████████████████

                    █████████████          ████████          █████████

01/08/24      ████████████████████████████████████████████████████████
              ██████████

                    █████████              ████████          █████████

01/08/24      Email communication w/ T. Max re: direct outline of Joyce Green (0.2). Prepared the
              exhibits to be used during Joyce Green's direct examination, according the direct
              outline (1.4). Email communication w/ H.J. Paik re: war room setup at the hotel (0.1).
              Email communication w/ H.J. Paik  and Mr. Lee (Court Room Deputy) re: sending
              email reminder to Mr. Lee re: Electronic Device Form for our client and a new request
              for our jury consultant (0.4). Email communication w/ H.J. Paik and M. Danner re:
              exhibit binders to be printed and delivered to the court room (0.4). Trial preparation;
              various tasks, setting up the war room, went to the courthouse to receive trial exhibit
              and setup the exhibit boxes in the attorney room adjacent to the court room, revised the
              opening presentation, "Parade of Horribles" infringements, downloaded, reviewed, and
              updated  all of the trial exhibits in the evidence presentation database (10.5).

                    Vineet M. Dua               13.00 hrs.                   $ 5,323.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                     May 15, 2024
Theodore C. Max                                                                                    Invoice 340088397
                                                                                                      Page 14 of 63

## **FEE DETAIL**

01/09/24        Work on and prepare J. Green for Direct Examination; proceed with Direct
                Examination of J. Green; work to prepare for Direct Examination of J. Green; review
                transcript of Trial Openings; emails and communications with team re outlines for
                direct and cross-examination; emails to C. Girardi re testimony for case.

                    Theodore C. Max                    10.30 hrs.                    $ 7,982.50

01/09/24        Review trial outline for Joyce Green; meet with Dylan Price and Rick Fuentes re jury
                selection; travel to and attend Day 1 of trial; meet with Chanel team and Sheppard team
                re same; correspondence with Pier Luigi Roncaglia re trial testimony; revise
                correspondence to opposing counsel re dismissal of certain defendants; confer with Ted
                Max and Dylan Price re additional testimony of Joyce Green; correspondence with
                Robin Gruber and Lora Mofatt re relevant Gruber testimony; telephone conference
                with Dylan Price.

                    Jill M. Pietrini                    11.20 hrs.                    $ 8,680.00

01/09/24        Prepared for and attended Day 1 of trial; witness prep with Joesph Bravo; worked on
                Pierre Luigi Roncaglia outline.

                    Dylan J. Price                      11.80 hrs.                    $ 9,145.00

01/09/24        

01/09/24        Attend trial and continued working on outline revisions.

                    Bridget J. Russell                  5.40 hrs.                     $ 3,510.00

01/09/24        Participated in and assisted with trial exhibits and preparation.

                    Hyo Jin Paik                        10.50 hrs.                    $ 3,937.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    May 15, 2024
Theodore C. Max    Invoice 340088397
    Page 15 of 63

## FEE DETAIL

01/09/24    Conducted additional research regarding sufficiency of and possible challenges to WGACA's intended submission of deposition testimony. Drafted analysis for review.

   James M. Salem    .70 hrs.    $ 302.40

01/09/24    Courtroom setup for Day 1 of trial; attend trial, track exhibits offered/admitted; cross-check exhibits; locate exhibits as needed during trial; collect evidence for potential additional trial exhibits; prepare for Day 2 of trial.

   Monica E. Danner    7.50 hrs.    $ 2,902.50

01/09/24    Trial preparation and assist with organization of trial exhibits and preparation.

   Lisa S. Rodriguez    9.80 hrs.    $ 3,616.20

01/09/24    ███████████████████████████████

   ████████        ████████        ████████

01/09/24    Revised the exhibits to be used for Joyce Green, according the her direct examination outline (2.1); email communication w/ T. Max, H.J. Paik, and L. Rodriguez re: YouTube videos and other exhibits for in Joyce Green's direct examination (0.1). Trial preparation and support, daily courtroom technology check, and demonstrative and evidence presentation support during Day 1 of Trial (10.8).

   Vineet M. Dua    13.00 hrs.    $ 5,323.50

01/10/24    Work on and prepare J. Green for Direct and Cross-Examination; defend cross-examination of J. Green; emails and work on Direct Examination of J. Bravo;  emails and follow up with C. Girardi and A. Gaudet re trial examination.

   Theodore C. Max    9.10 hrs.    $ 7,052.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                May 15, 2024
Theodore C. Max                                                                                  Invoice 340088397
                                                                                                Page 16 of 63

## FEE DETAIL

01/10/24    Review Motion in Limine to exclude David Franklyn at trial; meet with Dylan Price re
            Bravo and Green testimony; attend Day 2 of trial; review Juror report; correspondence
            with Chanel team re same; review stipulated facts in joint pre-trial conference; confer
            with Ted Max and Dylan Price re same; meeting with Chanel team at and after trial;
            review correspondence with Claudio Girardi re attendance at trial; revise witness
            schedule; correspondence with Chanel team re same.

            Jill M. Pietrini                        13.50 hrs.                  $ 10,462.50

01/10/24    Attended Day 2 of trial; Joseph Bravo witness prep; worked on Frank Bober outline.

            Dylan J. Price                          11.40 hrs.                  $ 8,835.00

01/10/24    ███████████████████████████████████████████████████████████████
            ███████████████████████████████████████████████████████████████████
            ███████████

                    █████████████        ████████████        █████████████

01/10/24    Continue revising witness outlines and email with opposing counsel and trial team re
            open issues.

            Bridget J. Russell                      11.40 hrs.                  $ 7,410.00

01/10/24    Participated in and assisted with trial; maintain exhibit list and assist with organization
            of trial exhibits.

            Hyo Jin Paik                            13.80 hrs.                  $ 5,175.00

01/10/24    Exhibit index updates; notate exhibits offered/admitted; locate exhibits during trial as
            needed; review Joseph Bravo testimony outline, link exhibits,  bookmark PDFs of
            exhibits as to specific pages/testimony; collect evidence for potential additional trial
            exhibits; confer with Jill Pietrini re ████████████████████████████████████;
            prepare for Day 3 of trial.

            Monica E. Danner                        7.80 hrs.                   $ 3,018.60

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 15, 2024
Theodore C. Max                                                                                     Invoice 340088397
                                                                                                       Page 17 of 63

## **FEE DETAIL**

01/10/24        Trial preparation and assist re preparation and organization of exhibits and preparation
                for trial.

                  Lisa S. Rodriguez                    12.40 hrs.                  $ 4,575.60

01/10/24        Performed analysis ███████████████████████████████████████████████
                ███████████████████ for use in trial.

                  Lauren E. Doucette                    .20 hrs.                   $ 60.00

01/10/24        Prepared exhibits to be used during Joseph Bravo's direct examination, according to the
                outline received from T. Max and M. Danner (2.7). Trial preparation support, daily
                courtroom technology check, and evidence presentation support during day 2 of trial
                (13.3).

                  Vineet M. Dua                         16.00 hrs.                 $ 6,552.00

01/11/24        Prepare for trial and cross-examination of J. Green; prepare for direct of J. Bravo;
                defend cross-examination of J. Green; discussions and follow up re witness preparation
                and follow up re same; work with J. Bravo re preparation for trial testimony; read and
                review Rule 56.1 Statement and Counterstatement.

                  Theodore C. Max                       8.90 hrs.                  $ 6,897.50

01/11/24        Telephone conference with Pier Luigi Roncaglia re testimony; attend Day 3 of trial;
                begin review of deposition of Pier Luigi Roncaglia; revise Roncaglia trial outline;
                review revisions to outline by witness; correspondence with Pier Luigi Roncaglia re
                same; Chanel and Sheppard trial meeting; revise witness schedule chart;
                correspondence with Chanel team re same.

                  Jill M. Pietrini                      11.60 hrs.                 $ 8,990.00

01/11/24        Attended Day 3 of WGACA trial; worked on Paige Rubin trial subpoena; worked on F.
                Bober outline.

                  Dylan J. Price                        10.20 hrs.                 $ 7,905.00

01/11/24        Participated in and assisted with trial.

                  Hyo Jin Paik                          7.50 hrs.                  $ 2,812.50

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 15, 2024
Theodore C. Max                                                                              Invoice 340088397
                                                                                              Page 18 of 63

## FEE DETAIL

01/11/24    Reviewed edits to jury instruction regarding "overrun" exception and provided
            additional comments. Conducted research with regard to the audience for false
            advertising confusion. Drafted analysis regarding the same for review.

            James M. Salem                        2.00 hrs.                    $  864.00

01/11/24    Exhibit index updates; locate exhibits as needed during trial; review Seth Weisser
            preliminary witness outline, commence gathering and linking exhibits; collect online
            evidence, including WGACA web pages and other web materials; prepare chart of
            potential new exhibits with URLs, notes and links to PDFs; correspondence with Jill
            Pietrini, Dylan Price, and Ted Max re ██████████████; review current witness
            calendar; ████████████████████████████████████████████
            ██████; prepare for Day 4 of trial.

            Monica E. Danner                      7.50 hrs.                    $ 2,902.50

01/11/24    ████████████████████████████████████████████████████

            ████████████████        ████████        ████████

01/11/24    Trial preparation; assist with organization and preparation of exhibits.

            Lisa S. Rodriguez                     9.50 hrs.                    $ 3,505.50

01/11/24    ████████████████████████████████████████

            ████████████████        ████████        ████████

01/11/24    Trial preparation support, daily courtroom technology check, and evidence presentation
            support during day 3 of trial (8.2).

            Vineet M. Dua                         8.20 hrs.                    $ 3,357.90

01/12/24    Prepare for and attend trial in Chanel, inc. v. WGACA, prepare J. Green and take
            redirect; prepare and take direct examination of Joseph Bravo; discussion re strategy
            and weekend preparation.

            Theodore C. Max                       8.40 hrs.                    $ 6,510.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                      May 15, 2024
Theodore C. Max                                                                                        Invoice 340088397
                                                                                                      Page 19 of 63

## FEE DETAIL

01/12/24    Continuing to review deposition of Pier Luigi Roncaglia; confer with Bridget Russell re meeting with Pier Luigi Roncaglia and trial testimony; attend Day 4 of trial; meetings with Chanel team re trial testimony and translators; confer with Dylan Price re trial strategy; correspondence with Joseph Bravo re translators; correspondence with Jennifer Bleys re trial testimony; confer with Bridget Russell re witness testimony.

        Jill M. Pietrini                           11.10 hrs.                  $ 8,602.50

01/12/24    Attended Day 4 of WGACA trial; debrief with client; discussed order and strategy for second week witnesses.

        Dylan J. Price                            8.50 hrs.                   $ 6,587.50

01/12/24    ███████████████████████████████████

01/12/24    Review and revise P.L. Roncoglia outline and draft cross-questions for prep sessions. Prepare P.L. Roncoglia for testimony.  Review C. Girardi and J. Bravo testimony for J. Bleys outline.

        Bridget J. Russell                        7.90 hrs.                   $ 5,135.00

01/12/24    Participated in and assisted with trial; maintain list of exhibits and follow up re admission of exhibits.

        Hyo Jin Paik                              9.50 hrs.                   $ 3,562.50

01/12/24    Day 4 exhibit tracking; related exhibit index and electronic file updates; locate exhibits as needed during trial; further collection of online evidence, including WGACA web pages and other web materials; continue preparing  chart of potential new exhibits with URLs, notes and links to PDFs; correspondence with Jill Pietrini, Dylan Price, and Hyo Jin Paik re trial matters; review current witness calendar; prepare for Day 5 of trial.

        Monica E. Danner                          8.00 hrs.                   $ 3,096.00

01/12/24    work on and assist with trial preparation; follow up re exhibits.

        Lisa S. Rodriguez                         9.40 hrs.                   $ 3,468.60

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 15, 2024
Theodore C. Max                                                                                       Invoice 340088397
                                                                                                        Page 20 of 63

## FEE DETAIL

01/12/24        

01/12/24        Trial preparation support, daily courtroom technology check, and evidence presentation
                support during day 4 of trial (8.5).

                Vineet M. Dua                    8.50 hrs.              $ 3,480.75

01/13/24        Work on and review and revise draft outline for A. Gaudet; emails and follow up with
                A. Gaudet re preparation and timing of testimony; emails and follow up with J. Green;
                review and follow up with A. Gaudet re The Plaza Hotel WGACA advertisement.

                Theodore C. Max                  3.90 hrs.              $ 3,022.50

01/13/24        Correspondence with Jennifer Bleys re attendance at trial; complete review of Pier
                Luigi Roncaglia deposition; revise witness chart; revise Pier Luigi Roncaglia trial
                transcript; confer with Monica Danner and Vineet Dua re trial exhibits; confer with
                Monica Danner and Dylan Price re new WGACA advertisements.

                Jill M. Pietrini                 7.80 hrs.              $ 6,045.00

01/13/24        Worked on witness outlines; reviewed WGACA's recent socials and website posting
                for additional instances of infringement; prepared for second week of trial.

                Dylan J. Price                   7.20 hrs.              $ 5,580.00

01/13/24        Review Pier Luigi Roncoglia outline and email and call with J. Pietrini re same.
                Review Italian documents and translations received and produced and compare to
                additional translations.

                Bridget J. Russell               4.40 hrs.              $ 2,860.00

01/13/24        Assisted with trial preparations, including assessing updated exhibits and witness
                preparation materials.

                Hyo Jin Paik                     4.30 hrs.              $ 1,612.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 21 of 63

## FEE DETAIL

01/13/24     Further collection of evidence and related internet searches; conduct Relativity searches for photo of WGACA display at The Plaza Hotel and other relevant documents produced; review Roncaglia outline, pull and bookmark exhibits as to specific testimony; review Hyo Jin Paik's list as to exhibits offered and admitted, cross-check with trial exhibit index; communications with team.

      Monica E. Danner                    5.90 hrs.            $ 2,283.30

01/13/24     Trial preparation and support (5.0).

      Vineet M. Dua                          5.00 hrs.            $ 2,047.50

01/14/24     Emails to L. Moffatt and R. Gruber re order of witnesses and witness preparation; review ███████████ with L. Moffatt; prepare and emails with J. Bravo; prepare outline re P. Rubin testimony; email with J. Salem re opening statements.

      Theodore C. Max                        4.20 hrs.            $ 3,255.00

01/14/24     Finalize Pier Luigi Roncaglia trial outline; correspondence with Pier Luigi Roncaglia re same; confer with Ted Max re same; correspondence with translators; review expert report of David Franklyn; review deposition transcript of David Franklyn; confer with Ted Max, Dylan Price, and Lora Moffatt re ████████████████ at trial.

      Jill M. Pietrini                        9.80 hrs.            $ 7,595.00

01/14/24     Worked on witness outlines and prepared for week 2 of trial.

      Dylan J. Price                         9.20 hrs.            $ 7,130.00

01/14/24     Continue revising J. Bleys outline and review J. Bravo testimony.

      Bridget J. Russell                     6.80 hrs.            $ 4,420.00

01/14/24     Assisted with trial preparations, including assessing updated exhibits and direct examination outlines, deposition designations and witness preparation materials.

      Hyo Jin Paik                           5.20 hrs.            $ 1,950.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 22 of 63

## FEE DETAIL

01/14/24    Discussed edits to jury instruction, additional research, public availability of information regarding Renato Corti theft, and opening statement chart with T. Max.

James M. Salem                    .50 hrs.                    $ 216.00

01/14/24    Index revisions, expand descriptions of exhibits being used for upcoming witnesses; attorney assist re exhibits; communications with team re various trial matters; further index updates re exhibits offered/admitted.

Monica E. Danner                  3.70 hrs.                  $ 1,431.90

01/14/24    Trial preparation and support (9.7).

Vineet M. Dua                     9.70 hrs.                  $ 3,972.15

01/15/24    Work on and prepare Andrea Gaudet for trial testimony; emails and calls re French interpreter; work on and prepare for cross-examination of J. Bravo.

Theodore C. Max                   7.60 hrs.                  $ 5,890.00

01/15/24    Review additional revisions to Pier Luigi Roncaglia outline; revise outline; meeting with Pier Luigi Roncaglia re same and review potential exhibits of defendant relating to Bianchi and Nardi; confer with Pier Luigi Roncaglia re same; meeting with Dylan Price and Lora Moffatt re new French translator; call with potential translator; review backgrounds of potential translators; revise questions for Moffatt testimony re trademark registrations; correspondence with Pier Luigi Roncaglia re testimony outline.

Jill M. Pietrini                  12.30 hrs.                 $ 9,532.50

01/15/24    Worked on F. Bober outline; worked on Lora Moffatt outline; testimony prep session with Pier Luigi Roncaglia and Lora Moffatt; telephonic interviews with three French interpreter candidates; prepared for Week 2 of trial.

Dylan J. Price                    11.20 hrs.                 $ 8,680.00

01/15/24    Draft and revise J. Bleys outline and emails re same; assemble exhibits.

Bridget J. Russell                6.20 hrs.                  $ 4,030.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 23 of 63

## FEE DETAIL

01/15/24    Participated in and assisted with trial preparation and organization of exhibits for A. Gaudet and P.L. Roncoglia.

                Hyo Jin Paik                    8.90 hrs.                    $  3,337.50

01/15/24    Reviewed additional cases in connection with "overrun" exception. Edited jury instruction regarding the same and provided to T. Max for review. Conducted initial research regarding public availability of information regarding Corti theft outside of this litigation.

                James M. Salem                    1.00 hrs.                    $  432.00

01/15/24    Prepare list of URLs and images of recently captured evidence from WGACA's website for consideration as additional exhibits; trial exhibit index updates; prepare documents for trial, Day 5; emails with Hyo Jin Paik and Lisa Rodriguez re trial supplies and related matters.

                Monica E. Danner                    3.70 hrs.                    $  1,431.90

01/15/24    Assisted with trial preparation and organization of exhibits.

                Lisa S. Rodriguez                    8.00 hrs.                    $  2,952.00

01/15/24    Assist with trial preparation and support (9.0).

                Vineet M. Dua                    9.00 hrs.                    $  3,685.50

01/16/24    Work on, prepare and attend trial;  prepare J. Bravo outline and prepare outline for P. Rubin examination; conduct direct testimony of A. Gaudet; prepare outline for J. Bleys; email and communication with C. Girardi.

                Theodore C. Max                    9.60 hrs.                    $  7,440.00

01/16/24    Further revisions to Pier Luigi Roncaglia trial outline; meeting with Pier Luigi Roncaglia; attend Day 5 of trial; review additional call records for Moffatt testimony; confer with Dylan Price re same; correspondence with Joseph Bravo re trial; revise trial outline for David Franklyn; correspondence with David Franklyn re attendance at trial.

                Jill M. Pietrini                    12.40 hrs.                    $  9,610.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                         May 15, 2024
Theodore C. Max                                                                                                  Invoice 340088397
                                                                                                                Page 24 of 63

## FEE DETAIL

01/16/24        Attended Day 5 of trial; reviewed additional customer care records; prepared for
                continue Moffatt examination; prepared for Devyn Shaughnessy examination.

                Dylan J. Price                          11.10 hrs.                 $ 8,602.50

01/16/24        ███████████████████████████████████████████████████████
                ███████████████████████████████████████████████████████████
                ██████████████████████████████████

                        ██████████          ████████          █████████

01/16/24        Review F. Bober testimony and revise Bleys outline; review P.L. Roncaglia exhibits
                and email re same.

                Bridget J. Russell                      10.40 hrs.                 $ 6,760.00

01/16/24        Attended, participated in and assisted with trial; organize and keep track of trial
                exhibits.

                Hyo Jin Paik                            11.70 hrs.                 $ 4,387.50

01/16/24        Assist attorneys on Day 5 of trial; further review and capture of current WGACA web
                pages, related updates to potential new exhibits chart; ██████████████████████
                ██████████████  and  prepare compilation of same; phone conference with Jill Pietrini
                re status of various trial tasks; assist Jill Pietrini with P.L. Roncaglia witness
                documents.

                Monica E. Danner                        6.00 hrs.                  $ 2,322.00

01/16/24        Assist with trial preparation and organization of trial exhibits; circulate trial transcript.

                Lisa S. Rodriguez                       8.30 hrs.                  $ 3,062.70

01/16/24        Trial preparation support, daily courtroom technology check, and evidence presentation
                support during day 5 of trial (14.2).

                Vineet M. Dua                           14.20 hrs.                 $ 5,814.90

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 25 of 63

## FEE DETAIL

01/17/24    Work on and prepare outline for C. Girardi; emails to L. Moffatt and R. Gruber re same; email to J. Salem re definition of counterfeiting; email and follow up with J. Bleys re trial preparation.

> Theodore C. Max                    9.30 hrs.                $ 7,207.50

01/17/24    Review Declaration of Melissa Pittaoulis for survey issues; begin reading Pittaoulais' expert report; attend Day 6 of trial; correspondence with Italian translators re documents relating to Renato Corti; review research results re defendant's handbag expert Gracie Ginn; ██████████████████████████████████
██████; correspondence with Chanel team re defendant's new expert Gracie Ginn.

> Jill M. Pietrini                   12.10 hrs.               $ 9,377.50

01/17/24    Attended Day 6 of trial; witness prep session with Jennifer Bleys; worked on D. Shaughnessy outline.

> Dylan J. Price                     11.10 hrs.               $ 8,602.50

01/17/24    ████████████████████████████████████████████████████
███████████

> ████████████              ████████████           ████████████

01/17/24    Prepare J. Bleys and revise outline re same.  Strategize re same with trial team and gather additional exhibits.

> Bridget J. Russell                 10.50 hrs.               $ 6,825.00

01/17/24    Researched, reviewed, and analyzed Second Circuit case law regarding Rule 26 disclosure standards and sanctions for non-compliance regarding unidentified witnesses.  Drafted summary regarding same.

> Khirin A. Bunker                    1.60 hrs.               $ 1,040.00

01/17/24    Attended, participated in and assisted with trial; follow up re TransPerfect translators.

> Hyo Jin Paik                       12.30 hrs.               $ 4,612.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 15, 2024
Theodore C. Max                                                                                 Invoice 340088397
                                                                                               Page 26 of 63

## FEE DETAIL

01/17/24      Conducted research regarding definition of counterfeit under the Lanham Act █
              ████████████████████████████████████. Drafted analysis for review.

              James M. Salem                    1.10 hrs.                $  475.20

01/17/24      Assist attorneys on Day 6 trial, locate various documents produced; daily transcript
              review, chart preparation re admitted/offered exhibits; prepare transcript binders for Jill
              Pietrini; document review re trademark issues, further evidence collection; prepare
              third amended Schedule B of Chanel's exhibits.

              Monica E. Danner                   7.10 hrs.                $ 2,747.70

01/17/24      ████████████████████████████████████████████████████
              ████████████████████████████

              ████████████          ████████          ████████

01/17/24      Assisted with trial preparation and preparation of exhibits for witnesses at trial.

              Lisa S. Rodriguez                  10.50 hrs.               $ 3,874.50

01/17/24      Trial preparation support, daily courtroom technology check, and evidence presentation
              support during Day 6 of trial (14.0).

              Vineet M. Dua                      14.00 hrs.               $ 5,733.00

01/18/24      Work on and review and revise J. Bravo outline; work on and review and revise draft
              outline re J. Bleys; work on and discuss motion to preclude WGACA "expert" G. Ginn;
              follow up re Japanese repair of 10218184 bag.

              Theodore C. Max                    8.50 hrs.                $ 6,587.50

01/18/24      Complete review of Pittalouis expert report; begin review of Pittaoulis deposition;
              attend Day 7 of trial; correspondence with Italian translators re Girardi documents;
              confer with French translator re Day 3 of Bravo testimony; confer with Dylan Price re
              witness testimony and trial testimony; review research re attempt to add expert later;
              correspondence with Chanel team re use of Adrienne Hahn at trial; revise witness
              schedule; correspondence with Chanel team re same.

              Jill M. Pietrini                   11.10 hrs.               $ 8,602.50

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                May 15, 2024
Theodore C. Max                                                                                                        Invoice 340088397
                                                                                                                       Page 27 of 63

## FEE DETAIL

| 01/18/24 | Day 7 of trial; revised D. Shaughnessy and S. Parker outlines; calls with Ted Max and Jill Pietrini to discuss scheduling and witness strategy. |
| --- | --- |

| | Dylan J. Price | 11.80 hrs. | $ 9,145.00 |
| --- | --- | --- | --- |

01/18/24    ██████████████████████████████████████████████
            █████████████████████████████████████████████████
            ███████████          ██████████          ███████████

| 01/18/24 | Meet with J. Bleys. Review prior testimony for additional topics and exhibits for use at trial and admission. |
| --- | --- |

| | Bridget J. Russell | 5.45 hrs. | $ 3,542.50 |
| --- | --- | --- | --- |

| 01/18/24 | Attended and participated in and assisted with trial. |
| --- | --- |

| | Hyo Jin Paik | 10.60 hrs. | $ 3,975.00 |
| --- | --- | --- | --- |

| 01/18/24 | Isolate admitted and offered exhibits for Day 1 through 7 and prepare versions that correspond with specific pages admitted; continue preparing  chart/spreadsheet with details, transcript page references, and links for admitted/offered exhibits. |
| --- | --- |

| | Monica E. Danner | 6.50 hrs. | $ 2,515.50 |
| --- | --- | --- | --- |

| 01/18/24 | Assisted with trial preparation and preparation of witness outline and exhibits; circulate trial transcripts to trial team. |
| --- | --- |

| | Lisa S. Rodriguez | 8.50 hrs. | $ 3,136.50 |
| --- | --- | --- | --- |

| 01/18/24 | Trial preparation support, daily courtroom technology check, and evidence presentation support during day 7 of trial (10.0). |
| --- | --- |

| | Vineet M. Dua | 10.00 hrs. | $ 4,095.00 |
| --- | --- | --- | --- |

| 01/19/24 | Prepare J. Bleys direct; work on and prepare J. Bravo and C. Girardi outlines; review and revise outline re M. Pittoulis and review M. Pittoulis deposition transcript. |
| --- | --- |

| | Theodore C. Max | 9.80 hrs. | $ 7,595.00 |
| --- | --- | --- | --- |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 15, 2024
Theodore C. Max                                                                                    Invoice 340088397
                                                                                                   Page 28 of 63

## FEE DETAIL

| | | | |
|---|---|---|---|
| 01/19/24 | Complete reading deposition of Melissa Pittaoulis; attend Day 8 of trial; confer with Dylan Price re trial strategy and witnesses; confer with Ted Max re J. Bleys testimony and vinyl bag; meeting with Lora Moffatt and rest of team re same. | | |
| | Jill M. Pietrini | 10.10 hrs. | $ 7,827.50 |
| 01/19/24 | Prepared for and attended Day 8 of WGACA trial (Jennifer Bleys direct, Devyn Shaughnessy direct and cross). | | |
| | Dylan J. Price | 8.50 hrs. | $ 6,587.50 |
| 01/19/24 | ███████████████████████████ | | |
| | ███████ | ███████ | ██████ |
| 01/19/24 | Draft email re subpoena issue.  Attend trial.  Review Sun Li testimony. | | |
| | Bridget J. Russell | 8.50 hrs. | $ 5,525.00 |
| 01/19/24 | Attended and participated in and assisted with trial. | | |
| | Hyo Jin Paik | 9.70 hrs. | $ 3,637.50 |
| 01/19/24 | Conducted additional research for appellate authority related to ████████. Drafted analysis for review. Conducted additional research for legislative history related to ████████. Drafted analysis for review. | | |
| | James M. Salem | 3.70 hrs. | $ 1,598.40 |
| 01/19/24 | Assist attorneys on Day 8 of trial; continue isolating admitted and offered exhibits, preparing  chart/spreadsheet with details, transcript page references, and links; daily transcript review; communications with Jill Pietrini and Dylan Price re additional exhibits. | | |
| | Monica E. Danner | 6.50 hrs. | $ 2,515.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

## **FEE DETAIL**

01/19/24    Assisted with trial preparation and organization of exhibits; follow up re translation for witnesses.

           Lisa S. Rodriguez                              8.70 hrs.                 $ 3,210.30

01/19/24    ███████████████████████████████████████████

           ████████████████          ██████████          ██████████

01/19/24    Trial preparation support, daily courtroom technology check, and evidence presentation support during Day 8 of trial.

           Vineet M. Dua                                 10.50 hrs.                $ 4,299.75

01/20/24    Review and revise email re WGACA subpoena and follow up re same; follow up regarding discovery in case and May 5th Order.

           Theodore C. Max                               1.20 hrs.                 $ 930.00

01/20/24    Revise correspondence to opposing counsel re change of position on Vinyl Boy Bag; confer with Ted Max, Dylan Price, and Bridget Russell re same and trial testimony of Paige Rubin; correspondence with Claudio Girardi; review David Franklyn expert report; correspondence with David Franklyn re same; revise witness chart.

           Jill M. Pietrini                              9.70 hrs.                 $ 7,517.50

01/20/24    ████████████████████████████████████████████; reviewed email to opposing counsel re counterfeit vinyl bag; reviewed brief re legal standard for counterfeiting; worked on S. Parker outline.

           Dylan J. Price                                7.20 hrs.                 $ 5,580.00

01/20/24    ██████████████████████████████████████████

           ████████████████          ██████████          ██████████

01/20/24    Email re WGACA subpoena and draft and review response re same.  Review P. Franklyn survey and exhibits.

           Bridget J. Russell                            4.20 hrs.                 $ 2,730.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 15, 2024
Theodore C. Max                                                                                 Invoice 340088397
                                                                                               Page 30 of 63

## FEE DETAIL

01/20/24       Assisted with trial preparations and work on response to WGACA subpoena and
               witness outline preparation.

               Hyo Jin Paik                    5.30 hrs.                    $ 1,987.50

01/20/24       Prepare additional trial exhibits; related index, list and network drive updates;
               electronic and paper file management of exhibits and other case documents.

               Monica E. Danner                7.30 hrs.                    $ 2,825.10

01/20/24       Assist with trial preparation and organization of exhibits.

               Lisa S. Rodriguez               5.20 hrs.                    $ 1,918.80

01/20/24       ███████████████████████████

               ████████████          ██████          ████████

01/20/24       Trial preparation and support.

               Vineet M. Dua                   2.00 hrs.                    $ 819.00

01/21/24       Work on and prepare for P. Rubin; emails and follow up re WGACA subpoena; review
               J. Bravo testimony and prepare C. Girardi draft outline; emails and communications
               with J. Bravo re questions re Corti theft and voiding of Chanel Serial Numbers.

               Theodore C. Max                 4.30 hrs.                    $ 3,332.50

01/21/24       Revise S. Weisser trial outline; correspondence with J. Bleys re trial testimony; confer
               with Ted Max, Dylan Price, and Bridget Russell re testimony of Paige Rubin and Lora
               Moffatt; meeting with Monica Danner re Weisser trial exhibits; review trial exhibit list;
               correspondence with Ted Max and Paul Bost re counterfeiting brief.

               Jill M. Pietrini                8.70 hrs.                    $ 6,742.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 15, 2024
Theodore C. Max                                                                                  Invoice 340088397
                                                                                                 Page 31 of 63

## **FEE DETAIL**

01/21/24    Worked on S. Parker and F. Bober outlines; reviewed trial transcripts; prepared for D. Shaughnessy re-direct; corresponded trial team re witness, evidence and scheduling issues; reviewed brief re legal standard for counterfeiting; call with Jill Pietrini to discuss second half of trial; call with Lora Moffatt re potential further testimony and timing.

            Dylan J. Price                          12.20 hrs.                    $ 9,455.00

01/21/24    ███████████████████████████████████████████████████

            ████████████            ████████            ████████

01/21/24    Draft brief re subpoena and email re same.  Draft L. Moffatt outline and email re same. Review J. Green and L. Moffatt testimony and email re same.

            Bridget J. Russell                      10.70 hrs.                    $ 6,955.00

01/21/24    Drafted and revised pocket brief regarding exclusion of surprise expert witness G. Ginn.  Prepared cross-examination outline of Ambria Mische.

            Khirin A. Bunker                        8.50 hrs.                     $ 5,525.00

01/21/24    Work on A. Mische outline and assisted with trial preparations.

            Hyo Jin Paik                            7.10 hrs.                     $ 2,662.50

01/21/24    Electronic file management re exhibits.

            Monica E. Danner                        3.30 hrs.                     $ 1,277.10

01/21/24    Work on and assisted with trial preparation and support.

            Vineet M. Dua                           9.20 hrs.                     $ 3,767.40

01/22/24    Work on and follow up re WGACA subpoena; work on Motion to Exclude WGACA Experts; work on preparation of C. Girardi; work on and review and revise Jury Instructions and Jury Verdict Form; work on J. Bravo redirect; conference call with Ikuko Sakudo re ███████████.

            Theodore C. Max                         9.90 hrs.                     $ 7,672.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     May 15, 2024
Theodore C. Max                                                                    Invoice 340088397
                                                                                    Page 32 of 63

## FEE DETAIL

| | | | |
|---|---|---|---|
| 01/22/24 | Review summary of research re Rule 60 and Rule 54 re relief from judgment; continue working on Weisser cross-examination; correspondence with opposing counsel re vinyl bag; begin review of trial transcript for Day 9 of trial; telephone conference with Dylan Price re same; review response from opposing counsel re vinyl bag issue; confer with Bridget Russell, Ted Max, and Dylan Price re same; revise witness chart; review relevant parts of David Franklyn file. | | |
| | Jill M. Pietrini | 9.70 hrs. | $ 7,517.50 |
| 01/22/24 | Prepared for and participated in Day 9 of trial; prepared for F. Bober examination. | | |
| | Dylan J. Price | 11.20 hrs. | $ 8,680.00 |
| 01/22/24 | ███████████████████████████████ | | |
| | ██████████ | ██████████ | ██████████ |
| 01/22/24 | Draft brief re Motion for Summary Judgment and WGACA Subpoena and research re same.  Email and strategize with D. Franklyn and L. Moffatt. | | |
| | Bridget J. Russell | 10.20 hrs. | $ 6,630.00 |
| 01/22/24 | Revised draft A. Mische cross-examination outline. | | |
| | Khirin A. Bunker | .40 hrs. | $ 260.00 |
| 01/22/24 | Participated in and assisted with trial; work on A. Mische outline. | | |
| | Hyo Jin Paik | 9.60 hrs. | $ 3,600.00 |
| 01/22/24 | Assist attorneys on Day 9 of trial; find key testimony from Seth Weisser deposition and summarize same and related exhibits; review daily transcript; prepare for Day 10 of trial. | | |
| | Monica E. Danner | 7.40 hrs. | $ 2,863.80 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 33 of 63

### FEE DETAIL



| 01/22/24 | Assist with trial preparation and organize files, follow up with Court Report and translations. | | |
| | Lisa S. Rodriguez | 7.50 hrs. | $ 2,767.50 |
| 01/22/24 | Trial preparation support, daily courtroom technology check, and evidence presentation support during Day 9 of trial. | | |
| | Vineet M. Dua | 13.60 hrs. | $ 5,569.20 |

01/23/24    Follow up with Ikuko Sakudo re ▇▇▇▇▇▇; email and follow up with c. Girardi re preparation; follow up with J. Bravo re cross-examination and redirect; emails and follow up with C. Conklin re ▇▇▇▇▇▇▇▇▇▇▇▇; follow up re ▇▇▇ ▇▇▇▇▇▇▇▇▇▇.

    Theodore C. Max          9.10 hrs.          $ 7,052.50

01/23/24    Complete review of Day 9 trial transcript; attend Day 10 of trial; revise motion to exclude defendant's expert Gracie Ginn; trial strategy meetings with Chanel team re same; correspondence with Joseph Bravo re authentication issues; confer with Ted Max and Dylan Price re same; confer with Bridget Russell re Paige Rubin testimony, Bober testimony, ruling on vinyl bag, production of documents relating to vinyl bag; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

    Jill M. Pietrini          12.90 hrs.          $ 9,997.50

01/23/24    Reviewed F. Bober outline; prepared for and attended Day 10 of trial; reviewed trial transcripts.

    Dylan J. Price          10.90 hrs.          $ 8,447.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 34 of 63

## FEE DETAIL

| 01/23/24 | ███████████████████████████████████████ |
| | ████████         ██████         ███████ |

| 01/23/24 | Attend trial.  Review and revise D. Franklyn outline and strategize re same. |
| | Bridget J. Russell | 10.80 hrs. | $ 7,020.00 |

| 01/23/24 | Attended, participated in and assisted with trial; work on and keep track of trial exhibits; communicate with opposing counsel on same. |
| | Hyo Jin Paik | 12.50 hrs. | $ 4,687.50 |

| 01/23/24 | Trial attendance and assist attorneys on Day 10 of trial;  prepare additional trial exhibits; related index, list and network drive updates; electronic and paper file management of exhibits and other case documents; prepare for Day 11 of trial. |
| | Monica E. Danner | 7.80 hrs. | $ 3,018.60 |

| 01/23/24 | Assist with trial preparation; follow up re exhibits; circulate trial transcript. |
| | Lisa S. Rodriguez | 4.70 hrs. | $ 1,734.30 |

| 01/23/24 | ███████████████████████████████████████ |
| | █████████████████ |
| | ████████         ██████         ███████ |

| 01/23/24 | Assist with trial preparation and support, daily courtroom technology check, and evidence presentation support during Day 10 of trial (14.2). |
| | Vineet M. Dua | 14.20 hrs. | $ 5,814.90 |

| 01/24/24 | Attend trial; work on and prepare for J. Bravo cross examination; work on and review and revise J. Bravo redirect and J. Bleys cross examination and redirect; discussion with J. Pietrini and D. Price re trial; witness scheduling and follow up. |
| | Theodore C. Max | 10.10 hrs. | $ 7,827.50 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 15, 2024
Theodore C. Max                                                                                          Invoice 340088397
                                                                                                          Page 35 of 63

## **FEE DETAIL**

| 01/24/24 | Telephone conference with Andy Safir re testimony and status of trial; revise and finalize motion to exclude Gracie Ginn as WGACA expert; meeting with David Franklyn re trial testimony; attend Day 11 of trial; confer with Ted Max re same. |
|---|---|

| Jill M. Pietrini | 11.60 hrs. | $ 8,990.00 |

| 01/24/24 | Attended Day 11 of trial; prepare David Franklyn for trial; prepared for continued F. Bober direct examination; corresponded with trial team re strategy for Bravo re-direct. |
|---|---|

| Dylan J. Price | 12.20 hrs. | $ 9,455.00 |

01/24/24    ███████████████████████████████████████
            █████████████████████

            ████████████        ██████████        ████████████

| 01/24/24 | Review expert report and deposition of D. Franklyn and prepare D. Franklyn for examination. |
|---|---|

| Bridget J. Russell | 9.10 hrs. | $ 5,915.00 |

| 01/24/24 | Attended trial; participated in and assisted with trial; prepare and organize list of trial exhibits. |
|---|---|

| Hyo Jin Paik | 10.50 hrs. | $ 3,937.50 |

| 01/24/24 | Updated jury instructions regarding definition of counterfeit under the Lanham Act and to include relevant citations. |
|---|---|

| James M. Salem | .80 hrs. | $ 345.60 |

| 01/24/24 | Assist attorneys on Day 11 of trial; prepare marked copies of all related trial and deposition transcripts referencing ███████████; prepare new exhibits; phone conference with Jill Pietrini re tasks status, witnesses scheduling, and evidence preparation; review daily transcript, update indexes; prepare for Day 12 of trial. |
|---|---|

| Monica E. Danner | 7.20 hrs. | $ 2,786.40 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 36 of 63

## FEE DETAIL

| | | | |
|---|---|---|---|
| 01/24/24 | Work on and assist with trial preparation; organize and prepare for witness cross-examination and preparation; circulate trial transcript. | | |
| | Lisa S. Rodriguez | 9.50 hrs. | $ 3,505.50 |
| 01/24/24 | ██████████████████████████████████████ ████████ | | |
| | ████████     ████████     ████████ | | |
| 01/24/24 | Conferred with J. Pietrini with trial brief on Gracie Ginn issue; e-filed same. | | |
| | Bradley M. Rank | .40 hrs. | $ 150.00 |
| 01/24/24 | Trial preparation support, daily courtroom technology check, and evidence presentation support during day 11 of trial (12.0). | | |
| | Vineet M. Dua | 12.00 hrs. | $ 4,914.00 |
| 01/25/24 | Work on and prepare for trial and J. Bravo redirect and J. Bleys cross examination; attend trial and take part re same; emails and follow up with Chanel team re J. Bleys redirect and exhibits re same; work on and prepare J. Bleys redirect. | | |
| | Theodore C. Max | 9.70 hrs. | $ 7,517.50 |
| 01/25/24 | Meeting with David Franklyn and Bridget Russell re deposition preparation; attend Day 12 of trial; revise verdict form; review legal summary for use of demonstrative exhibits; ████████████████████████████; confer with Dylan Price re same; correspondence with Frank Bober re testimony; confer with Vineet Dua and Bridget Russell re use of demonstratives for trial. | | |
| | Jill M. Pietrini | 12.40 hrs. | $ 9,610.00 |
| 01/25/24 | Prepared for and attended Day 12 of trial; meeting with David Franklyn; worked on Lora Moffatt re-call outline. | | |
| | Dylan J. Price | 12.30 hrs. | $ 9,532.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 37 of 63

## FEE DETAIL



01/25/24        ███████████████████████████████

01/25/24        Attend trial and continued preparation of D. Franklyn.

                Bridget J. Russell            12.30 hrs.            $ 7,995.00

01/25/24        Attended, participated in and assisted with trial; assemble list of admitted exhibits;
                work on case preparation.

                Hyo Jin Paik                  10.50 hrs.            $ 3,937.50

01/25/24        Reviewed opening statements and created chart of evidence promised in statements to
                be shown at trial.

                James M. Salem                2.20 hrs.             $ 950.40

01/25/24        Assist attorneys on Day 12 of trial; updates to chart of admitted exhibits; review emails
                from Ted Max and Dylan Price and create new exhibits accordingly; communications
                with Jill Pietrini and Paul Bost re preparation of summaries of trial testimony; prepare
                for Day 13 of trial.

                Monica E. Danner              6.90 hrs.             $ 2,670.30

01/25/24        Assist with trial preparation; work on and assist with preparation of exhibits; circulate
                trial transcript to Chanel team.

                Lisa S. Rodriguez             4.70 hrs.             $ 1,734.30

01/25/24        ███████████████████████████████

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 15, 2024
Theodore C. Max                                                                                        Invoice 340088397
                                                                                                        Page 38 of 63

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 01/25/24 | Trial preparation support, daily courtroom technology check, and evidence presentation support during day 12 of trial (13.0). | | |
| | Vineet M. Dua | 13.00 hrs. | $ 5,323.50 |
| 01/26/24 | Work on and prepare for J. Bleys redirect; attend trial and take J. Bleys redirect; attend trial and strategize re witnesses and scheduling; discussions with L. Moffatt and R. Gruber re same; follow up re weekend preparation with Chanel team. | | |
| | Theodore C. Max | 8.20 hrs. | $ 6,355.00 |
| 01/26/24 | Meeting with David Franklyn and Bridget Russell re direct testimony; revise outline; attend Day 13 of trial; confer with Dylan Price re same and scheduling; review trial transcript for morning of Day 13. | | |
| | Jill M. Pietrini | 11.40 hrs. | $ 8,835.00 |
| 01/26/24 | Prepared for and attended Day 13 of trial. | | |
| | Dylan J. Price | 8.30 hrs. | $ 6,432.50 |
| 01/26/24 | ███████████████████████ | | |
| 01/26/24 | Trial and continued preparation of D. Franklyn. | | |
| | Bridget J. Russell | 10.20 hrs. | $ 6,630.00 |
| 01/26/24 | Attended and participated in and assisted with trial preparation; review and revise list of admitted exhibits. | | |
| | Hyo Jin Paik | 11.10 hrs. | $ 4,162.50 |
| 01/26/24 | Assist attorneys on Day 13 of trial; review daily transcript, update index; update chart of exhibits offered/admitted; prepare for Day 14 of trial. | | |
| | Monica E. Danner | 7.50 hrs. | $ 2,902.50 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 39 of 63

## FEE DETAIL

01/26/24    Assist with trial preparation; circulate trial transcript.

Lisa S. Rodriguez                    5.50 hrs.                    $ 2,029.50

01/26/24    ███████████████████████████████████████████████
███████████████████████████

███████████            █████████            ██████████

01/26/24    Trial preparation support, daily courtroom technology check, and evidence presentation
support during Day 13 of trial (11.2).

Vineet M. Dua                    11.20 hrs.                    $ 4,586.40

01/27/24    Follow up with L. Moffatt re counterfeit stolen Corti Serial Number handbag; outline
thoughts re S. Weisser cross examination; follow up regarding cross-examination of
WGACA expert M. Pittoulis and surprise witness G. Ginn; work on motions re same.

Theodore C. Max                    2.80 hrs.                    $ 2,170.00

01/27/24    Confer with Paul Bost re brief needed for use of Coco Chanel brief; revise brief; confer
with Ram Reddy re Second Circuit research re serial infringer; revise Weisser cross-
examination; review deposition outlines for P. Rubin, V. Drukh, D. Shaunnessy, and S.
Parker to use in Weisser cross examination; confer with Dylan Price re same.

Jill M. Pietrini                    8.80 hrs.                    $ 6,820.00

01/27/24    Reviewed Sun Li outline and deposition transcript; reviewed WGACA's testimony
designations for Sun Li and completed Chanel's counter-designations; worked on
verdict form; worked on testimony identification for closing argument.

Dylan J. Price                    8.40 hrs.                    $ 6,510.00

01/27/24    ███████████████████████████████████████████████
████████████████████████████████

███████████            █████████            ██████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 15, 2024
Theodore C. Max                                                                                 Invoice 340088397
                                                                                               Page 40 of 63

## FEE DETAIL

| | | | |
|---|---|---|---|
| 01/27/24 | Revise D. Franklyn outline.  Review M. Pittaoulis expert report and transcript. | | |
| | Bridget J. Russell | 6.20 hrs. | $ 4,030.00 |
| 01/27/24 | Attend trial; assisted with trial preparations; assemble exhibit list and assit with coordination of exhibits for closing. | | |
| | Hyo Jin Paik | 2.30 hrs. | $ 862.50 |
| 01/27/24 | ██████████████████████ ████████████ | | |
| | ████████  ████  ████████ | | |
| 01/27/24 | Trial preparation and support (10.5). | | |
| | Vineet M. Dua | 10.50 hrs. | $ 4,299.75 |
| 01/27/24 | Assist with trial preparation and created Page Vault captures for attorney use at trial. | | |
| | Steven Molina | .60 hrs. | $ 221.40 |
| 01/28/24 | Prepare C. Girardi for direct and cross-examination; work on Amended Jury Instructions; work on motion re exclusion of WGACA witnesses; email and follow up with J. Bravo. | | |
| | Theodore C. Max | 8.70 hrs. | $ 6,742.50 |
| 01/28/24 | Review revisions to verdict form by Dylan Price; confer with Dylan Price re same; revise brief on use of quotations; revise S. Weisser cross-examination; review summary of research re serial infringers in the Second Circuit; work on direct examination of David Franklyn. | | |
| | Jill M. Pietrini | 5.70 hrs. | $ 4,417.50 |
| 01/28/24 | Worked on verdict form; reviewed brief re use of Coco Chanel quotes; worked on Chanel's amended jury instructions; met with David Franklyn re preparation. | | |
| | Dylan J. Price | 9.10 hrs. | $ 7,052.50 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 41 of 63

## FEE DETAIL



| 01/28/24 | ████████████████████████████████████████ | | |
| | ██████████ ████████ ████████ | | |
| 01/28/24 | Prepare D. Franklyn for cross examination.  Draft D. Franklyn redirect. | | |
| | Bridget J. Russell | 8.80 hrs. | $ 5,720.00 |
| 01/28/24 | Assisted with trial preparations; work on and assist with preparation of exhibits for closing argument. | | |
| | Hyo Jin Paik | 5.20 hrs. | $ 1,950.00 |
| 01/28/24 | Drafted jury instruction regarding material modification of trademarked goods such that trademark is infringed and use of mark renders use as counterfeit. | | |
| | James M. Salem | 1.70 hrs. | $ 734.40 |
| 01/28/24 | ████████████████████████████████████ ██████████████████████████ | | |
| | ██████████ ████████ ████████ | | |
| 01/28/24 | Assist with trial preparation and support for closing (11.7). | | |
| | Vineet M. Dua | 11.70 hrs. | $ 4,791.15 |
| 01/29/24 | Attend trial and examination of D. Franklyn; work on and review and revise C. Girardi Outline; work with C. Girardi re preparation; discussion with L. Moffatt and R. Gruber re ████████████████; email and follow up with J. Bravo; work on and review and revise proposed Jury Verdict Form and Amended Jury Instructions. | | |
| | Theodore C. Max | 8.30 hrs. | $ 6,432.50 |
| 01/29/24 | Attend Day 14 of trial; confer with Dylan Price and Bridget Russell re same; telephone conferences with Ted Max and Dylan Price re Claudio Girardi testimony; revise motion to exclude Mason Howell from testifying. | | |
| | Jill M. Pietrini | 11.50 hrs. | $ 8,912.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 42 of 63

## FEE DETAIL

| 01/29/24 | Prepared for and attended Day 14 of trial; reviewed and revised jury instructions. | | |
|---|---|---|---|
| | Dylan J. Price | 10.60 hrs. | $ 8,215.00 |

| 01/29/24 | ██████████████████████ | | |
|---|---|---|---|
| | ██████ | ██████ | ██████ |

| 01/29/24 | Revise outline and prepare with D. Franklyn.  Attend trial. | | |
|---|---|---|---|
| | Bridget J. Russell | 8.10 hrs. | $ 5,265.00 |

| 01/29/24 | Attended and participated and assisted with trial; assist with witness preparation and exhibits re same. | | |
|---|---|---|---|
| | Hyo Jin Paik | 10.30 hrs. | $ 3,862.50 |

| 01/29/24 | Assist attorneys on Day 14 of trial; review daily transcript, update indexes and charts; prepare for Day 15 of trial. | | |
|---|---|---|---|
| | Monica E. Danner | 5.50 hrs. | $ 2,128.50 |

| 01/29/24 | Assisted with trial preparation and assembly of exhibits; circulate trial transcript. | | |
|---|---|---|---|
| | Lisa S. Rodriguez | 7.20 hrs. | $ 2,656.80 |

| 01/29/24 | E-filed letter brief re Coco Chanel quote; e-filed proposed special jury verdict. | | |
|---|---|---|---|
| | Bradley M. Rank | .50 hrs. | $  187.50 |

| 01/29/24 | Trial preparation support, daily courtroom technology check, and evidence presentation support during Day 14 of trial (8.5). | | |
|---|---|---|---|
| | Vineet M. Dua | 8.50 hrs. | $ 3,480.75 |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                          May 15, 2024
Theodore C. Max                                                                                                                Invoice 340088397
                                                                                                                                        Page 43 of 63

## FEE DETAIL

01/30/24    Work on and review and revise brief re exclusion of WGACA witnesses and in opposition to WGACA Daubert Motion to Exclude David Franklyn; work on and review and revise Proposed Jury Verdict Form and Amended Jury Instructions; email to J. Pietrini re S. Weisser cross-examination; discussion with D. Price re closing argument.

    Theodore C. Max                          9.10 hrs.                          $ 7,052.50

01/30/24    Attend Day 15 of trial; revise Amended Jury Instructions; review summary of law in Second Circuit re impeachment witnesses; meeting with Monica Danner re new exhibits to use; review revisions to verdict form by Dylan Price.

    Jill M. Pietrini                          12.20 hrs.                          $ 9,455.00

01/30/24    Prepared for and attended Day 15 of trial; worked on closing argument; worked on revisions to jury instructions and verdict form.

    Dylan J. Price                          12.30 hrs.                          $ 9,532.50

01/30/24    ███████████████████████████████████████████████
             ██████████████████████████████████████

             ████████████            ████████            ████████████

01/30/24    Attend trial.  Draft D. Franklyn redirect and coordinate re same.

    Bridget J. Russell                          10.10 hrs.                          $ 6,565.00

01/30/24    Attended, participated and assisted with trial; reviewed update exhibit list; assist with exhibits for closing argument.

    Hyo Jin Paik                          9.10 hrs.                          $ 3,412.50

01/30/24    Assist attorneys on trial attendance, Day 15 of trial; daily transcript review, updates to indexes and charts; prepare transcript binders for Jill Pietrini; communications with team re additional evidence collected; prepare for Day 16 of trial.

    Monica E. Danner                          7.50 hrs.                          $ 2,902.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

May 15, 2024
Invoice 340088397
Page 44 of 63

### FEE DETAIL

01/30/24

01/30/24    Assist with trial preparation; assist with coordination re preparation of exhibits for closing.

Lisa S. Rodriguez              4.30 hrs.              $ 1,586.70

01/30/24

01/30/24    E-filed trial brief re motion to exclude witness Mason Howell.

Bradley M. Rank              .30 hrs.              $ 112.50

01/30/24    Trial preparation support, daily courtroom technology check, and evidence presentation support during Day 15 of trial (12.3).

Vineet M. Dua              12.30 hrs.              $ 5,036.85

01/31/24    Work on and review and revise draft Amended Jury Instructions; emails and preparation re D. Franklyn redirect; work on and review and revise M. Pittoulis cross-examination; work on and review and revise draft pocket brief re definition of counterfeit; review background information regarding WGACA possible witnesses.

Theodore C. Max              9.10 hrs.              $ 7,052.50

01/31/24    Meeting with David Franklyn re preparation for cross-examination and redirect; attend Day 15 of trial; meeting with Dylan Price re same and status of motions; confer with Ted Max re same; review Defendant's Motion to Exclude D. Franklyn Survey Report.

Jill M. Pietrini              12.20 hrs.              $ 9,455.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    May 15, 2024
Theodore C. Max    Invoice 340088397
    Page 45 of 63

## FEE DETAIL

01/31/24    Met with David Franklyn; Reviewed trial transcripts and exhibits; Worked on closing argument.

| | | |
|---|---|---|
| Dylan J. Price | 11.80 hrs. | $ 9,145.00 |

01/31/24    ███████████████████████████████

01/31/24    Prepare with D. Franklyn for re direct.  Attend trial.

| | | |
|---|---|---|
| Bridget J. Russell | 10.10 hrs. | $ 6,565.00 |

01/31/24    Attended, participated and assisted with trial; work in exhibit list and coordinate into V. Dua.

| | | |
|---|---|---|
| Hyo Jin Paik | 10.50 hrs. | $ 3,937.50 |

01/31/24    Discussed trial developments with T. Max; reviewed decision related to challenge to expert based on use of static images/screenshots; conducted further research related to use of static images/screenshots in consumer confusion survey; drafted analysis for review and  reviewed modified jury instructions. Began review of brief regarding definition of counterfeit under the Lanham Act.

| | | |
|---|---|---|
| James M. Salem | 2.50 hrs. | $ 1,080.00 |

01/31/24    Assist attorneys on trial attendance, Day 16 of trial; updates to indexes and charts; collect additional evidence from WGACA's website for use as potential exhibits; communications with team re additional evidence collected; find and mark testimony from Seth Weisser's deposition; electronic file management re trial exhibits; prepare for Day 17 of trial.

| | | |
|---|---|---|
| Monica E. Danner | 7.50 hrs. | $ 2,902.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 46 of 63

## FEE DETAIL

01/31/24        Warhar and assist with trial preparation; arcubla exhibits and circulate transcripts of
                Day 15 of trial.

                    Lisa S. Rodriguez                    8.30 hrs.                    $ 3,062.70

01/31/24        ████████████████████████████████████████████████████████
                ████████████████████████████████████

                    ████████████████            ████████            ████████████

01/31/24        E-filed Chanel's Amended Jury Instructions and Special Jury Verdict.

                    Bradley M. Rank                      .30 hrs.                     $ 112.50

01/31/24        Trial preparation support, daily courtroom technology check, and evidence presentation
                support during Day 16 of trial (12.5).

                    Vineet M. Dua                        12.50 hrs.                   $ 5,118.75

02/01/24        Meet with L. Moffatt; work on and review and revise draft Amended Jury Instructions;
                attend to filing re same; work on and review and revise draft Opposition to Daubert
                Motion by WGACA; preparation for M. Howell cross-examination; prepare for
                possible cross-examination of M. Pittaoulis; work on and assist with factual support for
                Closing Argument and meet with D. Price re same; work with J. Salem re revised
                Special Jury Instructions.

                    Theodore C. Max                      9.50 hrs.                    $ 7,362.50

02/01/24        Attend Day 16 of trial; read summaries of A. Gaudet, D. Shaunnessy, L. Moffatt, D.
                Franklyn, P.L.  Roncaglia, and S. Weisser; prepare chart of highlight points for closing
                argument; correspondence with Lora Moffatt and Robin Gruber re closing argument;
                confer with Dylan Price re hearing on motion to exclude D. Franklyn's testimony and
                schedule for closings; correspondence with Andy Safir re status of trial and Phase 2;
                ████████████████████████████████████████████████████████████
                ████████████; confer with Bridget Russell re witness summaries; revise opposition
                to Defendant's motion to exclude David Franklyn as an expert.

                    Jill M. Pietrini                     15.90 hrs.                   $ 12,322.50

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 15, 2024
Theodore C. Max                                                                                          Invoice 340088397
                                                                                                        Page 47 of 63

## FEE DETAIL

| 02/01/24 | Reviewed trial transcripts for key testimony; reviewed trial exhibits; worked on closing argument. | | |
|---|---|---|---|
| | Dylan J. Price | 14.20 hrs. | $ 11,005.00 |

02/01/24  ███████████████████████████████████
           ████████████████████████████████
           ████████████████████████

           █████████        █████████        █████████

| 02/01/24 | Revise D. Franklyn exclusion opposition brief, draft declaration and finalize.  Attend trial.  Review testimony for closing and draft chart of excerpts; review and revise closing statement. | | |
|---|---|---|---|
| | Bridget J. Russell | 12.10 hrs. | $ 7,865.00 |

| 02/01/24 | Attend, participated and assisted with trial; work on and assist with updating of trial exhibit list and preparation for closing statement. | | |
|---|---|---|---|
| | Hyo Jin Paik | 12.20 hrs. | $ 4,575.00 |

| 02/01/24 | Completed review of brief regarding definition of counterfeit under the Lanham Act. Created exhibits for brief. Edited verdict form to conform with updated jury instructions and developments at trial. Provided updated jury instructions and verdict form to team. Located caselaw cited in jury instructions. | | |
|---|---|---|---|
| | James M. Salem | 1.90 hrs. | $ 820.80 |

| 02/01/24 | Assist attorneys on Day 17 of trial; daily transcript review, updates to indexes and charts; collect additional evidence from WGACA's website for use as potential exhibits; electronic file management re trial exhibits; prepare for Day 18 of trial. | | |
|---|---|---|---|
| | Monica E. Danner | 9.30 hrs. | $ 3,599.10 |

| 02/01/24 | Assist with trial preparation; work in and assist with organization of trial exhibits, circulate trial transcript. | | |
|---|---|---|---|
| | Lisa S. Rodriguez | 4.50 hrs. | $ 1,660.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 15, 2024
Theodore C. Max                                                                                           Invoice 340088397
                                                                                                          Page 48 of 63

## FEE DETAIL

02/01/24        Electronically filed opposition to motion to exclude testimony of D. Franklyn,
                proposed amended jury instructions, and proposed amended verdict form; email
                communications with team regarding same.

                        Leigh A. Tencza                 1.40 hrs.                    $  485.10

02/01/24        ████████████████████████████████████████████████████████
                ████████████████████████████████████████████████████

                        ████████████████        ███████        ███████

02/01/24        ████████████████████████████████████████████████████████
                ███████ .

                        ███████████        ███████        ███████

02/01/24        Reviewed trial filings; conferred with T. Max et al. re same.

                        Bradley M. Rank                  .20 hrs.                    $   75.00

02/01/24        Trial preparation support, daily courtroom technology check, and evidence presentation
                support during Day 17 of trial (12.8).

                        Vineet M. Dua                   12.50 hrs.                   $  5,118.75

02/02/24        Attend Court  proceedings; follow up regarding Amended Jury Instructions and review
                of proposed Jury Instructions and attend charging conference to argue for positions re
                definition of counterfeiting and burden of proof re overrun exception; follow up re
                same.

                        Theodore C. Max                  7.60 hrs.                   $  5,890.00

02/02/24        Attend Day 17 of trial.

                        Jill M. Pietrini                 9.50 hrs.                   $  7,362.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

May 15, 2024
Invoice 340088397
Page 49 of 63

## **FEE DETAIL**

02/02/24   Prepared for and attended Day 18 of trial; reviewed revisions to jury charge and special verdict form to incorporate into closing argument; finalized and rehearsed closing argument.

|  | Dylan J. Price | 11.20 hrs. | $ 8,680.00 |

02/02/24   ██████████████████████████████████████████
██████████████████████████████████████
████████        ████████        ████████

02/02/24   Email with D. Price re Closing and gather exhibits and excerpts re same.  Attend trial; and review jury instructions and verdict form.  Email re exhibits and coordinate re same.

|  | Bridget J. Russell | 8.10 hrs. | $ 5,265.00 |

02/02/24   Attend trial and participated and assisted with trial; Follow up re exhibits with counsel for WGACA.

|  | Hyo Jin Paik | 9.20 hrs. | $ 3,450.00 |

02/02/24   Assist attorneys on trial attendance, Day 18 of trial; daily transcript review, updates to indexes and charts; collect additional evidence from WGACA's website for impeachment; electronic file management re trial exhibits.

|  | Monica E. Danner | 8.00 hrs. | $ 3,096.00 |

02/02/24   Assisted with trial preparation support, daily courtroom technology check, and evidence presentation support during day 18 of trial (9.0).

|  | Vineet M. Dua | 8.90 hrs. | $ 3,644.55 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                May 15, 2024
Theodore C. Max                                                                                         Invoice 340088397
                                                                                                       Page 50 of 63

## FEE DETAIL

02/03/24    Review A. Safir expert reports; review supplemental expert of defendant's financial
            expert; revise trial outline for Andy Safir; review summary of disgorgement of profits
            law in the Second Circuit; correspondence with opposing counsel re exhibits admitted
            and excluded; confer with Monica Danner re same; telephone conference with Andy
            Safir re Phase 2 of trial; confer with Ted Max and Dylan Price re same and jury
            deliberations.

            Jill M. Pietrini                          5.80 hrs.                    $ 4,495.00

02/03/24    Work on regarding of trial materials and exhibits for closing; work on jury exhibit
            binders; assisted with trial.

            Hyo Jin Paik                              1.80 hrs.                    $ 675.00

02/03/24    Commence preparing binders of admitted exhibits for jury and related lists for Court.

            Monica E. Danner                          3.00 hrs.                    $ 1,161.00

02/03/24    Received calls regarding removal of boxes printers from downtown Marriott war room;
            calls to courier services; email and response email; waiting for removal of boxes to be
            made

            Lisa S. Rodriguez                         5.00 hrs.                    $ 1,845.00

02/03/24    Trial support - packed up the war room boxes and printer at the conclusion of trial
            (1.0).

            Vineet M. Dua                             1.00 hrs.                    $ 409.50

02/04/24    Work on and follow up regarding draft letter to Court re objections to Y. Galanter
            closing.

            Theodore C. Max                           1.30 hrs.                    $ 1,007.50

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 51 of 63

## FEE DETAIL

| | | | |
|---|---|---|---|
| 02/04/24 | Revise trial outline for Andy Safir; review relevant sections of S. Weisser trial testimony; correspondence with Andy Safir re foregoing; review remaining stipulated exhibits for inclusion on admitted exhibits; confer with Monica Danner re same; correspondence with opposing counsel re exhibits re vinyl bag to delete;  confer with Dylan Price re same. | | |
| | Jill M. Pietrini | 4.50 hrs. | $ 3,487.50 |
| 02/04/24 | Reviewed trial exhibits for inclusion in jury exhibit binders; Reviewed trial transcript from jury charge conference. | | |
| | Dylan J. Price | 3.30 hrs. | $ 2,557.50 |
| 02/04/24 | Assisted with trial; work in and assist with preparation of jury exhibit binders. | | |
| | Hyo Jin Paik | 1.40 hrs. | $ 525.00 |
| 02/04/24 | Discussed research regarding improper summation with T. Max. Conducted research regarding improper summation and available remedies. Drafted analysis for review. Reviewed letter to Court regarding improper summation and drafted legal section letter. | | |
| | James M. Salem | 3.70 hrs. | $ 1,598.40 |
| 02/04/24 | Continue preparing binders of admitted exhibits for jury and related lists for Court. | | |
| | Monica E. Danner | 3.00 hrs. | $ 1,161.00 |
| 02/05/24 | ███████████████████████████████████; attend trial, jury instructions and jury deliberation; follow up re follow up re trial and next steps. | | |
| | Theodore C. Max | 5.30 hrs. | $ 4,107.50 |
| 02/05/24 | Attend Day 17 of trial; review draft letter from Ted Max re ████████████; confer with Dylan Price and Ted Max re same; confer with Dylan Price re jury deliberations. | | |
| | Jill M. Pietrini | 6.80 hrs. | $ 5,270.00 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 52 of 63

## FEE DETAIL

| | | | |
|---|---|---|---|
| 02/05/24 | Prepared for and attended Day 17 of trial; Chambers argument re jury instructions and WGACA instagram takedown. | | |
| | Dylan J. Price | 6.30 hrs. | $ 4,882.50 |
| 02/05/24 | ▨ | | |
| | ▨ | ▨ | ▨ |
| 02/05/24 | Attend Chanel trial and work on coordination re trial exhibits. | | |
| | Bridget J. Russell | 4.10 hrs. | $ 2,665.00 |
| 02/05/24 | Participated and assisted with trial; worked on preparation of trial binder for jury deliberations. | | |
| | Hyo Jin Paik | 6.80 hrs. | $ 2,550.00 |
| 02/05/24 | Attend trial Day 17; final preparation of binders of admitted exhibits for jury and related lists for court; electronic file management; war room management. | | |
| | Monica E. Danner | 6.50 hrs. | $ 2,515.50 |
| 02/05/24 | Email reviewed and responses; traveled to court to pack up courtroom and materials in annex counsel room; reviewed exhibits; sent out trial transcript to P. Bost; communication with attorney regarding blow up of specific exhibits. | | |
| | Lisa S. Rodriguez | 6.80 hrs. | $ 2,509.20 |
| 02/06/24 | Attend trial day and jury deliberation; follow up with Chanel representatives and next steps. | | |
| | Theodore C. Max | 3.90 hrs. | $ 3,022.50 |
| 02/06/24 | Attend trial; correspondence with Andy Safir re verdict and Phase 2 of trial; meeting with Chanel team re same; confer with Monica Danner re jury verdict. | | |
| | Jill M. Pietrini | 6.30 hrs. | $ 4,882.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 15, 2024
Theodore C. Max                                                                                        Invoice 340088397
                                                                                                       Page 53 of 63

## FEE DETAIL

| | | | |
|---|---|---|---|
| 02/06/24 | Prepared for and attended Day 18 of trial; Discussion with jurors post-verdict. | | |
| | Dylan J. Price | 6.30 hrs. | $ 4,882.50 |
| 02/06/24 | Participated and assisted with trial. | | |
| | Hyo Jin Paik | 6.10 hrs. | $ 2,287.50 |
| 02/06/24 | Review and capture Google reviews for What Goes Around Comes Around NYC as exhibits for trial. | | |
| | Adalberto Huerta | .30 hrs. | $ 116.10 |
| 02/06/24 | Traveled to Court to bring down two exhibits that were enlarged per T. Max request; reviewed war room at office and request for clear out. | | |
| | Lisa S. Rodriguez | 3.50 hrs. | $ 1,291.50 |
| 02/07/24 | Review press coverage re jury verdict; correspondence with Robin Gruber and Ted Max re same, enforcing judgment when issued, and post trial motions. | | |
| | Jill M. Pietrini | 3.75 hrs. | $ 2,906.25 |
| 02/08/24 | Follow up re Court's jury verdict and next steps in terms of the WGACA case. | | |
| | Theodore C. Max | .50 hrs. | $ 387.50 |
| 02/08/24 | Performed a forensic collection of relevant website content for preservation and potential use in discovery. | | |
| | Lauren E. Doucette | .20 hrs. | $ 60.00 |
| 02/09/24 | Emails with Chanel regarding next steps; email and follow up with D. Price and J. Pietrini re same. | | |
| | Theodore C. Max | .50 hrs. | $ 387.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 15, 2024
Theodore C. Max                                                                                  Invoice 340088397
                                                                                                 Page 54 of 63

## **FEE DETAIL**

| | |
|---|---|
| 02/09/24 | Correspondence with financial expert A. Safir re 2023 sales and disgorgement part of trial; confer with Ted Max and Dylan Price re motion for permanent injunction; correspondence with Robin Gruber re post-mortem press; correspondence with David Franklyn re success of survey; confer with Ram Reddy re research needed for motion for permanent injunction. |

| | | |
|---|---|---|
| Jill M. Pietrini | 1.90 hrs. | $ 1,472.50 |

02/09/24    ████████████████████████████████████████
            ████

            ██████████        ██████████        ██████████

02/09/24    Conferred with T. Max regarding trial issues and strategy for next steps.

| | | |
|---|---|---|
| Tyler E. Baker | .60 hrs. | $ 405.00 |

02/09/24    Reviewed past research with regard to permanent injunction. Communicated with T. Max regarding the same.

| | | |
|---|---|---|
| James M. Salem | .50 hrs. | $ 216.00 |

02/09/24    ████████████████████████████████████████
            ██████████████████████████

            ██████████        ██████████        ██████████

02/12/24    Follow up call with J. Salem re equitable relief and case law in support of posting of Chanel Serial Numbers; conference call with J. Pietrini and D. Price with L. Moffatt and R. Gruber re WGACA Post-Mortem Discussion of WGACA case.

| | | |
|---|---|---|
| Theodore C. Max | 3.10 hrs. | $ 2,402.50 |

02/12/24    Review initial research re motion for permanent injunction in Second Circuit; review summary of press from Chanel; participate in post-mortem call with Chanel; confer with Dylan Price re Phase 2 of trial; confer with Monica Danner re ██████████ ████████████████████████████; correspondence with opposing counsel re sales information for 2023.

| | | |
|---|---|---|
| Jill M. Pietrini | 2.10 hrs. | $ 1,627.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 15, 2024
Theodore C. Max                                                                                    Invoice 340088397
                                                                                                    Page 55 of 63

## FEE DETAIL

02/12/24    Debrief call with client; call with Jill Pietrini to discuss Phase 2 tasks; worked on powerpoint.

              Dylan J. Price                        1.80 hrs.                $  1,395.00

02/12/24    ██████████████████████████████████████████████████

              ████████                    ████████                    ████████

02/12/24    Email opposing counsel re financial information.  Email with D. Franklyn re testimony.

              Bridget J. Russell                    .80 hrs.                $  514.80

02/12/24    Conferred with T. Max on case strategy items re motion for permanent injunction.

              Tyler E. Baker                        .50 hrs.                $  337.50

02/12/24    Discussed issue of mandatory injunction with T. Max. Conducted research regarding the same and drafted analysis for review.

              James M. Salem                        3.60 hrs.                $  1,555.20

02/12/24    Finalize list of exhibits admitted and transmit to Sasha Shariati.

              Monica E. Danner                      .30 hrs.                $  116.10

02/12/24    Commence collecting ████████████████████████████████ in connection with post-trial motions.

              Monica E. Danner                      1.00 hrs.                $  387.00

02/12/24    ███████████████████████████████████████████████
              ███████████████████████████████████████████████
              ████████████

              ████████                    ████████                    ████████

02/13/24    Emails and follow up with L. Moffatt and R. Gruber re next steps and tasks.

              Theodore C. Max                       .50 hrs.                $  387.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 15, 2024
Theodore C. Max                                                                                  Invoice 340088397
Page 56 of 63

## FEE DETAIL

02/13/24        Email and follow up with J. Salem re equitable relief and posting of Chanel Serial
                Numbers.

                Theodore C. Max                    .80 hrs.                    $ 620.00

02/13/24        Correspondence with Robin Gruber re next steps in case; work on motion for
                permanent injunction; telephone conference with Monica Danner re evidence for
                permanent injunction.

                Jill M. Pietrini                   1.50 hrs.                   $ 1,162.50

02/13/24        Reviewed caselaw regarding permanent injunction in connection with research.
                Communicated with T. Max regarding the same.

                James M. Salem                     .20 hrs.                    $ 86.40

02/13/24        Continue ███████████████████████████████████████████
                in connection with post-trial motions.

                Monica E. Danner                   1.50 hrs.                   $ 580.50

02/13/24        Reviewed email correspondence; forwarded trial transcripts per T. Max request;
                forwarded specific trial transcripts per M. Donner's request.

                Lisa S. Rodriguez                  .50 hrs.                    $ 184.50

02/14/24        Follow up with J. Salem re research regarding permanent injunctive relief and cases re
                same; email re Fendi case.

                Theodore C. Max                    1.90 hrs.                   $ 1,472.50

02/14/24        Email opposing counsel re financials.

                Bridget J. Russell                 .20 hrs.                    $ 128.70

02/14/24        Conducted research regarding possible scope of permanent injunction ██████
                █████████████████. Drafted analysis for review.

                James M. Salem                     2.70 hrs.                   $ 1,166.40

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 57 of 63

<u>**FEE DETAIL**</u>



02/14/24    Prepare list ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in connection with post-trial motions.

          Monica E. Danner       1.80 hrs.       $ 696.60

02/15/24

02/15/24    Discussion with J. Pietrini re production of financial data and call with J. Pietrini re same.

          Bridget J. Russell      .20 hrs.       $ 128.70

02/15/24    Continue ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in connection with post-trial motions.

          Monica E. Danner       1.50 hrs.       $ 580.50

02/15/24    Follow up regarding pick up of materials left at Federal Court; called the Deputy M. Lee regarding pick up request to be made; contact with the messenger service to pick up table, printer, and other materials; returned to office.

          Lisa S. Rodriguez       3.20 hrs.     $ 1,180.80

02/16/24

02/19/24    Reviewed WGACA financial information and expert depositions in preparation for damages phase.

          Dylan J. Price       4.10 hrs.     $ 3,177.50

02/20/24    Prepare debrief for Chanel, Inc. re WGACA trial and follow up on next steps and materials for Chanel meetings and review of case.

          Theodore C. Max       .90 hrs.       $ 697.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                              May 15, 2024
Theodore C. Max                                                                                                    Invoice 340088397
                                                                                                                   Page 58 of 63

## FEE DETAIL

02/20/24        Telephone conference with Paul Bost re motion for permanent injunction; confer with
                Dylan Price re same.

                Jill M. Pietrini                         .40 hrs.                    $ 310.00

02/20/24        ████████████████████████████████████████

                ███████████                ███████                        ███████

02/20/24        Email with WGACA counsel re financial data.

                Bridget J. Russell                       .20 hrs.                    $ 128.70

02/21/24        Emails and follow up re summary of Chanel v. WGACA matter; emails and follow re
                same; prepare outline for Chanel re follow up and summary of takeaways from trial.

                Theodore C. Max                          .90 hrs.                    $ 697.50

02/21/24        ████████████████████████████████████████

                ███████████                ███████                        ███████

02/22/24        Correspondence with opposing counsel re 2023 financial documents; telephone
                conference with Bridget Russell re same.

                Jill M. Pietrini                         .40 hrs.                    $ 310.00

02/22/24        ████████████████████████████████████████

                ███████████                ███████                        ███████

02/22/24        Email to WGACA counsel re financial data.

                Bridget J. Russell                       .10 hrs.                    $ 64.35

02/22/24        Continue ████████████████████████████████████████ in connection with post-trial motions.

                Monica E. Danner                         1.10 hrs.                   $ 425.70

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                          May 15, 2024
Theodore C. Max                                                                                                  Invoice 340088397
                                                                                                                Page 59 of 63

### FEE DETAIL

02/23/24    ███████████████████████████████████████████
            ███████████████████████████████████████████
            ████████████

            ████████              ████████              ████████

02/26/24    Email to P. Bost; discussion with J. Salem re research re posting of Chanel Serial
            Numbers; research re recall.

            Theodore C. Max              1.30 hrs.              $ 1,007.50

02/26/24    Worked on Rosado examination outline for damages phase of trial.

            Dylan J. Price              1.20 hrs.              $ 930.00

02/26/24    ████████████████████████████████████████████████

            ████████              ████████              ████████

02/26/24    Reviewed/analyzed and compiled trial documents to send to Chanel.

            Hyo Jin Paik              .90 hrs.              $ 337.50

02/26/24    ███████████████████████████████████

            ████████              ████████              ████████

02/27/24    Follow up with J. Salem re questions re affirmative injunction and motion for equitable
            relief; discussion re order to compel WGACA to post Chanel Serial Numbers.

            Theodore C. Max              1.80 hrs.              $ 1,395.00

02/27/24    Reviewed draft memorandum of Law in Support of  Permanent  Injunction.

            Dylan J. Price              1.30 hrs.              $ 1,007.50

02/27/24    ██████████████████████████████████████████████
            ██████████

            ████████              ████████              ████████

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 60 of 63

## FEE DETAIL

02/27/24    ███████████████████████████████████

███████████        ███████        ███████

02/28/24    Review and revise draft Memorandum of Law in Support of Permanent Injunction;
discussion with J. Salem re revisions; review and revise same; follow up with J. Salem.

Theodore C. Max                5.70 hrs.                $ 4,417.50

02/28/24    Reviewed revisions to Motion for Permanent Injunction.

Dylan J. Price                1.10 hrs.                $ 715.00

02/28/24    ███████████████████████████████████

███████        ███████        ███████

02/28/24    Receive financial production, review and analyze and email same to A. Safir.

Bridget J. Russell                .50 hrs.                $ 321.75

02/28/24    Discussed brief for equitable and injunctive relief with T. Max. Conducted research in
support of the same. Drafted new section of legal argument with regard to scope of the
proposed permanent injunction. Discussed additions with T. Max.

James M. Salem                4.30 hrs.                $ 1,857.60

02/29/24    Reviewed/cite-checked brief re: permanent injunction; conferred with T. Max and J.
Salem re: the same.

Hyo Jin Paik                4.40 hrs.                $ 1,650.00

02/29/24    Reviewed updated brief in support of equitable relief and discussed the same with T.
Max and H.J. Paik. Located additional authority to support brief. Reviewed and edited
entire brief and provided updated draft to T. Max for review.

James M. Salem                3.40 hrs.                $ 1,468.80

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 61 of 63

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 274.90 | $ 775.00 | $ 213,047.50 |
| Jill M. Pietrini | 376.65 | $ 775.00 | $ 291,903.75 |
| Dylan J. Price | 362.70 | $ 774.62 | $ 280,955.00 |
| Bridget J. Russell | 255.70 | $ 649.95 | $ 166,192.00 |
| Tyler E. Baker | 1.10 | $ 675.00 | $ 742.50 |
| Khirin A. Bunker | 18.30 | $ 650.00 | $ 11,895.00 |
| Hyo Jin Paik | 304.90 | $ 375.00 | $ 114,337.50 |
| James M. Salem | 43.30 | $ 432.00 | $ 18,705.60 |
| Monica E. Danner | 214.05 | $ 387.00 | $ 82,837.35 |
| Lisa S. Rodriguez | 217.05 | $ 369.00 | $ 80,091.45 |
| Leigh A. Tencza | 1.90 | $ 346.50 | $ 658.35 |
| Bradley M. Rank | 1.70 | $ 375.00 | $ 637.50 |
| Lauren E. Doucette | .40 | $ 300.00 | $ 120.00 |
| Vineet M. Dua | 310.20 | $ 409.50 | $ 127,026.90 |
| Steven Molina | .60 | $ 369.00 | $ 221.40 |

**Total Fees for Professional Services**          **$ 1,486,332.95**

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 62 of 63

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 01/02/24 | ESI Hosting and Processing | 7,465.84 |
| 01/03/24 | Federal Express/Air Courier | 4,407.00 |
| 01/03/24 | Interpreter/Translator | 46,473.28 |
| 01/03/24 | Lexis Legal Research | 1,191.47 |
| 01/03/24 | Meals | 9,291.71 |
| 01/03/24 | Other Professionals | 2,236.69 |
| 01/03/24 | Outside Duplication | 992.35 |
| 01/03/24 | Outside Service | 98.83 |
| 01/03/24 | Local Transportation | 8,939.09 |
| 01/03/24 | Transcripts and Depositions (SDNY LiveNote) | 28,540.00 |
| 01/04/24 | Airfare | 5,125.41 |
| 01/04/24 | Hotel Expenses | 75,590.46 |
| 01/04/24 | Hotel Warroom Expenses | 55,002.15 |
| 01/04/24 | Gaudet, Andrea Travel Time 2.5 hours | 375.00 |
| 01/04/24 | Expenses related to Andrea Gaudet Trial Appearance | 225.00 |
| 01/04/24 | Expenses related to Jennifer Bley Trial Appearance | 225.00 |
| 01/04/24 | Westlaw Research | 34,380.00 |

**Total Disbursements**                    $ 280,559.28

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 15, 2024
Invoice 340088397
Page 63 of 63

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 04/19/24 | 340087501 | 135,603.14 | 86,492.65 | 49,110.49 | 0.00 | 0.00 | 0.00 | $ 135,603.14 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 135,603.14 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 1,766,892.23 |
| | | | | **Total Due For This Matter** | | | | **$ 1,902,495.37** |

# May 23, 2024 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
May 23, 2024
Invoice 340088578

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2024

| | | |
|---|---|---|
| Current Fees | $ 142,732.55 | |
| Current Disbursements | $ 61,071.36 | |
| Total Current Activity | | $ 203,803.91 |
| Total Due for This Invoice | | $ 203,803.91 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                              May 23, 2024
Chanel USA, Inc.                                       Invoice 340088578
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2024

Current Fees                              $ 142,732.55
Current Disbursements                     $  61,071.36

Total Current Activity                                      $ 203,803.91

Total Due for This Invoice                                 $ 203,803.91

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:        Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 401 Market Street |
| San Francisco, CA 94104-1298        Swift Identifier: WFBIUS6S | | Philadelphia, PA 19106 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 23, 2024
Theodore C. Max                                                                                        Invoice 340088578
                                                                                                       Page 2 of 18

FOR PROFESSIONAL SERVICES THROUGH 04/30/24

## **FEE DETAIL**

04/01/24        Review WGACA Reply Letter re Disgorgement Phase of WGACA trial.

                Theodore C. Max                      .30 hrs.                    $ 232.50

04/02/24        Reviewed letter brief filed by WGACA and corresponded with team re the same.

                Dylan J. Price                       .30 hrs.                    $ 232.50

04/02/24        ███████████████████████████████████████
                ██████████████████████████████████████████████
                ███████████████

                      ███████████          ███████          ███████

04/04/24        Emails re scheduling of Phase 2 of WGACA Trial; emails with L. Moffatt re ███████
                ██████████████████; follow up re scheduling of Phase 2 of Trial; email with J. Salem re
                research.

                Theodore C. Max                      2.30 hrs.                   $ 1,782.50

04/04/24        Review correspondence from Judge Stanton re Phase 2 trial; correspondence with Lora
                Moffatt re same; correspondence with Andy Safir re same; correspondence with Lora
                Moffatt re █████████████████; confer with Dylan Price re Phase 2 trial date.

                Jill M. Pietrini                     1.00 hrs.                   $ 775.00

04/04/24        Reviewed Order from Court on request for scheduling conference and conferred with
                team re dates proposed by Judge Stanton.

                Dylan J. Price                       .30 hrs.                    $ 232.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.              May 23, 2024
Theodore C. Max                                                                                Invoice 340088578
                                                                                                  Page 3 of 18

## **FEE DETAIL**

04/05/24    Correspondence with Andy Safir re Phase 2 trial schedule; confer with Dylan Price re
            same; correspondence with Lora Moffatt re Kith deal with WGACA; correspondence
            with Lora Moffatt re Phase 2 schedule; ██████████████████████████████
            ████████████; correspondence with Lora Moffatt re same; confer with Monica Danner
            re evidence of use.

            Jill M. Pietrini                        1.50 hrs.                  $ 1,162.50

04/05/24    Reviewed and responded to email from Ms. Pietrini re Phase 2 scheduling issues.

            Dylan J. Price                          .20 hrs.                   $ 155.00

04/05/24    Review email re ████████████████████████████████, download
            photographs and create folder in network drive for storage of same; prepare zoom
            version of photos for Jill Pietrini binder.

            Monica E. Danner                        .50 hrs.                   $ 193.50

04/08/24    Email to D. DeCarlo re scheduling of trial and conference before the Court.

            Theodore C. Max                         .20 hrs.                   $ 155.00

04/08/24    Correspondence with financial expert re Phase 2 trial dates; correspondence with Ted
            Max re same; confer with Dylan Price re same and evidence at Phase 2 of trial.

            Jill M. Pietrini                        .80 hrs.                   $ 620.00

04/08/24    Call with Ms. Pietrini to discuss Phase 2 scheduling.

            Dylan J. Price                          .30 hrs.                   $ 232.50

04/08/24    Drafted email to SMRH team members re: trial scheduling; reviewed/analyzed
            WGACA's brief re: equitable relief.

            Hyo Jin Paik                            .50 hrs.                   $ 187.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.　　　　May 23, 2024
Theodore C. Max　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice 340088578
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 4 of 18

## **FEE DETAIL**

04/09/24　　　Emails and follow up with J. Pietrini re trial scheduling; email and follow up with P. Bost re preparation of Reply Memorandum and next steps.

　　　　　　　　Theodore C. Max　　　　　　　1.10 hrs.　　　　　　$ 852.50

04/09/24　　　Correspondence with opposing counsel re Phase 2 trial date; telephone conference with Andy Safir re same; review correspondence from opposing counsel to Court re Phase 2; confer with Ted Max, Dylan Price, and Paul Bost re same and opposition to motion for permanent injunction; review SDNY and Stanton rules for motion practice.

　　　　　　　　Jill M. Pietrini　　　　　　　2.30 hrs.　　　　　　$ 1,782.50

04/09/24　　　██████████████████████████████████████████
　　　　　　　██

　　　　　　　　　████████　　　　　　████████　　　　　　████████

04/09/24　　　Conferred with T. Max re reply on post-trial briefing; reviewed transcript re same.

　　　　　　　　Bradley M. Rank　　　　　　　.30 hrs.　　　　　　$ 112.50

04/10/24　　　Follow up re WGACA Response to Motion for Permanent Injunction and Equitable Relief; email to J. Salem re research; email to D.DeCarlo re Phase 2 trial dates; email to B. Rank and L.A. Tencza re response to D. DeCarlo letter to Court.

　　　　　　　　Theodore C. Max　　　　　　　1.30 hrs.　　　　　　$ 1,007.50

04/10/24　　　 Call to discuss reply in support of motion for permanent injunction; Begin review WGACA's opposition to Chanel's motion for permanent injunction.

　　　　　　　　Dylan J. Price　　　　　　　1.60 hrs.　　　　　　$ 1,240.00

04/10/24　　　████████████████████████████████████████
　　　　　　　████████████████

　　　　　　　　　████████　　　　　　████████　　　　　　████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                     May 23, 2024
Theodore C. Max                                                                                              Invoice 340088578
                                                                                                            Page 5 of 18

## **FEE DETAIL**

04/10/24        Reviewed/analyzed WGACA's brief; corresponded with G. Essman at Chanel re: post-
                trial pleadings.

                Hyo Jin Paik                          .50 hrs.                    $  187.50

04/11/24        Emails and follow up with J. Pietrini re scheduling and preparation of Reply
                Memorandum.

                Theodore C. Max                       .20 hrs.                    $  155.00

04/11/24        Confer with Ted Max re trial date for Phase 2 and strategy therefor; correspondence
                with opposing counsel re same.

                Jill M. Pietrini                      .20 hrs.                    $  155.00

04/11/24        Reviewed and analyzed WGACA's opposition to Chanel's motion for permanent
                injunction; prepared outline for response points and conferred with Paul Bost re the
                same.

                Dylan J. Price                        1.70 hrs.                   $  1,317.50

04/11/24        ███████████████████████████████████████████
                ███████████████████████████████

                        ██████████            ████████            ████████

04/11/24        Reviewed/analyzed WGACA's post-trial brief re: equitable damages.

                Hyo Jin Paik                          .80 hrs.                    $  300.00

04/11/24        Began research regarding WGACA's re-litigation of liability and willfulness issues in
                their Phase Two trial brief.

                James M. Salem                        1.70 hrs.                   $  734.40

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 23, 2024
Theodore C. Max                                                                                      Invoice 340088578
                                                                                                        Page 6 of 18

## FEE DETAIL

04/12/24      Emails and follow up re work on draft Reply Memorandum; email to J. Salem re
              research in support of Reply Memorandum.

                    Theodore C. Max                     1.40 hrs.                    $ 1,085.00

04/12/24      ███████████████████████████████████████████████████████████
              ███████████████████████████████████████████████

                    ███████████            ███████████            ███████████

04/12/24      Reviewed and analyzed WGACA's brief re: equitable relief and its supporting
              declarations and exhibits; conducted factual search in Relativity re: Gracie Ginn-
              related documents.

                    Hyo Jin Paik                        2.50 hrs.                    $ 937.50

04/12/24      Continued research regarding WGACA's re-litigation of liability issues in their Phase
              Two trial brief. Drafted analysis for review.

                    James M. Salem                      2.70 hrs.                    $ 1,166.40

04/12/24      Called Chambers re forthcoming response to email re scheduling conference.

                    Bradley M. Rank                     .20 hrs.                     $ 75.00

04/15/24      Prepare draft email to Judge Stanton; email to P. Bost, D. Price and J. Pietrini re same;
              call with H.J. Paik and J. Salem re research and drafting.

                    Theodore C. Max                     1.10 hrs.                    $ 852.50

04/15/24      Reviewed and revised email to Judge Stanton; Continue review and analysis of
              WGACA's opposition to Chanel's permanent injunction motion.

                    Dylan J. Price                      .60 hrs.                     $ 465.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 23, 2024
Invoice 340088578
Page 7 of 18

## FEE DETAIL



04/15/24

04/16/24        Email and follow up with P. Bost re reply to Chanel's Motion for Permanent Injunction
                and Equitable Relief; read and review WGACA's Memorandum of Law in Opposition
                to Motion for Permanent Injunction; discussion re strategy and follow up; discussion re
                Rule 50 motion.

                Theodore C. Max                    3.80 hrs.                    $ 2,945.00

04/16/24        Conferred with Paul Bost re Chanel's reply brief arguments.

                Dylan J. Price                     .40 hrs.                     $ 310.00

04/16/24

04/16/24        Conducted research regarding procedural rules for 50(b) motions and ███████
                ███████████████████████. Drafted analysis for review. Conducted
                research regarding ████████████████████████████████ post-jury-
                verdict. Drafted analysis for review.

                James M. Salem                     4.20 hrs.                    $ 1,814.40

04/17/24

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    May 23, 2024
Theodore C. Max                                                                                         Invoice 340088578
                                                                                                         Page 8 of 18

## FEE DETAIL

04/18/24    Read WGACA's Response to Motion for Permanent Injunction; follow up re draft
            Reply Memorandum in Support of Motion for Permanent Injunction; discussion with
            H.J. Paik and J. Salem re research in support of reply and facts to rebut WGACA's
            Response to Motion for Permanent Injunction.

            Theodore C. Max                       2.40 hrs.                    $ 1,860.00

04/18/24    ███████████████████████████████████████████████████████
            ███████████████████████████████████████████████████████
            ███████

                            ████████              ████████              ████████

04/19/24    Read and review draft Reply Memorandum in Support of Motion for Permanent
            Injunction; emails and calls with J. Salem and H.J. Paik re same and review and
            revision of draft; discussion with J. Salem and H.J. Paik re legal research and factual
            questions.

            Theodore C. Max                       6.70 hrs.                    $ 5,192.50

04/19/24    Reviewed/analyzed trial transcripts and factual record in support of the reply brief;
            reviewed draft reply brief re: equitable damages; conferred with T. Max and J. Salem
            re: the same.

            Hyo Jin Paik                          4.30 hrs.                    $ 1,612.50

04/19/24    Conducted initial review of draft reply brief. Drafted new section regarding re-
            litigation of liability and factual issues decided by jury. Discussed status of the brief
            with T. Max and H.J. Paik.

            James M. Salem                        3.00 hrs.                    $ 1,296.00

04/19/24    Performed forensic collection work of relevant website content for preservation and
            potential use in discovery.

            Lauren E. Doucette                    .20 hrs.                     $   60.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 23, 2024
Invoice 340088578
Page 9 of 18

## FEE DETAIL



04/20/24

04/21/24    Work on and review and revise draft Reply Memorandum; emails to J. Salem and H.J. Paik re same.

Theodore C. Max          5.60 hrs.          $ 4,340.00

04/21/24    Reviewed/analyzed revised draft of Chanel's reply brief re: equitable relief.

Hyo Jin Paik          .70 hrs.          $ 262.50

04/21/24    Began following up with additional research in support of reply brief. Communicated with team regarding status of brief.

James M. Salem          .80 hrs.          $ 345.60

04/22/24    Work on and review and revise draft Reply Memorandum in Support of Motion for Permanent Injunction and Equitable Relief; review WGACA Response in Opposition to Motion for Permanent Injunction; conference call with J. Salem and H.J. Paik re research and drafting of Reply Memorandum and revision of same; discussion of Declarations in Support of Motion.

Theodore C. Max          6.30 hrs.          $ 4,882.50

04/22/24

04/22/24    Conferred with T. Max and J. Salem re: edits to the reply brief re: equitable relief; reviewed/analyzed factual record and case law and identified supporting materials for the reply brief.

Hyo Jin Paik          4.10 hrs.          $ 1,537.50

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    May 23, 2024
Theodore C. Max                                                                Invoice 340088578
                                                                               Page 10 of 18

## FEE DETAIL

04/22/24    Reviewed and edited entire reply brief, drafting new sections and conducting additional research as necessary. Discussed brief and edits with T. Max and H.J. Paik. Completed new version and provided to team for review.

        James M. Salem                10.80 hrs.            $ 4,665.60

04/23/24    Work on and review and revise draft Reply Memorandum; prepare letter to Judge Stanton re filing; emails to B. Rank and L. Tencza; emails and follow up with J. Salem and H.J. Paik  re draft reply brief and edits re same.

        Theodore C. Max              5.80 hrs.             $ 4,495.00

04/23/24    Review WGACA's response to Chanel's March 29, 2024 letter re profits trial and Judge Stanton's response thereto; correspondence with Lora Moffatt re same; correspondence with opposing counsel re date for Phase 2 of trial; review James Salem's summary of research re ███████████████████████; correspondence with Judge Stanton re reply brief for motion for permanent injunction and WGACA's attempt to relitigate liability; review Court's orders setting Phase 2 trial date and status conference on May 9; correspondence with Andy Safir re trial date; review pro hac vice application by WGACA appellate lawyer; review appellate lawyer profile; confer with Ted Max and Dylan Price re foregoing; telephone conference with Dylan Price re Phase 2 trial.

        Jill M. Pietrini              2.50 hrs.             $ 1,937.50

04/23/24    ████████████████████████████████████████████████
            ████████████████

        ███████        ████████        ████████

04/23/24    Reviewed/revised draft reply brief; reviewed/analyzed trial record for evidence needed in the reply brief; conferred with T. Max re: the same; cite-checked the reply brief; communicated with L. Rodriguez re: instructions re: compiling reply brief exhibits.

        Hyo Jin Paik                 6.80 hrs.             $ 2,550.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                    May 23, 2024
Theodore C. Max                                                                                                            Invoice 340088578
                                                                                                                          Page 11 of 18

## FEE DETAIL

| | | | |
|---|---|---|---|
| 04/23/24 | Reviewed and incorporated edits and comments to brief. Further edited brief. Discussed brief status and edits with team. Drafted section regarding WGACA's use of Chanel's trademarks in retail store on cruise ship. | | |
| | James M. Salem | 4.20 hrs. | $ 1,814.40 |
| 04/23/24 | Reviewed reply brief in support of its for motion for permanent injunction; reviewed trial transcripts; extracted citations for pages of the trial transcripts in brief to use as exhibits to support Paik declaration | | |
| | Lisa S. Rodriguez | 6.30 hrs. | $ 2,324.70 |
| 04/23/24 | Conferred with T. Max re filing of response brief. | | |
| | Bradley M. Rank | .30 hrs. | $ 112.50 |
| 04/24/24 | Work on and review and revise draft Reply Memorandum and portions re various case citations; emails and calls with H.J. Paik and J. Salem re same; discussion with H.J. Paik re draft Declaration of J. Moffatt; emails re follow up with L. Moffatt re draft Declaration. | | |
| | Theodore C. Max | 5.90 hrs. | $ 4,572.50 |
| 04/24/24 | Review WGACA's trial brief on Phase 2 remedies, and declaration of Seth Weisser and two declarations of Gracie Ginn support thereof; review December 2023 order re conduct of Phase 1 and Phase 2 of trial; confer with Dylan Price and Paul Bost re foregoing and ███████████████████████. | | |
| | Jill M. Pietrini | 4.80 hrs. | $ 3,720.00 |
| 04/24/24 | Strategize with team re: Phase 2 of trial; confer with Ted Max re: reply brief. | | |
| | Paul A. Bost | .30 hrs. | $ 202.50 |
| 04/24/24 | Reviewed/analyzed trial record for evidence needed in the reply brief and conferred with T. Max re: the same; compiled declaration exhibit list. | | |
| | Hyo Jin Paik | 2.70 hrs. | $ 1,012.50 |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.      May 23, 2024
Theodore C. Max                                                                Invoice 340088578
                                                                               Page 12 of 18

### FEE DETAIL

04/24/24      Edited brief and legal citations therein. Communicated with Chanel team regarding
              edits to brief.

       James M. Salem                    1.00 hrs.              $ 432.00

04/24/24      Continued to review of updated reply brief in support of its for motion for permanent
              injunction; reviewed trial transcripts; extracted all cited pages of the trial transcripts in
              brief; highlighting designations; comparing and checking against Paik March 2024
              declaration as requested; telephone call with H.J. Paik regarding matter

       Lisa S. Rodriguez                 3.50 hrs.              $ 1,291.50

04/25/24      Work on and review and revise draft Reply Memorandum; emails and calls with J.
              Salem and H.J. Paik re same; email and follow up with H.J. Paik re draft L. Moffatt
              Declaration; conference call with D. Price re review of draft and WGACA motion for
              reargument of motion for contempt; review draft changes of D. Price and email to J.
              Salem re revisions.

       Theodore C. Max                   5.90 hrs.              $ 4,572.50

04/25/24      Reviewed and revised Chanel's reply brief in support of motion for permanent
              injunction.

       Dylan J. Price                    5.80 hrs.              $ 4,495.00

04/25/24      ████████████████████████

       ████████        ██████        ████████

04/25/24      Reviewed/revised reply brief re: equitable relief and conferred with T.Max and J.
              Salem re: the same; reviewed/analyzed trial record and identified supporting evidence
              for the reply brief; drafted/revised declarations to the reply brief and checked for
              quality exhibits to the reply brief.

       Hyo Jin Paik                      6.30 hrs.              $ 2,362.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 23, 2024
Invoice 340088578
Page 13 of 18

## FEE DETAIL

04/25/24    Reviewed additional team edits to brief. Reviewed new filing by WGACA seeking permission to file a motion for reconsideration. Conducted additional research in support of brief and drafted analysis for review.

James M. Salem            4.40 hrs.            $ 1,900.80

04/25/24    Continued to review reply brief in support of its for motion for permanent injunction; extracted all cited pages of the trial transcripts in brief; highlighting designations cited in the brief

Lisa S. Rodriguez            3.50 hrs.            $ 1,291.50

04/25/24    Performed forensic collection of relevant website content for preservation and use as exhibits to Chanel's Reply brief.

Lauren E. Doucette            .20 hrs.            $ 60.00

04/26/24    Work on and review and revise draft H.J. Paik Declaration; emails and follow up with L. Moffatt re draft Declaration; emails and discussion with H.J. Paik re exhibits; emails and teleconference with D. Price re edits; email and follow up with J. Salem and H.J. Paik re edits to draft Reply Brief; review and revise draft point headings; discussion with J. Salem re same; and emails and follow up with H.J. Paik re edits to Table Authorities.

Theodore C. Max            8.70 hrs.            $ 6,742.50

04/26/24    Reviewed and revised Chanel's reply brief.

Dylan J. Price            1.20 hrs.            $ 930.00

04/26/24    ███████████████████████████████████████████
            ████████████████████████████████████████████
            ████████████████████████████

            ██████████            ██████            ██████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 23, 2024
Invoice 340088578
Page 14 of 18

## **FEE DETAIL**

04/26/24    Reviewed/revised and finalized reply brief and declarations and exhibits thereto for filing; conferred with T. Max, J. Salem re: revisions to the brief; conferred with L. Rodriguez re: exhibits to declarations in support of reply brief; coordinated with Clerk's Office re: filing.

        Hyo Jin Paik                          7.00 hrs.                    $ 2,625.00

04/26/24    Began research relating to opposition to WGACA's filing seeking permission to file motion for reconsideration. Communicated with B. Rank regarding the same. Communicated with team regarding status of reply brief. Edited reply brief to include new subheadings and additional case law. Made final edits to reply brief to be prepared for filing.

        James M. Salem                        5.50 hrs.                    $ 2,376.00

04/26/24    Review binder of materials re ███████████████████████████, in preparation for phase two bench trial.

        Monica E. Danner                      1.00 hrs.                    $ 387.00

04/26/24    Reviewed email correspondence; extracted all cited pages of the trial transcripts in brief; highlighting designations cited in the revised brief; added exhibit covers to all the exhibits cited in H.J. Paik declaration

        Lisa S. Rodriguez                    5.50 hrs.                    $ 2,029.50

04/26/24    Assisted in preparation of reply in further support of injunction; electronically filed reply papers with Southern District of New York Court.

        Leigh A. Tencza                      3.80 hrs.                    $ 1,316.70

04/26/24    Conferred with J. Salem re response to letter motion to reconsider motion for mistrial.

        Bradley M. Rank                      .40 hrs.                     $ 150.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 23, 2024
Theodore C. Max                                                                                 Invoice 340088578
                                                                                                Page 15 of 18

## FEE DETAIL

| | | | |
|---|---|---|---|
| 04/29/24 | Follow up re Reply Memorandum of Law and  prepare cover letter to Judge Stanton; review email and draft letter for Judge Stanton re WGACA request re permission to file motion for reargument;  review email from J. Salem. | | |
| | Theodore C. Max | .90 hrs. | $ 697.50 |
| 04/29/24 | Telephone conference with Andy Safir re trial and strategy therefor; confer with Monica Danner re trial exhibits. | | |
| | Jill M. Pietrini | .70 hrs. | $ 542.50 |
| 04/29/24 | Worked on Chanel's opposition to WGACA's motion for leave to file motion for reconsideration. | | |
| | Dylan J. Price | 4.40 hrs. | $ 3,410.00 |
| 04/29/24 | Drafted opposition letter to WGACA's request for leave to file a motion for reconsideration of mistrial order. Conducted additional research in support of opposition. | | |
| | James M. Salem | 3.30 hrs. | $ 1,425.60 |
| 04/29/24 | Coordinated preparation and delivery of courtesy copies of reply papers in support of motion for permanent injunction to Judge Stanton. | | |
| | Leigh A. Tencza | 1.10 hrs. | $ 381.15 |
| 04/30/24 | Emails to H.J. Paik re Rule 37 and WGACA's Supplemental Rule 26 Disclosures; email with J. Pietrini re same; email re sending Chanel copies of pleadings.; review and revise draft Letter Opposing Reconsideration of Mistrial Order; email with B. Rank and L. Tencza re filing of Letter Opposing Reconsideration of Mistrial Order. | | |
| | Theodore C. Max | 3.90 hrs. | $ 3,022.50 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 23, 2024
Theodore C. Max                                                                                  Invoice 340088578
                                                                                                Page 16 of 18

## FEE DETAIL

| | | | |
|---|---|---|---|
| 04/30/24 | Reviewed and revised opposition to request for leave to file motion for reconsideration; reviewed trial transcripts re discussion of motion for mistrial and Joyce Green's clarification of her testimony about WGACA having been found to have sold counterfeits; reviewed trial transcripts for evidence supporting WGACA's willfulness vis-a-vis its sale of Chanel point of sale items; prepared outline of Phase 2 issues and documents to include on exhibit list. | | |
| | Dylan J. Price | 2.70 hrs. | $ 2,092.50 |
| 04/30/24 | Reviewed and incorporated edits to opposition. Located factual citations to support opposition and incorporated into draft. Further edited opposition. | | |
| | James M. Salem | 2.10 hrs. | $ 907.20 |
| 04/30/24 | Phone conference with Jill Pietrini re documents for bench trial. | | |
| | Monica E. Danner | .30 hrs. | $ 116.10 |
| 04/30/24 | E-filed letter in opposition to defendants' letter motion for leave to file motion for reconsideration. | | |
| | Bradley M. Rank | .40 hrs. | $ 150.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

May 23, 2024
Invoice 340088578
Page 17 of 18

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 63.80 | $ 775.00 | $ 49,445.00 |
| Jill M. Pietrini | 13.80 | $ 775.00 | $ 10,695.00 |
| Dylan J. Price | 19.50 | $ 775.00 | $ 15,112.50 |
| ████████ | ████ | ████ | ████ |
| Hyo Jin Paik | 36.20 | $ 375.00 | $ 13,575.00 |
| James M. Salem | 43.70 | $ 432.00 | $ 18,878.40 |
| Monica E. Danner | 1.80 | $ 387.00 | $ 696.60 |
| Lisa S. Rodriguez | 18.80 | $ 369.00 | $ 6,937.20 |
| Leigh A. Tencza | 4.90 | $ 346.50 | $ 1,697.85 |
| Bradley M. Rank | 1.60 | $ 375.00 | $ 600.00 |
| Lauren E. Doucette | .40 | $ 300.00 | $ 120.00 |

**Total Fees for Professional Services**     $ 142,732.55

### SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Airfare, Travel and Taxi | 58.73 |
| ESI Hosting | 3,685.45 |
| Federal Express | 25.80 |
| Lexis Research | 171.00 |
| Translation | 20,403.88 |
| Subpoena / Service of Process Fees | 308.00 |
| WestLaw Research | 36,418.50 |

**Total Disbursements**     $ 61,071.36

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          May 23, 2024
Theodore C. Max                                                                                            Invoice 340088578
                                                                                                         Page 18 of 18

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 04/19/24 | 340087501 | 135,603.14 | 86,492.65 | 49,110.49 | 0.00 | 0.00 | 0.00 | $ 135,603.14 |
| 05/15/24 | 340088397 | 1,766,892.23 | 1,486,332.95 | 280,559.28 | 0.00 | 0.00 | 0.00 | 1,766,892.23 |

|  |  |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 1,902,495.37 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 203,803.91 |
| **Total Due For This Matter** | **$ 2,106,299.28** |

## June 2024 Invoice

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                  June 20, 2024
Chanel USA, Inc.                                      Invoice 340089888
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2024

Current Fees                                  $  100,200.35
Current Disbursements                         $  18,741.68

Total Current Activity                                    $  118,942.03

Total Due for This Invoice                               $  118,942.03

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 2005 Market Street, 5th Floor |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19103-7042 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
June 20, 2024
Invoice 340089888

Our Matter No.    18WZ-264490
                  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2024

Current Fees                              $  100,200.35
Current Disbursements                     $   18,741.68

Total Current Activity                              $  118,942.03

Total Due for This Invoice                          $  118,942.03

---

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 2005 Market Street, 5th Floor |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19103-7042 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.      June 20, 2024
Theodore C. Max      Invoice 340089888
Page 2 of 18

FOR PROFESSIONAL SERVICES THROUGH 05/31/24

## **FEE DETAIL**

| 05/01/24 | Conference call with H.J. Paik re Supplemental Rule 26 Disclosure and possible Motion in Limine; email to J. Pietrini re Motion in Limine and  strategy re same; email re copies of Reply Memorandum and H.J. Paik and L. Moffatt Declaration. |
| --- | --- |

|  | Theodore C. Max | 2.20 hrs. | $ 1,705.00 |
| --- | --- | --- | --- |

| 05/01/24 | Telephone conference with Monica Danner re exhibits for Phase 2 and books therefor; confer with Dylan Price re same and WGACA's Second Supplemental Initial Disclosures; review Second Supplemental Initial Disclosures; prepare memorandum to Ted Max and Dylan Price re strategy for excluding new identified witness; review WGACA's motion for reconsideration of  denial of mistrial, Chanel's opposition thereto, and Court's order re same. |
| --- | --- |

|  | Jill M. Pietrini | 2.50 hrs. | $ 1,937.50 |
| --- | --- | --- | --- |

| 05/01/24 | Reviewed WGACA's amended initial disclosures; call with Jill Pietrini re Phase 2 preparations and motion in limine. |
| --- | --- |

|  | Dylan J. Price | .90 hrs. | $ 697.50 |
| --- | --- | --- | --- |

05/01/24      ██████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████

         ████████             ████████            ████████

| 05/01/24 | Reviewed WGACA's supplemental initial disclosures and prior briefing to assess information for motion to exclude phase two testimony from Gracie Ginn. |
| --- | --- |

|  | Khirin A. Bunker | .20 hrs. | $ 130.00 |
| --- | --- | --- | --- |

| 05/01/24 | Reviewed WGACA's initial disclosures; conducted legal research re: timing of service of Rule 26 initial disclosures and summarized the research results for T. Max. |
| --- | --- |

|  | Hyo Jin Paik | 2.00 hrs. | $ 750.00 |
| --- | --- | --- | --- |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 20, 2024
Invoice 340089888
Page 3 of 18

## FEE DETAIL

| | | | |
|---|---|---|---|
| 05/01/24 | Email communications with T. Max enclosing reply to motion for permanent injunction. | | |
| | Leigh A. Tencza | .20 hrs. | $ 69.30 |
| 05/02/24 | Email and follow up with K. Bunker re draft Motion in Limine to preclude Grace Ginn from testifying; email to J. Pietrini re same. | | |
| | Theodore C. Max | .90 hrs. | $ 697.50 |
| 05/02/24 | Correspondence with Andy Safir re proposed permanent injunction and Romag case. | | |
| | Jill M. Pietrini | .40 hrs. | $ 310.00 |
| 05/02/24 | ██████████████████████ ████████        ████████        ████████ | | |
| 05/02/24 | Conducted follow-up legal research re: FRCP 26 and 37 and summarized the research results; conferred with K. Bunker re: motion in limine re: Gracie Ginn. | | |
| | Hyo Jin Paik | 2.20 hrs. | $ 825.00 |
| 05/02/24 | Conduct online searches for ████████████████ ████████████████, capture relevant results, and add parties to existing chart. | | |
| | Monica E. Danner | 1.00 hrs. | $ 387.00 |
| 05/03/24 | Drafted motion to exclude Gracie Ginn from offering phase two testimony. Researched, reviewed, and analyzed case law regarding unclean hands evidence to inform arguments for motion. | | |
| | Khirin A. Bunker | 4.80 hrs. | $ 3,120.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    June 20, 2024
Theodore C. Max    Invoice 340089888
Page 4 of 18

## FEE DETAIL

05/04/24    Meeting with Ted Max and Dylan Price re strategy for Phase 2 of trial; confer with
Dylan Price re testimony needed.

Jill M. Pietrini    .50 hrs.    $ 387.50

05/06/24    Emails and follow up with H.J. Paik re witnesses at trial; review Judge Stanton note re
May 8th Conference; review draft Memorandum of Law in Support of Motion In
Limine; email to L. Moffatt re possible availability of witness  of WGACA false
association on cruise ship.

Theodore C. Max    2.30 hrs.    $ 1,782.50

05/06/24    Reviewed recent Chanel and WGACA filings in preparation for status conference.

Dylan J. Price    .60 hrs.    $ 465.00

05/06/24    ████████████████

████████    ████    ████

05/07/24    Email and follow up with D. Price re conference before Judge Stanton; work on and
review and revise draft Memorandum in Support of Motion in Limine re WGACA
Expert Gracie Ginn; email to K. Bunker re same; discussion with H.J. Paik re
preparation of Declaration in Support of Motion in Limine; email and follow up with J.
Salem re S.D.N.Y. disgorgement cases post-Romag.

Theodore C. Max    4.20 hrs.    $ 3,255.00

05/07/24    Revised motion to exclude second phase testimony of Gracie Ginn.

Khirin A. Bunker    .70 hrs.    $ 455.00

05/07/24    Compiled WGACA's motion for reconsideration papers and drafted email to Chanel re:
the same.

Hyo Jin Paik    .20 hrs.    $ 75.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    June 20, 2024
Theodore C. Max                                                                                        Invoice 340089888
                                                                                                       Page 5 of 18

## FEE DETAIL

| | | | |
|---|---|---|---|
| 05/07/24 | Began research related to equitable factors for disgorgement and the implementation of the Supreme Court's Romag decision. | | |
| | James M. Salem | 1.60 hrs. | $ 691.20 |
| 05/08/24 | Review correspondence re conference before Judge Stanton; review papers in support of motion for permanent injunction; discussion with D. Price re preparation for mediation; emails and follow up with H.J. Paik re same. | | |
| | Theodore C. Max | 3.90 hrs. | $ 3,022.50 |
| 05/08/24 | ████████████████████████████ | | |
| | ███████ ███████ ███████ | | |
| 05/08/24 | Reviewed draft motion to exclude Gracie Ginn; drafted declaration iso motion to exclude Gracie Ginn and compiled exhibits thereto; organized and compiled pleadings in preparation of May 9 conference. | | |
| | Hyo Jin Paik | 2.50 hrs. | $ 937.50 |
| 05/08/24 | Continued research relating to equitable factors for disgorgement and the implementation of Romag. | | |
| | James M. Salem | 4.00 hrs. | $ 1,728.00 |
| 05/08/24 | Visit WGACA official website and Instagram, TikTok, Facebook, X, and Pinterest accounts and review for any additional posts/pages featuring CHANEL that were posted after jury verdict; capture relevant pages and add to document with previous captures. | | |
| | Monica E. Danner | 3.50 hrs. | $ 1,354.50 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 20, 2024
Invoice 340089888
Page 6 of 18

## **FEE DETAIL**

05/09/24    Email to H.J. Paik re preparation for pretrial conference before Judge Stanton; discussion with D. Price and  travel to 500 Pearl Street for pretrial conference before Judge Stanton; discussion with D. Price following pretrial conference regarding next steps and planning; read email re disgorgement of profits and follow up re same with J. Salem.

Theodore C. Max                    4.70 hrs.                    $ 3,642.50

05/09/24    Prepared for and attended status conference to discuss scheduling and logistics of Phase 2.

Dylan J. Price                    6.20 hrs.                    $ 4,805.00

05/09/24    ██████████████████████████████████████████
█████████████████████████████████████
██████████████████

████████              ████████              ████████

05/09/24    Reviewed and cite-checked brief re: motion to exclude Gracie Ginn; revised declaration iso motion to exclude Gracie Ginn; assisted with preparations for court conference.

Hyo Jin Paik                    .90 hrs.                    $ 337.50

05/09/24    Continued research relating to equitable factors for disgorgement and the implementation of Romag. Drafted analysis for review. Discussed analysis and results of today's hearing with T. Max.

James M. Salem                    3.10 hrs.                    $ 1,339.20

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

June 20, 2024
Invoice 340089888
Page 7 of 18

## FEE DETAIL

05/09/24    Prepare binder for Jill Pietrini containing printouts of all continued use of CHANEL by WGACA including WGACA's website, social media pages; capture current Chanel products on WGACA's website and on Amazon; capture sales of particular goods of concern on Amazon, email to Jill Pietrini re same; prepare additional binder containing use by third parties of WGACA Chanel; further searches re WGACA's continued use of Chanel.

    Monica E. Danner                     2.50 hrs.                     $ 967.50

05/09/24    Coordinated retrieval of May 9, 2024 transcript.

    Leigh A. Tencza                     .40 hrs.                     $ 138.60

05/10/24    Prepare email and summary of conference before Judge Stanton and next steps; email to J. Pietrini and D. Price re same and next steps; email to L. Moffatt, R. Gruber and G. Essen re same.

    Theodore C. Max                     2.60 hrs.                     $ 2,015.00

05/10/24    Review memorandum from Ted Max re hearing about Phase 2 of trial; confer with Ted Max, Dylan Price, and Paul Bost re foregoing and witnesses for Phase 2; review Tyler Baker's summary of 4 Pillar case; correspondence with Robin Gruber and Lora Moffatt re same.

    Jill M. Pietrini                     1.50 hrs.                     $ 1,162.50

05/10/24    Corresponded with team re status conference; reviewed transcript from status conference.

    Dylan J. Price                     .30 hrs.                     $ 232.50

05/10/24    ████████████████████████████████████
            ██████████████████████████████████████
            ███████████

          █████████              █████████              █████████

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    June 20, 2024
Theodore C. Max                                                                                       Invoice 340089888
                                                                                                         Page 8 of 18

## FEE DETAIL

| | | | |
|---|---|---|---|
| 05/10/24 | Conferred with T. Max on trial issues.  Reviewed court transcript and case law in connection with same.  Emailed with T. Max, D. Price, and J. Pietrini regarding trial strategy and related case law. | | |
| | Tyler E. Baker | 1.30 hrs. | $ 877.50 |
| 05/10/24 | Reviewed May 9, 2024 hearing transcript; reviewed experts reports and drafted response to inquiry from G. Essman at Chanel. | | |
| | Hyo Jin Paik | 1.70 hrs. | $ 637.50 |
| 05/13/24 | Conference call with L. Moffatt, R. Gruber and G. Essen with D. Price re conference before Judge Stanton and discussion regarding next steps and strategy. | | |
| | Theodore C. Max | 2.40 hrs. | $ 1,860.00 |
| 05/13/24 | Revise Safir trial outline; review summary of analysis from Andy Safir and updated Profits tables; correspondence with Andy Safir re foregoing; confer with Ted Max and Dylan Price re witnesses for Phase 2; confer with Monica Danner re financial documents admitted. | | |
| | Jill M. Pietrini | 3.60 hrs. | $ 2,790.00 |
| 05/13/24 | Prepared for and participated in call with client to discuss Phase 2 strategy. | | |
| | Dylan J. Price | .50 hrs. | $ 387.50 |
| 05/13/24 | Communicated with G. Essman at Chanel re: experts reports; reviewed organized Gracie Ginn materials in preparation of deposition and trial. | | |
| | Hyo Jin Paik | .50 hrs. | $ 187.50 |
| 05/14/24 | Follow up with H.J. Paik re Gracie Ginn and correspondence or media regarding G. Ginn; follow up re conference before Judge Stanton  and deposition of G. Ginn, pretrial brief regarding disgorgement of WGACA's profits. | | |
| | Theodore C. Max | 2.20 hrs. | $ 1,705.00 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.  June 20, 2024
Theodore C. Max                                                                        Invoice 340089888
                                                                                       Page 9 of 18

## FEE DETAIL

| | | | |
|---|---|---|---|
| 05/14/24 | Reviewed/analyzed and compiled preparation materials of Gracie Ginn. | | |
| | Hyo Jin Paik | .60 hrs. | $ 225.00 |
| 05/14/24 | Communicated w/ J. Pietrini and D. Price via email re: scheduling a call to discuss logistics and witness outline prep for Phase 2 (0.2). | | |
| | Vineet M. Dua | .30 hrs. | $ 122.85 |
| 05/15/24 | Email to J. Pietrini and D. Price re scheduling of pretrial brief submission; C. Girardi excerpts and deposition of G. Ginn; follow up with J. Salem re research; review damages memorandum; review C. Giradi deposition transcript. | | |
| | Theodore C. Max | 2.90 hrs. | $ 2,247.50 |
| 05/15/24 | Review transcript of May 9 hearing; review deposition transcript of Henry Kahrs; telephone conference with Dylan Price and Vineet Dua re Phase 2 trial testimony and exhibits; correspondence with Andy Safir; begin review of summary of Second Circuit law re profit determination and deductible expenses; confer with Monica Danner re trial exhibits; revise chart of Phase 2 witnesses; correspondence with opposing counsel re briefing schedule and G.Ginn deposition. | | |
| | Jill M. Pietrini | 7.30 hrs. | $ 5,657.50 |
| 05/15/24 | Review email from Jill Pietrini re exhibits admitted during trial and respond to same. | | |
| | Monica E. Danner | .20 hrs. | $ 77.40 |
| 05/15/24 | Restored the trial exhibits, witness examination outlines from Phase I archives, as well as the video depositions of Marco Rosado, Henry Kahrs, Adrienne Hahn, Claudio Girardi, and Ambria Mische, for the purpose of evidence presentation during Phase 2 of trial (1.4). Attended zoom call w/ J. Pietrini and D. Price re: logistics for Phase 2 prep (0.5). | | |
| | Vineet M. Dua | 1.90 hrs. | $ 778.05 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.             June 20, 2024
Theodore C. Max                                                                                    Invoice 340089888
                                                                                                   Page 10 of 18

## **FEE DETAIL**



| 05/16/24 | Review declaration of Hank Kahrs; review Romag case; review memorandum from New York associate re Second Circuit decisions interpreting Romag case; correspondence with Andy Safir re same; confer with Paul Bost re apportionment research needed. | | |
|---|---|---|---|
| | Jill M. Pietrini | 5.40 hrs. | $ 4,185.00 |
| 05/16/24 | Corresponded with Jill Pietrini re Phase 2 issues; reviewed Kahr's supplemental report. | | |
| | Dylan J. Price | .80 hrs. | $ 620.00 |
| 05/16/24 | | | |
| 05/16/24 | Reviewed and analyzed materials on Gracie Ginn for deposition preparations. | | |
| | Hyo Jin Paik | .20 hrs. | $ 75.00 |
| 05/16/24 | Began conducting additional research regarding "state of mind" or mens rea in connection with disgorgement and how that relates to WGACA's attempts to offer certain evidence in the Phase II trial. | | |
| | James M. Salem | 1.10 hrs. | $ 475.20 |
| 05/16/24 | | | |
| 05/17/24 | Discussion with J. Salem re drafting Memorandum in Support of Disgorgement and research re disgorgement. | | |
| | Theodore C. Max | 1.60 hrs. | $ 1,240.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 20, 2024
Invoice 340089888
Page 11 of 18

## FEE DETAIL

05/17/24    Continued research regarding mens rea and disgorgement; discussed the same and the pre-trial brief for Phase II with T. Max.

James M. Salem                    1.30 hrs.              $  561.60

05/17/24    ███████████████████████

███████████████        ██████████        ██████████

05/18/24    Reviewed and analyzed case pleadings and record and prepared meeting materials re: case overview and next steps; reviewed and analyzed Gracie Ginn search results from Lexis search.

Hyo Jin Paik                    3.30 hrs.              $  1,237.50

05/20/24    Telephone conference with Andy Safir re trial testimony and strategy for profits; review analysis of apportionment and burden of proof therefor; confer with Dylan Price re same; correspondence with opposing counsel re G.Ginn deposition, Girardi designations, and pretrial briefing schedule; confer with Ted Max re exhibit list and response to opposing counsel; confer with Dylan Price re apportionment; review profile of new WGACA lawyer; review order granting Pro Hac Vice of new WGACA lawyer.

Jill M. Pietrini                    3.10 hrs.              $  2,402.50

05/20/24    ████████████████████████████████████
██████████████████████████

██████████        ██████████        ██████████

05/20/24    ██████████████████████████████████████████
████████████████████████████████████████
███████████████████

███████████████        ██████████        ██████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          June 20, 2024
Theodore C. Max                                                                                Invoice 340089888
                                                                                              Page 12 of 18

## **FEE DETAIL**

05/21/24        Discussion with H.J. Paik re draft Powerpoint for meeting with Chanel legal team;
                review materials re impact of WGACA case and supplement Powerpoint re takeaways
                relating to WGACA case; work on and review draft Powerpoint; work with Sheppard
                Mullin graphics team re same.

                    Theodore C. Max                    .90 hrs.                    $ 697.50

05/21/24        ██████████████████████████████

                         ████████████            ████████████            ████████████

05/21/24        Continued research in support of Phase II trial brief.

                    James M. Salem                     .60 hrs.                    $ 259.20

05/22/24        Work on and finalize Powerpoint re status of WGACA matter; travel to Chanel offices
                for meeting with Chanel legal team re status and takeaways and Phase II of trial.

                    Theodore C. Max                    2.10 hrs.                   $ 1,627.50

05/22/24        Telephone conference with Marty Katz re strategy for profits testimony; telephone
                conference with Dylan Price re same and witnesses to call in case in chief.

                    Jill M. Pietrini                   .80 hrs.                    $ 620.00

05/22/24        Call with Jill Pietrini to discuss Phase 2 witnesses, issues and strategy.

                    Dylan J. Price                     .70 hrs.                    $ 542.50

05/23/24        Confer with Monica Danner re Phase 2 exhibit list; follow-up with Ted Max re Ginn
                deposition, trial briefs, and experts.

                    Jill M. Pietrini                   .40 hrs.                    $ 310.00

05/23/24        Communicated with J. Pietrini via email re: communicating with M. Danner and B.
                Huerta re: procuring exhibits for Phase II (0.2).

                    Vineet M. Dua                      .20 hrs.                    $ 81.90

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 20, 2024
Invoice 340089888
Page 13 of 18

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 05/24/24 | Began drafting Phase Two trial brief. | | |
| | James M. Salem | .50 hrs. | $ 216.00 |

05/28/24    Conference  call with J. Pietrini and D. Price re planning for Phase II of trial; follow up with J. Salem re draft Memorandum of Law in Support of Phase II of Trial; follow up with email from D. DeCarlo.

Theodore C. Max          2.40 hrs.          $ 1,860.00

05/28/24    Correspondence with opposing counsel re Ginn deposition, Claudio Gerardi designations, and briefing; telephone conference with Ted Max and Dylan Price re same and strategy for Phase 2 trial; confer with Ted Max and Dylan Price re potential testimony of Ambria Mische; review depositions of Marco Rosado in 2021 and 2022; telephone conference with Dylan Price re potential cross-examination of Marco Rosado; prepare stipulation of gross sales and cost of goods.

Jill M. Pietrini          7.50 hrs.          $ 5,812.50

05/28/24    Conference call with Ted Max and Jill Pietrini to discuss Phase 2 strategy, briefing and witnesses; call with Jill Pietrini re Rosado testimony and cost allocation issues.

Dylan J. Price          1.30 hrs.          $ 1,007.50

05/28/24    Reviewed Dr. Safir's expert reports and declaration in connection with Phase Two trial brief. Reviewed May 9, 2024 hearing transcript in connection with Phase Two trial brief; continued drafting of Phase Two trial brief, conducting additional research as necessary.

James M. Salem          5.10 hrs.          $ 2,203.20

05/29/24    Continued drafting of Phase Two trial brief, conducting additional research as necessary.

James M. Salem          4.20 hrs.          $ 1,814.40

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    June 20, 2024
Theodore C. Max                                                                                          Invoice 340089888
                                                                                                          Page 14 of 18

## FEE DETAIL

05/29/24    Prepare trial transcripts and binders for Jill Pietrini; update list of trial exhibits admitted
            to include additional information and transcript page references; review Marcos
            Rosado videotaped deposition to determine certain errors in transcript; provide Jill and
            Dylan Price with current and updated versions of various trial documents.

            Monica E. Danner                    5.80 hrs.                    $ 2,244.60

05/29/24    Communicated w/ M. Danner via email re: the video deposition of Marcos Rosado
            (0.2).

            Vineet M. Dua                       .20 hrs.                     $ 81.90

05/30/24    Prepare email to D. DeCarlo re deposition of G. Ginn and ZOOM linkage; draft email
            to J. Bravo re review of Ginn Declaration and exhibits.

            Theodore C. Max                     2.20 hrs.                    $ 1,705.00

05/30/24    ██████████████████████████████████████████

            ████████████         ████████                    ████████

05/30/24    Continued drafting of Phase Two trial brief, conducting additional research as
            necessary.

            James M. Salem                      7.60 hrs.                    $ 3,283.20

05/31/24    Emails with D. DeCarlo re deposition scheduling; emails and follow up re preparation
            for G. Ginn deposition; email to J. Bravo re G. Ginn Declaration and questions re
            same; review draft Memorandum of Law in Support of Disgorgement of Profits.

            Theodore C. Max                     2.40 hrs.                    $ 1,860.00

05/31/24    Correspondence with opposing counsel re deposition of Gracie Ginn; confer with Ted
            Max re same; revise stipulation of facts re WGACA revenue and costs.

            Jill M. Pietrini                    1.40 hrs.                    $ 1,085.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490 Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 20, 2024
Invoice 340089888
Page 15 of 18

## FEE DETAIL

05/31/24     Completed initial draft of Phase Two trial brief. Provided draft to T. Max for review.

James M. Salem            1.90 hrs.            $ 820.80

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 39.90 | $ 775.00 | $ 30,922.50 |
| Jill M. Pietrini | 34.40 | $ 775.00 | $ 26,660.00 |
| Dylan J. Price | 11.30 | $ 775.00 | $ 8,757.50 |
| ██████████ | ████ | $ 775.00 | ██████ |
| Tyler E. Baker | 1.30 | $ 675.00 | $ 877.50 |
| Khirin A. Bunker | 5.70 | $ 650.00 | $ 3,705.00 |
| ████████████ | ████ | ██████ | ██████ |
| Hyo Jin Paik | 14.10 | $ 375.00 | $ 5,287.50 |
| James M. Salem | 31.00 | $ 432.00 | $ 13,392.00 |
| Monica E. Danner | 13.00 | $ 387.00 | $ 5,031.00 |
| Leigh A. Tencza | .60 | $ 346.50 | $ 207.90 |
| ████████████ | ████ | ██████ | ██████ |
| Vineet M. Dua | 2.60 | $ 409.50 | $ 1,064.70 |

**Total Fees for Professional Services**          $ 100,200.35

**Sheppard** Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                 June 20, 2024
Theodore C. Max                                                                                          Invoice 340089888
                                                                                                          Page 16 of 18

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 05/05/24 | D.Price-Flight (Chanel Hearing) 05/08-09/24 | 1,161.20 |
| 05/08/24 | D.Price-UBER from JFK to Hotel (Chanel Hearing) | 208.48 |
| 05/08/24 | D.Price-Hotel (Chanel Hearing) | 924.95 |
| 05/09/24 | D.Price-UBER from Hotel to JFK (Chanel Hearing) | 190.88 |
| 05/09/24 | D.Price-Parking LAX (Chanel Hearing) | 78.47 |
| 05/16/24 | V.Dua-R/T Airfare 07/09-20/24 - Trial Support for Phase 2 | 764.48 |
| 05/31/24 | E-Discovery Monthly Data Hosting Fees, 184.27 Gigabytes. | 3,685.45 |
| 05/28/24 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 5/31/2024 | 50.90 |
| 05/16/24 | Lexis research by Timpani, Michael on 5/16/2024. | 1,625.40 |
| 05/10/24 | C.Chapman-Southern District Reporters - Copy of transcript | 147.87 |
| 05/01/24 | Westlaw research by Price, Dylan, on 5/1/2024. | 25.20 |
| 05/01/24 | Westlaw research by Paik, Hyo Jin, on 5/1/2024. | 674.10 |
| 05/02/24 | Westlaw research by Price, Dylan, on 5/2/2024. | 1,013.40 |
| 05/02/24 | Westlaw research by Paik, Hyo Jin, on 5/2/2024. | 248.40 |
| 05/03/24 | Westlaw research by Price, Dylan, on 5/3/2024. | 25.20 |
| 05/06/24 | Westlaw research by Price, Dylan, on 5/6/2024. | 25.20 |
| 05/07/24 | Westlaw research by Price, Dylan, on 5/7/2024. | 354.60 |
| 05/07/24 | Westlaw research by Salem, James, on 5/7/2024. | 496.80 |
| 05/08/24 | Westlaw research by Price, Dylan, on 5/8/2024. | 25.20 |
| 05/08/24 | Westlaw research by Salem, James, on 5/8/2024. | 733.50 |
| 05/09/24 | Westlaw research by Price, Dylan, on 5/9/2024. | 202.50 |
| 05/09/24 | Westlaw research by Salem, James, on 5/9/2024. | 1,099.80 |
| 05/10/24 | Westlaw research by Price, Dylan, on 5/10/2024. | 25.20 |
| 05/13/24 | Westlaw research by Price, Dylan, on 5/13/2024. | 25.20 |
| 05/14/24 | Westlaw research by Price, Dylan, on 5/14/2024. | 25.20 |
| 05/15/24 | Westlaw research by Price, Dylan, on 5/15/2024. | 25.20 |
| 05/16/24 | Westlaw research by Price, Dylan, on 5/16/2024. | 25.20 |
| 05/16/24 | Westlaw research by Salem, James, on 5/16/2024. | 674.10 |
| 05/17/24 | Westlaw research by Price, Dylan, on 5/17/2024. | 25.20 |
| 05/17/24 | Westlaw research by Salem, James, on 5/17/2024. | 674.10 |
| 05/20/24 | Westlaw research by Price, Dylan, on 5/20/2024. | 25.20 |
| 05/21/24 | Westlaw research by Price, Dylan, on 5/21/2024. | 25.20 |
| 05/21/24 | Westlaw research by Salem, James, on 5/21/2024. | 248.40 |
| 05/22/24 | Westlaw research by Price, Dylan, on 5/22/2024. | 684.00 |
| 05/23/24 | Westlaw research by Price, Dylan, on 5/23/2024. | 25.20 |
| 05/24/24 | Westlaw research by Price, Dylan, on 5/24/2024. | 531.90 |
| 05/27/24 | Westlaw research by Price, Dylan, on 5/27/2024. | 684.00 |
| 05/28/24 | Westlaw research by Price, Dylan, on 5/28/2024. | 25.20 |
| 05/29/24 | Westlaw research by Price, Dylan, on 5/29/2024. | 684.00 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                June 20, 2024
Theodore C. Max                                                                                        Invoice 340089888
                                                                                                      Page 17 of 18

| Date | Description | Amount |
|---|---|---|
| 05/30/24 | Westlaw research by Price, Dylan, on 5/30/2024. | 25.20 |
| 05/30/24 | Westlaw research by Salem, James, on 5/30/2024. | 496.80 |
| 05/31/24 | Westlaw research by Price, Dylan, on 5/31/2024. | 25.20 |

**Total Disbursements**                                                                     **$ 18,741.68**

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

June 20, 2024
Invoice 340089888
Page 18 of 18

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 05/15/24 | 340088397 | 1,766,892.23 | 1,486,332.95 | 280,559.28 | 0.00 | 0.00 | 0.00 | $ 1,766,892.23 |
| 05/23/24 | 340088578 | 203,803.91 | 142,732.55 | 61,071.36 | 0.00 | 0.00 | 0.00 | 203,803.91 |

| | |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 1,970,696.14 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 118,942.03 |
| **Total Due For This Matter** | **$ 2,089,638.17** |

# <u>July 2024 Invoice</u>

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                          SMRH Tax ID 95-1463164
Head of Intellectual Property                                      July 23, 2024
Chanel USA, Inc.                                          Invoice 340090480
9 W. 57th Street
New York, NY 10019

| Our Matter No. | 18WZ-264490 |
| --- | --- |
| | Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al. |
| Billing Atty: | Theodore C. Max |

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2024

| | | |
| --- | --- | --- |
| Current Fees | $ 113,578.55 | |
| Current Disbursements | $ 18,712.03 | |
| | | |
| Total Current Activity | | $ 132,290.58 |
| | | |
| Total Due for This Invoice | | $ 132,290.58 |

## **DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
| --- | --- | --- |
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>                Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA            ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St                Wire ABA No.: 121000248 | | 2005 Market Street, 5th Floor |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19103-7042 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                July 23, 2024
Theodore C. Max                                                                                        Invoice 340090480
                                                                                                        Page 2 of 15

FOR PROFESSIONAL SERVICES THROUGH 06/30/24

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 06/03/24 | Read and review draft Memorandum of Law in Support of Disgorgement of WGACA Profits and Equitable Relief; conference call with J. Salem re edits and changes. | | |
| | Theodore C. Max | 3.10 hrs. | $ 2,402.50 |
| 06/03/24 | Discussed draft of Phase II Memorandum of Law with T. Max. Began revising the same. | | |
| | James M. Salem | 2.50 hrs. | $ 1,080.00 |
| 06/04/24 | Read and review G. Ginn Declaration; email to H.J. Paik re same; follow up with J. Salem. | | |
| | Theodore C. Max | 1.50 hrs. | $ 1,162.50 |
| 06/04/24 | Correspondence with opposing counsel re G. Ginn deposition; compare Stipulation of Revenue and Cost of Goods to Rosado's calculations; correspondence with Andy Safir re same. | | |
| | Jill M. Pietrini | 1.10 hrs. | $ 852.50 |
| 06/04/24 | Drafted new sections of Phase II Memorandum of Law regarding experts' calculation of damages. Completed revisions to Phase II trial brief, incorporating edits and addressing comments. Communicated with H.J. Paik regarding fact citations for brief. Provided completed second draft of brief to T. Max for review. | | |
| | James M. Salem | 7.40 hrs. | $ 3,196.80 |
| 06/05/24 | Follow up re Memorandum of Law in Support of Disgorgement of WGACA profits; emails re scheduling of deposition of G. Ginn. | | |
| | Theodore C. Max | 2.70 hrs. | $ 2,092.50 |
| 06/05/24 | Reviewed Rosado depo transcript. | | |
| | Dylan J. Price | 1.80 hrs. | $ 1,395.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 23, 2024
Invoice 340090480
Page 3 of 15

## FEE DETAIL

06/06/24    Review draft Memorandum of Law in Support of Motion for Disgorgement of Profits; email and follow up with J. Salem re same; review and revise Memorandum of Law; email to D. DeCarlo re scheduling of Gracie Ginn deposition.

Theodore C. Max                1.90 hrs.                $ 1,472.50

06/06/24    Reviewed and analyzed trial transcript and exhibits for supporting evidence for Phase II pre-trial brief and drafted summary of the results.

Hyo Jin Paik                1.60 hrs.                $ 600.00

06/06/24    Reviewed edits and comments to Phase II Memorandum of Law. Began additional research in support of brief.

James M. Salem                1.10 hrs.                $ 475.20

06/07/24    Conference call with J. Salem re draft Memorandum of Law in Support of Disgorgement of Profits; follow up re same.

Theodore C. Max                1.10 hrs.                $ 852.50

06/07/24    Began incorporating additional edits into Phase II Memorandum of Law. Discussed additional edits and comments to Phase II Memorandum of Law with T. Max.

James M. Salem                1.00 hrs.                $ 432.00

06/07/24    Communicated with J. Pietrini, D. Price, and M. Danner by email re: begin preparing video deposition excerpts, exhibits, and demonstratives for Phase II trial (0.2).

Vineet M. Dua                .20 hrs.                $ 81.90

06/10/24    Emails and follow up re draft Memornadum of Law in Support of Disgorgement of Profits; emails and follow up re preparation and scheduling of G. Ginn deposition.

Theodore C. Max                1.20 hrs.                $ 930.00

06/10/24    Reviewed/analyzed expert report; assisted with Phase II Trial preparations.

Hyo Jin Paik                .50 hrs.                $ 187.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     July 23, 2024
Theodore C. Max                                                                          Invoice 340090480
                                                                                         Page 4 of 15

## FEE DETAIL

06/10/24     Communicated with NY-IST via email re: technology setup for the war room at the
             hotel and attorney's room at the court house, and to arrange war room setup on July 10
             (0.3). Communicated with H.J. Paik via email re: preparing and sending the Personal
             Electronics Devices Order to send to Court Clerk, Mr. Lee (0.2).

             Vineet M. Dua                    .50 hrs.                      $ 204.75

06/11/24     Read and review Declaration of G. Ginn; email and follow up with D. DeCarlo re
             deposition scheduling; email with J. Salem re revisions and follow up with
             Memorandum in Support of Disgorgement of WGACA Profits.

             Theodore C. Max                  1.90 hrs.                     $ 1,472.50

06/12/24     Emails and follow up re deposition of  G. Ginn; follow up with J. Salem re draft
             Memorandum of Law in Support of Disgorgement of Profits.

             Theodore C. Max                  2.90 hrs.                     $ 2,247.50

06/12/24     Reviewed and analyzed WGACA and Chanel's designations of testimony of Claudio
             Girardi.

             Hyo Jin Paik                     .50 hrs.                      $ 187.50

06/12/24     Communicated with M. Danner via email re: requesting a zoom call for gathering
             exhibits specific to Phase II bench trial (0.3). Corrected Marcos Rosado's video
             deposition by synchronizing the audio and video for the purpose of evidence
             presentation during Phase II of trial, as the original zoom call video and audio was not
             synchronized due to bad Internet connection, which caused the audio and video to be
             off sync (5.2).

             Vineet M. Dua                    5.50 hrs.                     $ 2,252.25

06/13/24     Emails and follow up with D. DeCarlo re scheduling of G. Ginn deposition; discussion
             with H.J. Paik re deposition scheduling and preparation; email and follow up with J.
             Salem re draft Memorandum in Support of Motion for Disgorgement of WGACA
             profits.

             Theodore C. Max                  .70 hrs.                      $ 542.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 23, 2024
Invoice 340090480
Page 5 of 15

### FEE DETAIL

06/13/24      Reviewed deposition transcripts relevant to Phase II of trial issues.

Dylan J. Price                          1.20 hrs.                    $ 930.00

06/13/24      Reviewed and compiled Gracie Ginn deposition preparation materials; assisted with
pre-trial brief for Phase II Trial.

Hyo Jin Paik                          .70 hrs.                    $ 262.50

06/13/24      Conducted research in support of Dr. Safir's opinion regarding disgorgement damages,
including regarding what kinds of costs are reasonable offsets and when overhead can
or cannot be deducted.  Incorporated research into the Phase II Memorandum of Law.
Reviewed and analyzed record citations from H.J. Paik and incorporated relevant
citations into the Phase II Memorandum of Law. Continued revising Phase II
Memorandum of Law to incorporate edits and address comments.

James M. Salem                          6.90 hrs.                    $ 2,980.80

06/13/24      Reviewed email correspondence; Arrange for court reporting service and videography
for Gracie Ginn; forwarded information to H.J. Paik

Lisa S. Rodriguez                          .20 hrs.                    $ 73.80

06/14/24      Review revised draft Memorandum of Law in Support of Phase II and Disgorgement
by WGACA.

Theodore C. Max                          1.70 hrs.                    $ 1,317.50

06/14/24      Completed drafting of revised version of Phase II Memorandum of Law. Drafted
analysis of the research regarding Dr. Safir's opinions. Provided draft and
accompanying analysis to T. Max for review.

James M. Salem                          2.00 hrs.                    $ 864.00

06/17/24      Follow up with J. Salem re revisions to Memorandum of Law in Support for
Disgorgement of WGACA Profits; review and revise same.

Theodore C. Max                          1.70 hrs.                    $ 1,317.50

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 23, 2024
Invoice 340090480
Page 6 of 15

## FEE DETAIL

| 06/17/24 | Worked on witness outlines; prepared for Phase II of trial. |
|---|---|

|  | Dylan J. Price | 3.10 hrs. | $ 2,402.50 |
|---|---|---|---|

| 06/18/24 | Work on and edit Phase II Memorandum of Law re Disgorgement of Profits; email and follow up with J. Salem re same. |
|---|---|

|  | Theodore C. Max | 4.10 hrs. | $ 3,177.50 |
|---|---|---|---|

| 06/18/24 | Worked on Phase II trial preparation. |
|---|---|

|  | Dylan J. Price | 1.50 hrs. | $ 1,162.50 |
|---|---|---|---|

| 06/18/24 | Conferred with J. Salem and K. Bunker re: case action items; organized deposition prep materials re: Gracie Ginn for K. Bunker. |
|---|---|

|  | Hyo Jin Paik | .60 hrs. | $ 225.00 |
|---|---|---|---|

| 06/18/24 | Reviewed and edited updated draft of Phase II trial brief. Provided updated draft for review. |
|---|---|

|  | James M. Salem | 1.50 hrs. | $ 648.00 |
|---|---|---|---|

| 06/19/24 | Work on and review and revise draft; emails to J. Salem re revisions and email, prepare email to D. Price and J. Pietrini re draft. |
|---|---|

|  | Theodore C. Max | 2.70 hrs. | $ 2,092.50 |
|---|---|---|---|

| 06/19/24 | Review cases from Second Circuit after Romag re recovery of Defendant's profits; correspondence with Andy Safir re calculation of Defendant's sales and cost of goods; revise stipulation of facts re profits; correspondence with Andy Safir re same; confer with Ted Max re foregoing; confer with Monica Danner re exhibits for Phase II and additions to trial testimony for video clips used; confer with Vineet Dua, Dylan Price, and Monica Danner re same, trial witnesses, and trial preparation; confer with Ted Max re Gracie Ginn deposition; review reply brief in support of motion for permanent injunction; confer with Dylan Price re standard for proving deductible costs in the Second Circuit and Rosado cross-examination. |
|---|---|

|  | Jill M. Pietrini | 9.20 hrs. | $ 7,130.00 |
|---|---|---|---|

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                                   July 23, 2024
Theodore C. Max                                                                                                                                              Invoice 340090480
                                                                                                                                                                    Page 7 of 15

## FEE DETAIL

06/19/24         Worked on witness outlines and Phase II trial prep.

                       Dylan J. Price                              4.80 hrs.                        $ 3,720.00

06/19/24         Reviewed and edited communication regarding Phase II trial brief and expert testimony
                       issues. Drafted analysis of related caselaw and provided cases and analysis to team.

                       James M. Salem                            1.50 hrs.                        $ 648.00

06/19/24         Phone conference with Jill Pietrini re exhibits for Phase II of trial; further discussions
                       with Jill re adding addendum to Phase I trial transcripts featuring video portions of
                       depositions played at trial; commence retrieving deposition transcript pages and
                       marking for appending to daily transcripts.

                       Monica E. Danner                          2.90 hrs.                        $ 1,122.30

06/20/24         Review and revise draft Memorandum in Support of Disgorgement of WGACA's
                       Profits; emails and follow up with J. Salem re same; email to D. Price and J. Pietrini;
                       emails with J. Salem re cases in SDNY and Second Circuit; work on and prepare
                       outline re G. Ginn deposition; read and review G. Ginn Declaration.

                       Theodore C. Max                           4.30 hrs.                        $ 3,332.50

06/20/24         Review apportionment cases; correspondence with Andy Safir re revisions to
                       stipulation of fact; revise stipulation of fact for damages; review pro hac vice
                       application for Lisa Blatt for WGACA and order thereon; confer with Ted Max re
                       stipulation of facts and Gracie Ginn deposition.

                       Jill M. Pietrini                               4.10 hrs.                        $ 3,177.50

06/20/24         Drafted and served deposition notice of Gracie Ginn; reviewed/analyzed and organized
                       Phase I trial transcripts and evidence in the factual record for G. Ginn deposition
                       preparations.

                       Hyo Jin Paik                                 2.20 hrs.                        $ 825.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                July 23, 2024
Theodore C. Max                                                                                                        Invoice 340090480
                                                                                                                      Page 8 of 15

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 06/20/24 | Communicated with team regarding expert materials and Phase II Memorandum of Law. Reviewed research relating to counterfeits in connection with upcoming deposition and drafted analysis for review. | | |
| | James M. Salem | .80 hrs. | $ 345.60 |
| 06/20/24 | Resume retrieving and marking deposition transcript pages for video clips played during trial; prepare chart containing details re all deposition video clips played during trial. | | |
| | Monica E. Danner | 4.50 hrs. | $ 1,741.50 |

██████        ████████████████████████████

              ████████████████        ████████        ████████

| | | | |
|---|---|---|---|
| 06/20/24 | Communicated, and read emails, with J. Pietrini, D. Price, and M. Danner via email re: direct and cross examination outlines of witnesses for Phase II bench trial and trial exhibits (0.3). Communicated with M. Danner via email re: reviewing the deposition excerpts played or read during Phase one trial against the cross -examination outlines and closing statement (0.1). cross-checked the 'List of Deposition Video Clips Played During Trial Phase One' chart created by M. Danner, with the cross-examination outlines and closing statement (0.7). | | |
| | Vineet M. Dua | 1.10 hrs. | $ 450.45 |
| 06/21/24 | Work on and review and revise outline for deposition of G. Ginn; prepare for deposition for G. Ginn deposition. | | |
| | Theodore C. Max | 5.40 hrs. | $ 4,185.00 |
| 06/21/24 | Reviewed supplemental expert reports and calculations and testimony relevant to allocation issues. | | |
| | Dylan J. Price | 1.70 hrs. | $ 1,317.50 |

██████        ████████████████████████████████

              ████████████████        ████████        ████████

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 23, 2024
Invoice 340090480
Page 9 of 15

## FEE DETAIL

| | | | |
|---|---|---|---|
| 06/21/24 | Reviewed and analyzed factual record and compiled and organized Gracie Ginn deposition exhibits. | | |
| | Hyo Jin Paik | 1.40 hrs. | $ 525.00 |
| 06/21/24 | Communicated with Chanel team regarding Phase II trial brief and expert issues. | | |
| | James M. Salem | .20 hrs. | $ 86.40 |
| 06/21/24 | Performed Page Vault capture of Gracie Ginn Linkedin webpage. | | |
| | Steven Molina | .30 hrs. | $ 110.70 |
| 06/23/24 | Work on and prepare draft outline for G. Ginn; work on and review and assemble exhibits. | | |
| | Theodore C. Max | 5.40 hrs. | $ 4,185.00 |
| 06/23/24 | Reviewed and analyzed outline trial transcripts and exhibits for Gracie Ginn deposition preparations; compiled and organized potential exhibit set for Gracie Ginn deposition and transmitted the same to Veritext. | | |
| | Hyo Jin Paik | 2.90 hrs. | $ 1,087.50 |
| ████ | ████████████████████████████████ ████████████████████████████████ ████████████ | ████ | ████ |
| 06/24/24 | Prepare for deposition of G. Ginn; take deposition of G. Ginn; calls to D. Price and J. Pietrini re status; discussion and follow up with H.J. Paik re same. | | |
| | Theodore C. Max | 6.70 hrs. | $ 5,192.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

06/24/24        Correspondence with opposing counsel re proposed stipulation of fact re revenue and costs; review pro hac vice application for Lisa Blatt for WGACA; confer with Ted Max and Dylan Price re same; prepare summary and outline for costs of Phase II of trial.

> Jill M. Pietrini                          1.80 hrs.                    $ 1,395.00

06/24/24        Call with Ted Max re G. Ginn deposition; reviewed research re disgorgement factors and Second Circuit caselaw; worked on witness outlines.

> Dylan J. Price                          2.80 hrs.                    $ 2,170.00

06/24/24        Organized and prepared exhibit set for Gracie Ginn deposition; participated in Gracie Ginn deposition; reviewed and analyzed rough transcript of Gracie Ginn in deposition;discuss follow assignments in preparation of G. Ginn outline.

> Hyo Jin Paik                          8.30 hrs.                    $ 3,112.50

06/24/24        Reviewed email correspondence; printed out documents for deposition per H.J. Paik request.

> Lisa S. Rodriguez                          .50 hrs.                    $ 184.50

06/25/24        Follow up with L. Moffatt and R. Gruber re status conference call; discussion with H.J. Paik re C. Girardi testimony;  emails and follow up with H.J. Paik re trial preparation.

> Theodore C. Max                          1.40 hrs.                    $ 1,085.00

06/25/24        Reviewed and analyzed exhibits relevant to disgorgement issues; prepared for Phase II of trial.

> Dylan J. Price                          1.10 hrs.                    $ 852.50

06/25/24        Communicated with Veritext re: expediting Gracie Ginn deposition transcript and exhibits; reviewed and organized and compiled trial exhibits for Phase II of the trial.

> Hyo Jin Paik                          .80 hrs.                    $ 300.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    July 23, 2024
Theodore C. Max                                                                                          Invoice 340090480
                                                                                                         Page 11 of 15

## FEE DETAIL

06/25/24    Reviewed outline and analysis from team in connection with disgorgement section of
            Phase II Memorandum of Law; drafted analysis of outline and remaining queries with
            regard to disgorgement section of Phase II trial brief. Communicated with team
            regarding the same.

            James M. Salem                    1.10 hrs.                    $ 475.20

06/26/24    Email with J. Pietrini and D. Price re follow up with Chanel legal team re status call
            trial preparation.

            Theodore C. Max                   .60 hrs.                     $ 465.00

06/26/24    Conferred with T. Max. H.J. Paik, and K. Bunker on trial preparation and scheduling.

            Tyler E. Baker                    .60 hrs.                     $ 405.00

06/26/24    Reviewed and analyzed Phase I trial exhibits re: Chanel's export report and compiled
            admitted evidence to send to Chanel; reviewed and analyzed Claudio Girardi transcript
            and WGACA's desigantions for Trial Phase II.

            Hyo Jin Paik                      1.00 hrs.                    $ 375.00

06/26/24    Communicated with H.J. Paik via email re: the Chanel v. WGACA - Deposition Video
            Excerpt Compilation Project (0.2).

            Vineet M. Dua                     .20 hrs.                     $ 81.90

06/27/24    Review WGACA designations re C. Girardi testimony; discussion with H.J. Paik re
            same; emails with D. Price and J. Pietrini re conference call with L. Moffatt, G. Essen
            and R. Gruber re Phase II of Chanel, Inc. v. WGACA trial; discussion with H.J. Paik re
            staffing; review email from J. Pietrini re H. Kahrs revised expert report.

            Theodore C. Max                   3.70 hrs.                    $ 2,867.50

06/27/24    Review comparison of H. Kahrs' first and second expert reports; review summary of
            profit law by James Salem; prepare cross-examination of defendant's financial expert
            Henry Kahrs.

            Jill M. Pietrini                  2.80 hrs.                    $ 2,170.00

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                                          July 23, 2024
Theodore C. Max                                                                                                                                                                  Invoice 340090480
                                                                                                                                                                                        Page 12 of 15

## <u>FEE DETAIL</u>

06/27/24      Worked on witness outlines for Phase II.

              Dylan J. Price                                      4.80 hrs.                    $ 3,720.00

06/27/24      Reviewed and annotated deposition transcript and exhibits of Gracie Ginn; conferred
              and strategized with V. Dual re: trial preparations, including review of potential exhibit
              set and prep action items; conferred with T. Max re: designations re: Claudio Girardi
              for Trial Phase II; reviewed and annotated trial testimony of Joseph Bravo and Jennifer
              Bleys re: voided serial numbers.

              Hyo Jin Paik                                       3.80 hrs.                    $ 1,425.00

06/27/24      Conferred and strategized with H.J. Paik re: Phase II trial prep, including review of
              exhibits and other action items (0.7).

              Vineet M. Dua                                      .70 hrs.                     $ 286.65

06/28/24      Follow up with H.J. Paik re C. Girardi testimony and review designations re same;
              review Adrienne Hahn declaration and information.

              Theodore C. Max                                    1.70 hrs.                    $ 1,317.50

06/28/24      Reviewed Resado deposition and Phase I trial transcripts in preparation for Phase II;
              Worked on witness outlines.

              Dylan J. Price                                      5.30 hrs.                    $ 4,107.50

06/28/24      Reviewed and annotated Gracie Ginn deposition transcript and exhibits in preparation
              of Trial Phase II; reviewed and organized trial exhibits re: resellers and serial numbers.

              Hyo Jin Paik                                       3.10 hrs.                    $ 1,162.50

06/28/24      Communicated with M. Fernandez (NY-ITA) and H.J. Paik via Teams re: wireless
              printing in the courtroom during trial and scheduling messenger services to for war
              room equipment (0.3). Communicated with J. Pietrini and D. Price by email re: trial
              preparation (0.2).

              Vineet M. Dua                                      .50 hrs.                     $ 204.75

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

July 23, 2024
Invoice 340090480
Page 13 of 15

## FEE DETAIL

06/29/24    Reviewed and analyzed H. Kahr's new expert report and compared with prior report.

| | | |
|---|---|---|
| Dylan J. Price | 1.10 hrs. | $ 852.50 |

06/30/24    Correspondence with opposing counsel re stipulation for expert testimony and new supplemental report of defendant's financial expert; correspondence with Andy Safir re same; confer with Dylan Price re supplemental expert report; initial review of WGACA third supplemental expert report.

| | | |
|---|---|---|
| Jill M. Pietrini | 1.80 hrs. | $ 1,395.00 |

06/30/24    Commence reviewing Phase II trial witness outlines, and documents filed with court, since jury verdict, including parties' declarations and appended exhibits; download relevant documents from PACER for potential trial exhibit use; process PDFs of deposition transcript excerpts of video clips played during trial to stamp each excerpt page with trial transscript page references  (66 clips and documents processed).

| | | |
|---|---|---|
| Monica E. Danner | 4.90 hrs. | $ 1,896.30 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 56.40 | $ 775.00 | $ 43,710.00 |
| Jill M. Pietrini | 20.80 | $ 775.00 | $ 16,120.00 |
| Dylan J. Price | 29.20 | $ 775.00 | $ 22,630.00 |
| ███████ | ███ | ██████ | ██████ |
| Tyler E. Baker | .60 | $ 675.00 | $ 405.00 |
| Hyo Jin Paik | 27.40 | $ 375.00 | $ 10,275.00 |
| James M. Salem | 26.00 | $ 432.00 | $ 11,232.00 |
| Monica E. Danner | 12.30 | $ 387.00 | $ 4,760.10 |
| Lisa S. Rodriguez | .70 | $ 369.00 | $ 258.30 |
| ████████ | ████ | █████ | ██████ |
| Vineet M. Dua | 8.70 | $ 409.50 | $ 3,562.65 |
| Steven Molina | .30 | $ 369.00 | $ 110.70 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

**Total Fees for Professional Services**          | $ 113,578.55 |

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 06/24/24 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 6/30/2024 | 6.60 |
| | Courier / Messenger | 52.05 |
| | ESI Hosting | 3,685.45 |
| | Federal Express | 60.14 |
| | Transcripts and Depositions | 7,181.29 |
| | WestLaw Research | 7,726.50 |

**Total Disbursements**          | $ 18,712.03 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    July 23, 2024
Theodore C. Max                                                                        Invoice 340090480
                                                                                       Page 15 of 15

### <u>ACCOUNTS RECEIVABLE SUMMARY</u>

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 06/20/24 | 340089888 | 118,942.03 | 100,200.35 | 18,741.68 | 0.00 | 0.00 | 0.00 | $ 118,942.03 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 118,942.03 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 132,290.58 |
| | | | | **Total Due For This Matter** | | | | **$ 251,232.61** |

# <u>Aug. 2024 Invoice</u>

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                                        August 21, 2024
Chanel USA, Inc.                                                     Invoice 340092670
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2024

Current Fees                                      $  532,251.05
Current Disbursements                             $   72,632.23

Total Current Activity                                          $  604,883.28

Total Due for This Invoice                                      $  604,883.28

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:        Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St       Wire ABA No.: 121000248 | | 2005 Market Street, 5th Floor |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19103-7042 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 2 of 33

FOR PROFESSIONAL SERVICES THROUGH 07/31/24

## **FEE DETAIL**

| 07/01/24 | Work on and review and revise draft Memorandum of Law ; emails and discussion with J. Salem regarding H. Kahrs testimony; email to A. Hahn regarding possible testimony; emails with J. Pietrini and D. Price regarding trial preparation. |
|---|---|

|  | Theodore C. Max | 4.60 hrs. | $ 3,565.00 |
|---|---|---|---|

| 07/01/24 | Telephone conference with Dylan Price regarding new expert report by WGACA; review report again; telephone conference with Andy Safir and Dylan Price regarding same; review key Second Circuit cases regarding allocating overhead; prepare summary for Andy Safir; confer with Ted Max regarding objecting to new report; review photo of pop-up Van Maur store and Rosado testimony regarding wholesale signage; review Belk and Shopbop websites for WGACA; confer with Monica Danner and Dylan Price regarding same. |
|---|---|

|  | Jill M. Pietrini | 5.70 hrs. | $ 4,417.50 |
|---|---|---|---|

| 07/01/24 | Reviewed and analyzed Supplement Declaration of Henry H. Kahrs; Call with Andy Safir regarding Supplemental H. Kahrs report; reviewed exhibits and trial testimony for evidence rebutting Kahr's new disgorgement calculations; performed research regarding WGACA's use of advertising vis-a-vis its wholesale customers. |
|---|---|

|  | Dylan J. Price | 6.80 hrs. | $ 5,270.00 |
|---|---|---|---|

| 07/01/24 | Reviewed/analyzed reseller websites to identify potential exhibits for Trial Phase II; conferred with L. Doucette regarding the same. |
|---|---|

|  | Hyo Jin Paik | .70 hrs. | $ 262.50 |
|---|---|---|---|

| 07/01/24 | Reviewed new H. Kahrs declaration. Discussed the same and next steps regarding Phase II trial brief with T. Max. |
|---|---|

|  | James M. Salem | .90 hrs. | $ 388.80 |
|---|---|---|---|

| 07/01/24 | Continue reviewing recent documents filed with Court, witness outlines, and other documents and preparing Phase II trial exhibit index; review emails from Jill Pietrini and Dylan Price, capture web pages for use as trial exhibits. |
|---|---|

|  | Monica E. Danner | 3.30 hrs. | $ 1,277.10 |
|---|---|---|---|

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

07/01/24    Communicated with H.J. Paik via email regarding courtroom technology setup for trial (0.1).

| | | |
|---|---|---|
| Vineet M. Dua | .20 hrs. | $ 81.90 |

07/02/24    Emails and call with D. Price regarding preparation of A. Hahn; email A. Hahn Declaration regarding same; discussion regarding strategy for Phase II; emails and follow up with J. Salem and K. Bunker regarding late disclosure regarding late disclosure by expert; conference call with Chanel team regarding trial and trial preparation; work on and prepare outline  regarding G. Ginn; review G. Ginn deposition transcript.

| | | |
|---|---|---|
| Theodore C. Max | 5.70 hrs. | $ 4,417.50 |

07/02/24    Telephone conference with Lora Moffat, Robin Gruber, Ted Max, and Dylan Price regarding defendant's supplemental expert report, Phase II trial, and strategy; telephone conference with Dylan Price regarding Rosado and H. Kahrs testimony and trial exhibits; confer with Ted Max regarding Girardi deposition designations and Phase II trial exhibits; correspondence with Vineet Dua and Hyo Jin Paik regarding Judge Stanton's schedule; telephone conference with Monica Danner regarding Phase II exhibit list; correspondence with financial expert regarding revised opinion; work on preparation for Phase II trial.

| | | |
|---|---|---|
| Jill M. Pietrini | 3.60 hrs. | $ 2,790.00 |

07/02/24    Team call with client to discuss Phase II strategy in light of WGACA's supplemental expert report; reviewed and compiled deposition testimony for possible use in Chanel's rebuttal case.

| | | |
|---|---|---|
| Dylan J. Price | 6.20 hrs. | $ 4,805.00 |

07/02/24    Participated on a call with T. Max, J. Pietrini, D. Price and Chanel regarding Phase II trial preparations; reviewed/analyzed deposition transcripts and exhibits for trial preparations; reviewed revised pretrial brief; conducted legal research regarding expert disclosures; communicated with Judge Stanton's Chambers regarding trial logistics.

| | | |
|---|---|---|
| Hyo Jin Paik | 6.20 hrs. | $ 2,325.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 4 of 33

## FEE DETAIL

07/02/24     Drafted section regarding the untimely declaration from H. Kahrs. Provided updated
             draft to T. Max for review.

     James M. Salem                    2.10 hrs.                    $  907.20

07/02/24     Capture numerous Instagram reels from WGACA's account where Chanel images are
             used as previews/thumbnails but reel that is linked is unrelated content; continuing
             reviewing documents and materials reeived from J. Pietrini and D. Thomas for
             inclusion on trial exhibit list; review materials collected by Hyo Jin Paik, discuss same
             with  J. Pietrini and D. Thomas; conduct online searches for ongoing infringement by
             WGACA.

     Monica E. Danner                  2.70 hrs.                    $  1,044.90



07/02/24     Communicated with trial team via email regarding contact information for Court Clerk,
             Mr. Michael Lee (0.3).

     Vineet M. Dua                     .30 hrs.                     $  122.85

07/03/24     Work on and review and revise draft Memorandum of Law in Support of Motion for
             Disgorgement; review and analyze Supplemental Expert Report of H. Kahrs.

     Theodore C. Max                   3.30 hrs.                    $  2,557.50

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

August 21, 2024
Invoice 340092670
Page 5 of 33

## FEE DETAIL

07/03/24      Review and revise third declaration of Andy Safir; confer with Dylan Price regarding same; telephone conference with Dylan Price, Vineet Dua, and Monica Danner regarding trial exhibits and deposition excerpts for cross-examination; initial review of additional financial documents produced by WGACA; confer with Ted Max regarding same and strategy for excluding; review of Trial Transcripts for Day 1 and part of Day 2 of Phase I; meeting with Monica Danner regarding trial exhibits and revised trial transcripts to include video testimony; correspondence with Andy Safir regarding revised declaration and new production of documents.

      Jill M. Pietrini                    9.30 hrs.                    $ 7,207.50

07/03/24      Call with J. Pietrini to discuss Karhs supplemental report; Reviewed additional documents produced by WGACA; reviewed prior document productions for documents relating to advertising and wholesale issues; call with Vineet Dua to discuss Phase II logistics; reviewed research regarding ability to use depositions of Vlada Drukh and other WGACA witnesses in Phase II.

      Dylan J. Price                    2.70 hrs.                    $ 2,092.50

07/03/24      Reviewed/analyzed trial transcripts and identified video deposition excerpts; reviewed/analyzed case law regarding excluding untimely expert reports; reviewed/analyzed WGACA Production Vol. 31 and summarized the documents for the team.

      Hyo Jin Paik                    7.00 hrs.                    $ 2,625.00

07/03/24      Review document production from WGACA (Excel spreadsheets). format and convert to PDFs; Zoom conference with Vineet Dua, Dylan Price, and Jill Pietrini regarding trial; review outline of H. Kahrs, add exhibits to list; prepare Phase I exhibit list for attorneys for further potential designation of Phase II exhibits; update Jill Pietrini's trial transcript binders with inserts of video clip testimony; review recent NetDocs materials for potential trial exhibits; further discussions with Vineet regarding strategy during trial; meet with Jill Pietrini regarding trial logistics.

      Monica E. Danner                    5.50 hrs.                    $ 2,128.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    August 21, 2024
Theodore C. Max    Invoice 340092670
Page 6 of 33

## FEE DETAIL

████████    ██████████████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

████████████    ████████    ████████

07/03/24    Imported additional documents produced by WGACA into the Firm's document review
platform and updated the search index in preparation for attorney review and searches.

Lauren E. Doucette    .30 hrs.    $ 90.00

07/03/24    Communicated with T. Max via email regarding trial exhibits update and Gracie Ginn's
deposition (0.3). Communicated with J. Pietrini, D. Price, and M. Danner via zoom call
and email regarding status of trial exhibits and other trial prep logistics (0.9).
Communicated with J. Pietrini and M. Danner via email regarding cross-examination
outline of Henry Kahrs and trial exhibits for phase II (0.2). Created impeachment
excerpts of Henry Kahrs, as per the cross-examination outline (2.2). Communicated
with J. Pietrini, D. Price, and M. Danner via email regarding WGACA's financials
(0.2).

Vineet M. Dua    3.80 hrs.    $ 1,556.10

07/04/24    Review trial testimony for impeachment evidence regarding Rosado and Weisser's
anticipated testimony.

Dylan J. Price    1.20 hrs.    $ 930.00

07/04/24    Revised section of Phase II trial brief dealing with exclusion of H. Kahrs's untimely
supplemental declaration. Drafted additional sections dealing with attribution rate.
Provided updated draft for review.

James M. Salem    3.10 hrs.    $ 1,339.20

07/05/24    Emails  and follow up with J. Salem regarding Phase II Memorandum of law and H.
Kahrs Supplemental Report and possible motion pursuant to Rile 37(c) to exclude;
follow up with H.J. Paik and J. Salem regarding same; email with R. Reddy regarding
research regarding motion to exclude.

Theodore C. Max    2.40 hrs.    $ 1,860.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                August 21, 2024
Theodore C. Max                                                                                        Invoice 340092670
                                                                                                      Page 7 of 33

## FEE DETAIL

07/05/24    Review trial transcripts for days 3-6 and remainder of day 2; prepare memorandum to Ram Reddy regarding research needed to try to exclude recently produced financial documents; review Belk video for WGACA's sale of Chanel products at Belk department store; review V. Druh subpoena and begin review of key testimony from V. Druh; correspondence with opposing counsel regarding better copies of Kahr's new report and Excel spreadsheets for schedules to report;  correspondence to Andy Safir regarding same; review list of all exhibits marked for Phase I; prepare list of exhibits for Phase II; confer with Dylan Price and Monica Danner regarding same; confer with Dylan Price regarding research needed and trial exhibits.

          Jill M. Pietrini                       10.10 hrs.                    $ 7,827.50

07/05/24    Worked on Phase II exhibit list; reviewed WGACA social media accounts and advertising to identify WGACA's promotion of retail partners; revised Rosado outline based on new expert calculations.

          Dylan J. Price                         5.80 hrs.                     $ 4,495.00

07/05/24    Reviewed Vlada Drukh deposition transcript and drafted Drukh's trial subpoena; coordinated with the Clerk's Office to make arrangements for service of V. Drukh trial subpoena; communicated with V. Dua regarding trial preparations, including logistics regarding war room; identified witness prep binders and deposition transcripts for Trial Phase II.

          Hyo Jin Paik                           2.30 hrs.                     $ 862.50

07/05/24    Communicated with T. Max regarding outstanding points to be addressed in connection with Phase II trial brief.

          James M. Salem                         .20 hrs.                      $ 86.40

07/05/24    Ongoing communications with Jill Pietrini and Dylan Price regarding Phase II trial exhibits, and related list and document preparation; capture current listings on Shopbop.com, Kith.com, Goop.com, and Shopstyle.com, prepare same for attorney review; continue conducting online searches for ongoing infringement by WGACA; circulate latest draft of exhibit list; electronic file management.

          Monica E. Danner                       4.30 hrs.                     $ 1,664.10

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                            August 21, 2024
Theodore C. Max                                                                                                    Invoice 340092670
                                                                                                                   Page 8 of 33

### FEE DETAIL



| 07/05/24 | Arranged for service of trial subpoena to Vlada Drukh. | | |
| | Bradley M. Rank | .30 hrs. | $ 112.50 |

07/05/24 — Communicated with H.J. Paik and M. Fernandez (NY- TSA) via email regarding war room and courtroom equipment and office supplies needed for trial and to arrange for messenger service (0.4). Communicated with the Court Clerk, Mr. Michael Lee via email regarding court room technology and logistics (0.2). Communicated with H.J. Paik via email regarding procuring Gracie Ginn's video deposition and her cross-examination outline (0.2). Downloaded Gracie Ginn's video deposition, reviewed, and loaded it in the evidence presentation database, and uploaded to the network folder (0.5). Communicated with H.J. Paik via email regarding prints for deposition transcripts from Phase I (0.2).

Vineet M. Dua          1.50 hrs.          $ 614.25

07/06/24 — Review summary of Second Circuit law excluding late produced documents; confer with Ram Reddy regarding same; review trial transcripts for Days 7, 8, and 9, and begin review of Day 10 trial transcripts; confer with Dylan Price regarding possible cross-examination of M. Rosado from the transcripts of Phase I trial.

Jill M. Pietrini          6.50 hrs.          $ 5,037.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 9 of 33

## FEE DETAIL

| | | | |
|---|---|---|---|
| 07/07/24 | Emails and call with J. Salem regarding Memorandum of Law in Support of Disgorgement of Profits by WGACA; review G. Ginn deposition transcript. | | |
| | Theodore C. Max | 2.10 hrs. | $ 1,627.50 |

| | | | |
|---|---|---|---|
| 07/07/24 | Review Andy Safir's critique of Hank Kahr's new expert report; complete review of Day 10 trial transcript; review Days 11, 12, and 13 trial transcript; confer with Ram Reddy regarding research regarding preclusion of late produced documents. | | |
| | Jill M. Pietrini | 6.90 hrs. | $ 5,347.50 |

| | | | |
|---|---|---|---|
| 07/07/24 | Continued to revise witness outlines based on new expert report and gross profit calculations provided by WGACA; reviewed notes on Kahr's supplemental report prepared by A. Safir; reviewed trial transcripts. | | |
| | Dylan J. Price | 7.20 hrs. | $ 5,580.00 |

| | | | |
|---|---|---|---|
| 07/07/24 | Discussed outstanding issues for Phase II trial brief and next steps with T. Max. | | |
| | James M. Salem | .30 hrs. | $ 129.60 |

| | | | |
|---|---|---|---|
| 07/07/24 | Review email from Dylan Price, add exhibits to list. | | |
| | Monica E. Danner | .20 hrs. | $ 77.40 |

███████  ████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████

████████████████      ██████████      ██████████

| | | | |
|---|---|---|---|
| 07/08/24 | Emails and call with T. Baker regarding Rule 37 Motion to Exclude Supplemental H. Kahrs Expert Report; review and revise draft Memorandum of Law in Support of Motion for Disgorgement of  WGACA Profits; email to J. Pietrini regarding draft Safir Supplemental Declaration; read and review letter and Wetzbarger Expert Report; emails with J. Salem regarding comments on Memorandum of Law; email to Chanel attorneys regarding expert reports. | | |
| | Theodore C. Max | 5.60 hrs. | $ 4,340.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          August 21, 2024
Theodore C. Max                                                                          Invoice 340092670
                                                                                          Page 10 of 33

## FEE DETAIL

07/08/24     Telephone conference with Dylan Price regarding H. Kahrs' new expert report and
             exhibits therefor; correspondence with Ted Max regarding revised report of Andy Safir
             and criticisms of H. Kahrs' report; begin trial preparation; telephone conference with
             Dylan Price regarding new expert disclosed by WGACA; correspondence with Ted
             Max regarding same; revise exhibit list; confer with Monica Danner regarding same.

             Jill M. Pietrini                         3.50 hrs.                    $ 2,712.50

07/08/24     Reviewed new expert report filed by WGACA and WGACA's letter to the Court
             regarding the same; reviewed additional repair-related information and financial
             calculations provided by WGACA; call with J. Pietrini regarding Phase II expert
             issues; prepared for Phase II trial.

             Dylan J. Price                           3.60 hrs.                    $ 2,790.00

07/08/24     Conferred with T. Max on motion to preclude.  Reviewed H. Kahrs report and
             WGACA productions in connection with same.  Performed legal research in
             connection with same and began drafting argument sections for brief.  Conferred with
             H.J. Paik on trial preparation action items.

             Tyler E. Baker                           6.30 hrs.                    $ 4,252.50

07/08/24     Reviewed/annotated Claudio Girardi deposition transcript; reviewed Phase I trial
             transcripts and identified video testimony; conferred with T. Baker and J. Salem
             regarding pre-trial brief and motion to exclude WGACA's expert report; communicated
             with the Court regarding trial transcript order; reviewed and compiled materials for
             oral argument regarding injunctive relief; reviewed/analyzed WGACA's pre-trial
             filings; reviewed/analyzed WGACA's discovery requests and discovery dispute
             briefings in preparation of motion to exclude Graham Wetzbarger.

             Hyo Jin Paik                             9.80 hrs.                    $ 3,675.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 11 of 33

## FEE DETAIL

07/08/24     Drafted additional sections of Phase II trial brief further critiquing H. Kahrs's overhead calculations; reviewed and revised entire Phase II trial brief; participated in calls regarding trial brief and next steps with T. Max, T. Baker, and H.J. Paik. reviewed proposed supplemental Safir declaration; discussed the same with T. Max; conducted additional research regarding opportunity cost or benefit in disgorgement analysis; drafted analysis for review; communicated with team regarding supplemental A.Safir declaration; reviewed and incorporated additional edits to Phase II trial brief and circulated for review.

             James M. Salem                    10.80 hrs.                    $ 4,665.60

07/08/24     Revisions to exhibit list; emails with Jill Pietrini, Dylan Price, and Vineet Dua; phone conference with Jill Pietrini regarding trial exhibits, logistics.

             Monica E. Danner                  .60 hrs.                      $ 232.20

07/08/24     Imported additional documents produced by WGACA (volume 30) into the Firm's document review platform and updated the search index in preparation for attorney review and searches.

             Lauren E. Doucette                .30 hrs.                      $ 90.00

07/08/24     Communicated with Court Clerk, Mr. Michael Lee via email regarding courtroom technology test and attorney room setup (0.2); communicated with M. Danner via email regarding procuring Phase II trial exhibits (1.1); email communication with H.J. Paik and NY-SupportServices regarding electronic device order for court house entry and messenger deliveries of electronics (work stations, printers, etc.) and office supplies to the court room and war room (0.5); email communication regarding transcript order for Phase II (0.1).

             Vineet M. Dua                     1.90 hrs.                     $ 778.05

07/09/24     Work on Memorandum of Law in Support of Disgorgement; discuss motion to exclude Supplemental Expert Report of H. Kahrs; work on and prepare letter in opposition to Letter Seeking Leave to Add G. Wetzberger as Expert.

             Theodore C. Max                   7.40 hrs.                     $ 5,735.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    August 21, 2024
Theodore C. Max                                                                                          Invoice 340092670
                                                                                                        Page 12 of 33

## FEE DETAIL

07/09/24      Review remaining trial transcripts, except for closings; telephone conference with
              Dylan Price regarding same; correspondence with Andy Safir regarding supplemental
              report; confer with Ram Reddy regarding research regarding serving supplemental
              expert report near trial; review results of research regarding same; review
              correspondence from opposing counsel regarding potential continuance of trial for new
              witnesses; confer with Ted Max regarding same; review letter motion for leave to serve
              new expert report; initial review of Ted Max's revisions to Andy Safir report and
              correspondence from Ted Max regarding same.

              Jill M. Pietrini                      9.90 hrs.                    $ 7,672.50

07/09/24      Reviewed A. Hahn deposition transcript and related exhibits; reviewed additional profit
              disagreement calculations; reviewed proposed cross-examination questions prepared by
              A. Safir.

              Dylan J. Price                         6.60 hrs.                    $ 5,115.00

07/09/24      Continued with research for and drafting of sections of motion to exclude H. Kahrs and
              preclude use of recent WGACA productions at trial; conferred with T. Max in
              connection with same and trial strategy issues;  performed legal research in connection
              with additional trial preparation issues.

              Tyler E. Baker                         5.40 hrs.                    $ 3,645.00

07/09/24      Reviewed/analyzed WGACA's pre-trial filings and drafted high-level summary;
              communicated with Judge Stanton's chambers regarding trial preparations; prepared
              Adrienne Hahn witness prep binder; reviewed/compiled deposition transcripts for
              Phase II; assisted with drafting of Chanel's pre-trial brief and motion to exclude H.
              Kahrs second supplemental expert report; drafted Gracie Ginn outline.

              Hyo Jin Paik                          6.70 hrs.                    $ 2,512.50

07/09/24      Discussed status of supplemental expert declaration and connection to motions to
              exclude with T. Max and T. Baker; drafted edited version of Supplemental Expert
              Declaration; drafted analysis regarding edits to supplemental expert declaration;
              reviewed and revised Chanel's Phase II trial brief; provided updated draft to team for
              review.

              James M. Salem                        6.70 hrs.                    $ 2,894.40

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          August 21, 2024
Theodore C. Max                                                                                   Invoice 340092670
                                                                                                 Page 13 of 33

## FEE DETAIL

███████         ████████████████████████████████████████████████████
                ████████████████████████████████████████████████████
                ████████████████████████████████████

                        █████████████████        ████████        █████████

07/09/24        Conferred with T. Max and H.J. Paik regarding pre-trial disclosures.

                        Bradley M. Rank                    .20 hrs.                    $  75.00

07/09/24        Various trial support tasks and evidence preparation for Phase II of trial. Email
                communication between the trial team regarding Trial Exhibit Index - Phase II, Email
                communication with court clerk, Michael Lee regarding obtaining the Electronic
                Device Authorization Order, Communicating with NYoffice Support Services and NY
                office IT to compile equipment and office supplies for the war room and the court
                room, Set up the war room at the hotel with computer work stations, printer, and office
                supplies. (9.5).

                        Vineet M. Dua                      9.50 hrs.                   $  3,890.25

07/10/24        Work on and prepare for trial; work on and prepare objections to WGACA Phase II
                Exhibit List; work on and follow up with T. Baker regarding motion to exclude H.
                Kahrs regarding Supplemental Expert Report; work on and follow up regarding
                preparation for G. Ginn cross-examination; emails to J. Pietrini and D. Price regarding
                trial preparation; conference call with L. Moffatt, R. Gruber and  G. Essen regarding
                trial and trial preparation; work on and prepare letter to Judge Stanton to exclude
                Wetzbarger Expert Report.

                        Theodore C. Max                    7.70 hrs.                   $  5,967.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                              August 21, 2024
Theodore C. Max                                                                                                      Invoice 340092670
                                                                                                                    Page 14 of 33

## **FEE DETAIL**

07/10/24      Review H. Kahrs' new expert report; review definition of opportunity cost for Safir
              report; telephone conference with Dylan Price, Ted Max, and James Salem regarding
              Safir Supplemental report, defendant's likely trial strategy, and exhibits; review Ted
              Max revisions to Safir report and summary thereof; review summary of research
              regarding opportunity cost cases by James Salem; revise Safir report; correspondence
              with Andy Safir regarding same; revise trial exhibit list; confer with Ted Max
              regarding same; begin review of Safir deposition; confer with Ted Max regarding trial
              exhibits; telephone conference with Dylan Price regarding trial exhibits and Safir
              deposition; review Safir's questions H. Kahrs at trial; correspondence with trial
              exhibits.

              Jill M. Pietrini                          13.20 hrs.                    $ 10,230.00

07/10/24      Call with T. Max and J. Pietrini to discuss trial briefs and supplemental expert report
              issues; prepared for witness preparaation session with A. Hahn; Meeting with A. Hahn
              to prep for Phase II testimony; reviewed and revised Chanel's opposition to WGACA's
              motion for leave to submit new expert report.

              Dylan J. Price                           9.40 hrs.                      $ 7,285.00

07/10/24      Further revised and drafted new arguments for motion to exclude H. Kahrs and
              WGACA productions; conferred with T. Max and H.J. Paik in connection with same;
              performed additional legal research on trial preparation items;  conferred with J. Salem
              and H.J. Paik on trial preparation;  reviewed WGACA documents and briefing in
              connection with same;  reviewed Wetzbarger motion.

              Tyler E. Baker                            4.80 hrs.                      $ 3,240.00

07/10/24      Reviewed trial exhibits; reviewed and revised and cite-checked pre-trial motion briefs;
              drafted declarations and organized exhibits to pre-trial filings; conferred with T. Max,
              T. Baker and J. Salem regarding trial preparations.

              Hyo Jin Paik                             11.40 hrs.                     $ 4,275.00

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 15 of 33

## FEE DETAIL

07/10/24     Drafted Rules-based section of letter opposing WGACA's letter seeking to introduce new expert witness at trial, conducting additional research as necessary; participated in team call regarding supplemental expert declaration; drafted analysis regarding opportunity cost award and provided for review along with relevant authority; communicated with H.J. Paik regarding WGACA's document productions and with team regarding whether the supplemental expert declaration relied on newly produced documents; conducted research with regard to the timing for the measurement of mens rea; drafted analysis for review; reviewed and edited the letter opposing WGACA's addition of a new expert at trial.

James M. Salem              7.30 hrs.              $ 3,153.60

07/10/24     Prepare Trial exhibits and index; assist J. Pietrini with pretrial matters.

Monica E. Danner            3.90 hrs.              $ 1,509.30

07/10/24     Conferred with H.J. Paik and T. Max regarding disclosure for cross-examination exhibits; research regarding same.

Bradley M. Rank             .30 hrs.               $ 112.50

07/10/24     Various trial support tasks and evidence preparation for Phase II of trial. Email communication with court clerk, Michael Lee regarding obtaining the Electronic Device Authorization Order for Mr. Andrew Safir, Continued communicating with NYoffice Support Services and NY office IT to have a messenger service deliver the equipment and office supplies for the court room (3.6).

Vineet M. Dua              3.60 hrs.               $ 1,474.20

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.      August 21, 2024
Theodore C. Max                                                                              Invoice 340092670
                                                                                             Page 16 of 33

## FEE DETAIL

07/11/24    Work on letter to Court regarding request to exclude G. Wetzbarger as authentication expert; work on motion to exclude Supplemental Expert Report of H. Kahrs; work on Chanel Pretrial Memorandum of Law; emails to D. Price and J. Pietrini regarding preparation and exhibits; conference call with L. Moffatt, R. Gruber and G. Essen with J. Pietrini and D. Price.

            Theodore C. Max                    8.10 hrs.                    $ 6,277.50

07/11/24    Completed review of Safir deposition; review defendant's exhibit list for Phase II; telephone conference with Dylan Price regarding same; review defendant's Phase II trial brief; correspondence with Andy Safir regarding same; review H. Kahrs' deposition; confer with Ted Max and Dylan Price regarding motions to be filed; review summary of offset for losses research by Ram Reddy; telephone conference with Lora Moffatt, Robin Gruber, Ted Max, and Dylan Price regarding trial preparation and defendant's motions and oppositions thereto; revise motion to exclude new H. Kahrs' expert report and notice of motion therefor; review trial transcript for Paige Rubin and admission of Ex. 1234; prepare memorandum to Ted Max regarding same; telephone conferences with Andy Safir regarding revised table; confer with Ted Max regarding same; correspondence with opposing counsel regarding motions to exclude; revise exhibit list; confer with Monica Danner regarding same; begin working on revisions to Safir trial outline; review Safir's critique of H. Kahrs' new report; review New York state statute regarding trebling of damages in relation to Safir report; review of opportunity cost cases for use with Safir; review new exhibits to use at trial.

            Jill M. Pietrini                   15.40 hrs.                   $ 11,935.00

07/11/24    Reviewed WGACA's amended trial exhibit list; call with J. Pietrini to discuss expert issues; reviewed NY state claims to identify source of prior request for treble damages; reviewed and revised Chanel's trial brief; reviewed exhibit list and new proposed Phase II exhibits; call with client to discuss pre-trial issues and trial procedures.

            Dylan J. Price                     8.70 hrs.                    $ 6,742.50

07/11/24    Drafted correspondence to opposing counsel.  Conferred with H.J. Paik and J. Salem on confidentiality issues.  Revised pretrial motion documents.  Drafted and revised notice of motion.  Reviewed local rules and judge's rules in connection with same. Reviewed and revised pretrial motion documents.  Conferred with T. Max on trial strategy issues.  Conferred with D. Price on Wetzbarger issues.

            Tyler E. Baker                     5.80 hrs.                    $ 3,915.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 17 of 33

## FEE DETAIL

07/11/24     Reviewed and analyzed additional Phase II exhibits disclosed by WGACA.  Drafted objections to WGACA's new Phase II exhibits.

Khirin A. Bunker                              1.60 hrs.                              $  1,040.00

07/11/24     Participated on trial prep status call with Chanel and T. Max, J. Pietrini and D. Price; conferred with T. Max, T. Baker and J. Salem regarding trial preparation and pre-trial filings; conferred with V. Dua regarding trial exhibits and deposition excerpts; communicated with Lit Support regarding uploading WGACA's additional production of July 8, 2024; communicated with SMRH staff and SDNY court reporter regarding trial preparations; reviewed/revised  and cite-checked pre-trial filings and organized exhibits thereto; reviwed and dradted admitted Phase I exhibits.

Hyo Jin Paik                              11.30 hrs.                              $  4,237.50

07/11/24     Reviewed and edited motion to exclude H. Kahrs's "supplemental" declaration. Reviewed and incorporated additional edits to letter opposing WGACA's introduction of new expert at trial. Communicated with H.J. Paik regarding additional citations for letter. Made additional edits to letter. Incorporated record citations into draft of motion to exclude H. Kahrs's "supplemental" declaration. Conducted additional research with regard to the timing for measurement of mens rea. Drafted analysis for review. Incorporated record cites into letter opposing new expert and gave letter a final read. Discussed potential Safir supplemental expert declaration with T. Max. Conducted research regarding necessity of supplement and drafted analysis for consideration. Revised record cites in letter. Began review of edits and comments to Phase II trial brief. Began addressing comments to Phase II trial brief.

James M. Salem                              8.80 hrs.                              $  3,801.60

07/11/24     Prepare trial exhibits and index; assist Jill Pietrini with pretrial matters

Monica E. Danner                              3.70 hrs.                              $  1,431.90

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                 August 21, 2024
Theodore C. Max                                                                                        Invoice 340092670
                                                                                                       Page 18 of 33

## FEE DETAIL

07/11/24     E-filed declaration and letter in opposition to defendant's letter request.

        Bradley M. Rank                     .40 hrs.                    $  150.00

07/11/24     Various trial support tasks and evidence preparation for Phase II of trial. Continued
             email communication between the trial team regarding Trial Exhibit Index - Phase II.
             Assisted H.J. Paik with uploading WGACA's Phase II trial exhibits to the network
             folder, Went to the court room to accept the messenger delivery of court room supplies
             and printer, setup the attorney room adjacent to the court room with office supplies and
             printer, tested the court room technology to make certain exhibits will publish on all
             monitors in the court room, assisted H.J. Paik with preparing exhibit to be attached
             with the Chanel's Motion to Exclude H. Kahrs Late Report and Production (4.0).

        Vineet M. Dua                      4.00 hrs.                  $  1,638.00

07/12/24     Work on and work on Phase II Disgorgement Brief and review and revise same; work
             on and review and revise Motion to Exclude H. Kahrs Supplemental Expert Report;
             work on and prepare objections to exhibits; work on and review G. Ginn deposition
             regarding cross-examination outline for G. Ginn.

        Theodore C. Max                    7.80 hrs.                  $  6,045.00

07/12/24     Revise trial outline for A. Safir; meeting with A. Safir regarding trial testimony and
             revisions thereto; revise Phase II exhibit list; correspondence with T. Max regarding
             exhibits for Phase II; confer with D. Price regarding Safir testimony, M. Rosado, and S.
             Weisser testimony; begin preparation of S. Weisser cross-examination for Phase II;
             revise trial brief and confer with T. Max and D. Price regarding same; confer with A.
             Safir regarding criticizing of H. Kahrs' new report; confer with M. Danner regarding
             exhibit list; correspondence with H. J. Paik regarding exhibits for Phase II;
             correspondence with opposing counsel regarding Chanel's Phase II exhibit list.

        Jill M. Pietrini                   12.80 hrs.                 $  9,920.00

07/12/24     Reviewed additional proposed exhibits for Phase II trial and made selections; Further
             revised Chanel's trial brief; Witness preparation meeting with Andy Safir.

        Dylan J. Price                     8.40 hrs.                  $  6,510.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 19 of 33

## **FEE DETAIL**

07/12/24    Reviewed correspondence from opposing counsel; conferred with H.J. Paik and J. Salem on pretrial motion action items;  reviewed and revised pretrial motion documents.  performed additional legal research in connection with same;  conferred with T. Max on motion and trial strategy issues;  finalized pretrial motion papers and prepared for filing.

    Tyler E. Baker                          5.30 hrs.                    $ 3,577.50

07/12/24    Reviewed/revised and cite-checked Chanel's pre-trial motion briefs and conferred with T. Max, T. Baker and J. Salem regarding the same; drafted declaration to motion to exclude WGACA's experts and compiled exhibits thereto; reviewed/annotated WGACA's Phase II trial exhibit list and conferred with K. Bunker regarding objections thereto; QC'd trial exhibits.

    Hyo Jin Paik                            10.10 hrs.                   $ 3,787.50

07/12/24    Finished addressing comments to Phase II trial brief. Reviewed additional edits to Phase II trial brief.  Incorporated final edits. Coordinated finalization and filing of Phase II trial brief.

    James M. Salem                          4.10 hrs.                    $ 1,771.20

07/12/24    Trial exhibit index; prepare Fourth Amended Schedule B (trial exhibit list) to be transmitted to opposing counsel; prepare PDFs and Excel files as exhibits, including electronic endorsement stamps; arrange for exhibit binder tabs for new exhibits/high numbers; electronic file and network drive management.

    Monica E. Danner                        6.50 hrs.                    $ 2,515.50



# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 20 of 33

## FEE DETAIL

███████     ████████████████████████████████████████████████████

                        ████████████████     ████████     ████████

07/12/24     Conferred with H.J. Paik regarding motion procedure for motion; coordinated filings and delivery of courtesy copies to judge.

             Bradley M. Rank                    .50 hrs.              $  187.50

07/12/24     Performed additional forensic website collections to preserve relevant Chanel product pages on non-party websites for potential use at trial.

             Lauren E. Doucette                  .20 hrs.              $   60.00

07/12/24     Imported additional documents produced by WGACA into the Firm's document review platform and updated the search index in preparation for attorney review and searches.

             Lauren E. Doucette                  .40 hrs.              $  120.00

07/12/24     Various trial support tasks and evidence preparation for Phase II of trial. Continued to assist H.J. Paik with preparing exhibits to be filed with Chanel's Motion to Exclude H. Kahrs Late Report and Production, Assisted J. Pietrini and D. Price in the war room with various tasks, Continued assisting H.J. Paik with preparing exhibit to be attached with the Chanel's Motion to Exclude H. Kahrs Late Report and Production. (1.8) Created the impeachment deposition excerpts of Marcos Rosado, as per the cross-examination outline (2.9).

             Vineet M. Dua                      4.70 hrs.             $ 1,924.65

07/13/24     Work on cross-examination for Gracie Ginn; emails and follow up with H.J. Paik, J. Pietrini and D. Price; meet with D. Price and Dr. A. Safir regarding trial strategy and preparation.

             Theodore C. Max                    4.70 hrs.             $ 3,642.50

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 21 of 33

## FEE DETAIL

07/13/24    Revise direct examination of A. Safir; correspondence with A. Safir regarding same; confer with V. Dua and D. Price regarding exhibits; review A. Safir revisions to trial outline; further revisions to A. Safir outline; correspondence with A. Safir regarding same; correspondence with opposing counsel regarding trial exhibits; revise H. Kahrs' trial outline; confer with D. Price regarding same; review cross-examination outline for M. Rosado; review analysis of H. Kahrs' third report by A.Safir; confer with M. Danner regarding exchange of Chanel exhibits; review WGACA's list of exhibits for Phase II; confer with D. Price regarding S.Weisser cross-examination.

        Jill M. Pietrini                    14.10 hrs.                    $ 10,927.50

07/13/24    Worked on Phase II exhibit list; worked on S.Weisser cross-examination outline; meeting with A. Safir to discuss H. Kahrs report; meeting with T. Max to discuss anticipated WGACA testimony and strategy for Phase II.

        Dylan J. Price                     9.60 hrs.                    $ 7,440.00

07/13/24    Reviwed and checked Chanel's trial exhibit set; revised Gracie Ginn cross examination outline and reviewed factual record for impeachment materials.

        Hyo Jin Paik                       2.30 hrs.                    $ 862.50

07/13/24    Prepare electronic versions of Chanel's trial exhibits for transmittal to opposing counsel and transmit via secure file transfer protocol; print trial exhibit sets x3 and prepare binders for trial, proof same and fix Adobe errors during stamping process; fill in additional information on trial exhibit index; email to H. J. Paik regarding exhibit status, remaining tasks; email to team regarding network drive location of exhibits; prioritize tasks for follow-up.

        Monica E. Danner                   9.50 hrs.                    $ 3,676.50

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          August 21, 2024
Theodore C. Max                                                                                Invoice 340092670
                                                                                              Page 22 of 33

## FEE DETAIL

07/13/24      Various trial support tasks and evidence preparation for Phase II of trial.
              Communicated with J. Pietrini, and D. Price via email regarding cross-examination
              outlines of Seth Weisser and Henry Kahrs, and direct-examination outline of Andy
              Safir, including Kahr's exhibits (2.6). Communicated with J. Pietrini, D. Price, and M.
              Danner via email regarding finalized Phase II trial exhibits (0.4). Downloaded,
              reviewed, converted the video exhibits to MP4, and loaded Phase II exhibits in the
              evidence presentation database (2.5). Downloaded, reviewed, and loaded exhibits for
              H. Kahrs' impeachment, received from J. Pietrini (0.6) Queued up exhibits, as per the
              direct examination outline of Andy Safir (1.7).

              Vineet M. Dua                    7.80 hrs.                      $ 3,194.10

07/14/24      Work on and prepare cross-examination for G. Ginn; review and prepare outline
              regarding Farfetch evidence; prepare cross for G. Wetzbarger and questions for S.
              Weisser; follow up with D. Price and J. Pietrini regarding preparation for trial; work on
              and prepare cross-designation regarding C. Girardi; prepare argument for G.
              Wetzbarger motion; prepare argument regarding Farfetch and pretext argument.

              Theodore C. Max                  5.50 hrs.                      $ 4,262.50

07/14/24      Revise correspondence to opposing counsel regarding order of witnesses; review
              relevant sections of key cost cases from the Second Circuit; confer with D. Price
              regarding same and use in Rosado cross-examination; confer with M. Danner and H.J.
              Paik regarding exhibit books and segregating defendant's Farfetch-related exhibits;
              revise H. Kahrs' cross-examination; review Weisser deposition; confer with T. Max
              and D. Price regarding G. Ginn testimony; confer with H. J. Paik regarding Farfetch
              exhibits; review H. Kahrs' schedules to new report; review Divisional P&Ls produced
              by defendant; review S.Weisser declaration filed in support of opposition to motion for
              permanent injunction; review proposed injunction; telephone conferences with A. Safir
              regarding new HQ deductions by H. Kahrs; revise Weisser cross-examination; review
              key parts of Weisser trial testimony; confer with M. Danner and D. Price regarding
              additional trial exhibits; confer with T. Max regarding objections to defendant's
              exhibits.

              Jill M. Pietrini                 14.80 hrs.                     $ 11,470.00

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 23 of 33

## FEE DETAIL

07/14/24    Worked on S.Weisser outline; met with A. Safir; revised M.Rosado outline based on new expert report and schedules; prepared for argument on motion to exclude Kahr's new opinion; Prepare for Day 1 of Phase II trial.

Dylan J. Price                10.10 hrs.                $ 7,827.50

07/14/24    Performed legal research in connection with Wetzbarger evidence and TRR protective order;  drafted summary of research for T. Max; performed legal research in connection with 30(b)(6) deposition issues and substantive evidence;  drafted summary of research for T. Max;  reviewed WGACA's opposition to H. Kahrs' exclusion motion and drafted summary of argument points for D. Price;  performed additional legal research in connection with trial preparation issues.

Tyler E. Baker                6.50 hrs.                $ 4,387.50

07/14/24    Drafted objections to WGACA's additional Phase II exhibits.

Khirin A. Bunker              1.20 hrs.                $ 780.00

07/14/24    Assisted with trial preparation, including compiling and reviwing trial exhibits; identify and analyze supporting evidence for Phase II; assisted with drafting Chanel's objections to WGACA's exhibits; drafted Chanel's objections to WGACA's C. Girardi designations; reviewed/analyzed WGACA's opposition to Chanel's motion to exclude H. Kahrs late report and WGACA's additional exhibits for Phase II.

Hyo Jin Paik                 11.00 hrs.                $ 4,125.00

07/14/24    Reviewed WGACA's Phase II trial brief and drafted detailed summary/analysis for review. Reviewed second amended complaint and provided allegations to J. Pietrini in connection with preparation for H. Kahrs cross. Reviewed WGACA's pre-trial brief for specific arguments relating to other resellers and provided analysis to T. Max.

James M. Salem                4.00 hrs.                $ 1,728.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 24 of 33

## FEE DETAIL

07/14/24    Downloaded revised Phase II trial exhibits, reviewed, and added in the evidence presentation database (1.1). Communicated with M. Danner via email regarding duplicate exhibits (0.1). Communicated with trial team via email regarding trial exhibit binders (0.3). Communicated with J. Pietrini and D. Price via email regarding exhibits for Andy Safir's direct examination (0.4). Revised and regarding-revised queued up exhibits for Andy Safir's direct examination, as per the updated outlines (1.5). Completed various trial support tasks, email communication throughout the day, and evidence preparation for Phase II of trial (6.7). Revised the impeachment excerpts of Henry Kahrs and queued up exhibits, as per the updated cross-examination outline. (3.3).

Vineet M. Dua                    13.40 hrs.                    $ 5,487.30

07/15/24    Travel to US Courthouse (S.D.N.Y.) for Phase II trial; discussion with J. Pietrini and D. Price regarding strategy; meet with L. Moffatt and G. Essen; conference call with R. Gruber, L. Moffatt and G. Essen regarding strategy and next steps;  work on and prepare cross-examination of J. Pietrini regarding S. Weisser; discussion with H.J. Paik regarding draft proposed Judgment regarding Equitable Relief; follow up with D. Price and J. Pietrini regarding same; work on and prepare  cross-examination outline regarding G. Ginn; work on and prepare outline regarding Farfetch and pretext arguments; follow up with T. Kidde regarding witness order; review and prepare cross-designations regarding C. Girardi; emails and follow up regarding S. Weisser cross-examination issues and outline.

Theodore C. Max                    9.10 hrs.                    $ 7,052.50

07/15/24    Meeting with Andy Safir to prepare for trial testimony; begin review of trial exhibits to use with Seth Weisser; present Safir testimony at trial and attend Day 1 of Phase II of trial; confer with Ted Max, Lora Moffatt, and Dylan Price regarding same; confer with Dylan Price regarding Rosado testimony; correspondence with opposing counsel regarding order of witnesses; confer with Ted Max and Dylan Price regarding same; telephone conference with Andy Safir regarding testimony at trial and H. Kahrs' cross examination; revise H. Kahrs' cross examination outline.

Jill M. Pietrini                    15.50 hrs.                    $ 12,012.50

07/15/24    Day 1 of Phase II trial; post-trial debrief with Lora Moffatt and Robin Gruber; met with A. Safir to discuss M. Rosado cross issues; prepared for M.Rosado cross-examination.

Dylan J. Price                    11.70 hrs.                    $ 9,067.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.     August 21, 2024
Theodore C. Max                                                                           Invoice 340092670
                                                                                          Page 25 of 33

## FEE DETAIL

07/15/24     Performed legal research for T. Max in connection with trial evidentiary issues.
             Drafted summaries of legal research.  Conferred with T. Max and H.J. Paik on trial
             strategy and action items.  Reviewed deposition transcripts in connection with same.
             Drafted portions of pocket brief.  Performed legal research in connection with same.

             Tyler E. Baker                    3.20 hrs.                    $ 2,160.00

07/15/24     Reviewed and analyzed pre-trial filings and organized prep material binders; reviewed
             and analyzed trial exhibits and annotated and compiled evidence regarding G. Ginn
             cross; reviewed and analyzed trial transcript and reviewed admitted exhibits.

             Hyo Jin Paik                      7.80 hrs.                    $ 2,925.00

07/15/24     Additional trial exhibit preparation; additional captures of WGACA's social media
             posts from May through current; update exhibit binders and repack for shipping;
             prepare Fifth Amended Schedule B; email to Sasha transmitting new exhibits and
             schedule; electronic file management; emails to Hyo Jin Paik regarding various matters
             and trial arrangements; emails with Jill Pietrini and Dylan Price regarding exhibits;
             emails with Vineet Dua regarding exhibits.

             Monica E. Danner                  4.60 hrs.                    $ 1,780.20



07/15/24     Before trial evidence and trial prep. Trial preparation support, daily courtroom
             technology check, and evidence presentation support during Day 1 of Phase II trial, and
             after court evidence prep. for day 2 of trial (8.8).

             Vineet M. Dua                     8.80 hrs.                    $ 3,603.60

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 26 of 33

## FEE DETAIL

07/16/24    Work on and prepare for trial; attend trial; prepare Weisser cross-examination regarding WGACA posting of Chanel Serial S. Numbers; work on and follow up regarding issues regarding Phase I Joint Exhibit List.

        Theodore C. Max        7.70 hrs.        $ 5,967.50

07/16/24    Review articles of interviews with Seth Weisser; review other potential exhibits for cross examination of Seth Weisser; review excerpt from Gracie Ginn deposition; confer with Ted Max regarding same; revise trial brief on apportionment; confer with Ram Reddy regarding same; attend Day 2 of Phase II trial and address Henry Kahrs' direct testimony; meeting with Lora Moffatt, Ted Max, and Dylan Price regarding Day 2 of Phase II trial; revise Weisser testimony; confer with Ted Max regarding same; review new trial exhibits produced by defendant; review Chanel exhibits for use with Weisser cross examination; confer with Dylan Price regarding same; work on H. Kahrs' cross examination; confer with Andy Safir regarding ruling in Phase II and impact on H. Kahrs' opinion and strategy.

        Jill M. Pietrini        15.80 hrs.        $ 12,245.00

07/16/24    Prepared for and attended Day 2 of Phase II trial; cross-examination of Marcos Rosado; reviewed and revised A. Safir rebuttal outline; rebuttal witness prep with A. Safir.

        Dylan J. Price        12.20 hrs.        $ 9,455.00

07/16/24    Reviewed and organized and prepared prep binders regarding Chanel's permanent injunction; reviewed admitted trial exhibit list; reviewed trial transcripts and updated list of admitted exhibits; assisted with WGACA witnesses cross outlines.

        Hyo Jin Paik        8.30 hrs.        $ 3,112.50

07/16/24    Before trial evidence and trial prep. Trial preparation support, daily courtroom technology check, and evidence presentation support during Day 2 of Phase II trial, and after court evidence prep. for day 3 of trial (12.7).

        Vineet M. Dua        12.70 hrs.        $ 5,200.65

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    August 21, 2024
Theodore C. Max                                                                                            Invoice 340092670
                                                                                                          Page 27 of 33

## FEE DETAIL

07/17/24    Work on and review and revise draft proposed Chanel judgment; follow up with draft
            Weisser cross-examination; email to J. Pietrini re posting of Chanel Serial number;
            email re cross-examination re WGACA authentication and lack of documentation re
            purchases and sales; follow up with D. Price and J. Pietrini re WGACA witnesses.

                    Theodore C. Max                    7.10 hrs.                    $ 5,502.50

07/17/24    Attend Day 3 of Phase II trial and present cross-examination of S. Weisser; telephone
            conference with L. Moffatt, T. Max, R. Gruber, and D. Price regarding foregoing
            projects; revise S. Weisser outline; confer with D. Price regarding same; revise cross-
            examination of H. Kahrs; review new exhibits to use with defendant; confer with A.
            Safir and D. Price regarding rebuttal to H. Kahrs.

                    Jill M. Pietrini                   16.70 hrs.                   $ 12,942.50

07/17/24    Met with A. Safir to go over revised rebuttal testimony and new rebuttal exhibits;
            prepared for and attended Day 3 of Phase II trial; revised A. Safir rebuttal witness
            outline; worked on cross-examination questions for S.Weisser.

                    Dylan J. Price                     11.40 hrs.                   $ 8,835.00

07/17/24    Reviewed new WGACA filing and emailed with T. Max and H.J. Paik regarding same;
            reviewed H. Kahrs motion and testimony in connection with same; reviewed trial
            transcripts; performed legal research and began drafting pocket brief regarding
            standard for calculating profit;  conferred with T. Max on research issues for next day
            trial and performed legal research and drafted research summaries for T. Max.

                    Tyler E. Baker                     5.40 hrs.                    $ 3,645.00

07/17/24    Reviewed/analyzed WGACA's bench brief regarding standard for calculating profits;
            reviewed/QC'd admitted trial exhibits; reviewed/analyzed trial transcripts and admitted
            evidence and identified impeachment materials for Seth Weisser cross examination;
            drafted letter to Court regarding revised permanent injunction order and supervised
            filing of the same; communicated with court reporter regarding nightly trial transcripts.

                    Hyo Jin Paik                       7.50 hrs.                    $ 2,812.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 28 of 33

## FEE DETAIL

07/17/24    Reviewed and analyzed WGACA's bench brief regarding calculation of profits. Drafted analysis for use in response.

James M. Salem                .60 hrs.                $ 259.20

07/17/24    E-filed proposed permanent injunction, letter and redline.

Bradley M. Rank               .40 hrs.                $ 150.00

07/17/24    Before trial evidence and trial prep. Trial preparation support, daily courtroom technology check, and evidence presentation support during Day 3 of Phase II trial, and after court evidence prep. for day 4 of trial (8.2).

Vineet M. Dua                8.20 hrs.               $ 3,357.90

07/18/24    Prepare for and attend trial; work on and prepare S.Weisser cross-examination and questions regarding posting of Chanel Serial Numbers and WGACA authentication and lack of records regarding same; email to J. Pietrini regarding same;  follow up and prepare exhibits regarding same; locate exhibits regarding WGACA Wooster Street cake and cake for WGACA anniversary.

Theodore C. Max              8.10 hrs.               $ 6,277.50

07/18/24    Revise redirect outline for Andy Safir; meeting with Andy Safir and Dylan Price regarding same; present cross-examination of Seth Weisser and attend Day 4 of Phase II trial; telephone conferences with Robin Gruber, Lora Moffatt, Ted Max, and Dylan Price regarding same; review new trial exhibits prepared by Andy Safir; review new trial exhibits served by WGACA; review blog on WGACA website featuring Chanel runway show footage; confer with Dylan Price regarding same; correspondence with Andy Safir regarding revised redirect testimony; confer with Ted Max and Dylan Price regarding Ambria Miche testimony; confer with Ted Max regarding exhibits for Phase I and Phase II trial; telephone conference with Andy Safir regarding revised trial testimony,

Jill M. Pietrini            17.10 hrs.              $ 13,252.50

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          August 21, 2024
Theodore C. Max                                                                                 Invoice 340092670
                                                                                                Page 29 of 33

## FEE DETAIL

07/18/24        Reviewed WGACA's document production for exhibits relating to WGACA's monthly
                advertise spend to test Kahr's new regression analysis; Prepared additional Safir
                exhibits for use on cross-examination; Reviewed case law and proposed questions from
                Ted Max; Prepared for and attended Day 4 of Phase II trial; Post-trial debrief with
                Robin Gruber and Lora Moffatt.

                        Dylan J. Price                    9.80 hrs.                    $  7,595.00

07/18/24        Performed legal research for trial issues next day.  Drafted research summaries for T.
                Max.

                        Tyler E. Baker                    1.90 hrs.                    $  1,282.50

07/18/24        Reviewed and analyzed and QC'd trial exhibits; communicated with vendor regarding
                trial exhibit binders; reviwed exhibit binders; reviewed and annotated trial transcript;
                reviewed and analyzed factual record and identified evidence needed for Weisser cross
                examination.

                        Hyo Jin Paik                     13.20 hrs.                    $  4,950.00

07/18/24        Before trial evidence and trial prep. Trial preparation support, daily courtroom
                technology check, and evidence presentation support during Day 4 of Phase II trial, and
                after court evidence prep. for day 5 of trial (14.7).

                        Vineet M. Dua                    14.70 hrs.                    $  6,019.65

07/19/24        Attend trial; discussion regarding briefing schedule and exchange of exhibits; follow
                up with H.J. Paik regarding same; follow up regarding post-trial briefing.

                        Theodore C. Max                   6.50 hrs.                    $  5,037.50

07/19/24        Take cross-examination of S. Weisser; take redirect examination of A. Safir; attend
                Day 5 of Phase II trial; telephone conference with Chanel representative, D. Price, T0
                Max, and R. Gruber regarding same; confer with D. Price regarding results of Phase II;
                revise cross-examination outline for S. Weisser; prepareoutline for chart of S. Weisser
                lies; correspondence with T. Max and D. Price regarding same.

                        Jill M. Pietrini                  8.60 hrs.                    $  6,665.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

## FEE DETAIL

07/19/24       Prepared for and attended Day 5 of Phase II trial.

      Dylan J. Price                6.60 hrs.              $ 5,115.00

07/19/24       Performed additional legal research for T. Max in connection with daily trial issues.

      Tyler E. Baker                .90 hrs.              $ 607.50

07/19/24       Reviewed/analyzed and reviewed trial exhibits; communicated with vendor regarding trial exhibit binders; reviewed exhibit binders; reviewed and annotated trial transcript; coordinated with Support Services regarding messenger service to Court and war room.

      Hyo Jin Paik                4.30 hrs.              $ 1,612.50

07/19/24       Before trial evidence and trial prep. Trial preparation support, daily courtroom technology check, and evidence presentation support during Day 4 of Phase II trial. Prepared all boxes and printer in the war room at the hotel and all boxes and printer in attorney room at the courthouse for messenger pickup (10.0)

      Vineet M. Dua                10.00 hrs.              $ 4,095.00

07/21/24       Return travel from Phase II trial; reviewed trial transcripts.

      Dylan J. Price                2.50 hrs.              $ 1,937.50

07/22/24       Emails and follow up with H.J. Paik regarding Phase II trial and exhibits regarding same.

      Theodore C. Max                .30 hrs.              $ 232.50

07/22/24       Reviewed Phase II trial transcripts.

      Dylan J. Price                1.80 hrs.              $ 1,395.00

07/23/24       Review orders regarding daily trial and filing of trial transcripts; further confer with Ted Max and Dylan Price regarding Weisser lies.

      Jill M. Pietrini                .50 hrs.              $ 387.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    August 21, 2024
Theodore C. Max                                                                                                                                  Invoice 340092670
                                                                                                                                                        Page 31 of 33

## **FEE DETAIL**

07/23/24        Reviewed Phase II trial testimony to identify testimony to include in closing briefs and
                     Weisser lies to call out.

                          Dylan J. Price                           2.00 hrs.                      $ 1,550.00

07/23/24        Reviewed trial transcript and updated list of admitted exhibits to send to WGACA;
                     reviewed digital exhibit set for Court; communicated with vendor regarding trial
                     exhibit binders; organized trial exhibit and trial transcript for files.

                          Hyo Jin Paik                             5.30 hrs.                      $ 1,987.50

07/24/24        Reviewed S. Weisser direct examination transcript.

                          Dylan J. Price                           1.50 hrs.                      $ 1,162.50

07/24/24        Communicated with vendor and SMRH support staff regarding hardcopy and digital
                     set of trial exhibits for the Court; called WGACA witness V. Drukh regarding her trial
                     subpoena.

                          Hyo Jin Paik                             .40 hrs.                       $ 150.00

07/25/24        Emails and follow up regarding review of trial transcript and preparation of S. Weisser
                     comparison between trial testimony and Phase II testimony.

                          Theodore C. Max                      1.10 hrs.                      $ 852.50

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.         August 21, 2024
Theodore C. Max                                                                                  Invoice 340092670
                                                                                                  Page 32 of 33

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 104.80 | $ 775.00 | $ 81,220.00 |
| Jill M. Pietrini | 200.00 | $ 775.00 | $ 155,000.00 |
| Dylan J. Price | 145.80 | $ 775.00 | $ 112,995.00 |
| Tyler E. Baker | 45.50 | $ 675.00 | $ 30,712.50 |
| Khirin A. Bunker | 2.80 | $ 650.00 | $ 1,820.00 |
| ██████████ | ████ | $ ███ | $ ████ |
| Hyo Jin Paik | 125.60 | $ 375.00 | $ 47,100.00 |
| James M. Salem | 48.90 | $ 432.00 | $ 21,124.80 |
| Monica E. Danner | 44.80 | $ 387.00 | $ 17,337.60 |
| ██████████ | ████ | $ ███ | $ ████ |
| Bradley M. Rank | 2.10 | $ 375.00 | $ 787.50 |
| Lauren E. Doucette | 1.20 | $ 300.00 | $ 360.00 |
| Vineet M. Dua | 105.10 | $ 409.50 | $ 43,038.45 |

**Total Fees for Professional Services**                                     $ 532,251.05

### SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Airfare, Travel and Taxi | 41,448.08 |
| Courier / Messenger | 522.84 |
| Court Services | 7,785.02 |
| ESI Hosting | 3,690.17 |
| Expert Services | 516.52 |
| Federal Express | 1,719.04 |
| Meals | 2,368.99 |
| Subpoena / Service of Process Fees | 356.99 |
| Transcripts and Depositions | 1,966.00 |
| WestLaw Research | 12,258.58 |

**Total Disbursements**                                                          $ 72,632.23

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

August 21, 2024
Invoice 340092670
Page 33 of 33

## <u>ACCOUNTS RECEIVABLE SUMMARY</u>

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 07/23/24 | 340090480 | 132,290.58 | 113,578.55 | 18,712.03 | 0.00 | 0.00 | 0.00 | $ 132,290.58 |
| | | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | $ 132,290.58 |
| | | | | | Interest on Outstanding A/R | | | 0.00 |
| | | | | | Fees and Disbursements Due for this Invoice | | | 604,883.28 |
| | | | | | **Total Due For This Matter** | | | **$ 737,173.86** |

# Sept. 2024 Invoice

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
September 26, 2024
Invoice 340093479

| Our Matter No. | 18WZ-264490 |
| --- | --- |
| | Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al. |
| Billing Atty: | Theodore C. Max |

**Your Reference No.**    PO00113364

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2024

| | | |
| --- | --- | --- |
| Current Fees | $ 207,002.35 | |
| Current Disbursements | $ 15,946.53 | |
| | | |
| Total Current Activity | | $ 222,948.88 |
| Total Due for This Invoice | | $ 222,948.88 |

---

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>**Electronic Payments**</u> | <u>**Payment by Check**</u> | <u>**Overnight Mail Delivery**</u> |
| --- | --- | --- |
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>     Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St     Wire ABA No.: 121000248 | | 2005 Market Street, 5th Floor |
| San Francisco, CA 94104-1298     Swift Identifier: WFBIUS6S | | Philadelphia, PA 19103-7042 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 26, 2024
Invoice 340093479
Page 2 of 16

FOR PROFESSIONAL SERVICES THROUGH 08/31/24

## **FEE DETAIL**

| 08/01/24 | Review transcript of S. Weisser for misstatement of facts in Trial Phase II. | | |
|---|---|---|---|
| | Theodore C. Max | 2.90 hrs. | $ 2,247.50 |

| 08/02/24 | Review transcript of Phase II testimony of S. Weisser; review S. Weisser cross-examination outline;  review S. Weisser transcriptions for misstatement of facts at Phase II trial; prepare outline for S. Weisser untruths and review and revise same. | | |
|---|---|---|---|
| | Theodore C. Max | 2.10 hrs. | $ 1,627.50 |

| 08/02/24 | Outlined research issues for post-trial briefing;  researched, reviewed, and analyzed Second Circuit case law regarding injunctive relief. | | |
|---|---|---|---|
| | Khirin A. Bunker | 1.50 hrs. | $ 975.00 |

| 08/02/24 | Conferred with T. Max regarding preparations for post-trial brief; reviewed and analyzed materials regarding Seth Weisser trial testimony. | | |
|---|---|---|---|
| | Hyo Jin Paik | .50 hrs. | $ 187.50 |

| 08/04/24 | Researched, reviewed, and analyzed Second Circuit case law regarding injunctive relief. | | |
|---|---|---|---|
| | Khirin A. Bunker | 1.10 hrs. | $ 715.00 |

| 08/05/24 | Email to D. Price and J. Pietrini regarding work on post-trial brief; email and follow up with K. Bunker regarding work on post-trial brief and outline regarding draft post-trial brief. | | |
|---|---|---|---|
| | Theodore C. Max | 1.30 hrs. | $ 1,007.50 |

| 08/05/24 | Conferred with H.J. Paik and K. Bunker on post-trial submission matters;  reviewed Court transcript in connection with same. | | |
|---|---|---|---|
| | Tyler E. Baker | .60 hrs. | $ 405.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                  September 26, 2024
Theodore C. Max                                                                                           Invoice 340093479
                                                                                                          Page 3 of 16

## FEE DETAIL

08/05/24     Researched, reviewed, and analyzed Second Circuit case law regarding injunctive
             relief, deterrence, and court's consideration of witness trial testimony in fashioning
             equitable relief;  drafted summary of research.

|             | Khirin A. Bunker | 2.90 hrs. | $ 1,885.00 |

08/05/24     Reviewed and analyzed factual record regarding S. Weisser testimony; conferred with
             T. Baker and K. Bunker regarding post-trial preparations.

|             | Hyo Jin Paik | .60 hrs. | $ 225.00 |

08/06/24     Work on and prepare list of S. Weisser untruths and Phase I facts and  testimony; email
             to K. Bunker and H.J. Paik regarding same.

|             | Theodore C. Max | 2.20 hrs. | $ 1,705.00 |

08/06/24     Researched, reviewed, and analyzed Second Circuit case law regarding use of
             deposition transcripts in post-trial proceedings to inform strategy for closing briefing.

|             | Khirin A. Bunker | 1.10 hrs. | $ 715.00 |

08/06/24     Reviewed and analyzed trial transcripts and exhibits and compiled relevant evidence
             regarding Seth Weisser in preparation of the post-trial brief.

|             | Hyo Jin Paik | 5.10 hrs. | $ 1,912.50 |

08/07/24     Emails and follow up with K. Bunker regarding draft section regarding injunctive
             relief; work on and review and revise draft chart of untruths by S. Weisser and
             WGACA;  email to H.J. Paik regarding same.

|             | Theodore C. Max | 2.60 hrs. | $ 2,015.00 |

08/07/24     Telephone conference with Dylan Price regarding post-trial brief; revise outline of
             brief; correspondence with Ted Max regarding same.

|             | Jill M. Pietrini | 2.10 hrs. | $ 1,627.50 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          September 26, 2024
Theodore C. Max                                                                                  Invoice 340093479
                                                                                                 Page 4 of 16

## FEE DETAIL

| 08/07/24 | Call with J. Pietrini to discuss closing brief; worked on outline for closing brief; reviewed prior trial briefing and legal research memos for use in closing brief; continued review of Phase II trial transcripts. | | |
|---|---|---|---|
| | Dylan J. Price | 3.40 hrs. | $ 2,635.00 |

| 08/07/24 | Conferred with H.J. Paik and K. Bunker on post-trial submission matters. | | |
|---|---|---|---|
| | Tyler E. Baker | .60 hrs. | $ 405.00 |

| 08/08/24 | Emails and work on  Post-Trial Brief and portion regarding request for permanent injunctive relief; email and follow up with K. Bunker regarding same; email to H.J. Paik regarding untruths told by S. Weisser. | | |
|---|---|---|---|
| | Theodore C. Max | 1.80 hrs. | $ 1,395.00 |

| 08/08/24 | Continued review of Phase II testimony Safir, Rosado, Kahrs for inclusion in Closing Brief. | | |
|---|---|---|---|
| | Dylan J. Price | 2.40 hrs. | $ 1,860.00 |

| 08/08/24 | Conferred with T. Max regarding closing brief; reviewed prior submissions to obtain information for closing brief outline; prepared outline of closing brief. | | |
|---|---|---|---|
| | Khirin A. Bunker | .70 hrs. | $ 455.00 |

| 08/08/24 | Reviewed and analyzed factual record regarding WGACA sales in preparation of the post-trial brief. | | |
|---|---|---|---|
| | Hyo Jin Paik | .40 hrs. | $ 150.00 |

| 08/09/24 | Email with K. Bunker; email to J. Salem regarding work on disgorgement portion of Chanel Phase II Post-Trial Brief; email to H.J. Paik regarding S. Weisser misstatements. | | |
|---|---|---|---|
| | Theodore C. Max | .80 hrs. | $ 620.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 26, 2024
Invoice 340093479
Page 5 of 16

### FEE DETAIL

08/09/24     Researched, reviewed, and analyzed Second Circuit case law regarding change of opponent's trial strategy and binding factual findings in bifurcated trial to inform arguments for closing brief.

| | Khirin A. Bunker | 1.50 hrs. | $ 975.00 |

08/12/24     Follow up with K. Bunker regarding draft portion regarding request for permanent injunctive relief; email regarding S. Weisser untruths and preparation of chart regarding same.

| | Theodore C. Max | .90 hrs. | $ 697.50 |

08/13/24     Work on and draft fact section of Post-Trial Brief; email and follow up with K. Bunker regarding same; email and follow up with H.J. Paik regarding S. Weisser untruths; review and revise same.

| | Theodore C. Max | 1.60 hrs. | $ 1,240.00 |

08/13/24     Researched, reviewed, and analyzed Second Circuit case law regarding change of opponent's trial strategy and binding factual findings in bifurcated trial to inform arguments for closing brief.

| | Khirin A. Bunker | 1.70 hrs. | $ 1,105.00 |

08/14/24     Researched, reviewed, and analyzed Second Circuit case law regarding falsity of authenticity statements to inform arguments for closing trial brief.

| | Khirin A. Bunker | 1.00 hrs. | $ 650.00 |

08/15/24     Follow up with H.J. Paik regarding list of S. Weisser misstatements of fact and chart regarding same.

| | Theodore C. Max | .50 hrs. | $ 387.50 |

08/15/24     Drafted summary of research regarding authenticity statements and compiled cases.

| | Khirin A. Bunker | .40 hrs. | $ 260.00 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    September 26, 2024
Theodore C. Max                                                                                          Invoice 340093479
                                                                                                        Page 6 of 16

### FEE DETAIL

08/15/24        Reviewed and analyzed factual record regarding Seth Weisser testimony and compiled
                relevant evidence for post-trial brief filing.

                Hyo Jin Paik                          2.80 hrs.                    $  1,050.00

08/16/24        Email with J. Salem regarding draft of portion of Phase II Post-Trial Brief regarding
                disgorgement of profits; follow up regarding same; email with rough outline  regarding
                Phase II Post-Trial Brief.

                Theodore C. Max                       .90 hrs.                     $  697.50

08/16/24        Researched, reviewed, and analyzed Second Circuit case law regarding willful
                blindness and jury inferences to inform arguments for closing trial brief;  drafted
                summary of research.

                Khirin A. Bunker                      .70 hrs.                     $  455.00

08/17/24        Reviewed and analyzed WGACA's sale of CHANEL-branded items from 2014-2022;
                reviewed and analyzed trial transcripts and trial exhibits regarding discrepancies in
                WGACA's trial testimony.

                Hyo Jin Paik                          3.10 hrs.                    $  1,162.50

08/19/24        Work on and prepare chart regarding S. Weisser misstatements; work on and review
                and revise draft Post-Trial Memorandum of Law; email and follow up with K. Bunker
                regarding drafting of injunctive relief portion and facts regarding same.

                Theodore C. Max                       2.70 hrs.                    $  2,092.50

08/19/24        Researched, reviewed, and analyzed Second Circuit case law regarding willful
                blindness to inform arguments for closing trial brief.

                Khirin A. Bunker                      .50 hrs.                     $  325.00

08/20/24        Work on and draft Post-Trial Memorandum of Law; work on documentation of S.
                Weisser misstatements at Phase II of Trial; email and contact with K. Bunker and J.
                Salem regarding same.

                Theodore C. Max                       3.30 hrs.                    $  2,557.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.    September 26, 2024
Theodore C. Max    Invoice 340093479

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 08/20/24 | Conferred with T. Max and D. Price regarding post-trial brief. | | |
| | Jill M. Pietrini | .30 hrs. | $ 232.50 |
| 08/20/24 | Discussed status of Phase II post-trial briefing and next steps regarding the same with T. Max. | | |
| | James M. Salem | .50 hrs. | $ 216.00 |
| 08/21/24 | Work on and review and revise chart of factual misstatements by S. Weisser at Phase II; work on and review and revise draft section regarding injunctive relief; follow up with K. Bunker regarding injunctive relief; work on and review and revise draft chart of S. Weisser statements. | | |
| | Theodore C. Max | 4.90 hrs. | $ 3,797.50 |
| 08/21/24 | Outlined arguments for Phase II closing trial brief;  reviewed, analyzed, and annotated Phase II trial transcript to assess arguments for closing trial brief. | | |
| | Khirin A. Bunker | 5.50 hrs. | $ 3,575.00 |
| 08/21/24 | Electronic file stamps and merged PDF preparation of Phase II trial transcripts. | | |
| | Monica E. Danner | .40 hrs. | $ 154.80 |
| 08/22/24 | Work on and review and revise draft Phase II Post-Trial Brief; email with K. Bunker and H.J. Paik regarding same; email and follow up with H.J. Paik regarding draft Phase II Post-Trial Brief. | | |
| | Theodore C. Max | 2.20 hrs. | $ 1,705.00 |
| 08/22/24 | Reviewed trial transcripts for Phase II. | | |
| | Jill M. Pietrini | 1.00 hrs. | $ 775.00 |
| 08/22/24 | Reviewed, analyzed, and annotated Phase II trial transcript to assess arguments for closing trial brief.  Conferred with attorneys Paik and Max regarding same. | | |
| | Khirin A. Bunker | 4.80 hrs. | $ 3,120.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                September 26, 2024
Theodore C. Max                                                                                        Invoice 340093479
                                                                                                       Page 8 of 16

## FEE DETAIL

08/22/24      Conferred with K. Bunker regarding post-trial brief; reviewed and analyzed factual
              record for supporting evidence for the post-trial brief.

              Hyo Jin Paik                        .50 hrs.                    $ 187.50

08/22/24      Began review of transcripts from Phase II trial, annotating useful testimony for post-
              trial briefing.

              James M. Salem                       4.10 hrs.                  $ 1,771.20

08/23/24      Follow up with J. Salem regarding disgorgement section of Phase II Post-Trial Brief;
              follow up with K. Bunker regarding injunctive relief section of Phase II Post-Trial
              Brief; email to H.J. Paik regarding S. Weisser factual contradictions from Phase I,

              Theodore C. Max                       4.90 hrs.                 $ 3,797.50

08/23/24      Drafted Phase II closing trial brief; reviewed record evidence to develop arguments for
              same; outlined arguments for closing trial brief.

              Khirin A. Bunker                      5.50 hrs.                 $ 3,575.00

08/23/24      Reviewed and analyzed factual record and identified evidence to support Chanel's
              closing brief; summarized documents and witness testimony; conferred with T. Max, J.
              Salem and K. Bunker regarding action items for closing brief.

              Hyo Jin Paik                          6.00 hrs.                 $ 2,250.00

08/23/24      Continued review of transcripts from Phase II trial, annotating useful testimony for
              post-trial briefing; discussed next steps for post-trial briefing with T. Max, H.J. Paik,
              and K. Bunker.

              James M. Salem                        1.50 hrs.                 $ 648.00

08/24/24      Work on and review and revise draft post-trial brief and work on section regarding
              injunctive relief; emails and call with K. Bunker, H.J. Paik and J. Salem; work on and
              review factual misstatements by S. Weisser.

              Theodore C. Max                       5.40 hrs.                 $ 4,185.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                                September 26, 2024
Theodore C. Max                                                                                                          Invoice 340093479
Page 9 of 16

## FEE DETAIL

| | |
|---|---|
| 08/24/24 | Drafted arguments for Phase II closing trial brief; conferred with T. Max regarding same; researched and reviewed Second Circuit case law to develop arguments for closing trial brief; reviewed and analyzed record evidence. |

|  | Khirin A. Bunker | 3.80 hrs. | $ 2,470.00 |
|---|---|---|---|

| | |
|---|---|
| 08/24/24 | Reviewed and analyzed factual record for supporting evidence for the post-trial brief; summarized documents and witness testimony. |

|  | Hyo Jin Paik | 6.60 hrs. | $ 2,475.00 |
|---|---|---|---|

| | |
|---|---|
| 08/24/24 | Completed review of transcripts from Phase II trial, annotating useful testimony for post-trial briefing; began drafting section of post-trial briefing related to disgorgement of profits. |

|  | James M. Salem | 5.60 hrs. | $ 2,419.20 |
|---|---|---|---|

| | |
|---|---|
| 08/25/24 | Work on and review and revise draft preliminary statement; work on and revise draft Memorandum of Law; work on and review and revise Phase I and Phase II facts and counterfacts; calls and review with H.J. Paik, J. Salem and K. Bunker. |

|  | Theodore C. Max | 6.30 hrs. | $ 4,882.50 |
|---|---|---|---|

| | |
|---|---|
| 08/25/24 | Drafted and revised Phase II closing trial brief; conferred with T. Max and H.J. Paik regarding same; researched and reviewed Second Circuit case law to develop arguments for closing trial brief; reviewed and analyzed record evidence. |

|  | Khirin A. Bunker | 7.40 hrs. | $ 4,810.00 |
|---|---|---|---|

| | |
|---|---|
| 08/25/24 | Conferred with T. Max and K. Bunker regarding closing brief; reviewed and analyzed case record and compiled evidence in support of the closing brief; drafted sections of the closing brief. |

|  | Hyo Jin Paik | 6.20 hrs. | $ 2,325.00 |
|---|---|---|---|

| | |
|---|---|
| 08/25/24 | Continued drafting section of post-trial briefing related to disgorgement of profits; incorporated relevant trial transcript testimony into briefing; completed draft of disgorgement section and provided completed draft to team for review. |

|  | James M. Salem | 10.50 hrs. | $ 4,536.00 |
|---|---|---|---|

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                      September 26, 2024
Theodore C. Max                                                                                              Invoice 340093479
                                                                                                            Page 10 of 16

## FEE DETAIL

08/26/24      Work on and review and revise draft section regarding disgorgement of WGACA
              profits attributable to WGACA willful infringement; work on and revise preliminary
              statement; review and revise draft fact section regarding Phase II; work on and review
              and revise draft post-trial brief; emails and conferences with H.J. Paik, K. Bunker and
              J. Salem regarding same; email to G. Essen, L. Moffat and R. Gruber regarding same;
              emails and follow up regarding trial exhibits and video clips.

                    Theodore C. Max                    7.90 hrs.                    $  6,122.50

08/26/24      Complete review of Day 1 of  Phase II trial; begin review of Day 2 of Phase II trial;
              initial review of Weisser Untruths; correspondence with T. Max regarding same;
              correspondence with Chanel regarding same.

                    Jill M. Pietrini                   4.70 hrs.                    $  3,642.50

08/26/24      Reviewed and revised Chanel's draft Phase II Post Trial brief.

                    Dylan J. Price                     3.60 hrs.                    $  2,790.00

08/26/24      Revised Phase II closing trial brief.  Conferred with T. Max regarding research issues
              and revisions to same.

                    Khirin A. Bunker                   2.10 hrs.                    $  1,365.00

08/26/24      Conferred with T. Max, K. Bunker and J. Salem regarding closing brief; revised
              closing brief; reviewed and analyzed factual record for supporting evidence in the
              closing brief; reviewed chart regarding video excerpts from the trial.

                    Hyo Jin Paik                       2.80 hrs.                    $  1,050.00

08/26/24      Reviewed portions of the closing brief. Revised portions of the closing brief. Discussed
              the closing brief with T. Max. Drafted fact section related to disgorgement and
              included in draft closing brief. Reviewed and incorporated edits and comments to
              disgorgement section. Incorporated edits and comments to injunctive relief section.
              Discussed status of the closing brief with team.

                    James M. Salem                     5.00 hrs.                    $  2,160.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 26, 2024
Invoice 340093479
Page 11 of 16

## FEE DETAIL

08/26/24    Created a list of all deposition excerpts played during Phase I of trial, as per instructions from T. Max .

> Vineet M. Dua                        4.50 hrs.              $ 1,842.75

08/27/24    Emails with D. Price and J. Pietrini regarding draft;  conference call with H.J. Paik and V. Dua regarding video clips and transcripts; discussion with H.J. Paik, J. Salem and K. Bunker regarding citation to Phase II and Phase I trial record; work on inserts regarding same.

> Theodore C. Max                      5.90 hrs.              $ 4,572.50

08/27/24    Review excerpts of S.Weisser's trial testimony regarding proprietary font; continue to review trial transcripts; telephone conference with D. Price regarding revisions to trial brief; correspondence with T. Max regarding trial brief; review apportionment trial brief; correspondence with Chanel regarding trial brief.

> Jill M. Pietrini                     8.10 hrs.              $ 6,277.50

08/27/24    Reviewed and revised Chanel's Phase II Post Trial brief.

> Dylan J. Price                       9.20 hrs.              $ 7,130.00

08/27/24    Revised Phase II Closing Trial Brief;  reviewed and analyzed record to assess evidence for closing trial brief; conferred with T. Max regarding revisions to same.

> Khirin A. Bunker                     3.70 hrs.              $ 2,405.00

08/27/24    Conferred with T. Max, K. Bunker, J. Salem and V. Dua regarding closing brief; reviewed and analyzed trial transcripts and cite-checked the closing brief; drafted declaration and exhibits thereto.

> Hyo Jin Paik                         8.60 hrs.              $ 3,225.00

08/27/24    Reviewed and revised updated closing brief. Began cite-check of Phase II trial transcripts and pulling citations in support of brief.

> James M. Salem                       3.80 hrs.              $ 1,641.60

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 26, 2024
Invoice 340093479
Page 12 of 16

## FEE DETAIL

| 08/27/24 | Conferred with T. Max regarding filing trial exhibits, including video clips, and filing of post-hearing brief on Friday. | | |

| | Bradley M. Rank | .20 hrs. | $ 75.00 |

| 08/27/24 | Communicated with T. Max and H.J. Paik via email and Zoom chat and call regarding creating video clips of testimony played during Phase I trial; exported the text (in PDF) and video of deposition excerpts played during Phase I of trial, as instructed by T. Max. | | |

| | Vineet M. Dua | 5.00 hrs. | $ 2,047.50 |

| 08/28/24 | Work on and review and revise draft Post-Trial Brief; work with J. Salem regarding same; emails and call with L. Moffatt and G. Essen regarding draft and comments; work on and discuss exhibits and video clips with H.J. Paik and V. Dua; work on and draft letter to Judge Stanton; email and follow up with B. Rank and H.J. Paik regarding same; review draft by D. Price and discuss same with K. Bunker regarding edits. | | |

| | Theodore C. Max | 7.90 hrs. | $ 6,122.50 |

| 08/28/24 | Continue reading trial transcript from Phase II; confer with D. Price regarding revisions to brief; correspondence with L. Moffatt, T. Max, and D. Price regarding brief; begin revisions to post-trial brief. | | |

| | Jill M. Pietrini | 5.60 hrs. | $ 4,340.00 |

| 08/28/24 | Reviewed and revised Chanel's closing brief; call with client to discuss comments to closing brief; call with J. Pietrini to discuss closing brief. | | |

| | Dylan J. Price | 8.70 hrs. | $ 6,742.50 |

| 08/28/24 | Reviewed draft brief and conferred with H.J. Paik regarding potential revisions. | | |

| | Tyler E. Baker | 1.30 hrs. | $ 877.50 |

| 08/28/24 | Conference call with client regarding revisions to trial brief; revised Phase II closing trial brief; compiled evidence for closing trial brief. | | |

| | Khirin A. Bunker | 5.80 hrs. | $ 3,770.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.              September 26, 2024
Theodore C. Max                                                                                       Invoice 340093479
                                                                                                      Page 13 of 16

## <u>FEE DETAIL</u>

08/28/24      Participated on a conference call with Chanel, T. Max, D. Price, K. Bunker and J. Salem regarding closing brief; reviewed and analyzed trial transcripts and cite-checked the closing brief; drafted declaration and exhibits thereto.

              Hyo Jin Paik                    5.00 hrs.                    $ 1,875.00

08/28/24      Discussed closing brief and edits thereto with team and client; located citations related to affirmative injunctive relief for inclusion in closing brief in connection with request for posting of serial numbers.

              James M. Salem                  1.70 hrs.                    $ 734.40

08/28/24      Reviewed and revised letter to Judge Stanton regarding video clips; conferred with T. Max and H.J. Paik regarding same.

              Bradley M. Rank                 .30 hrs.                     $ 112.50

08/28/24      Communicated with H.J. Paik via zoom chat and call to finalize the video deposition clips export; finalized the video deposition clips, exported, and shared the deposition excerpts report with H.J. Paik.

              Vineet M. Dua                   1.40 hrs.                    $ 573.30

08/29/24      Work on and review and revise draft Post Phase II Trial Brief; work with J. Salem regarding revisions and draft; work on and review and revise draft Preliminary Statement; calls with K. Bunker, H.J. Paik and J. Salem; emails regarding research issues; follow up with L. Moffatt regarding draft; review and revise draft of exhibits; emails regarding filing of exhibits and transcripts; follow up regarding edits and comments regarding draft with J. Pietrin and D. Price; work on and review and revise same; email to L. Moffatt regarding draft.

              Theodore C. Max                 9.10 hrs.                    $ 7,052.50

08/29/24      Revise post-trial brief; review notes of conversation with Lora Moffat prepared by Ted Max; confer with Ted Max and Dylan Price regarding revisions to brief.

              Jill M. Pietrini                3.80 hrs.                    $ 2,945.00

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                 September 26, 2024
Theodore C. Max                                                                                                                    Invoice 340093479
                                                                                                                                           Page 14 of 16

## FEE DETAIL

| 08/29/24 | Reviewed proposed revisions to introduction; reviewed further revised closing brief. | | |
|---|---|---|---|
| | Dylan J. Price | 1.20 hrs. | $ 930.00 |

08/29/24    Performed legal research on issues for brief;  drafted research summaries and related legal items for T. Max.

                Tyler E. Baker                         2.40 hrs.                     $ 1,620.00

08/29/24    Revised Phase II closing trial brief; conferred with T. Max, H.J. Paik, and J. Salem regarding revisions to same; cite-checked citations to record and prepared exhibits for closing triable brief; prepared draft and redline for client review.

                Khirin A. Bunker                  5.20 hrs.                     $ 3,380.00

08/29/24    Reviewed and revised updated drafts of the closing brief; reviewed and analyzed factual record for evidence supporting closing brief; conferred with T. Max, K. Bunker and J. Salem regarding the Phase II closing brief; revised declaration and exhibits thereto.

                Hyo Jin Paik                        9.90 hrs.                     $ 3,712.50

08/29/24    Discussed next steps for closing brief with team; reviewed, revised, and incorporated edits and comments to entirety of closing brief; discussed the same with T. Max; reviewed additional comments to preliminary statement and drafted revised preliminary statement; provided new draft of brief including new preliminary statement draft to team.

                James M. Salem                   7.20 hrs.                     $ 3,110.40

08/30/24    Work on and review and revise draft Phase II Post-Trial Brief; emails and follow up with H.J. Paik and J. Salem regarding same; emails to Word Processing regarding Table of Contents and Table of Authorities; review and revise draft H.J. Paik Declaration; review charts regarding exhibits and video clips; prepare letter to Court; emails with D. Price and J. Petrini regarding same; read and review emails from L. Moffatt and R. Gruber regarding edits; prepare cover letter to Judge Stanton regarding exhibits and thumb drive regarding video clips; emails with J. Pietrini regarding changes; emails with Managing Clerk team regarding filing.

                Theodore C. Max                 9.70 hrs.                   $ 7,517.50

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

September 26, 2024
Invoice 340093479
Page 15 of 16

## FEE DETAIL

08/30/24    Review revised trial brief; review revisions to trial brief by L. Moffatt; correspondence with Chanel regarding revised trial brief; correspondence with T. Max regarding additional revisions to trial brief and defendants' brief.

Jill M. Pietrini                     3.10 hrs.                     $ 2,402.50

08/30/24    Reviewed client revisions to Chanel's closing brief; Call with Jill Pietrini to discuss Weisser testimony.

Dylan J. Price                     .80 hrs.                     $ 620.00

08/30/24    Reviewed and revised and cite-checked closing brief and exhibits; finalized declaration and organized and compiled exhibits regarding closing brief; reviewed and revised index of deposition videos submitted to Court; conferred with T. Max and J. Salem regarding closing brief filing.

Hyo Jin Paik                     12.70 hrs.                     $ 4,762.50

08/30/24    Checked citations from Phase II trial transcript and pulled for inclusion in filing; incorporated final changes from client into updated brief; further revised updated brief and incorporated citation for new footnote; located admitted exhibits and edited list to be submitted to court; coordinated with support team to finalize brief for filing; inserted finalized exhibit numbers into the brief; reviewed declaration in support of brief; prepared and finalized exhibits for filing.

James M. Salem                     9.60 hrs.                     $ 4,147.20

08/30/24    Edited and revised letter to judge; prepared files containing trial exhibits and video clips for judge; called chambers regarding e-filing trial exhibits; dropped off courtesy copies of trial exhibits and video clips at 500 Pearl St.

Bradley M. Rank                     2.20 hrs.                     $ 825.00

08/31/24    Reviewed closing brief filings and identified filing corrections.

Hyo Jin Paik                     .40 hrs.                     $ 150.00

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          September 26, 2024
Theodore C. Max                                                                                 Invoice 340093479
                                                                                               Page 16 of 16

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 87.80 | $ 775.00 | $ 68,045.00 |
| Jill M. Pietrini | 28.70 | $ 775.00 | $ 22,242.50 |
| Dylan J. Price | 29.30 | $ 775.00 | $ 22,707.50 |
| Tyler E. Baker | 4.90 | $ 675.00 | $ 3,307.50 |
| Khirin A. Bunker | 56.90 | $ 650.00 | $ 36,985.00 |
| Hyo Jin Paik | 71.20 | $ 375.00 | $ 26,700.00 |
| James M. Salem | 49.50 | $ 432.00 | $ 21,384.00 |
| Monica E. Danner | .40 | $ 387.00 | $ 154.80 |
| Bradley M. Rank | 2.70 | $ 375.00 | $ 1,012.50 |
| Vineet M. Dua | 10.90 | $ 409.50 | $ 4,463.55 |

**Total Fees for Professional Services**                    **$ 207,002.35**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 02/07/24 | Quality Translations LLC - Inv #4873 - French to English Interpratation | 4,800.00 |
| | Courier / Messenger | 102.35 |
| | ESI Hosting | 3,690.17 |
| | Federal Express | 22.01 |
| | Legal Research | 25.90 |
| | Searches | 71.90 |
| | WestLaw Research | 7,234.20 |

**Total Disbursements**                    **$ 15,946.53**

# Oct. 22, 2024 Invoice

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
October 22, 2024
Invoice 340094897

| | |
|---|---|
| Our Matter No. | 18WZ-264490 |
| | Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al. |
| Billing Atty: | Theodore C. Max |

**Your Reference No.**   PO00113364

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2024

| | |
|---|---|
| Current Disbursements | $ 4,800.00 |
| Total Current Activity | $ 4,800.00 |
| Matter Credits Applied | $ (4,800.00) |
| Total Due for This Invoice | $ 0.00 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **<u>Electronic Payments</u>** | **<u>Payment by Check</u>** | **<u>Overnight Mail Delivery</u>** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 2005 Market Street, 5th Floor |
| San Francisco, CA 94104-1298          Swift Identifier: WFBIUS6S | | Philadelphia, PA 19103-7042 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.

Theodore C. Max

October 22, 2024

Invoice 340094897

Page 2 of 2

## <u>SUMMARY OF DISBURSEMENTS</u>

Translation Services                                                                                         4,800.00

**Total Disbursements**                                                      **$  4,800.00**

# <u>Oct. 31, 2024 Invoice</u>

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                    SMRH Tax ID 95-1463164
Head of Intellectual Property                               October 31, 2024
Chanel USA, Inc.                                      Invoice 340095077
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

   **Your Reference No.**   PO00113364

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2024

Current Fees                          $  6,828.30
Current Disbursements                 $ 13,995.25

Total Current Activity                              $  20,823.55

Total Due for This Invoice                          $  20,823.55

---

### DUE IMMEDIATELY UPON RECEIPT
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:        Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 2005 Market Street, 5th Floor |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19103-7042 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 31, 2024
Invoice 340095077
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 09/30/24

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 09/03/24 | Follow up with WGACA filings and revised filings re thumb drives and of exhibits and videos; prepare and revise letter re same; coordinate with B. Rank and H.J. Paik re same; review papers filed by WGACA in opposition to equitable relief; email to L. Moffatt re WGACA's Reply Memorandum. | | |
| | Theodore C. Max | 2.90 hrs. | $ 2,247.50 |
| 09/03/24 | Drafted supplemental declaration re: closing brief and prepared exhibit thereto; drafted letter to Court re: courtesy copies of trial exhibits; conferred with Clerk's Office re: amending closing brief-related filings. | | |
| | Hyo Jin Paik | 1.90 hrs. | $ 712.50 |
| 09/03/24 | Coordinated delivery of courtesy copies and corrected USB to Judge Stanton and opposing counsel. | | |
| | Leigh A. Tencza | 1.20 hrs. | $ 415.80 |
| 09/03/24 | Coordinated production of corrected USB thumb drives for trial exhibits and courtesy copies of Friday's filings; reviewed/revised supplemental declaration of H.J. Paik; conferred with H.J. Paik re same; e-filed supplemental declaration. | | |
| | Bradley M. Rank | 1.80 hrs. | $ 675.00 |
| 09/04/24 | Follow up regarding filing of USB thumb drives of trial exhibits and video clips; reviwe opposition brief filed by WGACA. | | |
| | Theodore C. Max | .90 hrs. | $ 697.50 |
| 09/04/24 | Prepared courtesy copy of supplemental H.J. Paik declaration with exhibit for Judge. Called Courtroom Deputy re filing and submitting trial exhibits. | | |
| | Bradley M. Rank | .40 hrs. | $ 150.00 |
| 09/10/24 | Review post Phase II Trial Brief of WGACA; correspondence with Chanel re same; confer with Ted Max and Dylan Price re same. | | |
| | Jill M. Pietrini | 1.70 hrs. | $ 1,317.50 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

October 31, 2024
Invoice 340095077
Page 3 of 4

## FEE DETAIL

| | | | | |
|---|---|---|---|---|
| 09/13/24 | Work on and follow up re filing of Chanel exhibits and transcripts. | | | |
| | Theodore C. Max | .20 hrs. | $ 155.00 | |

| | | | | |
|---|---|---|---|---|
| 09/16/24 | Called Courtroom Deputy and Appeals Unit re filing trial exhibits for purposes of any appeal. | | | |
| | Bradley M. Rank | .30 hrs. | $ 112.50 | |

| | | | | |
|---|---|---|---|---|
| 09/17/24 | Email to B. Rank re filing of Chanel trial exhibits, video clips and charts re Trial Phases I and II. | | | |
| | Theodore C. Max | .10 hrs. | $ 77.50 | |

| | | | | |
|---|---|---|---|---|
| 09/20/24 | Called appeals desk at SDNY re trial exhibits and video depo clips; conferred with T. Max re same. | | | |
| | Bradley M. Rank | .30 hrs. | $ 112.50 | |

| | | | | |
|---|---|---|---|---|
| 09/23/24 | Email and follow up re  filing of Chanel Phase I and Phase II trial exhibits and trial transcripts and video clips; email to Managing Clerk re same. | | | |
| | Theodore C. Max | .20 hrs. | $ 155.00 | |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 4.30 | $ 775.00 | $ 3,332.50 |
| Jill M. Pietrini | 1.70 | $ 775.00 | $ 1,317.50 |
| Hyo Jin Paik | 1.90 | $ 375.00 | $ 712.50 |
| Leigh A. Tencza | 1.20 | $ 346.50 | $ 415.80 |
| Bradley M. Rank | 2.80 | $ 375.00 | $ 1,050.00 |

**Total Fees for Professional Services**                                          **$  6,828.30**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                 October 31, 2024
Theodore C. Max                                                                                        Invoice 340095077
                                                                                                       Page 4 of 4

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|--:|
| 07/20/24 | Hotel First and Second Phase of trial | 1,354.42 |
| 09/08/24 | NPD Logistics - Inv#1472-4537 - NY MESSENGER SERVICES | 218.05 |
| 09/30/24 | Electronic discovery data hosting fee (185.51 GB) | 3,710.17 |
| 09/03/24 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 9/30/2024 | 27.90 |
| 07/22/24 | TransPerfect Document Management - Inv#261586 - Courier-Technical Labor-Custom Tabs-Printing with Assembly | 1,998.61 |
| 09/02/24 | Westlaw Research | 6,686.10 |

**Total Disbursements**                                                                                 **$ 13,995.25**

## __Nov. 2024 Invoice__

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.
Head of Intellectual Property
Chanel USA, Inc.
9 W. 57th Street
New York, NY 10019

SMRH Tax ID 95-1463164
November 27, 2024
Invoice 340096014

Our Matter No.    18WZ-264490
                  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:     Theodore C. Max

**Your Reference No.**   PO00113364

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2024

| | |
|---|---|
| Current Fees | $ 787.50 |
| Current Disbursements | $ 3,930.97 |
| Total Current Activity | $ 4,718.47 |
| Total Due for This Invoice | $ 4,718.47 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:    Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St    Wire ABA No.: 121000248 | | 2005 Market Street, 5th Floor |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | Philadelphia, PA 19103-7042 |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    November 27, 2024
Theodore C. Max                                                                                                              Invoice 340096014
                                                                                                                                          Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 10/31/24

## **FEE DETAIL**

10/09/24        Conferred with Clerk's Office re: trial record; reviewed post-trial filings; reviewed
                court docket re: consumer lawsuits.

                        Hyo Jin Paik                              1.40 hrs.                          $ 525.00

10/17/24        Reviewed post-trial submissions to court and discussed the same with Judge Louis L.
                Stanton's chambers.

                        Hyo Jin Paik                              .40 hrs.                           $ 150.00

10/31/24        Reviewed case docket and filings; drafted letter to court re: clarification re: filing trial
                materials.

                        Hyo Jin Paik                              .30 hrs.                           $ 112.50


## **SUMMARY OF TIMEKEEPER FEES**

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Hyo Jin Paik | 2.10 | $ 375.00 | $ 787.50 |

**Total Fees for Professional Services**                                                    **$  787.50**


## **SUMMARY OF DISBURSEMENTS**

| | | |
|---|---|---|
| 10/31/24 | Electronic discovery data hosting fee (185.51 GB) | 3,710.17 |
| 10/14/24 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 10/31/2024 | 12.50 |
| 10/31/24 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 10/31/2024 | 5.80 |

██████          ████████████████████████████████████████████          ██████

**Total Disbursements**                                                          **$ 3,930.97**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

November 27, 2024
Invoice 340096014
Page 3 of 3

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 10/31/24 | 340095077 | 20,823.55 | 6,828.30 | 13,995.25 | 0.00 | 0.00 | 0.00 | $ 20,823.55 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 20,823.55 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 4,718.47 |
| | | | | **Total Due For This Matter** | | | | **$ 25,542.02** |

## **Dec. 2024 Invoice**

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

Lora Moffatt, Esq.                                      SMRH Tax ID 95-1463164
Head of Intellectual Property                              December 11, 2024
Chanel USA, Inc.                                           Invoice 340096896
9 W. 57th Street
New York, NY 10019

Our Matter No.      18WZ-264490
                    Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Billing Atty:       Theodore C. Max

**Your Reference No.**   PO00113364

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2024

Current Fees                                    $ 28,387.30
Current Disbursements                           $  6,483.85

Total Current Activity                               $ 34,871.15

Total Due for This Invoice                           $ 34,871.15

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:            Account No.: 496-8375493 | PO Box 716409 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Philadelphia, PA 19171-6409 | Lockbox 716409 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 2005 Market Street, 5th Floor |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | Philadelphia, PA 19103-7042 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                December 11, 2024
Theodore C. Max                                                                                         Invoice 340096896
                                                                                                       Page 2 of 7

FOR PROFESSIONAL SERVICES THROUGH 11/30/24

## FEE DETAIL

| 11/01/24 | Reviewed case docket and filings; drafted letter to court re: clarification re: filing trial materials. | | |
|---|---|---|---|
| | Hyo Jin Paik | .40 hrs. | $ 150.00 |

11/04/24    Email to L. Moffatt, R. Gruber, G. Essen and D. Rosenberg re proposed order; follow up with J. Salem re research and questions; read D. Rosenberg comments; email with L. Moffatt re ██████████████████████████████.

   Theodore C. Max                   1.40 hrs.            $ 1,085.00

11/04/24    Review proposed permanent injunction from Judge Stanton; confer with Ted Max and Dylan Price re same; telephone conference with Dylan Price re injunction and potential profit decision; correspondence with Chanel re proposed injunction; review comments by Dan Rosenberg re same; review redline of proposed injunction filed during Phase 2 and Judge Stanton's proposed injunction.

   Jill M. Pietrini                  1.50 hrs.            $ 1,162.50

11/04/24    Reviewed and analyzed proposed permanent injunction; Call with Jill Pietrini to discuss strategy for responding to proposed injunction; Outlined points for Chanel's response to proposed injunction.

   Dylan J. Price                    1.40 hrs.            $ 1,085.00

11/04/24    Reviewed and analyzed proposed injunction.

   Hyo Jin Paik                      .20 hrs.             $ 75.00

11/05/24    Emails and follow up with J. Salem; review draft injunction order; discussion re language of draft Proposed Injunction and issues re willful blindness and scope of injunction.

   Theodore C. Max                   1.10 hrs.            $ 852.50

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.       December 11, 2024
Theodore C. Max                                                                               Invoice 340096896
                                                                                              Page 3 of 7

## FEE DETAIL

| 11/05/24 | Reviewed Judge Stanton's proposed injunction. Created analysis of changes from Chanel's proposed injunction and gathered potential arguments that WGACA will raise in response to Judge Stanton's request for letters, as well as Chanel's possible arguments in response. Provided analysis to T. Max. |

| | James M. Salem | 2.40 hrs. | $ 1,036.80 |

| 11/06/24 | Conference call with J. Salem re Proposed Injunction; discussion re research re willful blindness and terms of injunction; discussion re follow up re same. |

| | Theodore C. Max | .80 hrs. | $ 620.00 |

| 11/06/24 | Discussed proposed injunction and next steps with regard to letter to Judge Stanton with T. Max. |

| | James M. Salem | .50 hrs. | $ 216.00 |

| 11/08/24 | Follow up with J. Salem re draft summary of WGACA decision and legal issues for consideration of Chanel. |

| | Theodore C. Max | 1.20 hrs. | $ 930.00 |

| 11/12/24 | Review draft email to Chanel re draft Proposed Injunction prepared by Judge Stanton; discussion with J. Salem re same; prepare summary of draft Proposed Injunction and email to L. Moffatt, R. Gruber and D. Rosenberg re WGACA online sales. |

| | Theodore C. Max | 1.10 hrs. | $ 852.50 |

| 11/12/24 | Reviewed draft and edited email regarding Judge Stanton's proposed injunction and drafted analysis for review. Discussed the same and next steps with T. Max. |

| | James M. Salem | 1.20 hrs. | $ 518.40 |

| 11/13/24 | Emails to D. Rosenberg and L. Moffatt and R. Gruber re ████████████████ ████████; email and follow up with L. Moffatt re ████████████ ████████████. |

| | Theodore C. Max | 1.10 hrs. | $ 852.50 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.          December 11, 2024
Theodore C. Max                                                                               Invoice 340096896
                                                                                              Page 4 of 7

## **FEE DETAIL**

| | | | |
|---|---|---|---|
| 11/13/24 | Reviewed and analyzed Chanel documents re: ██████████████████ ████████████████; reviewed and organized evidence re: WGACA's advertisements. | | |
| | Hyo Jin Paik | 1.40 hrs. | $ 525.00 |
| 11/14/24 | Emails and follow up with L. Moffatt re █████████████████████; email and follow up re Proposed Injunction. | | |
| | Theodore C. Max | .50 hrs. | $ 387.50 |
| 11/15/24 | Began research in support of letter regarding feasibility of proposed injunction. | | |
| | James M. Salem | .40 hrs. | $ 172.80 |
| 11/18/24 | Email and follow up with J. Salem re research re willful blindness; email re scheduling call with Chanel; work on draft letter to Judge Stanton. | | |
| | Theodore C. Max | 1.90 hrs. | $ 1,472.50 |
| 11/19/24 | Continued research with regard to feasibility and willful blindness in connection with letter regarding feasibility of proposed injunction. Drafted analysis for review. | | |
| | James M. Salem | .80 hrs. | $ 345.60 |
| 11/21/24 | Emails to Chanel re WGACA status and analysis of Proposed Injunction; conference call with L. Moffatt, R. Gruber, and G. Esssen re Proposed Injunction and analysis of same; discussion re strategy and drafting of letter to Court; discussion re same. | | |
| | Theodore C. Max | 1.90 hrs. | $ 1,472.50 |
| 11/21/24 | Reviewed and analyzed Judge Stanton's edits to proposed permanent injunction; conferred with T. Max and Chanel re: proposed injunction and █████████ and proposed permanent injunction. | | |
| | Hyo Jin Paik | 1.40 hrs. | $ 525.00 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 11, 2024
Invoice 340096896
Page 5 of 7

## FEE DETAIL

| 11/25/24 | Work on and review and revise draft letter to Judge Stanton re Proposed Injunction; email and call with J. Salem re same; read and review proposed Permanent Injunction and Proposed Injunction; review FTC guidance re disclaimers. |

|  | Theodore C. Max | 4.10 hrs. | $ 3,177.50 |

| 11/26/24 | Emails and follow up with L. Moffatt, R. Gruber and G. Essen re Chanel comments on Judge Stanton's Proposed Injunction; discussion and emails re purchase of WGACA handbag; work with J. Salem re draft letter to Judge Stanton re Proposed Injunction. |

|  | Theodore C. Max | 3.70 hrs. | $ 2,867.50 |

| 11/26/24 | Reviewed and analyzed factual record for in preparation of letter to Court re: permanent injunction. |

|  | Hyo Jin Paik | 1.80 hrs. | $ 675.00 |

| 11/26/24 | Conducted research with regard to language in the proposed injunction requiring ███████████████████. Conducted research with regard to the use of FTC guidance on disclaimers in the courts. Conducted research with regard to requirement that injunctions be unambiguous. Drafted analysis and provided relevant authority for review. |

|  | James M. Salem | 2.00 hrs. | $ 864.00 |

| 11/27/24 | Emails and work with J. Salem re draft letter to Judge Stanton re Proposed Order; work on and incorporate comments and views of Chanel re draft Proposed Order; conference call with J. Salem re same; prepare email to D. Price and J. Pietrini re same. |

|  | Theodore C. Max | 4.80 hrs. | $ 3,720.00 |

| 11/27/24 | Reviewed and revised and cite-checked letter to Court re: permanent injunction. |

|  | Hyo Jin Paik | 2.60 hrs. | $ 975.00 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

---

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.                    December 11, 2024
Theodore C. Max                                                                                            Invoice 340096896
                                                                                                         Page 6 of 7

### FEE DETAIL

11/27/24     Reviewed comments and edits to proposed injunction. Drafted analysis of the same for
             review. Reviewed and revised draft letter to the Court regarding feasibility and clarity
             of proposed injunction. Discussed draft letter with T. Max. Reviewed and further
             revised updated draft of letter.

                James M. Salem                     4.10 hrs.                     $  1,771.20


### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Theodore C. Max | 23.60 | $ 775.00 | $ 18,290.00 |
| Jill M. Pietrini | 1.50 | $ 775.00 | $ 1,162.50 |
| Dylan J. Price | 1.40 | $ 775.00 | $ 1,085.00 |
| Hyo Jin Paik | 7.80 | $ 375.00 | $ 2,925.00 |
| James M. Salem | 11.40 | $ 432.00 | $ 4,924.80 |

**Total Fees for Professional Services**                     **$ 28,387.30**


### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 11/30/24 | Electronic discovery data hosting fee (187.57 GB) | 3,751.45 |
| 11/19/24 | Westlaw research by Salem, James, on 11/19/2024. | 2,732.40 |

**Total Disbursements**                     **$ 6,483.85**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

18WZ-264490  Chanel USA, Inc. - vs - Pines Vintage, Inc., Vintage Designs Ltd., et al.
Theodore C. Max

December 11, 2024
Invoice 340096896
Page 7 of 7

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 11/27/24 | 340096014 | 4,718.47 | 787.50 | 3,930.97 | 0.00 | 0.00 | 0.00 | $ 4,718.47 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 4,718.47 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 34,871.15 |
| | | | | **Total Due For This Matter** | | | | **$ 39,589.62** |