# EXHIBIT 2

**PRINCIPAL TIMEKEEPER HOURLY RATES AND TOTAL FEES**

| Name | Title | Law School Graduation | Hourly Rate(s) | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Theodore C. Max | Partner | 1983 | $675/$775 | 3,394.5 | 2,351,513.50 |
| Jill M. Pietrini | Partner | 1988 | $675/$775 | 1,231.8 | 889,033.75 |
| Dylan J. Price | Partner | 2008 | $650/$775 | 2,289.2 | 1,557,060.00 |
| Bridget J. Russell | Special Counsel | 2012 | $643.50 | 1,283.8 | 787,634.13 |
| Tyler E. Baker | Associate | 2011 | $625/$675 | 388 | 245,185.00 |
| Khirin Bunker | Associate | 2019 | $643.50/$650 | 206.7 | 133,555.50 |
| Hyo Jin Paik | Attorney | 2011 | $295/$375 | 1,712.6 | 560,094.50 |
| James Salem | Attorney | 2016 | $405/$432 | 428 | 181,207.35 |
| Monica Danner | Paralegal | | $387 | 396.4 | 150,108.30 |
| Lisa Rodriguez | Paralegal | | $369 | 334.6 | 121,245.15 |
| William Z. Gutman | Paralegal | | $364.50 | 219.6 | 83,298.60 |
| Adelle L. Jones | Paralegal | | $360 | 87.1 | 28,788.75 |
| Lauren E. Doucette | e-Discovery Senior Project Manager | | $300 | 54.3 | 16,605.00 |
| Stacey Crocker | e-Discovery Project Manager | | $330 | 61.0 | 19,339.50 |
| Steven Molina | e-Discovery Project Manager | | $220.50/369 | 300.6 | 67,531.50 |
| Vineet Dua | Trial Tech Specialist | | $382.50/$409.50 | 495.4 | 201,303.00 |
| Bradley Rank | Assistant General Counsel / Director of | | $280/$375 | 56.1 | 17,111.00 |

1

| Name | Title | Law School Graduation | Hourly Rate(s) | Total Hours | Total Fees |
|---|---|---|---|---|---|
| | Docket & Calendar | | | | |
| Leigh Ann Tencza | Senior Assistant Managing Clerk | | $270/$346.50 | 58 | 18.091.80 |