# EXHIBIT 4

# SheppardMullin



## Jill Pietrini

**Partner**
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067

T: +1.310.228.3723
F: +1.310.228.3959
jpietrini@sheppardmullin.com

Jill Pietrini is a partner in the Intellectual Property Practice Group in the firm's Century City office.

*"Jill has a prominent trademark portfolio practice and is a strong advocate for her clients."*
– Chambers (2023)

**Areas of Practice**

Jill's practice encompasses the full breadth of intellectual property law, with focus on:

- Trademark, dilution, trade name, trade dress, copyright, right of publicity, violation of persona rights, unfair competition, and patent litigation and appellate practice;
- Registration and maintenance of trademarks before the United States Patent and Trademark Office and copyrights before the United States Copyright Office;
- Prosecution and defense of more than 700 Trademark Trial and Appeal Board proceedings in the U.S.;
- Opposition and invalidation proceedings outside the U.S.;
- International registration and maintenance of trademarks;
- Registration and enforcement of Internet domain names, including ICANN arbitrations;
- Procurement and negotiation of licenses and intellectual property transfer and securitization agreements;
- Management of 7,500+ portfolios and trademarks; and
- Strategic counseling in the intellectual property area.

Jill is a sought-after expert source for the media, including major print publications and national broadcast outlets, and has testified as an expert witness on trademark law in federal court. A powerhouse litigator, portfolio manager and trademark attorney, she would appear on any short list of the top intellectual property lawyers in the state. The cutting-edge nature and impact of Jill's work crosses many industries for a diverse client roster in the entertainment, insurance, music, apparel, farming, promotion, and e-commerce industries.

**Representative Trials**

- Tried a celebrity persona claim under the Lanham Act for the Estate of Bob Marley in the U.S. District Court for the District of Nevada, based on the use of Bob Marley's image and song and album titles, but not his name, winning a jury verdict, monetary award, and permanent injunction.

- Obtained a preliminary injunction enjoining the use of TWILIGHT for magazines relating to Summit Entertainment's successful Twilight motion pictures.
- Obtained another preliminary injunction enjoining a documentary about Summit Entertainment's blockbuster Twilight motion pictures.
- Successfully tried a copyright infringement action relating to the use of photographs of Marilyn Monroe for the first auction of Marilyn Monroe personal items since her death.
- Obtained summary judgment against a clothing manufacturer using a key art image of Bella from the Twilight motion pictures together with the trademarks BELLA and TWILIGHT.
- Successfully defended a summary judgment motion directed to the use of a trademark in plant patents.
- Tried a trademark infringement and dilution case for Mattel's iconic SEE N' SAY product to a jury verdict resulting in a finding of willful dilution, trademark infringement and unfair competition, an award of profits, attorneys' fees, and increased damages.

## Honors

WTR Global Leader, *World Trademark Review*, 2023

Recognized in Media & Entertainment: Litigation, *Legal 500 US*, 2023

Leading Lawyer, Intellectual Property, *Chambers USA*, 2023-2024

Lawyer of the Year – Copyright Law, *Best Lawyers,* 2021

Best of the Best USA, *Euromoney Expert Guide*, 2019

Best Lawyers in Southern California, *The Wall Street Journal*, 2020

Litigation Star, *Benchmark Litigation*, 2014-2025

Women in the Law, *Best Lawyers*, 2018-2020

Most Influential Women Lawyers, *Los Angeles Business Journal*, 2017

Top 250 Women in IP, *Managing IP*, 2016, 2021

IP Star, *Managing IP Magazine*, 2016-2024

Named to *Who's Who Legal: Trademarks*, 2015

Best Lawyer in America, *Best Lawyers*, 2012-2025

Intellectual Property, Trademark Litigation, *Legal 500*, 2014-2016, 2020

Intellectual Property Best in Country, *Legal 500*, 2014

Intellectual Property, Marketing and Advertising, *Legal 500*, 2013

Leading Trademark Practitioner - Nationally and California, *World Trademark Review 1000*, 2013-2025

"Angelenos to Know in Intellectual Property Law," *Los Angeles Business Journal*, 2012

Top Intellectual Property Lawyers, *Daily Journal*, 2011, 2014-2015, 2018-2019

Top Women Lawyers/Litigators, *Daily Journal*, 2010-2013, 2015

25 Top Portfolio Managers, Prosecutors and License Specialists in California, *Daily Journal*, 2010

California's Top 10 Trademark Lawyers, *Daily Journal*, 2008

"Who's Who in Law," *Los Angeles Business Journal*, 2007

Super Lawyer, Intellectual Property Law, *Southern California Super Lawyers*, 2004-2024

Nathan Burkan Memorial Copyright Competition

Emery Law Scholarship

## Experience

**Reported Decisions**

Ms. Pietrini has been lead counsel on a number of cases that have been the subject of reported decisions, including:

- *Fifty-Six Hope Road Music Limited v. Sandal Factory, Inc.*, 2019 BL 115711 (TTAB 2019)
- *In re Red Flags Fly, Inc.,* 2018 WL 7108484 (TTAB 2018)
- *Lions Gate Entertainment Inc* v. *TD Ameritrade Services Company, Inc.,* 2016 WL 1027998 (CD Cal. March 14, 2016)
- *Havas Worldwide, Inc. and TD Ameritrade v. Lions Gate Entertainment Inc.,* 2015 U.S. Dist. LEXIS 132050 (S.D.N.Y. September 29, 2015)
- *Fifty-Six Hope Road Music Ltd. v. A.V.E.L.A. Inc.,* 778 F.3d 1059 (9th Cir. 2015)
- *In re Cornerstone OnDemand, Inc.*, 2015 WL 4779205 (TTAB July 21, 2015)
- *In re Sunrise Apparel Group, LLC*, 2015 WL 674654 (TTAB Oct. 9, 2015)
- *Life Alert Emergency Response, Inc. v. LifeWatch, Inc.,* 601 Fed. Appx. 469, 2015 U.S. App. LEXIS 1760 (9th Cir. Feb. 4, 2015)
- *In re i.a.symbolic, llc,* 116 USPQ2d 1406 (TTAB 2015)
- *Life Alert Emergency Response, Inc. v. ConnectAmerica, LLC,* 2014 U.S. Dist. LEXIS 119840 (C.D.Cal. August 27, 2014)
- *Life Alert Emergency Response, Inc. v. ConnectAmerica, LLC,* 2014 U.S. Dist. LEXIS 119904 (C.D.Cal. August 14, 2014)
- *Life Alert Emergency Response, Inc. v. Lifewatch, Inc.,* 2014 U.S. Dist. LEXIS 69984 (C.D. Cal. May 19, 2014)
- *In re Snowflake Factory, LLC,* 2014 TTAB LEXIS 208 (TTAB May 8, 2014)
- *In re LAMB-GRS, LLC,* 2014 TTAB LEXIS 400 (TTAB April 30, 2014)
- In re LAMB-6RS, LLC, 2014 WL 528 2244 (TTAB Sept. 30, 2014)
- *Cobra Sys. v. Accuform Mfg., Inc.,* 2014 U.S. Dist. LEXIS 4724 (C.D. Cal. January 14, 2014)
- *Cobra Sys., Inc. v. Accuform Mfg.,* 2014 U.S. Dist. LEXIS 2686 (C.D. Cal. January 9, 2014)
- *Bath & Body Works Brand Management v. Summit Entertainment, LLC,* 7 F. Supp.3d 385 (S.D.N.Y. 2014)
- *In re Vibrynt, Inc.,* 2013 U.S. App. LEXIS 21108 (Fed.Cir. October 15, 2013)
- *Bath & Body Works Brand Management v. Summit Entertainment, LLC,* 2013 U.S. Dist. LEXIS 97098 (S.D.N.Y. July 9, 2013)

- *Smith v. Summit Entertainment, LLC*, 2014 U.S. Dist. LEXIS 90818 (N.D. Ohio June 27, 2013)
- *Fifty-Six Hope Road Music, Ltd. v. A.V.E.L.A.*, 2013 U.S. Dist. 5303 (D. Nev. January 14, 2013)
- *Fifty-Six Hope Road. Music, Ltd. v. A.V.E.L.A.*, 915 F. Supp.2d 1179 (D. Nev. 2013)
- *The Chamber of Commerce of the United States of America v. United States Chamber of Commerce*, 2012 WL 8254590 (TTAB Dec. 31, 2012)
- *Bath & Body Works Brand Management, Inc. v. Summit Entertainment, LLC*, 2012 U.S. Dist. LEXIS 154206 (S.D.N.Y. October 23, 2012)
- *Fifty-Six Hope Road Music Limited v. A.V.E.L.A., Inc.*, 2012 U.S. Dist. LEXIS 69588 (D. Nev. May 18, 2012)
- *Born to Rock Design, Inc. v. CafePress.com, Inc.*, 104 538 (S.D.N.Y. 2012)
- *Gerawan Farming, Inc. v. Rehrig Co.*, 2012 U.S. Dist. LEXIS 28017 (E.D. Cal. 2012)
- *In re Dorr Arthritis Institute Medical Associates, Inc.*, 2012 TTAB LEXIS 32 (TTAB 2012)
- *Summit Entertainment, LLC v. B.B. Dakota, Inc.*, 2011 U.S. Dist. LEXIS 151582 (C.D. Cal. Nov. 21, 2011)
- *Summit Entertainment, LLC v. B.B. Dakota, Inc.*, 2011 U.S. Dist. LEXIS 90723 (C.D.Cal. August 15, 2011)
- *Dr. Huey P. Newton Foundation, Inc. v. CafePress, Inc.*, 2011 U.S. Dist. LEXIS 88655 (S.D.N.Y. August 9, 2011)
- *Summit Entertainment, LLC v. B.B. Dakota, Inc.*, 2011 U.S. Dist. LEXIS 71777 (C.D. Cal. July 1, 2011)
- *Summit Entertainment, LLC v. B.B. Dakota, Inc.*, 2011 U.S. Dist. LEXIS 151582 (C.D. Cal. 2011)
- *Gerawan Farming, Inc. v. Prima Bella Produce, Inc.*, 2011 U.S. Dist. LEXIS 84776 (E.D. Cal. 2011)
- *Gerawan Farming, Inc. v. Prima Bella Produce, Inc.*, 2011 U.S. Dist. LEXIS 67253 (E.D. Cal. 2011)
- *Gerawan Farming, Inc. v. Prima Bella Produce, Inc.*, 2011 U.S. Dist. LEXIS 67254 (E.D. Cal. 2011)
- *Gerawan Farming, Inc. v. Prima Bella Produce, Inc.*, 2011 U.S. Dist. LEXIS 66407 (E.D. Cal. 2011)
- *Smith v. Summit Entertainment, LLC*, 2011 U.S. Dist. LEXIS 60246 (N.D. Ohio 2011)
- *Gerawan Farming, Inc. v. Prima Bella Produce, Inc.*, 2011 U.S. Dist. LEXIS 52792 (E.D. Cal. 2011)
- *In re Harajuku Lovers, LLC*, 2011 TTAB LEXIS 276 (TTAB 2011)
- *In re Summit Entertainment, LLC*, 2011 TTAB LEXIS 266 (TTAB 2011)
- *Summit Entertainment, LLC v. Direct Privacy,* 2011 NAFDD LEXIS 1325 (NAF 2011)
- *Super Duper, Inc. v. Mattel, Inc.*, 2011 U.S. App. LEXIS 11853 (4th Cir. 2010)
- *Fifty-Six Hope Road Music Limited v. A.V.E.L.A., Inc.,* 688 F. Supp.2d 1148 (D. Nev. 2010)
- *In re United Pan Am Financial Corp.*, 2010 TTAB LEXIS 93 (TTAB 2010)
- *LL&L Innovations, LLC v. Jerry Leigh of California, Inc.,* 2010 U.S. Dist. LEXIS 108173 (D. Utah 2010)
- *Williams v. Life's Rad,* 2010 U.S. Dist. LEXIS 46763 (N.D. Cal. 2010)
- *In re Film E.C. Net.*, 2009 TTAB LEXIS 503 (TTAB 2009)
- *Mattel, Inc. v. Crash Dummy Movie, LLC,* 2008 TTAB LEXIS 62 (TTAB 2008), *aff'd*., 94 U.S.P.Q.2d 1315 (Fed. Cir. 2009)
- *Milton H. Greene Archives, Inc. v. Julien's Auction House, LLC,* 2009 U.S. App. LEXIS 19698 (9th Cir. 2009)
- *Pythagoras Intellectual Holdings, LLC v. Stegal,* 2009 U.S. Dist. LEXIS 97115 (C.D. Cal. 2009)

Jill Pietrini                                                                www.sheppardmullin.com

- *Super Duper, Inc. v. Mattel, Inc.,* 2009 U.S. Dist. LEXIS 28270 (March 31, 2009) (Denial of plaintiff's motion for judgment as a matter of law)
- *Super Duper, Inc. v. Mattel, Inc.,* 2009 U.S. Dist. LEXIS 28421 (March 31, 2009) (Entry of amended judgment and permanent injunction)
- *Super Duper, Inc. v. Mattel, Inc.,* 2009 U.S. Dist. LEXIS 29356 (March 31, 2009) (Attorneys' fee award in Lanham Act of more than $2.6 million)
- *Super Duper, Inc. v. Mattel, Inc.,* 92 U.S.P.Q.2d 1119 (D.S.C. 2009) (award of increased profits under 15 U.S.C. § 1117(a))
- *3 Point Distribution v. CafePress.com, Inc.,* 2008 U.S. Dist. LEXIS 17128 (C.D. Cal. 2008)
- *Bowden v. Jones,* 2008 TTAB LEXIS 595 (TTAB 2008)
- *Hargrave v. Concord Moon, LP,* 2008 U.S. App. LEXIS 11365 (10th Cir. 2008)
- *In re Bonert's, Inc.,* 2008 TTAB LEXIS 683 (TTAB 2008)
- *In re Carman Licciardello,* 2008 TTAB LEXIS 79 (TTAB 2008)
- *Jada Toys, Inc. v. Mattel, Inc.*, 496 F.3d 974 (9th Cir. 2007), *amended*, 518 F.3d 628 (9th Cir. 2008)
- *Milton H. Green Archives, Inc. v. Julien's Auction House*, 2007 U.S. Dist. LEXIS 96378 (C.D. Cal. December 20, 2007)
- *H. Savinar Luggage Co., Inc. v. Any-Web Ltd.,* 2007 NAFDD LEXIS 19645 (NAF 2007)
- *In re Cornerstone OnDemand, Inc.,* 2007 TTAB LEXIS 253 (TTAB 2007)
- *In re Harajuku Lovers, LLC,* 2008 TTAB LEXIS 202 (TTAB 2007)
- *In re Kep Enterprises, Inc.,* 2007 TTAB LEXIS 515 (TTAB 2007)
- *Lyle Lovett v. Website Work,* 2007 NAFDD LEXIS 19340 (NAF 2007)
- *Mattel, Inc. v. Briden,* 2008 TTAB LEXIS 665 (TTAB 2007)
- *Coexist, LLP v. CafePress.com, Inc.,* 2006 U.S. Dist. LEXIS 30100 (S.D. Ind. 2006)
- *Coexist, LLP v. CafePress.com, Inc.,* 2006 U.S. Dist. LEXIS 3949 (S.D. Ind. 2006)
- *Customized Services Administrators, Inc. v. Digi Real Estate Foundation,* 2006 NAFDD LEXIS 27133 (NAF 2006)
- *H. Savinar Luggage Co., Inc. v. xcZ,* 2006 NAFDD LEXIS 27326 (NAF 2006)
- *HLC Properties, Ltd. and Bing Crosby Enterprises, Inc. v. Domain Administrator*, 2006 NAFDD LEXIS 26946 (NAF 2006)
- *In re Silver Cinemas Acquisition Co., dba Landmark Theatres,* 2006 TTAB LEXIS 425 (TTAB 2006)
- *Mattel, Inc. v. Funline Merchandise Co.*, 81 USPQ2d 1372 (TTAB 2006)
- *Mattel, Inc. v. Steven Scott*, 2006 WL 3472709 (TTAB 2006)
- *Taylor v. Mastercard International,* 2006 U.S. Dist. LEXIS 78397 (N.D. Tex. 2006)
- *Tom Leykis v. Damian Macafee,* 2006 NAFDD LEXIS 26292 (NAF 2006)
- *CafePress.com, Inc. v. Fragomebe,* 2005 NAFDD LEXIS 24233 (NAF 2005)
- *In re Fusion UV Systems, Inc.,* 2005 TTAB LEXIS 24 (TTAB 2005)
- *In re Lakshimi International,* 2005 TTAB LEXIS 288 (TTAB 2005)

- *The Heirs of Bruce Lee and Concord Moon, L.P. v. Martin Eng,* 2005 NAFDD LEXIS 24490 (NAF 2005)
- *Global Investment Research Corp. v. Options & Stocks,* 2004 NAFDD LEXIS 13022 (NAF 2004)
- *Mattel, Inc. v. Stitz,* 2004 TTAB LEXIS 267 (TTAB 2004)
- *Custom Computer Services, Inc. v. Paychex Properties, Inc.,* 337 F.3d 1334 (Fed. Cir. 2003)
- *Echo Drain v. Jason Newsted*, 307 F. Supp. 2d 1116, 68 U.S.P.Q.2d 1203 (C.D. Cal. 2003)
- *Global Investment Research Corp. v. 000-RD 31280 aka pomain$Rus.com,* 2003 NAFDD LEXIS 11579 (NAF 2003)
- *In re Buckhead Marketing and Distribution, Inc.,* 2003 TTAB LEXIS 607 (TTAB 2003), and 71 USPQ2d 1620 (PTO Dir. 2004)
- *In re NTD Apparel, Inc.*, 2003 TTAB LEXIS 283 (TTAB 2003)
- *In re Parham,* 2003 TTAB LEXIS 252 (TTAB 2003)
- *Mattel, Inc. v. 99 Cents Only Stores*, 2003 U.S. App. LEXIS 22996 (9th Cir. 2003)
- *Mattel, Inc. v. Todd Mount*, 2003 TTAB LEXIS 257 (TTAB 2003)
- *Harley-Davidson of Glendale, Inc. v. Greg,* 2002 NAFDD LEXIS 16702 (NAF 2002)
- *In re Maria Elena Velasco,* 2002 TTAB LEXIS 549 (TTAB 2002)
- *In re William J. Hardie*, 2002 TTAB LEXIS 119 (TTAB 2002)
- *Mighty Fine v. Draper*, 2002 TTAB LEXIS 484 (TTAB 2002)
- *Muir v. Infectious Records*, 2002 TTAB LEXIS 476 (TTAB 2002)
- *Together Again Video Productions, Inc. v. Cambridge House, Ltd*., 2002 TTAB LEXIS 567 (TTAB 2002)
- *Cavalera v. 420 Gear, Inc.,* 2001 NAFDD LEXIS 8271 (NAF 2001)
- *Diamond Shamrock Refining and Marketing Company v. CES Marketing Group,* 2001 NAFDD LEXIS 8416 (NAF 2001)
- *Gene Autry Survivors Trust v. Old Records*, 2001 NAFDD LEXIS 8214 (NAF 2001)
- *In re HII, Inc.,* 2001 TTAB LEXIS 774 (TTAB 2001)
- *In re IntraGroup, Inc.,* 2001 TTAB LEXIS 260 (TTAB 2001)
- *MindDazzle InterActive v. Mindfire,* 2001 NAFDD LEXIS 8510 (NAF 2001)
- *Crusaders Productions, Inc. v. Henderson,* 2000 U.S. App. LEXIS 26002 (9th Cir. 2000)
- *Gianni Sport v. Metallica*, 2000 U.S. Dist. LEXIS 17339 (S.D.N.Y. 2000)
- *Lucent Technology v. Johnson*, 56 USPQ2d 1637 (C.D. Cal. 2000)
- *Solutech, Inc. v. Solutech Consulting Services*, 153 F. Supp.2d 1082 (E.D. Mo. 2000)
- *In re Janis Ian*, 1999 TTAB LEXIS 553 (TTAB 1999)
- *In re Onyx Acceptance Corporation*, 1999 TTAB LEXIS 644 (TTAB 1999)
- *In re ERA Productions, USA Corp*., 1998 TTAB LEXIS 69 (TTAB 1998)
- *Sterling Bank v. Sterling Bank & Trust, FSB*, 928 F. Supp. 1014 (C.D. Cal. 1996)
- *Magnesystems, Inc. v. Nikken, Inc.*, 933 F. Supp. 944 (C.D. Cal. 1996)
- *Phillips USA, Inc. v. Allflex USA, Inc.*, 869 F. Supp. 842 (D. Kan. 1994), 878 F. Supp. 175 (D. Kan. 1995), *aff'd*, 77 F.3d 493 (10th Cir. 1996)

- *Stairmaster Sports/Medical Prods. v. Pacific Fitness*, 916 F. Supp. 1049 (W.D. Wash. 1995), *aff'd*, 78 F.3d 602 (Fed. Cir. 1996)
- *Magnesystems, Inc. v. Nikken, Inc.*, 34 USPQ2d 1112 (C.D. Cal. 1994), *aff'd*, 36 F.3d 1114 (Fed. Cir. 1994)

## Articles

- "Movers & Shakers," *Daily Deal*, January 19, 2012
- "Marriage-Minded Lawyers Came a-Courtin' in 2012," *Los Angeles Business Journal*, January 16, 2012
- "Movers," *The National Law Journal*, January 16, 2012
- "The Churn: Lateral Moves and Promotions in The AmLaw200," *The AmLaw Daily*, January 6, 2012
- "Sheppard Mullin Nabs Former Manatt IP Chair," *Law360,* January 4, 2012
- "Former IP Group Chair at Manatt Phelps Joins Sheppard Mullin," *Metropolitan News-Enterprise*, January 4, 2012
- "Career Tracker: Lawyers on the move," *Thomson Reuters*, January 4, 2012
- "Pietrini Joins Sheppard Mullin," *Variety*, January 4, 2012
- "Microsoft, Tilaknagar, Macy's, Apple: Intellectual Property," *Bloomberg*, January 4, 2012
- "Manatt Loses IP Partner to Sheppard, Mullin," *The Recorder*, January 3, 2012
- "Manatt IP Group Chair Heads to Sheppard Mullin," *Daily Journal*, November 29, 2011
- Co-Author, "Exporting U.S. Trademark Law: A Tale of Two Circuits," *New Matter*, Vol. 20, Number 1, Winter 1995
- "Trademark Basics," *California Apparel News*, 1997

### Entertainment Law Blog Posts

- "Guarding the Name of the Game: The Role of Lawyers in Safeguarding Athlete Trademarks," November 27, 2023

### Intellectual Property Law Blog Posts

- "How to Recover Attorneys' Fees in a Schedule A Trademark Case in the Northern District of Illinois," May 10, 2024

## Media Mentions

Litigator of the Week
*The AmLaw Litigation Daily*, 02.09.2024

Sheppard Mullin Lawyers Win Trademark Case for TV Client
*Daily Journal*, 01.24.2018

The Leading Intellectual Property Attorneys in California
*Daily Journal*, 04.22.2015

Top Intellectual Property Attorneys of 2014 - Jill Pietrini
*Daily Journal*, 04.09.2014

## Memberships

California Bar Association

Massachusetts Bar Association

International Trademark Association

## Practices

Intellectual Property

## Industries

Automotive

Cannabis

Entertainment, Technology and Advertising

## Education

J.D., Santa Clara University School of Law, 1988

B.A., University of California, Berkeley, 1983

## Admissions

California

Massachusetts

United States District Courts for the Central, Eastern, Southern, and Northern Districts of California; and the Districts of Colorado, Kansas, Massachusetts, and Utah

United States Court of Appeals for the Federal Circuit, Ninth Circuit, and Tenth Circuit