# EXHIBIT 7

# SheppardMullin



## Khirin A. Bunker

**Associate**
350 South Grand Avenue
40th Floor
Los Angeles, CA 90071

T: +1.213.617.5542
F: +1.213.443.2728
kbunker@sheppardmullin.com

Khirin Bunker is an associate in the Business Trial Practice Group and the lead associate for the firm's Food & Beverage Industry team. He is also a member of the firm's Construction and Class Action Defense Teams.

**Areas of Practice**

Khirin focuses his practice on complex business litigation and consumer class actions. He represents clients in a broad range of industries, including retail, food and beverage, lending and technology.

Khirin helps clients resolve breach of contract, fraud, misrepresentation, construction defect and lender liability claims. On the class action side, he defends against alleged violations of California's Unfair Competition Law, False Advertising Law, Consumers Legal Remedies Act and similar alleged violations of other states' laws, including New York General Business Law Sections 349 and 350.

Khirin is involved with all phases of dispute resolution, from pre-litigation evaluation and assessment through trial and appeal in state and federal court and in arbitration.

## Articles

- When Litigation Is On The Menu, Make Sure Your Online Disclosures Are Sufficient
  11.13.2024
- 5 Trends That Will Affect Food Litigation In 2024
  *Law360*, 01.02.2024
- Sow What Now? Part 2: CDFA Finalizes Animal Confinement Regulations Amid a Hamful of Legal Challenges
  *Food Manufacturing* , 01.04.2023
- PFAS and food packaging: Regulatory changes create ripple effects for PFAs-related litigation
  *Food Navigator-USA.com*, 11.14.2022
- What California's Farm Animal Confinement Law Means For Your Business
  *Food Manufacturing*, 11.29.2021

## Real Estate, Land Use & Environmental Law Blog Posts

- "PFAS and Food Packaging: Regulatory Changes Create Ripple Effects for PFAs-Related Litigation," November 16, 2022

## Media Mentions

What California's Farm Animal Confinement Law Means For Your Business
*Food Manufacturing*, 11.29.2021

## Events

Life After McGinity: Recent Developments in False Advertising Cases in the Ninth Circuit
Webinar, 12.14.2023

PFAS & Consumer Products: Navigating Evolving Liability & Litigation
Presented by Sheppard Mullin and Ramboll
Webinar, 06.23.2022

## Practices

Litigation

Class Action Defense

## Industries

Advertising

Construction

Food and Beverage

Retail, Fashion & Beauty

## Education

J.D., University of Southern California, 2019, *Order of the Coif*

B.A., University of California, Riverside, 2015, *Phi Beta Kappa*

## Clerkships

Judicial Extern for the United States District Court for the Central District of California.

Judicial Extern for the Superior Court of California, County of Santa Clara.

## Admissions

California

United States District Court for the Central District of California

United States District Court for the Northern District of California

United States District Court for the Eastern District of California

United States Court of Appeals for the Ninth Circuit