# EXHIBIT 8

# SheppardMullin



# Hyo Jin Paik

**Attorney**
30 Rockefeller Plaza
New York, NY 10112

T: +1.212.653.8187
F: +1.212.655.1767
hpaik@sheppardmullin.com

Hyo Jin Paik is an attorney in the Business Trial Practice Group in the firm's New York office.

**Areas of Practice**

Hyo Jin regularly counsels clients on trademark matters, including trademark prosecution, litigation involving trademark infringement, false advertising and anti-counterfeiting claims, and IP due diligence. Hyo Jin's work includes all phases of trademark prosecution process, including mark clearance, registration and maintenance, and she handles various proceedings before the U.S. Patent and Trademark Office and the Trademark Trial and Appeal Board. Hyo Jin also has experience in general commercial litigation as well as internal investigations and regulatory inquiries.

Hyo Jin is fluent in Korean.

## Memberships

Asian American Bar Association of New York

New York State Bar Association

Korean-American Lawyers Association of Greater New York

## Practices

Litigation

International Reach

Korea

Intellectual Property

False Advertising, Lanham Act and Unfair Competition

Trademark Applications and Prosecution

Trademarks and Trade Dress

**Sheppard Mullin**

## Education

J.D., Syracuse University College of Law, 2011, *cum laude*

M.A., Syracuse University Maxwell School of Citizenship and Public Affairs, 2011

M.A., Yonsei University, 2006

B.A., Syracuse University, 2002, *cum laude*

## Clerkships

Judicial Intern to Hon. Doris Ling-Cohan, New York State Supreme Court, Appellate Term, 1st Dept.

## Admissions

New York

New Jersey

U.S. District Court for the Southern and Eastern Districts of New York

U.S. District Court for the District of New Jersey

## Languages

Korean