**EXHIBIT 9**

**SheppardMullin**



# Bridget Russell

**Special Counsel**  
1901 Avenue of the Stars  
Suite 1600  
Los Angeles, CA 90067

T: +1.310.228.2273  
F: +1.310.228.3963  
brussell@sheppardmullin.com

Bridget Russell is special counsel in the Business Trial Practice Group in the firm's Century City office.

**Areas of Practice**

Bridget's practice primarily focuses on securities litigation, shareholder derivative action defense, SEC investigation defense, as well as internal investigations and white collar defense. Bridget has prevailed as named counsel in complex securities fraud class actions under section 10(b) of the Exchange Act of 1934 and has defended derivative claims involving California, Nevada and Delaware corporations. She regularly represents Delaware corporations in responding to demands made under Section 220 of the Delaware General Corporation Law, 8 Del. C. § 220 and has successfully settled numerous demands pre-filing. She has extensive experience with disputes arising in the entertainment industry, whether brought in court or instituted in an arbitration, and has represented studios, production companies and distributors in complex and often cross-border business disputes. She also defends consumer class actions and litigates intellectual property and other general business disputes.

Bridget represents a broad range of clients in the healthcare, banking and finance, retail, entertainment, manufacturing, technology and telecommunications industries. Bridget's practice is national in scope. She appears in federal and state courts throughout California, Ohio, New York, Delaware and Nevada. She is experienced in all stages of litigation from pre-complaint analysis and settlement through pleading motions, discovery, mediation, trial and appeals.

Bridget is a committed *pro bono* attorney. She regularly represents parents in adoption proceedings through Public Counsel and volunteers at the Los Angeles Veterans Affairs offering a broad range of legal advice to veterans.

## Honors

Southern California Rising Star, *Super Lawyers*, 2015-2025

## Experience

**Representative Matters**

- Inc. in a securities litigation class action: won motion to dismiss first amended complaint and successfully defended that judgment at the Fifth Circuit Court of Appeals.

- A pharmaceutical company in a securities litigation class action.
- Workhorse Group in multiple securities litigation class actions and shareholder derivative actions.
- Ontrak, Inc. in multiple securities litigation class actions and shareholder derivative actions.
- Tullett Prebon in litigation related to a securities litigation class action.
- Patriot National in litigation related to a securities litigation class action.
- A manufacturer in a shareholder derivative action alleging breach of fiduciary duty on the part of the Board of Directors as a result of their approval of stock option grants.
- A number of studios, production companies and distributors in arbitrations.
- Retailers and brands in class action lawsuits in courts across the country alleging false advertising relating to their pricing practices.
- Several companies in different lawsuits brought pursuant to Lanham Act and Civil Code Section 3344 claims alleging misappropriation and false advertising.
- Sansum Clinic in an affiliation agreement and through the resulting Federal Trade Commission and California Attorney General investigation.
- Several companies in different lawsuits brought pursuant to the Copyright Act alleging infringement.

## Published Decisions

- *Local 731 I.B. of T. Excavators and Pavers Pension Trust Fund v. Diodes, Inc.*, 67 F.Supp.3d 782, 784 (E.D. Tex., 2014)
- *Local 731 I.B. of T. Excavators and Pavers Pension Trust Fund v. Diodes, Inc.*, 810 F.3d 951, 954 (5th Cir. 2016)

## Articles

- Eye on Privacy 2021 Year in Review
  01.11.2022

**Corporate & Securities Law Blog Posts**

- "Delaware Court of Chancery Holds that a Contractual Delaware Choice of Law Provision Did Not Waive Plaintiff's Claim Under the California Securities Act," February 24, 2021
- "Fourth Circuit Affirms Dismissal of Securities Fraud Complaint Where Inference of Scienter Was Not Sufficiently Strong," April 18, 2014
- "Delaware Court of Chancery Applies Implied Covenant of Good Faith and Fair Dealing to Prohibit An Acquiring Entity From Diverting Revenues to Depress Payouts Under a Contingent Purchase Price Provision," February 20, 2014
- "Ninth Circuit Applies Securities Litigation Uniform Standards Act to Affirm Dismissal of Section 17200 Class Action Involving Variable Life Insurance Policies," January 31, 2013

## Media Mentions

This Check is (Not) in the Mail
*American Lawyer*, 02.06.2018

## Practices

Litigation

Class Action Defense

Financial Services Litigation

France

Privacy and Cybersecurity

Securities Enforcement

Securities Litigation

White Collar Defense and Corporate Investigations

## Industries

Artificial Intelligence

Emerging Company & Venture Capital

Energy, Infrastructure and Project Finance

Entertainment, Technology and Advertising

Financial Services

Healthcare

Insurance

Life Sciences

Private Equity

Wine

## Education

J.D., University of Southern California, 2012, Entertainment Law Certificate, Business Law Certificate

B.A., University of Southern California, 2009, *cum laude*

## Clerkships

Extern to the Honorable Steven V. Wilson, United States District Court, Central District of California

## Admissions

California

U.S. Court of Appeals for the Ninth Circuit

U.S. District Court for the Central District of California