# EXHIBIT 10

# SheppardMullin



# James Salem

**Attorney**
30 Rockefeller Plaza
New York, NY 10112

T: +1.212.634.3017
F: +1.917.438.6150
jsalem@sheppardmullin.com

James Salem is an attorney in the Business Trial Practice Group in the firm's New York office.

**Areas of Practice**

Mr. Salem's practice encompasses general commercial litigation. He has experience with commercial disputes for claims of breach of contract, trade secret misappropriation, copyright infringement, patent infringement, and unfair competition, and with class action data privacy litigation.

Mr. Salem also holds a Master of Fine Arts degree in Musical Theatre Writing from NYU Tisch. He wrote the book and lyrics for the musical "Bending All the Rules," and also has experience as a composer and screenwriter. In 2021, he was a finalist for the Marvin Hamlisch International Music Award for emerging musical theatre artists.

## Articles

- Text Messages as Evidence: The Current State of Affairs in New York State Courts
  *New York Law Journal*, 02.12.2018

**Corporate & Securities Law Blog**

- "Second Circuit Rejects First Circuit's "Extreme Departure" Test for Assessing Materiality of an Alleged Omission of Interim Financial Information From Registration Statement," July 11, 2017

**New York Commercial Division Round Up Blog Posts**

- "Commercial Division Rolls Out Four New Rules Covering Expert Disclosures, Temporary Restraining Order Requirements, Forum Selection Clauses and Trial Length," October 4, 2017
- "New Year, New Rules: More Changes to the Commercial Division Rules Coming in 2017," December 8, 2016

## Practices

Litigation

**Sheppard Mullin**

## Education

J.D., New York University School of Law, 2016, *Jacobson Leadership Program in Law and Business Scholar*

Master of Fine Arts, Musical Theatre Writing, NYU Tisch, 2020

B.A., Macaulay Honors College at Hunter College, 2013, *magna cum laude*

## Admissions

New York

## Languages

Spanish