# EXHIBIT 11

**SheppardMullin**

RECEIVED

2024 AUG 30  PM 6: 15

U-S DISTRICT COURT SDNY

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212.653.8700 main
212.653.8701 main fax
www.sheppardmullin.com

Theodore C. Max
212.653.8702 direct
tmax@sheppardmullin.com

August 30, 2024

**By Hand**
The Honorable Louis L. Stanton
United States District Judge for the
    Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *Chanel, Inc. v. WGACA, LLC et al.*, Case No. 18-cv-2253 (LLS)

Dear Judge Stanton:

    We represent the plaintiff Chanel, Inc. ("Chanel") in the above-referenced matter and respectfully write to provide the Court with courtesy copies of the following items:

    (1)    **A Chart and Universal Serial Bus ("USB") Stick with Chanel, Inc.'s Phase I and II Exhibits:**  A chart and USB containing the exhibits that were admitted into evidence at Phases I and II of the Trial (We would be happy to provide the Court with binders containing these exhibits if this would be of assistance); and

    (2)    **A Chart and USB Stick with Chanel, Inc.'s Phase I Video Clips:**  A chart and USB containing the video clips that were played at Phase I of the Trial.

    We respectfully thank the Court for its attention to this matter.

                                Respectfully submitted,

                                Theodore C. Max

TCM:tm
Enclosures
cc:  Counsel for WGACA (By Hand)

RECEIVED CHAMBERS
OF LOUIS L. STANTON

SEP 23 2024

UNITED STATES      JUDGE

*Chanel, Inc. v. WGACA et al.*
Case No. 1:18-cv-02253 (LLS) (SDNY)

**Index of Deposition Video Clips Played During Trial – Phase I**

| Video Clip No. | Trial Tr. Date | Trial Tr. Page | Witness |
|:---:|:---:|:---:|:---:|
| 1 | 1/19/24 | 876 | Shaughnessy |
| 6 | 1/19/24 | 880 | Shaughnessy |
| 7 | 1/19/24 | 889 | Shaughnessy |
| 8 | 1/19/24 | 891 | Shaughnessy |
| 9 | 1/22/24 | 960 | Parker |
| 11 | 1/22/24 | 969 | Parker |
| 12 | 1/22/24 | 978 | Parker |
| 13 | 1/22/24 | 984 | Parker |
| 14 | 1/22/24 | 1007 | Parker |
| 15 | 1/22/24 | 1047 | Rubin |
| 16 | 1/22/24 | 1050 | Rubin |
| 17 | 1/22/24 | 1051 | Rubin |
| 18 | 1/22/24 | 1060 | Rubin |
| 19 | 1/22/24 | 1061 | Rubin |
| 20 | 1/22/24 | 1069 | Rubin |
| 21 | 1/22/24 | 1070 | Rubin |
| 22 | 1/22/24 | 1071 | Rubin |
| 23 | 1/22/24 | 1073 | Rubin |
| 26 | 1/23/24 | 1094 | Rubin |
| 28 | 1/23/24 | 1103 | Rubin |
| 29 | 1/23/24 | 1103 | Rubin |
| 31 | 1/23/24 | 1110 | Rubin |
| 32 | 1/23/24 | 1113 | Rubin |
| 33 | 1/23/24 | 1136 | Rubin |
| 34 | 1/23/24 | 1138 | Rubin |
| 35 | 1/23/24 | 1145 | Rubin |
| 36 | 1/23/24 | 1146 | Rubin |

*Chanel, Inc. v. WGACA et al.*
Case No. 1:18-cv-02253 (LLS) (SDNY)
Index of Deposition Video Clips Played During Trial – Phase I

| Video Clip No. | Trial Tr. Date | Trial Tr. Page | Witness |
|---|---|---|---|
| 37 | 1/23/24 | 1210 | Bober |
| 38 | 1/23/24 | 1212 | Bober |
| 39 | 1/23/24 | 1213 | Bober |
| 40 | 1/23/24 | 1213 | Bober |
| 41 | 1/23/24 | 1218 | Bober |
| 42 | 1/23/24 | 1219 | Bober |
| 43 | 1/23/24 | 1222 | Bober |
| 44 | 1/23/24 | 1222 | Bober |
| 45 | 1/23/24 | 1222 | Bober |
| 46 | 1/23/24 | 1223 | Bober |
| 83 | 1/23/24 | 1246 | Bober |
| 47 | 1/23/24 | 1246 | Bober |
| 85 | 1/25/24 | 1425 | Bleys |
| [Same as Video Clip No. 85] | 1/26/24 | 1507 | Bleys |
| 48 | 1/26/24 | 1516 | Bober |
| 49 | 1/26/24 | 1517 | Bober |
| 77 | 1/26/24 | 1519 | Bober |
| 50 | 1/30/24 | 1820 | Weisser |
| 51 | 1/30/24 | 1829 | Weisser |
| 52 | 1/30/24 | 1830 | Weisser |
| 54 | 1/30/24 | 1830 | Weisser |
| 53 | 1/30/24 | 1833 | Weisser |
| 55 | 1/30/24 | 1890 | Weisser |
| 56 | 1/30/24 | 1893 | Weisser |
| 58 | 1/30/24 | 1897 | Weisser |
| 59 | 1/30/24 | 1898 | Weisser |
| 60 | 1/30/24 | 1903 | Weisser |
| 61 | 1/31/24 | 1962 | Weisser |
| 63 | 1/31/24 | 1963 | Weisser |

*Chanel, Inc. v. WGACA et al.*
Case No. 1:18-cv-02253 (LLS) (SDNY)
Index of Deposition Video Clips Played During Trial – Phase I

| Video Clip No. | Trial Tr. Date | Trial Tr. Page | Witness |
|---|---|---|---|
| 64 | 1/31/24 | 1965 | Weisser |
| 65 | 1/31/24 | 1965 | Weisser |
| 67 | 1/31/24 | 1975 | Weisser |
| 68 | 1/31/24 | 1976 | Weisser |
| 69 | 1/31/24 | 1977 | Weisser |
| 71 | 1/31/24 | 1986 | Weisser |
| 73 | 1/31/24 | 1991 | Weisser |
| 74 | 1/31/24 | 2006 | Weisser |
| 76 | 1/31/24 | 2014 | Weisser |
| 78 | 2/2/24 [Closing] | 2189 | Bober |
| 80 | 2/2/24 [Closing] | 2190 | Bober |
| 81 | 2/2/24 [Closing] | 2193 (1) | Bober |
| [Same as Video Clip No. 47] | 2/2/24 [Closing] | 2193 (2) | Bober |
| [Same as Video Clip No. 42] | 2/2/24 [Closing] | 2222 | Bober |

**Video_Clip_No**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 289:17 - 289:23 | **Shaughnessy, Devyn 2020-11-04** | 00:00:17 | **Video_Clip_No.1** |

289:17  Q.  And why would you -- why would
289:18      you sell that in retail but not online?
289:19  A.  Because in our retail store
289:20      they can elaborate on something like that
289:21      whereas on our website it is harder to sell
289:22      items sometimes if they are missing a
289:23      strap.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 289:24 - 289:25 | **Shaughnessy, Devyn 2020-11-04** | 00:00:03 | **Video_Clip_No.2** |

289:24  Q.  And you could disclose that on
289:25      the website though, couldn't you?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 290:04 - 290:07 | **Shaughnessy, Devyn 2020-11-04** | 00:00:10 | **Video_Clip_No.3** |

290:04  A.  Even if we disclose it, it
290:05      still can deter a customer, so we would --
290:06      we would just rather choose to sell it in
290:07      one of our stores.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 290:08 - 290:09 | **Shaughnessy, Devyn 2020-11-04** | 00:00:04 | **Video_Clip_No.4** |

290:08  Q.  And then you don't have to put
290:09      the disclosure on the website, correct?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 290:12 - 290:12 | **Shaughnessy, Devyn 2020-11-04** | 00:00:01 | **Video_Clip_No.5** |

290:12  A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 296:25 - 297:19 | **Shaughnessy, Devyn 2020-11-04** | 00:01:06 | **Video_Clip_No.6** |

296:25  Q.  So this e-mail refers to, the
297:01      SHAUGHNESSY
297:02      subject line is "Marque - Colorful Chanel
297:03      Classics." You state "Hi Paige and Ambria,
297:04      I did a breakdown on the Marque Chanel
297:05      bags. All styles appear to have some
297:06      refurbishing whether it be the hardware
297:07      replated/replaced or the painted logo.
297:08      Some pieces are more visible than others in
297:09      the extent of repairs they have undergone."
297:10      Then you ask "Should we keep or return some
297:11      or all of these pieces?"
297:12      What was the ultimate
297:13      conclusion as to whether WGACA returned
297:14      some or all of these Marque Chanel bags?
297:15  A.  We did end up keeping them all.
297:16  Q.  And I take it that you ended

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 297:17   up -- that WGACA ended up selling them as | | |
| | 297:18   well? | | |
| | 297:19 A.  Yes. | | |
| 315:20 - 315:23 | **Shaughnessy, Devyn 2020-11-04** | 00:00:10 | **Video_Clip_No.7** |
| | 315:20 Q.  Have you ever seen any evidence | | |
| | 315:21   suggesting that the Corti bags were made by | | |
| | 315:22   an authorized Chanel factory? | | |
| | 315:23 A.  No. | | |
| 314:03 - 314:18 | **Shaughnessy, Devyn 2020-11-04** | 00:00:32 | **Video_Clip_No.8** |
| | 314:03 Q.  And there is no documentation | | |
| | 314:04   that would tell us what specifically you | | |
| | 314:05   looked at in connection with authenticating | | |
| | 314:06   that bag, right? | | |
| | 314:07 A.  Correct. | | |
| | 314:08 Q.  And there is nothing that would | | |
| | 314:09   tell us whether in fact you did | | |
| | 314:10   authenticate that bag, right? | | |
| | 314:11 A.  Correct. | | |
| | 314:12   MR. KIDDI:  You mean documents? | | |
| | 314:13   MR. PRICE:  Yes, I'm sorry, | | |
| | 314:14   documents. | | |
| | 314:15 Q.  And so anything else you recall | | |
| | 314:16   with regards to your authentication of that | | |
| | 314:17   bag? | | |
| | 314:18 A.  No. | | |
| 42:13 - 42:22 | **Parker, Shannon 2020-12-07** | 00:00:36 | **Video_Clip_No.9** |
| | 42:13 Q.  Okay.  So how would you | | |
| | 42:14   describe WGACA's marketing or advertising | | |
| | 42:15   strategy when you were with the company? | | |
| | 42:16 A.  When I first started there | | |
| | 42:17   really wasn't much of a strategy, to be | | |
| | 42:18   honest.  And then in the beginning it was | | |
| | 42:19   just more so everyone had a say in | | |
| | 42:20   marketing and no real clear leader.  It | | |
| | 42:21   was more so like too many chefs in the | | |
| | 42:22   kitchen, everyone had a say, pretty much. | | |
| 73:09 - 73:15 | **Parker, Shannon 2020-12-07** | 00:00:18 | **Video_Clip_No.10** |
| | 73:09 Q.  And if you had to, you know, | | |
| | 73:10   to estimate, how often was Chanel | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 73:11    featured in WGACA's social media posts as | | |
| | 73:12    opposed to other brands? | | |
| | 73:13  A.  I would say it was | | |
| | 73:14    predominant.  I can't give you a | | |
| | 73:15    percentage, but... | | |
| 73:09 - 73:22 | **Parker, Shannon 2020-12-07** | 00:00:44 | **Video_Clip_No.11** |
| | 73:09  Q.  And if you had to, you know, | | |
| | 73:10    to estimate, how often was Chanel | | |
| | 73:11    featured in WGACA's social media posts as | | |
| | 73:12    opposed to other brands? | | |
| | 73:13  A.  I would say it was | | |
| | 73:14    predominant.  I can't give you a | | |
| | 73:15    percentage, but... | | |
| | 73:16  Q.  Okay.  And was there anyone | | |
| | 73:17    that made that decision that Chanel would | | |
| | 73:18    be predominant in the social media posts, | | |
| | 73:19    or was that just how it ended up | | |
| | 73:20    happening? | | |
| | 73:21  A.  It's just how it ended up | | |
| | 73:22    happening. | | |
| 109:20 - 110:02 | **Parker, Shannon 2020-12-07** | 00:00:22 | **Video_Clip_No.12** |
| | 109:20  Q.  Okay.  Was there a, you know, | | |
| | 109:21    was there a practice that every | | |
| | 109:22    Chanel-related post, social media post | | |
| | 109:23    that WGACA would do would have that | | |
| | 109:24    WGACAChanel hashtag? | | |
| | 109:25  A.  I think so, for a period of | | |
| | 110:01 | | |
| | 110:02    time. | | |
| 118:10 - 118:16 | **Parker, Shannon 2020-12-07** | 00:00:21 | **Video_Clip_No.13** |
| | 118:10  Q.  Okay.  Is this something that | | |
| | 118:11    WGACA frequently did, include quotes from | | |
| | 118:12    Coco Chanel in connection with their | | |
| | 118:13    advertising? | | |
| | 118:14  A.  I'm not sure.  I know this | | |
| | 118:15    quote was used quite frequently.  But I'm | | |
| | 118:16    not sure about the rest of her quotes. | | |
| 158:22 - 159:17 | **Parker, Shannon 2020-12-07** | 00:00:56 | **Video_Clip_No.14** |
| | 158:22  Q.  Do you recall at any time that | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 158:23    you worked at WGACA, anyone ever | | |
| | 158:24    expressing any concern over the use of | | |
| | 158:25    the WGACAChanel hashtag? | | |
| | 159:01 | | |
| | 159:02   A.   Was there anyone at WGACA who | | |
| | 159:03    didn't necessarily agree with it? | | |
| | 159:04   Q.   Yes. | | |
| | 159:05   A.   I think so.  I don't think | | |
| | 159:06    everyone was on board. | | |
| | 159:07   Q.   And who at WGACA do you think | | |
| | 159:08    was not on board with the use of the | | |
| | 159:09    WGACAChanel hashtag? | | |
| | 159:10   A.   I believe it was mostly just | | |
| | 159:11    Nicole and I, we like talked to each | | |
| | 159:12    other about it.  But like never disclosed | | |
| | 159:13    that to anyone else.  Just between us. | | |
| | 159:14   Q.   And what did you and Nicole | | |
| | 159:15    discuss about that WGACAChanel hashtag? | | |
| | 159:16   A.   That it just didn't make | | |
| | 159:17    sense, like, necessarily. | | |
| 19:16 - 19:21 | **Rubin, Paige 2020-11-10** | 00:00:20 | **Video_Clip_No.15** |
| | 19:16    Now, you said you had training with | | |
| | 19:17    regards to brand history. | | |
| | 19:18    Apart from that booklet, did you | | |
| | 19:19    receive any training from WGACA with regards to | | |
| | 19:20    brand history? | | |
| | 19:21   A.   I don't recall.  I don't believe so. | | |
| 23:03 - 23:05 | **Rubin, Paige 2020-11-10** | 00:00:08 | **Video_Clip_No.16** |
| | 23:03   Q.   So there was nobody -- nobody gave | | |
| | 23:04    you instructions with regard to brand history? | | |
| | 23:05   A.   I don't recall. | | |
| 24:22 - 24:24 | **Rubin, Paige 2020-11-10** | 00:00:06 | **Video_Clip_No.17** |
| | 24:22   Q.   And did you have any involvement with | | |
| | 24:23    Chanel at Bloomingdale's? | | |
| | 24:24   A.   No. | | |
| 34:18 - 34:25 | **Rubin, Paige 2020-11-10** | 00:00:56 | **Video_Clip_No.18** |
| | 34:18   Q.   Does that make a difference whether | | |
| | 34:19    it has a serial number or not? | | |
| | 34:20   A.   The customers strongly prefer bags | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 34:21    with serial numbers or at least with the presence | | |
| | 34:22    of a sticker.  But I mean, real stickers can be | | |
| | 34:23    added to fake bags and kind of vice versa, so the | | |
| | 34:24    sticker would never be the only thing that | | |
| | 34:25    matters. | | |
| 45:21 - 46:08 | **Rubin, Paige 2020-11-10** | 00:00:28 | **Video_Clip_No.19** |
| | 45:21    Was someone in the receiving group | | |
| | 45:22    responsible for authentication? | | |
| | 45:23  A.  No. | | |
| | 45:24  Q.  There was no authentication by the | | |
| | 45:25    receiving group? | | |
| | 46:01 | | |
| | 46:02  A.  No. | | |
| | 46:03  Q.  Okay. | | |
| | 46:04    Were there any authentication experts | | |
| | 46:05    in the receiving group? | | |
| | 46:06  A.  No.  We were interested in | | |
| | 46:07    authentication, but it was no one's responsibility | | |
| | 46:08    on that team. | | |
| 77:11 - 77:19 | **Rubin, Paige 2020-11-10** | 00:00:32 | **Video_Clip_No.20** |
| | 77:11  Q.  Between Ms. Shaughnessy, Sun Li and | | |
| | 77:12    yourself, was there any differentiation of | | |
| | 77:13    responsibility as to what brands you would | | |
| | 77:14    authenticate? | | |
| | 77:15  A.  Well, I didn't authenticate.  I would | | |
| | 77:16    buy and then they would authenticate and it was | | |
| | 77:17    more Sun would authenticate the product in Japan | | |
| | 77:18    and Devyn would authenticate the product in the | | |
| | 77:19    United States. | | |
| 81:07 - 81:21 | **Rubin, Paige 2020-11-10** | 00:00:49 | **Video_Clip_No.21** |
| | 81:07  Q.  Did you have any role in determining | | |
| | 81:08    whether an item should be offered for sale or not | | |
| | 81:09    to consumers? | | |
| | 81:10  A.  That was the decision of the | | |
| | 81:11    authenticators. | | |
| | 81:12  Q.  So the authenticators made that | | |
| | 81:13    decision? | | |
| | 81:14  A.  Yes.  It was their call. | | |
| | 81:15  Q.  Were the authenticators ever | | |
| | 81:16    overruled by other people with regards to whether | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 81:17    or not to sell a particular item that might be of | | |
| | 81:18    possibly suspect quality or authenticity? | | |
| | 81:19  A.  No.  It was always the | | |
| | 81:20    authenticators' responsibility to make the final | | |
| | 81:21    call. | | |
| 80:06 - 80:19 | **Rubin, Paige 2020-11-10** | 00:00:55 | **Video_Clip_No.22** |
| | 80:06  Q.  What's the process of authentication? | | |
| | 80:07  A.  First and foremost, like visual and | | |
| | 80:08    touching.  Does it feel like high quality?  You | | |
| | 80:09    can even smell it and see if it smells like | | |
| | 80:10    plastic.  Then looking at everywhere that the | | |
| | 80:11    brand name is stamped and either comparing it with | | |
| | 80:12    images of real items or with kind of your | | |
| | 80:13    understanding of what the -- it should look like. | | |
| | 80:14    That's kind of the general process.  Then looking | | |
| | 80:15    at other very specific details, such as maybe | | |
| | 80:16    screws or stitches. | | |
| | 80:17  Q.  Anything else? | | |
| | 80:18  A.  That's all that I can think of at the | | |
| | 80:19    moment. | | |
| 98:02 - 99:03 | **Rubin, Paige 2020-11-10** | 00:01:31 | **Video_Clip_No.23** |
| | 98:02  A.  All of the -- the process is the same | | |
| | 98:03    for every item:  Carefully checking its font, | | |
| | 98:04    leveraging pictures of authentic items if need be. | | |
| | 98:05  Q.  When you say leveraging, what do you | | |
| | 98:06    mean by that? | | |
| | 98:07  A.  Searching for photos either from | | |
| | 98:08    Chanel's website or from reliable sources that | | |
| | 98:09    they can compare to the item in question. | | |
| | 98:10  Q.  Okay. | | |
| | 98:11    So you go to Chanel's website and see | | |
| | 98:12    if there's anything on Chanel's website?  Is that | | |
| | 98:13    what you mean by Chanel's website? | | |
| | 98:14  A.  Yes. | | |
| | 98:15  Q.  And then you said reliable sources. | | |
| | 98:16    Who are the reliable sources? | | |
| | 98:17  A.  Different resellers with reputations | | |
| | 98:18    that we trust. | | |
| | 98:19  Q.  Can you identify those resellers that | | |
| | 98:20    you consider reliable sources? | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 98:21 A. Well, even from these sources, you | | | |
| | 98:22    can't take that alone.  It would never be off of | | | |
| | 98:23    one picture from one of these sources. | | | |
| | 98:24 Q. Can you identify the reliable sources | | | |
| | 98:25    that you're referring to? | | | |
| | 99:01 | | | |
| | 99:02 A. I think an example of one is | | | |
| | 99:03    Fashionphile. | | | |
| 86:17 - 87:06 | **Rubin, Paige 2020-11-10** | | 00:00:40 | **Video_Clip_No.26** |
| | 86:17    And my question was if you were | | | |
| | 86:18    responsible for authentication, would you have | | | |
| | 86:19    checked those numbers? | | | |
| | 86:20    MR. KIDDI:  Same objection. | | | |
| | 86:21    Speculation. | | | |
| | 86:22    Hypothetical. | | | |
| | 86:23 A. As I told you, I did run the numbers | | | |
| | 86:24    and I didn't find anything, so I don't -- as you | | | |
| | 86:25    know, Chanel has several different serial | | | |
| | 87:01 | | | |
| | 87:02    numbers -- and I mean thousands of them -- and it | | | |
| | 87:03    was a list of maybe ten, so I don't know that it | | | |
| | 87:04    would be as useful to devoting the time to very | | | |
| | 87:05    specifically checking the visible details on the | | | |
| | 87:06    bag. | | | |
| 185:10 - 185:12 | **Rubin, Paige 2020-11-10** | | 00:00:14 | **Video_Clip_No.28** |
| | 185:10 Q. Did WGACA ever buy retouched items | | | |
| | 185:11    during your tenure at WGACA? | | | |
| | 185:12 A. Yes. | | | |
| 203:07 - 203:08 | **Rubin, Paige 2020-11-10** | | 00:00:05 | **Video_Clip_No.29** |
| | 203:07 Q. What are the claims that are being | | | |
| | 203:08    referred to in this email? | | | |
| 203:11 - 203:22 | **Rubin, Paige 2020-11-10** | | 00:00:31 | **Video_Clip_No.30** |
| | 203:11 A. As I described before, it was a | | | |
| | 203:12    frequent circumstance that someone would have | | | |
| | 203:13    amateurly authenticated their own bag and been | | | |
| | 203:14    very upset, so if we had one on hand that would | | | |
| | 203:15    more closely align to what they would expect and | | | |
| | 203:16    they would desire their bag to look like and it | | | |
| | 203:17    was the same style, we could send them a new one, | | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 203:18     which is often what they preferred. | | |
| | 203:19  Q.  Were these claims by consumers that | | |
| | 203:20     bags -- that they didn't believe the bags were | | |
| | 203:21     authentic? | | |
| | 203:22  A.  Yes. | | |
| 166:21 - 167:12 | **Rubin, Paige 2020-11-10** | 00:00:44 | **Video_Clip_No.31** |
| | 166:21  Q.  Did WGACA tell Christie's that this | | |
| | 166:22     particular item had been repaired? | | |
| | 166:23  A.  I don't recall. | | |
| | 166:24  Q.  Well, did you tell Christie's that | | |
| | 166:25     this item had been repaired? | | |
| | 167:01 | | |
| | 167:02  A.  I don't recall. | | |
| | 167:03  Q.  Is that something you think you would | | |
| | 167:04     remember? | | |
| | 167:05  A.  No, I really don't recall.  This | | |
| | 167:06     auction was a lot of work and honestly, you know, | | |
| | 167:07     we spent hours on it. | | |
| | 167:08  Q.  Well, this was in 2018 in September. | | |
| | 167:09     So it's not that long ago.  You have no | | |
| | 167:10     recollection? | | |
| | 167:11  A.  I don't remember in particular if | | |
| | 167:12     there were many items in this catalog. | | |
| 170:22 - 171:03 | **Rubin, Paige 2020-11-10** | 00:00:21 | **Video_Clip_No.32** |
| | 170:22  Q.  But you didn't think it was important | | |
| | 170:23     to mention that this particular belt was repaired? | | |
| | 170:24  A.  I think it was a very busy time and I | | |
| | 170:25     wasn't the one requesting the repair, so I don't | | |
| | 171:01 | | |
| | 171:02     recall whether or not it was something that I | | |
| | 171:03     mentioned to them. | | |
| 261:06 - 262:20 | **Rubin, Paige 2020-11-10** | 00:01:50 | **Video_Clip_No.33** |
| | 261:06  Q.  Ms. Solomon responded to your email | | |
| | 261:07     and asked that WGACA post photos of the | | |
| | 261:08     authentication card and serial number rather than | | |
| | 261:09     typing the serial number. | | |
| | 261:10     Do you see that? | | |
| | 261:11  A.  Yes. | | |
| | 261:12  Q.  She asked that you confirm -- you do | | |
| | 261:13     that in the future, correct? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

261:14  A.  Yes.

261:15  Q.  And your response to that email was

261:16      what?

261:17  A.  That we'd prefer not to do that.

261:18  Q.  What's that?

261:19  A.  That we would prefer not to do that.

261:20  Q.  Why did WGACA prefer not to do that?

261:21  A.  Because I consulted with Seth in

261:22      regards to the response and I was instructed to

261:23      reply that.

261:24  Q.  And what did he instruct you to

261:25      reply?

262:01

262:02  A.  He instructed me to reply it would be

262:03      too expensive to do this and that we would -- that

262:04      if they wanted us to provide them, then we would

262:05      say that Chanel had ensured the authenticity of

262:06      those items and that's the only condition under

262:07      which we would be willing to provide them.

262:08  Q.  What was the -- did you do an

262:09      analysis of the cost of adding the shots?

262:10  A.  No, not that I'm aware of.

262:11  Q.  Okay.

262:12      Did Mr. Weisser do any analysis of

262:13      providing the additional shots?

262:14  A.  Not that I'm aware of.

262:15  Q.  So how did you know that the cost was

262:16      prohibitive?

262:17  A.  I was told to reply that.

262:18  Q.  That's what Mr. Weisser told you to

262:19      say?

262:20  A.  Yes.

| 269:08 - 269:12 | **Rubin, Paige 2020-11-10** | 00:00:29 | **Video_Clip_No.34** |

269:08      What steps did you take to ensure

269:09      that no bag bearing serial number 17688191 would

269:10      be sold by WGACA?

269:11  A.  I don't recall specific measures

269:12      related to that one serial number.

| 245:19 - 245:24 | **Rubin, Paige 2020-11-10** | 00:00:17 | **Video_Clip_No.35** |

245:19  Q.  The one on the bottom, number 12, the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 245:20    Chanel red lamb half flap mini, when was that | | |
| | 245:21    particular bag sold? | | |
| | 245:22   A.   When was it what? | | |
| | 245:23   Q.   Sold. I'm sorry. | | |
| | 245:24   A.   February 12th of 2015. | | |
| 259:14 - 259:24 | **Rubin, Paige 2020-11-10** | 00:00:48 | **Video_Clip_No.36** |
| | 259:14    And the bag that has the SKU number | | |
| | 259:15    that you gave me, Q6B01Z1IR900, what bag is that? | | |
| | 259:16   A.   The East West, as it's referred to. | | |
| | 259:17   Q.   Right. | | |
| | 259:18    That's the same bag that's at 1013, | | |
| | 259:19    Exhibit 1013, correct? | | |
| | 259:20   A.   Yes. | | |
| | 259:21   Q.   When was that bag sold? | | |
| | 259:22   A.   In July of 2015. | | |
| | 259:23   Q.   Which is after your email, correct? | | |
| | 259:24   A.   Yes. | | |
| 379:23 - 380:08 | **Bober, Frank 2021-02-03** | 00:00:31 | **Video_Clip_No.37** |
| | 379:23   Q.   Okay. And so did WGACA do | | |
| | 379:24    anything to verify that Ms. Rubin's | | |
| | 379:25    explanation that she gave to Chanel about | | |
| | 380:01    F. BOBER | | |
| | 380:02    the typo in the serial number, whether that | | |
| | 380:03    was actually correct prior to her sending | | |
| | 380:04    the e-mail? | | |
| | 380:05   A.   No, not that I know of. I | | |
| | 380:06    wasn't there, but my investigation doesn't | | |
| | 380:07    indicate that we did anything other than | | |
| | 380:08    have faith in her research. | | |
| 380:23 - 381:15 | **Bober, Frank 2021-02-03** | 00:00:50 | **Video_Clip_No.38** |
| | 380:23   Q.   So just I'm going to ask you a | | |
| | 380:24    couple of questions regarding the headings | | |
| | 380:25    that are on the top of the chart. | | |
| | 381:01    F. BOBER | | |
| | 381:02    So if you look probably, I | | |
| | 381:03    haven't zoomed in, but it looks to be a | | |
| | 381:04    little bit more than halfway, or a little | | |
| | 381:05    bit to the right of the halfway mark of the | | |
| | 381:06    page, but there is a column entitled Final | | |
| | 381:07    Sold to Customer. Do you see that? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

381:08  A.  Yeah.
381:09  Q.  And then there is a number of
381:10       names, you know, I see Fenwick, I see Ralph
381:11       Lauren, and some individual names.  What
381:12       does that column represent?  Is that the
381:13       individual or I guess sometimes entity to
381:14       which the item was sold?
381:15  A.  I believe so, yes.

| 382:20 - 383:02 | **Bober, Frank 2021-02-03** | 00:00:13 | **Video_Clip_No.39** |
|---|---|---|---|

382:20  Q.  Okay.  And then the Sold Date,
382:21       that's the date that it was sold to that
382:22       individual, the next column?
382:23  A.  Yes.
382:24  Q.  And the Sold Price is the price
382:25       at which it was sold?
383:01       F. BOBER
383:02  A.  Yes.

| 381:16 - 382:19 | **Bober, Frank 2021-02-03** | 00:01:15 | **Video_Clip_No.40** |
|---|---|---|---|

381:16  Q.  And then the next column there
381:17       is the Final Sold Channel, and that would
381:18       reflect, you know, the channel which it was
381:19       sold.  So if you look at, for instance, the
381:20       Fenwick, or Bop LLC, Shopbop, there is a
381:21       wholesale next to that, right?
381:22  A.  Uh-huh.
381:23  Q.  And that would signify it was
381:24       sold to Shopbop, and Shopbop is a wholesale
381:25       customer, right?
382:01       F. BOBER
382:02  A.  Yup.
382:03  Q.  And then if you look up above
382:04       the Shopbop there is a name Kaye Reed and
382:05       then that says HQ Soho, so that would
382:06       indicate --
382:07  A.  Where are we?  Which line are
382:08       you on?
382:09  Q.  I'm sorry, it is the one above
382:10       the Shopbop, line 5.
382:11  A.  Line 5, okay, yeah, I see it.
382:12  Q.  And so you have an individual's

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 382:13    name there, it looks like Kaye Reed, and it | | |
| | 382:14    has it looks like an indication of the Soho | | |
| | 382:15    store.  So would that to your knowledge | | |
| | 382:16    indicate that that bag was sold via retail | | |
| | 382:17    in the Soho location to the man or woman | | |
| | 382:18    that is listed there, Kaye Reed? | | |
| | 382:19  A.  Yes. | | |
| 388:02 - 388:07 | **Bober, Frank 2021-02-03** | 00:00:20 | **Video_Clip_No.41** |
| | 388:02  Q.  So the 828 bag, the typo was | | |
| | 388:03    from a bag that had already been sold by | | |
| | 388:04    WGACA at the time that the cease and desist | | |
| | 388:05    letter was received, right? | | |
| | 388:06  A.  Yes, it was sold before that | | |
| | 388:07    letter. | | |
| 390:15 - 390:23 | **Bober, Frank 2021-02-03** | 00:00:29 | **Video_Clip_No.42** |
| | 390:15  Q.  So is WGACA taking the position | | |
| | 390:16    in this lawsuit that it did not sell a bag | | |
| | 390:17    bearing Chanel serial number 17688191 on | | |
| | 390:18    July 29th, 2015? | | |
| | 390:19  A.  Why would we take such a | | |
| | 390:20    position? | | |
| | 390:21  Q.  I'm asking you. | | |
| | 390:22  A.  Well, of course not.  Obviously | | |
| | 390:23    we did sell it. | | |
| 394:20 - 394:23 | **Bober, Frank 2021-02-03** | 00:00:11 | **Video_Clip_No.43** |
| | 394:20    In what way would WGACA being | | |
| | 394:21    permitted to say that it partnered with | | |
| | 394:22    Chanel add value to either WGACA or its | | |
| | 394:23    customers? | | |
| 395:05 - 395:07 | **Bober, Frank 2021-02-03** | 00:00:09 | **Video_Clip_No.44** |
| | 395:05  Q.  So WGACA saw value in being | | |
| | 395:06    able to associate itself with Chanel, at | | |
| | 395:07    least in respect to this e-mail, right? | | |
| 395:10 - 395:17 | **Bober, Frank 2021-02-03** | 00:00:26 | **Video_Clip_No.82** |
| | 395:10  A.  I mean, I think what I just | | |
| | 395:11    said, they are a very famous brand, and if | | |
| | 395:12    they further endorsed us, that would be | | |
| | 395:13    helpful, and it would be value add, I think | | |
| | 395:14    her characterization is correct. It doesn't | | |

**Video_Clip_No**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 395:15   have anything to do with the authenticity | | |
| | 395:16   of the product, but it would be added value | | |
| | 395:17   and our customers would like it. | | |
| 401:21 - 402:07 | **Bober, Frank 2021-02-03** | 00:00:27 | **Video_Clip_No.45** |
| | 401:21  Q.  Okay.  So I think we went over | | |
| | 401:22      this, but WGACA's cease and desist letter | | |
| | 401:23      that we looked at in Exhibit 112, that was | | |
| | 401:24      triggered by the serial number information | | |
| | 401:25      that WGACA had posted on its web that | | |
| | 402:01      F. BOBER | | |
| | 402:02      Chanel had seen and determined that there | | |
| | 402:03      was a counterfeit issue there, right?  It | | |
| | 402:04      was the posting of the serial number that | | |
| | 402:05      triggered the cease and desist letter, | | |
| | 402:06      right? | | |
| | 402:07  A.  Yes. | | |
| 402:25 - 403:04 | **Bober, Frank 2021-02-03** | 00:00:11 | **Video_Clip_No.46** |
| | 402:25  Q.  Okay.  And does WGACA still | | |
| | 403:01      F. BOBER | | |
| | 403:02      include the serial/date code information on | | |
| | 403:03      its website listings -- | | |
| | 403:04  A.  I don't think we do. | | |
| 293:07 - 293:09 | **Bober, Frank 2020-10-07** | 00:00:09 | **Video_Clip_No.83** |
| | 293:07  Q.  Why did you stop using it? | | |
| | 293:08  A.  Because we thought that that | | |
| | 293:09      was potentially confusing to the customer. | | |
| 518:10 - 518:19 | **Bober, Frank 2021-02-03** | 00:00:32 | **Video_Clip_No.47** |
| | 518:10  Q.  What do you recall about the | | |
| | 518:11      discussions that you had with Mr. Weisser | | |
| | 518:12      about stopping using the WGACACHANEL | | |
| | 518:13      hashtag? | | |
| | 518:14  A.  My recollection is that it | | |
| | 518:15      doesn't help us and it could just put us in | | |
| | 518:16      a position of potentially somehow conveying | | |
| | 518:17      association that we didn't have and didn't | | |
| | 518:18      want to have, and so we just felt it was | | |
| | 518:19      prudent to not use it. | | |
| 515:16 - 515:18 | **Bober, Frank 2021-02-03** | 00:00:08 | **Video_Clip_No.48** |
| | 515:16  Q.  Would WGACA today refer to | | |

**Video_Clip_No**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 515:17   products as WGACACHANEL products? | | |
| | 515:18  A.  No. | | |
| 488:10 - 488:18 | **Bober, Frank 2021-02-03** | 00:00:34 | **Video_Clip_No.49** |
| | 488:10  Q.  And then if you look at the | | |
| | 488:11       tenth page of the exhibit, you will see a | | |
| | 488:12       reference to "a sea of Chanel," you see | | |
| | 488:13       that? | | |
| | 488:14  A.  Yeah. | | |
| | 488:15  Q.  In that case it looks like the | | |
| | 488:16       "Chanel," it is italicized and it is in the | | |
| | 488:17       font that the What Goes Around Comes Around | | |
| | 488:18       name is in.  Do you see that? | | |
| 488:21 - 489:19 | **Bober, Frank 2021-02-03** | 00:01:15 | **Video_Clip_No.84** |
| | 488:21  A.  Is there a question? | | |
| | 488:22  Q.  Yeah.  Do you see that | | |
| | 488:23       italicized version of the Chanel name | | |
| | 488:24       there? | | |
| | 488:25  A.  I see it. | | |
| | 489:01       F. BOBER | | |
| | 489:02  Q.  Okay.  So why were these | | |
| | 489:03       different stylizations of Chanel's name | | |
| | 489:04       used in WGACA's advertisements? | | |
| | 489:05  A.  Well, I think that you'll see | | |
| | 489:06       that -- it will take me a second -- I think | | |
| | 489:07       that you'll see that that's the only one, | | |
| | 489:08       and I think that we probably wouldn't do | | |
| | 489:09       that any more, because that -- and we don't | | |
| | 489:10       do that.  We don't change the mark. | | |
| | 489:11  Q.  You did it in that instance | | |
| | 489:12       that I just pointed out? | | |
| | 489:13  A.  It looks that way. | | |
| | 489:14  Q.  Okay.  And why don't you do it | | |
| | 489:15       anymore? | | |
| | 489:16  A.  I think we don't want to fool | | |
| | 489:17       around with the logo of the company that | | |
| | 489:18       you're showing.  I think that was probably | | |
| | 489:19       a mistake. | | |
| 492:14 - 492:18 | **Bober, Frank 2021-02-03** | 00:00:10 | **Video_Clip_No.77** |
| | 492:14  Q.  And my question is do you know | | |
| | 492:15       why that was the case, why the Chanel name | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

492:16    was made larger than the What Goes Around
492:17    Comes Around name?
492:18  A.  Just for sales.

| 48:08 - 48:10 | **Weisser, Seth 2020-10-22** | 00:00:07 | **Video_Clip_No.50** |

48:08  Q.  Are you the highest paid person
48:09    in your company?
48:10  A.  I am.

| 72:14 - 72:15 | **Weisser, Seth 2020-10-22** | 00:00:03 | **Video_Clip_No.51** |

72:14  Q.  Is your company profitable?
72:15  A.  Yes.

| 148:02 - 148:05 | **Weisser, Seth 2020-10-22** | 00:00:08 | **Video_Clip_No.52** |

148:02  Q.  Is the public relations
148:03    department or group at your company
148:04    responsible for social media posts?
148:05  A.  Yes.

| 99:15 - 100:02 | **Weisser, Seth 2020-10-22** | 00:00:31 | **Video_Clip_No.53** |

99:15  Q.  Does your company take any
99:16    actions to clear content before it is
99:17    posted through e-mail solicitations or
99:18    posted on its website?
99:19  A.  What type of actions?
99:20  Q.  Get permission, get clearance,
99:21    model clearances, permission from owners of
99:22    the trademarks, owners of the copyrights,
99:23    owners of right of publicity.
99:24  A.  I mean, no, unless we have, you
99:25    know, something that requires that, but we
100:01    WEISSER
100:02    really don't do that, so it's not needed.

| 150:17 - 150:21 | **Weisser, Seth 2020-10-22** | 00:00:13 | **Video_Clip_No.54** |

150:17  Q.  And in 2017, who was
150:18    responsible for selecting or creating the
150:19    company's hashtags?
150:20  A.  It looks like this woman
150:21    Shannon was handling this at the time.

| 103:21 - 104:06 | **Weisser, Seth 2020-10-22** | 00:00:28 | **Video_Clip_No.55** |

103:21  Q.  Can you describe briefly for
103:22    me, what is a -- can you describe briefly
103:23    what you understand an internet influence

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 103:24      to be? | | |
| | 103:25  A.  I mean, right now it is someone | | |
| | 104:01      WEISSER | | |
| | 104:02      who has a following and people respond to | | |
| | 104:03      their suggestions or their style or their | | |
| | 104:04      food, you know, influence goes across every | | |
| | 104:05      medium, so it is someone who influences | | |
| | 104:06      people. | | |
| 158:11 - 158:14 | **Weisser, Seth 2020-10-22** | 00:00:11 | **Video_Clip_No.56** |
| | 158:11      Do you know how many internet | | |
| | 158:12      influencers were compensated with a Chanel | | |
| | 158:13      handbag by your company? | | |
| | 158:14  A.  No. | | |
| 158:16 - 158:21 | **Weisser, Seth 2020-10-22** | 00:00:11 | **Video_Clip_No.57** |
| | 158:16      MS. PIETRINI:  At any point. | | |
| | 158:17  A.  No. | | |
| | 158:18  Q.  The internet has only been | | |
| | 158:19      around for not all of your time, probably | | |
| | 158:20      not in the format since '93. | | |
| | 158:21  A.  I still don't know. | | |
| 319:11 - 319:16 | **Weisser, Seth 2020-10-22** | 00:00:17 | **Video_Clip_No.58** |
| | 319:11  Q.  Is it more beneficial for your | | |
| | 319:12      company to sell luxury brands to a retail | | |
| | 319:13      store that already has those luxury brands | | |
| | 319:14      in it, like, for example, fragrance and | | |
| | 319:15      beauty? | | |
| | 319:16  A.  No. | | |
| 65:20 - 66:18 | **Weisser, Seth 2020-10-22** | 00:00:57 | **Video_Clip_No.59** |
| | 65:20  Q.  Okay.  I'm referring to | | |
| | 65:21      something that is more like separated, | | |
| | 65:22      cordoned off, if you will, that's probably | | |
| | 65:23      not the correct word, but where you have a | | |
| | 65:24      delineated space that's only your products. | | |
| | 65:25  A.  Well, are you referring to | | |
| | 66:01      WEISSER | | |
| | 66:02      something like a true shop in shop? | | |
| | 66:03  Q.  I don't know what that means, | | |
| | 66:04      sorry. | | |
| | 66:05  A.  Well, Chanel has a cosmetic | | |

**Video_Clip_No**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 66:06    counter in a store which is a dedicated | | |
| | 66:07    section to Chanel's cosmetics, that's a | | |
| | 66:08    shop in shop. | | |
| | 66:09    Q.   Okay, yes, then I would be | | |
| | 66:10    referring to a shop in shop then. I'm | | |
| | 66:11    learning new words today. Thank you. | | |
| | 66:12    A.   Good. I could give you a | | |
| | 66:13    retail education. I mean, we have sections | | |
| | 66:14    in a lot of places, but the majority of | | |
| | 66:15    them are just not with our brand on them. | | |
| | 66:16    So our biggest, you know, partner is | | |
| | 66:17    Dillard's, but the department doesn't say | | |
| | 66:18    What Goes Around Comes Around directly. | | |
| 70:21 - 70:23 | **Weisser, Seth 2020-10-22** | 00:00:05 | **Video_Clip_No.60** |
| | 70:21    Q.   Would you estimate it to be | | |
| | 70:22    more than 50 percent? | | |
| | 70:23    A.   No, it is not. | | |
| 27:08 - 27:14 | **Weisser, Seth 2020-10-22** | 00:00:15 | **Video_Clip_No.61** |
| | 27:08    Q.   Have you heard the term | | |
| | 27:09    "provenance" used in your dealings with any | | |
| | 27:10    auction houses? | | |
| | 27:11    A.   Yes. | | |
| | 27:12    Q.   In your experience, is that | | |
| | 27:13    information -- is that important | | |
| | 27:14    information for the auction houses to know? | | |
| 27:17 - 27:23 | **Weisser, Seth 2020-10-22** | 00:00:14 | **Video_Clip_No.62** |
| | 27:17    A.   I mean, auction houses should | | |
| | 27:18    know what they are selling to be able to | | |
| | 27:19    know the authenticity and origin of the | | |
| | 27:20    goods they are offering. | | |
| | 27:21    Q.   And would you consider that to | | |
| | 27:22    be important information? | | |
| | 27:23    A.   Yes. | | |
| 315:18 - 316:03 | **Weisser, Seth 2020-10-22** | 00:00:25 | **Video_Clip_No.63** |
| | 315:18    Did you provide -- did your | | |
| | 315:19    company provide any information about the | | |
| | 315:20    condition, provenance or authenticity of | | |
| | 315:21    the products that were being auctioned off | | |
| | 315:22    at the Christie's auction? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 315:23  A.  When requested, as best as we | | |
| | 315:24      could. | | |
| | 315:25  Q.  Repeat that.  I'm sorry. | | |
| | 316:01      WEISSER | | |
| | 316:02  A.  When requested by Christie's, | | |
| | 316:03      as best as we could. | | |
| 318:16 - 318:20 | **Weisser, Seth 2020-10-22** | 00:00:13 | **Video_Clip_No.64** |
| | 318:16  Q.  Did Christie's, before you | | |
| | 318:17      signed this contract, tell you that it was | | |
| | 318:18      waiving or didn't expect compliance with | | |
| | 318:19      certain provisions of the contract? | | |
| | 318:20  A.  No. | | |
| 80:08 - 80:10 | **Weisser, Seth 2020-10-22** | 00:00:05 | **Video_Clip_No.65** |
| | 80:08  Q.  Do you believe that your | | |
| | 80:09      company competes for sales with the Chanel | | |
| | 80:10      boutiques? | | |
| 80:13 - 80:15 | **Weisser, Seth 2020-10-22** | 00:00:06 | **Video_Clip_No.66** |
| | 80:13  A.  I guess, you know, if somebody | | |
| | 80:14      wants to buy a Chanel or an alternative, so | | |
| | 80:15      yes, I guess we do compete with Chanel. | | |
| 254:03 - 254:10 | **Weisser, Seth 2020-10-22** | 00:00:22 | **Video_Clip_No.67** |
| | 254:03      How would you determine whether | | |
| | 254:04      products that are of the nature of tissue | | |
| | 254:05      boxes, mirrors, snow globes, promotional | | |
| | 254:06      items, whether they were intended for | | |
| | 254:07      resale by Chanel? | | |
| | 254:08  A.  I don't really care if they | | |
| | 254:09      were intended for resale or not, that | | |
| | 254:10      doesn't matter to me. | | |
| 259:11 - 259:23 | **Weisser, Seth 2020-10-22** | 00:00:34 | **Video_Clip_No.68** |
| | 259:11  Q.  You say gifted or | | |
| | 259:12      transferred.  Is that your understanding of | | |
| | 259:13      promotional products, that they have been | | |
| | 259:14      gifted or transferred to someone from | | |
| | 259:15      Chanel? | | |
| | 259:16  A.  I don't know how the | | |
| | 259:17      transaction is done.  Obviously Chanel | | |
| | 259:18      offers gifts with purchase, so that would | | |
| | 259:19      be gifted.  If an item was in a Chanel | | |

**Video_Clip_No**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 259:20    reseller or retailer, and then it found its | | |
| | 259:21    way to the secondary market, I'm not sure | | |
| | 259:22    how it got into the secondary market, but | | |
| | 259:23    once it is, it's fair game. | | |
| 263:06 - 263:08 | **Weisser, Seth 2020-10-22** | 00:00:08 | **Video_Clip_No.69** |
| | 263:06   Q.   And what is this company, is it | | |
| | 263:07      a person or a company, Hoi Ting Lee? | | |
| | 263:08   A.   I'm not sure. | | |
| 263:20 - 263:23 | **Weisser, Seth 2020-10-22** | 00:00:07 | **Video_Clip_No.70** |
| | 263:20   Q.   And this company, Hoi Ting Lee, | | |
| | 263:21      can you tell me, is it a person or a | | |
| | 263:22      company? | | |
| | 263:23   A.   I said I don't know. | | |
| 177:25 - 178:04 | **Weisser, Seth 2020-10-22** | 00:00:06 | **Video_Clip_No.71** |
| | 177:25   Q.   If the used car that you bought | | |
| | 178:01      WEISSER | | |
| | 178:02      had a new windshield put in it before you | | |
| | 178:03      bought it, would that have been something | | |
| | 178:04      you would have wanted to know? | | |
| 178:07 - 178:11 | **Weisser, Seth 2020-10-22** | 00:00:12 | **Video_Clip_No.72** |
| | 178:07   A.   Again, you know, yes, I want to | | |
| | 178:08      know everything about anything I buy.  It | | |
| | 178:09      doesn't matter what detail it is, when you | | |
| | 178:10      buy things you want to know the information | | |
| | 178:11      that you can obtain about the item. | | |
| 201:09 - 201:15 | **Weisser, Seth 2020-10-22** | 00:00:15 | **Video_Clip_No.73** |
| | 201:09   Q.   And by on approval, what are | | |
| | 201:10      you referring to? | | |
| | 201:11   A.   We have vendors who send us | | |
| | 201:12      boxes of stuff that we select that we don't | | |
| | 201:13      pay for until we inspect the goods and | | |
| | 201:14      approve the purchase.  It is a typical | | |
| | 201:15      buying practice. | | |
| 269:22 - 269:24 | **Weisser, Seth 2020-10-22** | 00:00:05 | **Video_Clip_No.74** |
| | 269:22   Q.   Do you believe that your | | |
| | 269:23      company's authentication process is | | |
| | 269:24      flawless? | | |
| 270:03 - 270:07 | **Weisser, Seth 2020-10-22** | 00:00:14 | **Video_Clip_No.75** |

**Video_Clip_No**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 270:03  A.  I think we are pretty secure | | **Video_Clip_No.75** |
| | 270:04      that we haven't had any problems with it, | | |
| | 270:05      so flawless is a dangerous term to use, but | | |
| | 270:06      I would say we are comfortable that we are | | |
| | 270:07      secure with our process. | | |
| 294:08 - 294:12 | **Weisser, Seth 2020-10-22** | 00:00:15 | **Video_Clip_No.76** |
| | 294:08  Q.  Do you believe that the theft | | |
| | 294:09      at Chanel's factory, the Corti Renato | | |
| | 294:10      factory in Italy, did not happen? | | |
| | 294:11  A.  I believe it happened.  It is | | |
| | 294:12      what the police report indicates. | | |
| 488:10 - 488:18 | **Bober, Frank 2021-02-03** | 00:00:34 | **Video_Clip_No.78** |
| | 488:10  Q.  And then if you look at the | | |
| | 488:11      tenth page of the exhibit, you will see a | | |
| | 488:12      reference to "a sea of Chanel," you see | | |
| | 488:13      that? | | |
| | 488:14  A.  Yeah. | | |
| | 488:15  Q.  In that case it looks like the | | |
| | 488:16      "Chanel," it is italicized and it is in the | | |
| | 488:17      font that the What Goes Around Comes Around | | |
| | 488:18      name is in.  Do you see that? | | |
| 488:22 - 489:19 | **Bober, Frank 2021-02-03** | 00:01:13 | **Video_Clip_No.79** |
| | 488:22  Q.  Yeah.  Do you see that | | |
| | 488:23      italicized version of the Chanel name | | |
| | 488:24      there? | | |
| | 488:25  A.  I see it. | | |
| | 489:01      F. BOBER | | |
| | 489:02  Q.  Okay.  So why were these | | |
| | 489:03      different stylizations of Chanel's name | | |
| | 489:04      used in WGACA's advertisements? | | |
| | 489:05  A.  Well, I think that you'll see | | |
| | 489:06      that -- it will take me a second -- I think | | |
| | 489:07      that you'll see that that's the only one, | | |
| | 489:08      and I think that we probably wouldn't do | | |
| | 489:09      that any more, because that -- and we don't | | |
| | 489:10      do that.  We don't change the mark. | | |
| | 489:11  Q.  You did it in that instance | | |
| | 489:12      that I just pointed out? | | |
| | 489:13  A.  It looks that way. | | |
| | 489:14  Q.  Okay.  And why don't you do it | | |

**Video_Clip_No**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 489:15    anymore? | | |
| | 489:16  A.  I think we don't want to fool | | |
| | 489:17    around with the logo of the company that | | |
| | 489:18    you're showing.  I think that was probably | | |
| | 489:19    a mistake. | | |
| 527:17 - 528:05 | **Bober, Frank 2021-02-03** | 00:00:42 | **Video_Clip_No.80** |
| | 527:17  Q.  Would WGACA today still do | | |
| | 527:18    this, post these vintage advertisements to | | |
| | 527:19    its Pinterest page? | | |
| | 527:20  A.  Probably not. | | |
| | 527:21  Q.  And why not? | | |
| | 527:22  A.  I just think that in light of | | |
| | 527:23    the litigation and the fact that it doesn't | | |
| | 527:24    necessarily help us to, you know, to | | |
| | 527:25    necessarily sell more product, it might | | |
| | 528:01    F. BOBER | | |
| | 528:02    drive traffic, it is just probably prudent, | | |
| | 528:03    we don't need to do it, and it is probably | | |
| | 528:04    prudent as the company grows up in this | | |
| | 528:05    arena that we don't need to do this. | | |
| 512:02 - 512:13 | **Bober, Frank 2021-02-03** | 00:00:23 | **Video_Clip_No.81** |
| | 512:02  Q.  Is WGACA of the opinion | | |
| | 512:03    currently that it was a good idea to use | | |
| | 512:04    the WGACACHANEL hashtag? | | |
| | 512:05  A.  Then or now? | | |
| | 512:06  Q.  Now. | | |
| | 512:07  A.  We don't think that's a good | | |
| | 512:08    idea. | | |
| | 512:09  Q.  Why not? | | |
| | 512:10  A.  Because we think that | | |
| | 512:11    there's -- there could be a perception of | | |
| | 512:12    an association that doesn't exist, and we | | |
| | 512:13    don't want to mislead our customers. | | |
| 72:07 - 72:15 | **Bleys, Jennifer 2021-01-21** | 00:00:46 | **Video_Clip_No.85** |
| | 72:07  Q.  Ms. Bleys, you spent the morning talking | | |
| | 72:08    about this scenario with the 51 items, okay?  Are | | |
| | 72:09    you aware if there are other items that fit this | | |
| | 72:10    pattern?  This pattern being items that have a | | |
| | 72:11    serial number sticker in a Chanel bag and Chanel | | |
| | 72:12    has no record of that item ever being returned to | | |

Video_Clip_No

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 72:13 | Chanel for quality control.  Are you aware of any | | |
| | 72:14 | other instances other than the 51 that you made an | | |
| | 72:15 | issue out of in this case? | | |
| **72:19 - 73:01** | **Bleys, Jennifer 2021-01-21** | | **00:00:20** | **Video_Clip_No.86** |
| | 72:19 | A.  In the hypothetical that you just gave in | | |
| | 72:20 | this exact scenario, I am at this time not aware of | | |
| | 72:21 | other instances. | | |
| | 72:22 | BY MR. DeCARLO: | | |
| | 72:23 | Q.  And you're not aware of any efforts that | | |
| | 72:24 | Chanel has made to investigate whether there are | | |
| | 72:25 | other instances; is that correct? | | |
| | 73:01 | A.  I'm not aware either way. | | |
| **73:04 - 73:08** | **Bleys, Jennifer 2021-01-21** | | **00:00:16** | **Video_Clip_No.87** |
| | 73:04 | Q.  Can you help me understand this?  It is | | |
| | 73:05 | Chanel's view that, at least of these 51 and others | | |
| | 73:06 | that would fit the same pattern, the factory stole | | |
| | 73:07 | the items from Chanel.  That's Chanel's view; | | |
| | 73:08 | right? | | |
| **73:11 - 74:16** | **Bleys, Jennifer 2021-01-21** | | **00:01:23** | **Video_Clip_No.88** |
| | 73:11 | A.  Not necessarily.  In our view, these items | | |
| | 73:12 | do not exist.  We don't even know if there are | | |
| | 73:13 | items at all. | | |
| | 73:14 | BY MR. DeCARLO: | | |
| | 73:15 | Q.  You received records from WGACA that | | |
| | 73:16 | showed WGACA sold the items with these numbers; | | |
| | 73:17 | right? | | |
| | 73:18 | A.  Yes, they -- it appears they sold bags | | |
| | 73:19 | with these numbers.  That's right. | | |
| | 73:20 | Q.  And Chanel has in its records that those | | |
| | 73:21 | serial numbers, indeed, have been created and | | |
| | 73:22 | allotted by Chanel; right? | | |
| | 73:23 | A.  Right. | | |
| | 73:24 | Q.  Chanel even knows what factory the items | | |
| | 73:25 | got sent to; right?  I'm sorry, Chanel even knows | | |
| | 74:01 | what factories the serial numbers got sent to; | | |
| | 74:02 | right? | | |
| | 74:03 | A.  Right. | | |
| | 74:04 | Q.  Okay.  What happened?  What happened after | | |
| | 74:05 | that? | | |
| | 74:06 | A.  I -- we honestly -- I mean, we don't know. | | |

**Video_Clip_No**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 74:07 | There is a couple of different scenarios that could | | |
| | 74:08 | have happened.  Those serial numbers could have | | |
| | 74:09 | been stolen.  They could have been stolen by a | | |
| | 74:10 | party that was not a factory -- by a third party, | | |
| | 74:11 | and then placed in counterfeit bags. | | |
| | 74:12 | And then the scenario that you just said | | |
| | 74:13 | where maybe the factory created bags and they were | | |
| | 74:14 | stolen, maybe the factory stole them.  We don't | | |
| | 74:15 | know because they are not logged into our system, | | |
| | 74:16 | so we don't have any information. | | |

| | | |
|---|---|---|
| Appeal | | 00:37:42 |
| **TOTAL RUN TIME** | | **00:37:42** |