# EXHIBIT 12

Page 234

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action No. 18-cv-2253-LLS
------------------------------------x
CHANEL, INC.,

       Plaintiff,

  - against -

WGACA, LLC, WHAT COMES AROUND GOES AROUND LLC d/b/a WHAT GOES AROUND COMES AROUND, MHW PROPERTIES, INC., WGACA WEB, LLC, PINES VINTAGE, INC., VINTAGE DESIGNS LTD., and WCAGA LA, LLC,

     Defendants.
------------------------------------x

        February 3, 2021
        10:02 a.m.

   Continued Videotaped Deposition of FRANK BOBER, taken by Plaintiff, pursuant to 30(b)(6) Notice, held via Zoom videoconference, before Todd DeSimone, a Registered Professional Reporter and Notary Public of the States of New York and New Jersey.

Page 235

```
 1
 2  A P P E A R A N C E S :
 3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       1901 Avenue of the Stars
 4     Suite 1600
       Los Angeles, California 90067
 5       Attorneys for Plaintiff
    BY:  DYLAN J. PRICE, ESQ.
 6       dprice@sheppardmullin.com
 7
 8
 9  LEWIS BRISBOIS BISGAARD & SMITH LLP
       633 West 5th Street
10     Los Angeles, California 90071
         Attorneys for Defendants
11         WGACA, LLC, et al.
    BY:  THOMAS S. KIDDÉ, ESQ.
12       thomas.kidde@lewisbrisbois.com
13
14
    ALSO PRESENT:
15
      STEVE MOLINA, Paralegal, Sheppard Mullin
16
      JEFF MENTON, Videographer
17
18
19
20
21
22
23
24
25
```

Page 236

```
 1                F. BOBER
 2        THE VIDEOGRAPHER:  Good morning.
 3  We are going on the video record.  The time
 4  is approximately 10:02 a.m. on Wednesday,
 5  February the 3rd, 2021.
 6        This is video media disk one of
 7  the continued video-recorded deposition of
 8  Frank Bober, the designated 30(b)(6)
 9  representative.  This deposition is being
10  held remotely.
11        My name is Jeff Menton, I am
12  the certified legal videographer, the court
13  reporter is Todd DeSimone, and we are both
14  from Veritext New York.
15        All counsel consented to this
16  remote video arrangement and waived any
17  objection to this manner of reporting.
18        Counsel will now state their
19  appearances and affiliation for the record
20  beginning with the noticing attorney, and
21  after that the court reporter will swear
22  the witness in.
23        MR. PRICE:  Dylan John Price
24  with Sheppard, Mullin, Richter & Hampton
25  LLP for plaintiff Chanel, Inc.
```

Page 237

```
 1                F. BOBER
 2        MR. KIDDÉ:  Thomas Kiddé of
 3  Lewis Brisbois Bisgaard & Smith for
 4  defendants and the witness.
 5          *  *  *
 6  F R A N K   B O B E R,
 7  called as a witness, having been first duly
 8  sworn, was examined and testified
 9  as follows:
10  EXAMINATION BY MR. PRICE:
11      Q.   So, Mr. Bober, this is your
12  continued deposition.  We had a session
13  last Wednesday, if you recall.
14           Did you do anything in between
15  the end of our last deposition, the last
16  session of the deposition on last
17  Wednesday, and this morning to prepare for
18  this continued part of your deposition?
19      A.   Yes.
20      Q.   And what did you do?
21      A.   I looked at numbers of
22  documents, some exhibits, the
23  interrogatories.  I spoke with Seth
24  Weisser, the CEO of What Goes Around, and
25  with Ambria Mische who is senior vice
```

Page 238

```
 1                F. BOBER
 2  president and general merchandise manager.
 3  That's pretty much what I did.
 4      Q.   And what documents did you
 5  review?
 6      A.   Too many to list.  I mean, I
 7  don't have a memory of every one.  But I
 8  looked at the spreadsheet again.  I looked
 9  at the exhibits.  I looked at the
10  interrogatory that was referred to I think
11  in my last deposition, or it is at least in
12  the questions.
13      Q.   The document request, is that
14  what you are referring to?
15      A.   There was something about the
16  interrogatories that actually I have it
17  open on the screen.  It is just
18  interrogatories.  I looked at that.
19      Q.   If you can look on the screen,
20  what set of interrogatories did you look
21  at; do you know?
22      A.   The one that is, let's see what
23  it says, give me a second.
24      Q.   Sure.
25      A.   You know, it's just -- it's not
```

2 (Pages 235 - 238)

Page 507

1      F. BOBER
2  Q.  And the individuals that
3  handled the social media posts with Shannon
4  Parker you have identified and then the
5  replacement for Shannon who you are not
6  sure of their name, they would have created
7  the copy on the posts, right?
8  A.  Correct.
9  Q.  And selected the images to use
10 for the post?
11 A.  Correct.
12 Q.  Do you know how many of WGACA's
13 social media posts, you know, in a
14 percentage, featured Chanel's name or
15 trademarks?
16 A.  No.
17 Q.  And were the social media, I
18 will just call them social media managers,
19 Shannon or her replacement, were they given
20 instructions as to how many of the posts
21 should be featuring Chanel or Chanel
22 trademarks?
23 A.  No.
24 Q.  If you had to estimate how many
25 social media posts featuring Chanel's name

Page 508

1      F. BOBER
2  or trademarks WGACA has posted on its
3  social media accounts from 2014 to the
4  present, what would your estimation be?
5  A.  I don't want to answer that.  I
6  have no idea.
7  Q.  More than 1,000?
8  A.  I have no idea.
9  Q.  Who would be a better person to
10 answer that?
11 A.  I don't think anybody would
12 know.
13 Q.  Does WGACA keep a repository of
14 its social media posts?
15 A.  I don't believe so.  If you
16 post something to Instagram, they don't go
17 away, so the repository is there for
18 Instagram, you can scroll down, you will
19 see them all.
20 Q.  Fair enough.  Assuming no
21 social media posts have been deleted, the
22 social media posts that WGACA has done
23 would be on its Instagram or Facebook page,
24 right?
25 A.  Well, I can't testify to any

Page 509

1      F. BOBER
2  deleted posts.  I don't know.
3  Q.  No, I'm saying assuming that
4  nothing has been deleted, you would be able
5  to see the posts by going to the account?
6  A.  Right, you would go there and
7  you would see them.
8  Q.  Okay.  What, to your knowledge,
9  what is a hashtag?
10 A.  I think that's a further, let's
11 say more pointed reference within a
12 particular post that is also on
13 particularly Instagram you can click on and
14 look at all the posts that had that
15 particular hashtag.  So it's a -- it's a
16 divider of information that relates to that
17 post, and so you put a hashtag, you might
18 put ten hashtags for one post.
19 Q.  And does WGACA use hashtags in
20 its social media?
21 A.  Yes.
22 Q.  And why is it using the
23 hashtags, what's the purpose of it?
24 A.  To keep people more engaged.
25 Q.  And WGACA has used the hashtag

Page 510

1      F. BOBER
2  WGACACHANEL on its social media posts,
3  right?
4  A.  Correct.
5  Q.  Digitalizing that, it is the
6  alphanumeric sign which signifies hashtag
7  and then WGACACHANEL, right?
8  A.  Correct.
9  Q.  Okay.  Who was responsible for
10 creating the WGACACHANEL hashtag?
11 A.  I think Seth Weisser created
12 that.
13 Q.  Do you know when Mr. Weisser
14 created it?
15 A.  That might have been around
16 2015, maybe it was 2016.
17 Q.  And WGACA started using it
18 around that time, is that your
19 understanding, 2015-2016?
20 A.  Yes.
21 Q.  And why was WGACA using the
22 WGACACHANEL hashtag?
23 A.  We thought it was another good
24 way to let people know that we had Chanel
25 for sale.

Page 511

1    F. BOBER
2    Q.  Why not just tag like
3  @ChanelOfficial, or whatever the Chanel
4  official Instagram account is?
5    A.  What do you mean,
6  @ChanelOfficial?
7    Q.  Well, you know --
8    A.  You mean send them to the
9  Chanel website that doesn't exist?
10   Q.  Well, I believe Chanel has a
11 social media handle that is
12 @ChanelOfficial.  Sometimes you would see
13 that, right, they would tag, and I think
14 that's a tag, and not a hashtag?
15   A.  Right.
16   Q.  Why not just tag the
17 ChanelOfficial?
18   A.  I think I told you this the
19 last time, there was -- I never read the
20 book, but there was a book by Gloria
21 Vanderbilt and the title of the book was It
22 Seemed Like A Good Idea At The Time.  So
23 that's my answer, it seemed like a good
24 idea at the time.  As I said, I never read
25 the book, but I love the title.

Page 512

1    F. BOBER
2    Q.  Is WGACA of the opinion
3  currently that it was a good idea to use
4  the WGACACHANEL hashtag?
5    A.  Then or now?
6    Q.  Now.
7    A.  We don't think that's a good
8  idea.
9    Q.  Why not?
10   A.  Because we think that
11 there's -- there could be a perception of
12 an association that doesn't exist, and we
13 don't want to mislead our customers.
14   Q.  Okay, fair enough.  Was there
15 a -- strike that.
16        How was it determined which
17 post to use the WGACACHANEL hashtag and
18 which post not to?  I know obviously the
19 ones that featured Chanel.  But other than
20 that, was there, you know, a method for
21 determining this post will get the
22 WGACACHANEL hashtag, this one won't?
23   A.  There was not a method.
24   Q.  So it was more ad hoc?
25   A.  It was ad hoc.

Page 513

1    F. BOBER
2    Q.  Okay.  So let's just take a
3  look at --
4        MR. PRICE:  Steve, if you could
5  pull up 1132 for me.
6    A.  Hey, Dylan, are you coming down
7  to the wire?
8    Q.  I don't know about the wire,
9  but we're coming down to it, yeah.  No one
10 else is able to testify as to the
11 advertising issues.
12   A.  Well, I'm here.
13   Q.  So there is more of the
14 advertising than there was --
15   A.  Yeah.
16        THE WITNESS:  Jeff, how many
17 hours have I been on?
18        THE VIDEOGRAPHER:  Before we
19 started this card, we were on four hours
20 and 53 minutes, and now we're on an hour
21 and 15 minutes.  So that's six hours and
22 seven minutes or something.
23        THE WITNESS:  All right.  I
24 actually wasn't so interested, but I just
25 want Dylan to know.

Page 514

1    F. BOBER
2        MR. MOLINA:  1132 is up.
3    A.  All right, so wait a second,
4  let me get to it.  1136?
5        MR. KIDDÉ:  32.
6    A.  I'm sorry, say it again.
7    Q.  1132.
8    A.  1132.  1132, okay, I have it.
9    Q.  Okay.  So you can take a look,
10 just briefly browse through them if you
11 want to get familiar.
12   A.  Yup.
13   Q.  So these are social media posts
14 that WGACA did, right?
15   A.  Yeah.
16   Q.  And they all contain the WGACA,
17 the ones that feature Chanel, I should say,
18 contain the WGACACHANEL hashtag, right?
19   A.  Okay.
20   Q.  You see that?
21   A.  I do.
22   Q.  So I want to draw your
23 attention to the sixth page of the
24 document, and you will see, it is on a
25 black screen and they look like blouses, it

Page 515

```
 1           F. BOBER
 2  looks like earrings, but they are shirts,
 3  if that makes sense.
 4      A.   Yeah.
 5      Q.   And so these, the post refers
 6  to these enamel earrings as WGACACHANEL
 7  enamel earrings.  Do you see that?
 8      A.   I do.
 9      Q.   Who made the decision to refer
10  to the products as WGACACHANEL enamel
11  earrings?
12      A.   Shannon.
13      Q.   And this was approved by WGACA,
14  right?
15      A.   Yes.
16      Q.   Would WGACA today refer to
17  products as WGACACHANEL products?
18      A.   No.
19      Q.   If you look at the date of
20  these e-mail blasts, the first one,
21  September 18th, 2017, you see that?
22      A.   I do.
23      Q.   And the last one, it looks like
24  it is August 21st, 2017.  Do you see that?
25      A.   I do.
```

Page 516

```
 1           F. BOBER
 2      Q.   So these posts were done after
 3  WGACA had received Barbara Solomon's cease
 4  and desist letter and had the
 5  correspondence with her that we looked at
 6  earlier, right?
 7      A.   Correct.
 8           MR. PRICE:  Can you pull up,
 9  Steve, the Facebook WGACACHANEL file that's
10  in the new folder.
11      A.   A new exhibit?
12      Q.   Yeah, this will be the next in
13  order.
14           MR. MOLINA:  This will be 1189.
15           (Exhibit 1189 marked for
16  identification.)
17      Q.   Just let me know when that
18  comes up, Mr. Bober.
19      A.   I have it.
20      Q.   Okay.  So these are Facebook
21  posts from the WGACA, I'm sorry, the What
22  Goes Around Comes Around Facebook page, and
23  I just want you to just flip through these
24  and confirm that these are all posts that
25  WGACA posted to its Facebook page.
```

Page 517

```
 1           F. BOBER
 2      A.   Confirmed.
 3      Q.   Okay.  Did any of WGACA's
 4  employees ever raise concerns over the use
 5  of the WGACACHANEL hashtag?
 6           MR. KIDDÉ:  Objection, it's
 7  vague.
 8      A.   Not that I know of.  Never to
 9  me.
10      Q.   But if there were internal
11  concerns amongst the Marketing Department,
12  you wouldn't know about that, right?
13      A.   I would probably know about it.
14      Q.   And at some point WGACA stopped
15  using the WGACACHANEL hashtag, right?
16      A.   That's right.
17      Q.   Do you know when it stopped
18  using it?
19      A.   Well, it's funny, I know 2017
20  is when we stopped.  I have seen one post
21  from January of '18, I don't know how that
22  snuck by, but all of these other posts,
23  every one of them is from 2017, which is
24  when we stopped.
25      Q.   Okay.  And who made the
```

Page 518

```
 1           F. BOBER
 2  decision to stop using the hashtag?
 3      A.   I think Seth Weisser made that
 4  decision, and I think I was involved in
 5  that decision as well.
 6      Q.   Were there any written
 7  communications about the decision to stop
 8  using the hashtag?
 9      A.   Not that I know of.
10      Q.   What do you recall about the
11  discussions that you had with Mr. Weisser
12  about stopping using the WGACACHANEL
13  hashtag?
14      A.   My recollection is that it
15  doesn't help us and it could just put us in
16  a position of potentially somehow conveying
17  association that we didn't have and didn't
18  want to have, and so we just felt it was
19  prudent to not use it.
20      Q.   Okay.  What other hashtags,
21  besides the WGACACHANEL hashtag, has WGACA
22  used that featured the Chanel name?
23      A.   I don't know the answer to
24  that.
25      Q.   Has WGACA used the Coco Chanel
```

Page 519

1        F. BOBER
2  hashtag?
3     A.    I don't know the answer,
4  honestly.
5     Q.    So that would be a question for
6  the Marketing Department?
7     A.    Well --
8     Q.    What's left of the Marketing
9  Department.
10    A.    If we had one, it might be.
11    Q.    Okay.
12    A.    I don't think we have a
13 big-time hashtag, you know, we're not using
14 hashtags as much as we used to.  It's not
15 as -- we didn't obviously feel it is that
16 important.
17        MR. PRICE:  Steve, could you
18 bring up Exhibit 1020, please.
19        MR. MOLINA:  1020 is now up.
20    A.    Okay, let me look, 1020.
21    Q.    WGACA at times in the past have
22 used photographs from Chanel runway shows
23 and Chanel models on its social media
24 posts, right?
25    A.    I'm sorry, say that again.

Page 520

1        F. BOBER
2     Q.    Yeah.  In the past WGACA has
3  used photographs of Chanel runway shows,
4  Chanel models, in its social media posts,
5  right?
6         MR. KIDDÉ:  Objection, it's
7  vague.
8     A.    Yes.
9     Q.    And is Exhibit 20 an example of
10 that?
11    A.    Which one?
12    Q.    I'm sorry, is Exhibit 1020 an
13 example of that?
14    A.    Well, the only one that I see
15 from what might be a runway show, which I
16 don't know, is the first one.
17    Q.    Okay.  I mean, do you think
18 that first photo is a photograph that WGACA
19 took?
20    A.    WGACA did not take that
21 photograph.
22    Q.    Okay, thanks.  And where did
23 WGACA get the photograph; do you know?
24    A.    I don't.
25    Q.    And did WGACA have a license to

Page 521

1        F. BOBER
2  use the photograph on its social media
3  account?
4     A.    No.
5     Q.    Did WGACA have the Chanel, it
6  looks like a bathing suit or leotard, for
7  sale at the time that it posted this
8  photograph?
9     A.    I'll bet we did.
10    Q.    Is there a way that you
11 could -- I guess I suppose you could
12 determine that by looking at the 47,000
13 item chart?
14    A.    If it sold.
15    Q.    Okay.  As you sit here today,
16 you don't know whether they had that
17 bathing suit or leotard or whatever it is?
18    A.    I don't know for sure.
19        MR. PRICE:  Let's take a look
20 at, Steve, if you could pull up, this is in
21 the new folder, it's the WGACA Pinterest
22 Chanel ads file.
23        MR. MOLINA:  I'm introducing
24 1190.
25        (Exhibit 1190 marked for

Page 522

1        F. BOBER
2  identification.)
3     A.    Okay, so let me do this.  1190?
4     Q.    Yes, please.
5     A.    One second.  WGACACHANEL, okay.
6     Q.    So does this refresh your
7  recollection as to whether WGACA has a
8  Pinterest account?
9     A.    Yes.
10    Q.    And it's evident by these that
11 WGACA does, right?
12    A.    Say that again.
13    Q.    And WGACA does in fact have a
14 Pinterest account, right?
15    A.    It appears that way.
16    Q.    Would this have been Shannon
17 Parker's purview to do these posts as well?
18    A.    Yes.
19    Q.    Or after she left, the person
20 that replaced her?
21    A.    Correct.
22    Q.    So if you flip through here,
23 there is various posts that WGACA has done
24 using Chanel advertisements.  Do you see
25 that?

Page 583

1  F. BOBER
2  the Court can make a determination and
3  then, if necessary, as to continuation of
4  the deposition under these circumstances.
5      MR. PRICE:  All right, if
6  that's your position, that's your position.
7  I think the record is going to reflect,
8  though, the lack of preparation, but I
9  don't think we need to argue that for the
10 record.
11     MR. KIDDÉ:  You may have a
12 different record than I do.
13     THE WITNESS:  So are we done?
14     MR. PRICE:  Well, that's
15 depending on who you talk to.  But it
16 sounds like you guys are refusing to go any
17 further today, so it looks like --
18     THE WITNESS:  Well, I think
19 that the --
20     MR. KIDDÉ:  That's correct.
21 Frank, that's correct.
22     THE WITNESS:  That's correct.
23     MR. PRICE:  Okay.
24     THE WITNESS:  Thank you.  Bye.
25     THE VIDEOGRAPHER:  Ready to go

Page 584

1  F. BOBER
2  off the video record?
3      MR. KIDDÉ:  Yes.
4      THE VIDEOGRAPHER:  This
5  concludes today's testimony given by Frank
6  Bober, the designated 30(b)(6)
7  representative.  The total number of media
8  disks used was five of volume 2, and will
9  be retained by Veritext New York.  The time
10 is 7:17 p.m. and we are going off the video
11 record.
12
13     [TIME NOTED:  7:17 p.m.]
14
     _____
15     FRANK BOBER
16
   _____
17 Subscribed and sworn to
   before me this _____
18 day of _____, 2021.
19 _____
       Notary Public
20
21
22
23
24
25

Page 585

1
2  I N D E X
3
   WITNESS     EXAMINATION BY       PAGE
4
   BOBER       PRICE               4
5
6
   E X H I B I T S
7
   EXHIBIT     DESCRIPTION         PAGE
8  Exhibit 1186 WGACA_00029011_     404
              REDACTED - Web
9             Sales.xlsx
   Exhibit 1187 Website Disclaimer   437
10 Exhibit 1188 Website Disclaimer   438
   Exhibit 1189 WGACA Facebook posts  516
11 Exhibit 1190 CHANEL0013354, 0013357  521
              and 0013362
12 Exhibit 1191 CHANEL0013447-0013466  524
   Exhibit 1192 WGACA_00029039       534
13 Exhibit 1193 Answer of Defendants  578
              WGACA, LLC, What Comes
14            Around Goes Around LLC,
              MHW Properties, Inc.,
15            WGACA Web, LLC, Pines
              Vintage, Inc., Vintage
16            Designs Ltd., and
              WCAGA LA, LLC
17
18
19 DIRECTIONS NOT TO ANSWER
20 Page    Line
       (NONE)
21
22
23 REQUESTS
24 Page    Line
       (NONE)
25

Page 586

1
2     CERTIFICATION
3
4    I, TODD DeSIMONE, a Notary Public for
5  and within the State of New York, do hereby
6  certify:
7     That the witness whose testimony as
8  herein set forth, was duly sworn by me; and
9  that the within transcript is a true record
10 of the testimony given by said witness.
11    I further certify that I am not related
12 to any of the parties to this action by
13 blood or marriage, and that I am in no way
14 interested in the outcome of this matter.
15    IN WITNESS WHEREOF, I have hereunto set
16 my hand this 11th day of February, 2021.
17
18
19     _Todd DeSimone_
20     _____
       TODD DESIMONE
21         *   *   *
22
23
24
25