# EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHANEL, INC.,

                 Plaintiff,

   - against -

WGACA, LLC, WHAT COMES AROUND GOES AROUND LLC d/b/a/ WHAT GOES AROUND COMES AROUND, MHW PROPERTIES, INC., WGACA WEB, LLC, PINES VINTAGE, INC., VINTAGE DESIGNS LTD., and WCAGA LA, LLC,

                 Defendants
------------------------------------------------------------X

Case No. 18-cv-2253(LLS)

**RULE 26 AUTOMATIC DISCLOSURE STATEMENT**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendants WGACA, LLC, WHAT COMES AROUND GOES AROUND LLC d/b/a/ WHAT GOES AROUND COMES AROUND, MHW PROPERTIES, INC., WGACA WEB, LLC, PINES VINTAGE, INC., VINTAGE DESIGNS LTD., and WCAGA LA, LLC, by their attorneys Lewis Brisbois Bisgaard & Smith LLP, state as follows:

**A.  Persons Likely to Have Pertinent Information Relevant to Disputed Facts in the Pleadings**

| Name | Address | General Subject Matter of the Discoverable Information |
|---|---|---|
| Seth Weisser | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold. |
| Gerard Maione | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold. |
| Frank Bober | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold. |

| | | |
|---|---|---|
| Paige Rubin | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold and evaluation procedures. |

Probable but as yet unknown experts relating to the industry, consumer surveys and damages claimed by Chanel.

Other persons with knowledge, if any, will be identified during the course of discovery. Defendants reserve the right to identify any additional witnesses during the course of discovery including, but not limited to, any witnesses identified by plaintiff.

**B.    Description by Category of All Documents and Things in Defendants' Custody and Control Relevant to Disputed Facts Alleged with Particularity in the Pleadings**

Documents relating to purchase and re-sale of Chanel products. Documents relating to the procedures of WGACA to authenticate the luxury products it obtains for resale. Documents relating to Defendant's advertising of the luxury products it re-sells.

Defendants reserve the right to supplement this response in the event they become aware of additional documents in their possession, custody or control.

**C.    Computation of Damages Claimed by Disclosing Party**

Defendants are not seeking any damages.

**D.    The Contents of Any Insurance Agreement**

Defendant WGACA LLC is insured by Travelers Casualty and Surety Company of America, policy no. 106798138, policy period September 1, 2017 to September 1, 2018, with limits of $1,000,000 for Communications and Media liability; policy number Y-630-4H968547-TCT-17 of Travelers Indemnity Company of Connecticut, policy period August 19, 2017 to August 19, 2018, for General Liability Coverage with General Aggregate limit of $2,000,000, Personal and Advertising limit of $1,000,000 and each occurrence limit of $1,000,000.

Dated: New York, New York
December 4, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Peter T. Shapiro
Peter T. Shapiro, Esq.
*Attorneys for Defendants WHAT COMES AROUND GOES AROUND LLC d/b/a/ WHAT GOES AROUND COMES AROUND, MHW PROPERTIES, INC., WGACA WEB, LLC, PINES VINTAGE, INC., VINTAGE DESIGNS LTD., and WCAGA LA, LLC*
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
Peter.Shapiro@lewisbrisbois.com

TO: Theodore C. Max, Esq.
Thomas M. Monahan, Esq.
Sheppard Mullin Richter & Hampton LLP
*Attorneys for Plaintiff Chanel, Inc.*
30 Rockefeller Plaza
New York, New York 10112
(212) 653-8700
TMax@sheppardmullin.com
TMonahan@sheppardmullin.com

## CERTIFICATE OF SERVICE

  Peter T. Shapiro, an attorney duly admitted to practice before this court, certifies that on December 4, 2018, he caused to be served via email and first class mail this Rule 26 Automatic Disclosure Statement.

/s/ Peter T. Shapiro
Peter T. Shapiro

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHANEL, INC.,

                Plaintiff,

  - against -

WGACA, LLC, WHAT COMES AROUND GOES
AROUND LLC d/b/a/ WHAT GOES AROUND COMES
AROUND, MHW PROPERTIES, INC., WGACA WEB,
LLC, PINES VINTAGE, INC., VINTAGE DESIGNS
LTD., and WCAGA LA, LLC,

                Defendants
-----------------------------------------------------------X

Case No. 18-cv-2253(LLS)

**SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO RULE 26**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendants WGACA, LLC, WHAT COMES AROUND GOES AROUND LLC d/b/a/ WHAT GOES AROUND COMES AROUND, MHW PROPERTIES, INC., WGACA WEB, LLC, PINES VINTAGE, INC., VINTAGE DESIGNS LTD., and WCAGA LA, LLC, collectively "Defendants" herein, hereby make the following **Supplemental Initial Disclosures** to Plaintiff. New Portions are in **bold and underlined typeface**.

A.    **Persons Likely to Have Pertinent Information Relevant to Disputed Facts in the Pleadings**

| Name | Address | General Subject Matter of the Discoverable Information |
|---|---|---|
| Seth Weisser | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold. |
| Gerard Maione | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold. |

| | | |
|---|---|---|
| Frank Bober | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold. |
| Paige Rubin | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold and evaluation procedures. |
| **<u>Ambria Mische</u>** | **<u>c/o counsel</u>** | **<u>Defendant WGACA business and acquisition practices for goods being resold and evaluation procedures.</u>** |

Probable but as yet unknown experts relating to the industry, consumer surveys and damages claimed by Chanel.

Other persons with knowledge, if any, will be identified during the course of discovery. Defendants reserve the right to identify any additional witnesses during the course of discovery including, but not limited to, any witnesses identified by plaintiff.

**B.  Description by Category of All Documents and Things in Defendants' Custody and Control Relevant to Disputed Facts Alleged with Particularity in the Pleadings**

Documents relating to purchase and re-sale of Chanel products. Documents relating to the procedures of WGACA to authenticate the luxury products it obtains for resale. Documents relating to Defendant's advertising of the luxury products it re-sells.

Defendants reserve the right to supplement this response in the event they become aware of additional documents in their possession, custody or control.

**C.  Computation of Damages Claimed by Disclosing Party**

Defendants are not seeking any damages.

**D.  The Contents of Any Insurance Agreement**

Defendant WGACA LLC is insured by Travelers Casualty and Surety Company of America, policy no. 106798138, policy period September 1, 2017 to September 1, 2018, with limits of

4819-0077-8885.1                                        2

$1,000,000 for Communications and Media liability; policy number Y-630-4H968547-TCT-17 of Travelers Indemnity Company of Connecticut, policy period August 19, 2017 to August 19, 2018, for General Liability Coverage with General Aggregate limit of $2,000,000, Personal and Advertising limit of $1,000,000 and each occurrence limit of $1,000,000.

Dated:   January 17, 2019

                                         **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                         /s/ Thomas S. Kidde
                                         Thomas S. Kidde, Esq. (Pro Hac Vice)
                                         Peter T. Shapiro, Esq.
                                         Daniel C. DeCarlo, Esq. (Pro Hac Vice)
                                         *Attorneys for Defendants WGACA, LLC, WHAT COMES AROUND GOES AROUND LLC d/b/a/ WHAT GOES AROUND COMES AROUND, MHW PROPERTIES, INC., WGACA WEB, LLC, PINES VINTAGE, INC., VINTAGE DESIGNS LTD., and WCAGA LA, LLC*
                                         77 Water Street, Suite 2100
                                         New York, New York 10005
                                         (212) 232-1300
                                         Thomas.Kidde@lewisbrisbois.com
                                         Peter.Shapiro@lewisbrisbois.com
                                         Dan.Decarlo@lewisbrisbois.com

TO:    Theodore C. Max, Esq.
         Thomas M. Monahan, Esq.
         Sheppard Mullin Richter & Hampton LLP
         *Attorneys for Plaintiff Chanel, Inc.*
         30 Rockefeller Plaza
         New York, New York 10112
         (212) 653-8700
         TMax@sheppardmullin.com
         TMonahan@sheppardmullin.com

## CERTIFICATE OF SERVICE

    Thomas S. Kidde, an attorney duly admitted to practice Pro Hac Vice before this Court, certifies that on January 17, 2019, he caused to be served via email this Supplemental Initial Disclosures pursuant to Rule 26.

                                                                /s/Thomas S. Kidde
                                                                  Thomas S. Kidde

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHANEL, INC.,

                        Plaintiff,

    - against -

WGACA, LLC, WHAT COMES AROUND GOES
AROUND LLC d/b/a/ WHAT GOES AROUND COMES
AROUND, MHW PROPERTIES, INC., WGACA WEB,
LLC, PINES VINTAGE, INC., VINTAGE DESIGNS
LTD., and WCAGA LA, LLC,

                       Defendants
------------------------------------------------------------X

Case No. 18-cv-2253(LLS)

**SECOND SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO RULE 26**

      Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendants WGACA, LLC, WHAT COMES AROUND GOES AROUND LLC d/b/a/ WHAT GOES AROUND COMES AROUND, MHW PROPERTIES, INC., WGACA WEB, LLC, PINES VINTAGE, INC., VINTAGE DESIGNS LTD., and WCAGA LA, LLC, collectively "Defendants" herein, hereby make the following **Second Supplemental Initial Disclosures** to Plaintiff. New Portions are in **bold and underlined typeface**.

**A.**    **Persons Likely to Have Pertinent Information Relevant to Disputed Facts in the Pleadings**

| Name | Address | General Subject Matter of the Discoverable Information |
|---|---|---|
| Seth Weisser | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold. |
| Gerard Maione | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold. |

| | | |
|---|---|---|
| Frank Bober | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold. |
| Paige Rubin | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold and evaluation procedures. |
| Ambria Mische | c/o counsel | Defendant WGACA business and acquisition practices for goods being resold and evaluation procedures. |
| **Adrienne Hahn** | **c/o counsel** | **Plaintiff Chanel's identification of Chanel products and advertising, marketing and digital media efforts** |
| **Nidhi Kohli** | **c/o counsel** | **Plaintiff Chanel's identification of Chanel products and advertising, marketing and digital media efforts** |
| **Joyce Green** | **c/o counsel** | **Plaintiff Chanel's identification of Chanel products and advertising, marketing and digital media efforts** |
| **Robin Gruber** | **c/o counsel** | **Plaintiff Chanel's identification of Chanel products and advertising, marketing and digital media efforts** |
| **Carol Schettino** | **c/o counsel** | **Plaintiff Chanel's identification of Chanel products and advertising, marketing and digital media efforts** |
| **Gerry Gallagher** | **5550 Pin Oak Dr. Doylestown, PA 18902 (215) 794-8676** | **Handbag repairman and authenticator for Chanel** |

Probable but as yet unknown experts relating to the industry, consumer surveys and damages claimed by Chanel.

Other persons with knowledge, if any, will be identified during the course of discovery. Defendants reserve the right to identify any additional witnesses during the course of discovery including, but not limited to, any witnesses identified by plaintiff.

**B.     Description by Category of All Documents and Things in Defendants' Custody and Control Relevant to Disputed Facts Alleged with Particularity in the Pleadings**

Documents relating to purchase and re-sale of Chanel products. Documents relating to the procedures of WGACA to authenticate the luxury products it obtains for resale. Documents relating to Defendant's advertising of the luxury products it re-sells.

Defendants reserve the right to supplement this response in the event they become aware of additional documents in their possession, custody or control.

**C.     Computation of Damages Claimed by Disclosing Party**

Defendants are not seeking any damages.

**D.     The Contents of Any Insurance Agreement**

Defendant WGACA LLC is insured by Travelers Casualty and Surety Company of America, policy no. 106798138, policy period September 1, 2017 to September 1, 2018, with limits of $1,000,000 for Communications and Media liability; policy number Y-630-4H968547-TCT-17 of Travelers Indemnity Company of Connecticut, policy period August 19, 2017 to August 19, 2018, for General Liability Coverage with General Aggregate limit of $2,000,000, Personal and Advertising limit of $1,000,000 and each occurrence limit of $1,000,000.

Dated:   October 3, 2019

                                        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                        /s/ Daniel C. DeCarlo
                                        Daniel C. DeCarlo, Esq. (Pro Hac Vice)
                                        Peter T. Shapiro, Esq.

        Thomas S. Kidde, Esq. (Pro Hac Vice)
*Attorneys for Defendants WGACA, LLC, WHAT COMES AROUND GOES AROUND LLC d/b/a/ WHAT GOES AROUND COMES AROUND, MHW PROPERTIES, INC., WGACA WEB, LLC, PINES VINTAGE, INC., VINTAGE DESIGNS LTD., and WCAGA LA, LLC*
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
Thomas.Kidde@lewisbrisbois.com
Peter.Shapiro@lewisbrisbois.com
Dan.Decarlo@lewisbrisbois.com

TO:    Theodore C. Max, Esq.
        Thomas M. Monahan, Esq.
        Sheppard Mullin Richter & Hampton LLP
        *Attorneys for Plaintiff Chanel, Inc.*
        30 Rockefeller Plaza
        New York, New York 10112
        (212) 653-8700
        TMax@sheppardmullin.com
        TMonahan@sheppardmullin.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, caused to be served via email this Second Supplemental Initial Disclosures pursuant to Rule 26 upon the attorneys for Plaintiff at the address set forth below by electronic mail:

    Theodore C. Max, Esq.
    tmax@sheppardmullin.com
    Thomas M. Monahan, Esq.
    tmonahan@sheppardmullin.com
    Hyo Jin Paik, Esq.
    hpaik@sheppardmullin.com

                         /s/ Jean M. Kim
                            Jean M. Kim